B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  **MALIBU LIGHTING CORPORATION**
         Debtor

Case No. 15-_____ (___)

Chapter 11

### CONSOLIDATED LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 35 largest unsecured claims on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the consolidated 35 largest unsecured claims.

| Debtor | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| MALIBU LIGHTING CORPORATION | SHANGHAI HAILIAN ELECTRIC TOOLS CO LTD NO.50 CAOLI ROAD, FENG JING TOWN, JINSHAN DISTRICT SHANGHAI, CHINA, .. | LLOYD WARD & ASSOCIATES 12655 N. CENTRAL EXPRESSWAY SUITE 1000 DALLAS, TX 75243 TEL.: 972-361-0036 FAX: 972-361-0039 | Trade Debt | | $6,346,110.60 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | JOYFAITH ENTERPRISES LTD. BLOCK 4A, BUILDING NO 42 518 XINZHUAN ROAD DONGJIANG DISTRICT SHANGHAI 201612, PRC . | JOYFAITH ENTERPRISES LTD. BLOCK 4A, BUILDING NO 42 518 XINZHUAN ROAD DONGJIANG DISTRICT SHANGHAI 201612, PRC . TEL.: 011 8621 33677005 FAX: 011 8621 64511916 EMAIL: alfredzhang@joyfaith.com | Trade Debt | | $3,794,578.75 |

| Debtor | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| NATIONAL CONSUMER OUTDOORS CORPORATION | SHANGHAI JIASHUN CRAFTS TOYS CO SOUTH CHANGYE ROAD SHESHAN INDUSTRY AREA SONGJIANG SHANGHAI, CHINA, . . | SHANGHAI JIASHUN CRAFTS TOYS CO SOUTH CHANGYE ROAD SHESHAN INDUSTRY AREA SONGJIANG SHANGHAI, CHINA TEL.: 021-57794383 FAX: 021-57794358 EMAIL: js@jiashun.com.cn | Trade Debt | | $3,313,896.82 |
| OUTDOOR DIRECT CORPORATION | SHEPPARD, MULLIN, RICHTER & HA 333 SOUTH HOPE STREET 43RD FLOOR LOS ANGELES, CA 90071-1422 | SHEPPARD, MULLIN, RICHTER & HA 333 SOUTH HOPE STREET 43RD FLOOR LOS ANGELES, CA 90071-1422 TEL.: 213-620-1780 FAX: 213-620-1398 EMAIL: gclark@shappardmullin.com | Trade Debt | | $2,248,493.10 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | ZHEJIANG MINGFENG CAR ACCESSOR CO., LTD. BADU INDUSTRIAL ZONE TIANTAI, ZHEJIANG CHINA | ZHEJIANG MINGFENG CAR ACCESSOR CO., LTD. BADU INDUSTRIAL ZONE TIANTAI, ZHEJIANG CHINA TEL.: 86 576 839 878 18 FAX: 86-576-83987829 EMAIL: sales6@manful.com | Trade Debt | | $1,607,845.58 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | JIANGSU HOLLY EVERLASTING INC. 17TH FLOOR, HOLLY BUILDING 50 ZHONGHUA ROAD NANJING,JIANGSU 210001 CHINA | JIANGSU HOLLY EVERLASTING INC. 17TH FLOOR, HOLLY BUILDING 50 ZHONGHUA ROAD NANJING,JIANGSU 210001 CHINA, TEL.: 86-25-52278182 EMAIL: henrywen@artall.com | Trade Debt | | $1,377,470.78 |

| Debtor | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| MALIBU LIGHTING CORPORATION | CHINA KING<br>OU ZHONG JUAN<br>HE FENG HE SHUN<br>NANHAI<br>GUANGDONG, PR CHINA<br>528241 | CHINA KING<br>OU ZHONG JUAN<br>HE FENG HE SHUN NANHAI<br>GUANGDONG, PR CHINA<br>528241<br>TEL.: 0757-85118111<br>FAX: 0757-85111887<br>EMAIL: chinakingrick@163.com | Trade Debt | | $1,341,877.04 |
| OUTDOOR DIRECT CORPORATION | REMINGTON ARMS COMPANY, LLC<br>c/o MAYNARD, COOPER & GALE, P.C.<br>WALTER A. DODGEN<br>655 GALLATIN STREET, SW<br>HUNTSVILLE, AL 35801 | REMINGTON ARMS COMPANY, LLC<br>WALTER A. DODGEN<br>C/O MAYNARD, COOPER & GALE, P.C.<br>655 GALLATIN STREET, SW<br>HUNTSVILLE, AL 35801<br>TEL.: 256-551-0171<br>EMAIL: tdogen@maynardcooper.com | Litigation | Unliquidated & Disputed | $1,218,000.00 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | PRATT INDUSTRIES<br>P.O. BOX 933949<br>ATLANTA, GA 31193-3949 | PRATT INDUSTRIES<br>P.O. BOX 933949<br>ATLANTA, GA 31193-3949<br>TEL.: 800-514-1098<br>FAX: 972-602-9070 | Trade Debt | | $948,628.17 |
| OUTDOOR DIRECT CORPORATION | XINLI INDUSTRIAL HK TRADING CO<br>UNIT 1704 17F TWO CHINACHEM EXCHANGE SQUARE<br>338 KINGS ROAD<br>NORTH POINT HONG KONG, CHINA | XINLI INDUSTRIAL HK TRADING CO<br>UNIT 1704 17F TWO CHINACHEM EXCHANGE SQUARE<br>338 KINGS ROAD<br>NORTH POINT HONG KONG, CHINA<br>TEL.: .: 86-662-3150580<br>FAX: 86-662-3151033<br>EMAIL: hellen@xinlicorp.com, john@xinlicorp.com, selina@xinlicorp.com | Trade Debt | | $887,105.46 |

| Debtor | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| NATIONAL CONSUMER OUTDOORS CORPORATION | STEIN FIBERS, LTD<br>PO BOX 982000<br>BOSTON, MA 02298 | STEIN FIBERS, LTD<br>PO BOX 982000<br>BOSTON, MA 02298<br>TEL.: 518-489-5700<br>FAX: 518-489-5713<br>EMAIL: david@steinfibers.com | Trade Debt | | $818,361.82 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | HANA FINANCIAL, INC.<br>DEPT. LA 24406<br>PASADENA, CA 91185-4406 | HANA FINANCIAL, INC.<br>DEPT. LA 24406<br>PASADENA, CA 91185-4406<br>TEL.: 704-554-8621<br>FAX: 704-554-7782 | Trade Debt | | $739,576.49 |
| MALIBU LIGHTING CORPORATION | ZHEJIANG ERA SOLAR TECHNOLOGY<br>NO. 888 HUANGJIAO ROAD<br>HUANGYAN, TAIZHOU<br>ZHEJIANG, 318020, CHINA | ZHEJIANG ERA SOLAR TECHNOLOGY<br>NO. 888 HUANGJIAO ROAD<br>HUANGYAN, TAIZHOU<br>ZHEJIANG, 318020, CHINA<br>TEL.: (86)576 84166262<br>FAX: (86) 576 84166172 | Trade Debt | | $558,949.03 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | CUSTOMS AND BORDER PROTECTION<br>P.O. BOX 100769<br>ATLANTA, GA 30384 | CUSTOMS AND BORDER PROTECTION<br>P.O. BOX 100769<br>ATLANTA, GA 30384<br>TEL.: 678-284-5900<br>FAX: 678-284-5932 | Trade Debt | | $524,741.22 |
| OUTDOOR DIRECT CORPORATION | ALLSTATE INS. CO F/B/O WEINBERG, GARY AND AGNELLO, ELIZABETH<br>HENDERSONVILLE, NC 28791 | COUNSEL FOR ALLSTATE INS. CO.<br>COZEN O'CONNOR<br>ZACHARY V. RENEGAR<br>301 SOUTH COLLEGE STREET<br>SUITE 2100<br>CHARLOTTE, NC 28202<br>TEL.: 704-376-3400<br>FAX: 704-334-3351<br>EMAIL: zrenegar@cozen.com | Subrogation Claim | Contingent, Unliquidated, Disputed | $500,000.00 |

| Debtor | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| NATIONAL CONSUMER OUTDOORS CORPORATION | JIANGSU SAINTY LAND-UP PRO-TRA CO., LTD ROOM 601 BUILDING B 21# SOFTWARE ROAD NANJING, CHINA | JIANGSU SAINTY LAND-UP PRO-TRA CO., LTD ROOM 601 BUILDING B 21# SOFTWARE ROAD NANJING, CHINA FAX: 0086-25-84208161 EMAIL: jjiang@chinaswgroup.com | Trade Debt | | $498,574.56 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | CHANGSHU CHANGSHENG FASHION CO NO.8 JINHUA RD 1 ZONE YUSHAN INDUSTRY PARK CHANGSHU JIANGSU CHINA | CHANGSHU CHANGSHENG FASHION CO NO.8 JINHUA RD 1 ZONE YUSHAN INDUSTRY PARK CHANGSHU JIANGSU CHINA TEL.: 0512-52849339 FAX: 0512-52843655 EMAIL: cswolf@126.com | Trade Debt | | $497,137.79 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | DALLAS CONTAINER COMPANY 8330 ENDICOTT LANE DALLAS, TX 75227, | DALLAS CONTAINER COMPANY 8330 ENDICOTT LANE DALLAS, TX 75227, TEL.: 214-381-7140 FAX: 214-381-8279 | Trade Debt | | $451,685.15 |
| OUTDOOR DIRECT CORPORATION | LEE, MATTHEW & YOUNG YUN 325 NORTH END AVE. NEW YORK, NY 10282 | PASQUALE V. VAIRO GODOSKY & GENTILE, P.C. 61 BROADWAY - 20TH FLOOR NEW YORK, NY 10006 TEL: 212-742-9700 FAX: 212-742-9706 | Tort Claim | Contingent, Unliquidated, Disputed | $400,000.00 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | FIBERTEX CORPORATION PO BOX 2034 TEANECK, NJ 07666 | FIBERTEX CORPORATION PO BOX 2034 TEANECK, NJ 07666 TEL.: 201-862-1920 FAX: 201-862-1986 EMAIL: ernest@fibertex-corp.com | Trade Debt | | $304,231.25 |

| Debtor | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| NATIONAL CONSUMER OUTDOORS CORPORATION | SUMEC TEXTILE & LIGHT INDUSTRY<br>198 CHANGJIANG ROAD<br>NANJING, CHINA 210018 | SUMEC TEXTILE & LIGHT INDUSTRY<br>198 CHANGJIANG ROAD<br>NANJING, CHINA 210018<br>TEL.: 86-025-89694800<br>FAX: 86-025-89695000<br>EMAIL: nigf@sumec.com.cn | Trade Debt | | $294,238.40 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | CH ROBINSON WORLDWIDE INC<br>P O BOX 9121<br>MINNEAPOLIS, MN 55480-9121 | CH ROBINSON WORLDWIDE INC<br>P O BOX 9121<br>MINNEAPOLIS, MN 55480-9121<br>TEL.: 630-972-2876<br>FAX: 972-231-1290 | Trade Debt | | $263,911.38 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | TONGXIANG HENGYE HOME TEXTILE<br>NO 188 XIUYUAN ROAD GAOYANG INDUSTRIAL ZONE<br>TONGXIANG, ZHEJIANG, CHINA | TONGXIANG HENGYE HOME TEXTILE<br>NO 188 XIUYUAN ROAD GAOYANG INDUSTRIAL ZONE<br>TONGXIANG, ZHEJIANG, CHINA,<br>TEL.: 0086-573-88661368<br>EMAIL: jessicazhao2010@gmail.com | Trade Debt | | $256,170.24 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | FOAM PRODUCTS OF TYLER<br>P.O. BOX 4790<br>TYLER, TX 75712 | FOAM PRODUCTS OF TYLER<br>P.O. BOX 4790<br>TYLER, TX 75712<br>TEL.: 903-597-1134<br>FAX: 903-597-8665<br>EMAIL: foamprod@sbcglobal.net | Trade Debt | | $246,174.90 |
| MALIBU LIGHTING CORPORATION | SHANGHAI YUANSHUN ELECTRONIC CO.,LTD<br>NO.12 WORKSHOP BUILDING, LANE 199,YEFAN ROAD<br>YEXIE, SONGJIANG, SHANGHAI | SHANGHAI YUANSHUN ELECTRONIC CO.,LTD<br>NO.12 WORKSHOP BUILDING, LANE 199,YEFAN ROAD<br>YEXIE, SONGJIANG, SHANGHAI<br>EMAIL: ys@yuanshunled.com | Trade Debt | | $152,704.62 |

| Debtor | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| OUTDOOR DIRECT CORPORATION | TRAVELERS INS. F/B/O JOSEPH PELLEGRINO CHRISTI FOX MORROW P.O. BOX 2954 HARTFORD, CT 06104-2954 | TRAVELERS INS. F/B/O JOSEPH PELLEGRINO CHRISTI FOX MORROW P.O. BOX 2954 HARTFORD, CT 06104-2954 TEL.: 860-954-5735 FAX: 877-786-5573 | Subrogation Claim | Contingent, Unliquidated, Disputed | $150,000.00 |
| OUTDOOR DIRECT CORPORATION | SPANRAFT, JOHNNIE 105 BULLS ROAD TAYLORS, SC 29687 | SPANRAFT, JOHNNIE 105 BULLS RD. TAYLORS, SC 29687 TEL: 815-343-0275 Email: jlspan@att.net | Tort Claim | Contingent, Unliquidated, Disputed | $150,000.00 |
| OUTDOOR DIRECT CORPORATION | BANK DIRECT CAPITAL FINANCE, LLC TWO CONWAY PARK 150 NORTH FIELD DRIVE SUITE 190 LAKE FOREST, IL 60045 | BANK DIRECT CAPITAL FINANCE, LLC TWO CONWAY PARK 150 NORTH FIELD DRIVE SUITE 190 LAKE FOREST, IL 60045 TEL.: 847-295-4120 FAX: 877-226-5297 | Trade Debt | | $149,697.97 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | SHIELDS BAG AND PRINTING CO. 1009 ROCK AVE. YAKIMA, WA 98909 | SHIELDS BAG AND PRINTING CO. 1009 ROCK AVE. YAKIMA, WA 98909 TEL.: 800-470-7026 FAX: 509-248-6304 | Trade Debt | | $144,997.60 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | INNOCOR, INC. 75 REMITTANCE DRIVE SUITE 3034 CHICAGO, IL 60675-3034 | INNOCOR, INC. 75 REMITTANCE DRIVE SUITE 3034 CHICAGO, IL 60675-3034 TEL.: 732-443-2027 FAX: 732-403-1033 | Trade Debt | | $143,164.80 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | OHL-INTERNATIONAL 62216 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-6221 | OHL-INTERNATIONAL 62216 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-6221 TEL.: 817-328-6113 EMAIL: jgaree@ohl.com | Trade Debt | | $131,265.50 |

| Debtor | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| OUTDOOR DIRECT CORPORATION | SHANGHAI HAILIAN ELECTRIC TOOLS CO LTD NO.50 CAOLI ROAD, FENG JING TOWN, JINSHAN DISTRICT SHANGHAI, CHINA | LLOYD WARD & ASSOCIATES 12655 N. CENTRAL EXPRESSWAY SUITE 1000 DALLAS, TX 75243 TEL.: 972-361-0036 FAX: 972-361-0039 | Trade Debt | | $106,769.24 |
| NATIONAL CONSUMER OUTDOORS CORPORATION | JIANGSU HIGH HOPE INTERNATIONAL GROUP SUNSHINE IMPORT & EXPORT CORP 17F JIANGSU INTERNATIONAL BUSINESS MASION, 50 ZHONGHUA ROAD NANJING, CHINA | JIANGSU HIGH HOPE INTERNATIONAL GROUP SUNSHINE IMPORT & EXPORT CORP 17F JIANGSU INTERNATIONAL BUSINESS MASION, 50 ZHONGHUA ROAD NANJING, CHINA Tel.: 025-52851353 Fax: 025-52206679 Email: zhhgu@aliyun.com | Trade Debt | | $102,328.40 |
| OUTDOOR DIRECT CORPORATION | AAA F/B/O CRIM, TIMOTHY 6056 DIAMOND MOUNTAIN TAYLORSVILLE, CA 95983 | COUNSEL FOR AAA: GRUNSKY, EBEY, FARRAR & HOWELL KATE E. COLLINS 240 WESTGATE DRIVE WATSONVILLE, CA  95076-2453 TEL: 831-722-2444 EMAIL: kcollins@grunskylaw.com | Subrogation Claim | Contingent, Unliquidated, Disputed | $100,000.00 |
| OUTDOOR DIRECT CORPORATION | GLOMBOWSKI, RONALD P. 10109 SHADES RD. HUNTSVILLE, AL 35803 | RALPH WAYNE HORNSBY, JR. HORNSBY WATSON HORNSBY BLACKWELL 1110 GLENEAGLES DRIVE HUNTSVILLE, AL  35801 TEL: 256-469-3523 FAX: 256-650-5504 | Litigation | Contingent, Unliquidated, Disputed | $100,000.00 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALIBU LIGHTING CORPORATION, | Case No. 15-_____ (___) |
| Debtor. | |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 35 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *Consolidated List of Creditors Holding 35 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 35 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of October, 2015, at Wilmington, Delaware.

_____
David M. Baker
Chief Restructuring Officer