UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| MALIBU LIGHTING CORPORATION, | Case No. 15-____ (__) |
| Debtor. | |

## LIST OF EQUITY HOLDERS

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "Debtor").

| Name and Last Known Address of Equity Interest Holder | Type of Equity Interest | Percentage of Interest |
|---|---|---|
| J. Baxter Brinkmann International Corporation<br>4215 McEwen Road<br>Dallas, TX 75244 | | 100% |

I, David M. Baker, the undersigned Chief Restructuring Officer of Malibu Lighting Corporation, named as the debtor in this case, declare under penalty of perjury that I have read the list of equity security holders and that it is true and correct to the best of my information and belief.

Executed this 8th day of October, 2015, at Wilmington, Delaware.

_____
David M. Baker
Chief Restructuring Officer