IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) | Case No. 15-12080 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**STATEMENT UNDER RULE 2016 OF THE**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 329 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), states that the undersigned is proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors") in these cases. It further states:[2]

1.    The Debtors have agreed to pay PSZ&J for the legal services that have been or will be rendered by its various attorneys, paralegals, and case management assistants in connection with these cases on the Debtors' behalf. The Debtors have also agreed to reimburse PSZ&J for its actual and necessary expenses incurred in connection with these cases. PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $1,445,446.20 including the Debtors' filing fees for these cases, in connection with the

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the *Application of Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* (the "Application").

preparation of initial documents and its prepetition representation of the Debtors. PSZ&J is current as of the Petition Date, but has not yet completed a final reconciliation as of the Petition Date. Upon final reconciliation of the amount actually expended prepetition, any balance remaining from the payments to PSZ&J will be credited to the Debtors and utilized as PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by this Court. The Firm will bill its fees and expenses to the respective estates of Outdoor Direct Corporation f/k/a The Brinkmann Corporation ("ODC"), National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. ("NCOC") and Malibu Lighting Corporation ("MLC") for services rendered or expenses incurred on behalf of that specific debtor. For services and expenses that benefit multiple debtors, the Firm will allocate such fees and expenses based on the anticipated level of activity in the Chapter 11 case, which is presently anticipated to be 65% to NCOC, 30% to ODC, and 5% to MLC; to the extent that such allocation changes, the Firm will supplement the Application.

2.  PSZ&J will seek approval for payment of compensation by filing the appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of the United States Bankruptcy Court for the District of Delaware, and orders of this Court. The filing fees for the Debtors have been paid in full.

3.  The services to be rendered include all those services set forth in the Application, submitted concurrently herewith.

4.  PSZ&J further states that it has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, of counsel, and associates of PSZ&J, or (b) any compensation another person or party has received or may have received.

Dated: October 9, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *signature*

Jeffrey N. Pomerantz (CA Bar No.143717)
Maxim B. Litvak (CA Bar No. 215852)
Michael R. Seidl (DE Bar No. 3889)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: 302/652-4100
Facsimile: 302/652-4400
E-mail:   jpomerantz@pszjlaw.com
          mlitvak@pszjlaw.com
          mseidl@pszjlaw.com

Proposed Counsel for the Debtors