IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) | Case No. 15-12080 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE, RULE
2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL
RULE 2014-1 AUTHORIZING THE EMPLOYMENT AND RETENTION OF
PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the *Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule
2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to
Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors
in Possession Nunc Pro Tunc to the Petition Date* (the "Application") of the above-captioned
debtors and debtors in possession (the "Debtors") seeking authorization to employ and retain
Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm") as counsel for the Debtors; and
upon (i) the *Statement Under Rule 2016 of the Federal Rules of Bankruptcy Procedure* (the
"Statement"), and (ii) the Pomerantz Declaration,[2] which were submitted concurrently with the
Application; and the Court being satisfied, based on the representations made in the Application,
the Statement and the Pomerantz Declaration, that PSZ&J does not represent or hold any interest
adverse to the Debtors or the Debtors' estates with respect to the matters upon which it is to be

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting
Corporation (8205); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer
Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke 'N
Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of
the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

engaged, and is disinterested as that term is defined under section 101(14) of the Bankruptcy

Code, and as modified by section 1107(b) of the Bankruptcy Code, and that the employment of

PSZ&J is necessary and in the best interests of the Debtors and the Debtors' estates; and this

Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference* from the United States District Court for the District of Delaware,

dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to

28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of

the United States Constitution; and this Court having found that venue of this proceeding and the

Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court

having found that the Debtors' notice of the Application and opportunity for a hearing on the

Application were appropriate and no other notice need be provided; and this Court having

reviewed the Application; and after due deliberation and good and sufficient cause appearing; it

is hereby:

ORDERED that the Application is GRANTED; and it is further

ORDERED that, pursuant to section 327(a) of the Bankruptcy Code, the Debtors

are authorized to employ and retain the Firm as counsel, effective *nunc pro tunc* to the Petition

Date, on the terms set forth in the Application, the Statement and the Pomerantz Declaration; and

it is further

ORDERED that the Firm shall apply for compensation for professional services

rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11

cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions

of the Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.  PSZ&J also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by PSZ&J in this chapter 11 case; and it is further

        ORDERED that the Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2015

                                                _____
                                                Honorable Kevin Gross
                                                United States Bankruptcy Judge