**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Malibu Lighting Corporation, *et al.* | : | Case No. 15-12080 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

   Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.  **Fibertex Corporation**, Attn: Ernest Elias, 1345 Queen Anne Rd., Teaneck, NJ 07666, Phone: 201-862-1920, Fax: 201-862-1986

2.  **Matthew Lee**, 325 North End Ave., #141, New York, NY 10282, Phone: 212-748-5223

3.  **Stein Fibers Ltd.**, Attn: Allen K. Greenberg, 4 Computer Dr. W., Ste. 200, Albany, NY 12205, Phone: 518-489-5700, Fax: 518-489-5713

4.  **Shanghai Hazlian Electric Tools Co.**, Attn: Yuecun He, o. 50 Caoli Rd., Fengjing Town, Jinshan District, Shanghai, China, Phone: 86-15058262568, Fax: 86-57488092518

5.  **Pratt Industries, Inc.**, Attn: Al Fennell, 1800-C Sarasota Business Pkwy., Conyers, GA 30013, Phone: 678-294-5264, Fax: 678-806-4843


        ANDREW R. VARA
        Acting United States Trustee, Region 3


        /s/ Linda Casey for
        T. PATRICK TINKER
        ASSISTANT UNITED STATES TRUSTEE

DATED: October 20, 2015

Attorney assigned to this Case: Linda Casey, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jeffrey N. Pomerantz, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400