IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| MALIBU LIGHTING CORPORATION, *et al.*,[1] | Case No. 15-12080 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Lowenstein Sandler LLP and Blank Rome LLP hereby enter their appearances, pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), on behalf of the Official Committee of Unsecured Creditors (the "**Committee**").  Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:

| | |
|---|---|
| Kenneth A. Rosen, Esq. | Bonnie Glantz Fatell, Esq. |
| Sharon L. Levine, Esq. | Victoria A. Guilfoyle, Esq. |
| **Lowenstein Sandler LLP** | **Blank Rome LLP** |
| 65 Livingston Avenue | 1201 Market Street, Suite 800 |
| Roseland, New Jersey 07068 | Wilmington, Delaware 19801 |
| Telephone:  (973) 597-2500 | Telephone:  (302) 425-6423 |
| Facsimile:  (973) 597-2400 | Facsimile:  (302) 252-0921 |
| krosen@lowenstein.com | Fatell@BlankRome.com |
| slevine@lowenstein.com | Guilfoyle@BlankRome.com |

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are:  Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

| | |
|---|---|
| Dated: October 22, 2015<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br> */s/ Bonnie Glantz Fatell*<br>Bonnie Glantz Fatell, Esq.<br>Victoria A. Guilfoyle, Esq.<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:   (302) 425-6423<br>Facsimile:    (302) 252-0921<br>E-mail:         Fatell@BlankRome.com<br>                     Guilfoyle@BlankRome.com<br><br>*Proposed Delaware Counsel to the Official Committee of Unsecured Creditors*<br><br>-and-<br><br>**LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq.<br>Eric S. Chafetz, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone:   (973) 597-2500<br>Facsimile:    (973) 597-6247<br>E-mail:         krosen@lowenstein.com<br>                     slevine@lowenstein.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |