IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) | Case No. 15-12080 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF ASSUMPTION AND ASSIGNMENT AS TO DEBTOR NATIONAL CONSUMER OUTDOORS CORPORATION F/K/A DALLAS MANUFACTURING COMPANY, INC. OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S OPERATING ASSETS**

PLEASE TAKE NOTICE THAT:

On October 27, 2015 2015, the Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), upon the motion (the "**Motion**") of National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (the "**Debtor**") entered an order (the "**Bidding Procedures Order**"): (a) approving the bidding procedures and bidder protections (the "**Bidding Procedures**") with respect to the sale (the "**Sale**") of substantially all of the Debtor's operating assets (the "**Purchased Assets**"); (b) scheduling an auction (the "**Auction**") for the Purchased Assets and a hearing approving the sale of the Purchased Assets (the "**Sale Hearing**"); and (c) approving certain procedures (the "**Assignment Procedures**") related to the assumption and assignment of those executory contracts and unexpired leases related to the Purchased Assets and whose assignment is contemplated by the Sale (the "**Assumed Contracts and Leases**"). A copy of the Assignment Procedures is annexed hereto as **Exhibit A**.

**YOUR RIGHTS MAY BE AFFECTED. Please read this notice carefully**

The Debtor entered into that certain Asset Purchase Agreement, as amended, for the sale of the Purchased Assets (the "**Agreement**") with DMC Acquisition Holdings, LLC (the "**Purchaser**"), an affiliate of Summit Investment Management LLC, and the assignment of certain contracts and leases related thereto.

In the event that the Debtor receives additional qualified bids for the Purchased Assets, the Debtor intends to conduct the Auction with respect to the Purchased Assets. The Auction will take place at the Delaware offices of Pachulski Stang Ziehl & Jones LLP located at 919 North Market Street, 16th Floor, Wilmington, DE 19801, on **November 17, 2015, starting at 10:00 a.m. (prevailing Eastern Time)**.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Shop Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

Attached as **Annex A** hereto is a description of the Purchaser that demonstrates the Purchaser's ability to perform the Debtor's obligations under the Assumed Contracts and/or the Assumed Leases ("**Purchaser's Adequate Assurance**").

The Debtor hereby provides notice of its intent to assume and assign certain agreements to which the Debtor is a party. Attached hereto at **Annex B** is a listing of all contracts or leases as to which the Debtor believes you or your predecessor in interest are a party (singularly or collectively, the "**Assumed Agreements**"). Annex B also identifies, for each Assumed Agreement, whether the Purchaser currently intends to take an assignment of the agreement and if so, the effective day of assignment; a description of the Agreement; the premises relating to the Agreement (if the relevant Assumed Agreement is an Assumed Lease); and the cure amount, asserted by the Debtor, that is necessary to cure any default under the relevant Assumed Agreement pursuant to section 365 of the Bankruptcy Code (the "**Cure Amount**").

Nothing contained in this Notice is to be construed as an admission by the Debtor as to the character of any document denominated as an Agreement, as an executory contract or unexpired lease, or to the rights of any parties thereto. The sale of the Purchased Assets, and assumption and assignment of the Agreements will take place pursuant to the Bidding Procedures Order.

If one or more of the listed contracts or leases are not currently denoted as one that the Purchaser intends to take an assignment of, such contract or lease may nevertheless be assumed and assigned to the Purchaser or to a different Successful Bidder. The Debtor may amend the list of contracts and leases to be assumed and assigned by a different Successful Bidder, and the identity of the party to whom the leases and contracts will be assigned as late as **November 17, 2015**. IF YOU WANT TO RECEIVE ELECTRONIC OR FAX NOTICE EITHER THAT (A) THE IDENTITY OF THE SUCCESSFUL BIDDER AFTER THE AUCTION ON NOVEMBER 17, 2015; OR (B) THAT THE SUCCESSFUL BIDDER HAS ELECTED TO TAKE THE ASSIGNMENT OF A CONTRACT OR LEASE WITH YOU THAT WAS NOT PREVIOUSLY IDENTIFIED AS BEING AN ASSUMED CONTRACT OR ASSUMED LEASE, SO THAT YOU MAY OBJECT AT THE HEARING TO BE HELD ON NOVEMBER 19, 2015, YOU MUST PROVIDE THE DEBTOR WITH AN EMAIL ADDRESS OR FAX NUMBER NO LATER THAN **NOVEMBER 12, 2015**. If you provide an email address or fax number, the Debtor will provide you with notification within two hours of the conclusion of the auction on November 17, 2015.

To the extent that any interested party wishes to object to any matter pertaining to the assumption and assignment of an Assumed Contract or an Assumed Lease, including, without limitation, Purchaser's Adequate Assurance or the Cure Amount designated in this Notice, then such interested party must file a written objection (an "**Objection**") with the Bankruptcy Court no later than **November 12, 2015, at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**"), and simultaneously serve such an Objection on the following parties: (a) Debtor's counsel, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: Jeffrey N. Pomerantz, jpomerantz@pszjlaw.com and Maxim B. Litvak, mlitvak@pszjlaw.com), (b) counsel to the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 65 Livingston Ave, Roseland, NJ 07068 (Attn: Sharon L.

Levine, slevine@lowenstein.com, Kenneth A. Rosen, krosen@lowenstein.com, and Eric S. Chafetz, echafetz@lowenstein.com), (c) counsel to Comerica Bank, Jackson Walker L.L.P., 901 Main Street, Suite 6000, Dallas, TX 75202 (Attn: David Stolle, dstolle@jw.com and Bruce Ruzinsky, bruzinsky@jw.com), (d) counsel to Bank of America, N.A., Bryan Cave LLP, Two North Central Ave., Suite 2200, Phoenix, AZ 85004 (Attn: Robert J. Miller, rjmiller@bryancave.com and Brian Walsh, brian.walsh@bryancave.com), (e) counsel to Texas Capital Bank, Norton Rose Fulbright US LLP, 2200 Ross Ave., Suite 3600, Dallas, TX 75201 (Attn: Toby L. Gerber, toby.gerber@nortonrosefulbright.com), (f) counsel to the Purchaser, Markus Williams Young & Zimmerman LLC, 1700 Lincoln Street, Suite 4550, Denver, CO 80203 (Attn: James T. Markus, jmarkus@markuswilliams.com), (g) the Office of the United States Trustee, Attn., J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Linda Casey, linda.casey@usdoj.gov), and (h) any other party requesting notice, so that it is actually received by the Objection Deadline.

In the event the Debtor chooses a Successful Bidder or Backup Bidder other than the Purchaser at the Auction or the terms of the proposed Sale are modified at the time of the Auction, the Objection Deadline solely with respect to (i) the Debtor's choice of such alternative Successful Bidder or Backup Bidder, or the modifications to the terms of the Sale to the Successful Bidder and (ii) any additional or modified Cure Amounts may be raised at the Sale Hearing, to be held on **November 19, 2015, at 2:00 p.m. (prevailing Eastern time).** If you wish to receive information concerning the ability of any potential purchaser to provide adequate assurance of future performance, please make such request to the Debtors. Any information received by you is provided to you, subject to confidentiality restrictions.

Upon filing of an objection by a Counterparty to an Assumed Lease and Contract, the Debtor and/or the Purchaser will contact the objecting Counterparty to attempt to consensually resolve any timely served objection. If the Debtor and/or the Purchaser are unable to resolve the objection, (i) to the extent such objections relate to the adequate assurance of future performance by the Purchaser or Successful Bidder, such objections will be heard at the Sale Hearing or (ii) to the extent such objections relate to a Cure Amount, such objections will be heard at a hearing to be scheduled by the Court at the Sale Hearing.

To the extent that any party-in-interest does not timely serve an Objection as set forth above, such party will be deemed to have (i) consented to the assumption and assignment of the applicable Assumed Agreement; (ii) agreed that the Purchaser has provided adequate assurance of future performance within the meaning of section 365(b)(1)(C) of the Bankruptcy Code; (iii) consented to the relevant Cure Amount, if any; and (iv) agreed to the terms of the Motion.

A copy of the Bidding Procedures Order or any other document referenced herein can be viewed and obtained on the Bankruptcy Court's website at https://ecf.deb.uscourts.gov or (without charge) at: www.kccllc.net/malibu.

| | |
|---|---|
| Dated:  October 29, 2015 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Michael R. Seidl*
<u></u>
   Jeffrey N. Pomerantz (CA Bar No. 143717)
   Maxim B. Litvak (CA Bar No. 215852)
   Michael R. Seidl (DE Bar No. 3889)
   919 North Market Street, 17th Floor
   P.O. Box 8705
   Wilmington, DE  19899-8705
   Telephone: 302/652-4100
   Facsimile:  302/652-4400
   E-mail:     jpomerantz@pszjlaw.com
              mlitvak@pszjlaw.com
              mseidl@pszjlaw.com

Counsel for the Debtor and Debtor in Possession