IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, | ) | Case No. 15-12080-KG |
| *et al*., | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF MOTION OF EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., ET AL., FOR RELIEF FROM STAY UNDER <u>SECTION 362 OF THE BANKRUPTCY CODE</u>**

To: Parties on 2002 Service List

    Expeditors International of Washington, Inc., and its subsidiaries, including Expeditors of Canada, Inc. (collectively, "Expeditors"), have filed a Motion for Relief from Stay which seeks the following relief: a relief from stay as to Expeditors' liens and security interests.

    **HEARING ON THE MOTION WILL BE HELD TUESDAY, DECEMBER 8, 2015 AT 3:00 P.M.**

    You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven (7) days before the above hearing date.

    At the same time, you must also serve a copy of the response upon Expeditors' attorneys:

| | |
|---|---|
| Jason C. Powell, Esquire<br>Ferry Joseph, P.A.<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19899 | Lisa M. Kresge, Esquire<br>Brennan, Recupero, Cascione, Scungio &<br>McAllister, LLP<br>326 Broadway<br>Providence, RI 02909 |

    The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

    The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

FERRY JOSEPH, P.A.

/s/ Jason C. Powell
Jason C. Powell, Esquire (No. 3768)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Local Counsel for Expeditors International
of Washington, Inc.

Dated: November 5, 2015