**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**MALIBU LIGHTING CORPORATION,** *et al.*,<br><br>Debtors[1] | Case No. 15-12080-KG<br>Chapter 11<br>Jointly Administered |
| In re<br><br>**MALIBU LIGHTING CORPORATION,** *et al.*,<br><br>Debtors[2] | Case No. 15-12080-KG<br>Chapter 11<br>Jointly Administered |

## **VERIFICATION**

Summereen Nott, having been duly sworn, deposes and states as follows:

1. I am employed by Expeditors International of Washington, Inc. ("Expeditors"), with the title of Director, Global Legal Services.

2. I have read the foregoing Motion for Relief from the Automatic Stay (the "Motion"). All of the statements in the Motion are true and correct, based on my personal knowledge and the books and records of Expeditors made and kept in the ordinary course of business.

3. The exhibits to the Motion are all true, correct, and genuine.

I declare under penalty of perjury that the foregoing is true and correct this 5th day of November__, 2015 in Seattle, Washington (28 U.S.C. § 1746).

_____
Summereen Nott

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

[2] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.