**EXHIBIT B**



G0381780

# Application for Credit

Only limited credit can be granted without current financial statements. Please attach your most recent financial statements to expedite credit approval.

Please return completed application to:

| | | |
|---|---|---|
| Customer name: Malibu Lighting Corporation | Parent (if applicable): | Ownership: |
| FEIN: 27-0220556 | FEIN: | ☐ Public Corporation |
| | | Ticker Symbol: _____ |
| Address: 4215 McEwen Road | Address: | [X] Private Corporation |
| City/state/zip: Dallas, TX  75244 | City/state/zip: | ☐ Partnership |
| Phone: 972-770-8500   Fax: 972-770-8576 | Phone:    Fax: | ☐ Limited Liability Company |
| Type of business/years in business: New | Type of business/years in business: | [X] DUNS # 83-099-0375 |
| State of entity formation: Delaware | State of entity formation: | |
| Bank name: Signature Bank | Bank name: | |
| Address: 6757 Arapaho Rd. Ste 725 Dallas, TX  75248 | Address: | |
| Contact: Kim Schultz | Contact: | |
| Phone: 972-866-9696   Fax: 972-866-9705 | Phone:    Fax: | |
| Account numbers: 101-4349 | Account numbers: | |
| Credit arrangements: | Credit arrangements: | |
| Date account opened: 6-15-2009 | Date account opened: | |
| Trade reference name: | Trade reference name: | |
| Address: | Address: | |
| Phone:    Fax: | Phone:    Fax: | |
| Contact: | Contact: | |

Company invoices should be sent to Customer at: 4215 McEwen Rd. Dallas, TX  75244

Customer contact for past due amounts: Maria Salas

The information set forth in this application for credit and in the financial statements included with this application, if any, is true and complete and is not misleading. The Company is hereby authorized to obtain information from credit reporting services, to check the Customer's bank, credit and trade references and history listed above, and in the normal course of business to disclose credit information to credit grantors and reporting services. The Company's *Terms for Credit Accounts* and *Notice Concerning Limitation of Liability* as included with this application, as well as the terms of the Company's invoices, bills of lading and other shipping documents, are understood and accepted.

Print Company Name ("the Customer"): Malibu Lighting Corporation

Authorized Signature: *Martin P Donoghue*   Date: 6/24/09

Print Name: Martin P. Donoghue   Title: Chief Financial Officer

Printed 08/16/05

# Terms for Credit Accounts

Specific terms and conditions of service, including limitations of liability discussed in the *Notice Concerning Limitation of Liability*, apply to the services performed by the Company. These terms and conditions are established by contract as set forth in the governing instrument or by operation of law. The Company's standard payment terms require receipt of cash in advance of performance. In event that the Company extends credit to the Customer, the following additional terms are hereby agreed to be applicable.

The amount of credit extended to the Customer is subject to periodic review and any decision to increase, decrease or revoke the amount of credit granted to the Customer shall be in the sole discretion of the Company without advance notice.

By establishing a credit account for the Customer, the Company shall be under no obligation to incur any expense, guarantee payment, or advance money on behalf of the Customer. Notwithstanding any course of dealing, course of conduct, course of performance or usage of trade, the fact that the Company has made a payment, advance or guarantee shall not constitute a waiver of this provision, nor shall any failure or delay by the Company to exercise any right operate as a waiver thereof, nor shall any single or partial exercise of any right preclude any other or further exercise thereof or the exercise of any other right.

The Customer agrees to keep the account current and agrees to pay each invoice according to its terms. Unless other payment terms are shown on the face of the invoice, it is agreed that the Company will receive payment within fifteen (15) days of the invoice date.

In the event that the Customer fails to keep the account current, all amounts owed by Customer shall immediately become due and payable. The Customer shall also become indebted to the Company for costs of collection, including reasonable attorney fees, plus one and one half percent (1.5%) interest per month (19.72% per annum) on all amounts, compounded daily and calculated from the due date.

As security for any existing and future indebtedness and obligations of the Customer to the Company, including claims for charges, expenses or advances incurred by the Company in connection with any shipment or transaction of the Customer, and whether or not presently contemplated by the Customer and the Company, the Customer hereby grants to the Company a continuing lien and security interest in any and all property of the Customer (including goods and documents relating thereto) now or hereafter in the Company's possession, custody or control or en route (the "Collateral"). This lien and security interest shall be in addition to any other rights the Company has or may acquire under any other agreements and/or applicable law, and shall survive delivery or release of any Collateral. Customer agrees to make full and prompt payment of the unpaid purchase price of any goods as to which the Company provides services or makes advances and to deliver all requisite authorizations, bills of lading, and other title documentation to assure such payment.

If any indebtedness remains unpaid, the Company may, in addition to any other rights it has under other agreements and/or applicable law, exercise any or all of the rights of a secured party under the Uniform Commercial Code now in effect in the State of Washington. Any notice required to be given by the Company of a sale or other disposition or other intended actions with respect to any Collateral, or otherwise, made by sending same to the Customer at least ten (10) days prior to any proposed action shall constitute fair and reasonable notice to the Customer. Any surplus from a sale or other disposition of Collateral, after application of the proceeds to the costs of enforcement and sale or other disposition (including attorneys' fees) and to the indebtedness and obligations, shall be transmitted to the Customer, and the Customer shall be liable for any deficiency in the sale.

The foregoing shall be construed according to the internal substantive laws of the State of Washington, without regard to the conflict of law principles of such State. The Customer irrevocably submits to the exclusive jurisdiction of the state courts of Washington, and agrees that all claims and proceedings by the Customer shall be brought only in King County.

# Notice Concerning Limitation of Liability

Expeditors International of Washington, Inc. on behalf of itself and its subsidiaries, affiliates, agents and contractors (collectively, "the Company") limits its legal liability for loss, damage or delay. The maximum amount of legal liability assumed by the Company (often called "released value") varies depending upon the type of service provided and / or the mode of transportation. The Company's legal liability when providing customs brokerage services or short term warehouse / distribution services is different from the legal liability that applies when the Company is acting as a carrier providing transportation services. The released value for air transportation is different from the released value applicable to ocean transportation and the limitation on liability for domestic air transportation is different from the limitation applicable to international transportation. These differences exist because unique treaties, laws, conventions, tariffs and industry standards establish the minimum released value for each different mode of transportation and service offering.

The Company has adopted general terms and conditions of service. These terms and conditions are printed on the back of every Invoice issued by the Company to Customer and are incorporated herein by reference. The limitation of liability set forth in the general terms and conditions of Service applies to customs brokerage, warehouse/ distribution and other services where the Company is not acting as a carrier. The Company may change the general terms and conditions of service from time to time.

When the Company is acting as a carrier, the exact limits of liability and the other terms and conditions of carriage can be located on the bill of lading or other shipping document issued by the carrier (which is the contract between the parties). Unless modified or superseded by the terms of the bill of lading or other contract of carriage, the Company's general terms and conditions of service will also apply to the transaction.

The contractual provisions referenced above describe the industry standard released value, but the actual amount applicable to any particular transaction is in the complete control of the Customer. When the Customer desires to have the Company assume legal liability for an amount greater than the standard released value, the Customer modifies the terms of the contract by declaring a higher released value prior to the performance of the service. This can be done by entering a declared value on the *Shipper's Letter of Instructions* when the Company is acting as the carrier. In other cases, the higher declared value must be set forth in a written document accepted and acknowledged by the Company. In exchange for accepting the higher legal liability selected by the Customer, a higher rate will be charged for the service.

The additional protection obtained by declaring a higher value is not the same as the protection that is available by purchasing insurance. For example, there are risks that are covered by the insurance company in circumstances where a carrier is not legally liable to reimburse the customer. In addition, insurance coverage can be purchased with direct reference to the value of the cargo while a declaration of additional value often must be expressed as an amount per pound or per carton. As a consequence, recovery of full value is much more problematic with a higher released value than it is through the purchase of insurance. Upon Customer request, the Company can also arrange to provide insurance coverage.

Notice Concerning Limitation
of Liability

Terms for Credit Accounts

# Application for Credit


Expeditors®
You'd be surprised how far we'll go for you