IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) | Case No. 15-12080 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On October 8, 2015 (the "Commencement Date"), each of the above-captioned debtors (the "Debtors") commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered. The Debtors continue to operate their businesses and manage their properties as debtors in possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code.

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SoFAs") filed by each of the Debtors in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared pursuant to section 521 of the Bankruptcy Code, Rule 1007 of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware by the Debtors' management with unaudited information available as near as possible to the Commencement Date, unless otherwise indicated. The Schedules and SoFAs reflect the separate assets and liabilities of each individual Debtor. The Schedules and SoFAs do not purport to be financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the Debtors' financial statements.

The Schedules and SoFAs have been signed by an authorized representative of the Debtors. In reviewing and signing the Schedules and SoFAs, the Debtors' authorized representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. Such representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and SoFAs (the "Global Notes") are incorporated by reference

---

[1]  The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

> *These Global Notes regarding the Debtors' Schedules and SoFAs comprise an integral part of the Schedules and SoFAs and should be referred to and considered in connection with any review of them.*

in, and comprise an integral part of, the Debtors' Schedules and SoFAs, and should be referred to and reviewed in connection with any review of the Schedules and SoFAs.

1.  <u>Reservation of Rights</u>.    Based on the information available at the time of preparation, the Debtors' management made every reasonable effort to ensure the Schedules and SoFAs are as accurate and complete as possible, but inadvertent errors or omissions may have occurred.    Because the Schedules and SoFAs contain unaudited information, which is subject to further review, verification and potential adjustment, there can be no assurance that these Schedules and SoFAs are complete.    Subsequent information or discovery may result in material changes to these Schedules and SoFAs.    The Debtors' last audited financial statements were completed for the fiscal year ending February 28, 2014, and they have not yet performed a full annual close of the books and records for the fiscal year ending February 28, 2015.

    Nothing contained in the Schedules and SoFAs or these Global Notes shall constitute an admission or a waiver of any of the Debtors' rights to assert any claims or defenses. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of any claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Further, nothing contained in the Schedules and SoFAs shall constitute a waiver of any of the rights of the Debtors or their estates with respect to these chapter 11 cases and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

    The Debtors reserve the right to dispute, or to assert setoff or other defenses to, any claim reflected on the Schedules and/or SoFAs. The Debtors also reserve all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and SoFAs.

2.  <u>Reporting Date</u>. The Debtors' fiscal year ends on February 28th. All asset and liability information, except where otherwise noted, is provided as of the Commencement Date.

3.  <u>Currency</u>. All amounts are reflected in U.S. dollars, unless otherwise noted below.

4.  <u>Estimates and Assumptions</u>. The preparation of the Schedules and SoFAs required the Debtors to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosure of contingent assets and

> *These Global Notes regarding the Debtors' Schedules and SoFAs comprise an integral part of the Schedules and SoFAs and should be referred to and considered in connection with any review of them.*

liabilities and the reported amounts of revenue and expense. Actual results could differ materially from these estimates.

5.  Asset Presentation and Valuation. The Debtors do not have current market valuations for all of their assets. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all assets. Wherever possible, unless otherwise indicated, net book values as of July 31, 2015 are presented. When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed). Accordingly, the Debtors reserve all rights to amend, supplement or adjust the asset values set forth herein. As applicable, fixed assets and leasehold improvement assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, have no net book value, however are still included in the Schedules and SoFAs.

6.  Liabilities. Wherever possible, amounts owed as of the Commencement Date are presented. Some of the scheduled liabilities are unknown, contingent and/or unliquidated at this time. In some cases, the amounts are listed as "Unknown" or "Undetermined." Accordingly, the Schedules and SoFAs do not accurately reflect the aggregate amount of the Debtors' total liabilities.

7.  Accounts Payable and Disbursements System. The Debtors maintain 3 separate cash management systems that facilitate the collection, disbursement and payment of funds. Debtor Malibu Lighting Corporation ("MLC") and debtor National Consumer Outdoors Corporation ("NCOC") each maintain their cash management systems at Comerica Bank ("Comerica"). Debtor Outdoor Direct Corporation ("ODC") maintains its own bank accounts at Bank of America. The NCOC Cash Management System contains one account used to process collections and disbursements from Stubbs Collection, Inc. ("Stubbs") derived from the sale of its former western-wear clothing business.

8.  Intercompany Transactions. Historically the Debtors have engaged in intercompany transactions with their Debtor and non-Debtor affiliates. The amounts reflected in the Schedules B and F relating to the intercompany transactions are the Debtor's best estimates after a limited review of the intercompany transactions. Material additional work is necessary to fully analyze all of the intercompany transactions. The Debtors, and each of the Debtor's non-debtor affiliated entities, each reserve all of their respective rights with respect to any asserted intercompany accounts payable and receivable.

9.  Leases. Any unexpired leases are included on Schedule G. To the extent any amounts were outstanding under any leases as of the Commencement Date; such amounts have been included on Schedule F.

*These Global Notes regarding the Debtors' Schedules and SoFAs comprise an integral part of the Schedules and SoFAs and should be referred to and considered in connection with any review of them.*

10.    Characterization.    The Debtors made all reasonable efforts to correctly characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SoFAs, however, it is possible that certain items have been improperly characterized, classified, categorized or designated.  In addition, certain items reported in the Schedules and SoFAs may be included in more than one category.  The designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

11.    Undetermined or Unknown Amounts.    The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount.

12.    Bankruptcy Court First-Day Orders.    The Bankruptcy Court authorized the Debtors in their discretion to pay various outstanding prepetition claims, including, but not limited to, certain claims relating to employee compensation, and benefits, shippers and warehousemen, critical vendors and certain taxing authorities.    Where Schedule F lists creditors and sets forth the Debtors' scheduled amount attributable to such claims, such scheduled amount reflects amounts owed as of the Commencement Date regardless of any post-petition payments made on behalf of First-Day Orders entered by the Court.

13.    Contingent Assets and Causes of Action.  Despite the Debtors' reasonable efforts to identify all known assets, the Debtors may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and SoFAs, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  Additionally, prior to the Commencement Date, the Debtors, as plaintiff, cross-claimant and/or third-party plaintiff may have asserted claims against third parties, seeking monetary damages for business-related losses.  The Debtors reserve all rights with respect to any potential claims, causes of action or avoidance actions, and neither these Global Notes nor the Schedules and SoFAs shall be deemed a waiver of any such potential claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

14.    Guarantees and Other Secondary Liability Claims.  It is possible that there may be guarantees and other secondary liability claims (the "Guarantees") in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other agreements may have been inadvertently omitted.  Thus, the Debtors reserve their rights to amend or supplement the Schedules to the extent that additional Guarantees are identified.  In addition, the Debtors reserve the right to amend the Schedules and SoFAs to recharacterize or reclassify any such contract or claim.

*These Global Notes regarding the Debtors' Schedules and SoFAs comprise an integral part of the Schedules and SoFAs and should be referred to and considered in connection with any review of them.*

15.  Investigations.  From time to time, the Debtors may be subject to certain investigations from various governmental and nongovernmental entities.  The Debtors have complied with all such requests for documents and information.  Since the Commencement Date, the Debtors have not been engaged in any proceedings regarding these investigations, and therefore excluded this information from the Schedules and SoFAs.

16.  Assumptions Used in Responding to Specific Questions in the SoFAs

    a.  SoFA Question 1.  The amounts reflected for FY16 are unaudited.

    b.  SoFA Question 3b.  Due to confidentiality concerns and sensitivity to employees' rights of privacy, addresses for employees receiving disbursements have not been included in response to this question. Attachment 3(b) to the SoFAs may include transfers to entities who may not constitute Creditors as defined under section 101(10) of the Bankruptcy Code.  Nothing herein shall constitute an admission that the entities listed herein constitute Creditors or hold Claims against any of the Debtors.

    Payments made to Aurora Management Partners, Pachulski Stang Ziehl & Jones LLP, Epiq Strategic Communications, Piper Jaffray & Co. and Kurtzman Carson Consultants LLC within 90 days of the Petition Date are set forth on Attachment 9 to the SoFAs.

    a.  SoFA Question 3c.  The listing of a party as an "Insider," throughout the Schedules and SoFAs, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby expressly reserved.

    The amounts shown in response to this question for compensation and severance are gross amounts and do not include reductions for employee tax withholding or withholdings for employee paid benefits.

    b.  SoFA Question 14.  The response to SoFA Question 14 does not include equipment leased by the Debtors that is located on the Debtors' premises. These leases are included in Schedule G.

    The Debtors routinely withhold or retain certain funds from employees for payment to certain governmental authorities.  These funds are held in trust for turnover to the applicable governmental authority.  Since the Debtors do not retain control of these funds, nor are these funds considered property of the estate, such amounts have not been included in SoFA Question 14.

*These Global Notes regarding the Debtors' Schedules and SoFAs comprise an integral part of the Schedules and SoFAs and should be referred to and considered in connection with any review of them.*

    c.    <u>SoFA Question 19d</u>. Prior to the commencement of these chapter 11 cases, the Debtors considered various restructuring alternatives. These restructuring alternatives included discussions with third parties, including potential lenders and investors, who, subject to confidentiality agreements, may have been granted access to certain information as requested from the Debtors' books and records. The Debtors also may have provided consolidated financial information to banks, customers, suppliers and other various interested parties.

    d.    <u>SoFA Question 23</u>. All payments to insiders of the Debtors have been listed under SoFA Question 3c, including all forms of compensation. The items listed under SoFA Question 23 incorporate by reference any items listed under SoFA Question 3c, and <u>vice</u> <u>versa</u>.

17.    <u>Assumptions Used in Responding to Specific Questions in the Schedules.</u>

    a.    <u>Schedule A</u>. The real property values shown are based on appraisals from February, 2012.

    b.    <u>Schedule B</u>. The amounts shown are based on the account balances as of the Commencement Date, unless otherwise noted.

    c.    <u>Schedule B2</u>. Cash accounts are presented at book value, unless otherwise noted.

    d.    <u>Schedule B16</u>. Trade accounts receivable is net of allowances and discounts.

    e.    <u>Schedule B29</u>. The Company's records do not segregate the book value of machinery, fixtures, equipment, and supplies used in business from other assets and are included in statement of asset B28.

*These Global Notes regarding the Debtors' Schedules and SoFAs comprise an integral part of the Schedules and SoFAs and should be referred to and considered in connection with any review of them.*

f.  Schedule D.  Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court, the Debtors reserve all rights to dispute or challenge validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Schedule D are intended only as a summary.  Reference to the applicable security agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and SoFAs shall be deemed a modification or interpretation of the terms of such agreements.

g.  NCOC Comerica Credit Agreement.  As of October 5, 2015, Comerica is owed approximately $25,801,582.89 in principal obligations, plus accrued interest and fees, by NCOC under the NCOC Comerica Credit Agreement, as more fully set forth in the *Final Order as to Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (a) Authorizing Post-Petition Financing and Use of Cash Collateral, (b) Granting §§ 363(c) and 364(d) Liens, a Superpriority Administrative Claim, and Adequate Protection, (c) Approving Agreements with Comerica Bank* (the "Final DIP Order") [Docket No. 155].

MLC Comerica Credit Agreement and MLC Comerica Term Note Agreement.  As of October 6, 2015, Comerica is owed $2,626,671.88 in principal obligations, plus accrued interest and fees, under the MLC Comerica Credit Agreement, and $2,455,555.60 in principal obligations, plus accrued interest and fees, under the MLC Comerica Term Note Agreement, as more fully set forth in the *Final Order as to Malibu Lighting Corporation Approving Stipulation on Authorizing Use of Cash Collateral* (the "Final MLC Cash Collateral Order") [Docket No. 154].

ODC BofA Credit Agreement.  As of October 7, 2015, the indebtedness outstanding under the ODC BofA Credit Agreement is not less than $44,413,950.20, consisting of principal in the amount of $44,060,185.37 and accrued and unpaid interest in the amount of $353,764.83 as more fully set forth in the *Final Order Approving Stipulation Authorizing Use of Cash Collateral by Debtors Outdoor Direct Corporation f/k/a The Brinkmann Corporation and Other Syndicated Facility Obligors* (the "Final ODC Cash Collateral Order") [Docket No. 153].

> *These Global Notes regarding the Debtors' Schedules and SoFAs comprise an integral part of the Schedules and SoFAs and should be referred to and considered in connection with any review of them.*

ODC L/C Credit Agreement. As of October 7, 2015, the indebtedness outstanding under the ODC L/C Credit Agreement consists of a contingent obligation related to an outstanding letter of credit in the amount of $8,229.60, as more fully set forth in the Final ODC Cash Collateral Order.

h.    Schedule E.

(a) Tax Claims. The Debtors are required to file tax returns and various other tax related forms with many taxing authorities. These filings commonly result in either tax refunds or additional tax related liabilities.

Schedule E contains the Debtors' estimate of all of the potential priority claims against the Debtors' estates held by governmental and quasi-governmental entities. The Debtors have not determined whether, and to what extent, any of the creditors identified on Schedule E in fact are entitled to priority under Section 507 of the Bankruptcy Code. The Debtors reserve their rights to assert that claims identified on Schedule E are not claims of governmental entities and/or that such claims are not entitled to priority.

Furthermore, the Court entered the *Order (I) Authorizing the Payment of Prepetition Sales, Use and Other Similar Taxes and Business Fees and (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing* (the "Sales and Use Tax Order") on October 9, 2015. The Sales and Use Tax Order authorizes the Debtors to pay all outstanding pre-petition sales and use tax obligations. Thus, Schedule E does not list any pre-petition sales and use taxes paid in accordance with the Sales and Use Tax Order.

(b) Employee Claims. On October 9, 2015, the Court entered the *Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests (*With Revisions Made by the Court*)* (the "Wage Order"). The Wage Order authorized the Debtors to pay and/or honor certain prepetition employee obligations in accordance with the Debtors' stated policies and in the ordinary course of business, including, among other things, the payment of unpaid earned wages of the Debtors' employees, up to $12,475 per employee, and which prepetition wages were paid to such employees after entry

of the Wage Order. Thus, Schedule E does not list accrued wages or other obligations that were already paid in accordance with the Wage Order.

Furthermore, the Wage Order authorizes the Debtors to make payments to applicable third parties from Withholding Obligations and in respect of the Benefits, and costs associated therewith, in accordance with the Debtors' ordinary course of business and stated policies. Thus, Schedule E does not list any pre-petition Withholding Obligations paid in accordance with the Wage Order.

(c) To the extent employee is owed unpaid prepetition amounts for accrued vacation entitled to priority pursuant to section 507(a)(4) of the Bankruptcy Code, such gross amounts are listed on Schedule E. The Debtors have not separately listed claims for accrued vacation that is not entitled to priority under section 507(a)(4) of the Bankruptcy Code on Schedule F.

i.  Schedule F.  Schedule F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts, however, are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Commencement Date. The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of the date that each claim in Schedule F was incurred or arose would be unduly burdensome; therefore, the Debtors do not list a date for each claim listed on Schedule F.

Certain claims listed on Schedule F may include claims that creditors may also assert claims for administrative priority pursuant to section 503(b)(9) of the Bankruptcy Code.

Where Schedule F lists creditors and sets forth the Debtors' scheduled amount attributable to such claims, such scheduled amount reflects amounts owed as of the Commencement Date regardless of any post-petition payments made on behalf of First-Day Orders entered by the Court.

j.  Schedule G.  Although the Debtors' existing records and information systems have been relied upon to identify and schedule executory contracts and unexpired leases and every effort has been made to ensure the accuracy of each Schedule G, inadvertent errors or omissions may have occurred. The Debtors reserve all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in

*These Global Notes regarding the Debtors' Schedules and SoFAs comprise an integral part of the Schedules and SoFAs and should be referred to and considered in connection with any review of them.*

Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements and leases listed therein may have expired or been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments and agreements, which may not be listed therein.

The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Certain customer contracts and confidentiality agreements have been redacted to protect and ensure the confidentiality of such agreements. The Debtors reserve all rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the rights to dispute or challenge the characterization or the structure of any transaction, document or instrument.

Certain executory agreements may not have been memorialized in writing and could be subject to dispute. Executory agreements that are oral in nature have not been included in Schedule G.

k.   Schedule H. Codefendants in litigation matters involving the Debtors are not listed in Schedule H. The Debtors reserve all rights to amend or supplement the Schedules to the extent that additional Guarantees are identified or such Guarantees are discovered to have expired or be unenforceable.

18.   Amendments. The Debtors reserve the right to amend and/or supplement the Schedules and SoFAs as may be necessary or appropriate.

19.   Limitation of Liability. The Debtors and their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness or timeliness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their officers, employees, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Delaware

In re    **Malibu Lighting Corporation** ,     Case No.   **15-12080**

                                Debtor        Chapter           **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 9 | 31,974,071.62 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,082,227.48 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 17,203.15 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 7,067,426.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 31,974,071.62 | | |
| Total Liabilities | | | | 12,166,857.59 | |

B6A (Official Form 6A) (12/07)

.

In re   **Malibu Lighting Corporation**
_____,   Case No. ____**15-12080**_____
                                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Malibu Lighting Corporation**                                                    ,    Case No.    __15-12080__
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See Attachment B2** | - | 787,732.43 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Customs Broker NRI Acct Deposit with UPS Canada Ltd.** | - | 2,500.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        790,232.43
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Malibu Lighting Corporation**                                    ,          Case No.    **15-12080**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Intercompany Receivable - JBBI** | - | **17,645,076.43** |
| | | **Intercompany Receivable - LightStar** | - | **550.00** |
| | | **See Attachment B16** | - | **1,455,246.57** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **19,100,873.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Malibu Lighting Corporation**                          ,    Case No.    __15-12080__
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Domain Names: malibulights.com, malibulights.us, malibulights.asia, malibulights.com.cn, malibuoutdoorliving.com, mosquitofreedom.com** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **JBBI License Agreement** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer list** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **See Attachment B30** | - | **6,782,291.41** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      **6,782,291.41**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Malibu Lighting Corporation**                                    ,          Case No.   __15-12080__
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Sale proceeds of excess, returned and obsolete inventory held by Great American Global Partners, LLC** | - | 128,002.86 |

| | | |
|---|---|---|
| | Sub-Total > (Total of this page) | 128,002.86 |
| | Total > | 31,974,071.62 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Attachment B2
Checking, asvings or other financial accounts

| Company | Financial Institution | Account No. | Account Type | Balance as of 10/08/15 |
|---|---|---|---|---|
| Malibu Lighting Corporation Master Loan Obligation | Comerica Bank | xxxxxxxx60 - 59 | Loan Obligation | $ - |
| Malibu Lighting Corporation Master Loan Obligation | Comerica Bank | xxxxxxxx60 - 91 | Loan Obligation | $ - |
| Malibu Lighting Corporation Master | Comerica Bank | xxxxxx6466 | Master | $ (160,000.00) |
| Malibu Lighting Corporation Payroll | Comerica Bank | xxxxxx8741 | Payroll | $ (50,000.00) |
| Malibu Lighting Corporation | Comerica Bank | xxxxxx3896 | Cash Collateral | $ 1,093,491.43 |
| Malibu Lighting Corporation Controlled Disbursement | Comerica Bank | xxxxxx8281 | Disbursement | $ - |
| Malibu Lighting Corporation Lockbox | Comerica Bank | xxxxxx8758 | Depository | $ (100,000.00) |
| Malibu Lighting Corporation | Happy State Bank[1] | xxx4349 | General | $ 241.00 |
| | | | | $ 783,732.43 |

[1] This account was closed on 10/26/15.



10/08/2015   07:58:48AM

Attachment B16

**By Bill To Number**

| ACCT # | Name | Balances | Future/Current | 1-30 | 31-60 | 61-90 | Over 90 |
|--------|------|----------|----------------|------|-------|-------|---------|
| 100004 | 123 STORES, INC. | 1,158.95 | 966.91 | 192.04 | 0.00 | 0.00 | 0.00 |
| 100090 | ACE HARDWARE VR44408 | 1,364.21 | 1,364.21 | 0.00 | 0.00 | 0.00 | 0.00 |
| 100104 | 123 STORES, INC WAREHOUSE | 73,270.84 | 73,270.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| 100693 | ALL STAR PREMIUM PRODUCTS ASI | 70.63 | 70.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| 100770 | AMAZON.COM | 88,363.19 | 87,075.85 | 1,287.34 | 0.00 | 0.00 | 0.00 |
| 103170 | BI | 324.94 | 324.94 | 0.00 | 0.00 | 0.00 | 0.00 |
| 103621 | BRAINSTORM LOGISTICS | 323.05 | 323.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| 105594 | TRILEGIANT CORPORATION | 1,584.77 | 760.77 | 580.74 | 0.00 | 0.00 | 243.26 |
| 106100 | D & H DISTRIBUTING | 5,936.58 | 0.00 | 0.00 | 0.00 | 0.00 | 5,936.58 |
| 107195 | DITTMAN INCENTIVE MARKETING | 78.56 | 0.00 | 78.56 | 0.00 | 0.00 | 0.00 |
| 107810 | EARTHTECH PRODUCTS | 466.12 | 295.04 | 0.00 | 0.00 | 39.94 | 131.14 |
| 109090 | BLUESTEM BRANDS | 270.86 | 220.90 | 0.00 | 0.00 | 0.00 | 49.96 |
| 109750 | FIND IMPORT CORPORATION | 1,128.51 | 1,128.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| 109800 | FIVE OAKS MARKETING | 144.47 | 0.00 | 144.47 | 0.00 | 0.00 | 0.00 |
| 113057 | HOME DEPOT | 459,560.68 | 411,258.65 | 43,914.36 | 366.37 | 0.00 | 4,021.30 |
| 113075 | HOME DEPOT.COM | 24,520.44 | 23,043.23 | 1,477.21 | 0.00 | 0.00 | 0.00 |
| 113514 | ITO DENKO, LTD. | (2,139.00) | 0.00 | 0.00 | 0.00 | 0.00 | (2,139.00) |
| 113515 | IMPACT INTERNATIONAL MARKETING, INC | 116.27 | 116.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| 113594 | INCENTIVE CONCEPTS | 67.52 | 67.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| 113604 | INDIGO | 166.00 | 166.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 115266 | TERRYBERRY COMPANY | 145.12 | 0.00 | 145.12 | 0.00 | 0.00 | 0.00 |
| 115644 | PERFORMANCE PLUS MARKETING | 54.98 | 0.00 | 54.98 | 0.00 | 0.00 | 0.00 |
| 118493 | MTM RECOGNITION | 179.65 | 179.65 | 0.00 | 0.00 | 0.00 | 0.00 |
| 119905 | O.C. TANNER | 3,253.60 | 0.00 | 3,213.00 | 40.60 | 0.00 | 0.00 |
| 120169 | OPTICS PLANET, INC | 933.22 | 542.00 | 391.22 | 0.00 | 0.00 | 0.00 |
| 120171 | ORCHARD SUPPLY | 134,006.43 | 134,006.43 | 0.00 | 0.00 | 0.00 | 0.00 |
| 121935 | SCHAFFER PARTNERS INC | 1,111.00 | 1,111.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 122790 | REUSABLE REVOLUTION/ TREND NATION | (1,933.06) | 0.00 | 0.00 | 0.00 | 0.00 | (1,933.06) |
| 122870 | RAFAEL LUMBER | 1,605.72 | 234.07 | 0.00 | 0.00 | 1,371.65 | 0.00 |
| 122871 | REZEK ENGINEERING | 311.92 | 0.00 | 0.00 | 0.00 | 133.36 | 178.56 |
| 122883 | RIDEAU RECOGNITION, INC | 419.92 | 139.60 | 280.32 | 0.00 | 0.00 | 0.00 |
| 124761 | CA SHORT CO. | 9.01 | 0.00 | 0.00 | 9.01 | 0.00 | 0.00 |
| 126587 | STAR NURSERY | 125,228.62 | 114,699.46 | 8,861.92 | 1,667.24 | 0.00 | 0.00 |
| 126591 | STUFFIGOT4U | (206.46) | 0.00 | 0.00 | 0.00 | 0.00 | (206.46) |
| 126800 | TOTAL LIGHTING SUPPLY | 2,771.01 | 0.00 | 2,522.06 | 193.45 | 55.50 | 0.00 |
| 127000 | TRUE VALUE COMPANY | 4,400.00 | 4,400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 127685 | THARPE COMPANY | 2,916.17 | 448.22 | 1,550.11 | 397.84 | 0.00 | 520.00 |
| 130200 | WESTSIDE WHOLESALE | 1,132.90 | 0.00 | 199.88 | 0.00 | 1,806.47 | (873.45) |
| 899062 | HOME DEPOT (FOB ACCT) VENDOR 85460 | 464,573.32 | 0.00 | 10,862.56 | 238,839.30 | 211,037.34 | 3,834.12 |

\\Dalmis026\Crystal\Reports\MLC_arsumm.rpt



10/08/2015   07:58:48AM

Attachment B16

## Summary Accounts Receivable Aged Trial Balance

### By Bill To Number

| ACCT # | Name | Balances | Future/Current | 1-30 | 31-60 | 61-90 | Over 90 |
|--------|------|----------|----------------|------|-------|-------|---------|
| 899063 | HOME DEPOT CANADA FOB | 10,092.60 | 0.00 | 0.00 | 0.00 | 0.00 | 10,092.60 |
| 899064 | HOME DEPOT CANADA | 47,447.13 | 4,960.50 | 3,782.34 | 3,963.02 | 2,457.42 | 32,283.85 |
| 900904 | BRINKMANN ATHENS OUTLET STORE/CASH | 16.18 | 0.00 | 16.18 | 0.00 | 0.00 | 0.00 |
| **Grand Total** | | **1,455,246.57** | **861,174.25** | **79,554.41** | **245,476.83** | **216,901.68** | **52,139.40** |

**MALIBU LIGHTING CORPORATION**
Attachment B30
**PERPETUAL INVENTORY SUMMARY**
**AS OF 10/07/15**

| Whse # | Whse Name | Outdoor Lighting |
|--------|-----------|------------------|
| 11 | DALLAS - MCEWEN | 455.12 |
| 40 | ATHENS OUTLET | 1,526.21 |
| 42 | MEMPHIS LOGISTICS | 4,155,257.28 |
| 80 | KOSCIUSKO | 4,331,114.99 |
| **Total Inventory at Std Cost** | | **8,488,353.60** |
| | | |
| **FIFO Inventory Adjustment** | | **106,666.81** |
| **Adjusted FIFO Inventory Value** | | **8,595,020.41** |
| **Reserve for E&O Inventory** | | **(1,812,729.00)** |
| **Adjusted Final Inventory Balance** | | **6,782,291.41** |

**MALIBU LIGHTING CORPORATION**
**PERPETUAL INVENTORY DETAIL - STD COST**
**AS OF 10/07/15**

| WHSE AND INV TYPE | EXT ACCT COST |
|---|---|
| **ATHENS OUTLET** | **1,526.21** |
| FINISHED GOODS | 1,526.21 |
| **DALLAS - MCEWEN** | **455.12** |
| FINISHED GOODS | 66.89 |
| RAW MATERIAL | 388.23 |
| **KOSCIUSKO** | **4,331,114.99** |
| FINISHED GOODS | 4,261,550.49 |
| RAW MATERIAL | 69,564.50 |
| **MEMPHIS LOGISTICS** | **4,155,257.28** |
| FINISHED GOODS | 4,154,263.93 |
| RAW MATERIAL | 993.35 |
| **Grand Total** | **8,488,353.60** |

B6D (Official Form 6D) (12/07)

In re    **Malibu Lighting Corporation**                                    ,    Case No.    **15-12080**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W J C | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Comerica Bank**<br>**Attn: Mary Jane Anderson**<br>**4100 Spring Valley Road**<br>**Suite 400**<br>**Dallas, TX 75244** | X | - | | **Revolving Credit Agreement**<br><br><br><br>Value $           **Unknown** | | | | **2,626,671.88** | **Unknown** |
| Account No.<br><br>**Comerica Bank**<br>**Attn: Mary Jane Anderson**<br>**4100 Spring Valley Road**<br>**Suite 400**<br>**Dallas, TX 75244** | X | - | | **Term Note**<br><br><br><br>Value $           **Unknown** | | | | **2,455,555.60** | **Unknown** |
| Account No.<br><br><br><br><br> | | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | <br><br><br>Value $ | | | | | |

|  | | |
|---|---|---|
| **0**    continuation sheets attached | Subtotal<br>(Total of this page) | **5,082,227.48** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **5,082,227.48** | **0.00** |

B6E (Official Form 6E) (4/13)

In re    **Malibu Lighting Corporation**                                          Case No. ___**15-12080**_____
_____ ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Malibu Lighting Corporation**                                                    ,    Case No.    **15-12080**
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No.<br><br>**A, R.S.**<br>**Address Redacted** | - | | | **Accrued Vacation** | | | | **1,443.00** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**C, B.L.**<br>**Address Redacted** | - | | | **Accrued Vacation** | | | | **3,125.00** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**K, R.**<br>**Address Redacted** | - | | | **Accrued Vacation** | | | | **3,140.58** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**T, J.O.**<br>**Address Redacted** | - | | | **Accrued Vacation** | | | | **1,031.00** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**T, S.M.**<br>**Address Redacted** | - | | | **Accrued Vacation** | | | | **699.20** | **Unknown**<br><br>**Unknown** |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **9,438.78** | **0.00** |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Malibu Lighting Corporation**                                    ,    Case No.    **15-12080**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Attala County, Mississippi 230 WEST WASHINGTON STREET Kosciusko, MS 39090** | - | | | | | | 7,764.37 | Unknown / Unknown |
| Account No. **Mississippi Dept. of Revenue PO BOX 23050 Jackson, MS 39225-3050** | - | | **FY15 Tax Liability** | X | X | X | Unknown | Unknown / Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **2**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 7,764.37 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 17,203.15 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Malibu Lighting Corporation**                                    ,        Case No.        **15-12080**

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Warranty Claim | | | | |
| **ABEL RUBIO 22 GAVILAN RD SANTA FE, NM 87508** | | - | | | | | | 4.56 |
| Account No. | | | | Warranty Claim | | | | |
| **ANN MATHESON 97 RILEY AVENUE MANCHESTER, NH 03103** | | - | | | | | | 4.92 |
| Account No. | | | | Warranty Claim | | | | |
| **ARTHUR PETRAGLIA 32672 NORTH 70TH STREET SCOTTSDALE, AZ 85266** | | - | | | | | | 0.98 |
| Account No. | | | | Warranty Claim | | | | |
| **BETH TURZA 44162 TUDOR CT CANTON, MI 48187** | | - | | | | | | 0.00 |

|  |  |
|---|---|
| __17__ continuation sheets attached | Subtotal (Total of this page)    **10.46** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Malibu Lighting Corporation**                                    ,    Case No.    **15-12080**
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BILL YALEN**<br>**7722 WEST BREAKWATER CT**<br>**TUCSON, AZ 85743** | - | | **Warranty Claim** | | | | 6.93 |
| Account No.<br><br>**BOBBY VON SPRECKEN**<br>**7520 LABRADOR COURT**<br>**MOBILE, AL 36695** | - | | **Warranty Claim** | | | | 1.31 |
| Account No.<br><br>**BOBBY WHITEHEAD**<br>**16 TURNBERRY DRIVE**<br>**CABOT, AR 72023** | - | | **Warranty Claim** | | | | 8.24 |
| Account No.<br><br>**CAROL CAYTON**<br>**5960 DUNBARTON WAY**<br>**RALEIGH, NC 27613** | - | | **Warranty Claim** | | | | 3.11 |
| Account No.<br><br>**CHARLES GRAY**<br>**7107 TIMBERS DRIVE**<br>**EVERGREEN, CO 80439** | - | | **Warranty Claim** | | | | 2.77 |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                22.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Malibu Lighting Corporation**                                     ,        Case No. ____**15-12080**____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Debt | | | | |
| **CHINA KING OU ZHONG JUAN HE FENG HE SHUN  NAN HAI GUANGDONG, PR CHINA  528241** | | - | | | | | | 1,341,877.04 |
| Account No. | | | | Warranty Claim | | | | |
| **CLARENCE VALENTINE 11203 KEYSVILLE RD. TANEYTOWN, MD 21787** | | - | | | | | | 4.10 |
| Account No. | | | | Trade Debt | | | | |
| **Commerce Technologies 25736 Network Place Chicago, IL 60673-1257** | | - | | | | | | 487.00 |
| Account No. | | | | Trade Debt | | | | |
| **CSA INTERNATIONAL P.O. BOX 66512 AMF O'HARE CHICAGO, IL 60666-0512** | | - | | | | | | 3,660.00 |
| Account No. | | | | Trade Debt | | | | |
| **CUSTOMS AND BORDER PROTECTION P.O. BOX 530071 ATLANTA, GA 30353-0071** | | - | | | | | | 9,302.13 |

| | | |
|---|---|---|
| Sheet no. __**2**___ of __**17**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,355,330.27** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Malibu Lighting Corporation**                                ,    Case No.    **15-12080**
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | - | | Warranty Claim | | | | |
| **DENNIS DANIELS** **168 ALDERWOOD DR** **CHEHALIS, WA 98532** | | | | | | | | | **4.10** |
| Account No. | | | - | | Warranty Claim | | | | |
| **DENNIS LYNCH** **6468 RENAISSANCE DR** **PORT ORANGE, FL 32128** | | | | | | | | | **30.96** |
| Account No. | | | - | | Trade Debt | | | | |
| **EI FREIGHT (USA), INC.** **506 EAST DALLAS ROAD** **SUITE 400** **GRAPEVINE, TX 76051** | | | | | | | | | **4,925.00** |
| Account No. | | | - | | Trade Debt | | | | |
| **Entergy Mississippi** **PO Box 8105** **Baton Rouge, LA 70891-8105** | | | | | | | | | **5,191.15** |
| Account No. | | | - | | Trade Debt | | | | |
| **FEDEX ERS** **PO BOX 371741** **PITTSBURGH, PA 15250-7741** | | | | | | | | | **141.11** |

Sheet no. __3___ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **10,292.32**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Malibu Lighting Corporation**                                              ,        Case No.    **15-12080**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| Account No. | | | | | Warranty Claim | | | | |
| GERALD MURPHY 4024 MEADOW VIEW CT COLGATE, WI 53017 | - | | | | | | | | |
| | | | | | | | | | 2.77 |
| Account No. | | | | | Trade Debt | | | | |
| GRENADA PAPER CO. PO BOX 1265 GRENADA, MS 38902 | - | | | | | | | | |
| | | | | | | | | | 232.14 |
| Account No. | | | | | Trade Debt | | | | |
| GUANGDONG SCIENTIFIC INSTRUMENTS & MATERIALS IMP. & EXP. CORP. 434 YUEXIU ROAD, N., GUANGZHOU, CHINA | - | | | | | | | | |
| | | | | | | | | | 342.72 |
| Account No. | | | | | Trade Debt | | | | |
| HANGZHOU CHINA ARTS INDUSTRIAL CORP NO. 169 WUCHANG AVENUE WUCHANG STREET HANGZHOU, 310023, CHINA | - | | | | | | | | |
| | | | | | | | | | 88.75 |
| Account No. | | | | | Trade Debt | | | | |
| HARRIS INDUSTRIAL 4400 E MANGUM DRIVE FLOWOOD, MS 39232 | - | | | | | | | | |
| | | | | | | | | | 4,449.65 |

Sheet no.  _4_  of  _17_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,116.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Malibu Lighting Corporation**                                            ,    Case No.    **15-12080**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Warranty Claim | | | | |
| HEIDI HAHN 20700 NE 276TH WAY BATTLE GROUND, WA 98604 | | - | | | | | 12.29 |
| Account No. | | | Warranty Claim | | | | |
| HEIDI KRUGER 4204 WORLEY DR RALEIGH, NC 27613 | | - | | | | | 9.84 |
| Account No. | | | Warranty Claim | | | | |
| HUGH SAUER 917 DOMINION DR WESTLAKE, OH 44145 | | - | | | | | 0.34 |
| Account No. | | | Warranty Claim | | | | |
| JANET WILSON 8522 LONG BOAT LN HUDSON, FL 34667 | | - | | | | | 4.80 |
| Account No. | | | Warranty Claim | | | | |
| JODI FREEDMAN 8726 VILLANOVA AVE LOS ANGELES, CA 90045 | | - | | | | | 2.05 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                29.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Malibu Lighting Corporation**                              ,    Case No.    **15-12080**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Warranty Claim | | | | |
| JOHN SWAFFORD 115 KENSINGTON DRIVE MADISON, AL 35758 | - | | | | | | | 6.22 |
| Account No. | | | | Warranty Claim | | | | |
| JOHN SWAFFORD 115 KENSINGTON DRIVE MADISON, AL 35758 | - | | | | | | | 17.00 |
| Account No. | | | | Warranty Claim | | | | |
| KEVIN HART 273 TROPIC DR FORT LAUDERDALE, FL 33306 | - | | | | | | | 14.65 |
| Account No. | | | | Warranty Claim | | | | |
| KEVIN ROCKOFF 1473 BURRERO WAY CORONA, CA 92882 | - | | | | | | | 1.60 |
| Account No. | | | | Warranty Claim | | | | |
| KIMBERLY MIKOLAJCEZYK 935 STONE MOUNTAIN CT MELBOURNE, FL 32935 | - | | | | | | | 1.31 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40.78

B6F (Official Form 6F) (12/07) - Cont.

In re __Malibu Lighting Corporation_____,    Case No. ___15-12080_____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **KOSCIUSKO WATER & LIGHT PLANT PO BOX 866 204 WEST JEFFERSON STREET KOSCIUSKO, MS 39090** | - | | | | | | 154.10 |
| Account No. | | | Warranty Claim | | | | |
| **LANCE BOYCE 19323 FOXTREE LN HOUSTON, TX 77094** | - | | | | | | 5.16 |
| Account No. | | | Warranty Claim | | | | |
| **LINDA HERSHEY 8334 EATON WAY ARVADA, CO 80003** | - | | | | | | 12.29 |
| Account No. | | | Warranty Claim | | | | |
| **LOUIS P MENNELLA 3441 CEDAR HAMMOCK VIEW CT FORT MYERS, FL 33905** | - | | | | | | 29.30 |
| Account No. | | | Warranty Claim | | | | |
| **MARCY POWERS 1317 WYNCREST DR BALLWIN, MO 63011** | - | | | | | | 1.57 |

Sheet no. _7___ of _17__ sheets attached to Schedule of      Subtotal       202.42
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Malibu Lighting Corporation**                                    ,    Case No. ___**15-12080**___
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MARCY POWERS**<br>**1317 WYNCREST DR**<br>**BALLWIN, MO 63011** | - | | **Warranty Claim** | | | | **5.54** |
| Account No.<br><br>**MARTIN SANDERS**<br>**1711 175TH PL. SE**<br>**BOTHELL, WA 98012-6462** | - | | **Warranty Claim** | | | | **2.05** |
| Account No.<br><br>**MCDERMOTT WILL & EMERY LLP**<br>**P.O. BOX 6043**<br>**CHICAGO, IL 60680-6043** | - | | **Trade Debt** | | | | **2,404.98** |
| Account No.<br><br>**MEL WADLEY**<br>**9341 HUGHES DR**<br>**CORONA, CA 92883** | - | | **Warranty Claim** | | | | **5.16** |
| Account No.<br><br>**MICHAEL CATUOSCO**<br>**249 POND VIEW LANE**<br>**SMITHTOWN, NY 11787** | - | | **Warranty Claim** | | | | **2.63** |

| | | |
|---|---|---|
| Sheet no. __**8**___ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **2,420.36** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Malibu Lighting Corporation**                                    ,    Case No. ____15-12080____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MICHAEL SHRADER**<br>**207 MAPLE AVE**<br>**HANOVER, PA 17331-5117** | - | | | **Warranty Claim** | | | | 2.05 |
| Account No.<br><br>**MICHELLE FEHR**<br>**6605 HARMON HILLS CIR**<br>**JACKSONVILLE, FL 32222** | - | | | **Warranty Claim** | | | | 2.86 |
| Account No.<br><br>**MR Group, Inc.**<br>**4280 Rosewood Lane North**<br>**Minneapolis, MN 55442** | - | | | **Trade Debt** | | | | 39.74 |
| Account No.<br><br>**National Consumer Outdoors Corporation**<br>**4215 McEwen Street**<br>**Dallas, TX 75244** | - | | | **Intercompany Claim** | | | | 4,381,664.14 |
| Account No.<br><br>**OHL-INTERNATIONAL**<br>**62216 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL 60693-6221** | - | | | **Trade Debt** | | | | 19,866.25 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,401,575.04

B6F (Official Form 6F) (12/07) - Cont.

In re **Malibu Lighting Corporation** ,    Case No. __15-12080__
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Intercompany Claim | | | | |
| **Outdoor Direct Corporation** **4215 McEwen Road** **Dallas, TX 75244** | - | | | | | | 468,868.72 |
| Account No. | | | Warranty Claim | | | | |
| **PATRICK GARDNER** **320 COUNTRY CLUB LANE** **SALEM, OH 44460** | - | | | | | | 67.35 |
| Account No. | | | Warranty Claim | | | | |
| **PAULA MULLER** **116 SMITH ST** **SEATTLE, WA 98109** | - | | | | | | 2.74 |
| Account No. | | | Trade Debt | | | | |
| **PRATT INDUSTRIES** **PO BOX 933949** **ATLANTA, GA 31193-3949** | - | | | | | | 5,047.04 |
| Account No. | | | Warranty Claim | | | | |
| **RANDALL GARRISON** **222 GARRISON CT** **ASBURY, NJ 08802-1215** | - | | | | | | 2.05 |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

473,987.90

B6F (Official Form 6F) (12/07) - Cont.

In re    __Malibu Lighting Corporation_____,    Case No.    __15-12080_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rhonda Allen**<br>**5884 Attala Rd. #2251**<br>**Kosciusko, MS 39090** | | - | Expense Reimbursement | | | | 1,394.44 |
| Account No.<br><br>**RICHARD MCKEAN**<br>**2 TRAILING RIDGE ROAD**<br>**BROOKFIELD, CT 06804** | | - | Warranty Claim | | | | 15.48 |
| Account No.<br><br>**ROBERT HORTON**<br>**10232 EASTWIND COURT**<br>**INDIANAPOLIS, IN 46256** | | - | Warranty Claim | | | | 0.11 |
| Account No.<br><br>**ROBERT J SULLIVAN**<br>**21148 BUCKEYE CT**<br>**PLAINFIELD, IL 60544** | | - | Warranty Claim | | | | 0.68 |
| Account No.<br><br>**ROBERT WALLENBURG**<br>**110 MIDWAY DR**<br>**RIVER RIDGE, LA 70123** | | - | Warranty Claim | | | | 2.28 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,412.99

B6F (Official Form 6F) (12/07) - Cont.

In re  **Malibu Lighting Corporation** _____,    Case No. ___**15-12080**_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **SBH Special Markets Group 2645 Metro Blvd. Maryland Heights, MO 63043** | - | | Trade Debt | | | | **122.50** |
| Account No.  **Scott Petroleum 150 Hwy 12 West Kosciusko, MS 39090** | - | | Trade Debt | | | | **1,108.75** |
| Account No.  **Shanghai Hailian Electric Tools Co. Ltd. c/o Ward Legal Group PLLC 8111 Lyndon B. Johnson Fwy. Gateway Tower Suite 395 Dallas, TX 75251** | - | | Litigation | X | X | X | **Unknown** |
| Account No.  **SHANGHAI YUANSHUN ELECTRONIC CO.,LTD NO.12 WORKSHOP BUILDING,LANE YEXIE,SONGJIANG,SHANGHAI** | - | | Trade Debt | | | | **152,704.62** |
| Account No.  **SHEPPARD MULLIN RICHTER & HAMPTON 333 SOUTH HOPE STREET 43RD FLOOR LOS ANGELES, CA 90071-1422** | - | | Trade Debt | | | | **80,959.61** |

Sheet no. __**12**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**234,895.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Malibu Lighting Corporation**                                                    ,   Case No.   **15-12080**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Warranty Claim | | | | |
| SHIRLEY KRENZLER 6003 NORTH DANFORD ST FREDERICKSBURG, VA 22407 | | - | | | | | | 1.28 |
| Account No. | | | | Warranty Claim | | | | |
| SPENCER MULLEN 484 J E CLARKE COVE MARION, AR 72364 | | - | | | | | | 53.88 |
| Account No. | | | | Trade Debt | | | | |
| STAPLES OFFICE SUPPLIES DEPT DAL PO BOX 83689 CHICAGO, IL 60696-3689 | | - | | | | | | 2,780.33 |
| Account No. | | | | Warranty Claim | | | | |
| STEVE GORDON 2878 OAK BLUFF WAY OVIEDO, FL 32765-9442 | | - | | | | | | 2.77 |
| Account No. | | | | Warranty Claim | | | | |
| STUFFIGOT4U 3415 W HAYWARD PLACE DENVER, CO 80211 | | - | | | | | | 12.29 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,850.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Malibu Lighting Corporation**                                    ,     Case No.    **15-12080**
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Warranty Claim | | | | |
| TAMMY SWEET 6657 COWBOY ST SIMI VALLEY, CA 93063 | - | | | | | | 1.31 |
| Account No. | | | Trade Debt | | | | |
| TDC POWER PRODUCTS CO., LTD. DONG KENG 3RD INDUSTRIAL, DISTRICT DONG KENG GUANG DONG PROVINCE CHINA | - | | | | | | 3,520.00 |
| Account No. | | | Warranty Claim | | | | |
| TIM FITZCHARLES 402 SPRING LAKES HAVEN SPRING, TX 77373 | - | | | | | | 7.33 |
| Account No. | | | Warranty Claim | | | | |
| TOBIAS VILLALOBOS 3140 BERKSHIRE RD BAKERSFIELD, CA 93313 | - | | | | | | 32.97 |
| Account No. | | | Trade Debt | | | | |
| Toyota Financial Services Commercial Finance Dept. 2431 Carol Stream, IL 60132-2431 | - | | | | | | 934.28 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,495.89**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Malibu Lighting Corporation**                                      ,    Case No. _____**15-12080**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Debt | | | | |
| TRIANGLE SERVICE COMPANY OF MS P O BOX 2525 COLUMBUS, MS 39704 | - | | | | | | | 1,868.22 |
| Account No. | | | | Trade Debt | | | | |
| UL VS SHANGHAI LTD SHENZHEN BRANCH 3-4F QINGYI SUPERMASK PHOTOELECTRIC BUILDING #8 NO.8 LANGSHAN 2ND RD SHENZHEN NANSHAN DIS 518057, CHINA | - | | | | | | | 1,908.00 |
| Account No. | | | | Trade Debt | | | | |
| UNITED PARCEL SERVICE C/O CITIBANK UPS LOCKBOX 0244 NEW CASTLE, DE 19720-2425 | - | | | | | | | 3,587.21 |
| Account No. | | | | Warranty Claim | | | | |
| WALTER FORD 1861 9TH AVE SACRAMENTO, CA 95818-4111 | - | | | | | | | 6.14 |
| Account No. | | | | Trade Debt | | | | |
| WASTE MANAGEMENT OF KOSCIUSKO HAULING PO BOX 9001054 LOUISVILLE, KY 40290-1054 | - | | | | | | | 279.43 |

Sheet no. __**15**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,649.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Malibu Lighting Corporation**                                    ,     Case No.     **15-12080**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Warranty Claim | | | | |
| WENDELL BASINGER 19131 SOUTH TRENT JONES DR BATON ROUGE, LA 70810 | | - | | | | | 10.32 |
| Account No. | | | Warranty Claim | | | | |
| WILLIAM RYAN 19135 PAGENTRY PLACE MONUMENT, CO 80132 | | - | | | | | 7.33 |
| Account No. | | | Trade Debt | | | | |
| Xerox Financial Services 45 Glover Ave. Norwalk, CT 06856 | | - | | | | | 889.17 |
| Account No. | | | Trade Debt | | | | |
| YRC FREIGHT P.O. BOX 730375 DALLAS, TX 75373-0375 | | - | | | | | 7,216.21 |
| Account No. | | | Warranty Claim | | | | |
| YVONNE WALSH 67 BIRCH STREET LAKE GROVE, NY 11755 | | - | | | | | 23.73 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        8,146.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **Malibu Lighting Corporation**
                                                        ,   Case No.   **15-12080**
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Debt | | | | |
| **ZHEJIANG ERA SOLAR TECHNOLOGY CO NO. 888 HUANGJIAO ROAD HUANGYAN, TAIZHOU ZHEJIANG, 318020, CHINA** | - | | | | | | 558,949.03 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   558,949.03

Total (Report on Summary of Schedules)   7,067,426.96

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Malibu Lighting Corporation**                                                    Case No.    **15-12080**
                                                                          ,
                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Brinkman International<br>(Hong Kong) Limited<br>604D, 6th Floor, Empire Centre<br>68 Mody Road, Tsimshatsui East<br>Kowloon, Hong Kong** | **Manufacturing Agreement dated July 22, 2009,<br>Agreement dated May 18, 2011** |
| **Comerica Bank<br>Attn: Mary Jane Anderson<br>4100 Spring Valley Road<br>Suite 400<br>Dallas, TX 75244** | **Security Interest Agreement dated February 17,<br>2014** |
| **Confidential Customer F1** | **Confidentiality Agreement dated May 18, 2011** |
| **Great American Global Partners, LLC<br>21860 Burbank Blvd.<br>Suite 300 South<br>Woodland Hills, CA 91367** | **Consulting/Auction Agreement dated June 23,<br>2015** |
| **J. Baxter Brinkmann Corporation<br>4215 McEwen Road<br>Dallas, TX 75244** | **License Agreement dated August 13, 2009, as<br>amended** |
| **J. Baxter Brinkmann International Corp.<br>4215 McEwen Road<br>Dallas, TX 75244** | **Domain Name Transfer Agreement dated May 18,<br>2009** |
| **Shanghai Hailian Electric Tools Co. Ltd.<br>No. 50 Caoli Road<br>Xinta Industrial Zone Jonshan District<br>Shanghai China<br>  75251** | **Manufacturing Agreement dated July 22, 2009** |
| **South 720, L.P.<br>4215 McEwen Road<br>Dallas, TX 75224** | **Security Interest Agreement dated February 17,<br>2014** |
| **Toyota Financial Services<br>The Lilly Company<br>3613 Knight Arnold Road<br>Memphis, TN 38118** | **Equipment Lease Agreement dated 12/10/13** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Malibu Lighting Corporation**                  ,   Case No.    **15-12080**
                               Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J. Baxter Brinkmann**<br>**4215 McEwen Road**<br>**Dallas, TX 75244** | **Comerica Bank**<br>**Attn: Mary Jane Anderson**<br>**4100 Spring Valley Road**<br>**Suite 400**<br>**Dallas, TX 75244** |
| **National Consumer Outdoors Corporation**<br>**4215 McEwen Street**<br>**Dallas, TX 75244** | **Comerica Bank**<br>**Attn: Mary Jane Anderson**<br>**4100 Spring Valley Road**<br>**Suite 400**<br>**Dallas, TX 75244** |
| **Stubbs Collections, Inc.**<br>**4215 McEwen Road**<br>**Dallas, TX 75244** | **Comerica Bank**<br>**Attn: Mary Jane Anderson**<br>**4100 Spring Valley Road**<br>**Suite 400**<br>**Dallas, TX 75244** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

| | | | |
|---|---|---|---|
| In re | **Malibu Lighting Corporation** | Case No. | **15-12080** |
| | Debtor(s) | Chapter | **11** |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __November 9, 2015__            Signature _____

David M. Baker
Chief Restructuring Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.