IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) | Case No. 15-12080 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 19, 2015, AT 2:00 P.M. BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.

**CONTINUED MATTER:**

1. Motion of the Debtor Outdoor Direct Corporation f/k/a The Brinkmann Corporation for an Order Pursuant to Section 362 of the Bankruptcy Code Determining That Automatic Stay Is Inapplicable to Pending Litigation and Granting Relief From Stay With Respect Thereto (Filed October 16, 2015; Docket No. 96)

    **Objection Deadline:** October 30, 2015, at 4:00 p.m. Extended for the Creditors' Committee to November 2, 2015, at 5:30 p.m.

    **Objections/Responses:**

    (a) Response of the U.S. International Trade Commission to the Motion of the Debtor Outdoor Direct Corporation F/K/A/ The Brinkmann Corporation for an Order Pursuant to Section 362 of the Bankruptcy Code Determining that the Automatic Stat is Inapplicable to Pending Litigation and Granting Relief from the Stay With Respect Thereto (Filed October 30, 2015; Docket No. 180)

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

(b) Objection by A&J Manufacturing, LLC, To Motion Of The Debtor Outdoor Direct Corporation For An Order Determining That Automatic Stay Is Inapplicable To Pending Litigation And Granting Relief From Stay (Filed October 30, 2015; Docket No. 181)

**Related Documents:**

(a) [signed] Order Shortening Period for Notice of, and Scheduling Hearing On, Motion of the Debtor Outdoor Direct Corporation f/k/a The Brinkmann Corporation for an Order Pursuant to Section 362 of the Bankruptcy Code Determining That Automatic Stay Is Inapplicable to Pending Litigation and Granting Relief From Stay With Respect Thereto (Entered October 19, 2015; Docket No. 101)

(b) Notice of Hearing on Motion of the Debtor Outdoor Direct Corporation f/k/a The Brinkmann Corporation for an Order Pursuant to Section 362 of the Bankruptcy Code Determining That Automatic Stay Is Inapplicable to Pending Litigation and Granting Relief From Stay With Respect Thereto (Filed October 19, 2015; Docket No. 103)

**Status:** The parties have reached a settlement in premise, which will be the subject of a separate motion under Rule 9019. This matter will be adjourned to a date to be determined.

### UNCONTESTED MATTERS (CERTIFICATION OF NO OBJECTION AND/OR CERTIFICATION OF COUNSEL FILED):

2. Debtor's Motion Pursuant to Section 365(a) of the Bankruptcy Code for an Order (A) Authorizing Outdoor Direct Corporation to Reject Nonresidential Real Property Lease *Nunc Pro Tunc* to the Date of this Motion and Abandon Any Personal Property Located at Such Premises and (B) Fixing a Bar Date for Claims of Counterparty (Filed October 19, 2015; Docket No. 107)

**Objection Deadline:** November 9, 2015, at 4:00 p.m.

**Objections/Responses:** None to date.

**Related Documents:**

(a) Certification of No Objection (Filed November 13, 2015; Docket No. 240)

**Status:** A Certification of No Objection has been filed with the Court; this matter is going forward unless otherwise ordered by the Court.

3. Motion of the Official Committee of Unsecured Creditors for an Order Establishing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103(c) (Filed October 23, 2015; Docket No. 141)

   **Objection Deadline:** November 6, 2015, at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a)   Certification of Counsel with respect to Revised Order (Filed November 16, 2015; Docket No. 244)

   **Status:** The Committee has filed a Revised Order under Certification of Counsel; this matter is going forward unless otherwise ordered by the Court.

4. Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014, *Nunc Pro Tunc* to October 20, 2015 (Filed October 29, 2015; Docket No. 171)

   **Objection Deadline:** November 12, 2015, at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a)   Certification of No Objection (Filed November 16, 2015; Docket No. 245)

   **Status:** A Certification of No Objection has been filed with the Court; this matter is going forward unless otherwise ordered by the Court.

5. Application of the Official Committee of Unsecured Creditors for an Order Approving Retention of BDO USA, LLP, as Its Financial Advisors *Nunc Pro Tunc* to October 20, 2015 (Filed October 29, 2015; Docket No. 172)

   **Objection Deadline:** November 12, 2015, at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a)   Certification of No Objection (Filed November 16, 2015; Docket No. 246)

   **Status:** A Certification of No Objection has been filed with the Court; this matter is going forward unless otherwise ordered by the Court.

6. Application of the Official Committee of Unsecured Creditors of Malibu Lighting Corporation, *et al.* for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Delaware Co-Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014, *Nunc Pro Tunc* to October 20, 2015 (Filed October 29, 2015; Docket No. 173)

   **Objection Deadline:** November 12, 2015, at 4:00 p.m.

   **Objections/Responses:** None to date.

   **Related Documents:**

   (a) Certification of No Objection (Filed November 16, 2015; Docket No. 247)

   **Status:** A Certification of No Objection has been filed with the Court; this matter is going forward unless otherwise ordered by the Court.

   **CONTESTED MATTER:**

7. Motion of Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtor's Operating Assets; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed October 8, 2015; Docket No. 34)

   **Objection Deadline:** November 12, 2015, at 4:00 p.m. Extended to November 13, 2015, at 5:00 p.m. for Henderson County, TX. Extended to November 16, 2015, at 12:00 Noon for the Creditors Committee and to November 17, 2015, at 2:00 p.m. for the U.S. Trustee.

   **Supplemental Objection Deadline:** At the hearing.

   **Objections/Responses:**

   (a) Limited Objection of Pratt Industries, Inc. to the Motion of Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. for Order: (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtor's Operating Assets; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed November 12, 2015; Docket No. 235)

(b)     The Official Committee of Unsecured Creditors' Limited Objection to the Motion of Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. for Order: (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtors Operating Assets; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed November 16, 2015; Docket No. 242)

**Objections/Responses to Assumption and Assignment:**

(a)     Response of Joyfaith Enterprises Ltd. to Notice of Assumption and Assignment as to Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. of Certain Executory Contracts and Unexpired Leases Pursuant to the Sale of Substantially All of the Debtor's Operating Assets, and Request for Adequate Protection (Filed November 12, 2015; Docket No. 236)

(b)     Exhibit(s) [Critical Vendor Agreement] Regarding Response of Joyfaith Enterprises Ltd. to Notice of Assumption and Assignment as to Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. of Certain Executory Contracts and Unexpired Leases Pursuant to the Sale of Substantially All of the Debtors Operating Assets, and Request for Adequate Protection (Filed November 12, 2015; Docket No. 237)

**Related Documents:**

(a)     [signed] Order as to Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (A) Approving Bidding Procedures for the Auction of Substantially All of the Debtors Operating Assets, (B) Scheduling an Auction and Sale Hearing, and (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto (Entered October 27, 2015; Docket No. 160)

(b)     Notice of Filing of Second Amendment to Asset P:urchase Agreement (Filed October 29, 2015; Docket No. 167)

(c)     Notice of Motion of Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtor's Operating Assets; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief (Filed October 29, 2015; Docket No. 168)

(d) Notice of Auction and Hearing as to Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. to Consider Approval of the Sale of Substantially All of the Debtor's Operating Assets and Procedures Related Thereto (Filed October 29, 2015; Docket No. 169)

(e) Notice of Assumption and Assignment as to Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. of Certain Executory Contracts and Unexpired Leases Pursuant to the Sale of Substantially All of the Debtor's Operating Assets (Filed October 29, 2015; Docket No. 170)

(f) [signed] Order Modifying Order as to Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (A) Approving Bidding Procedures for the Auction of Substantially All of the Debtors Operating Assets, (B) Scheduling an Auction and Sale Hearing, and (C) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto (Entered November 5, 2015; Docket No. 207)

**Status:** This matter is going forward.

Dated: November 17, 2015

PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (CA Bar No.143717)
Maxim B. Litvak (CA Bar No. 215852)
Michael R. Seidl (DE Bar No. 3889)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302/652-4100
Facsimile: 302/652-4400
E-mail: jpomerantz@pszjlaw.com
mlitvak@pszjlaw.com
mseidl@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*