# EXHIBIT A-2

Exhibit A-2

| Debtor | Counterparty Name | Counterparty Address | Description | Cure Amount (amended amounts are shown in bold) | Assumed Agreement Y/N | Backup Bidder Assuming Y/N |
|---|---|---|---|---|---|---|
| National Consumer Outdoors Corporation | 462 Thomas Family Properties, L.P. | 8333 Douglas Avenue, Suite 1414 Dallas, TX 75225 | Farmers Branch - Storage 4259 McEwen Road Farmers Branch, TX 75751 | $12,351.00 | N | N |
| National Consumer Outdoors Corporation | Academy, Ltd. | d/b/a Academy Sports & Outdoors 1800 North Mason Road Katy, TX 77449 | Terms and Conditions of Purchase effective January 1, 2015 | $0.00 | Y | Y |
| National Consumer Outdoors Corporation | American Alternative Insurance Corporation | 475 E. Woodfield Road, Suite 500 Schaumburg, IL 60173-4903 | American Alternative Insurance Corporation General Indemnity Agreement Signed September 15, 2015 | $0.00 | Y | Y |
| National Consumer Outdoors Corporation | Bass Pro Shops | Sportsman's Park Center 2500 East Kearney Springfield, MO 65898 | Standard Vendor Agreement dated September 15, 2015 including Bass Pro Shops Vendor Guide (Jan. 2009) | $0.00 | Y | Y |
| Outdoor Direct Corporation | Billingsley Trust, JV | Attn: George Billingsley One Arts Plaza 1722 Routh Street, Suite 1313 Dallas, TX 75201 | Farmers Branch-Home Office (Farmers Branch Office Facility) 4215 McEwen Road Dallas, TX 75244 | $0.00 | N | N |
| National Consumer Outdoors Corporation | Canon Financial Services Inc. | PO Box 5008 Mt. Laurel, NJ 08054 | Copier | $2,127.20 | Y | Y |

| Debtor | Counterparty Name | Counterparty Address | Description | Cure Amount (amended amounts are shown in bold) | Assumed Agreement Y/N | Backup Bidder Assuming Y/N |
|---|---|---|---|---|---|---|
| National Consumer Outdoors Corporation | Costco Wholesale Corporation | 999 Lake Drive Longview, TX 75604 | Wholesale Private Label Agreement dated June 6, 2008 | $0.00 | Y | Y |
| National Consumer Outdoors Corporation | Darr Equipment Rental Co. | 302 Enterprise Street Longview, TX 75604 | Four Caterpillar Model 2C5000LE forklifts and related equipment | **$37,945.61** | Y | Y |
| National Consumer Outdoors Corporation | De Lage Landon Financial Services Inc. | 1111 Old Eagle School Road Wayne, PA 19087-1453 | Forklifts | $1,626.67 | Y | Y |
| National Consumer Outdoors Corporation | E.I.J. Inc., a/k/a Athex Investments | 1100 Mill Run Road Athens, TX 75751  114 E. Tyler Street Athens, TX 75751 | Athens - 2 300 Athens Brick Road Athens, TX 75751 | $9,600.00 | N | N |
| Outdoor Direct Corporation | E.T. Crude, Inc. | PO Box 350 Athens, TX 75751 | Flat Creek Road (the Cheerleading Facility) 14111 Flat Creek Road Athens, TX 75751 | $7,269.50 | N | N |
| National Consumer Outdoors Corporation | Enterprise Fleet Services | 10401 Centrepark Drive Houston, TX 77043 | Master Equity Lease Agreement and any related Maintenance Agreement between Enterprise Fleet Management and Dallas Manufacturing Company, for a 2009 Chevy Silverado 1500 | $50.00 | Y | Y |

DOCS_DE:203297.3 10821/001

| Debtor | Counterparty Name | Counterparty Address | Description | Cure Amount (amended amounts are shown in bold) | Assumed Agreement Y/N | Backup Bidder Assuming Y/N |
|---|---|---|---|---|---|---|
| National Consumer Outdoors Corporation | Jordan Outdoor Enterprises, Ltd. | 1390 Box Circle Columbus, GA 31907 | License Agreement dated December 1, 2012 including Manufacturer Terms, Restrictions and Conditions | $4,557.75 | Y | Y |
| National Consumer Outdoors Corporation | Jordan Outdoor Enterprises, Ltd. (RealTree) | 1390 Box Circle Columbus, GA 31907 | Mutual Nondisclosure Agreement | $0.00 | Y | Y |
| National Consumer Outdoors Corporation | Joyfaith Enterprises Ltd. | Building #14 25 Cangwu Road Shanghai 200233, China | Joyfaith Enterprises Ltd. Manufacturing Agreement (unsigned) Dated: Undated | **$0.00**[1] | N | N |
| National Consumer Outdoors Corporation | PetSmart | Store Support Group 19601 North 27th Avenue Phoenix, AZ 85027 | Master Vendor Agreement | $0.00 | Y | Y |
| National Consumer Outdoors Corporation | Pratt Recycling Industries, Inc. | PO Box 933949 Atlanta, GA 31193-3949 | Pratt Recycling, Inc. Agreement for the Purchase of Recycling Equipment and the Supply of Recyclable Materials Dated July 15, 2010 | $0.00 | Y | Y |

---

[1] Anticipated amount owing upon a closing effective November 30, 2015.

| Debtor | Counterparty Name | Counterparty Address | Description | Cure Amount (amended amounts are shown in bold) | Assumed Agreement Y/N | Backup Bidder Assuming Y/N |
|---|---|---|---|---|---|---|
| National Consumer Outdoors Corporation | Ryder Transportation Services | PO Box 96723 Chicago, IL 60693-6723 | Lease and Service Agreement Schedule A dated June 19, 2013 for Equipment No. 612030 (an S/A Conv. Diesel Tractor and Aluminum Van) | $4,150.95* | Y | Y |
| National Consumer Outdoors Corporation | Ryder Transportation Services | PO Box 96723 Chicago, IL 60693-6724 | Lease and Service Agreement Schedule A dated March 3, 2014 for Equipment No. 310027 (a 26' Diesel Dry Van) | *Included above | Y | Y |
| National Consumer Outdoors Corporation | Ryder Transportation Services | PO Box 96723 Chicago, IL 60693-6725 | Lease and Service Agreement Schedule A dated April 21, 2014 for Equipment No. 393412 (a 53' Dry Van Trailer) | *Included above | Y | Y |
| National Consumer Outdoors Corporation | Ryder Transportation Services | PO Box 96723 Chicago, IL 60693-6726 | Lease and Service Agreement Schedule A dated April 21, 2014 for Equipment No. 393424 (a 53' Dry Van Trailer) | *Included above | Y | Y |
| National Consumer Outdoors Corporation | Sam's Club | General Merchandise Manager 2101 SE Simple Savings Drive Bentonville, AR 72716 | General Merchandise Supplier Agreement, effective July 30, 2015 | $0.00 | Y | Y |

| Debtor | Counterparty Name | Counterparty Address | Description | Cure Amount (amended amounts are shown in bold) | Assumed Agreement Y/N | Backup Bidder Assuming Y/N |
|---|---|---|---|---|---|---|
| National Consumer Outdoors Corporation | Tractor Supply Co. Of Texas, LP | 200 Powell Place Brentwood, TN 37027 | Vendor Partnership Agreement and Purchase Order Agreement and Conditions | $0.00 | y | Y |
| National Consumer Outdoors Corporation | Wal-Mart Stores, Inc. | General Merchandise Manager 702 SW 8th Street Bentonville, AR 72717 | Imports Supplier Agreement, effective November 18, 2013 | $0.00 | y | Y |
| National Consumer Outdoors Corporation | Wal-Mart Stores, Inc. | General Merchandise Manager 702 SW 8th Street Bentonville, AR 72716 | General Merchandise Supplier Agreement, effective July 29, 2014 | $0.00 | y | Y |
| National Consumer Outdoors Corporation | WGSN Lifestyle & Interiors | 229 West 43rd Street, 7th Floor New York, NY 10036 | WGSN Subscription for WGSN Lifestyle & Interiors, governed by Terms and Conditions at http://www.wgsn.com/en/fashio/terms | $0.00 | y | Y |
| National Consumer Outdoors Corporation | Worldwise, Inc. | 160 Mitchell Road San Rafael, CA 94903 | Settlement Agreement and Mutual Release dated September 13, 2012 | $0.00 | y | Y |

DOCS_DE:203297.3 10821/001

| Debtor | Counterparty Name | Counterparty Address | Description | Cure Amount (amended amounts are shown in bold) | Assumed Agreement Y/N | Backup Bidder Assuming Y/N |
|---|---|---|---|---|---|---|
| National Consumer Outdoors Corporation | Zhejiang Mingfeng Car Accessories Co., Ltd. | Zhejiang Mingfeng Car Accessories Co., Ltd. Tiantai, Taizhou, Zhejiang ROC China 317200 | Zhejiang Mingfeng Car Accessories Company, Ltd. Exclusive Manufacturing and Non-Compete Agreement Dated June 17, 2013 | $1,622,208.61 | N | N |