IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) | Case No. 15-12080 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Hearing Date: Scheduled only if Necessary**
**Objection Deadline: December 16, 2015, at 4:00 p.m.**

**NOTICE OF FILING OF FIRST MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL &
JONES LLP, AS COUNSEL FOR DEBTOR OUTDOOR DIRECT CORPORATION
F/K/A THE BRINKMANN CORPORATION, FOR THE PERIOD FROM
OCTOBER 8, 2015, THROUGH OCTOBER 31, 2015**

TO:  (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtors' Prepetition and Postpetition Lenders; and (c) counsel to the Official Committee of Unsecured Creditors (the "Notice Parties")

PLEASE TAKE NOTICE that, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (*the "Administrative Order") [Docket No. 203], Pachulski Stang Ziehl & Jones LLP ("PSZJ"), as counsel to the debtors and debtors in possession in the above-captioned cases (the "Debtors") has filed the attached *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for Debtor Outdoor Direct Corporation f/k/a The Brinkmann Corporation, for the Period from October 8, 2015, through October 31, 2015* (the "Application"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

Application, PSZJ seeks compensation for services rendered to the Debtors in the amount of $118,397.63 and reimbursement of costs incurred in the amount of $6,437.06.

PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS AND RESPONSES TO THE APPLICATION, IF ANY, MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT NO LATER THAN **DECEMBER 16, 2015, AT 4:00 P.M., PREVAILING EASTERN TIME**. Objections or other responses to the Application, if any, must also be served so that they are received not later than **December 16, 2015, at 4:00 p.m., prevailing Eastern Time** by: (i) counsel to the Debtors: (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Michael R. Seidl, Esq., mseidl@pszjlaw.com, and (b) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067, Attn: Jeffrey N. Pomerantz, Esq., jpomerantz@pszjlaw.com; (ii) Office of the U.S. Trustee, 844 North King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Linda Casey, Esq., linda.casey@usdoj.gov; (iii) counsel to the Official Committee of Unsecured Creditors: (a) Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, NJ 07068, Attn: Sharon Levine, slevine@lowenstein.com; Kenneth A. Rosen, Esq., krosen@lowenstein.com; and Eric S. Chafetz, Esq., echafetz@lowenstein.com; and (b) Blank Rome LLP, 1201 North Market Street, Suite 800, Wilmington, DE 19801, Attn: Bonnie Glantz Fatell, Esq., Fatell@BlankRome.com; and (iv) counsel to the Debtors' prepetition and postpetition lenders: (a) Bank of America, N.A., as Agent, Issuer, and Guaranty Agent, (i) Buchanan Ingersoll & Rooney, PC, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn: Kathleen A. Murphy, Esq., kathleen.murphy@bipc.com; and (ii) Bryan Cave LLP, Two North Central Avenue, Suite 2200,

Phoenix, AZ, Attn: Robert J. Miller, Esq., rjmiller@bryancave.com and Brian C. Walsh, Esq., brian.walsh@briancave.com; and (b) counsel for Comerica Bank: (i) Jackson Walker L.L.P., 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Bruce J. Ruzinsky, Esq., bruzinsky@jw.com; (ii) Jackson Walker L.L.P., 2323 Ross Avenue, Suite 600, Dallas, TX 75201, Attn: David S. Stolle, Esq., dstolle@jw.com; and (iii) Buchanan Ingersoll & Rooney PC, 919 North Market Street, Suite 1500, Wilmington, DE 19801-3046, Attn: Peter J. Duhig, Esq., peter.duhig@bipc.com.

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served, and received, and are not otherwise resolved in accordance with the Administrative Order, a hearing on the Application will be held at a date and time to be determined. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, if no objection to the Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Application or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: November 25, 2015,

PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (CA Bar No.143717)
Maxim B. Litvak (CA Bar No. 215852)
Michael R. Seidl (DE Bar No. 3889)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: 302/652-4100
Facsimile:  302/652-4400
E-mail:     jpomerantz@pszjlaw.com
            mlitvak@pszjlaw.com
            mseidl@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

DOCS_DE: 20344-v2 10821.002