# EXHIBIT A

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00002

Page:    2  
Invoice 111325  
October 31, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.60 | $537.00 |
| BL | Bankruptcy Litigation [L430] | 8.20 | $4,210.00 |
| BO | Business Operations | 2.20 | $1,650.00 |
| CA | Case Administration [B110] | 2.90 | $764.50 |
| CO | Claims Admin/Objections[B310] | 1.10 | $838.50 |
| EC | Executory Contracts [B185] | 16.20 | $10,575.00 |
| FF | Financial Filings [B110] | 24.70 | $7,622.50 |
| FN | Financing [B230] | 0.50 | $359.50 |
| IC | Insurance Coverage | 2.20 | $1,870.00 |
| LN | Litigation (Non-Bankruptcy) | 6.30 | $3,901.50 |
| MC | Meeting of Creditors [B150] | 0.30 | $202.50 |
| OP | Operations [B210] | 1.20 | $484.00 |
| RP | Retention of Prof. [B160] | 0.80 | $333.00 |
| SL | Stay Litigation [B140] | 22.20 | $16,320.00 |
| | | 89.40 | $49,668.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| IAWN | Nasatir, Iain A. W. | Partner | 850.00 | 2.20 | $1,870.00 |
| JEO | O'Neill, James E. | Partner | 750.00 | 0.50 | $375.00 |
| JHR | Rosell, Jason H. | Counsel | 525.00 | 6.70 | $3,517.50 |
| JMF | Fried, Joshua M. | Partner | 750.00 | 14.70 | $11,025.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 3.50 | $3,132.50 |
| JWD | Dulberg, Jeffrey W. | Partner | 725.00 | 11.30 | $8,192.50 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 4.40 | $1,342.00 |
| MBL | Litvak, Maxim B. | Partner | 795.00 | 5.90 | $4,690.50 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 9.40 | $6,345.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 28.10 | $8,570.50 |
| SLP | Pitman, L. Sheryle | Case Man. Asst. | 225.00 | 2.70 | $607.50 |
| | | | | 89.40 | $49,668.00 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00002  

Page:    4  
Invoice 111325  
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 10/21/2015 | JNP | AD | Conference with S. Kopman regarding interest in real estate and equipment assets. | 0.20 | 895.00 | $179.00 |
| 10/22/2015 | JNP | AD | Conference with Maxim B. Litvak regarding sale of spare parts; Review and respond to emails regarding same. | 0.30 | 895.00 | $268.50 |
| 10/30/2015 | JNP | AD | Emails with J. Ebert regarding automobile appraisal. | 0.10 | 895.00 | $89.50 |
| | | | | 0.60 | | $537.00 |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 10/08/2015 | JHR | BL | Review first day motions for timing of payments | 1.00 | 525.00 | $525.00 |
| 10/12/2015 | JMF | BL | Telephone call with L. Kendall, B. Gleaten and Home Depot re Brinkmann warranty issues. | 0.40 | 750.00 | $300.00 |
| 10/13/2015 | KFF | BL | Revise and prepare for e-filing and service Notices of Hearing entry of interim cash collateral orders and final hearing with respect to Outdoor Direct and Malibu Lighting | 1.30 | 305.00 | $396.50 |
| 10/13/2015 | MRS | BL | Review customer warranty letter; email to Josh Fried re: same | 0.20 | 675.00 | $135.00 |
| 10/13/2015 | MRS | BL | Call from Josh Fried re: customer warranty issues | 0.20 | 675.00 | $135.00 |
| 10/13/2015 | MBL | BL | Address A&J litigation issues and review G. Clark summary memo (0.3); emails with G. Clark and call with J.N. Pomerantz re same (0.3). | 0.60 | 795.00 | $477.00 |
| 10/14/2015 | MRS | BL | Review and revise customer letter; emails from and to Jennifer Mercer re: same | 0.30 | 675.00 | $202.50 |
| 10/14/2015 | MRS | BL | Further emails from and to Jennifer Mercer re: customer notices | 0.10 | 675.00 | $67.50 |
| 10/14/2015 | MRS | BL | Review script and talking points and revise same; emails from and to Jennifer Mercer re: same | 0.30 | 675.00 | $202.50 |
| 10/14/2015 | MBL | BL | Emails with G. Clark and call with J.N. Pomerantz re A&J issues. | 0.20 | 795.00 | $159.00 |
| 10/19/2015 | KFF | BL | Draft Notice of Hearing on shortened notice regarding automatic stay motion, including e-filing with the Court and coordinating service with claims agent | 0.80 | 305.00 | $244.00 |
| 10/20/2015 | JMF | BL | Review cases re prepetition warranty claims. | 0.30 | 750.00 | $225.00 |
| 10/21/2015 | MBL | BL | Review and address utility objections; emails with client, team and opposing counsel re same. | 0.50 | 795.00 | $397.50 |
| 10/23/2015 | KFF | BL | Draft certification of counsel with respect to Letter Agreement with Utility Companies | 0.70 | 305.00 | $213.50 |
| 10/23/2015 | KFF | BL | E-file certification of counsel with respect to letter | 0.30 | 305.00 | $91.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821     00002

Page:     5  
Invoice 111325  
October 31, 2015

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
|  |  |  |  | agreement with utility companies |  |  |  |
| 10/23/2015 | KFF | BL |  | Respond to request from Max Litvak for copies of motions and interim orders regarding shippers and critical vendors motions | 0.40 | 305.00 | $122.00 |
| 10/23/2015 | JEO | BL |  | Work on COC resolving utility objection. | 0.30 | 750.00 | $225.00 |
| 10/28/2015 | KFF | BL |  | Respond to request from Joshua Fried for confirmation regarding first class service on landlord in connection with lease rejection motion and forward copy of affidavit of service of claims agent regarding same | 0.30 | 305.00 | $91.50 |
|  |  |  |  |  | 8.20 |  | $4,210.00 |

### Business Operations

| 10/12/2015 | JMF | BO | Telephone calls with L. Kendall re ODC setoff issues. | 0.20 | 750.00 | $150.00 |
|---|---|---|---|---|---|---|
| 10/13/2015 | JMF | BO | Research re setoff issues re ODC claims. | 0.80 | 750.00 | $600.00 |
| 10/13/2015 | JMF | BO | Review open customer invoices. | 0.20 | 750.00 | $150.00 |
| 10/26/2015 | JMF | BO | Review and analyze issues regarding expediters liens and foreclosure issues. | 0.60 | 750.00 | $450.00 |
| 10/29/2015 | JMF | BO | Analyze issues re MLC and ODC goods re Expeditors. | 0.40 | 750.00 | $300.00 |
|  |  |  |  | 2.20 |  | $1,650.00 |

### Case Administration [B110]

| 10/13/2015 | JNP | CA | Review emails regarding correction to top 35 creditor list. | 0.10 | 895.00 | $89.50 |
|---|---|---|---|---|---|---|
| 10/13/2015 | SLP | CA | Maintain docket control. | 2.40 | 225.00 | $540.00 |
| 10/14/2015 | SLP | CA | Maintain docket control. | 0.30 | 225.00 | $67.50 |
| 10/19/2015 | MRS | CA | Call from Margaret at Granger re: commencement and entities involves | 0.10 | 675.00 | $67.50 |
|  |  |  |  | 2.90 |  | $764.50 |

### Claims Admin/Objections[B310]

| 10/19/2015 | JMF | CO | Review and analyze issues re warranty claims of prepetition creditors. | 0.80 | 750.00 | $600.00 |
|---|---|---|---|---|---|---|
| 10/28/2015 | MBL | CO | Emails with team re A&J issues/potential settlement. | 0.30 | 795.00 | $238.50 |
|  |  |  |  | 1.10 |  | $838.50 |

### Executory Contracts [B185]

| 10/08/2015 | JHR | EC | Revise motion to reject warehouse lease | 0.20 | 525.00 | $105.00 |
|---|---|---|---|---|---|---|

Brinkmann Corporation, The	Invoice 111325
10821    00002	October 31, 2015

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2015 | JHR | EC | Revise motion to reject warehouse lease | 0.90 | 525.00 | $472.50 |
| 10/08/2015 | JHR | EC | Revise turnover letter to landlord | 0.30 | 525.00 | $157.50 |
| 10/09/2015 | MRS | EC | Review, revise, and finalize Cancun rejection motion; coordinate filing of same | 0.40 | 675.00 | $270.00 |
| 10/09/2015 | JMF | EC | Review lease rejection motion. | 0.30 | 750.00 | $225.00 |
| 10/13/2015 | JMF | EC | Telephone call with J. Rosell re Cancun lease and insurance issues. | 0.10 | 750.00 | $75.00 |
| 10/14/2015 | JMF | EC | Review APA and internal emails re McEwen lease. | 0.40 | 750.00 | $300.00 |
| 10/15/2015 | JHR | EC | Correspondence with R. Kennedy re: Atlanta lease rejection | 0.10 | 525.00 | $52.50 |
| 10/16/2015 | MRS | EC | Call from counsel for landlord re: rejection motion issues | 0.30 | 675.00 | $202.50 |
| 10/16/2015 | MRS | EC | Emails to and from Jason Rosell re: rejection motion issues | 0.10 | 675.00 | $67.50 |
| 10/16/2015 | MRS | EC | Emails from and to Richard Ward and to Josh Fried and Jason Roselle re: 426 Thomas rejection issues | 0.20 | 675.00 | $135.00 |
| 10/16/2015 | JMF | EC | Review rejection letter re McEwen storage lease re same. | 0.10 | 750.00 | $75.00 |
| 10/16/2015 | JMF | EC | Research re security deposits and rejection issues. | 1.30 | 750.00 | $975.00 |
| 10/16/2015 | JHR | EC | Correspondence with M. Seidl re: motion to reject lease | 0.10 | 525.00 | $52.50 |
| 10/16/2015 | JHR | EC | Review correspondence with M. Seidl re: landlord requests for modifications to rejection order | 0.20 | 525.00 | $105.00 |
| 10/16/2015 | JHR | EC | Draft motion to reject Atlanta lease | 1.10 | 525.00 | $577.50 |
| 10/19/2015 | MRS | EC | Review issues re: 462 Thomas Family lease rejection; email to Jason Rosell re: same | 0.40 | 675.00 | $270.00 |
| 10/19/2015 | MRS | EC | Emails from and to Jason Rosell re: Atlanta lease rejection | 0.10 | 675.00 | $67.50 |
| 10/19/2015 | MRS | EC | Review and revise motion re: Lake Ridge lease rejection | 1.20 | 675.00 | $810.00 |
| 10/19/2015 | MRS | EC | Emails from and to Josh Fried and Jason Rosell re: Lake Ridge lease rejection | 0.10 | 675.00 | $67.50 |
| 10/19/2015 | MRS | EC | Emails from and to Josh Fried re: Lake Ridge rejection motion; revise same | 0.30 | 675.00 | $202.50 |
| 10/19/2015 | MRS | EC | Emails from and to Alvaro Salas re: rejection motion filing and service | 0.20 | 675.00 | $135.00 |
| 10/19/2015 | JMF | EC | Review/edit Atlanta rejection motion (.5); internal email re same (.3). | 0.80 | 750.00 | $600.00 |
| 10/20/2015 | MRS | EC | Emails from and to Jason Rosell and to Richard Ward re: 462 Thomas rejection | 0.10 | 675.00 | $67.50 |
| 10/20/2015 | JMF | EC | Research and analyze issues re lease rejection issues | 1.80 | 750.00 | $1,350.00 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821      00002

Page:    7  
Invoice 111325  
October 31, 2015

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
|  |  |  | re personal property leases. |  |  |  |
| 10/20/2015 | JMF | EC | Telephone call with R. Kennedy re lease issues re equipment issues. | 0.20 | 750.00 | $150.00 |
| 10/20/2015 | JMF | EC | Draft summary re equipment leases. | 0.50 | 750.00 | $375.00 |
| 10/21/2015 | JMF | EC | Review equipment personal property lease and analyze issues re same. | 0.30 | 750.00 | $225.00 |
| 10/21/2015 | JHR | EC | Prepare for call with counsel to warehouse lease landlord | 0.30 | 525.00 | $157.50 |
| 10/21/2015 | JHR | EC | Call with R. Ward re: rejection of warehouse lease | 0.20 | 525.00 | $105.00 |
| 10/26/2015 | JMF | EC | Internal correspondences re personal and real property lease issues. | 0.40 | 750.00 | $300.00 |
| 10/26/2015 | JHR | EC | Review NCOC DIP motion re: impact on Farmers Storage Facility (0.4) and related correspondence with landlord counsel (0.2) | 0.60 | 525.00 | $315.00 |
| 10/26/2015 | MRS | EC | Calls from and to Ruth Hopper re: All Lines Leasing lease | 0.20 | 675.00 | $135.00 |
| 10/26/2015 | JHR | EC | Research Farmers Branch Office lease and how APA affects landlord's rights | 0.80 | 525.00 | $420.00 |
| 10/26/2015 | JHR | EC | Correspondence with Farmers Branch Office landlord re: status of lease | 0.10 | 525.00 | $52.50 |
| 10/28/2015 | MRS | EC | Emails from and to Josh Fried re: service of rejection motion | 0.20 | 675.00 | $135.00 |
| 10/28/2015 | JHR | EC | Correspondence with J. Fried re: motion to reject lease | 0.30 | 525.00 | $157.50 |
| 10/29/2015 | MRS | EC | Call from Jason Rosell re: rejection issues | 0.10 | 675.00 | $67.50 |
| 10/29/2015 | JMF | EC | Review lease rejection order and correspondence re same. | 0.20 | 750.00 | $150.00 |
| 10/29/2015 | JHR | EC | Revise order re: rejection of warehouse lease per landlord comments | 0.40 | 525.00 | $210.00 |
| 10/30/2015 | JMF | EC | Review landlord (Farmers Storage) settlement. | 0.20 | 750.00 | $150.00 |
| 10/30/2015 | JHR | EC | Revise order rejecting warehouse lease | 0.10 | 525.00 | $52.50 |
|  |  |  |  | **16.20** |  | **$10,575.00** |

### Financial Filings [B110]

| 10/08/2015 | PJJ | FF | Prepare top 20 list for ODC per US Trustee request. | 1.00 | 305.00 | $305.00 |
|---|---|---|---|---|---|---|
| 10/09/2015 | PJJ | FF | Work on schedules and statements for ODC. | 3.30 | 305.00 | $1,006.50 |
| 10/12/2015 | PJJ | FF | Work on schedules and statements. | 2.50 | 305.00 | $762.50 |
| 10/12/2015 | PJJ | FF | Email and voice mail from J. Fried re adding Tractor Supply to Top 20 list (.2); Email to Aurora re same (.1). | 0.30 | 305.00 | $91.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00002

Page:    8  
Invoice 111325  
October 31, 2015

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2015 | PJJ | FF | Work on schedules and statements for Q-Beam, Stubbs, Treasure Sensor and Smoke 'N Pit. | 0.80 | 305.00 | $244.00 |
| 10/20/2015 | PJJ | FF | Work on schedules and statements. | 2.20 | 305.00 | $671.00 |
| 10/21/2015 | PJJ | FF | Work on schedules and statements. | 2.70 | 305.00 | $823.50 |
| 10/22/2015 | PJJ | FF | Work on schedules and statements. | 3.10 | 305.00 | $945.50 |
| 10/22/2015 | JEO | FF | Review monthly operating form. | 0.20 | 750.00 | $150.00 |
| 10/23/2015 | PJJ | FF | Work on schedules and statements. | 1.80 | 305.00 | $549.00 |
| 10/26/2015 | PJJ | FF | Work on schedules and statements. | 1.00 | 305.00 | $305.00 |
| 10/27/2015 | PJJ | FF | Email to Aurora re ODC intercompany payments. | 0.20 | 305.00 | $61.00 |
| 10/27/2015 | PJJ | FF | Work on schedules and statements. | 0.60 | 305.00 | $183.00 |
| 10/28/2015 | PJJ | FF | Email from/to J. Pomerantz re TBC owned vehicles ire SOFA. | 0.20 | 305.00 | $61.00 |
| 10/28/2015 | PJJ | FF | Work on schedules and statements. | 1.60 | 305.00 | $488.00 |
| 10/29/2015 | PJJ | FF | Update Schedule F. | 2.50 | 305.00 | $762.50 |
| 10/30/2015 | PJJ | FF | Work on schedules and statements. | 0.70 | 305.00 | $213.50 |
|  |  |  |  | **24.70** |  | **$7,622.50** |

**Financing [B230]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2015 | JNP | FN | Conference with B. Miller regarding first day hearing and financing issues. | 0.10 | 895.00 | $89.50 |
| 10/13/2015 | MRS | FN | Review and revise notice of ODC cash collateral hearing; coordinate filing and service of same | 0.20 | 675.00 | $135.00 |
| 10/27/2015 | MRS | FN | Coordinate cash collateral order for hearing | 0.20 | 675.00 | $135.00 |
|  |  |  |  | **0.50** |  | **$359.50** |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2015 | IAWN | IC | Telephone conference with Jeffrey N Pomerantz re directors & officers State Court actions | 0.10 | 850.00 | $85.00 |
| 10/12/2015 | IAWN | IC | Review pleadings re State Court action | 0.80 | 850.00 | $680.00 |
| 10/13/2015 | IAWN | IC | Review pleadings to prepare for call (.6), attend call with Jeffrey N Pomerantz and debtor lawyers re directors & officers action and issues (.5) | 1.10 | 850.00 | $935.00 |
| 10/14/2015 | IAWN | IC | Per Jeffrey N Pomerantz, find pleadings for Walker and exchange emails with Walker re same | 0.20 | 850.00 | $170.00 |
|  |  |  |  | **2.20** |  | **$1,870.00** |

**Litigation (Non-Bankruptcy)**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2015 | PJJ | LN | Prepare notice of pendency. | 0.20 | 305.00 | $61.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    9
Invoice 111325
October 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2015 | JNP | LN | Conference with Maxim B. Litvak regarding A&J lawsuit and strategy. | 0.30 | 895.00 | $268.50 |
| 10/13/2015 | PJJ | LN | Prepare notice of pendency. | 0.40 | 305.00 | $122.00 |
| 10/13/2015 | JMF | LN | Telephone call with A. Spitz re Lee litigation. | 0.30 | 750.00 | $225.00 |
| 10/13/2015 | JMF | LN | Telephone call with C. Falco re ODC litigation claims. | 0.30 | 750.00 | $225.00 |
| 10/14/2015 | JNP | LN | Conference with Maxim B. Litvak regarding A&J litigation issues and review emails regarding same. | 0.20 | 895.00 | $179.00 |
| 10/14/2015 | PJJ | LN | Email to local counsel re notice of pendency. | 0.10 | 305.00 | $30.50 |
| 10/14/2015 | PJJ | LN | Prepare notices of pendency of action and email to local counsel in all state court matters. | 1.90 | 305.00 | $579.50 |
| 10/14/2015 | JMF | LN | Review notices of pendencies of Chapter 11 cases. | 0.40 | 750.00 | $300.00 |
| 10/14/2015 | JMF | LN | Review A&J statement re pending Chapter 11. | 0.20 | 750.00 | $150.00 |
| 10/15/2015 | JNP | LN | Review and respond to emails regarding stay relief for A&J litigation. | 0.30 | 895.00 | $268.50 |
| 10/16/2015 | JNP | LN | Conference with Maxim B. Litvak regarding stay motion regarding A&J. | 0.10 | 895.00 | $89.50 |
| 10/20/2015 | JNP | LN | Review emails regarding A&J Relief from Stay issues. | 0.10 | 895.00 | $89.50 |
| 10/21/2015 | JMF | LN | Review correspondences re status of A&J litigation. | 0.20 | 750.00 | $150.00 |
| 10/27/2015 | JNP | LN | Conference with A&J counsel regarding potential settlement. | 0.30 | 895.00 | $268.50 |
| 10/28/2015 | JNP | LN | Review and respond to emails from A&J regarding grills. | 0.50 | 895.00 | $447.50 |
| 10/28/2015 | JNP | LN | Emails to Piper and Sheppard Mullin regarding A&J potential settlement. | 0.20 | 895.00 | $179.00 |
| 10/29/2015 | JNP | LN | Conference with G. Clark and Maxim B. Litvak regarding A&J settlement. | 0.20 | 895.00 | $179.00 |
| 10/30/2015 | JNP | LN | Review emails regarding status of A&J settlement and update Committee regarding same. | 0.10 | 895.00 | $89.50 |
|  |  |  |  | 6.30 |  | $3,901.50 |

### Meeting of Creditors [B150]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/2015 | MRS | MC | Calls with Josh Fried and Jeff Pomerantz re: 341 and second day issues | 0.30 | 675.00 | $202.50 |
|  |  |  |  | 0.30 |  | $202.50 |

### Operations [B210]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2015 | PJJ | OP | Prepare USPTO name change for ODC patents and trademarks. | 1.00 | 305.00 | $305.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:   10
Invoice 111325
October 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/2015 | JNP | OP | Emails with B. Womble and Aurora regarding repair and warranty issues. | 0.10 | 895.00 | $89.50 |
| 10/30/2015 | JNP | OP | Emails regarding shared services. | 0.10 | 895.00 | $89.50 |
|  |  |  |  | 1.20 |  | $484.00 |

**Retention of Prof. [B160]**

| 10/23/2015 | KFF | RP | E-file and coordinate service of disclosure affidavits for ordinary course professionals Wolf and Louka | 0.60 | 305.00 | $183.00 |
|---|---|---|---|---|---|---|
| 10/30/2015 | JMF | RP | Review correspondences re Hilco application. | 0.20 | 750.00 | $150.00 |
|  |  |  |  | 0.80 |  | $333.00 |

**Stay Litigation [B140]**

| 10/15/2015 | MRS | SL | Emails from and to Max Litvak and Jeff Dulberg re: stay limitation motion | 0.30 | 675.00 | $202.50 |
|---|---|---|---|---|---|---|
| 10/15/2015 | JWD | SL | Emails re A&J issues (0.2); call with M Litvak re same (0.2); research re same (0.4) | 0.80 | 725.00 | $580.00 |
| 10/15/2015 | JWD | SL | Work on stay relief motion | 8.00 | 725.00 | $5,800.00 |
| 10/15/2015 | MBL | SL | Emails with team and co-counsel re A&J and motion for determination that stay does not apply. | 0.30 | 795.00 | $238.50 |
| 10/15/2015 | MBL | SL | Call with J. Dulberg re A&J stay motion and emails with team re same. | 0.20 | 795.00 | $159.00 |
| 10/15/2015 | JMF | SL | Research re ODC stay issues re pending lawsuits. | 1.60 | 750.00 | $1,200.00 |
| 10/16/2015 | MRS | SL | Emails from and to and call with Max Litvak re: stay application motion | 0.20 | 675.00 | $135.00 |
| 10/16/2015 | MRS | SL | Review, revise, and finalize motion re: A&J stay litigation | 1.40 | 675.00 | $945.00 |
| 10/16/2015 | MRS | SL | Review, revise, and finalize motion to shorten re: A&J stay litigation | 0.50 | 675.00 | $337.50 |
| 10/16/2015 | MRS | SL | Calls from and to and emails from and to Max Litvak re: A&J stay relief motion | 0.20 | 675.00 | $135.00 |
| 10/16/2015 | MRS | SL | Finalize A&J stay relief motion and associated motion to shorten, execute same, coordinate filing and service | 0.40 | 675.00 | $270.00 |
| 10/16/2015 | JWD | SL | Work on relief from stay motion and motion to shorten | 2.50 | 725.00 | $1,812.50 |
| 10/16/2015 | MBL | SL | Revise stay relief motion as to A&J proceedings. | 1.50 | 795.00 | $1,192.50 |
| 10/16/2015 | MBL | SL | Emails with team and co-counsel re A&J stay issues; coordinate filing of motion. | 0.30 | 795.00 | $238.50 |
| 10/16/2015 | MBL | SL | Further review and revisions to stay relief motion re A&J proceedings (0.5); calls with J.N. Pomerantz, M. Seidl, and D. Baker re same (0.3). | 0.80 | 795.00 | $636.00 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821     00002
Page: 11  
Invoice 111325  
October 31, 2015

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/2015 | JMF | SL | Review correspondences re A+J litigation and stay relief stipulation. | 0.10 | 750.00 | $75.00 |
| 10/16/2015 | JMF | SL | Research stay relief issues re ongoing litigation. | 1.10 | 750.00 | $825.00 |
| 10/19/2015 | MRS | SL | Review order shortening re: A&J stay; email to Kathe Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 10/19/2015 | MRS | SL | Review and execute notice of A&J stay motion | 0.10 | 675.00 | $67.50 |
| 10/20/2015 | MBL | SL | Calls with ITC counsel re stay request and emails with team re same. | 0.30 | 795.00 | $238.50 |
| 10/29/2015 | MBL | SL | Call with J.N. Pomerantz and G. Clark re A&J settlement. | 0.20 | 795.00 | $159.00 |
| 10/29/2015 | MBL | SL | Communicate settlement proposal to A&J counsel. | 0.10 | 795.00 | $79.50 |
| 10/30/2015 | JNP | SL | Review A&J response to Relief from Stay motion. | 0.20 | 895.00 | $179.00 |
| 10/30/2015 | MRS | SL | Review ITC response re: stay and A&J | 0.20 | 675.00 | $135.00 |
| 10/30/2015 | MRS | SL | Review A&J response re: stay; emails from and to Max Litvak re: same | 0.20 | 675.00 | $135.00 |
| 10/30/2015 | MBL | SL | Calls and emails with A&J counsel and G. Clark re settlement issues; update UCC and J.N. Pomerantz re same. | 0.60 | 795.00 | $477.00 |
| | | | | **22.20** | | **$16,320.00** |

**TOTAL SERVICES FOR THIS MATTER:** $49,668.00