# EXHIBIT A

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00004

Page:    2  
Invoice 111326  
October 31, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 1.80 | $1,305.00 |
| BL | Bankruptcy Litigation [L430] | 0.90 | $519.00 |
| CA | Case Administration [B110] | 1.10 | $702.50 |
| CO | Claims Admin/Objections[B310] | 0.20 | $179.00 |
| FF | Financial Filings [B110] | 10.80 | $3,560.00 |
| FN | Financing [B230] | 0.90 | $631.50 |
| LN | Litigation (Non-Bankruptcy) | 13.50 | $9,374.50 |
| OP | Operations [B210] | 0.90 | $533.50 |
| SL | Stay Litigation [B140] | 10.80 | $8,445.00 |
| | | 40.90 | $25,250.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| GSG | Greenwood, Gail S. | Counsel | 675.00 | 10.50 | $7,087.50 |
| JEO | O'Neill, James E. | Partner | 750.00 | 0.30 | $225.00 |
| JHR | Rosell, Jason H. | Counsel | 525.00 | 0.20 | $105.00 |
| JMF | Fried, Joshua M. | Partner | 750.00 | 1.80 | $1,350.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 2.30 | $2,058.50 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 0.10 | $30.50 |
| KHB | Brown, Kenneth H. | Partner | 850.00 | 10.00 | $8,500.00 |
| LAF | Forrester, Leslie A. | Other | 325.00 | 3.50 | $1,137.50 |
| MBL | Litvak, Maxim B. | Partner | 795.00 | 0.30 | $238.50 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 2.40 | $1,620.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 9.50 | $2,897.50 |
| | | | | 40.90 | $25,250.00 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Delivery/Courier Service | $181.20 |
| Lexis/Nexis- Legal Research [E | $172.01 |
| Pacer - Court Research | $0.50 |
| Reproduction Expense [E101] | $0.60 |
| Westlaw - Legal Research [E106 | $217.23 |
| | $571.54 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821      00004

Page:    4  
Invoice 111326  
October 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Disposition [B130]

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2015 | JHR | AD | Review correspondence re: replacement part sales | 0.20 | 525.00 | $105.00 |
| 10/28/2015 | JMF | AD | Analyze China King merchandise issues and internal emails re same. | 0.80 | 750.00 | $600.00 |
| 10/29/2015 | JMF | AD | Analyze issues re China King inventory and OHL release of same. | 0.60 | 750.00 | $450.00 |
| 10/29/2015 | JMF | AD | Telephone call with R. Kennedy re CSA and China King. | 0.20 | 750.00 | $150.00 |
|  |  |  |  | **1.80** |  | **$1,305.00** |

### Bankruptcy Litigation [L430]

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2015 | KFF | BL | Add Malibu Lighting to firm's critical dates calendar | 0.10 | 305.00 | $30.50 |
| 10/14/2015 | MRS | BL | Emails from and to Jennifer Mercer re: customer letter for Malibu | 0.10 | 675.00 | $67.50 |
| 10/15/2015 | MRS | BL | Emails from and to Jennifer Mercer re: faq and script for queries | 0.20 | 675.00 | $135.00 |
| 10/19/2015 | PJJ | BL | Amend Petition and caption to correct MLC Tax ID number. | 0.20 | 305.00 | $61.00 |
| 10/21/2015 | JEO | BL | Email exchange regarding petition error. | 0.30 | 750.00 | $225.00 |
|  |  |  |  | **0.90** |  | **$519.00** |

### Case Administration [B110]

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2015 | JNP | CA | Review emails regarding correct tax ID number for Malibu Lighting. | 0.10 | 895.00 | $89.50 |
| 10/19/2015 | MRS | CA | Emails from Diane Giordano and to Laura Kendall and Jim Ebbert re: taxpayer i.d. number for MLC | 0.20 | 675.00 | $135.00 |
| 10/19/2015 | MRS | CA | Emails to and from Laura Kendal and Jim Ebbert re: taxpayer i.d. number for MLC | 0.20 | 675.00 | $135.00 |
| 10/19/2015 | PJJ | CA | Email from/to J. FRied re MLC Tax ID number correction. | 0.20 | 305.00 | $61.00 |
| 10/20/2015 | MRS | CA | Review amended Malibu petition; coordinate filing of same | 0.30 | 675.00 | $202.50 |
| 10/20/2015 | MBL | CA | Address Sinosure creditor inquiry. | 0.10 | 795.00 | $79.50 |
|  |  |  |  | **1.10** |  | **$702.50** |

### Claims Admin/Objections[B310]

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2015 | JNP | CO | Conference with J. Bowner regarding Halian goods, release and email to Aurora regarding same. | 0.20 | 895.00 | $179.00 |
|  |  |  |  | **0.20** |  | **$179.00** |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00004

Page:    5
Invoice 111326
October 31, 2015

### Financial Filings [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2015 | PJJ | FF | Create Top 20 list for MLC per US Trustee request. | 1.00 | 305.00 | $305.00 |
| 10/12/2015 | PJJ | FF | Work on schedules and statements for MLC. | 0.30 | 305.00 | $91.50 |
| 10/14/2015 | PJJ | FF | Update and send Top 20 list to D. Baker for signature. | 0.10 | 305.00 | $30.50 |
| 10/20/2015 | PJJ | FF | Work on schedules and statements. | 0.30 | 305.00 | $91.50 |
| 10/20/2015 | LAF | FF | Update debtor FEIN. | 1.50 | 325.00 | $487.50 |
| 10/21/2015 | PJJ | FF | Work on schedules and statements. | 0.40 | 305.00 | $122.00 |
| 10/22/2015 | PJJ | FF | Work on schedules and statements. | 5.30 | 305.00 | $1,616.50 |
| 10/22/2015 | PJJ | FF | Work on schedules and statements. | 0.40 | 305.00 | $122.00 |
| 10/23/2015 | PJJ | FF | Work on schedules and statements. | 0.20 | 305.00 | $61.00 |
| 10/26/2015 | PJJ | FF | Work on schedules and statements. | 0.20 | 305.00 | $61.00 |
| 10/27/2015 | PJJ | FF | Work on schedules and statements. | 0.10 | 305.00 | $30.50 |
| 10/28/2015 | PJJ | FF | Work on schedules and statements. | 0.40 | 305.00 | $122.00 |
| 10/30/2015 | PJJ | FF | Work on schedules and statements. | 0.20 | 305.00 | $61.00 |
| 10/31/2015 | JNP | FF | Review and comment on schedules. | 0.40 | 895.00 | $358.00 |
| | | | | **10.80** | | **$3,560.00** |

### Financing [B230]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2015 | MRS | FN | Emails from and to chambers re: cash collateral orders | 0.10 | 675.00 | $67.50 |
| 10/12/2015 | MRS | FN | Call from Kathleen Murphy re: cash collateral orders | 0.10 | 675.00 | $67.50 |
| 10/13/2015 | MRS | FN | Review and revise notice of Malibu cash collateral; coordinate filing and service of same | 0.20 | 675.00 | $135.00 |
| 10/23/2015 | MBL | FN | Emails with Comerica counsel re MLC cash collateral stip. | 0.20 | 795.00 | $159.00 |
| 10/26/2015 | MRS | FN | Review Committee objection to Malibu cash collateral | 0.30 | 675.00 | $202.50 |
| | | | | **0.90** | | **$631.50** |

### Litigation (Non-Bankruptcy)

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2015 | JNP | LN | Conference with Kenneth H. Brown regarding potential 105 injunction, case background and emails regarding same. | 0.60 | 895.00 | $537.00 |
| 10/16/2015 | JMF | LN | Review Hailian complaint. | 0.20 | 750.00 | $150.00 |
| 10/12/2015 | GSG | LN | Review state court complaints against individuals and sample complaints for injunctive relief. | 0.70 | 675.00 | $472.50 |
| 10/13/2015 | GSG | LN | Review pleadings re individual claims; research 3rd | 2.50 | 675.00 | $1,687.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821   00004

Page:   6  
Invoice 111326  
October 31, 2015

| Date | Prof | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | circuit and 5th circuit care law re 362(a)(1) extension of stay. | | | |
| 10/13/2015 | GSG | LN | Conference call re state court litigation and strategy. | 0.60 | 675.00 | $405.00 |
| 10/13/2015 | GSG | LN | Research re estate claims against D&O under 362(a)(5) and state law standing issues. | 2.50 | 675.00 | $1,687.50 |
| 10/12/2015 | JNP | LN | Conference with Iain A. W. Nasatir regarding Halian. | 0.10 | 895.00 | $89.50 |
| 10/12/2015 | KHB | LN | Telephone call with J.N. Pomerantz re case status, state court litigation against Debtors and officers, consideration of section 105 insunction. | 0.40 | 850.00 | $340.00 |
| 10/12/2015 | KHB | LN | Legal Research re standard for obtaining section 105 injunction in 3rd Cir., review state court pleadings re same. | 2.40 | 850.00 | $2,040.00 |
| 10/12/2015 | LAF | LN | Legal research re: SEction 105 & enjoining actions against officers/directors. | 1.50 | 325.00 | $487.50 |
| 10/13/2015 | JNP | LN | Conference with Cole, Schotz, Kitten, Iain A. W. Nasatir, G. Greenwood and Kenneth H. Brown regarding Halian lawsuit and strategy. | 0.50 | 895.00 | $447.50 |
| 10/14/2015 | JNP | LN | Review letter regarding Halian lawsuit. | 0.10 | 895.00 | $89.50 |
| 10/15/2015 | JNP | LN | Conference with Kenneth H. Brown regarding response to Halian lawsuit (2x). | 0.20 | 895.00 | $179.00 |
| 10/15/2015 | LAF | LN | Legal research re: Discovery & debtor. | 0.50 | 325.00 | $162.50 |
| 10/16/2015 | JNP | LN | Conference with Kenneth H. Brown regarding letter to Halian counsel. | 0.10 | 895.00 | $89.50 |
| 10/16/2015 | KHB | LN | Emails with J. Pomerantz and B. Atwiel re same. | 0.20 | 850.00 | $170.00 |
| 10/31/2015 | KHB | LN | Telephone call with J. Pomerantz re potential remedies for conversion of estate assets in connection with 363 sale. | 0.40 | 850.00 | $340.00 |
| | | | | 13.50 | | $9,374.50 |

**Operations [B210]**

| Date | Prof | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/2015 | MRS | OP | Draft customer demand letter; email to Josh Fried re: same | 0.40 | 675.00 | $270.00 |
| 10/14/2015 | MRS | OP | Emails from and to Josh Fried and to Lasheria Brandt re: demand to customer | 0.20 | 675.00 | $135.00 |
| 10/14/2015 | MRS | OP | Emails from and to Lasheria Brandt re: revisions to customer demand letter | 0.10 | 675.00 | $67.50 |
| 10/27/2015 | PJJ | OP | Draft letter to US Trustee re closure of Happy State Bank account. | 0.20 | 305.00 | $61.00 |
| | | | | 0.90 | | $533.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00004

Page:    7  
Invoice 111326  
October 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Stay Litigation [B140]

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2015 | KHB | SL | Review state court pleadings re violation of stay and section 105 injunction. | 0.50 | 850.00 | $425.00 |
| 10/13/2015 | KHB | SL | Conference call with J. Pomerantz and Brian Antwiel re state court action as property of the estate violation of automatic stay. | 1.00 | 850.00 | $850.00 |
| 10/13/2015 | KHB | SL | Conference with G. Greenwood re letter to Planitiff's counsel re stay violation. | 0.10 | 850.00 | $85.00 |
| 10/14/2015 | KHB | SL | LR re derivative claims and application of automatic stay. | 1.50 | 850.00 | $1,275.00 |
| 10/14/2015 | KHB | SL | Prepare letter to Lloyd Ward re violation of automatic stay. | 1.30 | 850.00 | $1,105.00 |
| 10/14/2015 | GSG | SL | Research case law re sanctions under 362(k) and DE law. | 1.10 | 675.00 | $742.50 |
| 10/14/2015 | GSG | SL | Draft letter re Shanghai Halian stay violation. | 3.10 | 675.00 | $2,092.50 |
| 10/15/2015 | KHB | SL | Prepare letter to plaintiff's counsel re violation of relief from stay by prosecution of Texas lawsuit against individual defendants (1.8); telephone calls with Jeff Pomerantz re same (0.1); emails with Jeff Pomerantz re same (0.1). | 2.00 | 850.00 | $1,700.00 |
| 10/16/2015 | KHB | SL | Telephone call with J. Pomerantz re response of Plaintiff's letter re enforcement of stay. | 0.20 | 850.00 | $170.00 |
|  |  |  |  | **10.80** |  | **$8,445.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                    **$25,250.00**

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/08/2015 | DC | Delivery/ Courier Service [E107] Digital Legal Services | 26.99 |
| 10/09/2015 | DC | Delivery/ Courier Service [E107] Digital Legal Services | 6.50 |
| 10/09/2015 | DC | Delivery/ Courier Service [E107] Digital Legal Services | 6.50 |
| 10/09/2015 | DC | Delivery/ Courier Service [E107] Digital Legal Services | 6.50 |
| 10/09/2015 | DC | Delivery/ Courier Service [E107] | 41.17 |
| 10/09/2015 | DC | Delivery/ Courier Service [E107] | 21.49 |
| 10/12/2015 | DC | Delivery/ Courier Service [E107] | 10.50 |
| 10/20/2015 | DC | Delivery/ Courier Service [E107] Digital Legal Services | 61.55 |
| 10/20/2015 | LN | 10821.00004 Lexis Charges for 10-20-15 | 154.11 |
| 10/20/2015 | WL | 10821.00004 Westlaw Charges for 10-20-15 | 217.23 |
| 10/21/2015 | LN | 10821.00004 Lexis Charges for 10-21-15 | 17.90 |
| 10/26/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 10/31/2015 | PAC | Pacer - Court Research | 0.50 |

**Total Expenses for this Matter**                                        **$571.54**