# EXHIBIT A

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    2
Invoice 111324
October 31, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 156.70 | $134,025.50 |
| BL | Bankruptcy Litigation [L430] | 2.50 | $1,132.00 |
| BO | Business Operations | 8.70 | $6,565.50 |
| CA | Case Administration [B110] | 1.60 | $1,359.00 |
| CO | Claims Admin/Objections[B310] | 1.70 | $1,304.00 |
| CPO | Comp. of Prof./Others | 0.10 | $67.50 |
| EB | Employee Benefit/Pension-B220 | 5.20 | $3,103.00 |
| EC | Executory Contracts [B185] | 10.00 | $6,794.50 |
| FF | Financial Filings [B110] | 23.40 | $8,262.00 |
| FN | Financing [B230] | 7.10 | $6,112.50 |
| GC | General Creditors Comm. [B150] | 0.70 | $596.50 |
| OP | Operations [B210] | 4.80 | $3,227.00 |
| RP | Retention of Prof. [B160] | 3.30 | $2,489.50 |
| TI | Tax Issues [B240] | 0.20 | $135.00 |
| TR | Travel | 6.10 | $2,729.75 |
| | | 232.10 | $177,903.25 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 305.00 | 0.10 | $30.50 |
| DJB | Barton, David J. | Partner | 875.00 | 89.10 | $77,962.50 |
| JHR | Rosell, Jason H. | Counsel | 525.00 | 0.10 | $52.50 |
| JMF | Fried, Joshua M. | Partner | 750.00 | 24.10 | $18,075.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 447.50 | 6.10 | $2,729.75 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 52.70 | $47,166.50 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 2.50 | $762.50 |
| MBL | Litvak, Maxim B. | Partner | 795.00 | 10.80 | $8,586.00 |
| MLM | McGee, Margaret L. | Paralegal | 305.00 | 0.60 | $183.00 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 22.50 | $15,187.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 23.50 | $7,167.50 |
| | | | | 232.10 | $177,903.25 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00003

Page:     3
Invoice 111324
October 31, 2015

## Summary of Expenses

| Description | Amount |
|---|---|
| Air Fare [E110] | $1,326.20 |
| Pacer - Court Research | $1.70 |
| Reproduction/ Scan Copy | $8.00 |
| Travel Expense [E110] | $45.00 |
| Westlaw - Legal Research [E106 | $23.30 |
| | $1,404.20 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    4
Invoice 111324
October 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

## Asset Disposition [B130]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2015 | MRS | AD | Emails from and to clerk's office and to Kathe Finlayson re: re-docketing sale motion | 0.10 | 675.00 | $67.50 |
| 10/10/2015 | DJB | AD | Prepare schedule of key dates; Transmit to J. Pomerantz. | 3.70 | 875.00 | $3,237.50 |
| 10/10/2015 | JNP | AD | Review Asset Purchase Agreement list of important dates and email with David J. Barton regarding same. | 0.20 | 895.00 | $179.00 |
| 10/11/2015 | DJB | AD | Revise key dates schedule; Transmit to Aurora; Analysis of status of TSA and escrow agreement. | 0.60 | 875.00 | $525.00 |
| 10/12/2015 | DJB | AD | Draft amendment to NDA. | 1.00 | 875.00 | $875.00 |
| 10/12/2015 | JNP | AD | Conference with Teri Stratton regarding sale process. | 0.20 | 895.00 | $179.00 |
| 10/12/2015 | JNP | AD | Conference with Potential Bidder regarding interest in assets. | 0.10 | 895.00 | $89.50 |
| 10/12/2015 | JNP | AD | Emails regarding BDO taxes. | 0.10 | 895.00 | $89.50 |
| 10/12/2015 | JNP | AD | Email Potential Bidder regarding interest. | 0.10 | 895.00 | $89.50 |
| 10/12/2015 | MRS | AD | Emails from and to Sid Singh re: bid procedures and sale motions | 0.10 | 675.00 | $67.50 |
| 10/12/2015 | MRS | AD | Coordinate supplemental service of bid procedures motion | 0.10 | 675.00 | $67.50 |
| 10/13/2015 | DJB | AD | Respond to J. Ebbert re cure costs. | 1.00 | 875.00 | $875.00 |
| 10/13/2015 | DJB | AD | Analysis of Tractor Supply contract and Brinkmann Pet TM (.6); Conference with J. Pomerantz re same (.2). | 0.70 | 875.00 | $612.50 |
| 10/13/2015 | DJB | AD | Transfer key dates to Markus Williams (.3); Respond to J. Pomerantz re trademark (.2). | 0.50 | 875.00 | $437.50 |
| 10/13/2015 | DJB | AD | Analysis of impact of changes in ownership of purchaser. | 0.40 | 875.00 | $350.00 |
| 10/13/2015 | JNP | AD | Review and respond to emails regarding China status. | 0.10 | 895.00 | $89.50 |
| 10/13/2015 | JNP | AD | Email with David J. Barton and D. Baker regarding sale agreement. | 0.10 | 895.00 | $89.50 |
| 10/13/2015 | JNP | AD | Conference with D. Baker regarding provision of information to bidders. | 0.20 | 895.00 | $179.00 |
| 10/13/2015 | JNP | AD | Review and respond to emails to J. Ebert and David J. Barton regarding information regarding contract cures. | 0.20 | 895.00 | $179.00 |
| 10/13/2015 | JNP | AD | Conference with M. Warner regarding customer issues. | 0.20 | 895.00 | $179.00 |
| 10/13/2015 | JNP | AD | Conference with J. Ebert regarding executory | 0.10 | 895.00 | $89.50 |

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821    00003

Page:    5

Invoice 111324

October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | contract cure notice. | | | |
| 10/13/2015 | JNP | AD | Review email regarding rejection of lease and follow-up. | 0.10 | 895.00 | $89.50 |
| 10/13/2015 | JNP | AD | Emails with J. Markus regarding setting up call to review open issues. | 0.20 | 895.00 | $179.00 |
| 10/13/2015 | JNP | AD | Conference with R. Belinski regarding sale process. | 0.10 | 895.00 | $89.50 |
| 10/13/2015 | JNP | AD | Conference with M. Fayhee regarding sale related issues. | 0.40 | 895.00 | $358.00 |
| 10/13/2015 | JNP | AD | Emails with T. Stratton regarding auction. | 0.10 | 895.00 | $89.50 |
| 10/13/2015 | JNP | AD | Emails regarding relevancy of trademark to transaction. | 0.10 | 895.00 | $89.50 |
| 10/13/2015 | JNP | AD | Email to potential bidder introducing them to Piper. | 0.10 | 895.00 | $89.50 |
| 10/13/2015 | MRS | AD | Emails from and to Josh Fried re: sale motion | 0.10 | 675.00 | $67.50 |
| 10/13/2015 | MRS | AD | Emails from and to Potential Bidder re: sale interest | 0.10 | 675.00 | $67.50 |
| 10/13/2015 | JMF | AD | Internal email re APA issues. | 0.20 | 750.00 | $150.00 |
| 10/13/2015 | JMF | AD | Review APA and TSA issues. | 1.00 | 750.00 | $750.00 |
| 10/14/2015 | DJB | AD | Analysis of status of storage facility lease (2.4); Respond to purchaser re Shanghai (.3); Call for Shanghai task force (.3). | 3.00 | 875.00 | $2,625.00 |
| 10/14/2015 | DJB | AD | Assess need for vendor NDA. | 0.30 | 875.00 | $262.50 |
| 10/14/2015 | DJB | AD | Draft NDA for vendors. | 1.00 | 875.00 | $875.00 |
| 10/14/2015 | JNP | AD | Calls with D. Baker, M. Fayhee and R. Kennedy regarding Tractor Supply and then follow up with B. Rucinzky and B. Miller regarding same. | 1.20 | 895.00 | $1,074.00 |
| 10/14/2015 | JNP | AD | Review and respond to emails regarding buyer interest. | 0.10 | 895.00 | $89.50 |
| 10/15/2015 | DJB | AD | Transmit vendor NDA to J. Limber; Check status of Atlantic lease under APA; Transmit TSA to J. Pomerantz. | 0.40 | 875.00 | $350.00 |
| 10/15/2015 | DJB | AD | Revise General TSA; Interoffice conference with J. Pomerantz re same; Draft Shanghai TSA; Transmit TSAs to client and co-counsel. | 2.50 | 875.00 | $2,187.50 |
| 10/15/2015 | DJB | AD | Participate in client conference call re key dates. | 0.30 | 875.00 | $262.50 |
| 10/15/2015 | DJB | AD | Conference call with Summit re status; Prepare for conference call re Shanghai. | 1.00 | 875.00 | $875.00 |
| 10/15/2015 | JNP | AD | Review TSA and provide comments. | 0.40 | 895.00 | $358.00 |
| 10/15/2015 | JNP | AD | Review Asset Purchase Agreement checklist in preparation for call with Summit. | 0.10 | 895.00 | $89.50 |
| 10/15/2015 | JNP | AD | Conference with Piper, Aurora, DMC Acquisition and counsel regarding open Asset Purchase Agreement issues. | 0.60 | 895.00 | $537.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    6
Invoice 111324
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/15/2015 | JMF | AD | Review APA deadlines re deliverables and notices to be provided to counterparties. | 0.30 | 750.00 | $225.00 |
| 10/16/2015 | DJB | AD | Telephone conference with J. Markus re APA amendment (.4); E-mail to client re same (.4); Interoffice conference with J. Pomerantz re Brinkmann Pet trademark (.4); Respond to J. Markus re China employee severance (.4); Assess status of TSA and Deposit Escrow Agreement (.2). | 1.80 | 875.00 | $1,575.00 |
| 10/16/2015 | DJB | AD | Telephone conference with J. Markus re APA amendment. | 0.30 | 875.00 | $262.50 |
| 10/16/2015 | DJB | AD | Conference call with client re competing Bidder (.3); Forward APA (.3); Forward contracts (.4). | 1.00 | 875.00 | $875.00 |
| 10/16/2015 | DJB | AD | Work with paralegal re name change filing with USPTO (.4); Transmit customer contracts to M. Seidl (.3); Telephone conference with J. Sieger re China (.5); Respond to J. Markus re Shanghai due diligence (.5); Conference call with competing bidder counsel (1.0). | 2.70 | 875.00 | $2,362.50 |
| 10/16/2015 | JNP | AD | Emails regarding settling up call with buyer; Conference with David J. Barton regarding same. | 0.10 | 895.00 | $89.50 |
| 10/16/2015 | JNP | AD | Review email from J. Hosty and respond regarding dissemination of formation to bidders. | 0.10 | 895.00 | $89.50 |
| 10/16/2015 | JNP | AD | Conference with Reed Smith, David J. Barton regarding overbidder interest in assets. | 0.80 | 895.00 | $716.00 |
| 10/16/2015 | JNP | AD | Conference with Piper Jaffrey, Aurora and David J. Barton regarding call with overbidder counsel on next steps. | 0.70 | 895.00 | $626.50 |
| 10/16/2015 | JNP | AD | Review emails regarding Shanghai and Hong Kong severance. | 0.10 | 895.00 | $89.50 |
| 10/16/2015 | JNP | AD | Email to D. Baker regarding schedule of key dates. | 0.10 | 895.00 | $89.50 |
| 10/16/2015 | JNP | AD | Emails with T. Stratton regarding trademark issues. | 0.10 | 895.00 | $89.50 |
| 10/16/2015 | JNP | AD | Conference with D. Baker regarding miscellaneous sale issues. | 0.20 | 895.00 | $179.00 |
| 10/16/2015 | MRS | AD | Call with Jim Ebbert, Jason Limber, Richard, and Lasheria Brandt re: cure issues for APA | 0.70 | 675.00 | $472.50 |
| 10/16/2015 | MRS | AD | Emails to and from Dave Barton and Josh Fried re: customer cure issues | 0.30 | 675.00 | $202.50 |
| 10/16/2015 | MRS | AD | Review West Marine agreement; emails from and to Dave Barton re: same | 0.20 | 675.00 | $135.00 |
| 10/16/2015 | MRS | AD | Review Jordan Outdoor NDA; email to Jim Ebbert re: same | 0.10 | 675.00 | $67.50 |
| 10/16/2015 | MRS | AD | Email to Jim Ebbert re: West Marine agreement | 0.10 | 675.00 | $67.50 |
| 10/16/2015 | JMF | AD | Review APA re customer programs and cure | 0.70 | 750.00 | $525.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821      00003

Page:      7
Invoice 111324
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | obligation. | | | |
| 10/17/2015 | DJB | AD | Review Deposit Escrow Agreement; Send comments to client and J. Pomerantz. | 1.30 | 875.00 | $1,137.50 |
| 10/17/2015 | DJB | AD | Review General TSA; Provide comments. | 1.00 | 875.00 | $875.00 |
| 10/18/2015 | DJB | AD | Provide comments to General TSA. | 1.30 | 875.00 | $1,137.50 |
| 10/19/2015 | DJB | AD | Interface with Katten and Aurora re China due diligence. | 0.20 | 875.00 | $175.00 |
| 10/19/2015 | DJB | AD | Transmit comments on deposit escrow agreement to M. Williams. | 0.40 | 875.00 | $350.00 |
| 10/19/2015 | DJB | AD | Contact IP counsel re Soft Spot Mexico mark. | 0.30 | 875.00 | $262.50 |
| 10/19/2015 | DJB | AD | Reach out to client re conference call on TSA. | 0.10 | 875.00 | $87.50 |
| 10/19/2015 | DJB | AD | Analysis of Mexico trademark registration. | 0.20 | 875.00 | $175.00 |
| 10/19/2015 | DJB | AD | Prepare for Shanghai call; Participate in Shanghai call with client and co-counsel; Respond to Summit's counsel re status of Shanghai due diligence request. | 2.00 | 875.00 | $1,750.00 |
| 10/19/2015 | JNP | AD | Review and respond to emails with Piper Jaffrey regarding provision of information to Committee regarding sale process. | 0.20 | 895.00 | $179.00 |
| 10/19/2015 | JNP | AD | Review and respond to emails regarding cheerleading lease. | 0.10 | 895.00 | $89.50 |
| 10/19/2015 | JNP | AD | Review and respond to emails regarding deposit agreement comments. | 0.10 | 895.00 | $89.50 |
| 10/19/2015 | JNP | AD | Review emails regarding provision of Hong Kong and Shanghai information. | 0.10 | 895.00 | $89.50 |
| 10/19/2015 | JNP | AD | Conference with D. Baker regarding employment contracts contingency to Asset Purchase Agreement. | 0.30 | 895.00 | $268.50 |
| 10/19/2015 | JMF | AD | Review APA re closing and TSA issues. | 0.80 | 750.00 | $600.00 |
| 10/20/2015 | DJB | AD | Update M. Williams re Shanghai due diligence. | 0.30 | 875.00 | $262.50 |
| 10/20/2015 | DJB | AD | Conference call with client re General TSA (1.5); Prepare for same (.5); Prepare for conference call with purchaser (.5); Conference call with purchaser re key tasks and dates (1.0). | 3.50 | 875.00 | $3,062.50 |
| 10/20/2015 | DJB | AD | Update client re TSA (.4); Communicate with co-counsel re Shanghai TSA (.2); Respond to Shanghai due diligence request by Summit (.2). | 0.80 | 875.00 | $700.00 |
| 10/20/2015 | DJB | AD | Consider response to competing Bidder's counsel; Draft description of services of Shanghai RO; Forward Shanghai TSA. | 0.60 | 875.00 | $525.00 |
| 10/20/2015 | DJB | AD | Telephone conference with Summit re deposit escrow agreement (.2); Telephone conference with Summit re General TSA (.8); Analysis of status of | 2.00 | 875.00 | $1,750.00 |

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821    00003

Page:    8

Invoice 111324

October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | cure schedule (.5); Prepare for conference call with Piper and competing Bidder's re due diligence (.5). | | | |
| 10/20/2015 | JNP | AD | Review and comment on Confidentiality Agreement. | 0.20 | 895.00 | $179.00 |
| 10/20/2015 | JNP | AD | Conference with Aurora, David J. Barton, Michael R. Seidl and Piper Jaffrey Review TSA and other DMC Acquisition issues. | 1.40 | 895.00 | $1,253.00 |
| 10/20/2015 | JNP | AD | Conference with P. Schwab regarding sale issues. | 0.20 | 895.00 | $179.00 |
| 10/20/2015 | JNP | AD | Conference with D. Baker regarding variety of sale related issues in preparation for an after call with DMC. | 0.60 | 895.00 | $537.00 |
| 10/20/2015 | JNP | AD | Conference with DMC Acquisition, counsel, Piper & Aurora, and David J. Barton regarding sale issues. | 0.50 | 895.00 | $447.50 |
| 10/20/2015 | JNP | AD | Conference with David J. Barton regarding buyer request for diligence call; Review emails regarding same. | 0.20 | 895.00 | $179.00 |
| 10/20/2015 | JNP | AD | Conference with M. Warner regarding sale related issues (2x). | 0.40 | 895.00 | $358.00 |
| 10/20/2015 | JNP | AD | Conference with M. Fayhee, M. Warner and D. Baker regarding stalking horse Asset Purchase Agreement issues. | 0.80 | 895.00 | $716.00 |
| 10/20/2015 | JNP | AD | Conference with D. Baker regarding stalking horse Asset Purchase Agreement issues. | 0.10 | 895.00 | $89.50 |
| 10/20/2015 | MRS | AD | Call with Jeff Pomerantz, David Baker, Dave Barton, Laura Kandall re: TSA | 0.80 | 675.00 | $540.00 |
| 10/21/2015 | DJB | AD | Forward Shanghai documents to stalking-horse (.2); Forward Shanghai documents to Piper for dataroom (.2); Work on General TSA (2.9). | 3.30 | 875.00 | $2,887.50 |
| 10/21/2015 | DJB | AD | Prepare for conference call with client (.3); Conference call with client re competing bidder allowed information (.6); Conference call with competing bidder (1.4); Communicate with working group re same (.5); Conference call with client re status of matter (.5); Continued work on General TSA (4.0); Forward schedules and contracts (1.0). | 8.30 | 875.00 | $7,262.50 |
| 10/21/2015 | JNP | AD | Conference with P. Schwab regarding sale process issues. | 0.20 | 895.00 | $179.00 |
| 10/21/2015 | JNP | AD | Review emails regarding diligence questions and related. | 0.20 | 895.00 | $179.00 |
| 10/21/2015 | JNP | AD | Conference with Piper & Aurora, and David J. Barton regarding upcoming diligence call with bidder. | 0.70 | 895.00 | $626.50 |
| 10/21/2015 | JNP | AD | Conference with bidder and David J. Barton regarding due diligence. | 1.50 | 895.00 | $1,342.50 |
| 10/21/2015 | JNP | AD | Conference with David J. Barton  after call with | 0.10 | 895.00 | $89.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00003

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | bidder regarding next steps. | | | |
| 10/21/2015 | JNP | AD | Email to and from bidder lawyer requesting documents. | 0.10 | 895.00 | $89.50 |
| 10/21/2015 | JNP | AD | Conference with Piper & Aurora and David J. Barton regarding call with bidder. | 0.30 | 895.00 | $268.50 |
| 10/21/2015 | JNP | AD | Draft email to Committee regarding marketing materials. | 0.10 | 895.00 | $89.50 |
| 10/21/2015 | JNP | AD | Conference with D. Baker regarding sale issues (2x). | 0.30 | 895.00 | $268.50 |
| 10/21/2015 | JNP | AD | Conference with J. Markus regarding sale issues. | 0.30 | 895.00 | $268.50 |
| 10/21/2015 | JNP | AD | Conference with David J. Barton regarding status of various sale issues. | 0.20 | 895.00 | $179.00 |
| 10/21/2015 | JMF | AD | Review outstanding issues re APA. | 0.30 | 750.00 | $225.00 |
| 10/22/2015 | JMF | AD | Review Bid Procedures and OUST comments to Bid Procedures. | 0.30 | 750.00 | $225.00 |
| 10/22/2015 | DJB | AD | Prepare for conference call with prospective bidder re Hong Kong (.3); Participate in conference call with prospective bidder re Hong Kong (.7). | 1.00 | 875.00 | $875.00 |
| 10/22/2015 | DJB | AD | Report on conference call with prospective bidder to client. | 0.40 | 875.00 | $350.00 |
| 10/22/2015 | DJB | AD | Interoffice conference with J. Pomerantz re TSAs (.2); Respond to due diligence requests by Summit (1.5); Transmit cure cost schedule to Summit (.3); Participate in Summit conference call (.6); Transmit TSAs to Summit (.4). | 3.00 | 875.00 | $2,625.00 |
| 10/22/2015 | DJB | AD | Respond to Markus Williams re General TSA. | 0.50 | 875.00 | $437.50 |
| 10/22/2015 | DJB | AD | Research General TSA (.5); Forward Summit due diligence requests (.5). | 1.00 | 875.00 | $875.00 |
| 10/22/2015 | DJB | AD | Review IT contracts (.4); Respond to Piper re same (.3). | 0.70 | 875.00 | $612.50 |
| 10/22/2015 | JNP | AD | Conference with Committee professionals, Maxim B. Litvak and Piper Jaffrey regarding sale process. | 1.00 | 895.00 | $895.00 |
| 10/22/2015 | JNP | AD | Emails to and from L. Casey regarding bid procedures. | 0.10 | 895.00 | $89.50 |
| 10/22/2015 | JNP | AD | Review and respond to emails from Maxim B. Litvak regarding A&J requests for clarification of sales procedures order. | 0.10 | 895.00 | $89.50 |
| 10/22/2015 | JNP | AD | Conference with J. Markus regarding sale issues. | 0.10 | 895.00 | $89.50 |
| 10/22/2015 | JNP | AD | Conference with David J. Barton regarding TSA's. | 0.10 | 895.00 | $89.50 |
| 10/22/2015 | JNP | AD | Conference with buyer and representatives, Piper, Aurora and David J. Barton regarding status of pending issues. | 0.40 | 895.00 | $358.00 |
| 10/22/2015 | JNP | AD | Conference with D. Baker regarding various sale | 0.40 | 895.00 | $358.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | issues (multiple). | | | |
| 10/22/2015 | JNP | AD | Conference with B. Miller and B. Walsh regarding status of sale issues. | 0.40 | 895.00 | $358.00 |
| 10/22/2015 | JNP | AD | Review list of cures for executor contracts and emails regarding same. | 0.10 | 895.00 | $89.50 |
| 10/23/2015 | DJB | AD | Telephone conferences with J. Pomerantz re status (.5); Conference call with stalking horse re APA (.5). | 1.00 | 875.00 | $875.00 |
| 10/23/2015 | DJB | AD | Consider status of buyer due diligence. | 0.40 | 875.00 | $350.00 |
| 10/23/2015 | DJB | AD | Prepare for conference call with Summit (.2); Conference call with Summit re open issues on stalking horse bid. | 0.70 | 875.00 | $612.50 |
| 10/23/2015 | DJB | AD | Draft APA exclusion of personally identifiable information. | 0.30 | 875.00 | $262.50 |
| 10/23/2015 | DJB | AD | Prepare issues list (1.4); Transmit same to J. Pomerantz (.2). | 1.60 | 875.00 | $1,400.00 |
| 10/23/2015 | DJB | AD | Interoffice conference with J. Pomerantz re purchaser demand for APA modification. | 0.20 | 875.00 | $175.00 |
| 10/23/2015 | JNP | AD | Multiple conferences with D. Baker regarding sale issues. | 0.90 | 895.00 | $805.50 |
| 10/23/2015 | JNP | AD | Emails to L. Casey closing marketing report and scheduling time to talk. | 0.20 | 895.00 | $179.00 |
| 10/23/2015 | JNP | AD | Conference with Piper Jaffrey regarding call with U.S. Trustee regarding sale process. | 0.20 | 895.00 | $179.00 |
| 10/23/2015 | JNP | AD | Conference with B. Miller regarding issues relating to sale process. | 0.20 | 895.00 | $179.00 |
| 10/23/2015 | JNP | AD | Conference with J. Markus regarding sale issues (multiple). | 0.30 | 895.00 | $268.50 |
| 10/23/2015 | JNP | AD | All hands call with buyer and counsel to resolve open issues. | 0.50 | 895.00 | $447.50 |
| 10/23/2015 | JNP | AD | Conference with B. Rucinzky regarding Asset Purchase Agreement issues and email regarding same. | 0.30 | 895.00 | $268.50 |
| 10/23/2015 | JNP | AD | Emails regarding personal information, sale and emails regarding same. | 0.20 | 895.00 | $179.00 |
| 10/23/2015 | JNP | AD | Conference with J. Markus regarding personal information and exclusion from sale. | 0.10 | 895.00 | $89.50 |
| 10/23/2015 | JNP | AD | Conference with Maxim B. Litvak regarding personal information and exclusion from sale. | 0.10 | 895.00 | $89.50 |
| 10/23/2015 | JNP | AD | Emails with J.Sieger regarding call regarding employment contract issues. | 0.10 | 895.00 | $89.50 |
| 10/23/2015 | JNP | AD | Conference with U.S. Trustee, Piper and Maxim B. Litvak regarding sale related issues. | 0.80 | 895.00 | $716.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    11
Invoice 111324
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2015 | JNP | AD | Conference with Piper Jaffrey after call with U.S. Trustee. | 0.20 | 895.00 | $179.00 |
| 10/23/2015 | JNP | AD | Conference with J. Sieger and D. Baker regarding key employee issues. | 0.30 | 895.00 | $268.50 |
| 10/23/2015 | JNP | AD | Conference with buyer team, Aurora, Piper, and David J. Barton regarding status of open issues. | 0.30 | 895.00 | $268.50 |
| 10/23/2015 | JNP | AD | Conference with M. Warner regarding sale process and related issues. | 0.20 | 895.00 | $179.00 |
| 10/23/2015 | JNP | AD | Emails to Committee and banks regarding open issues with buyer. | 0.30 | 895.00 | $268.50 |
| 10/23/2015 | JNP | AD | Conference with M. Fayhee regarding status of sale issues with buyer. | 0.20 | 895.00 | $179.00 |
| 10/23/2015 | JNP | AD | Review Committee comments to bid procedures and send comments to D. Baker and PIper. | 0.50 | 895.00 | $447.50 |
| 10/23/2015 | MBL | AD | Attend call with J.N. Pomerantz and Piper re UST sale issues (0.3); review and prep responses to UST issues (0.5). | 0.80 | 795.00 | $636.00 |
| 10/23/2015 | MBL | AD | Address consumer privacy notice; emails with client and team re same. | 0.30 | 795.00 | $238.50 |
| 10/23/2015 | MBL | AD | Attend call with UST re sale issues. | 0.80 | 795.00 | $636.00 |
| 10/23/2015 | MBL | AD | Review UCC comments to bid procedures. | 0.20 | 795.00 | $159.00 |
| 10/24/2015 | DJB | AD | Review Shanghai TSA (.4); Provide comments on Shanghai TSA (.5); Review General TSA (.4); Provide comments on General TSA (.4). | 1.70 | 875.00 | $1,487.50 |
| 10/24/2015 | DJB | AD | Review APA amendment (1.0); Provide comments to APA amendment (1.0). | 2.00 | 875.00 | $1,750.00 |
| 10/24/2015 | JNP | AD | Conference with D. Baker regarding issues surrounding Asset Purchase Agreement amendments. | 0.30 | 895.00 | $268.50 |
| 10/24/2015 | JNP | AD | Conference with David J. Barton regarding first amendment to Asset Purchase Agreement and TSA's. | 0.10 | 895.00 | $89.50 |
| 10/24/2015 | JNP | AD | Conference with B. Rucinzky regarding sale issues and related. | 0.20 | 895.00 | $179.00 |
| 10/24/2015 | JNP | AD | Brief review of first amendment to Asset Purchase Agreement. | 0.10 | 895.00 | $89.50 |
| 10/24/2015 | JNP | AD | Review memos from David J. Barton regarding TSA and Asset Purchase Agreement issues; Forward to D. Baker. | 0.50 | 895.00 | $447.50 |
| 10/24/2015 | JNP | AD | Conference with M. Fayhee regarding issues surrounding Asset Purchase Agreement amendment. | 0.10 | 895.00 | $89.50 |
| 10/24/2015 | JNP | AD | Conference with J. Sieger regarding call with counsel to key employees. | 0.20 | 895.00 | $179.00 |

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821    00003

Page:    12

Invoice 111324

October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/24/2015 | MBL | AD | Revise bid procedures order and relates notices/procedures. | 2.00 | 795.00 | $1,590.00 |
| 10/24/2015 | MBL | AD | Emails with team and review UCC comments re bid proc order. | 0.50 | 795.00 | $397.50 |
| 10/24/2015 | JMF | AD | Review proposed amendments to APA. | 0.50 | 750.00 | $375.00 |
| 10/24/2015 | JMF | AD | Review Committee issues and analyze modifications re Bid procedures re same. | 0.60 | 750.00 | $450.00 |
| 10/25/2015 | DJB | AD | Transmit comments on APA amendment to Summit/Renovo counsel. | 0.80 | 875.00 | $700.00 |
| 10/25/2015 | DJB | AD | Telephone conference with client re status. | 6.30 | 875.00 | $5,512.50 |
| 10/25/2015 | JNP | AD | Conference with J. Markus after call with client regarding outstanding issues. | 0.10 | 895.00 | $89.50 |
| 10/25/2015 | JNP | AD | Conference with J. Sieger and D. Baker regarding key employee contracts. | 0.40 | 895.00 | $358.00 |
| 10/25/2015 | JNP | AD | Conference with J. Markus regarding status of open items | 0.10 | 895.00 | $89.50 |
| 10/25/2015 | JNP | AD | Conference with E. Chafetz (2x) regarding issues relating to bid procedures, financing and sale. | 0.50 | 895.00 | $447.50 |
| 10/25/2015 | JNP | AD | Review amendment to Purchase Agreement and provide comments. | 0.30 | 895.00 | $268.50 |
| 10/25/2015 | JNP | AD | All hands call to talk about various surrounding purchase agreement and ancillary documents. | 1.20 | 895.00 | $1,074.00 |
| 10/25/2015 | JNP | AD | Conference with David J. Barton regarding status of Asset Purchase Agreement. | 0.10 | 895.00 | $89.50 |
| 10/25/2015 | JNP | AD | Email to Committee and lenders regarding first amendment to Asset Purchase Agreement. | 0.10 | 895.00 | $89.50 |
| 10/25/2015 | MBL | AD | Revise and finalize bid procedures order and circulate to opposing parties. | 0.30 | 795.00 | $238.50 |
| 10/25/2015 | MBL | AD | Follow-up emails with team re sale/bid proc issues. | 0.40 | 795.00 | $318.00 |
| 10/25/2015 | MBL | AD | Review UCC comments to bid procedures. | 0.20 | 795.00 | $159.00 |
| 10/25/2015 | MBL | AD | Review revised APA and misc. emails with team re same. | 0.40 | 795.00 | $318.00 |
| 10/25/2015 | JMF | AD | Review spreadsheet re 503(b)(9) claims re APA. | 0.70 | 750.00 | $525.00 |
| 10/25/2015 | JMF | AD | Review sale procedures and analyze proposed changes to same. | 0.80 | 750.00 | $600.00 |
| 10/25/2015 | JMF | AD | Review open APA issues. | 0.40 | 750.00 | $300.00 |
| 10/26/2015 | JMF | AD | Telephone call with E. Chafetz, B. Ruzinsky, B. Walsh re Bid Procedures and Cash Management issues. | 0.60 | 750.00 | $450.00 |
| 10/26/2015 | DJB | AD | Interoffice conference with J. Pomerantz re status (.2); Consider APA amendment (.2). | 0.40 | 875.00 | $350.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00003

Page:     13
Invoice 111324
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2015 | DJB | AD | Review APA re Foreign Critical Vendors. | 0.40 | 875.00 | $350.00 |
| 10/26/2015 | DJB | AD | Forward KYC forms (.2); Assess open items for today's deadline (.2); Inquire with client re cure schedule (.2); Call to Purchaser's counsel re status (.2). | 0.80 | 875.00 | $700.00 |
| 10/26/2015 | DJB | AD | Telephone conference with J. Markus re status of APA amendment and ancillary agreements. | 0.30 | 875.00 | $262.50 |
| 10/26/2015 | DJB | AD | Interoffice conference with J. Pomerantz re status (.2); Confirm terms of deadline extensions (.2). | 0.40 | 875.00 | $350.00 |
| 10/26/2015 | DJB | AD | Review and comment on General TSA (.5); Review and comment on Shanghai TSA (.5); Review and comment on Second Amendment (.5); Interoffice conference cal with J. Pomerantz re comments (.2). | 1.70 | 875.00 | $1,487.50 |
| 10/26/2015 | DJB | AD | Telephone conference with L. Zimmerman re status of APA amendment. | 0.30 | 875.00 | $262.50 |
| 10/26/2015 | DJB | AD | Interoffice conference with J. Pomerantz re Second Amendment and TSAs (.5); Review same (1.5); Correspond with Seller with comments (.3); Conference call with client re APa (.2). | 2.50 | 875.00 | $2,187.50 |
| 10/26/2015 | JNP | AD | Conference with J. Sieger and Matthews counsel regarding key employee contracts. | 0.30 | 895.00 | $268.50 |
| 10/26/2015 | JNP | AD | Conference with D. Baker regarding call with J. Sieger and Matthews counsel and related sale issues. | 0.30 | 895.00 | $268.50 |
| 10/26/2015 | JNP | AD | Review provisions Asset Purchase Agreement. | 0.20 | 895.00 | $179.00 |
| 10/26/2015 | JNP | AD | Conference with David J. Barton regarding status of sale issues and various agreements (several). | 0.90 | 895.00 | $805.50 |
| 10/26/2015 | JNP | AD | Conference with T. Stratton regarding sale issues and status. | 0.30 | 895.00 | $268.50 |
| 10/26/2015 | JNP | AD | Review Committee objection to bid procedures. | 0.20 | 895.00 | $179.00 |
| 10/26/2015 | JNP | AD | Email to David J. Barton regarding Shanghai Transition Services Agreement. | 0.10 | 895.00 | $89.50 |
| 10/26/2015 | JNP | AD | Emails regarding Transition Services Agreement. | 0.20 | 895.00 | $179.00 |
| 10/26/2015 | JNP | AD | Review and consider U.S. Trustee comments on assumption and assignment procedures. | 0.20 | 895.00 | $179.00 |
| 10/26/2015 | JNP | AD | Work on proffer of T. Stratton for sale hearing. | 0.50 | 895.00 | $447.50 |
| 10/26/2015 | JNP | AD | Email to J. Markus extending deadline in Asset Purchase Agreement. | 0.10 | 895.00 | $89.50 |
| 10/26/2015 | JNP | AD | Conference with D. Baker regarding various sale related issues (multiple). | 0.60 | 895.00 | $537.00 |
| 10/26/2015 | JNP | AD | Conference with J. Markus regarding status of conditions and amendment. | 0.20 | 895.00 | $179.00 |
| 10/26/2015 | JNP | AD | Email to and from J. Markus regarding designation | 0.10 | 895.00 | $89.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    14
Invoice 111324
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | of key contracts. | | | |
| 10/26/2015 | JNP | AD | Email to B. Rucinzky regarding position on break-up fee. | 0.10 | 895.00 | $89.50 |
| 10/26/2015 | JNP | AD | Work on presentation for bid procedures hearing. | 1.00 | 895.00 | $895.00 |
| 10/26/2015 | JNP | AD | Draft email to Committee,lenders, and U.S. Trustee regarding second amendment. | 0.20 | 895.00 | $179.00 |
| 10/26/2015 | JNP | AD | Meeting with T. Stratton, D. Baker and Maxim B. Litvak regarding sale and hearing issues. | 0.50 | 895.00 | $447.50 |
| 10/26/2015 | MRS | AD | Call from and email to Jeff Pomerantz re: APA | 0.10 | 675.00 | $67.50 |
| 10/26/2015 | MRS | AD | Review West Marine vendor agreement; emails from and to Dave Barton and to Jim Ebbert re: same | 0.20 | 675.00 | $135.00 |
| 10/26/2015 | MRS | AD | Review Radnor issues re: bid procedures; emails from and to Jeff Pomerantz re: same | 0.40 | 675.00 | $270.00 |
| 10/26/2015 | MRS | AD | Review committee bid procedures objection | 0.40 | 675.00 | $270.00 |
| 10/26/2015 | MBL | AD | Revisions to bid procedures order. | 1.50 | 795.00 | $1,192.50 |
| 10/26/2015 | MBL | AD | Numerous emails with team and opposing counsel re APA amendments. | 0.50 | 795.00 | $397.50 |
| 10/26/2015 | JMF | AD | Review objections re OCC & OUST to financing and sale procedures. | 0.80 | 750.00 | $600.00 |
| 10/26/2015 | JMF | AD | Review Bid Procedures order and notices and changes to same. | 0.40 | 750.00 | $300.00 |
| 10/26/2015 | JMF | AD | Review APA open issues. | 0.40 | 750.00 | $300.00 |
| 10/27/2015 | DJB | AD | Interoffice conference with J. Pomerantz re status (.3); Conference calls with Seller's counsel re APA amendment (.3); Review revised APA amendment (.3); Circulate APA amendment for signature (.4). | 1.30 | 875.00 | $1,137.50 |
| 10/27/2015 | MRS | AD | Emails from and to Max Litvak re: sale hearing | 0.10 | 675.00 | $67.50 |
| 10/27/2015 | MRS | AD | Coordinate bid procedures order for hearing | 0.20 | 675.00 | $135.00 |
| 10/27/2015 | MRS | AD | Review issues re: sale and bidding notice; email to Max Litvak re: same | 0.60 | 675.00 | $405.00 |
| 10/27/2015 | MRS | AD | Post-hearing discussions with Max Litvak and Jeff Pomerantz re: certain notice issues re: bidding procedures | 0.30 | 675.00 | $202.50 |
| 10/27/2015 | PJJ | AD | Draft notice of assumption/assignment of contracts and cure amounts. | 0.90 | 305.00 | $274.50 |
| 10/27/2015 | MBL | AD | Confer with M. Seidl and emails with team re sale notices. | 0.40 | 795.00 | $318.00 |
| 10/28/2015 | JNP | AD | Conference with M. Fayhee, M. Warner and Aurora regarding status of sale process, intercompany issues and related matters. | 1.60 | 895.00 | $1,432.00 |
| 10/28/2015 | DJB | AD | Consider status of General TSA. | 0.20 | 875.00 | $175.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00003

Page:     15
Invoice 111324
October 31, 2015

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 10/28/2015 | DJB | AD | Interoffice conference with J. Pomerantz re status of TSAs. | 0.20 | 875.00 | $175.00 |
| 10/28/2015 | DJB | AD | Forward APA schedules to M. Seidl. | 0.30 | 875.00 | $262.50 |
| 10/28/2015 | DJB | AD | Consider General TSA issues. | 0.30 | 875.00 | $262.50 |
| 10/28/2015 | DJB | AD | Interoffice conference with J. Pomerantz re open issues (.2); Interoffice conference with M. Seidl re purchased contracts (2.); Respond to L. Zimmerman re General TSA (.1); Prepare for conference call with Potential Bidder/WP (.1). | 0.50 | 875.00 | $437.50 |
| 10/28/2015 | DJB | AD | Respond to Markus Williams re General TSA. | 0.30 | 875.00 | $262.50 |
| 10/28/2015 | JNP | AD | Conference with David J. Barton regarding transition service agreements and related sale issues (2x). | 0.30 | 895.00 | $268.50 |
| 10/28/2015 | MRS | AD | Emails from and to Max Litvak re: noticing issues | 0.20 | 675.00 | $135.00 |
| 10/28/2015 | MRS | AD | Draft notice of 2nd amended APA | 0.40 | 675.00 | $270.00 |
| 10/28/2015 | MBL | AD | Review emails with team re sale/notice issues. | 0.30 | 795.00 | $238.50 |
| 10/29/2015 | DJB | AD | Review revisions to Shanghai TSA (.2); E-mail same to client (.1). | 0.30 | 875.00 | $262.50 |
| 10/29/2015 | DJB | AD | Correspondence with M. Fayhee and working group re TSAs. | 0.20 | 875.00 | $175.00 |
| 10/29/2015 | DJB | AD | Conference call with competing Bidder's counsel re bid issues (1.0); E-mail to working group re competing bidder requests (.7). | 1.70 | 875.00 | $1,487.50 |
| 10/29/2015 | DJB | AD | Telephone conference with M. Lee re bid terms. | 0.20 | 875.00 | $175.00 |
| 10/29/2015 | DJB | AD | Prepare for conference call re competing Bidding requests (.2); Forward TSA to M. Fayhee (.2). | 0.40 | 875.00 | $350.00 |
| 10/29/2015 | DJB | AD | Telephone conference with client and Piper re competing Bidder requests. | 0.70 | 875.00 | $612.50 |
| 10/29/2015 | JNP | AD | Email to Committee regarding Asset Purchase Agreement schedules and conference with David J. Barton regarding same. | 0.10 | 895.00 | $89.50 |
| 10/29/2015 | JNP | AD | Conference with bidders counsel and David J. Barton regarding Asset Purchase Agreement and related issues. | 1.20 | 895.00 | $1,074.00 |
| 10/29/2015 | JNP | AD | Conference with D. Baker regarding call with bidder. | 0.40 | 895.00 | $358.00 |
| 10/29/2015 | JNP | AD | Conference with J. Hosty and D. Baker regarding bidder manufacturing visit. | 0.10 | 895.00 | $89.50 |
| 10/29/2015 | JNP | AD | Conference with bidder counsel regarding manufacturing visit. | 0.10 | 895.00 | $89.50 |
| 10/29/2015 | JNP | AD | Email to bidder counsel regarding manufacturing visit. | 0.10 | 895.00 | $89.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/29/2015 | JNP | AD | Conference with J. Hosty and D. Baker regarding diligence requests from bidder. | 0.60 | 895.00 | $537.00 |
| 10/29/2015 | MRS | AD | Finalize bid procedures | 0.20 | 675.00 | $135.00 |
| 10/29/2015 | MRS | AD | Review and finalize auction and sale notice | 0.20 | 675.00 | $135.00 |
| 10/29/2015 | MRS | AD | Revise and finalize all creditor sale notice | 0.20 | 675.00 | $135.00 |
| 10/29/2015 | MRS | AD | Email to KCC re: service of notices; compile information re: same | 0.40 | 675.00 | $270.00 |
| 10/29/2015 | MRS | AD | Finalize and coordinate filing of notice of 2nd amended APA | 0.20 | 675.00 | $135.00 |
| 10/29/2015 | MRS | AD | Finalize and coordinate filing of all creditor sale notice | 0.10 | 675.00 | $67.50 |
| 10/29/2015 | MRS | AD | Finalize and coordinate filing of auction and sale notice | 0.10 | 675.00 | $67.50 |
| 10/29/2015 | MRS | AD | Coordinate service issues re: sale, auction, and cure notices; emails from and to Ricardo Tejeda re: same | 0.30 | 675.00 | $202.50 |
| 10/29/2015 | MRS | AD | Email to Teri Stratton and Jean Hosty re: service of sale docs on interested parties | 0.10 | 675.00 | $67.50 |
| 10/29/2015 | MBL | AD | Attention to emails with team re sale notice issues. | 0.20 | 795.00 | $159.00 |
| 10/29/2015 | JMF | AD | Telephone call with J.N. Pomerantz, E. Chafetz, M. Litvak, J. Cashel, D. Baker, L. Kendall re sale issues. | 0.40 | 750.00 | $300.00 |
| 10/29/2015 | JMF | AD | Review amended APA. | 0.40 | 750.00 | $300.00 |
| 10/30/2015 | DJB | AD | Revise schedule of Key Dates (.9); Transmit same to working group (.2). | 1.10 | 875.00 | $962.50 |
| 10/30/2015 | DJB | AD | Review revised General TSA (.2); Correspond with Purchaser's counsel re TSAs (.3). | 0.50 | 875.00 | $437.50 |
| 10/30/2015 | DJB | AD | Prepare bidder's template APA (1.7); Respond to purchaser re TSAs (.4); Interoffice conference with J. Pomerantz (.2). | 2.30 | 875.00 | $2,012.50 |
| 10/30/2015 | DJB | AD | Draft non-competition agreement. | 1.00 | 875.00 | $875.00 |
| 10/30/2015 | DJB | AD | Forward General TSA to JBBI's counsel for signature. | 0.50 | 875.00 | $437.50 |
| 10/30/2015 | DJB | AD | Forward APA schedules to counsel for competing Bidder. | 0.20 | 875.00 | $175.00 |
| 10/30/2015 | JNP | AD | Conference with J. Markus regarding sale issues. | 0.10 | 895.00 | $89.50 |
| 10/30/2015 | JNP | AD | Conference with David J. Barton regarding Transition Services Agreement issues. | 0.10 | 895.00 | $89.50 |
| 10/30/2015 | JNP | AD | Conference with D. Baker regarding remaining sale issues. | 0.30 | 895.00 | $268.50 |
| 10/30/2015 | JNP | AD | Conference with K. Porter regarding Athens lease. | 0.10 | 895.00 | $89.50 |
| 10/30/2015 | JNP | AD | Conference with M. Fayhee regarding sale issues | 0.20 | 895.00 | $179.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821      00003

Page:    17
Invoice 111324
October 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | and related. |  |  |  |
| 10/30/2015 | JNP | AD | Review draft non-compete. | 0.10 | 895.00 | $89.50 |
| 10/30/2015 | MRS | AD | Emails to and from Ricardo Tejeda re: service on taxing authorities | 0.10 | 675.00 | $67.50 |
| 10/31/2015 | JNP | AD | Conference with D. Baker regarding sale issues. | 0.40 | 895.00 | $358.00 |
| 10/31/2015 | JNP | AD | Conference with Kenneth H. Brown regarding sale issues and potential litigation. | 0.30 | 895.00 | $268.50 |
|  |  |  |  | **156.70** |  | **$134,025.50** |

## Bankruptcy Litigation [L430]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/2015 | MLM | BL | Finalize and coordinate filing and service of notice of final hearing re: cash collateral motion (Nat'l Consumer Outdoors) | 0.30 | 305.00 | $91.50 |
| 10/09/2015 | MLM | BL | Finalize and coordinate filing and service of notice of final hearing re: bid procedures motion | 0.30 | 305.00 | $91.50 |
| 10/13/2015 | JMF | BL | Review/emails re amended top 20 list. | 0.30 | 750.00 | $225.00 |
| 10/19/2015 | KFF | BL | Coordinate service of hearing scheduling order | 0.10 | 305.00 | $30.50 |
| 10/22/2015 | MBL | BL | Call with A&J DE counsel re sale issues; update J.N. Pomerantz. | 0.30 | 795.00 | $238.50 |
| 10/24/2015 | JMF | BL | Review Hana reclamation letter. | 0.20 | 750.00 | $150.00 |
| 10/29/2015 | KFF | BL | E-file and submit to claims agent and counsel: (1) Notice of Second Amendment to Asset Purchase Agreement; (2) Notice of Sale Motion; (3) Notice of Auction and Hearing re Sale Motion and (4) Notice of Assumption and Assignment | 1.00 | 305.00 | $305.00 |
|  |  |  |  | **2.50** |  | **$1,132.00** |

## Business Operations

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2015 | JMF | BO | Telephone call with L. Kendall re critical vendor and shipper issues. | 0.20 | 750.00 | $150.00 |
| 10/12/2015 | JMF | BO | Telephone calls with J.N. Pomerantz re vender issues. | 0.30 | 750.00 | $225.00 |
| 10/13/2015 | JMF | BO | Telephone calls with L. Kresge re expedite shipment issues. | 0.40 | 750.00 | $300.00 |
| 10/13/2015 | JMF | BO | Telephone call with J.N. Pomerantz re Expeditors and vendor issues. | 0.30 | 750.00 | $225.00 |
| 10/13/2015 | JMF | BO | Review shippers motion and background discovery re Expeditors claims. | 1.00 | 750.00 | $750.00 |
| 10/13/2015 | JMF | BO | Telephone call with L. Cantor re customer programs. | 0.10 | 750.00 | $75.00 |
| 10/14/2015 | JMF | BO | Telephone call with L. Kresge re Expeditors. | 0.30 | 750.00 | $225.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    18
Invoice 111324
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/2015 | JMF | BO | Review background information re Expeditors. | 1.30 | 750.00 | $975.00 |
| 10/14/2015 | JMF | BO | Review vendor and customer letters. | 0.50 | 750.00 | $375.00 |
| 10/15/2015 | JMF | BO | Review expeditors invoices and correspondences re release of goods. | 0.40 | 750.00 | $300.00 |
| 10/16/2015 | JMF | BO | Analyze issues re Expeditors. | 0.80 | 750.00 | $600.00 |
| 10/16/2015 | JMF | BO | Review correspondences re customer agreements. | 0.30 | 750.00 | $225.00 |
| 10/23/2015 | MBL | BO | Address Joy Faith issues; emails with team and call with L. Kendall re same. | 0.50 | 795.00 | $397.50 |
| 10/23/2015 | MBL | BO | Address A&J insert for sale orders and call with J.N. Pomerantz re same. | 0.20 | 795.00 | $159.00 |
| 10/23/2015 | JMF | BO | Review shipping motion and order (.4); internal correspondence re same (.3). | 0.70 | 750.00 | $525.00 |
| 10/26/2015 | MRS | BO | Calls from and to Jimmy Kilshaw re: shipping product | 0.30 | 675.00 | $202.50 |
| 10/26/2015 | MBL | BO | Call with Joy Faith counsel re critical vendor issues (0.3); review revised critical vendor agreement (0.2). | 0.50 | 795.00 | $397.50 |
| 10/26/2015 | JMF | BO | Review Joy Faith letter issue re amounts regarding prepetition claim. | 0.40 | 750.00 | $300.00 |
| 10/29/2015 | MBL | BO | Follow-up emails with client and opposing counsel re Joy Faith letter agreement. | 0.10 | 795.00 | $79.50 |
| 10/30/2015 | MBL | BO | Respond to Joy Faith counsel inquiry. | 0.10 | 795.00 | $79.50 |
| | | | | 8.70 | | $6,565.50 |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/09/2015 | JNP | CA | Conference with J. Mercer regarding communications issues (2x). | 0.20 | 895.00 | $179.00 |
| 10/09/2015 | JNP | CA | Conference with Michael R. Seidl and Joshua M. Fried regarding scheduling issues. | 0.20 | 895.00 | $179.00 |
| 10/13/2015 | JNP | CA | Emails with Michael R. Seidl regarding IDI and subsidiary value report. | 0.10 | 895.00 | $89.50 |
| 10/14/2015 | BDD | CA | Email to J. Fried re APA critical dates | 0.10 | 305.00 | $30.50 |
| 10/16/2015 | JNP | CA | Emails with D. Baker regarding IDI scheduling and related issues. | 0.10 | 895.00 | $89.50 |
| 10/25/2015 | DJB | CA | Conference call with legal team and Aurora re status of tasks. | 0.70 | 875.00 | $612.50 |
| 10/29/2015 | JNP | CA | Review and respond to emails regarding sale process and related issues. | 0.20 | 895.00 | $179.00 |
| | | | | 1.60 | | $1,359.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    19
Invoice 111324
October 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Claims Admin/Objections[B310]** | | | | | | |
| 10/13/2015 | JMF | CO | Review/edit letter re critical vendor claim. | 0.40 | 750.00 | $300.00 |
| 10/13/2015 | JMF | CO | Internal email re critical vendor issues. | 0.20 | 750.00 | $150.00 |
| 10/23/2015 | JNP | CO | Review and respond to emails regarding 503(b)(9) claims. | 0.10 | 895.00 | $89.50 |
| 10/23/2015 | JNP | CO | Review and respond to emails regarding status of 503(b)(9) claims. | 0.10 | 895.00 | $89.50 |
| 10/23/2015 | JMF | CO | Review 503(b)(9) claims and internal emails re same. | 0.50 | 750.00 | $375.00 |
| 10/26/2015 | JMF | CO | Review 503(b)(9) claims. | 0.40 | 750.00 | $300.00 |
| | | | | **1.70** | | **$1,304.00** |
| **Comp. of Prof./Others** | | | | | | |
| 10/29/2015 | MRS | CPO | Emails from and to Jim Ebbert re: Aurora fee statements | 0.10 | 675.00 | $67.50 |
| | | | | **0.10** | | **$67.50** |
| **Employee Benefit/Pension-B220** | | | | | | |
| 10/08/2015 | JNP | EB | Conference with Michael R. Seidl and D. Baker regarding bonus motion issues. | 0.20 | 895.00 | $179.00 |
| 10/08/2015 | MRS | EB | Discussion with Jeff Pomerantz and Dave Baker re: bonus program | 0.30 | 675.00 | $202.50 |
| 10/08/2015 | MRS | EB | Emails from and to Max Litvak and Jeff Pomerantz re: bonus issues | 0.10 | 675.00 | $67.50 |
| 10/09/2015 | MRS | EB | Review and revise bonus program motion; email to Jeff Pomerantz and Josh Fried re: same | 0.50 | 675.00 | $337.50 |
| 10/16/2015 | JNP | EB | Review motion to shorten time regarding bonus motion; Conference with Michael R. Seidl regarding same. | 0.10 | 895.00 | $89.50 |
| 10/16/2015 | MRS | EB | Draft motion to shorten re: bonus program | 0.60 | 675.00 | $405.00 |
| 10/16/2015 | MRS | EB | Call from Jeff Pomerantz re: motion to shorten re: bonus program | 0.20 | 675.00 | $135.00 |
| 10/16/2015 | MRS | EB | Revise motion to shorten re: bonus program motion; email to D. Baker re: same | 0.30 | 675.00 | $202.50 |
| 10/16/2015 | JMF | EB | Review correspondence re motion and application to shortened notice. | 0.30 | 750.00 | $225.00 |
| 10/19/2015 | KFF | EB | E-file and coordinate service for Motion to Shorten regarding Bonus Program, including submitting to chambers | 0.60 | 305.00 | $183.00 |
| 10/19/2015 | MRS | EB | Emails from David Baker and to Jeff Pomerantz, | 0.10 | 675.00 | $67.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Josh Fried, and Max Litvak re: bonus program | | | |
| 10/19/2015 | MRS | EB | Review OUST objection to bonus program motion to shorten | 0.20 | 675.00 | $135.00 |
| 10/19/2015 | JMF | EB | Review KEIP motion (.2) and opposition to shortened notice re same (.1). | 0.30 | 750.00 | $225.00 |
| 10/21/2015 | KFF | EB | Draft Notice of Hearing on shortened notice regarding bonus program motion | 0.40 | 305.00 | $122.00 |
| 10/21/2015 | KFF | EB | E-file and coordinate service with claims agent regarding Notice of Hearing on shortened notice regarding bonus program motion | 0.40 | 305.00 | $122.00 |
| 10/21/2015 | MRS | EB | Review order shortening re: bonus program; email to Jeff Pomerantz and Dave Baker re: same | 0.20 | 675.00 | $135.00 |
| 10/21/2015 | MRS | EB | Emails from and to Kathe Finlayson re: notice of bonus motion; review same | 0.20 | 675.00 | $135.00 |
| 10/22/2015 | MRS | EB | Emails from and to Max Litvak re: bonus motion issues | 0.20 | 675.00 | $135.00 |
| | | | | 5.20 | | $3,103.00 |

## Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/15/2015 | JHR | EC | Review correspondence with D. Barton re: rejection of leases under APA | 0.10 | 525.00 | $52.50 |
| 10/16/2015 | JNP | EC | Email to J. Ebert regarding cure amounts. | 0.10 | 895.00 | $89.50 |
| 10/19/2015 | MRS | EC | Emails to and from Jim Ebbert and Dave Barton re: cure costs | 0.20 | 675.00 | $135.00 |
| 10/19/2015 | JMF | EC | Review Athens lease. | 0.30 | 750.00 | $225.00 |
| 10/19/2015 | JMF | EC | Review critical vendor letter and internal emails re same. | 0.20 | 750.00 | $150.00 |
| 10/20/2015 | MRS | EC | Emails from and to Jim Ebbert re: cure issues | 0.10 | 675.00 | $67.50 |
| 10/20/2015 | MRS | EC | Emails from and to Dave Barton re: cure notices | 0.30 | 675.00 | $202.50 |
| 10/21/2015 | MRS | EC | Emails from and to Jim Ebbert re: cure amounts | 0.10 | 675.00 | $67.50 |
| 10/21/2015 | MRS | EC | Collect information and coordinate compilation of cure schedule | 1.20 | 675.00 | $810.00 |
| 10/21/2015 | MRS | EC | Emails to and from and call with Dave Barton re: cure issues | 0.30 | 675.00 | $202.50 |
| 10/21/2015 | MRS | EC | Email to Jeff Pomerantz, Josh Fried, and Max Litvak re: cure issues | 0.10 | 675.00 | $67.50 |
| 10/21/2015 | MRS | EC | Call from and email to Jim Ebbert re: cure issues | 0.10 | 675.00 | $67.50 |
| 10/22/2015 | MRS | EC | Review, revise, and finalize cure schedule | 1.40 | 675.00 | $945.00 |
| 10/22/2015 | MRS | EC | Email to Jim Ebbert re: cure schedule | 0.10 | 675.00 | $67.50 |
| 10/23/2015 | MRS | EC | Emails from and to Jim Ebbert re: cure schedules | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821    00003

Page:    21

Invoice 111324

October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2015 | MRS | EC | Revise cure schedules | 0.30 | 675.00 | $202.50 |
| 10/23/2015 | MRS | EC | Emails from and to Jeff Pomerantz re: cure issues | 0.10 | 675.00 | $67.50 |
| 10/25/2015 | MRS | EC | Emails from and to Jason Limber re: cure schedules; revise same | 0.10 | 675.00 | $67.50 |
| 10/25/2015 | MRS | EC | Revise cure list; email to Patricia Jefferies re: same | 0.20 | 675.00 | $135.00 |
| 10/25/2015 | MRS | EC | Emails from and to Max Litvak re: service on contract counterparties | 0.20 | 675.00 | $135.00 |
| 10/26/2015 | MRS | EC | Review issues and emails from and to Dave Barton re: cure issues | 0.30 | 675.00 | $202.50 |
| 10/26/2015 | MRS | EC | Emails from and to Jim Ebbert re: cure schedules; revise same | 0.20 | 675.00 | $135.00 |
| 10/26/2015 | MRS | EC | Emails from and to Jeff Pomerantz re: cure issues | 0.10 | 675.00 | $67.50 |
| 10/26/2015 | MRS | EC | Emails from and to Patricia Jefferies re: cure notice | 0.10 | 675.00 | $67.50 |
| 10/26/2015 | MRS | EC | Further revise cure schedule; email to Dave Barton re: same | 0.20 | 675.00 | $135.00 |
| 10/26/2015 | MRS | EC | Emails from and to Dave Barton re: cure schedule | 0.30 | 675.00 | $202.50 |
| 10/27/2015 | MRS | EC | Review assignment notice; emails from and to Patricia Jefferies re: same | 0.30 | 675.00 | $202.50 |
| 10/27/2015 | MRS | EC | Emails from and to Patricia Jefferies and to Dave Barton re: schedules and cures | 0.20 | 675.00 | $135.00 |
| 10/28/2015 | MRS | EC | Review emails from Max Litvak re: cure schedules and notices | 0.10 | 675.00 | $67.50 |
| 10/28/2015 | MRS | EC | Email to Jim Markus re: cure notices and adequate assurance detail | 0.10 | 675.00 | $67.50 |
| 10/28/2015 | MRS | EC | Emails from and to Patricia Jefferies re: cure issues | 0.10 | 675.00 | $67.50 |
| 10/28/2015 | MRS | EC | Emails to and from and calls to and from Dave Barton re: cure issues | 0.20 | 675.00 | $135.00 |
| 10/28/2015 | MRS | EC | Review and revise cure notice; emails re: same | 0.30 | 675.00 | $202.50 |
| 10/29/2015 | MRS | EC | Revise cure notice | 0.20 | 675.00 | $135.00 |
| 10/29/2015 | MRS | EC | Revise and finalize assignment procedures | 0.20 | 675.00 | $135.00 |
| 10/29/2015 | MRS | EC | Email to Jim Markus re: sale and cure issues | 0.20 | 675.00 | $135.00 |
| 10/29/2015 | MRS | EC | Emails from and to Jim Markus and call to Jim Ebbert re: cure issues | 0.40 | 675.00 | $270.00 |
| 10/29/2015 | MRS | EC | Call from Jim Markus re: cure notices | 0.20 | 675.00 | $135.00 |
| 10/29/2015 | MRS | EC | Further call with Jim Ebbert re: cure issues | 0.20 | 675.00 | $135.00 |
| 10/29/2015 | MRS | EC | Further revise cure notice and email to and from Jim Markus re: same | 0.30 | 675.00 | $202.50 |
| 10/29/2015 | MRS | EC | Finalize and coordinate filing of cure notice | 0.10 | 675.00 | $67.50 |
| | | | | 10.00 | | $6,794.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00003

Page:    22
Invoice 111324
October 31, 2015

## Financial Filings [B110]

| Date | Tmk | Task | Description | Hours | Rate | Amount |
|------|-----|------|-------------|------:|-----:|-------:|
| 10/08/2015 | PJJ | FF | Create Top 20 list for NCOC perUS TRustee request. | 0.50 | 305.00 | $152.50 |
| 10/12/2015 | PJJ | FF | Work on schedules and statements for NCOC. | 0.30 | 305.00 | $91.50 |
| 10/14/2015 | PJJ | FF | Update and send Top 20 list to D. Baker for signature. | 0.10 | 305.00 | $30.50 |
| 10/20/2015 | PJJ | FF | Work on schedules and statements. | 3.60 | 305.00 | $1,098.00 |
| 10/21/2015 | PJJ | FF | Work on schedules and statements. | 4.70 | 305.00 | $1,433.50 |
| 10/23/2015 | PJJ | FF | Work on schedules and statements. | 3.00 | 305.00 | $915.00 |
| 10/23/2015 | JMF | FF | Review Bank Accounts and OUST information re requests. | 0.40 | 750.00 | $300.00 |
| 10/25/2015 | JMF | FF | Review open issues re schedules and statements and employee wage payment re same. | 0.80 | 750.00 | $600.00 |
| 10/26/2015 | PJJ | FF | Work on schedules and statements. | 1.90 | 305.00 | $579.50 |
| 10/27/2015 | PJJ | FF | Work on schedules and statements. | 1.20 | 305.00 | $366.00 |
| 10/28/2015 | PJJ | FF | Work on schedules and statements. | 2.30 | 305.00 | $701.50 |
| 10/29/2015 | JNP | FF | Review of schedules. | 0.50 | 895.00 | $447.50 |
| 10/30/2015 | MRS | FF | Review NCOC schedule G; emails from and to Patricia Jefferies re: same | 0.30 | 675.00 | $202.50 |
| 10/30/2015 | MRS | FF | Emails from and to Richard Kennedy re: 2015.3 report for ODC interests | 0.50 | 675.00 | $337.50 |
| 10/30/2015 | PJJ | FF | Review comments to Schedules and statements and research re same. | 2.00 | 305.00 | $610.00 |
| 10/30/2015 | PJJ | FF | Work on schedules and statements. | 1.30 | 305.00 | $396.50 |
| | | | | **23.40** | | **$8,262.00** |

## Financing [B230]

| Date | Tmk | Task | Description | Hours | Rate | Amount |
|------|-----|------|-------------|------:|-----:|-------:|
| 10/08/2015 | JNP | FN | Conference with Maxim B. Litvak regarding U.S. Trustee comments on financing motions; Review emails regarding same. | 0.30 | 895.00 | $268.50 |
| 10/08/2015 | JNP | FN | Conference with D. Baker, R. Kennedy and Joshua M. Fried regarding shared services and HK funding. | 0.30 | 895.00 | $268.50 |
| 10/08/2015 | JNP | FN | Prepare for first day hearings and meetings with D. Baker. | 5.00 | 895.00 | $4,475.00 |
| 10/09/2015 | JNP | FN | Conference with Maxim B. Litvak regarding financing (2x). | 0.20 | 895.00 | $179.00 |
| 10/22/2015 | JNP | FN | Emails with D. Baker regarding issues with Committee and carve out. | 0.20 | 895.00 | $179.00 |
| 10/25/2015 | MRS | FN | Research re: Golden County DIP issues; emails from and to Max Litvak re: same | 0.30 | 675.00 | $202.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    23
Invoice 111324
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2015 | MRS | FN | Review OUST DIP objection | 0.20 | 675.00 | $135.00 |
| 10/26/2015 | MRS | FN | Emails from and to Max Litvak re: DIP issues | 0.20 | 675.00 | $135.00 |
| 10/27/2015 | MRS | FN | Emails from and to Max Litvak re: budgets | 0.20 | 675.00 | $135.00 |
| 10/27/2015 | MRS | FN | Coordinate DIP order for hearing | 0.20 | 675.00 | $135.00 |
| | | | | **7.10** | | **$6,112.50** |

### General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/29/2015 | JNP | GC | Conference with Aurora, Piper, Maxim B. Litvak, Joshua M. Fried and Committee professionals regarding sale process. | 0.40 | 895.00 | $358.00 |
| 10/29/2015 | MBL | GC | Attend call with UCC re sale process update. | 0.30 | 795.00 | $238.50 |
| | | | | **0.70** | | **$596.50** |

### Operations [B210]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/12/2015 | JNP | OP | Conference with Aurora, J. Sieger, Joshua M. Fried and Maxim B. Litvak regarding variety of operational issues. | 0.70 | 895.00 | $626.50 |
| 10/12/2015 | JNP | OP | Conference with D. Baker regarding tractor supply. | 0.20 | 895.00 | $179.00 |
| 10/13/2015 | JNP | OP | Review and respond to emails regarding issues with consumer; Conference with D. Baker regarding same. | 0.70 | 895.00 | $626.50 |
| 10/13/2015 | JNP | OP | Conference with Joshua M. Fried regarding expeditors. | 0.10 | 895.00 | $89.50 |
| 10/14/2015 | JNP | OP | Conference with Joshua M. Fried regarding status of expediters issues. | 0.10 | 895.00 | $89.50 |
| 10/16/2015 | PJJ | OP | Research name change for trademarks. | 0.50 | 305.00 | $152.50 |
| 10/19/2015 | JNP | OP | Emails with Joshua M. Fried regarding critical vendor treatment. | 0.10 | 895.00 | $89.50 |
| 10/19/2015 | PJJ | OP | Prepare and file trademark assignment recordation. | 0.80 | 305.00 | $244.00 |
| 10/20/2015 | PJJ | OP | Continue USPTO name change registration. | 0.40 | 305.00 | $122.00 |
| 10/21/2015 | JNP | OP | Conference with creditor lawyer regarding critical vendor treatment. | 0.10 | 895.00 | $89.50 |
| 10/22/2015 | JNP | OP | Review emails regarding critical vendors. | 0.10 | 895.00 | $89.50 |
| 10/26/2015 | JNP | OP | Review email from critical vendor and forward to Aurora. | 0.10 | 895.00 | $89.50 |
| 10/26/2015 | JNP | OP | Emails with D. Baker regarding customer credit issues. | 0.10 | 895.00 | $89.50 |
| 10/26/2015 | JNP | OP | Conference with counsel for critical vendor and Maxim B. Litvak regarding treatment of claim. | 0.20 | 895.00 | $179.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00003

Page:   24
Invoice 111324
October 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2015 | JNP | OP | Review and revise letter from critical vendor regarding payments. | 0.30 | 895.00 | $268.50 |
| 10/28/2015 | MRS | OP | Emails from and to Bob Franke re: shipping issues; call re: same | 0.30 | 675.00 | $202.50 |
| | | | | 4.80 | | $3,227.00 |

### Retention of Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/28/2015 | JNP | RP | Emails regarding Piper retention issues. | 0.10 | 895.00 | $89.50 |
| 10/29/2015 | JMF | RP | Analyze and review issues re Piper, Hilco, and Aurora retentions. | 1.70 | 750.00 | $1,275.00 |
| 10/29/2015 | JMF | RP | Draft Supplemental declaration re PJC. | 1.20 | 750.00 | $900.00 |
| 10/29/2015 | JMF | RP | Telephone call with R. Saunders re Hilco application. | 0.30 | 750.00 | $225.00 |
| | | | | 3.30 | | $2,489.50 |

### Tax Issues [B240]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2015 | MRS | TI | Review emails re: serving taxing authorities; email to KCC re: same | 0.20 | 675.00 | $135.00 |
| | | | | 0.20 | | $135.00 |

### Travel

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2015 | JNP | TR | Travel to Delaware from Los Angeles. [Billed at 1/2 rate] | 6.10 | 447.50 | $2,729.75 |
| | | | | 6.10 | | $2,729.75 |

**TOTAL SERVICES FOR THIS MATTER:**                                         **$177,903.25**

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    25
Invoice 111324
October 31, 2015

## Expenses

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 10/14/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/14/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/15/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/15/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/26/2015 | WL | 10821.00003 Westlaw Charges for 10-26-15 | 23.30 |
| 10/27/2015 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 10/31/2015 | AF | Air Fare [E110] American Airlines, Tkt. 00176910210326, From LAX to PHL, From PHL to LAX, Full fare coach, DJB | 1,326.20 |
| 10/31/2015 | PAC | Pacer - Court Research | 1.70 |
| 10/31/2015 | TE | Travel Expense [E110] Travel Agency Service Fee, DJB | 45.00 |

**Total Expenses for this Matter**          **$1,404.20**