IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) | Case No. 15-12080 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Related Docket No. 280**

Objection Deadline: December 16, 2015, at 4:00 p.m.

## CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIRST MONTHLY FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR DEBTOR NATIONAL CONSUMER OUTDOORS CORPORATION F/K/A DALLAS MANUFACTURING COMPANY, INC. FOR THE PERIOD FROM OCTOBER 8, 2015, THROUGH OCTOBER 31, 2015

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc., for the Period from October 8, 2015, through October 31, 2015* (Docket No. 280) (the "Application"), filed and served on November 25, 2015. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice of the Application, objections to the Application were to be filed and served no later than December 16, 2015.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committee and Consideration of Fee Applications, dated November 4, 2015 (Docket No. 203), the Debtors are authorized to pay PSZJ $261,453.95 which represents 80% of the fees ($326,817.44) and $15,351.17 which represents 100% of the expenses requested in the Application for the period October 8, 2015 through October 31, 2015, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: December 18, 2015,  PACHULSKI STANG ZIEHL & JONES LLP

/s/ Jeffrey N. Pomerantz
Jeffrey N. Pomerantz (CA Bar No.143717)
Maxim B. Litvak (CA Bar No. 215852)
Michael R. Seidl (DE Bar No. 3889)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: 302/652-4100
Facsimile: 302/652-4400
E-mail:    jpomerantz@pszjlaw.com
           mlitvak@pszjlaw.com
           mseidl@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*