Exhibit "A"

Exhibit "A"

**MALIBU LIGHTING CORPORATION**
**SUMMARY BY PROFESSIONAL**
**October 20, 2015 through October 31, 2015**

|       | Professional        | Position          | Hours | Rate   | Amount      |
|-------|---------------------|-------------------|-------|--------|-------------|
| D.B.  | DAVID BERLINER      | PARTNER           | 41.3  | 685.00 | 28,290.50   |
| J.C.  | JOE CASHEL          | MANAGING DIRECTOR | 75.1  | 495.00 | 36,580.50   |
| M.E.  | MICHAEL EDELSCHICK  | SENIOR MANAGER    | 38.2  | 395.00 | 15,089.00   |
| Z.V.  | ZOE VALDEZ          | SENIOR            | 6.2   | 260.00 | 1,612.00    |
| D.S.  | DAVID SHIM          | STAFF             | 11.0  | 200.00 | 2,200.00    |
| A.D.  | ALEXIS D'AVERSA     | STAFF             | 27.9  | 195.00 | 5,440.50    |
| A.H.  | ALEX HSU            | STAFF             | 7.2   | 180.00 | 1,296.00    |
|       | **TOTAL:**          |                   | **206.9** |    | **$90,508.50** |

| Abbr. | Summary By Debtor[1]                   | Amount      |
|-------|----------------------------------------|-------------|
| NCOC  | National Consumer Outdoors Corporation | 58,161.95   |
| ODC   | Outdoor Direct Corporation             | 26,499.90   |
| MLC   | Malibu Lighting Corporation            | 5,846.65    |
|       | **TOTAL:**                             | **$90,508.50** |

---

[1] See Exhibit "B" for detail of fees allocated to each Debtor.