Exhibit "B"

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**1 General (Case Administration)**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/15 | D.B. | Met with J. Cashel and M. Edelschick to plan work to be done. | 0.2 | 685.00 | 137.00 | Gen | 89.05 | 41.10 | 6.85 |
| 10/21/15 | J.C. | Engagement setup - code, questionnaire, conflict check, preliminary look at retention docs/issues. | 0.9 | 495.00 | 445.50 | Gen | 289.58 | 133.65 | 22.28 |
| 10/21/15 | M.E. | Discussed case status with J. Cashel. | 0.4 | 395.00 | 158.00 | Gen | 102.70 | 47.40 | 7.90 |
| 10/23/15 | J.C. | Met with D. Berliner re: case status update. | 0.4 | 495.00 | 198.00 | Gen | 128.70 | 59.40 | 9.90 |
| 10/25/15 | D.B. | Reviewed execution version of NDA, signed NDA and sent e-mail to Lowenstein. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| 10/26/15 | D.B. | Met with J. Cashel and M. Edelschick to discuss work to be done and follow up call with Eric Chafetz. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| | | **TOTAL:** | **2.5** | | **$ 1,349.50** | | **$ 877.18** | **$ 404.85** | **$ 67.48** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 0.8 | 685.00 | 548.00 |
| J.C. | JOE CASHEL | 1.3 | 495.00 | 643.50 |
| M.E. | MICHAEL EDELSCHICK | 0.4 | 395.00 | 158.00 |
| | **TOTAL:** | **2.5** | | **$ 1,349.50** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**2A Communication with Creditors Committee**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/15 | M.E. | Participated in initial Committee professionals call. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| 10/22/15 | D.B. | Participated on conference call with UCC regarding case status update. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| 10/22/15 | J.C. | Prepared for and participated in call with the Committee, including debrief with D. Berliner and M. Edelschick. | 0.8 | 495.00 | 396.00 | Gen | 257.40 | 118.80 | 19.80 |
| 10/22/15 | M.E. | Prepared for and participated in call with counsel to discuss status of case and early findings/observations. Participated in call with Committee to discuss case status. | 0.6 | 395.00 | 237.00 | Gen | 154.05 | 71.10 | 11.85 |
| 10/26/15 | D.B. | Prepared for and presented BDO report at UCC conference call. | 1.2 | 685.00 | 822.00 | Gen | 534.30 | 246.60 | 41.10 |
| 10/26/15 | J.C. | Prepared for (presenting) and participated in Committee call. | 1.3 | 495.00 | 643.50 | Gen | 418.28 | 193.05 | 32.18 |
| 10/26/15 | J.C. | Prepared for and participated in Committee call. | 0.6 | 495.00 | 297.00 | Gen | 193.05 | 89.10 | 14.85 |
| 10/26/15 | J.C. | Calls with E. Elias re: sale process. | 0.4 | 495.00 | 198.00 | NCOC | 198.00 | - | - |
| 10/26/15 | M.E. | Participated in Committee update call. | 0.8 | 395.00 | 316.00 | Gen | 205.40 | 94.80 | 15.80 |
| | | **TOTAL:** | **6.3** | | **$ 3,233.50** | | **$ 2,171.08** | **$ 910.65** | **$ 151.78** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 1.5 | 685.00 | 1,027.50 |
| J.C. | JOE CASHEL | 3.1 | 495.00 | 1,534.50 |
| M.E. | MICHAEL EDELSCHICK | 1.7 | 395.00 | 671.50 |
| | **TOTAL:** | **6.3** | | **$ 3,233.50** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**2B** **Communication with Creditors Committee Counsel**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/15 | J.C. | Discussion with K. Rosen and S. Levine re: case issues. | 0.3 | 495.00 | 148.50 | Gen | 96.53 | 44.55 | 7.43 |
| 10/21/15 | D.B. | Participated on conference call with Lowenstein regarding initial planning for case. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| 10/21/15 | J.C. | Prepared for and participated in call with counsel and BDO team to discuss case issues and work streams/tasks to be undertaken. | 0.8 | 495.00 | 396.00 | Gen | 257.40 | 118.80 | 19.80 |
| 10/21/15 | J.C. | Various correspondence with counsel re: case issues and tasks. | 0.6 | 495.00 | 297.00 | Gen | 193.05 | 89.10 | 14.85 |
| 10/22/15 | A.D. | Participated in Committee/Professionals call re: financial matters. | 0.8 | 195.00 | 156.00 | Gen | 101.40 | 46.80 | 7.80 |
| 10/22/15 | A.D. | Participated in professional's call and Committee call. | 0.6 | 195.00 | 117.00 | Gen | 76.05 | 35.10 | 5.85 |
| 10/22/15 | D.B. | Participated on conference call with Lowenstein and Blank Rome to discuss work to be done on 1st Day Motions, DIP and cash collateral motions. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| 10/22/15 | D.B. | Prepared preliminary report for Lowenstein regarding BDO analysis of intercompany transfers, cash management motion and reasonableness of 10% variance threshold. | 2.5 | 685.00 | 1,712.50 | Gen | 1,113.13 | 513.75 | 85.63 |
| 10/22/15 | D.B. | Participated on conference call with Lowenstein to debrief after conference call with Lenders. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| 10/22/15 | J.C. | Committee professionals only call to discuss agenda for the Committee call. | 0.3 | 495.00 | 148.50 | Gen | 96.53 | 44.55 | 7.43 |
| 10/22/15 | J.C. | Various correspondence with Committee counsel including research and responding to 'ad-hoc' requests. | 0.9 | 495.00 | 445.50 | Gen | 289.58 | 133.65 | 22.28 |
| 10/22/15 | M.E. | Prepared for and participated in call with counsel to discuss status of case and early findings/observations. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| 10/22/15 | M.E. | Call with E. Chafetz to discuss BDO's observations re: DIP budget and cash collateral budgets. Discussion with J. Cashel and D. Berliner on next steps in investigating the proposals. | 0.4 | 395.00 | 158.00 | Gen | 102.70 | 47.40 | 7.90 |
| 10/23/15 | A.D. | Participated in status call with professionals | 0.5 | 195.00 | 97.50 | Gen | 63.38 | 29.25 | 4.88 |
| 10/23/15 | J.C. | Various correspondence with Committee counsel including research and responding to 'ad-hoc' requests. | 1.1 | 495.00 | 544.50 | Gen | 353.93 | 163.35 | 27.23 |
| 10/23/15 | J.C. | Participated in call with counsel to discuss outstanding open items on 'issues' regarding first day motions to be addressed in advance of objection deadlines. | 0.5 | 495.00 | 247.50 | Gen | 160.88 | 74.25 | 12.38 |
| 10/23/15 | M.E. | Prepared for and participated in call with counsel to discuss case status. | 0.5 | 395.00 | 197.50 | Gen | 128.38 | 59.25 | 9.88 |
| 10/24/15 | D.B. | Participated on conference call with Lowenstein and Blank Rome regarding status of issues relating to 1st Day Motions and next steps; follow-up call with Eric Chafetz. | 0.7 | 685.00 | 479.50 | Gen | 311.68 | 143.85 | 23.98 |
| 10/24/15 | D.B. | Prepared report to Lowenstein on proposed sale of replacement parts and Employee Bonus Plan. | 0.9 | 685.00 | 616.50 | ODC | - | 616.50 | - |
| 10/24/15 | D.B. | Reviewed e-mails from E. Chafetz regarding lenders response to UCC issue list on DIP and collateral motions and budgets and update to UCC on 1st Day Motions and UCC potential call with lenders. | 0.6 | 685.00 | 411.00 | Gen | 267.15 | 123.30 | 20.55 |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**2B Communication with Creditors Committee Counsel**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/24/15 | D.B. | Prepared report to Lowenstein on estimated 503(b)(9) comments and reasonableness of 10% disbursement variance in budgets. | 0.8 | 685.00 | 548.00 | Gen | 356.20 | 164.40 | 27.40 |
| 10/25/15 | D.B. | Reviewed e-mail to UCC from E. Chafetz regarding NCOC status update. | 0.2 | 685.00 | 137.00 | NCOC | 137.00 | - | - |
| 10/25/15 | J.C. | Reviewed Committee counsel's email regarding Bid Procedures issues list. | 0.4 | 495.00 | 198.00 | NCOC | 198.00 | - | - |
| 10/25/15 | J.C. | Participated in call with Committee counsel to discuss the professional fee carve out. | 0.4 | 495.00 | 198.00 | Gen | 128.70 | 59.40 | 9.90 |
| 10/25/15 | J.C. | Participated in call with Committee counsel re: case status update. | 0.4 | 495.00 | 198.00 | Gen | 128.70 | 59.40 | 9.90 |
| 10/25/15 | M.E. | Participated in update call with counsel. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| 10/26/15 | D.B. | Reviewed e-mails from Lowenstein regarding revised DIP and cash collateral budgets and compared to prior budgets. | 0.2 | 685.00 | 137.00 | Gen | 89.05 | 41.10 | 6.85 |
| 10/26/15 | D.B. | Exchanged call and e-mails with E. Chafetz regarding status of negotiations with lenders, court hearing, retention applications and other miscellaneous items. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| 10/26/15 | D.B. | Participated on conference call with Lowenstein and B. Fattel to prepare for UCC conference call; exchanged e-mails with Lowenstein regarding agenda for call, updates to BDO report and confidentiality agreement. | 0.6 | 685.00 | 411.00 | Gen | 267.15 | 123.30 | 20.55 |
| 10/26/15 | J.C. | Pre-call (professionals only) to prepare for Committee call. | 0.3 | 495.00 | 148.50 | Gen | 96.53 | 44.55 | 7.43 |
| 10/26/15 | J.C. | Call with Committee counsel to discuss items to be requested from the Debtors for analysis purposes. | 0.3 | 495.00 | 148.50 | Gen | 96.53 | 44.55 | 7.43 |
| 10/26/15 | M.E. | Prepared for and participated in call with counsel to prepare for Committee call. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| 10/27/15 | D.B. | Reviewed e-mails from E. Chafetz to UCC regarding results of court hearing and discussed with J. Cashel. | 0.2 | 685.00 | 137.00 | Gen | 89.05 | 41.10 | 6.85 |
| 10/27/15 | J.C. | Met with E. Chafetz after hearings to discuss issues raised at hearing, next steps and additional items to be analyzed. | 0.9 | 495.00 | 445.50 | Gen | 289.58 | 133.65 | 22.28 |
| 10/27/15 | J.C. | Various correspondence with Committee counsel including research and responding to 'ad-hoc' requests. | 2.3 | 495.00 | 1,138.50 | Gen | 740.03 | 341.55 | 56.93 |
| 10/27/15 | M.E. | Reviewed updates from counsel and various updates from J. Cashel and D. Berliner. | 0.5 | 395.00 | 197.50 | Gen | 128.38 | 59.25 | 9.88 |
| 10/28/15 | J.C. | Various correspondence with Committee counsel including research and responding to 'ad-hoc' requests. | 0.7 | 495.00 | 346.50 | Gen | 225.23 | 103.95 | 17.33 |
| 10/29/15 | D.B. | Participated on call with E. Chafetz regarding Debtor's response to information request and next steps. | 0.5 | 685.00 | 342.50 | Gen | 222.63 | 102.75 | 17.13 |
| 10/29/15 | J.C. | Call with Committee counsel re: case status update. | 0.4 | 495.00 | 198.00 | Gen | 128.70 | 59.40 | 9.90 |
| 10/29/15 | M.E. | Participated in call with Lowenstein to discuss latest information in case. Prepared for and participated in call with Debtors' professionals including PJC to discuss latest information on the sale process. | 1.2 | 395.00 | 474.00 | Gen | 308.10 | 142.20 | 23.70 |
| 10/30/15 | J.C. | Reviewed and advised Committee counsel on follow-up diligence list. | 0.9 | 495.00 | 445.50 | Gen | 289.58 | 133.65 | 22.28 |

Exhibit "B"

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**2B Communication with Creditors Committee Counsel**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| | | **TOTAL:** | **25.3** | | **$ 13,199.50** | | **$ 8,296.20** | **$ 4,290.90** | **$ 612.40** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 8.4 | 685.00 | 5,754.00 |
| J.C. | JOE CASHEL | 11.5 | 495.00 | 5,692.50 |
| M.E. | MICHAEL EDELSCHICK | 3.5 | 395.00 | 1,382.50 |
| A.D. | ALEXIS D'AVERSA | 1.9 | 195.00 | 370.50 |
| | **TOTAL:** | **25.3** | | **$ 13,199.50** |

Exhibit "B"

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**3 Retentions/Employment**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/15 | D.B. | Reviewed and edit Berliner declaration for BDO retention; approved revised version and e-mailed counsel. | 0.9 | 685.00 | 616.50 | Gen | 400.73 | 184.95 | 30.83 |
| 10/26/15 | J.C. | Prepared retention documents re: Berliner Declaration. | 1.3 | 495.00 | 643.50 | Gen | 418.28 | 193.05 | 32.18 |
| | | **TOTAL:** | **2.2** | | **$ 1,260.00** | | **$ 819.00** | **$ 378.00** | **$ 63.00** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 0.9 | 685.00 | 616.50 |
| J.C. | JOE CASHEL | 1.3 | 495.00 | 643.50 |
| | **TOTAL:** | **2.2** | | **$ 1,260.00** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**5 Financings and Cash Collateral**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/15 | J.C. | Reviewed and analyzed DIP Financing Motion. | 0.7 | 495.00 | 346.50 | NCOC | 346.50 | - | - |
| 10/20/15 | J.C. | Reviewed and analyzed Cash Collateral Motion - ODC. | 0.6 | 495.00 | 297.00 | ODC | - | 297.00 | - |
| 10/20/15 | J.C. | Reviewed and analyzed Cash Collateral Motion - MLC. | 0.6 | 495.00 | 297.00 | MLC | - | - | 297.00 |
| 10/21/15 | D.B. | Reviewed detailed issue list prepared by Lowenstein on cash collateral motions and DIP motion. | 0.4 | 685.00 | 274.00 | Gen | 178.10 | 82.20 | 13.70 |
| 10/21/15 | D.B. | Reviewed cash collateral motion for MLC and corresponding budget and prepared notes for issue list. | 0.4 | 685.00 | 274.00 | MLC | - | - | 274.00 |
| 10/21/15 | D.B. | Reviewed cash collateral motion for ODC and corresponding budget and prepared notes for issue list. | 0.9 | 685.00 | 616.50 | ODC | - | 616.50 | - |
| 10/21/15 | J.C. | Discussions with D. Berliner re: DIP Financing and Cash Collateral motions and BDO work plan. | 0.5 | 495.00 | 247.50 | Gen | 160.88 | 74.25 | 12.38 |
| 10/21/15 | J.C. | Researched and reviewed key financial documents from data room. | 0.8 | 495.00 | 396.00 | Gen | 257.40 | 118.80 | 19.80 |
| 10/21/15 | M.E. | Reviewed DIP motion and initial concerns prepared by Lowenstein; prepared summary of initial observations and findings based on DIP motion, including major areas of concern. | 1.4 | 395.00 | 553.00 | NCOC | 553.00 | - | - |
| 10/21/15 | M.E. | Prepared analysis of interest rates and DIP fees in other, recent bankruptcies, for the purpose of evaluating the interest rate and fees proposed for DIP facility. | 0.9 | 395.00 | 355.50 | NCOC | 355.50 | - | - |
| 10/22/15 | A.H. | Researched DIP fees and compared to fees charged in other cases. | 1.9 | 180.00 | 342.00 | NCOC | 342.00 | - | - |
| 10/22/15 | D.B. | Reviewed e-mails from Lowenstein regarding initial issues list for DIP and cash collateral and motions, e-mail requests for information and BDO analysis of various topics. | 0.8 | 685.00 | 548.00 | Gen | 356.20 | 164.40 | 27.40 |
| 10/22/15 | D.B. | Reviewed BDO issue list with DIP and cash collateral motions; prepared comments and discussed with J. Cashel and M. Edelschick. | 0.7 | 685.00 | 479.50 | Gen | 311.68 | 143.85 | 23.98 |
| 10/22/15 | M.E. | Continued to review information on proposed NCOC DIP budget; discussed observations and findings with D. Berliner and J. Cashel; prepared summary notes in preparation for call with counsel. | 1.2 | 395.00 | 474.00 | NCOC | 474.00 | - | - |
| 10/22/15 | M.E. | Reviewed additional information on DIP financing and prepared detailed update to counsel. | 0.6 | 395.00 | 237.00 | NCOC | 237.00 | - | - |
| 10/23/15 | A.D. | Prepared analysis of motion to continue pre-petition bonus programs; reconciled cash collateral budgets per docket to cash collateral budget provided by the client to highlight variances. | 3.1 | 195.00 | 604.50 | ODC | - | 604.50 | - |
| 10/23/15 | J.C. | Reviewed and analyzed cash flow results for the first two weeks of the budget period. | 1.3 | 495.00 | 643.50 | Gen | 418.28 | 193.05 | 32.18 |
| 10/24/15 | D.B. | Reviewed actual vs. budget results for week 1 and 2 for all 3 entities; prepared questions to discuss with Aurora. | 1.2 | 685.00 | 822.00 | Gen | 534.30 | 246.60 | 41.10 |
| 10/25/15 | D.B. | Participated on conference call with E. Chafetz regarding DIP loan of cash collateral update and update on case status. | 0.6 | 685.00 | 411.00 | Gen | 267.15 | 123.30 | 20.55 |
| 10/27/15 | D.B. | Reviewed e-mail from E. Chafetz regarding estimate of cash remaining after NCOC sale secured lender is paid; discussed with J. Cashel. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |

Exhibit "B"

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**5 Financings and Cash Collateral**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/15 | D.B. | Reviewed UCC objections to DIP and cash collateral motions and NCOC sale motion. | 0.8 | 685.00 | 548.00 | Gen | 356.20 | 164.40 | 27.40 |
| 10/27/15 | J.C. | Prepared for and participated in Hearing re: Cash Collateral Motions. | 1.3 | 495.00 | 643.50 | Gen | 418.28 | 193.05 | 32.18 |
| 10/27/15 | J.C. | Prepared analysis for counsel re: DIP Financing. | 0.3 | 495.00 | 148.50 | NCOC | 148.50 | - | - |
| 10/27/15 | J.C. | Prepared for and participated in Hearing re: DIP Financing Motion. | 1.6 | 495.00 | 792.00 | NCOC | 792.00 | - | - |
| 10/29/15 | D.B. | Reviewed actual vs. budget results for week 3 and cumulative for all three Debtors. | 0.4 | 685.00 | 274.00 | Gen | 178.10 | 82.20 | 13.70 |
| 10/29/15 | M.E. | Discussed next steps in preparing slide for report to the Committee on the outstanding pre-petition debt structure with A. D'Aversa. Performed revisions to slide. | 0.6 | 395.00 | 237.00 | Gen | 154.05 | 71.10 | 11.85 |
| 10/30/15 | D.S. | Performed research on docket items with attention to capital structure and cross-guarantees featured in debt agreements. | 1.6 | 200.00 | 320.00 | Gen | 208.00 | 96.00 | 16.00 |
| 10/30/15 | J.C. | Prepared list of questions re: budget to actual results for the week, and sent to the Debtors' financial advisors. | 1.2 | 495.00 | 594.00 | Gen | 386.10 | 178.20 | 29.70 |
| 10/30/15 | J.C. | Discussed items in weekly flash report with M. Edelschick and provided comments. | 0.7 | 495.00 | 346.50 | Gen | 225.23 | 103.95 | 17.33 |
| 10/30/15 | M.E. | Discussed JBBI promissory note with D. Shim and reviewed related information in filings. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| | | **TOTAL:** | **27.7** | | **$ 12,446.00** | | **$ 7,869.03** | **$ 3,650.55** | **$ 926.43** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 6.5 | 685.00 | 4,452.50 |
| J.C. | JOE CASHEL | 9.6 | 495.00 | 4,752.00 |
| M.E. | MICHAEL EDELSCHICK | 5.0 | 395.00 | 1,975.00 |
| Z.V. | ZOE VALDEZ | - | 260.00 | - |
| D.S. | DAVID SHIM | 1.6 | 200.00 | 320.00 |
| A.D. | ALEXIS D'AVERSA | 3.1 | 195.00 | 604.50 |
| A.H. | ALEX HSU | 1.9 | 180.00 | 342.00 |
| | **TOTAL:** | **27.7** | | **$ 12,446.00** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**6 Communication with Debtors or Debtors Professionals**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/15 | A.D. | Participated in Committee/Debtor call re: Marketing Process. | 0.8 | 195.00 | 156.00 | Gen | 101.40 | 46.80 | 7.80 |
| 10/22/15 | A.D. | Participated in DIP comments call with Committee/Debtor/Lenders. | 0.9 | 195.00 | 175.50 | NCOC | 175.50 | - | - |
| 10/22/15 | D.B. | Reviewed Piper Jaffray and Hilco retention applications and prepared comments and questions. | 0.7 | 685.00 | 479.50 | Gen | 311.68 | 143.85 | 23.98 |
| 10/22/15 | D.B. | Exchanged call and e-mails with Teri Stratton & Piper Jaffray regarding retention application. | 0.4 | 685.00 | 274.00 | Gen | 178.10 | 82.20 | 13.70 |
| 10/22/15 | D.B. | Participated on conference call with Debtor counsel, several lenders counsel and Lowenstein regarding UCC issues with DIP loan and cash collateral motions. | 0.9 | 685.00 | 616.50 | Gen | 400.73 | 184.95 | 30.83 |
| 10/22/15 | D.B. | Participated on conference call with Aurora, Debtor counsel and Lowenstein regarding financial update. | 0.8 | 685.00 | 548.00 | Gen | 356.20 | 164.40 | 27.40 |
| 10/22/15 | J.C. | Prepared for and participated in call with Committee counsel, Debtors' counsel and Piper Jaffray to discuss the sale process. | 0.9 | 495.00 | 445.50 | Gen | 289.58 | 133.65 | 22.28 |
| 10/22/15 | J.C. | Prepared for and participated in call with Committee counsel, Debtors' counsel and Aurora to discuss operations and financial information of the Debtors, including budgets. | 1.2 | 495.00 | 594.00 | Gen | 386.10 | 178.20 | 29.70 |
| 10/22/15 | J.C. | Prepared for and participated in call with Committee counsel, Debtors' counsel and lender groups to discuss the issues list in relation to the DIP Financing and Cash Collateral motions. | 1.1 | 495.00 | 544.50 | Gen | 353.93 | 163.35 | 27.23 |
| 10/22/15 | M.E. | Prepared for and participated in calls with Debtor professionals, including Piper Jaffray and then with Aurora. | 1.8 | 395.00 | 711.00 | Gen | 462.15 | 213.30 | 35.55 |
| 10/23/15 | J.C. | Prepared for and participated in call with L. Kendall, R. Kennedy, D. Baker, and D. Berliner to discuss questions regarding the cash flow results for the first two weeks and other issues related to the budgets. | 1.1 | 495.00 | 544.50 | Gen | 353.93 | 163.35 | 27.23 |
| 10/24/15 | D.B. | Participated on conference call with Aurora to discuss actual vs. budget results, 10% variance threshold, proposed bonus program, replacement parts sale and 503(b)(9) estimated liabilities. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| 10/24/15 | D.B. | Reviewed e-mails from Richard Kennedy (Aurora) regarding support for intercompany changes in budgets, wind-down schedule for Hong Kong office and detail of parts to be purchased by Home Depot. | 0.7 | 685.00 | 479.50 | Gen | 311.68 | 143.85 | 23.98 |
| 10/26/15 | D.B. | Reviewed and edited information request list for Debtors. | 0.2 | 685.00 | 137.00 | Gen | 89.05 | 41.10 | 6.85 |
| 10/28/15 | D.B. | Reviewed draft information request for Debtors and prepared comments; reviewed feedback from E. Chafetz; prioritize list and request of Debtors. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| 10/28/15 | M.E. | Revised diligence list to be given to the Debtors. Drafted additional items to be included in list. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| 10/29/15 | J.C. | Call with Debtors' counsel and PJC re: sale process update. | 0.4 | 495.00 | 198.00 | NCOC | 198.00 | - | - |
| 10/29/15 | M.E. | Reviewed responses by the Debtors to Committee's diligence request list. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| | | **TOTAL:** | **13.1** | | **$ 6,551.50** | | **$ 4,389.20** | **$ 1,853.40** | **$ 308.90** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**6 Communication with Debtors or Debtors Professionals**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 4.3 | 685.00 | 2,945.50 |
| J.C. | JOE CASHEL | 4.7 | 495.00 | 2,326.50 |
| M.E. | MICHAEL EDELSCHICK | 2.4 | 395.00 | 948.00 |
| A.D. | ALEXIS D'AVERSA | 1.7 | 195.00 | 331.50 |
| | **TOTAL:** | **13.1** | | **$ 6,551.50** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**7 Asset Dispositions**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/15 | D.B. | Reviewed information provided by Piper Jaffray regarding marketing process. | 0.7 | 685.00 | 479.50 | Gen | 311.68 | 143.85 | 23.98 |
| 10/22/15 | D.B. | Participated on conference call with Debtor counsel, Piper Jaffray and Lowenstein regarding Debtor's marketing efforts pre and post-petition. | 1.0 | 685.00 | 685.00 | Gen | 445.25 | 205.50 | 34.25 |
| 10/22/15 | D.S. | Prepared intellectual property sale transaction fee analysis for D. Berliner. | 2.3 | 200.00 | 460.00 | Gen | 299.00 | 138.00 | 23.00 |
| 10/22/15 | D.S. | Reviewed and prepared summary of Piper Jaffray retention application and engagement letter for D. Berliner. | 0.7 | 200.00 | 140.00 | NCOC | 140.00 | - | - |
| 10/22/15 | J.C. | Reviewed and analyzed sale process marketing materials and update. | 1.1 | 495.00 | 544.50 | Gen | 353.93 | 163.35 | 27.23 |
| 10/22/15 | M.E. | Reviewed documents provided by debtors' professionals re: marketing of NCOC. Reviewed additional documents in data room. | 0.6 | 395.00 | 237.00 | NCOC | 237.00 | - | - |
| 10/22/15 | A.H. | Researched Hilco Fee structure, analyzed IP fees in comparison to others. | 3.8 | 180.00 | 684.00 | MLC | - | - | 684.00 |
| 10/22/15 | D.B. | Prepared initial report of BDO analysis of Piper and Hilco retention applications and supervised staff in review of comparable success fees. | 0.5 | 685.00 | 342.50 | Gen | 222.63 | 102.75 | 17.13 |
| 10/23/15 | A.D. | Prepared summary update of sale process. | 1.3 | 195.00 | 253.50 | Gen | 164.78 | 76.05 | 12.68 |
| 10/23/15 | M.E. | Reviewed summary update prepared by A. D'Aversa re: Sale Process and performed revisions. | 0.4 | 395.00 | 158.00 | Gen | 102.70 | 47.40 | 7.90 |
| 10/24/15 | D.B. | Prepared report to Lowenstein on reasonableness of Piper and Hilco proposed retention applications and success fee. | 0.7 | 685.00 | 479.50 | Gen | 311.68 | 143.85 | 23.98 |
| 10/24/15 | D.B. | Reviewed marketing materials provided by Piper on status of pre and post-petition marketing efforts. | 0.9 | 685.00 | 616.50 | Gen | 400.73 | 184.95 | 30.83 |
| 10/25/15 | D.B. | Reviewed motion approving APA and authorizing sale of NCOC Assets and prepared comments. | 1.3 | 685.00 | 890.50 | NCOC | 890.50 | - | - |
| 10/25/15 | D.B. | Reviewed bid procedures motion issues list prepared by Lowenstein for NCOC. | 0.4 | 685.00 | 274.00 | NCOC | 274.00 | - | - |
| 10/25/15 | D.B. | Reviewed blackline order approving bidding procedures and attachments provided by E. Chafetz. | 0.4 | 685.00 | 274.00 | NCOC | 274.00 | - | - |
| 10/25/15 | M.E. | Performed additional revisions to the presentation slides on the Sale Process. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| 10/25/15 | M.E. | Discussed APA with A. D'Aversa. Reviewed and revised presentation slide on APA prepared by A. D'Aversa. | 0.4 | 395.00 | 158.00 | NCOC | 158.00 | - | - |
| 10/27/15 | A.D. | Performed research to determine the breakdown of the Assumed Liabilities related to the NCOC APA. | 1.8 | 195.00 | 351.00 | NCOC | 351.00 | - | - |
| 10/27/15 | J.C. | Prepared for and participated in Hearing re: Bidding Procedures Motion. | 1.2 | 495.00 | 594.00 | NCOC | 594.00 | - | - |
| 10/27/15 | M.E. | Reviewed information on NCOC sale proceeds, as per counsel request and discussed with BDO team. | 0.6 | 395.00 | 237.00 | NCOC | 237.00 | - | - |
| 10/27/15 | M.E. | Discussions with A. D'Aversa on details behind the assumed liabilities in the APA, including next steps in identifying key information in the APA. Reviewed findings. | 0.5 | 395.00 | 197.50 | NCOC | 197.50 | - | - |
| 10/28/15 | D.S. | Performed due diligence on Debtor marketing process for NCOC and performed a search using Bloomberg to locate any potential additional bidders. | 1.3 | 200.00 | 260.00 | NCOC | 260.00 | - | - |
| 10/28/15 | D.S. | Performed due diligence on Debtor marketing process for NCOC and performed a search using S&P Capital IQ to locate any potential additional bidders. | 1.8 | 200.00 | 360.00 | NCOC | 360.00 | - | - |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**7 Asset Dispositions**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/15 | D.S. | Analyzed companies within the same industry classification as NCOC to identify other potential strategic buyers. | 1.5 | 200.00 | 300.00 | NCOC | 300.00 | - | - |
| 10/29/15 | A.D. | Prepared slide re: NCOC gross sales for BDO Flash Report . | 0.8 | 195.00 | 156.00 | NCOC | 156.00 | - | - |
| 10/29/15 | D.S. | Performed research and due diligence on known bidders. Created schedule identifying key metrics as requested by J. Cashel. | 1.8 | 200.00 | 360.00 | NCOC | 360.00 | - | - |
| 10/29/15 | M.E. | Discussion with J. Cashel on updated information re: the sale process. | 0.2 | 395.00 | 79.00 | NCOC | 79.00 | - | - |
| 10/30/15 | D.B. | Reviewed summary analysis of bidders still active with NCOC sale. | 0.3 | 685.00 | 205.50 | NCOC | 205.50 | - | - |
| 10/30/15 | M.E. | Discussed various updates with J. Cashel, including on the sale process | 0.4 | 395.00 | 158.00 | Gen | 102.70 | 47.40 | 7.90 |
| | | **TOTAL:** | **29.0** | | **$ 10,053.00** | | **$ 7,865.58** | **$ 1,288.65** | **$ 898.78** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 6.2 | 685.00 | 4,247.00 |
| J.C. | JOE CASHEL | 2.3 | 495.00 | 1,138.50 |
| M.E. | MICHAEL EDELSCHICK | 3.4 | 395.00 | 1,343.00 |
| D.S. | DAVID SHIM | 9.4 | 200.00 | 1,880.00 |
| A.D. | ALEXIS D'AVERSA | 3.9 | 195.00 | 760.50 |
| A.H. | ALEX HSU | 3.8 | 180.00 | 684.00 |
| | **TOTAL:** | **29.0** | | **$ 10,053.00** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**9 Business Analysis**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/15 | J.C. | Reviewed and analyzed relevant case documents and filings to get up to speed. | 1.7 | 495.00 | 841.50 | Gen | 546.98 | 252.45 | 42.08 |
| 10/21/15 | J.C. | Continued reviewing and analyzing all first day motions at counsel's request to identify issues to be addressed/resolved with the Debtors in advance of the objection deadlines. | 3.7 | 495.00 | 1,831.50 | Gen | 1,190.48 | 549.45 | 91.58 |
| 10/21/15 | J.C. | Prepared list of issues/concerns identified from our review and analysis of the first day motions. | 0.8 | 495.00 | 396.00 | Gen | 257.40 | 118.80 | 19.80 |
| 10/22/15 | J.C. | Performed review of cash management motion and discussed with D. Berliner. | 1.4 | 495.00 | 693.00 | Gen | 450.45 | 207.90 | 34.65 |
| 10/22/15 | J.C. | Continued reviewing and analyzing relevant case documents. | 1.2 | 495.00 | 594.00 | Gen | 386.10 | 178.20 | 29.70 |
| 10/23/15 | A.D. | Analyzed and prepared income statement, balance sheet, and income statement variance analysis for NCOC, ODC and MLC. | 3.7 | 195.00 | 721.50 | Gen | 468.98 | 216.45 | 36.08 |
| 10/23/15 | J.C. | Reviewed and analyzed items included in 'shared services' and prepared write-up. | 1.1 | 495.00 | 544.50 | Gen | 353.93 | 163.35 | 27.23 |
| 10/23/15 | J.C. | Prepared summary for counsel re: replacement parts and bonus plan. | 0.4 | 495.00 | 198.00 | ODC | - | 198.00 | - |
| 10/23/15 | M.E. | Reviewed available financial statement information in the data room on the Debtors and discussed information to be provided to the Committee in update report with J. Cashel. | 0.7 | 395.00 | 276.50 | Gen | 179.73 | 82.95 | 13.83 |
| 10/23/15 | M.E. | Discussed next steps in preparing financial statement information with A. D'Aversa. Reviewed initial balance sheet and income statement information prepared by A. D'Aversa for NCOC, ODC and MLC. Performed initial revisions to the financial statement information to be included in update to the Committee. | 2.2 | 395.00 | 869.00 | Gen | 564.85 | 260.70 | 43.45 |
| 10/24/15 | D.B. | Reviewed motion of UCC to establish procedures for compliance with §1102 (b)(3) and §1103(c). | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| 10/24/15 | D.B. | Reviewed motion regarding proposed bonus program for employees and personnel replacement parts sale; prepared questions to discuss with Aurora. | 0.6 | 685.00 | 411.00 | ODC | - | 411.00 | - |
| 10/24/15 | M.E. | Continued to prepare/update various presentation slides on the financial statements for NCOC, ODC and MLC. Discussed updates with A. D'Aversa. | 1.8 | 395.00 | 711.00 | Gen | 462.15 | 213.30 | 35.55 |
| 10/26/15 | D.B. | Reviewed Aurora retention application. | 0.3 | 685.00 | 205.50 | Gen | 133.58 | 61.65 | 10.28 |
| 10/26/15 | J.C. | Meeting with D. Berliner and M. Edelschick to discuss historical financial information. | 0.3 | 495.00 | 148.50 | Gen | 96.53 | 44.55 | 7.43 |
| 10/26/15 | J.C. | Meeting with M. Edelschick to discuss next steps. | 0.5 | 495.00 | 247.50 | Gen | 160.88 | 74.25 | 12.38 |
| 10/26/15 | J.C. | Reviewed, analyzed and prepared for 10/27 hearings re: financing, cash collateral, first days, and bidding procedures. | 2.1 | 495.00 | 1,039.50 | Gen | 675.68 | 311.85 | 51.98 |
| 10/27/15 | J.C. | Prepared for and participated in Hearing re: First Day Motions. | 1.1 | 495.00 | 544.50 | Gen | 353.93 | 163.35 | 27.23 |
| 10/28/15 | A.D. | Updated Docket. Reviewed Initial MOR. | 0.7 | 195.00 | 136.50 | Gen | 88.73 | 40.95 | 6.83 |
| 10/28/15 | A.D. | Prepared variance analysis for MLC based on FY 2014, FY 2015, and FY 2016. | 1.1 | 195.00 | 214.50 | MLC | - | - | 214.50 |
| 10/28/15 | A.D. | Prepared variance analysis for ODC based on FY 2014, FY 2015, and FY 2016. | 3.9 | 195.00 | 760.50 | ODC | - | 760.50 | - |
| 10/28/15 | J.C. | Reviewed, revised, and prioritized diligence list for counsel to be sent to Debtors professionals. | 0.4 | 495.00 | 198.00 | Gen | 128.70 | 59.40 | 9.90 |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**9 Business Analysis**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/15 | J.C. | Met with D. Berliner and subsequently with M. Edelschick to discuss items to included in the next report to the Committee. | 0.9 | 495.00 | 445.50 | Gen | 289.58 | 133.65 | 22.28 |
| 10/28/15 | J.C. | Met with D. Berliner to discuss issues from 10/27/15 hearing and work plan. | 0.6 | 495.00 | 297.00 | Gen | 193.05 | 89.10 | 14.85 |
| 10/28/15 | M.E. | Discussed updates to be included in next report to the Committee, with D. Berliner and then J. Cashel. | 0.6 | 395.00 | 237.00 | Gen | 154.05 | 71.10 | 11.85 |
| 10/29/15 | D.B. | Prepared notes for financial update for next BDO report to UCC. | 1.4 | 685.00 | 959.00 | Gen | 623.35 | 287.70 | 47.95 |
| 10/29/15 | J.C. | Reviewed initial MOR. | 0.3 | 495.00 | 148.50 | Gen | 96.53 | 44.55 | 7.43 |
| 10/29/15 | M.E. | Incorporated information on Sales and Gross Profit in FY 2014 and 2015 for NCOC, ODC and MLC from the Debtors' QofE report into financial update for update to Committee. | 0.8 | 395.00 | 316.00 | Gen | 205.40 | 94.80 | 15.80 |
| | | **TOTAL:** | **34.6** | | **$ 14,191.00** | | **$ 8,194.55** | **$ 5,151.60** | **$ 844.85** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 2.6 | 685.00 | 1,781.00 |
| J.C. | JOE CASHEL | 16.5 | 495.00 | 8,167.50 |
| M.E. | MICHAEL EDELSCHICK | 6.1 | 395.00 | 2,409.50 |
| A.D. | ALEXIS D'AVERSA | 9.4 | 195.00 | 1,833.00 |
| | **TOTAL:** | **34.6** | | **$ 14,191.00** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**17** **Investigation of Company (Asset Analysis and Recovery)**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/22/15 | A.D. | Prepared high level overview of files in the data room. | 2.3 | 195.00 | 448.50 | Gen | 291.53 | 134.55 | 22.43 |
| 10/22/15 | D.B. | Reviewed initial index of data contained in data room prepared by BDO. | 0.2 | 685.00 | 137.00 | Gen | 89.05 | 41.10 | 6.85 |
| 10/22/15 | D.B. | Reviewed information in data room. | 0.4 | 685.00 | 274.00 | Gen | 178.10 | 82.20 | 13.70 |
| 10/23/15 | A.D. | Researched key items in Data Room. Prepared summary of owned and leased facilities and operating expenses. | 0.5 | 195.00 | 97.50 | Gen | 63.38 | 29.25 | 4.88 |
| 10/23/15 | A.H. | Reviewed data room files and updated docket. | 1.0 | 180.00 | 180.00 | Gen | 117.00 | 54.00 | 9.00 |
| 10/23/15 | A.H. | Analyzed index of financial statement documents from data room for initial report. | 0.5 | 180.00 | 90.00 | Gen | 58.50 | 27.00 | 4.50 |
| 10/26/15 | A.D. | Researched data room for new items, prepared update to UCC report. | 3.2 | 195.00 | 624.00 | Gen | 405.60 | 187.20 | 31.20 |
| 10/26/15 | M.E. | Performed analysis of intercompany transactions between the Debtors, based on information in the data room. Prepared schedules summarizing findings. | 1.9 | 395.00 | 750.50 | Gen | 487.83 | 225.15 | 37.53 |
| 10/26/15 | M.E. | Prepared and revised list of diligence questions for the Debtors. | 0.6 | 395.00 | 237.00 | Gen | 154.05 | 71.10 | 11.85 |
| 10/26/15 | M.E. | Reviewed available information on potential 503(b)(9) claims and discussed next steps in performing the analysis with A. D. | 0.8 | 395.00 | 316.00 | Gen | 205.40 | 94.80 | 15.80 |
| 10/26/15 | M.E. | Reviewed information on Shanghai expenses and prepared schedule with summary information. | 0.5 | 395.00 | 197.50 | Gen | 128.38 | 59.25 | 9.88 |
| 10/26/15 | M.E. | Reviewed files in the data room to identify those with potential value. | 1.0 | 395.00 | 395.00 | Gen | 256.75 | 118.50 | 19.75 |
| 10/27/15 | A.D. | Prepared docket update/Data room update. | 1.1 | 195.00 | 214.50 | Gen | 139.43 | 64.35 | 10.73 |
| 10/27/15 | D.B. | Reviewed 128 page financial due diligence report dated 6/19/15 prepared by Cohn Reznick and prepared notes and questions for follow up with Debtors. | 2.4 | 685.00 | 1,644.00 | Gen | 1,068.60 | 493.20 | 82.20 |
| 10/27/15 | M.E. | Reviewed Shanghai employment contracts. | 0.1 | 395.00 | 39.50 | Gen | 25.68 | 11.85 | 1.98 |
| 10/28/15 | D.B. | Completed review of 128 pages financial due diligence report dated 6/19/15 prepared by Cohn Reznick and prepared notes. | 2.4 | 685.00 | 1,644.00 | Gen | 1,068.60 | 493.20 | 82.20 |
| 10/28/15 | Z.V. | Started the review of Data files received from Debtors, and created a file index to include description of the content found in each file. | 3.2 | 260.00 | 832.00 | Gen | 540.80 | 249.60 | 41.60 |
| 10/29/15 | M.E. | Reviewed insurance policies from data room, and discussed with A. D'Aversa. Prepared update to counsel. | 0.6 | 395.00 | 237.00 | Gen | 154.05 | 71.10 | 11.85 |
| 10/29/15 | Z.V. | Completed the review of Debtors' data files and summarized the content into an index file. Organized the files by categories and placed them in separate tabs in computer database. | 3.0 | 260.00 | 780.00 | Gen | 507.00 | 234.00 | 39.00 |
| 10/30/15 | M.E. | Performed additional analysis of inter-company transactions between the Debtors and non-Debtor entities. | 0.6 | 395.00 | 237.00 | Gen | 154.05 | 71.10 | 11.85 |
| 10/30/15 | M.E. | Reviewed and revised index of data room files with potential value, as prepared by Z. Valdez. Reorganized files for review by BDO team. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| | | **TOTAL:** | **26.6** | | **$ 9,493.50** | | **$ 6,170.78** | **$ 2,848.05** | **$ 474.68** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**17 Investigation of Company (Asset Analysis and Recovery)**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 5.4 | 685.00 | 3,699.00 |
| M.E. | MICHAEL EDELSCHICK | 6.4 | 395.00 | 2,528.00 |
| Z.V. | ZOE VALDEZ | 6.2 | 260.00 | 1,612.00 |
| A.D. | ALEXIS D'AVERSA | 7.1 | 195.00 | 1,384.50 |
| A.H. | ALEX HSU | 1.5 | 180.00 | 270.00 |
| | **TOTAL:** | **26.6** | | **$ 9,493.50** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**19 Preparation of Reports to Creditors Committee**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/15 | J.C. | Began drafting the BDO weekly flash report to the Committee. | 1.3 | 495.00 | 643.50 | Gen | 418.28 | 193.05 | 32.18 |
| 10/24/15 | M.E. | Discussed status of update report to the Committee and next steps with J. Cashel. | 0.2 | 395.00 | 79.00 | Gen | 51.35 | 23.70 | 3.95 |
| 10/25/15 | D.B. | Made initial review of first BDO report to UCC. | 0.5 | 685.00 | 342.50 | Gen | 222.63 | 102.75 | 17.13 |
| 10/25/15 | J.C. | Drafted initial report to the Committee re: financial and operational update. | 2.8 | 495.00 | 1,386.00 | Gen | 900.90 | 415.80 | 69.30 |
| 10/25/15 | J.C. | Drafted initial report to the Committee re: sale process update. | 2.2 | 495.00 | 1,089.00 | Gen | 707.85 | 326.70 | 54.45 |
| 10/25/15 | M.E. | Continued to prepare/update various presentation slides on the financial statements for NCOC, ODC and MLC. Discussed updates with A. D'Aversa. | 2.4 | 395.00 | 948.00 | Gen | 616.20 | 284.40 | 47.40 |
| 10/26/15 | D.B. | Completed review of first BDO report to UCC, prepared comments and edits and discussed with J. Cashel. | 1.9 | 685.00 | 1,301.50 | Gen | 845.98 | 390.45 | 65.08 |
| 10/26/15 | J.C. | Revised initial report to Committee based on discussion and comments from D. Berliner. | 1.4 | 495.00 | 693.00 | Gen | 450.45 | 207.90 | 34.65 |
| 10/26/15 | M.E. | Discussed updates to the next report to the Committee with J. Cashel and A. D'Aversa. | 0.2 | 395.00 | 79.00 | Gen | 51.35 | 23.70 | 3.95 |
| 10/28/15 | A.D. | Prepared slides for UCC report re: 503(b)(9) claim estimates. | 0.8 | 195.00 | 156.00 | Gen | 101.40 | 46.80 | 7.80 |
| 10/28/15 | J.C. | Drafted weekly flash report to the Committee re: financial and operational update for NCOC. | 2.1 | 495.00 | 1,039.50 | NCOC | 1,039.50 | - | - |
| 10/28/15 | J.C. | Drafted weekly flash report to the Committee re: financial and operational update for ODC. | 1.8 | 495.00 | 891.00 | ODC | - | 891.00 | - |
| 10/28/15 | J.C. | Drafted weekly flash report to the Committee re: financial and operational update for MLC. | 1.4 | 495.00 | 693.00 | MLC | - | - | 693.00 |
| 10/28/15 | M.E. | Performed analysis and prepared slides for presentation to be included in report to the Committee for: financial performance of NCOC, ODC and MLC, and available cash proceeds after the NCOC sale. | 2.7 | 395.00 | 1,066.50 | Gen | 693.23 | 319.95 | 53.33 |
| 10/28/15 | M.E. | Discussed next steps in preparing updates for report to committee with A. D'Aversa. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| 10/28/15 | M.E. | Performed revisions to analysis and slides for update to the Committee re: Shanghai office expenses and potential 503(b)(9) claims. | 0.7 | 395.00 | 276.50 | Gen | 179.73 | 82.95 | 13.83 |
| 10/29/15 | J.C. | Continued drafting weekly flash report to the Committee re: sale process update, 503(b)(9), covenant compliance, and assumed liabilities. | 2.3 | 495.00 | 1,138.50 | Gen | 740.03 | 341.55 | 56.93 |
| 10/29/15 | M.E. | Discussed next steps in preparing update report to the Committee with A. D'Aversa. | 0.3 | 395.00 | 118.50 | Gen | 77.03 | 35.55 | 5.93 |
| 10/29/15 | M.E. | Performed revisions to slide in update report to the Committee re: the initial MOR. | 0.2 | 395.00 | 79.00 | Gen | 51.35 | 23.70 | 3.95 |
| 10/30/15 | D.B. | Reviewed and edited initial draft of BDO financial update report for UCC; prepared inserts and comments and discussed with J. Cashel and M. Edelschick. | 2.3 | 685.00 | 1,575.50 | Gen | 1,024.08 | 472.65 | 78.78 |
| 10/30/15 | J.C. | Continued drafting weekly flash report to the Committee re: sale process update, 503(b)(9), covenant compliance, and assumed liabilities. | 2.8 | 495.00 | 1,386.00 | Gen | 900.90 | 415.80 | 69.30 |
| 10/30/15 | J.C. | Reviewed, revised and supplemented weekly flash report. | 2.1 | 495.00 | 1,039.50 | Gen | 675.68 | 311.85 | 51.98 |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**19 Preparation of Reports to Creditors Committee**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/30/15 | M.E. | Completed initial set of updates to the draft update report to the Committee. | 0.6 | 395.00 | 237.00 | Gen | 154.05 | 71.10 | 11.85 |
| 10/30/15 | M.E. | Performed revisions to various sections of update report to the Committee based on comments from D. Berliner. Discussed additional updates with A. D'Aversa. | 1.7 | 395.00 | 671.50 | Gen | 436.48 | 201.45 | 33.58 |
| 10/31/15 | J.C. | Revised and supplemented weekly flash report based on comments from D. Berliner. | 1.0 | 495.00 | 495.00 | Gen | 321.75 | 148.50 | 24.75 |
| 10/31/15 | J.C. | Revised and finalized weekly flash report based on comments from Committee counsel. | 1.2 | 495.00 | 594.00 | Gen | 386.10 | 178.20 | 29.70 |
| | | **TOTAL:** | **37.2** | | **$ 18,137.00** | | **$ 11,123.28** | **$ 5,545.05** | **$ 1,468.68** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| D.B. | DAVID BERLINER | 4.7 | 685.00 | 3,219.50 |
| J.C. | JOE CASHEL | 22.4 | 495.00 | 11,088.00 |
| M.E. | MICHAEL EDELSCHICK | 9.3 | 395.00 | 3,673.50 |
| A.D. | ALEXIS D'AVERSA | 0.8 | 195.00 | 156.00 |
| | **TOTAL:** | **37.2** | | **$ 18,137.00** |

**MALIBU LIGHTING CORPORATION**
**RECAP OF PROFESSIONAL SERVICES**
**October 20, 2015 through October 31, 2015**

**20 Non-Working Travel**

| Date | Name | Description | Hours | Rate | Amount | Debtor | NCOC 65% | ODC 30% | MLC 5% |
|---|---|---|---|---|---|---|---|---|---|
| 10/27/15 | J.C. | Travel to and from DE for 10/27 Court Hearing (Billed @ 50%). | 2.4 | 247.50 | 594.00 | Gen | 386.10 | 178.20 | 29.70 |
| | | **TOTAL:** | **2.4** | | **$ 594.00** | | **$ 386.10** | **$ 178.20** | **$ 29.70** |

**SUMMARY BY PROFESSIONAL:**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| J.C. | JOE CASHEL | 2.4 | 495.00 | 594.00 |
| | **TOTAL:** | **2.4** | | **$ 594.00** |