Exhibit "C"

## MALIBU LIGHTING CORPORATION, ET AL.,
Schedule of Expenses
October 20, 2015 through October 31, 2015

1.     PHOTOCOPYING
    - a. Internal
    - b. External

2.     TELECOMMUNICATIONS
    - a. Toll Charges
    - b. Facsimile
    - c. Out-of-State toll charges

3.     COURIER, FRIEGHT AND POSTAL SERVICES
    *For overnight and hand delivery to Counsel and Committee members*

4.     COURT REPORTER AND TRANSCRIPTS

5.     TECHNOLOGY SERVICES

6.     OUT-OF-TOWN TRAVEL
    - a. Transportation      $366.00
    - b. Lodging
    - c. Meals      54.50

7.     OUTSIDE SERVICES

8.     LOCAL MEALS

9.     LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto*

10.     MISCELLANEOUS –Publications/Subscriptions

**TOTAL**      **$420.50**

Exhibit "C"

MALIBU LIGHTING CORPORATION, et al.
Schedule of Expenses

| Transaction Date | Name | Description | Expenses | Notes |
|---|---|---|---|---|
| 10/27/2015 | Cashel, Joe | Meals | 54.50 | Lunch while at Hearing re: JC & EC. |
| 10/27/2015 | Cashel, Joe | Travel | 183.00 | Train from DE re: Malibu Hearing |
| 10/26/2015 | Cashel, Joe | Travel | 183.00 | Train to DE re: Malibu Hearing |
|  |  |  | 420.50 |  |