**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MALIBU LIGHTING CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12080 (KG)<br><br>Jointly Administered<br><br>Objection Deadline: 1/12/2016 at 4:00 p.m. (ET) |

**NOTICE OF FIRST MONTHLY APPLICATION OF BLANK ROME
LLP, DELAWARE CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF MALIBU LIGHTING CORPORATION, *ET AL.*,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM OCTOBER 20, 2015 THROUGH NOVEMBER 30, 2015**

TO: The "Notice Parties" designated in the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 4, 2015 [Docket No. 203] (the "***Administrative Order***")

PLEASE TAKE NOTICE that on December 22, 2015, the *First Monthly Application of Blank Rome LLP, Delaware Co-Counsel to the Official Committee of Unsecured Creditors* (the "***Committee***") *of Malibu Lighting Corporation, et al., for Compensation and Reimbursement of Expenses for the Period from October 20, 2015 Through November 30, 2015* ("***Fee Application***") was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "***Bankruptcy Court***"). By the Fee Application, Blank Rome LLP ("***Blank Rome***") seeks the allowance and payment of (i) interim compensation in the amount of $24,219.60 (80% of $30,274.50) for professional services rendered and (ii) reimbursement of expenses incurred in the amount of $828.19 as Delaware co-counsel to the Committee during the period from October 20, 2015 through November 30, 2015.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

146758.01600/101824443v.1

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Fee Application must be (i) filed with the Bankruptcy Court in accordance with the Local Rules on or before **January 12, 2016 at 4:00 p.m. (prevailing Eastern Time)** (the "*Objection Deadline*") and (ii) served upon, so as to be received by, the undersigned counsel and the Notice Parties prior the Objection Deadline. Copies of the Fee Application are available upon written request to the undersigned. A hearing on the Fee Application shall be held only in the event timely objections are filed.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 4, 2015 [Docket No. 203], in the absence of any objection or responsive papers to the Fee Application, Blank Rome is authorized to file a certificate of no objection with the Bankruptcy Court, after which Blank Rome is authorized to be paid an amount equal to $24,219.60 (80% of $30,274.50) and 100% of the expenses ($828.19) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, Blank Rome is authorized to be paid 80% of the fees and 100% of the expenses not subject to such objection.

| | |
|---|---|
| Dated: December 22, 2015<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br> */s/ Victoria Guilfoyle*<br>Bonnie Glantz Fatell (DE No. 3809)<br>Victoria A. Guilfoyle (DE No. 5183)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6423<br>Facsimile: (302) 252-0921<br>E-mail: Fatell@BlankRome.com<br>Guilfoyle@BlankRome.com<br><br>-and- |

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen (admitted *pro hac vice*)
Sharon L. Levine (admitted *pro hac vice*)
Eric S. Chafetz (admitted *pro hac vice*)
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-6247
E-mail: krosen@lowenstein.com
slevine@lowenstein.com
echafetz@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*