# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
## (OCTOBER 20, 2015 THROUGH NOVEMBER 30, 2015)

Blank Rome's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Blank Rome's hourly rates for bankruptcy services are comparable to the rates charged by the firm for non-bankruptcy engagements staffed by professionals and paraprofessionals in the Wilmington, Delaware office, whether in court or otherwise, regardless of whether a fee application is required.

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
|---|---|---|
| | **BILLED** Wilmington Office 2015 Calendar Year[1] | **BILLED** This Application (October 20, 2015 – November 30, 2015) |
| Partner | $670.00 | $865.00 |
| Associate | $395.00 | $435.00 |
| Paralegal | $300.00 | $300.00 |
| **Aggregated:** | **$508.75 (average)** | **$498.76 (blended)** |

---

[1] This column reflects the average 2015 billing rates for partners, associates and paralegals in Blank Rome's Wilmington, Delaware office in connection with non-bankruptcy engagements.