# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION
## (OCTOBER 20, 2015 THROUGH NOVEMBER 30, 2015)

| NAME | POSITION | DEPARTMENT | DATE OF FIRST ADMISSION | FEES BILLED | HOURS BILLED | HOURLY RATE BILLED |
|---|---|---|---|---|---|---|
| Bonnie Glantz Fatell | Partner Since 2000 | Business Restructuring and Bankruptcy | Member of DE Bar Since 1999 Member of PA Bar Since 1981 | $14,791.50 | 17.10 | $865.00 |
| Victoria A. Guilfoyle | Associate | Business Restructuring and Bankruptcy | Member of DE Bar Since 2008 Member of PA Bar Since 2009 | $7,743.00 | 17.80 | $435.00 |
| Christopher A. Lewis | Paralegal | Business Restructuring and Bankruptcy | N/A | $7,740.00 | 25.80 | $300.00 |
| **TOTALS:** | | | | **$30,274.50** | **60.70** | |