# EXHIBIT D
## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY
### (OCTOBER 20, 2015 THROUGH NOVEMBER 30, 2015)

| PROJECT CODE | PROJECT CATEGORY | Malibu Lighting Corporation | | Outdoor Direct Corporation | | National Consumer Outdoors Corporation | | All Debtors [1] | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | TOTAL HOURS | TOTAL FEES |
| 001 | General (Case Administration) | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 14.00 | $ 5,280.50 | 14.00 | $ 5,280.50 |
| 002 | Creditors Committee (Internal/Comm's with Creditors) | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 11.70 | $ 6,302.50 | 11.70 | $ 6,302.50 |
| 003 | Retentions/Employment | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 14.60 | $ 5,410.00 | 14.60 | $ 5,410.00 |
| 005 | Financings and Cash Collateral | 1.10 | $ 612.50 | 1.10 | $ 612.50 | 2.10 | $ 1,477.50 | 5.50 | $ 4,203.50 | 9.80 | $ 6,906.00 |
| 007 | Asset Disposititons | 0.00 | $ - | 0.00 | $ - | 10.30 | $ 6,116.00 | 0.00 | $ - | 10.30 | $ 6,116.00 |
| 009 | Relief from Stay and Adequater Protection | 0.00 | $ - | 0.00 | $ - | 0.30 | $ 259.50 | 0.00 | $ - | 0.30 | $ 259.50 |
| | **TOTALS** | **1.10** | **$ 612.50** | **1.10** | **$ 612.50** | **12.70** | **$ 7,853.00** | **45.80** | **$ 21,196.50** | **60.70** | **$ 30,274.50** |

[1] The hours and fees in this column are for professional services not attributable to any single debtor and, therefore, may be allocated amongst the debtors as appropriate.

101824315_1

Client: 146758    Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600    Co-Counsel to Official Committee of Unsecured Creditors

Task: 001    General (Case Administration)

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 10/22/2015 | REVIEW, PREPARE AND E-FILE NOTICE OF APPEARANCE (.6); REVIEW, PREPARE AND E-FILE MOTIONS FOR ADMISSION PRO HAC VICE (X5) OF K. ROSEN, S. LEVINE, E. CHAFETZ, K. WALDRON AND N. VISLOCKY (LOWENSTEIN SANDLER) (1.0) | 04028 | Christopher A. Lewis | 1.60 | 480.00 |
| 10/23/2015 | REVIEW CASE CALENDAR | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 10/23/2015 | REVIEW AGENDA FOR OCTOBER 27, 2015 HEARING (.2); RELATED E-MAIL CORRESPONDENCE WITH B. FATELL AND C. LEWIS (.1) | 02565 | Victoria A. Guilfoyle | 0.30 | 130.50 |
| 10/23/2015 | REVIEW DOCKET AND PREPARE CASE CALENDAR | 04028 | Christopher A. Lewis | 1.60 | 480.00 |
| 10/23/2015 | REVIEW CLAIMS AGENT WEBSITE AND DOCKET AND PREPARE CORE/2002 SERVICE LIST | 04028 | Christopher A. Lewis | 0.60 | 180.00 |
| 10/26/2015 | REVIEW MOTION TO PAY KEY EMPLOYEE BONUSES; REVIEW AMENDED AGENDA AND PENDING MATTERS TO PREPARE FOR HEARING | 00020 | Bonnie G. Fatell | 1.10 | 951.50 |
| 10/26/2015 | REVIEW AMENDED AGENDA FOR OCTOBER 27, 2015 HEARING (.1); PREPARE FOR OCTOBER 27, 2015 HEARING (.2); RELATED DISCUSSION WITH B. FATELL (.1) | 02565 | Victoria A. Guilfoyle | 0.40 | 174.00 |
| 10/29/2015 | REVIEW DOCKET AND UPDATE CASE CALENDAR | 04028 | Christopher A. Lewis | 0.60 | 180.00 |
| 10/29/2015 | REVIEW DOCKET AND UPDATE CORE/2002 SERVICE LIST | 04028 | Christopher A. Lewis | 0.50 | 150.00 |
| 11/2/2015 | REVIEW AGENDA FOR NOVEMBER 4, 2015 HEARING (.1); RELATED E-MAIL CORRESPONDENCE WITH B. FATELL (.1) | 02565 | Victoria A. Guilfoyle | 0.20 | 87.00 |
| 11/3/2015 | E-MAIL CORRESPONDENCE WITH B. FATELL AND E. CHAFETZ REGARDING NOVEMBER 4, 2015 HEARING (.1); REVIEW OMNIBUS HEARING ORDER AND CALENDAR OMNIBUS HEARING DATES (.2) | 02565 | Victoria A. Guilfoyle | 0.30 | 130.50 |
| 11/4/2015 | REVIEW AMENDED AGENDA FOR NOVEMBER 4, 2015 HEARING (.1); ATTEND NOVEMBER 4, 2015 HEARING (1.4); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ (.1) | 02565 | Victoria A. Guilfoyle | 1.60 | 696.00 |
| 11/10/2015 | REVIEW DOCKET AND UPDATE CASE CALENDAR | 04028 | Christopher A. Lewis | 1.00 | 300.00 |
| 11/10/2015 | REVIEW DOCKET AND UPDATE CORE/2002 SERVICE LIST | 04028 | Christopher A. Lewis | 0.60 | 180.00 |
| 11/17/2015 | E-MAIL CORRESPONDENCE WITH L. CASEY AND E. CHAFETZ REGARDING 1102 ORDER (.1); REVIEW AGENDA FOR NOVEMBER 19, 2015 HEARING (.2) | 02565 | Victoria A. Guilfoyle | 0.30 | 130.50 |
| 11/17/2015 | PREPARE 11/19/2015 HEARING BINDER | 04028 | Christopher A. Lewis | 0.50 | 150.00 |
| 11/17/2015 | REVIEW DOCKET AND UPDATE CASE CALENDAR | 04028 | Christopher A. Lewis | 0.80 | 240.00 |
| 11/18/2015 | REVIEW AND FINALIZE 11/19/2015 HEARING BINDER | 04028 | Christopher A. Lewis | 0.30 | 90.00 |
| 11/18/2015 | REVIEW DOCKET AND UPDATE CORE/2002 SERVICE LIST | 04028 | Christopher A. Lewis | 0.60 | 180.00 |
| 11/19/2015 | REVIEW SECOND AMENDED AGENDA FOR NOVEMBER 19, 2015 HEARING (.1) | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 11/25/2015 | REVIEW DOCKET AND UPDATE CASE CALENDAR | 04028 | Christopher A. Lewis | 0.80 | 240.00 |

Client: 146758        Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600        Co-Counsel to Official Committee of Unsecured Creditors

Task: 001        General (Case Administration)

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 11/30/2015 | REVIEW UPDATED CASE CALENDAR | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| Total: | | | | 14.00 | 5,280.50 |

Client: 146758    Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600    Co-Counsel to Official Committee of Unsecured Creditors

Task: 002    Creditors Committee (Internal/Communications with Creditors)

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 10/21/2015 | DISCUSSIONS AND E-MAIL CORRESPONDENCE WITH L. BARSON REGARDING CASE BACKGROUND AND COMMITTEE RETENTION (.2); RELATED DISCUSSIONS AND E-MAIL CORRESPONDENCE WITH C. LEWIS (.2); REVIEW CURRENT DOCKET (.2) | 02565 | Victoria A. Guilfoyle | 0.60 | 261.00 |
| 10/22/2015 | MALIBU LIGHTING CONFERENCE CALL WITH CO-COUNSEL- UPDATE ON STATUS OF CASE | 00020 | Bonnie G. Fatell | 0.40 | 346.00 |
| 10/22/2015 | DISCUSSION WITH C. LEWIS REGARDING NOTICES OF APPEARANCE, PRO HAC MOTIONS AND CASE ADMINISTRATION MATTERS | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 10/23/2015 | REVIEW SECTION 1102 MOTION AND PROPOSED ORDER AND CONFER W C. LEWIS TO COORDINATE FILING | 00020 | Bonnie G. Fatell | 0.50 | 432.50 |
| 10/23/2015 | DRAFT NOTICE OF MOTION TO ESTABLISH PROCEDURES FOR COMPLIANCE WITH 11 U.S.C. §1102 (.3); PREPARE AND E-FILE 1102 MOTION (.5); COORDINATE SERVICE OF SAME (.2) | 04028 | Christopher A. Lewis | 1.00 | 300.00 |
| 10/26/2015 | REVIEW AND SIGN CONFIDENTIALITY AGREEMENT | 00020 | Bonnie G. Fatell | 0.20 | 173.00 |
| 10/26/2015 | PARTICIPATE IN COMMITTEE TELEPHONIC MEETING | 00020 | Bonnie G. Fatell | 0.50 | 432.50 |
| 10/26/2015 | PARTICIPATE IN PROFESSIONALS CALL | 00020 | Bonnie G. Fatell | 0.30 | 259.50 |
| 10/30/2015 | UPDATE CALL WITH E. CHAFETZ | 00020 | Bonnie G. Fatell | 0.30 | 259.50 |
| 11/2/2015 | REVIEW SUMMARY REPORT ON DEBTORS MOTIONS (.3), REVIEW BDO REPORT (.3) | 00020 | Bonnie G. Fatell | 0.60 | 519.00 |
| 11/2/2015 | TELEPHONIC COMMITTEE MEETING | 00020 | Bonnie G. Fatell | 0.80 | 692.00 |
| 11/2/2015 | PROFESSIONALS CALL T PREPARE FOR COMMITTEE TELEPHONIC MEETING (.4) | 00020 | Bonnie G. Fatell | 0.10 | 86.50 |
| 11/5/2015 | E-MAIL CORRESPONDENCE WITH E. CHAFTEZ AND B. FATELL REGARDING 341 MEETING | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 11/10/2015 | REVIEW CERTIFICATE OF NO OBJECTION REGARDING 1102 MOTION (.1); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ AND C. LEWIS (.1) | 02565 | Victoria A. Guilfoyle | 0.20 | 87.00 |
| 11/10/2015 | REVIEW UPDATED CASE CALENDAR (.2); REVIEW SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS (.6); ATTEND 341 MEETING (1.5); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFTEZ (.1) | 02565 | Victoria A. Guilfoyle | 2.40 | 1,044.00 |
| 11/10/2015 | DRAFT CERTIFICATE OF NO OBJECTION REGARDING 1102 CONFIDENTIALITY MOTION (.3); E-MAILS TO/FROM LOWENSTEIN TEAM RE SAME (.1) | 04028 | Christopher A. Lewis | 0.40 | 120.00 |
| 11/11/2015 | PREPARE SUMMARY OF 341 MEETING (.7); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFTEZ (.1) | 02565 | Victoria A. Guilfoyle | 0.80 | 348.00 |
| 11/16/2015 | REVIEW CERTIFICATION OF COUNSEL AND REVISED PROPOSED ORDER GRANTING 1102 MOTION (.2); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ (.1) | 02565 | Victoria A. Guilfoyle | 0.30 | 130.50 |
| 11/16/2015 | DRAFT CERTIFICATION OF COUNSEL REGARDING 1102 | 04028 | Christopher A. Lewis | 0.90 | 270.00 |

Client: 146758     Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600     Co-Counsel to Official Committee of Unsecured Creditors

Task: 002     Creditors Committee (Internal/Communications with Creditors)

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| | CONFIDENTIALITY MOTION (.4); PREPARE REVISED ORDER RE SAME (.2); PREPARE AND E-FILE SAME (.3) | | | | |
| 11/18/2015 | REVIEW AND APPROVE CERTIFICATE OF SERVICE REGARDING ORDERS ON COMMITTEE EMPLOYMENT ORDERS AND 1102 ORDER FOR FILING | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 11/18/2015 | COORDINATE SERVICE OF ORDERS ENTERED 11/17 AND 11/18 (SECTION 1102 CONFIDENTIALITY ORDER AND RETENTION ORDERS); PREPARE FILING CERTIFICATE OF SERVICE RE SAME | 04028 | Christopher A. Lewis | 0.50 | 150.00 |
| 11/24/2015 | REVIEW WEEKLY FLASH REPORT IN PREPARATION FOR NOVEMBER 24, 2015 COMMITTEE CALL (.2); PARTICIPATE IN NOVEMBER 24, 2015 COMMITTEE CALL (.4) | 02565 | Victoria A. Guilfoyle | 0.60 | 261.00 |
| Total: | | | | 11.70 | 6,302.50 |

Client: 146758     Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600     Co-Counsel to Official Committee of Unsecured Creditors

Task: 003     Retentions/Employment

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 10/21/2015 | PREPARE BLANK ROME RETENTION APPLICATION | 02565 | Victoria A. Guilfoyle | 0.30 | 130.50 |
| 10/24/2015 | PREPARE BLANK ROME EMPLOYMENT APPLICATION | 02565 | Victoria A. Guilfoyle | 1.30 | 565.50 |
| 10/26/2015 | DISCUSSIONS AND E-MAIL CORRESPONDENCE WITH B. FATELL AND C. LEWIS REGARDING BLANK ROME'S EMPLOYMENT APPLICATION | 02565 | Victoria A. Guilfoyle | 0.20 | 87.00 |
| 10/26/2015 | PREPARE BLANK ROME RETENTION APPLICATION DOCUMENTS IN SUPPORT THEREOF | 04028 | Christopher A. Lewis | 3.00 | 900.00 |
| 10/27/2015 | REVIEW RETENTION APPLICATION FOR BDO | 00020 | Bonnie G. Fatell | 0.30 | 259.50 |
| 10/27/2015 | PREPARE BLANK ROME EMPLOYMENT APPLICATION (2.2); RELATED DISCUSSIONS WITH B. FATELL (.2); RELATED E-MAIL CORRESPONDENCE WITH B. FATELL AND L. BARSON (.1) | 02565 | Victoria A. Guilfoyle | 2.50 | 1,087.50 |
| 10/27/2015 | PREPARE BLANK ROME RETENTION APPLICATION | 04028 | Christopher A. Lewis | 0.60 | 180.00 |
| 10/29/2015 | REVIEW RETENTION APPLICATIONS FOR LOWENSTEIN, BDO AND COMMITTEE DECLARATION AND SUPERVISE FILING | 00020 | Bonnie G. Fatell | 0.40 | 346.00 |
| 10/29/2015 | PREPARE, E-FILE AND SERVE BDO USA RETENTION APPLICATION | 04028 | Christopher A. Lewis | 0.70 | 210.00 |
| 10/29/2015 | PREPARE, E-FILE AND SERVE BLANK ROME RETENTION APPLICATION | 04028 | Christopher A. Lewis | 0.70 | 210.00 |
| 10/29/2015 | PREPARE, E-FILE AND SERVE LOWENSTEIN SANDLER RETENTION APPLICATION | 04028 | Christopher A. Lewis | 0.70 | 210.00 |
| 10/29/2015 | DRAFT NOTICE OF BLANK ROME RETENTION APPLICATION (.3); DRAFT NOTICE OF LOWENSTEIN SANDLER RETENTION APPLICATION (.3); DRAFT NOTICE OF BDO USA RETENTION APPLICATION (.3) | 04028 | Christopher A. Lewis | 0.90 | 270.00 |
| 11/4/2015 | SPEAK WITH B. FATELL AND L. BARSON RE RETENTION AND FEES | 04028 | Christopher A. Lewis | 0.20 | 60.00 |
| 11/16/2015 | REVIEW CERTIFICATES OF NO OBJECTION REGARDING EMPLOYMENT APPLICATIONS FOR LOWENSTEIN, BLANK ROME, AND BDO (.2); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ AND C. LEWIS (.1) | 02565 | Victoria A. Guilfoyle | 0.30 | 130.50 |
| 11/16/2015 | PREPARE AND E-FILE CERTIFICATES OF NO OBJECTION REGARDING BLANK ROME RETENTION APPLICATION (.3), LOWENSTEIN SANDLER RETENTION APPLICATION (.3), AND BDO USA RETENTION APPLICATION (.3); E-MAIL TO M. SIEDL (PACHULSKI) RE PROPOSED ORDERS AND INCLUSION IN JUDGE'S BINDERS (.1) | 04028 | Christopher A. Lewis | 1.00 | 300.00 |
| 11/16/2015 | DRAFT CERTIFICATES OF NO OBJECTION REGARDING BLANK ROME RETENTION APPLICATION (.3), LOWENSTEIN SANDLER RETENTION APPLICATION (.3), AND BDO USA RETENTION APPLICATION (.3); SEVERAL E-MAILS TO/FROM LOWENSTEIN TEAM (E. CHAFETZ, K. WALDRON, ET AL.) RE SAME (.2) | 04028 | Christopher A. Lewis | 1.10 | 330.00 |
| 11/17/2015 | SPEAK WITH V. GUILFOYLE RE RETENTION ORDERS | 04028 | Christopher A. Lewis | 0.10 | 30.00 |

Info-Only Proforma Time Detail Report

Client: 146758         Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600   Co-Counsel to Official Committee of Unsecured Creditors

Task: 003              Retentions/Employment

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 11/18/2015 | REVIEW BLANK ROME EMPLOYMENT ORDER | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 11/18/2015 | CALLS TO COURT (X2) RE BLANK ROME RETENTION ORDER | 04028 | Christopher A. Lewis | 0.20 | 60.00 |
| Total: | | | | 14.60 | 5,410.00 |


Info-Only Proforma Time Detail Report

Client: 146758  Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600  Co-Counsel to Official Committee of Unsecured Creditors

Task: 005  Financings and Cash Collateral

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 10/23/2015 | REVIEW DIP MOTION (.5) [NCOC], REVIEW EMAILS AND REPORTS TO COMMITTEE(.3); TELE E. CHAVITZ RE OBJECTIONS (.3) | 00020 | Bonnie G. Fatell | 1.10 | 951.50 |
| 10/23/2015 | DISCUSSIONS AND E-MAIL CORRESPONDENCE WITH B. FATELL AND C. LEWIS REGARDING MOTION AND DIP AND CASH COLLATERAL OBJECTIONS TO BE FILED | 02565 | Victoria A. Guilfoyle | 0.20 | 87.00 |
| 10/26/2015 | REVIEW REPORT FROM BDO | 00020 | Bonnie G. Fatell | 0.30 | 259.50 |
| 10/26/2015 | REVIEW US TRUSTEE OBJECTION TO CASH COLLATERAL AND FINANCING | 00020 | Bonnie G. Fatell | 0.20 | 173.00 |
| 10/26/2015 | REVIEW AND REVISE OBJECTIONS TO CASH COLLATERAL FOR 2 DEBTORS AND OBJECTION TO DIP FINANCING FOR NCOC (1.5); DISCUSS WITH E. CHAFETZ(0.5); SUPERVISE FILING(0.5) [1.0 NCOC; 0.5 MLC; 0.5 ODC] | 00020 | Bonnie G. Fatell | 2.00 | 1,730.00 |
| 10/26/2015 | PREPARE AND E-FILE CERTIFICATE OF SERVICE RE OBJECTIONS FILED AND SERVED ON 10/26/2015 | 04028 | Christopher A. Lewis | 0.40 | 120.00 |
| 10/26/2015 | REVIEW, PREPARE AND E-FILE OBJECTION TO ODC CASH COLLATERAL MOTION (.6) [ODC]; REVIEW, PREPARE AND E-FILE OBJECTION TO MLC CASH COLLATERAL MOTION (.6) [MLC]; REVIEW, PREPARE AND E-FILE OBJECTION TO NCOC DIP FINANCING MOTION (.6) [NCOC]; COORDINATE SERVICE OF SAME (.2) | 04028 | Christopher A. Lewis | 2.00 | 600.00 |
| 10/27/2015 | MEET W E. CHAFETZ IN ADVANCE OF HEARING (.7); ATTEND HEARING ON FINANCING, CASH COLLATERAL, EMPLOYEE BONUS AND BID PROCEDURES (2.6) | 00020 | Bonnie G. Fatell | 3.30 | 2,854.50 |
| 11/19/2015 | REVIEW WIND-DOWN BUDGET | 02565 | Victoria A. Guilfoyle | 0.30 | 130.50 |
| Total: | | | | 9.80 | 6,906.00 |

Client: 146758        Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600    Co-Counsel to Official Committee of Unsecured Creditors

Task: 007        Asset Dispositions

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 10/23/2015 | REVIEW BID PROCEDURES AND DRAFT APA [NCOC] | 00020 | Bonnie G. Fatell | 1.00 | 865.00 |
| 10/25/2015 | REVIEW BID PROCEDURES OBJECTION AND DISCUSS WITH E. CHAFETZ [NCOC] | 00020 | Bonnie G. Fatell | 0.70 | 605.50 |
| 10/26/2015 | REVIEW, PREPARE AND E-FILE OBJECTION BIDDING PROCEDURES MOTION (.7); COORDINATE SERVICE OF SAME (.1) | 04028 | Christopher A. Lewis | 0.80 | 240.00 |
| 10/29/2015 | PARTICIPATE IN SALE CALL WITH DEBTOR PROFESSIONALS [NCOC] | 00020 | Bonnie G. Fatell | 0.10 | 86.50 |
| 11/3/2015 | EMAIL CORRESPONDENCE RE SALE OF NCOC [NCOC] | 00020 | Bonnie G. Fatell | 0.20 | 173.00 |
| 11/5/2015 | DISCUSSION WITH B. FATELL REGARDING AMENDMENT TO APA [NCOC] | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 11/9/2015 | REVIEW DRAFT OBJECTION TO SALE [NCOC] | 00020 | Bonnie G. Fatell | 0.10 | 86.50 |
| 11/9/2015 | REVIEW DRAFT OBJECTION TO SALE AND EMAIL E.CHAFETZ AND C. LEWIS RE SAME [NCOC] | 00020 | Bonnie G. Fatell | 0.50 | 432.50 |
| 11/10/2015 | REVIEW DRAFT SALE OBJECTION [NCOC] | 02565 | Victoria A. Guilfoyle | 0.20 | 87.00 |
| 11/11/2015 | REVIEW AND REVISE SALE OBJECTION (.4); RELATED DISCUSSION WITH B. FATELL (.1); RELATED E-MAIL CORRESPONDENCE WITH B. FATELL AND E. CHAFETZ (.1) [NCOC] | 02565 | Victoria A. Guilfoyle | 0.60 | 261.00 |
| 11/16/2015 | REVIEW REVISED OBJECTION TO SALE(.2); TELE CONF WITH COMMITTEE RE NCOC SALE AND BIDS(.4), REVIEW REPORT FROM BDO RE BIDS AND AUCTION(.3) [NCOC] | 00020 | Bonnie G. Fatell | 0.90 | 778.50 |
| 11/16/2015 | REVIEW REVISED SALE OBJECTION (.4); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ, B. FATELL AND C. LEWIS (.1); DISCUSS AUCTION WITH B. FATELL AND RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ (.1) [NCOC] | 02565 | Victoria A. Guilfoyle | 0.60 | 261.00 |
| 11/16/2015 | REVIEW, PREPARE, E-FILE AND SERVE COMMITTEE'S LIMITED OBJECTION TO NCOC SALE MOTION [NCOC] | 04028 | Christopher A. Lewis | 0.60 | 180.00 |
| 11/16/2015 | RESEARCH AND PREPARE CERTIFICATE OF SERVICE AND SERVICE LIST RE LIMITED OBJECTION TO NCOC SALE MOTION [NCOC] | 04028 | Christopher A. Lewis | 0.50 | 150.00 |
| 11/17/2015 | REVIEW AUCTION RESULTS NOTICE [NCOC] | 02565 | Victoria A. Guilfoyle | 0.20 | 87.00 |
| 11/18/2015 | REVIEW EMAILS RE AUCTION(.1) PARTICIPATE IN PROFESSIONALS CALL(.4); PARTICIPATE IN COMMITTEE CALL(.4) [NCOC] | 00020 | Bonnie G. Fatell | 0.90 | 778.50 |
| 11/18/2015 | DISCUSS AUCTION RESULTS WITH B. FATELL [NCOC] | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 11/19/2015 | REVIEW SALE ORDER, APA AND SALE OBJECTIONS (.6); ATTEND NOVEMBER 19, 2015 SALE HEARING (1.6) [NCOC] | 02565 | Victoria A. Guilfoyle | 2.20 | 957.00 |
| Total: | | | | 10.30 | 6,116.00 |

Client: 146758        Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600        Co-Counsel to Official Committee of Unsecured Creditors

Task: 009        Relief from Stay and Adequate Protection

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 11/18/2015 | REVIEW STAY RELIEF MOTION FILED BY EXPEDITORS INT'L AGAINST NCOC [NCOC] | 00020 | Bonnie G. Fatell | 0.30 | 259.50 |
| Total: | | | | 0.30 | 259.50 |
| Total: | | | | 60.70 | 30,274.50 |
| Total: | | | | 60.70 | 30,274.50 |