# **EXHIBIT E**

### SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY
### (OCTOBER 20, 2015 THROUGH NOVEMBER 30, 2015)

| **EXPENSE CATEGORY** | **SERVICE PROVIDER** | **TOTAL EXPENSES** |
|---|---|---|
| Reproduction of Documents | In-house / Parcels, Inc. | $488.50 |
| Courier and Express Services | Federal Express | $89.59 |
| Hand Delivery Service | Parcels, Inc. | $7.50 |
| Postage | USPS | $117.60 |
| Court Filing Fees (*Pro Hac Vice*) | USDC | $125.00 |
| **TOTAL** | | **$828.19** |

# COST BILL DETAIL

**Cost Type: 25**      Federal Express

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 11866713 | 146758-01600 | ☐ | 18.69 | 18.69 | 18.69 | USD |
| 11908571 | 146758-01600 | ☐ | 11.04 | 11.04 | 11.04 | USD |
| 11908572 | 146758-01600 | ☐ | 11.06 | 11.06 | 11.06 | USD |
| 11908573 | 146758-01600 | ☐ | 11.06 | 11.06 | 11.06 | USD |
| 11908574 | 146758-01600 | ☐ | 12.44 | 12.44 | 12.44 | USD |
| 11908575 | 146758-01600 | ☐ | 12.65 | 12.65 | 12.65 | USD |
| 11908576 | 146758-01600 | ☐ | 12.65 | 12.65 | 12.65 | USD |
| | Cost Type Total: | | 89.59 | 89.59 | 89.59 | |

**Cost Type: 26P**      Hand Delivery - Parcels

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 11940747 | 146758-01600 | ☐ | 7.50 | 7.50 | 7.50 | USD |
| | Cost Type Total: | | 7.50 | 7.50 | 7.50 | |

**Cost Type: 30**      Reproduction Of Documents

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 11853371 | 146758-01600 | ☐ | 200.40 | 200.40 | 200.40 | USD |
| 11853372 | 146758-01600 | ☐ | 246.60 | 246.60 | 246.60 | USD |
| 11866714 | 146758-01600 | ☐ | 0.20 | 0.20 | 0.20 | USD |
| 11871930 | 146758-01600 | ☐ | 12.00 | 12.00 | 12.00 | USD |
| 11873885 | 146758-01600 | ☐ | 28.60 | 28.60 | 28.60 | USD |
| 11875858 | 146758-01600 | ☐ | 0.70 | 0.70 | 0.70 | USD |
| | Cost Type Total: | | 488.50 | 488.50 | 488.50 | |

**Cost Type: 37**      Special Mailing Charges

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 11853912 | 146758-01600 | ☐ | 117.60 | 117.60 | 117.60 | USD |
| | Cost Type Total: | | 117.60 | 117.60 | 117.60 | |
| | | | 703.19 | 703.19 | 703.19 | Soft Cost |

**Cost Type: 08**      Filing Fees

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 11871702 | 146758-01600 | ☑ | 125.00 | 125.00 | 125.00 | USD |
| | Cost Type Total: | | 125.00 | 125.00 | 125.00 | |
| | | | 125.00 | 125.00 | 125.00 | Hard Cost |
| | | | 828.19 | 828.19 | 828.19 | USD |