IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) Case No. 15-12080 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**Objection Deadline: January 13, 2016, at 4:00 p.m. EST**
**Hearing Date: Scheduled Only if Necessary**

## MONTHLY STAFFING REPORT OF AURORA MANAGEMENT PARTNERS, INC. FOR THE PERIOD OF NOVEMBER 1, 2015, THROUGH NOVEMBER 30, 2015

Aurora Management Partners, Inc. ("AMP") files this Monthly Staffing and Compensation Report (the "Staffing Report") for November 1 through November 30, 2015 (the "Fee Period"), filed pursuant to the *Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Debtors to Employ Aurora Management Partners, Inc. to Provide a Chief Restructuring Officer, Additional Personnel, and Financial Advisory and Restructuring Related Services, Nunc Pro Tunc as of the Petition Date* [Docket No. 200] (the "AMP Retention Order").

### Compensation and Staffing

The professionals who rendered services, their function, and the compensation earned during the Fee Period are set forth below. Pursuant to the AMP Retention Order, for services and expenses that benefit multiple debtors, the time records attached hereto as

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation f/k/a The Brinkmann Corporation (9246); National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (1153); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

Exhibits A, B and C, take such allocation into account at the following rates: 60% to NCOC, 35% to ODC and 5% to MLC during the Fee Period.

Time Records are appended hereto as Exhibit A, summarized by project category and containing detailed time entries describing tasks performed by individual on behalf of Outdoor Direct Corporation f/k/a The Brinkmann Corporation ("ODC"). Time Records are appended hereto as Exhibit B, summarized by project category and containing detailed time entries describing tasks performed by individual on behalf of National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. ("NCOC"). Time Records are appended hereto as Exhibit C, summarized by project category and containing detailed time entries describing tasks performed by individual on behalf of Malibu Lighting Corporation ("MLC").

**Summary by Fees**

| Name of Professional | Position | Fees for ODC | Fees for NCOC | Fees for MLC | Total Fees |
|---|---|---|---|---|---|
| David M. Baker | Managing Director and CRO of the Debtors | $11,260.97 | $71,879.02 | $3,373.02 | $86,513.01 |
| Laura C. Kendall | Director | $10,244.15 | $50,509.91 | $4,975.95 | $65,730.01 |
| Richard C. Kennedy | Director | $20,435.03 | $38,002.33 | $2,077.65 | $60,515.01 |
| James C. Ebbert | Director | $12,507.97 | $17,273.61 | $1,158.42 | $30,940.00 |
| Totals | | $54,448.12 | $177,664.87 | $11,585.04 | $243,698.03 |

**Summary by Hours**

| Name of Professional | Position | Hours for ODC | Hours for NCOC | Hours for MLC | Total Hours |
|---|---|---|---|---|---|
| David M. Baker | Managing Director and CRO of the Debtors | 19.80 | 125.80 | 5.90 | 151.50 |
| Laura C. Kendall | Director | 31.40 | 154.70 | 15.20 | 201.30 |
| Richard C. Kennedy | Director | 64.40 | 119.80 | 6.60 | 190.80 |
| James C. Ebbert | Director | 37.30 | 51.60 | 3.50 | 92.40 |
| Totals | | 152.90 | 451.90 | 31.20 | 636.00 |

## Expenses

The total actual and necessary costs and expenses incurred by AMP during the Fee Period are set forth below. Detailed expenses by individual by day are appended hereto as Exhibits A, B and C.

### Summary by Expense

| Expense Category | ODC | NCOC | MLC | Total Expenses |
|---|---|---|---|---|
| Administrative | $632.08 | $1,087.72 | $89.12 | $1,808.92 |
| Tel/Fax/Fed Ex | $6.45 | $31.80 | $3.13 | $41.38 |
| Lodging | $1,826.79 | $4,920.80 | $362.23 | $7,109.82 |
| Meals | $358.87 | $847.31 | $49.85 | $1,256.03 |
| Travel – Air/Rail | $1,914.44 | $5,154.07 | $340.98 | $7,409.49 |
| Travel – Car/Parking/Tolls | $694.22 | $1,280.66 | $72.74 | $2,047.62 |
| **Totals** | **$5,432.85** | **$13,322.36** | **$918.05** | **$19,673.26** |

Wherefore, pursuant to the AMP Retention Order, AMP files the Staffing Report listing: (a) the names and functions of professionals assigned to the Debtors and (b) the compensation earned by AMP during the Fee Period.

Dated: December 23, 2015         AURORA MANAGEMENT PARTNERS, INC.

*/s/ Richard C. Kennedy*

David M. Baker
Laura C. Kendall
Richard C. Kennedy
112 South Tryon Street
Suite 1770
Charlotte, NC 28284
Telephone: (704) 377-6010
Facsimile: (704) 943-9893
Email:   dbaker@auroramp.com
         lkendall@auroramp.com
         rkennedy@auroamp.com

DOCS_LA:295312.1 10821/002