# EXHIBIT A

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    2
Invoice 111596
November 30, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 0.20 | $179.00 |
| AD | Asset Disposition [B130] | 10.10 | $7,464.00 |
| BL | Bankruptcy Litigation [L430] | 18.70 | $13,072.50 |
| CA | Case Administration [B110] | 3.00 | $747.00 |
| CP | Compensation Prof. [B160] | 15.80 | $6,569.00 |
| EC | Executory Contracts [B185] | 2.20 | $1,395.00 |
| FF | Financial Filings [B110] | 4.90 | $1,494.50 |
| GB | General Business Advice [B410] | 1.10 | $868.50 |
| GC | General Creditors Comm. [B150] | 0.90 | $689.50 |
| LN | Litigation (Non-Bankruptcy) | 2.80 | $2,143.50 |
| RP | Retention of Prof. [B160] | 1.00 | $394.00 |
| SL | Stay Litigation [B140] | 1.40 | $842.00 |
| TI | Tax Issues [B240] | 0.10 | $89.50 |
| | | 62.20 | $35,948.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 305.00 | 1.20 | $366.00 |
| GSG | Greenwood, Gail S. | Counsel | 675.00 | 0.70 | $472.50 |
| JHR | Rosell, Jason H. | Counsel | 525.00 | 3.80 | $1,995.00 |
| JMF | Fried, Joshua M. | Partner | 750.00 | 9.60 | $7,200.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 4.10 | $3,669.50 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 4.30 | $1,311.50 |
| MBL | Litvak, Maxim B. | Partner | 795.00 | 11.70 | $9,301.50 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 9.80 | $6,615.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 14.90 | $4,544.50 |
| SLP | Pitman, L. Sheryle | Case Man. Asst. | 225.00 | 2.10 | $472.50 |
| | | | | 62.20 | $35,948.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00002

Page:     3
Invoice 111596
November 30, 2015

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Auto Travel Expense [E109] | $358.95 |
| Working Meals [E111] | $27.18 |
| Conference Call [E105] | $231.73 |
| Delivery/Courier Service | $1,759.53 |
| Federal Express [E108] | $8.59 |
| Filing Fee [E112] | $12,572.00 |
| Hotel Expense [E110] | $1,000.40 |
| Lexis/Nexis- Legal Research [E | $18.36 |
| Pacer - Court Research | $208.50 |
| Postage [E108] | $1.44 |
| Reproduction Expense [E101] | $982.50 |
| Reproduction/ Scan Copy | $645.10 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    4
Invoice 111596
November 30, 2015

## **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Transcript [E116] | $1,874.80 |
| Westlaw - Legal Research [E106 | $559.47 |
| | $20,248.55 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    5
Invoice 111596
November 30, 2015

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery [B120]

| 11/19/2015 | JNP | AA | Conference with D. Baker regarding Xinli grill issues and tooling. | 0.20 | 895.00 | $179.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | 0.20 |  | $179.00 |

### Asset Disposition [B130]

| 11/02/2015 | JNP | AD | Review email from Great American; Follow-up emails regarding same. | 0.20 | 895.00 | $179.00 |
|---|---|---|---|---|---|---|
| 11/03/2015 | JNP | AD | Review and respond to emails regarding Great American issues. | 0.20 | 895.00 | $179.00 |
| 11/04/2015 | JNP | AD | Conference with H. Bordwin regarding sale of real property. | 0.10 | 895.00 | $89.50 |
| 11/04/2015 | MRS | AD | Emails from and to Bruce Walker re: Aurora retention order | 0.10 | 675.00 | $67.50 |
| 11/05/2015 | JNP | AD | Email regarding NDA for IP with bidder. | 0.10 | 895.00 | $89.50 |
| 11/05/2015 | MBL | AD | Draft amendment to Great American agreement. | 1.00 | 795.00 | $795.00 |
| 11/06/2015 | JNP | AD | Review emails regarding autos and appraisals; Respond to same. | 0.20 | 895.00 | $179.00 |
| 11/06/2015 | JNP | AD | Review amendment regarding Great American Agreement and emails with Maxim B. Litvak regarding same. | 0.20 | 895.00 | $179.00 |
| 11/11/2015 | JNP | AD | Email to M. Weitz regarding status. | 0.10 | 895.00 | $89.50 |
| 11/11/2015 | JHR | AD | Revise Great American consultant/auction agreement | 1.40 | 525.00 | $735.00 |
| 11/12/2015 | JNP | AD | Review and respond to email from bidder regarding NDA. | 0.20 | 895.00 | $179.00 |
| 11/12/2015 | JNP | AD | Review modified Great American Motion. | 0.10 | 895.00 | $89.50 |
| 11/12/2015 | MRS | AD | Review Great American sale and retention motion; emails from and to Jason Rosell re: same | 0.60 | 675.00 | $405.00 |
| 11/12/2015 | MBL | AD | Call with Great American re tax and sale issues; update J.N. Pomerantz re same. | 0.20 | 795.00 | $159.00 |
| 11/12/2015 | MBL | AD | Review revised Great American engagement motion. | 0.40 | 795.00 | $318.00 |
| 11/12/2015 | JHR | AD | Revise motion to retain Great American | 0.70 | 525.00 | $367.50 |
| 11/13/2015 | JNP | AD | Emails to and from G. Raicht regarding NDA. | 0.10 | 895.00 | $89.50 |
| 11/13/2015 | MRS | AD | Review revised Great American sale and retention motion; emails from and to Jason Rosell re: same | 0.40 | 675.00 | $270.00 |
| 11/13/2015 | MBL | AD | Call with M. Weitz re GA retention (0.2); review revised motion and communicate to lenders, client, and UCC (0.2). | 0.40 | 795.00 | $318.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    6
Invoice 111596
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2015 | MBL | AD | Review GA comments to amendment and respond re same. | 0.40 | 795.00 | $318.00 |
| 11/15/2015 | JMF | AD | Review Great America retention. | 0.40 | 750.00 | $300.00 |
| 11/16/2015 | MRS | AD | Call from and email to Max Litvak re: Great American and conflict check | 0.20 | 675.00 | $135.00 |
| 11/17/2015 | MRS | AD | Emails from and to Max Litvak re: declaration in support of Great American retention | 0.30 | 675.00 | $202.50 |
| 11/17/2015 | MRS | AD | Coordinate filing and service of Great American application | 0.20 | 675.00 | $135.00 |
| 11/18/2015 | JNP | AD | Review and respond to email from J. Ebbert regarding auto appraisals. | 0.10 | 895.00 | $89.50 |
| 11/19/2015 | JMF | AD | Review vehicle listing and security agreement. | 0.30 | 750.00 | $225.00 |
| 11/20/2015 | MRS | AD | Emails from and to Jim Ebbert re: Great American retention | 0.10 | 675.00 | $67.50 |
| 11/20/2015 | MBL | AD | Follow-up with client re IP inquiry. | 0.10 | 795.00 | $79.50 |
| 11/23/2015 | JNP | AD | Emails with G.Clark regarding Brinkmann IP issues and setting up call. | 0.10 | 895.00 | $89.50 |
| 11/24/2015 | JNP | AD | Conference with Aurora, Piper, Hilco, G. Clark and David J. Barton regarding IP issues and sale issues. | 1.00 | 895.00 | $895.00 |
| 11/24/2015 | JMF | AD | Telephone calls with J. Rosell re sale of ODC assets. | 0.20 | 750.00 | $150.00 |
| | | | | 10.10 | | $7,464.00 |

## Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2015 | MRS | BL | Emails from and to Max Litvak re: A&J stay hearing issues | 0.10 | 675.00 | $67.50 |
| 11/02/2015 | MBL | BL | Emails with client and opposing counsel re A&J settlement. | 0.30 | 795.00 | $238.50 |
| 11/02/2015 | MBL | BL | Draft settlement agreement with A&J. | 2.70 | 795.00 | $2,146.50 |
| 11/03/2015 | MRS | BL | Emails from and to Max Litvak re: 9019 motion to approve A&J settlement | 0.10 | 675.00 | $67.50 |
| 11/03/2015 | MRS | BL | Call from Curtis Miller re: adjournment of A&J stay | 0.10 | 675.00 | $67.50 |
| 11/03/2015 | MRS | BL | Emails from and to Ellen Slights re: A&J stay issues | 0.10 | 675.00 | $67.50 |
| 11/03/2015 | MBL | BL | Review Sheppard revisions to A&J settlement and emails with team re same; communicate to A&J. | 0.40 | 795.00 | $318.00 |
| 11/05/2015 | MRS | BL | Emails from and to Max Litvak re: A&J stay and settlement issues | 0.10 | 675.00 | $67.50 |
| 11/05/2015 | MRS | BL | Review A&J settlement agreement and draft 9019 motion to approve same | 2.20 | 675.00 | $1,485.00 |
| 11/05/2015 | MBL | BL | Attention to A&J settlement; email to opposing counsel. | 0.10 | 795.00 | $79.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    7
Invoice 111596
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/2015 | MBL | BL | Revise A&J settlement motion (0.8); further revisions and correspondence with G. Clark of Sheppard re same (0.2). | 1.00 | 795.00 | $795.00 |
| 11/09/2015 | JMF | BL | Review tolling agreement. | 0.30 | 750.00 | $225.00 |
| 11/12/2015 | KFF | BL | Revise agenda to reflect response extensions granted and objections filed | 0.80 | 305.00 | $244.00 |
| 11/12/2015 | MRS | BL | Review comments on A&J settlement | 0.20 | 675.00 | $135.00 |
| 11/12/2015 | MBL | BL | Review A&J comments to settlement and coordinate with co-counsel re same; call with G. Clark re revisions to settlement. | 0.70 | 795.00 | $556.50 |
| 11/12/2015 | JMF | BL | Review A&J settlement. | 0.50 | 750.00 | $375.00 |
| 11/13/2015 | JNP | BL | Review and respond to emails regarding A&J litigation. | 0.10 | 895.00 | $89.50 |
| 11/13/2015 | KFF | BL | Draft and e-file certification of no objection regarding lease rejection motion, including coordinating service with claims agent | 0.40 | 305.00 | $122.00 |
| 11/13/2015 | MBL | BL | Review A&J revisions to settlement agreement; emails with team re same. | 0.20 | 795.00 | $159.00 |
| 11/13/2015 | JHR | BL | Revise motion to sell obsolete inventory | 1.00 | 525.00 | $525.00 |
| 11/15/2015 | MBL | BL | Revise and update A&J settlement motion and email to opposing counsel. | 0.50 | 795.00 | $397.50 |
| 11/16/2015 | MRS | BL | Emails from and to Max Litvak re: A&J stay and settlement issues | 0.10 | 675.00 | $67.50 |
| 11/16/2015 | MRS | BL | Review Great American amendment; emails from and to Max Litvak re: same | 0.20 | 675.00 | $135.00 |
| 11/16/2015 | MBL | BL | Follow-up emails with client and co-counsel re A&J settlement; review and comment on revisions. | 0.50 | 795.00 | $397.50 |
| 11/16/2015 | MBL | BL | Call with A&J counsel re final revisions to settlement agreement. | 0.40 | 795.00 | $318.00 |
| 11/16/2015 | MBL | BL | Review and update A&J settlement motion. | 0.20 | 795.00 | $159.00 |
| 11/16/2015 | MBL | BL | Further review of revised A&J settlement agreement; emails re same. | 0.20 | 795.00 | $159.00 |
| 11/16/2015 | MBL | BL | Respond to inquiries from GA; coordinate execution of amendment; review revisions thereto. | 0.50 | 795.00 | $397.50 |
| 11/17/2015 | KFF | BL | E-file and coordinate service regarding Settlement Motion with A&J Manufacturing | 0.40 | 305.00 | $122.00 |
| 11/17/2015 | MRS | BL | Emails from and to Max Litvak re: A&J approval motion | 0.10 | 675.00 | $67.50 |
| 11/17/2015 | MRS | BL | Emails from and to Max Litvak re: A&J settlement and motion for approval of same | 0.20 | 675.00 | $135.00 |
| 11/17/2015 | MRS | BL | Review and finalize motion for approval of A&J settlement | 0.40 | 675.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    8
Invoice 111596
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/17/2015 | MRS | BL | Prepare notice of A&J settlement motion | 0.20 | 675.00 | $135.00 |
| 11/17/2015 | MRS | BL | Coordinate filing and service of A&J settlement motion | 0.20 | 675.00 | $135.00 |
| 11/17/2015 | MRS | BL | Emails from and to Max Litvak re: Great American retention and sale issues | 0.10 | 675.00 | $67.50 |
| 11/17/2015 | MRS | BL | Review and finalize Great American motion | 0.70 | 675.00 | $472.50 |
| 11/17/2015 | MRS | BL | Draft notice of Great American motion | 0.10 | 675.00 | $67.50 |
| 11/17/2015 | MBL | BL | Follow-up re final A&J settlement agreement and coordinate filing of motion. | 0.40 | 795.00 | $318.00 |
| 11/17/2015 | MBL | BL | Follow-up re GA engagement and disclosures; coordinate filing of motion and revisions thereto. | 0.70 | 795.00 | $556.50 |
| 11/18/2015 | MBL | BL | Follow-up emails re A&J settlement agreement. | 0.10 | 795.00 | $79.50 |
| 11/19/2015 | MRS | BL | Discussion with Jeff Pomerantz re: China vendors and former employee | 0.40 | 675.00 | $270.00 |
| 11/19/2015 | MRS | BL | Emails from and to Max Litvak re: A&J settlement agreement | 0.10 | 675.00 | $67.50 |
| 11/20/2015 | MBL | BL | Emails with team re GA notice issues. | 0.10 | 795.00 | $79.50 |
| 11/24/2015 | MRS | BL | Review inquiry re: Bryan, Texas, property; email to Josh Fried and Jeff Pomerantz re: same | 0.10 | 675.00 | $67.50 |
| 11/24/2015 | JMF | BL | Emails to/from Dante Wen at CIT re Great America motion. | 0.10 | 750.00 | $75.00 |
| 11/24/2015 | JMF | BL | Review Great American motion re obsolete inventory. | 0.30 | 750.00 | $225.00 |
| | | | | 18.70 | | $13,072.50 |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/09/2015 | BDD | CA | Revisions to post-petition WIP list (.20); email to J. Fried re same (.10) | 0.20 | 305.00 | $61.00 |
| 11/09/2015 | BDD | CA | Email to K. Finlayson re critical dates | 0.10 | 305.00 | $30.50 |
| 11/10/2015 | BDD | CA | Update post-petition WIP list (.50); email to J. Fried re same (.10) | 0.60 | 305.00 | $183.00 |
| 11/16/2015 | SLP | CA | Maintain docket control. | 2.10 | 225.00 | $472.50 |
| | | | | 3.00 | | $747.00 |

## Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/11/2015 | JMF | CP | Review/allocate October and prepetition bills. | 1.50 | 750.00 | $1,125.00 |
| 11/16/2015 | JMF | CP | Finalize October billing statement. | 0.40 | 750.00 | $300.00 |
| 11/18/2015 | PJJ | CP | Draft October fee statement. | 3.20 | 305.00 | $976.00 |
| 11/19/2015 | PJJ | CP | Revise October fee statement. | 4.00 | 305.00 | $1,220.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    9
Invoice 111596
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/22/2015 | JMF | CP | Review ODC statement re fee statement. | 0.40 | 750.00 | $300.00 |
| 11/23/2015 | PJJ | CP | Revise October fee statement. | 1.50 | 305.00 | $457.50 |
| 11/23/2015 | JMF | CP | Draft ODC fee statement. | 0.60 | 750.00 | $450.00 |
| 11/24/2015 | KFF | CP | Draft Notice of First Monthly Fee Application of PSZJ for National Consumer Outdoor Corporation | 0.30 | 305.00 | $91.50 |
| 11/24/2015 | MRS | CP | Review first interim PSZJ fee application; emails from and to Josh Fried re: same | 0.40 | 675.00 | $270.00 |
| 11/24/2015 | PJJ | CP | Prepare October fee statement for filing. | 0.40 | 305.00 | $122.00 |
| 11/25/2015 | KFF | CP | Draft and revise Notices of monthly fee applications for PSZJ with respect to National Consumer Outdoors Corporation, Malibu Lighting and Outdoor Direct Corporation | 1.60 | 305.00 | $488.00 |
| 11/25/2015 | KFF | CP | Prepare First Monthly Fee Applications of PSZJ for National Consumer Outdoors Corporation, Outdoor Direct Corporation and Malibu Lighting for e-filing and coordinating service with claims agent | 0.80 | 305.00 | $244.00 |
| 11/25/2015 | JMF | CP | Draft ODC statement re October fees/expenses. | 0.70 | 750.00 | $525.00 |
| | | | | 15.80 | | $6,569.00 |

## Executory Contracts [B185]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2015 | JHR | EC | Correspondence with counsel to landlord re: lease rejection order | 0.10 | 525.00 | $52.50 |
| 11/03/2015 | MRS | EC | Call from Josh Fried re: rejection with 462 Thomas issues | 0.20 | 675.00 | $135.00 |
| 11/03/2015 | MRS | EC | Emails from and to Jason Rosell re: 462 Thomas rejection issues | 0.20 | 675.00 | $135.00 |
| 11/03/2015 | JMF | EC | Telephone call with J. Rosell re Cancun lease order issues. | 0.20 | 750.00 | $150.00 |
| 11/03/2015 | JHR | EC | Revise order rejecting Farmers Storage Facility lease and correspondence with M. Seidl re: same | 0.20 | 525.00 | $105.00 |
| 11/09/2015 | JHR | EC | Review motion to reject Lakeridge lease | 0.20 | 525.00 | $105.00 |
| 11/11/2015 | MRS | EC | Email from Dante Wen and to Richard Kennedy and Laura Kendall re: CIT lease | 0.10 | 675.00 | $67.50 |
| 11/13/2015 | MRS | EC | Review and revise cno re: Lake Ridge rejection; emails re: same; coordinate filing and service of same | 0.30 | 675.00 | $202.50 |
| 11/19/2015 | MRS | EC | Call from Rich Fleissner re: rejection issues | 0.20 | 675.00 | $135.00 |
| 11/23/2015 | MRS | EC | Emails from and to Josh Fried re: CIT issues | 0.20 | 675.00 | $135.00 |
| 11/23/2015 | JHR | EC | Correspondence with J. Williams re: Farmers location lease | 0.20 | 525.00 | $105.00 |
| 11/24/2015 | MRS | EC | Emails from and to Elaine Sanchez re: Land Rover | 0.10 | 675.00 | $67.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    10
Invoice 111596
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | lease | | | |
| | | | | 2.20 | | $1,395.00 |

### Financial Filings [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2015 | PJJ | FF | Revise schedules and statements. | 1.10 | 305.00 | $335.50 |
| 11/04/2015 | PJJ | FF | Work on schedules and statements. | 1.90 | 305.00 | $579.50 |
| 11/06/2015 | PJJ | FF | Work on schedules and statements. | 0.90 | 305.00 | $274.50 |
| 11/08/2015 | PJJ | FF | Revise Schedules and Statements and prepare for filing. | 0.80 | 305.00 | $244.00 |
| 11/09/2015 | PJJ | FF | Revise signature page to schedules. | 0.20 | 305.00 | $61.00 |
| | | | | 4.90 | | $1,494.50 |

### General Business Advice [B410]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2015 | JNP | GB | Review and respond to emails regarding reimbursement for shared services to several parties. | 0.30 | 895.00 | $268.50 |
| 11/20/2015 | JMF | GB | Analyze issues re OHL merchandise. | 0.80 | 750.00 | $600.00 |
| | | | | 1.10 | | $868.50 |

### General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/17/2015 | JMF | GC | Review insurance information re coverage amounts. | 0.40 | 750.00 | $300.00 |
| 11/19/2015 | JMF | GC | Review cases re insurance policy disclosure issues. | 0.40 | 750.00 | $300.00 |
| 11/20/2015 | JNP | GC | Email regarding E. Chafetz regarding insurance information to Committee Member. | 0.10 | 895.00 | $89.50 |
| | | | | 0.90 | | $689.50 |

### Litigation (Non-Bankruptcy)

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2015 | JNP | LN | Review emails regarding status of A&J settlement. | 0.20 | 895.00 | $179.00 |
| 11/05/2015 | JNP | LN | Review tolling agreement and emails regarding same. | 0.20 | 895.00 | $179.00 |
| 11/09/2015 | JMF | LN | Review issues re West Marine and correspondences re same. | 0.30 | 750.00 | $225.00 |
| 11/11/2015 | JMF | LN | Review tolling agreement. | 0.20 | 750.00 | $150.00 |
| 11/13/2015 | JNP | LN | Conference with Joshua M. Fried regarding tort litigation and provision of insurance information. | 0.10 | 895.00 | $89.50 |
| 11/13/2015 | JMF | LN | Telephone call with E. Chafetz re Lee claim. | 0.20 | 750.00 | $150.00 |
| 11/13/2015 | JMF | LN | Review insurance policies re litigation claims. | 0.40 | 750.00 | $300.00 |
| 11/13/2015 | GSG | LN | Confer with J. Fried and research DE law re discovery of insurance liability limits. | 0.70 | 675.00 | $472.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    11
Invoice 111596
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/17/2015 | JMF | LN | Telephone call with A. Spitz re Lee claim. | 0.20 | 750.00 | $150.00 |
| 11/19/2015 | JNP | LN | Conference with R. Miller regarding tolling issues and demand letter regarding same. | 0.10 | 895.00 | $89.50 |
| 11/19/2015 | MBL | LN | Review emails re grills/tolling issues. | 0.20 | 795.00 | $159.00 |
| | | | | **2.80** | | **$2,143.50** |

### Retention of Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/06/2015 | PJJ | RP | Draft Ordinary Course Professional Disclosure Affidavits. | 0.50 | 305.00 | $152.50 |
| 11/09/2015 | BDD | RP | Review Aurora employment application (.20); email to J. Fried re same (.10) | 0.30 | 305.00 | $91.50 |
| 11/16/2015 | JMF | RP | Review Katten OCP declaration. | 0.20 | 750.00 | $150.00 |
| | | | | **1.00** | | **$394.00** |

### Stay Litigation [B140]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/02/2015 | MRS | SL | Call from Ellen Slights and to Max Litvak re: A&J stay issues | 0.30 | 675.00 | $202.50 |
| 11/02/2015 | MRS | SL | Emails to Ellen Slights and to chambers re: adjournment of A&J matter | 0.10 | 675.00 | $67.50 |
| 11/05/2015 | JMF | SL | Review Expeditor's draft order. | 0.20 | 750.00 | $150.00 |
| 11/09/2015 | JMF | SL | Review Expeditors motion re stored goods. | 0.40 | 750.00 | $300.00 |
| 11/19/2015 | PJJ | SL | Draft letter to Ohio Attorney General re violation of automatic stay. | 0.20 | 305.00 | $61.00 |
| 11/19/2015 | PJJ | SL | Draft letter to Ohio Attorney General re violation of automatic stay. | 0.20 | 305.00 | $61.00 |
| | | | | **1.40** | | **$842.00** |

### Tax Issues [B240]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/30/2015 | JNP | TI | Review emails regarding potential sales tax audit. | 0.10 | 895.00 | $89.50 |
| | | | | **0.10** | | **$89.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$35,948.00**

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    12
Invoice 111596
November 30, 2015

## Expenses

| | | | |
|---|---|---|---:|
| 10/02/2015 | CC | Conference Call [E105] AT&T Conference Call, DJB | 23.23 |
| 10/03/2015 | CC | Conference Call [E105] AT&T Conference Call, DJB | 0.25 |
| 10/04/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 2.98 |
| 10/05/2015 | CC | Conference Call [E105] AT&T Conference Call, P. Jeffries | 6.97 |
| 10/06/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 12.30 |
| 10/06/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 5.71 |
| 10/06/2015 | CC | Conference Call [E105] AT&T Conference Call, DJB | 5.89 |
| 10/06/2015 | CC | Conference Call [E105] AT&T Conference Call, DJB | 14.32 |
| 10/07/2015 | CC | Conference Call [E105] AT&T Conference Call, DJB | 6.34 |
| 10/08/2015 | FF | Filing Fee [E112] USDC- DE Filing Fee, LDJ | 25.00 |
| 10/11/2015 | FF | Filing Fee [E112] USBC- DE, Filing Fee, LDJ | 12,019.00 |
| 10/12/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 8.28 |
| 10/13/2015 | FE | Federal Express [E108] | 8.59 |
| 10/15/2015 | CC | Conference Call [E105] AT&T Conference Call, JMF | 16.91 |
| 10/15/2015 | FF | Filing Fee [E112] USBC-DE Filing Fee, LDJ | 176.00 |
| 10/15/2015 | PO | Postage [E108] SF Mail Log | 0.48 |
| 10/19/2015 | CC | Conference Call [E105] AT&T Conference Call, JMF | 3.70 |
| 10/20/2015 | CC | Conference Call [E105] AT&T Conference Call, MRS | 5.44 |
| 10/20/2015 | CC | Conference Call [E105] AT&T Conference Call, DJB | 13.11 |
| 10/20/2015 | FF | Filing Fee [E112] USBC- DE, Filing Fee, LDJ | 176.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00002

Page:     13
Invoice 111596
November 30, 2015

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 10/20/2015 | FF | Filing Fee [E112] USBC- DE, Filing Fee, LDJ | 176.00 |
| 10/21/2015 | CC | Conference Call [E105] AT&T Conference Call, JMF | 0.68 |
| 10/22/2015 | HT | Hotel Expense [E110] Double Tree Hotel- meeting room, LDJ | 1,000.40 |
| 10/25/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 9.24 |
| 10/26/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 1.37 |
| 10/28/2015 | AT | Auto Travel Expense [E109] DND Transportation Service, To PHL, JNP | 123.75 |
| 10/28/2015 | CC | Conference Call [E105] AT&T Conference Call, JMF | 9.36 |
| 10/29/2015 | CC | Conference Call [E105] AT&T Conference Call, JMF | 4.84 |
| 10/29/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 0.83 |
| 10/30/2015 | CC | Conference Call [E105] AT&T Conference Call, JMF | 4.37 |
| 10/30/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 1.61 |
| 11/02/2015 | DC | 10821.00002 Digital Legal Charges for 11-02-15 | 6.50 |
| 11/02/2015 | DC | 10821.00002 Digital Legal Charges for 11-02-15 | 6.50 |
| 11/02/2015 | RE | ( 95 @0.10 PER PG) | 9.50 |
| 11/02/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 11/02/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 11/02/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/02/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 11/02/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 11/02/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    14
Invoice 111596
November 30, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/02/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/03/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/04/2015 | DC | 10821.00002 Digital Legal Charges for 11-04-15 | 6.50 |
| 11/04/2015 | DC | 10821.00002 Digital Legal Charges for 11-04-15 | 157.54 |
| 11/04/2015 | DC | 10821.00002 Digital Legal Charges for 11-04-15 | 6.50 |
| 11/04/2015 | DC | 10821.00002 Digital Legal Charges for 11-04-15 | 6.50 |
| 11/04/2015 | DC | 10821.00002 Digital Legal Charges for 11-04-15 | 6.50 |
| 11/04/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 11/04/2015 | RE | ( 28 @0.10 PER PG) | 2.80 |
| 11/04/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 11/04/2015 | RE | ( 132 @0.10 PER PG) | 13.20 |
| 11/04/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/04/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/04/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/04/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/04/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/04/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/04/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/04/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/04/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/04/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    15
Invoice 111596
November 30, 2015

| | | | |
|---|---|---|---|
| 11/04/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/04/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2015 | DC | 10821.00002 Digital Legal Charges for 11-05-15 | 6.50 |
| 11/05/2015 | RE | ( 24 @0.10 PER PG) | 2.40 |
| 11/05/2015 | RE | ( 84 @0.10 PER PG) | 8.40 |
| 11/05/2015 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 11/05/2015 | RE | ( 13 @0.10 PER PG) | 1.30 |
| 11/05/2015 | RE | ( 64 @0.10 PER PG) | 6.40 |
| 11/05/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/05/2015 | RE2 | SCAN/COPY ( 199 @0.10 PER PG) | 19.90 |
| 11/05/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/05/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/05/2015 | RE2 | SCAN/COPY ( 97 @0.10 PER PG) | 9.70 |
| 11/05/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 11/05/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/05/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/05/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/05/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/05/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 11/05/2015 | RE2 | SCAN/COPY ( 146 @0.10 PER PG) | 14.60 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    16
Invoice 111596
November 30, 2015

| | | | |
|---|---|---|---|
| 11/05/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/05/2015 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 11/05/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/05/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/05/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/05/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/05/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/05/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/05/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/05/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/06/2015 | PO | Postage [E108] SF Mail Log | 0.96 |
| 11/06/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 11/06/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/09/2015 | DC | 10821.00002 Digital Legal Charges for 11-09-15 | 6.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    17
Invoice 111596
November 30, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/09/2015 | LN | 10821.00002 Lexis Charges for 11-09-15 | 18.36 |
| 11/09/2015 | RE | ( 762 @0.10 PER PG) | 76.20 |
| 11/09/2015 | RE | ( 762 @0.10 PER PG) | 76.20 |
| 11/09/2015 | RE | ( 1566 @0.10 PER PG) | 156.60 |
| 11/09/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 11/09/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/09/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/09/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/09/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/09/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/09/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/09/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/09/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/09/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/09/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/09/2015 | RE2 | SCAN/COPY ( 156 @0.10 PER PG) | 15.60 |
| 11/09/2015 | RE2 | SCAN/COPY ( 212 @0.10 PER PG) | 21.20 |
| 11/09/2015 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 11/09/2015 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 11/09/2015 | RE2 | SCAN/COPY ( 216 @0.10 PER PG) | 21.60 |
| 11/10/2015 | DC | 10821.00002 Digital Legal Charges for 11-10-15 | 44.48 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    18
Invoice 111596
November 30, 2015

| Date | | | Amount |
|------|------|------|--------|
| 11/10/2015 | RE | ( 98 @0.10 PER PG) | 9.80 |
| 11/10/2015 | RE | ( 21 @0.10 PER PG) | 2.10 |
| 11/10/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/10/2015 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 11/10/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/11/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 11/11/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/11/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/11/2015 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 11/11/2015 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/11/2015 | RE2 | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 11/11/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 11/11/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/11/2015 | RE2 | SCAN/COPY ( 132 @0.10 PER PG) | 13.20 |
| 11/11/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/11/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/11/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/12/2015 | RE | ( 37 @0.10 PER PG) | 3.70 |
| 11/12/2015 | RE | ( 1050 @0.10 PER PG) | 105.00 |
| 11/12/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/12/2015 | RE2 | SCAN/COPY ( 211 @0.10 PER PG) | 21.10 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    19
Invoice 111596
November 30, 2015

| 11/12/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/12/2015 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/12/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/12/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/12/2015 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 11/12/2015 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 11/12/2015 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/12/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 11/12/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2015 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 11/12/2015 | RE2 | SCAN/COPY ( 84 @0.10 PER PG) | 8.40 |
| 11/12/2015 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |
| 11/12/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 11/12/2015 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 11/12/2015 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 11/12/2015 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 11/12/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 11/12/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 11/13/2015 | RE | ( 45 @0.10 PER PG) | 4.50 |
| 11/13/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    20
Invoice 111596
November 30, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/13/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/13/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/13/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/13/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/13/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 11/13/2015 | RE2 | SCAN/COPY ( 78 @0.10 PER PG) | 7.80 |
| 11/13/2015 | WL | 10821.00002 Westlaw Charges for 11-13-15 | 295.83 |
| 11/15/2015 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 11/16/2015 | BM | Business Meal [E111] Gott's Roadside, Working Meal, JMF | 27.18 |
| 11/16/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 11/16/2015 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 11/16/2015 | RE | ( 90 @0.10 PER PG) | 9.00 |
| 11/16/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/16/2015 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 11/16/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/16/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/16/2015 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/16/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/16/2015 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 11/17/2015 | DC | 10821.00002 Digital Legal Charges for 11-17-15 | 6.50 |
| 11/17/2015 | DC | 10821.00002 Digital Legal Charges for 11-17-15 | 599.76 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    21
Invoice 111596
November 30, 2015

| | | | |
|---|---|---|---|
| 11/17/2015 | DC | 10821.00002 Digital Legal Charges for 11-17-15 | 149.29 |
| 11/17/2015 | DC | 10821.00002 Digital Legal Charges for 11-17-15 | 47.90 |
| 11/17/2015 | DC | 10821.00002 Digital Legal Charges for 11-17-15 | 519.98 |
| 11/17/2015 | DC | 10821.00002 Digital Legal Charges for 11-17-15 | 24.47 |
| 11/17/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/17/2015 | RE | ( 21 @0.10 PER PG) | 2.10 |
| 11/17/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 11/17/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/17/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 11/17/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/17/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/17/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/17/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 11/17/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 11/17/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 11/17/2015 | RE2 | SCAN/COPY ( 275 @0.10 PER PG) | 27.50 |
| 11/17/2015 | TR | Transcript [E116] Wilcox & Fetzer, Inv. 25672, MRS | 1,874.80 |
| 11/18/2015 | AT | Auto Travel Expense [E109] Roadrunner Express, Inv. 1737, From PSZJ DE to PHL, L. Kendal | 89.60 |
| 11/18/2015 | DC | 10821.00002 Digital Legal Charges for 11-18-15 | 138.11 |
| 11/18/2015 | DC | 10821.00002 Digital Legal Charges for 11-18-15 | 6.50 |
| 11/18/2015 | RE | ( 97 @0.10 PER PG) | 9.70 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    22
Invoice 111596
November 30, 2015

| | | | |
|---|---|---|---:|
| 11/18/2015 | RE | ( 93 @0.10 PER PG) | 9.30 |
| 11/18/2015 | RE | ( 69 @0.10 PER PG) | 6.90 |
| 11/18/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 11/18/2015 | RE | ( 32 @0.10 PER PG) | 3.20 |
| 11/18/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/18/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 11/18/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 11/18/2015 | RE2 | SCAN/COPY ( 313 @0.10 PER PG) | 31.30 |
| 11/18/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/18/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/19/2015 | AT | Auto Travel Expense [E109] Roadrunner Express, Inv. 1737, From PSZJ DE to Amtrak, JNP | 44.00 |
| 11/19/2015 | AT | Auto Travel Expense [E109] Roadrunner Express, Inv. 1737, T. Strathen | 101.60 |
| 11/19/2015 | DC | 10821.00002 Digital Legal Charges for 11-19-15 | 6.50 |
| 11/19/2015 | DC | 10821.00002 Digital Legal Charges for 11-19-15 | 6.50 |
| 11/19/2015 | RE | ( 107 @0.10 PER PG) | 10.70 |
| 11/19/2015 | RE | ( 32 @0.10 PER PG) | 3.20 |
| 11/19/2015 | RE | ( 174 @0.10 PER PG) | 17.40 |
| 11/19/2015 | RE | ( 288 @0.10 PER PG) | 28.80 |
| 11/19/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 11/19/2015 | RE | ( 81 @0.10 PER PG) | 8.10 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    23
Invoice 111596
November 30, 2015

| | | | |
|---|---|---|---:|
| 11/19/2015 | RE | ( 81 @0.10 PER PG) | 8.10 |
| 11/19/2015 | RE | ( 165 @0.10 PER PG) | 16.50 |
| 11/19/2015 | RE | ( 183 @0.10 PER PG) | 18.30 |
| 11/19/2015 | RE | ( 162 @0.10 PER PG) | 16.20 |
| 11/19/2015 | RE | ( 183 @0.10 PER PG) | 18.30 |
| 11/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/19/2015 | RE | ( 70 @0.10 PER PG) | 7.00 |
| 11/19/2015 | RE | ( 26 @0.10 PER PG) | 2.60 |
| 11/19/2015 | RE | ( 364 @0.10 PER PG) | 36.40 |
| 11/19/2015 | RE | ( 1162 @0.10 PER PG) | 116.20 |
| 11/19/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/19/2015 | RE | ( 83 @0.10 PER PG) | 8.30 |
| 11/19/2015 | RE | ( 86 @0.10 PER PG) | 8.60 |
| 11/19/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/19/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/19/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/19/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/19/2015 | RE2 | SCAN/COPY ( 83 @0.10 PER PG) | 8.30 |
| 11/19/2015 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 11/19/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/19/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00002

Page:     24
Invoice 111596
November 30, 2015

| 11/19/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/19/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/19/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/19/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/19/2015 | RE2 | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 11/19/2015 | WL | 10821.00002 Westlaw Charges for 11-19-15 | 263.64 |
| 11/20/2015 | RE | ( 91 @0.10 PER PG) | 9.10 |
| 11/20/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 11/20/2015 | RE | ( 11 @0.10 PER PG) | 1.10 |
| 11/20/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/20/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/20/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/20/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/20/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/20/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/20/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/20/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/20/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/20/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/20/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/20/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    25
Invoice 111596
November 30, 2015

| | | | |
|---|---|---|---|
| 11/20/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/20/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/20/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/20/2015 | RE2 | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 11/22/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/22/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/22/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/23/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/23/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/23/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/23/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/23/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/23/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/23/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/23/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/23/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/23/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/23/2015 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 11/23/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/23/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/23/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00002

Page:    26
Invoice 111596
November 30, 2015

| 11/23/2015 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 11/24/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/24/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 11/24/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/24/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 11/24/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 11/24/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 11/24/2015 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 11/24/2015 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 11/25/2015 | RE | ( 140 @0.10 PER PG) | 14.00 |
| 11/25/2015 | RE | ( 361 @0.10 PER PG) | 36.10 |
| 11/25/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 11/25/2015 | RE | ( 466 @0.10 PER PG) | 46.60 |
| 11/25/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/25/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 11/25/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 11/25/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 11/25/2015 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 11/25/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/25/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/25/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821    00002

Page:    27

Invoice 111596

November 30, 2015

| | | | |
|---|---|---|---|
| 11/25/2015 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 11/25/2015 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 11/25/2015 | RE2 | SCAN/COPY ( 212 @0.10 PER PG) | 21.20 |
| 11/30/2015 | CC | Conference Call [E105] Court Call, November 01, 2015 through, November 30, 2015, JMF | 37.00 |
| 11/30/2015 | CC | Conference Call [E105] Court Call, November 01, 2015 through, November 30, 2015, MBL | 37.00 |
| 11/30/2015 | PAC | Pacer - Court Research | 208.50 |
| 11/30/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 11/30/2015 | RE | ( 130 @0.10 PER PG) | 13.00 |
| 11/30/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 11/30/2015 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 11/30/2015 | RE2 | SCAN/COPY ( 224 @0.10 PER PG) | 22.40 |

**Total Expenses for this Matter**                              **$20,248.55**