# EXHIBIT A

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00004

Page:    2
Invoice 111574
November 30, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 0.20 | $179.00 |
| BO | Business Operations | 0.30 | $225.00 |
| CP | Compensation Prof. [B160] | 3.90 | $1,723.50 |
| FF | Financial Filings [B110] | 1.30 | $619.00 |
| FN | Financing [B230] | 0.50 | $427.50 |
| LN | Litigation (Non-Bankruptcy) | 2.70 | $2,025.00 |
| RP | Retention of Prof. [B160] | 0.30 | $91.50 |
| SL | Stay Litigation [B140] | 3.00 | $2,235.00 |
| | | 12.20 | $7,525.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| JMF | Fried, Joshua M. | Partner | 750.00 | 7.50 | $5,625.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 0.50 | $447.50 |
| MBL | Litvak, Maxim B. | Partner | 795.00 | 0.20 | $159.00 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 0.20 | $135.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 3.80 | $1,159.00 |
| | | | | 12.20 | $7,525.50 |

## Summary of Expenses

| Description | Amount |
|-------------|--------|
| Lexis/Nexis- Legal Research [E | $178.32 |
| Outside Services | $179.20 |
| Pacer - Court Research | $5.70 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00004

Page:     3
Invoice 111574
November 30, 2015

## Summary of Expenses

| Description | Amount |
|---|---|
| Reproduction/ Scan Copy | $14.60 |
| Westlaw - Legal Research [E106 | $57.00 |
| | $434.82 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00004

Page:    4
Invoice 111574
November 30, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Disposition [B130]

| 11/10/2015 | JNP | AD | Review LOI for intellectual property assets and emails regarding same. | 0.10 | 895.00 | $89.50 |
| 11/23/2015 | JNP | AD | Emails with G. Clark regarding Malibu Lighting IP. | 0.10 | 895.00 | $89.50 |
|  |  |  |  | **0.20** |  | **$179.00** |

### Business Operations

| 11/06/2015 | JMF | BO | Draft letter to Star Nursery re non payment of open motions. | 0.30 | 750.00 | $225.00 |
|  |  |  |  | **0.30** |  | **$225.00** |

### Compensation Prof. [B160]

| 11/16/2015 | JMF | CP | Finalize October billing statement. | 0.40 | 750.00 | $300.00 |
| 11/18/2015 | PJJ | CP | Draft October fee statement. | 0.30 | 305.00 | $91.50 |
| 11/19/2015 | PJJ | CP | Draft October fee statement. | 2.00 | 305.00 | $610.00 |
| 11/22/2015 | JMF | CP | Review MLC fee statement. | 0.30 | 750.00 | $225.00 |
| 11/23/2015 | PJJ | CP | Revise October fee statement. | 0.40 | 305.00 | $122.00 |
| 11/23/2015 | JMF | CP | Draft MLC fee statement. | 0.20 | 750.00 | $150.00 |
| 11/25/2015 | JMF | CP | Draft MLC statement re October fees/expenses. | 0.30 | 750.00 | $225.00 |
|  |  |  |  | **3.90** |  | **$1,723.50** |

### Financial Filings [B110]

| 11/03/2015 | PJJ | FF | Revise schedules and statements. | 0.20 | 305.00 | $61.00 |
| 11/04/2015 | PJJ | FF | Work on schedules and statements. | 0.20 | 305.00 | $61.00 |
| 11/06/2015 | PJJ | FF | Work on schedules and statements. | 0.20 | 305.00 | $61.00 |
| 11/08/2015 | PJJ | FF | Revise Schedules and Statements and prepare for filing. | 0.20 | 305.00 | $61.00 |
| 11/13/2015 | JMF | FF | Telephone call with J.N. Pomerantz re Expeditor invoice issues. | 0.20 | 750.00 | $150.00 |
| 11/23/2015 | JMF | FF | Review MLC schedules. | 0.30 | 750.00 | $225.00 |
|  |  |  |  | **1.30** |  | **$619.00** |

### Financing [B230]

| 11/15/2015 | JNP | FN | Review window budget and emails regarding same. | 0.30 | 895.00 | $268.50 |
| 11/15/2015 | MBL | FN | Review MLC wind-down budget. | 0.20 | 795.00 | $159.00 |
|  |  |  |  | **0.50** |  | **$427.50** |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00004

Page:    5
Invoice 111574
November 30, 2015

## Litigation (Non-Bankruptcy)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/04/2015 | JMF | LN | Research re Turnover issues. | 1.30 | 750.00 | $975.00 |
| 11/05/2015 | JMF | LN | Draft letter to Star Nursery re refusal to pay account receivable. | 0.80 | 750.00 | $600.00 |
| 11/19/2015 | JMF | LN | Review Star Nursery claim issues. | 0.30 | 750.00 | $225.00 |
| 11/19/2015 | JMF | LN | Telephone call with P. Chapin re payment of Star Nursery claim issues. | 0.20 | 750.00 | $150.00 |
| 11/19/2015 | JMF | LN | Internal emails re Star Nursery received bills. | 0.10 | 750.00 | $75.00 |
| | | | | **2.70** | | **$2,025.00** |

## Retention of Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/06/2015 | PJJ | RP | Draft Ordinary Course Professional Disclosure Affidavit. | 0.30 | 305.00 | $91.50 |
| | | | | **0.30** | | **$91.50** |

## Stay Litigation [B140]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/05/2015 | MRS | SL | Review Expeditor's stay relief motion | 0.20 | 675.00 | $135.00 |
| 11/13/2015 | JMF | SL | Review Committee questions and issues re Expeditors (.3); telephone call with L. Kendall re same (.3). | 0.60 | 750.00 | $450.00 |
| 11/23/2015 | JMF | SL | Analyze stay issue re Expeditor's motion. | 0.80 | 750.00 | $600.00 |
| 11/24/2015 | JMF | SL | Analyze Expeditor's issues re prepetition Cargo (.3); internal emails re same (.2). | 0.50 | 750.00 | $375.00 |
| 11/25/2015 | JMF | SL | Telephone call with E. Chafetz re Expeditor's motion and order. | 0.40 | 750.00 | $300.00 |
| 11/30/2015 | JMF | SL | Review Expeditor's inventory list re relief from stay motion. | 0.30 | 750.00 | $225.00 |
| 11/30/2015 | JMF | SL | Internal emails re issues re relief from Stay motion. | 0.20 | 750.00 | $150.00 |
| | | | | **3.00** | | **$2,235.00** |

## TOTAL SERVICES FOR THIS MATTER:                                   $7,525.50

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00004

Page:    6
Invoice 111574
November 30, 2015

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/16/2015 | LN | Lexis/Nexis- Legal Research [E106] | 25.15 |
| 09/17/2015 | WL | Westlaw - Legal Research [E106] | 57.00 |
| 09/21/2015 | LN | Lexis/Nexis- Legal Research [E106] | 153.17 |
| 11/05/2015 | OS | Roadrunner Express, Inv. 1700, JNP | 179.20 |
| 11/05/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/06/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/13/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00004

Page:    7
Invoice 111574
November 30, 2015

| | | | |
|---|---|---|---|
| 11/13/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/16/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/16/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/16/2015 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 11/16/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/20/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/23/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/25/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/30/2015 | PAC | Pacer - Court Research | 5.70 |

**Total Expenses for this Matter**                    **$434.82**