# EXHIBIT B

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    2
Invoice 111597
November 30, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 1.30 | $868.50 |
| BL | Bankruptcy Litigation [L430] | 15.40 | $9,737.50 |
| CA | Case Administration [B110] | 30.00 | $15,147.00 |
| CO | Claims Admin/Objections[B310] | 6.60 | $4,569.50 |
| CP | Compensation Prof. [B160] | 8.00 | $4,913.50 |
| CPO | Comp. of Prof./Others | 11.80 | $6,436.50 |
| EC | Executory Contracts [B185] | 0.50 | $384.00 |
| FF | Financial Filings [B110] | 29.60 | $19,340.00 |
| FN | Financing [B230] | 4.00 | $2,835.50 |
| GB | General Business Advice [B410] | 0.50 | $360.00 |
| GC | General Creditors Comm. [B150] | 1.00 | $742.50 |
| HE | Hearing | 1.00 | $675.00 |
| IC | Insurance Coverage | 7.30 | $6,205.00 |
| MC | Meeting of Creditors [B150] | 4.60 | $3,604.00 |
| NT | Non-Working Travel | 28.10 | $25,149.50 |
| OP | Operations [B210] | 1.20 | $832.00 |
| RP | Retention of Prof. [B160] | 16.90 | $11,531.50 |
| TI | Tax Issues [B240] | 0.20 | $179.00 |
| | | 168.00 | $113,510.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 305.00 | 3.70 | $1,128.50 |
| BMK | Koveleski, Beatrice M. | Case Man. Asst. | 225.00 | 0.60 | $135.00 |
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 0.80 | $180.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 850.00 | 7.30 | $6,205.00 |
| JHR | Rosell, Jason H. | Counsel | 525.00 | 0.70 | $367.50 |
| JMF | Fried, Joshua M. | Partner | 750.00 | 45.60 | $34,200.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 38.50 | $34,457.50 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 6.70 | $2,043.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 225.00 | 0.80 | $180.00 |
| MBL | Litvak, Maxim B. | Partner | 795.00 | 2.10 | $1,669.50 |

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821    00005

Page:    3

Invoice 111597

November 30, 2015

| | | | | | |
|---|---|---|---|---|---|
| MRS | Seidl, Michael R. | Partner | 675.00 | 39.80 | $26,865.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 15.80 | $4,819.00 |
| SLP | Pitman, L. Sheryle | Case Man. Asst. | 225.00 | 5.60 | $1,260.00 |
| | | | | 168.00 | $113,510.50 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Air Fare [E110] | $4,547.72 |
| Airport Parking | $561.94 |
| Auto Travel Expense [E109] | $377.20 |
| Working Meals [E111] | $2,148.10 |
| Conference Call [E105] | $40.10 |
| Hotel Expense [E110] | $2,784.17 |
| Pacer - Court Research | $17.90 |
| Reproduction Expense [E101] | $138.90 |
| Reproduction/ Scan Copy | $114.70 |
| Travel Expense [E110] | $212.13 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00005

Page:     4
Invoice 111597
November 30, 2015

## Summary of Expenses

Description                                                                                        Amount

$10,942.86

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00005

Page:     5
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Disposition [B130]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/05/2015 | KFF | AD | E-file certification of counsel regarding modification of bidding procedures order | 0.30 | 305.00 | $91.50 |
| 11/05/2015 | KFF | AD | Coordinate service of order modifying bid procedures order | 0.20 | 305.00 | $61.00 |
| 11/23/2015 | JNP | AD | Emails with M. Fayhee regarding next steps; Follow-up with D. Baker regarding same. | 0.10 | 895.00 | $89.50 |
| 11/24/2015 | JNP | AD | Conference with Joshua M. Fried, Michael R. Seidl, and Patricia Jeffries regarding status of opening matters. | 0.70 | 895.00 | $626.50 |
| | | | | **1.30** | | **$868.50** |

### Bankruptcy Litigation [L430]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2015 | MRS | BL | Further emails from and to Jeff Pomerantz and Josh Fried re: orders for 11/4 hearing | 0.30 | 675.00 | $202.50 |
| 11/01/2015 | JMF | BL | Review orders re 11/4 hearing. | 0.80 | 750.00 | $600.00 |
| 11/02/2015 | KFF | BL | E-file and coordinate service with claims agent regarding agenda for November 4, 2015, hearing, including reviewing hearing binder and submitting to chambers | 0.50 | 305.00 | $152.50 |
| 11/02/2015 | KFF | BL | Draft and e-file certification of counsel with respect to new omnibus hearing dates | 0.40 | 305.00 | $122.00 |
| 11/02/2015 | MRS | BL | Email to Linda Casey re: revised orders and other issues for 11/4 hearing | 0.30 | 675.00 | $202.50 |
| 11/02/2015 | MRS | BL | Emails from and to Linda Casey re: issues for 11/4 hearing; revise agenda re: same | 0.20 | 675.00 | $135.00 |
| 11/02/2015 | MRS | BL | Review critical dates memo; emails from and to Kathe Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 11/02/2015 | MRS | BL | Emails from and to Josh Fried re: open case issues | 0.10 | 675.00 | $67.50 |
| 11/02/2015 | MRS | BL | Email to Josh Fried re: resolved and open orders | 0.30 | 675.00 | $202.50 |
| 11/02/2015 | JMF | BL | Review and edit orders re 11/4 hearing. | 1.20 | 750.00 | $900.00 |
| 11/02/2015 | JMF | BL | Draft updated memorandum re pending matters and case issues. | 1.10 | 750.00 | $825.00 |
| 11/02/2015 | JMF | BL | Draft agenda re status call with Aurora. | 0.30 | 750.00 | $225.00 |
| 11/03/2015 | KFF | BL | Draft amended agenda for November 4, 2015 hearing | 0.20 | 305.00 | $61.00 |
| 11/03/2015 | MRS | BL | Call with Jeff Pomerantz, Josh Fried, Dave Barton, Dave Baker, Patricia Jefferies, Jim Ebbert, and Richard Kennedy re: 11/4 hearing, sale, schedules, and other issues | 0.90 | 675.00 | $607.50 |
| 11/03/2015 | MRS | BL | Email to Linda Casey re: open 11/4 hearing issues | 0.30 | 675.00 | $202.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    6
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2015 | MRS | BL | Emails from and to Jeff Pomerantz re: 11/4 hearing | 0.10 | 675.00 | $67.50 |
| 11/03/2015 | MRS | BL | Prepare for 11/4 hearing | 1.60 | 675.00 | $1,080.00 |
| 11/03/2015 | JMF | BL | Review 11/4 updated orders re additional OUST language inserts. | 1.40 | 750.00 | $1,050.00 |
| 11/04/2015 | KFF | BL | Draft agenda for November 19, 2015, hearing, including organizing documents for hearing binder | 0.80 | 305.00 | $244.00 |
| 11/04/2015 | MRS | BL | Revise amended agenda; coordinate filing and service of same | 0.20 | 675.00 | $135.00 |
| 11/04/2015 | MRS | BL | Prepare for 11/4 hearing | 1.60 | 675.00 | $1,080.00 |
| 11/04/2015 | MRS | BL | Coordinate service of orders from 11/4 hearing | 0.30 | 675.00 | $202.50 |
| 11/04/2015 | JMF | BL | Review entered orders re 11/4 hearing. | 0.80 | 750.00 | $600.00 |
| 11/04/2015 | JMF | BL | Telephone call with J.N. Pomerantz re orders re 11/4 hearing. | 0.30 | 750.00 | $225.00 |
| 11/11/2015 | MRS | BL | Review agenda for 11/19 hearing; emails from and to Kathe Finlayson re: same | 0.20 | 675.00 | $135.00 |
| 11/13/2015 | MRS | BL | Email to Jeff Pomerantz, Josh Fried, Max Litvak, and Jason Rosell re: issues for 11/19 hearing and filings on 11/17 | 0.20 | 675.00 | $135.00 |
| 11/13/2015 | CJB | BL | Prepare hearing binders for hearing on 11/19/15. | 0.80 | 225.00 | $180.00 |
| 11/30/2015 | BDD | BL | Email to J. Fried re post-petition WIP chart | 0.10 | 305.00 | $30.50 |
| | | | | 15.40 | | $9,737.50 |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2015 | MRS | CA | Review additional service information; emails from and to Ricardo Tejeda re: same | 0.10 | 675.00 | $67.50 |
| 11/01/2015 | MRS | CA | Emails from and to Jim Ebbert re: transcript notice | 0.10 | 675.00 | $67.50 |
| 11/01/2015 | MBL | CA | Review misc. case emails with team. | 0.20 | 795.00 | $159.00 |
| 11/02/2015 | JNP | CA | Prepare agenda for call with Aurora on case issues. | 0.50 | 895.00 | $447.50 |
| 11/02/2015 | MRS | CA | Emails to and from chambers and to and from Jeff Pomerantz and Josh Fried re: omnibus dates; email to Kathe Finlayson re: cert of counsel and order for same | 0.20 | 675.00 | $135.00 |
| 11/02/2015 | MBL | CA | Misc. case related emails with team. | 0.30 | 795.00 | $238.50 |
| 11/02/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 11/02/2015 | BDD | CA | Emails to J. Fried re updated post-petition WIP | 0.20 | 305.00 | $61.00 |
| 11/02/2015 | BDD | CA | Update post-petition WIP chart | 1.00 | 305.00 | $305.00 |
| 11/03/2015 | JNP | CA | All hands call with Aurora and Patricia Jeffries, David J. Barton, Joshua M. Fried and Michael R. Seidl regarding pending issues. | 0.90 | 895.00 | $805.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00005

Page:     7
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2015 | KFF | CA | Coordinate service of Hearing Scheduling Order with claims agent | 0.10 | 305.00 | $30.50 |
| 11/03/2015 | PJJ | CA | Calendar critical dates and reminders. | 0.40 | 305.00 | $122.00 |
| 11/03/2015 | JMF | CA | Telephone call with J.N. Pomerantz, D. Baker, D. Barton, P. Jeffries re open issues. | 0.80 | 750.00 | $600.00 |
| 11/04/2015 | JNP | CA | Conference with Joshua M. Fried regarding variety of issues and status. | 0.30 | 895.00 | $268.50 |
| 11/04/2015 | KFF | CA | Review hearing scheduling order and update critical dates memo | 0.30 | 305.00 | $91.50 |
| 11/04/2015 | KFF | CA | Download signed orders from Court docket from Nov. 4, 2015, hearing and forward to claims agent with service instructions | 0.80 | 305.00 | $244.00 |
| 11/04/2015 | MRS | CA | Emails from and to Jeff Pomerantz re: telephonic appearances at 11/4 hearing | 0.10 | 675.00 | $67.50 |
| 11/04/2015 | MRS | CA | Call from chambers re: amended agenda | 0.10 | 675.00 | $67.50 |
| 11/04/2015 | PJJ | CA | Calendar critical dates and reminders. | 0.20 | 305.00 | $61.00 |
| 11/04/2015 | JMF | CA | Draft memorandum re pending tasks and litigation matters. | 0.80 | 750.00 | $600.00 |
| 11/04/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 11/04/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 11/04/2015 | JHR | CA | Review new docket entries | 0.20 | 525.00 | $105.00 |
| 11/05/2015 | KFF | CA | Review recent pleadings and orders and draft critical dates memo | 0.40 | 305.00 | $122.00 |
| 11/05/2015 | MRS | CA | Emails from and to Josh Fried re: scheduling issues | 0.20 | 675.00 | $135.00 |
| 11/05/2015 | PJJ | CA | Calendar critical dates and reminders. | 0.20 | 305.00 | $61.00 |
| 11/05/2015 | SLP | CA | Maintain docket control. | 0.20 | 225.00 | $45.00 |
| 11/05/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 11/05/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 11/06/2015 | JNP | CA | Emails with bank counsel regarding case issues; Review materials regarding same. | 0.20 | 895.00 | $179.00 |
| 11/06/2015 | JNP | CA | Conference with Joshua M. Fried, Patricia Jeffries and Michael R. Seidl regarding pending issues and tasks. | 0.50 | 895.00 | $447.50 |
| 11/06/2015 | MRS | CA | Call with Jeff Pomerantz, Josh Fried, Max Litvak, and Patricia Jefferies re: various case issues, schedules, and upcoming hearings | 0.50 | 675.00 | $337.50 |
| 11/06/2015 | PJJ | CA | Internal PSZJ WIP call re open items. | 0.50 | 305.00 | $152.50 |
| 11/06/2015 | MBL | CA | WIP update call with team. | 0.50 | 795.00 | $397.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    8
Invoice 111597
November 30, 2015

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 11/06/2015 | SLP | CA | Maintaining docket control. | 0.20 | 225.00 | $45.00 |
| 11/06/2015 | JMF | CA | Draft updated work in progress memo re pending tasks and litigation motions. | 1.00 | 750.00 | $750.00 |
| 11/06/2015 | JMF | CA | Telephone call with M. Litvak, P. Jeffries, M. Seidl and J.N. Pomerantz re pending tasks and litigation motions. | 0.50 | 750.00 | $375.00 |
| 11/06/2015 | BDD | CA | Revisions to WIP list per J. Fried request (.80); email to J. Fried re same | 0.90 | 305.00 | $274.50 |
| 11/06/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 11/07/2015 | JNP | CA | Email to M. Fayhee regarding miscellaneous issues. | 0.10 | 895.00 | $89.50 |
| 11/07/2015 | JHR | CA | Review new docket entries | 0.10 | 525.00 | $52.50 |
| 11/08/2015 | JNP | CA | Conference with M. Fayhee regarding case related issues. | 0.20 | 895.00 | $179.00 |
| 11/08/2015 | JNP | CA | Conference with M. Warner regarding case related issues. | 0.10 | 895.00 | $89.50 |
| 11/09/2015 | MRS | CA | Emails from and to Jillian Lee re: case notice | 0.10 | 675.00 | $67.50 |
| 11/09/2015 | SLP | CA | Maintain docket control. | 0.20 | 225.00 | $45.00 |
| 11/09/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 11/10/2015 | MRS | CA | Review critical dates memo; emails from and to Kathe Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 11/11/2015 | JNP | CA | Emails with B. Miller regarding miscellaneous issues. | 0.20 | 895.00 | $179.00 |
| 11/11/2015 | SLP | CA | Maintain docket control. | 0.20 | 225.00 | $45.00 |
| 11/11/2015 | SLP | CA | Maintain docket control. | 1.60 | 225.00 | $360.00 |
| 11/15/2015 | JHR | CA | Review new docket entries | 0.10 | 525.00 | $52.50 |
| 11/16/2015 | MRS | CA | Review critical dates memo; emails from and to Kathe Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 11/16/2015 | MRS | CA | Call from Josh Fried re: filings for 12/8 hearing | 0.20 | 675.00 | $135.00 |
| 11/16/2015 | JMF | CA | Review critical dates memorandum. | 0.30 | 750.00 | $225.00 |
| 11/16/2015 | BDD | CA | Email to J. Fried re updated WIP chart | 0.10 | 305.00 | $30.50 |
| 11/16/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 11/16/2015 | JHR | CA | Review new docket entries | 0.10 | 525.00 | $52.50 |
| 11/17/2015 | MRS | CA | Emails to and from KCC re: various service issues | 0.30 | 675.00 | $202.50 |
| 11/17/2015 | PJJ | CA | Calendar critical dates and reminders. | 0.30 | 305.00 | $91.50 |
| 11/17/2015 | JMF | CA | Draft updated memorandum of pending litigation matters and case issues. | 1.20 | 750.00 | $900.00 |
| 11/17/2015 | BDD | CA | Update post-petition WIP (.50); email to J. Fried re | 0.60 | 305.00 | $183.00 |

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821    00005

Page:    9

Invoice 111597

November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | same (.10) | | | |
| 11/18/2015 | PJJ | CA | Calendar critical dates and reminders. | 0.20 | 305.00 | $61.00 |
| 11/18/2015 | JHR | CA | Review new docket entries | 0.10 | 525.00 | $52.50 |
| 11/19/2015 | KFF | CA | Review recently filed motions and draft critical dates memo | 0.80 | 305.00 | $244.00 |
| 11/19/2015 | MRS | CA | Review and execute second amended agenda | 0.10 | 675.00 | $67.50 |
| 11/19/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 11/19/2015 | JHR | CA | Review new docket entries | 0.10 | 525.00 | $52.50 |
| 11/20/2015 | JMF | CA | Draft updated WIP in progress, memorandum and updated tasks and responsibilities. | 0.40 | 750.00 | $300.00 |
| 11/20/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 11/20/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 11/23/2015 | JNP | CA | Emails with Joshua M. Fried regarding WIP call. | 0.10 | 895.00 | $89.50 |
| 11/23/2015 | MRS | CA | Review critical dates memo; emails from and to Kathe Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 11/23/2015 | SLP | CA | Maintain docket control. | 0.10 | 225.00 | $22.50 |
| 11/24/2015 | MRS | CA | Call with Jeff Pomerantz, Josh Fried, and Patricia Jefferies re: various case issues | 0.70 | 675.00 | $472.50 |
| 11/24/2015 | PJJ | CA | Participate in PSZJ team WIP status call. | 0.50 | 305.00 | $152.50 |
| 11/24/2015 | JMF | CA | Draft updated memorandum re pending tasks and matters. | 0.80 | 750.00 | $600.00 |
| 11/24/2015 | JMF | CA | Telephone call with M. Seidl, J.N. Pomerantz, and P. Jeffries re pending tasks and matters. | 0.80 | 750.00 | $600.00 |
| 11/24/2015 | BDD | CA | Email to J. Fried re critical dates | 0.10 | 305.00 | $30.50 |
| 11/24/2015 | BDD | CA | Update post petition WIP list per updated critical dates (.60); email to J. Fried re same (.10) | 0.70 | 305.00 | $213.50 |
| 11/25/2015 | SLP | CA | Maintain docket control. | 2.10 | 225.00 | $472.50 |
| 11/30/2015 | KFF | CA | Review recent correspondence, orders and pleadings and draft critical dates memo | 0.20 | 305.00 | $61.00 |
| 11/30/2015 | MRS | CA | Review critical dates memo; emails from and to Kathe Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 11/30/2015 | SLP | CA | Maintain docket control. | 1.00 | 225.00 | $225.00 |
| | | | | 30.00 | | $15,147.00 |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/05/2015 | MRS | CO | Calls from and to Rosie at UPS re: critical vendors | 0.10 | 675.00 | $67.50 |
| 11/06/2015 | MRS | CO | Review received claims; email to KCC re: same | 0.10 | 675.00 | $67.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    10
Invoice 111597
November 30, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2015 | JMF | CO | Draft Bar date motion. | 1.80 | 750.00 | $1,350.00 |
| 11/16/2015 | MRS | CO | Review and revise bar date motion; emails from and to Josh Fried re: same | 0.90 | 675.00 | $607.50 |
| 11/16/2015 | MRS | CO | Email to Ricardo Tejeda and Angela Nguyen re: bar date motion | 0.10 | 675.00 | $67.50 |
| 11/16/2015 | MRS | CO | Review revised bar date documents; emails from and to Angela Nguyen and Josh Fried re: same | 0.40 | 675.00 | $270.00 |
| 11/16/2015 | JMF | CO | Telephone calls with M. Seidl re Bar Date and 12/8 motions. | 0.20 | 750.00 | $150.00 |
| 11/16/2015 | JMF | CO | Review/edit Bar date motion. | 0.40 | 750.00 | $300.00 |
| 11/16/2015 | JMF | CO | Internal emails re Bar date motion changes. | 0.20 | 750.00 | $150.00 |
| 11/16/2015 | JMF | CO | Telephone call with P. Jeffries re Bar date motion changes. | 0.10 | 750.00 | $75.00 |
| 11/17/2015 | KFF | CO | E-file and coordinate service regarding bar date motion | 0.40 | 305.00 | $122.00 |
| 11/17/2015 | MRS | CO | Emails from and to Josh Fried re: bar date motion | 0.10 | 675.00 | $67.50 |
| 11/17/2015 | MRS | CO | Review and finalize bar date motion and related documents | 0.70 | 675.00 | $472.50 |
| 11/17/2015 | MRS | CO | Draft notice of bar date motion | 0.10 | 675.00 | $67.50 |
| 11/17/2015 | MRS | CO | Coordinate filing and service of bar date motion | 0.20 | 675.00 | $135.00 |
| 11/17/2015 | JMF | CO | Finalize Bar Date motion (.6); internal emails re same (.2). | 0.80 | 750.00 | $600.00 |
|  |  |  |  | 6.60 |  | $4,569.50 |

## Compensation Prof. [B160]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/11/2015 | JNP | CP | Review and respond to emails regarding billing. | 0.10 | 895.00 | $89.50 |
| 11/12/2015 | PJJ | CP | Review prepetition invoice. | 0.20 | 305.00 | $61.00 |
| 11/12/2015 | JMF | CP | Review Bill re matters affecting all debtors. | 0.80 | 750.00 | $600.00 |
| 11/16/2015 | MRS | CP | Calls from Josh Fried re: fee and expense issues | 0.10 | 675.00 | $67.50 |
| 11/16/2015 | JMF | CP | Finalize October billing statement. | 0.80 | 750.00 | $600.00 |
| 11/17/2015 | PJJ | CP | Draft form monthly fee statement for all Debtors. | 1.00 | 305.00 | $305.00 |
| 11/17/2015 | JMF | CP | Telephone call with P. Jeffries re monthly fee statement preparation. | 0.10 | 750.00 | $75.00 |
| 11/18/2015 | MRS | CP | Call with Josh Fried re: Aurora fee statements | 0.30 | 675.00 | $202.50 |
| 11/18/2015 | PJJ | CP | Continue drafting form monthly fee statement for all Debtors. | 1.00 | 305.00 | $305.00 |
| 11/19/2015 | PJJ | CP | Telephone call with J. Fried re form of monthly fee statement. | 0.20 | 305.00 | $61.00 |
| 11/19/2015 | JMF | CP | Telephone calls with P. Jeffries re monthly fee | 0.10 | 750.00 | $75.00 |

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821    00005

Page:    11

Invoice 111597

November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | statements. | | | |
| 11/22/2015 | JMF | CP | Review fee statement re interim compensation filing. | 0.80 | 750.00 | $600.00 |
| 11/24/2015 | MRS | CP | Review first interim PSZJ fee application; emails from and to Josh Fried re: same | 0.40 | 675.00 | $270.00 |
| 11/24/2015 | MRS | CP | Emails from and to Josh Fried re: fee applications | 0.10 | 675.00 | $67.50 |
| 11/24/2015 | JMF | CP | Review allocated fees and expenses. | 0.40 | 750.00 | $300.00 |
| 11/25/2015 | JNP | CP | Review drafts of fee applications. | 0.50 | 895.00 | $447.50 |
| 11/25/2015 | JNP | CP | Conference with Joshua M. Fried regarding fee applications. | 0.10 | 895.00 | $89.50 |
| 11/25/2015 | MRS | CP | Review revised PSZJ fee applications; emails from and to Josh Fried re: same | 0.20 | 675.00 | $135.00 |
| 11/25/2015 | MRS | CP | Review finalized PSZJ fee applications; coordinate filing and service of same | 0.50 | 675.00 | $337.50 |
| 11/25/2015 | JMF | CP | Telephone call with J.N. Pomerantz and P. Jeffries re fee statement issues. | 0.30 | 750.00 | $225.00 |
| | | | | **8.00** | | **$4,913.50** |

## Comp. of Prof./Others

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2015 | MRS | CPO | Revise interim compensation order; email to Josh Fried and Jeff Pomerantz re: same | 0.50 | 675.00 | $337.50 |
| 11/01/2015 | MRS | CPO | Further revise interim comp order; email to Josh Fried and Jeff Pomerantz re: same | 0.20 | 675.00 | $135.00 |
| 11/02/2015 | MRS | CPO | Revise interim compensation order; emails from and to Josh Fried re: same | 0.30 | 675.00 | $202.50 |
| 11/04/2015 | MRS | CPO | Emails from and to Jim Ebbert re: expenses for meals | 0.10 | 675.00 | $67.50 |
| 11/10/2015 | PJJ | CPO | Draft form monthly staffing report for Aurora. | 1.00 | 305.00 | $305.00 |
| 11/18/2015 | JMF | CPO | Review Fee Guidelines re staffing report (.3); telephone call with M. Seidl re same (.2); review staffing report. | 0.50 | 750.00 | $375.00 |
| 11/18/2015 | JMF | CPO | Review Aurora staffing report and bills. | 0.60 | 750.00 | $450.00 |
| 11/18/2015 | JMF | CPO | Internal emails re staffing report and bills. | 0.20 | 750.00 | $150.00 |
| 11/19/2015 | JMF | CPO | Review and comment re Aurora fee statement and time descriptions for same. | 1.50 | 750.00 | $1,125.00 |
| 11/20/2015 | PJJ | CPO | Prepare Aurora's October Staffing Report. | 2.50 | 305.00 | $762.50 |
| 11/20/2015 | JMF | CPO | Review Aurora fee statements. | 0.30 | 750.00 | $225.00 |
| 11/24/2015 | MRS | CPO | Review first interim Aurora fee statement; emails from and to Josh Fried re: same | 0.30 | 675.00 | $202.50 |
| 11/24/2015 | MRS | CPO | Emails to and from Kathe Finlayson re: notice of monthly fee applications | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    12
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/24/2015 | MRS | CPO | Email from Richard Kennedy and to Josh Fried re: Aurora fee statement issues | 0.10 | 675.00 | $67.50 |
| 11/24/2015 | PJJ | CPO | Prepare Aurora October Staffing Report for filing. | 0.20 | 305.00 | $61.00 |
| 11/24/2015 | PJJ | CPO | Revise Aurora October staffing report. | 0.30 | 305.00 | $91.50 |
| 11/24/2015 | JMF | CPO | Internal emails re Aurora fee statements. | 0.20 | 750.00 | $150.00 |
| 11/25/2015 | MRS | CPO | Review notices of fee applications and statements; emails from and to Kathe Finlayson re: same | 0.50 | 675.00 | $337.50 |
| 11/25/2015 | MRS | CPO | Emails to and from Josh Fried re: fee apps and statements | 0.10 | 675.00 | $67.50 |
| 11/25/2015 | MRS | CPO | Review and further revise form of notice of fee application | 0.30 | 675.00 | $202.50 |
| 11/25/2015 | MRS | CPO | Emails to and from Josh Fried re: Aurora statement | 0.10 | 675.00 | $67.50 |
| 11/25/2015 | MRS | CPO | Emails from and to Patricia Jeffries re: Aurora staffing report | 0.10 | 675.00 | $67.50 |
| 11/25/2015 | MRS | CPO | Emails to and from Josh Fried re: Aurora staffing report | 0.10 | 675.00 | $67.50 |
| 11/25/2015 | MRS | CPO | Draft notice of Aurora staffing report | 0.30 | 675.00 | $202.50 |
| 11/25/2015 | MRS | CPO | Review finalized Aurora staffing report; coordinate filing and service of same | 0.50 | 675.00 | $337.50 |
| 11/25/2015 | PJJ | CPO | Revise Aurora staffing report (.3); telephone call with Richard Kennedy and David Baker re same (.2); prepare for filing (.1). | 0.60 | 305.00 | $183.00 |
| 11/25/2015 | PJJ | CPO | Telephone call with Richard Kennedy re October staffing report (.1); email re same to David Baker (.1). | 0.20 | 305.00 | $61.00 |
| | | | | **11.80** | | **$6,436.50** |

## Executory Contracts [B185]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/03/2015 | MBL | EC | Emails with client re lease payment issues. | 0.20 | 795.00 | $159.00 |
| 11/03/2015 | JMF | EC | Review correspondence re personal and real property lease inquiry. | 0.30 | 750.00 | $225.00 |
| | | | | **0.50** | | **$384.00** |

## Financial Filings [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2015 | MRS | FF | Draft language re: cash management and 345 issue; emails from and to Josh Fried re: same | 0.30 | 675.00 | $202.50 |
| 11/01/2015 | MRS | FF | Emails from and to Jim Ebbert re: tax issues for schedules | 0.10 | 675.00 | $67.50 |
| 11/01/2015 | JMF | FF | Review schedules and SOFAs. | 1.20 | 750.00 | $900.00 |
| 11/02/2015 | JNP | FF | Conference with D. Baker, R. Kennedy and Maxim | 0.50 | 895.00 | $447.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    13
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | B. Litvak regarding intercompany issues. | | | |
| 11/02/2015 | MRS | FF | Emails from and to Diane Giordano re: additional documents for OUST from IDI | 0.10 | 675.00 | $67.50 |
| 11/02/2015 | MRS | FF | Emails from Diane Giordano and to Jim Ebbert re: additional OUST informational requests | 0.20 | 675.00 | $135.00 |
| 11/02/2015 | MRS | FF | Review notes to schedules and SOFAs; emails from and to Patricia Jefferies and to Jeff Pomerantz, Josh Fried, and Max Litvak re: same | 0.70 | 675.00 | $472.50 |
| 11/02/2015 | MRS | FF | Emails from and to Josh Fried re: scheduling employee claims; discussion with James O'Neill and Colin Robinson re: same | 0.30 | 675.00 | $202.50 |
| 11/02/2015 | PJJ | FF | Review and respond to comments re schedules and statements. | 2.50 | 305.00 | $762.50 |
| 11/02/2015 | MBL | FF | Prep for call and call with client re intercompany issues. | 0.40 | 795.00 | $318.00 |
| 11/02/2015 | JMF | FF | Review information re 2015.3 report. | 0.30 | 750.00 | $225.00 |
| 11/02/2015 | JMF | FF | Review and comment re schedules and SOFAs. | 2.80 | 750.00 | $2,100.00 |
| 11/02/2015 | JMF | FF | Edit Global notes to schedules and SOFAs. | 0.50 | 750.00 | $375.00 |
| 11/03/2015 | JNP | FF | Review global notes to schedules and statements and emails regarding schedules issues. | 0.60 | 895.00 | $537.00 |
| 11/03/2015 | MRS | FF | Review Fried comments on global notes to schedules and SOFAs | 0.10 | 675.00 | $67.50 |
| 11/03/2015 | MRS | FF | Review information and draft 2015.3 motion; emails from and to Richard Kennedy re: same | 1.10 | 675.00 | $742.50 |
| 11/03/2015 | MRS | FF | Revise 2015.3 report; email to Richard Kennedy and Josh Fried re: same | 0.10 | 675.00 | $67.50 |
| 11/03/2015 | MRS | FF | Revise 2015.3 report; emails from and to Richard Kennedy re: same | 0.20 | 675.00 | $135.00 |
| 11/03/2015 | PJJ | FF | Conference call with PSZJ and Aurora re WIP and schedules and statements open issues. | 0.80 | 305.00 | $244.00 |
| 11/03/2015 | PJJ | FF | Respond to questions and comments from J. Fried and J. POmerantz re schedules and statements. | 0.80 | 305.00 | $244.00 |
| 11/03/2015 | JMF | FF | Review 2015.3 report. | 0.30 | 750.00 | $225.00 |
| 11/03/2015 | JMF | FF | Review open issues and review schedules. | 1.00 | 750.00 | $750.00 |
| 11/04/2015 | JNP | FF | Review case management order regarding shared services; Review emails regarding same. | 0.10 | 895.00 | $89.50 |
| 11/04/2015 | KFF | FF | E-file Rule 2015.3 Periodic Report for Debtors | 0.30 | 305.00 | $91.50 |
| 11/04/2015 | MRS | FF | Coordinate filing and service of 2015.3 report | 0.30 | 675.00 | $202.50 |
| 11/04/2015 | MRS | FF | Further revise cash management order | 0.30 | 675.00 | $202.50 |
| 11/04/2015 | PJJ | FF | Revise Global Notes to schedules and statements. | 0.50 | 305.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    14
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/04/2015 | PJJ | FF | Telephone call with J. Fried re intercompany receivables. | 0.20 | 305.00 | $61.00 |
| 11/04/2015 | JMF | FF | Multiple telephone calls with Prosperity Bank and P. Green re cash management order. | 0.40 | 750.00 | $300.00 |
| 11/04/2015 | JMF | FF | Telephone call with P. Jeffries re schedules. | 0.20 | 750.00 | $150.00 |
| 11/04/2015 | JMF | FF | Telephone calls with R. Kennedy re open issues Bank and utility deposit issue. | 0.30 | 750.00 | $225.00 |
| 11/04/2015 | JMF | FF | Review and analyze open issue re schedules and SOFAs. | 1.20 | 750.00 | $900.00 |
| 11/04/2015 | JMF | FF | Telephone call with P. Jeffries re open issues re schedules and SOFAs. | 0.30 | 750.00 | $225.00 |
| 11/05/2015 | JNP | FF | Emails regarding schedules and statements. | 0.10 | 895.00 | $89.50 |
| 11/05/2015 | PJJ | FF | Prepare schedules and statements for circulation to team for review. | 0.50 | 305.00 | $152.50 |
| 11/05/2015 | MBL | FF | Review and comment on Schedule D; emails with Comerica counsel re same. | 0.30 | 795.00 | $238.50 |
| 11/05/2015 | JMF | FF | Review and comment schedules and SOFAs and open issues re same. | 2.30 | 750.00 | $1,725.00 |
| 11/06/2015 | JNP | FF | Emails regarding timing for filing schedules. | 0.10 | 895.00 | $89.50 |
| 11/06/2015 | JNP | FF | Review Global notes. | 0.30 | 895.00 | $268.50 |
| 11/06/2015 | MRS | FF | Review issues re: payments and retainers for SOFAs; emails from and to Jeff Pomerantz and Patricia Jefferies re: same | 0.30 | 675.00 | $202.50 |
| 11/06/2015 | JMF | FF | Review schedules and SOFAs. | 1.40 | 750.00 | $1,050.00 |
| 11/06/2015 | JMF | FF | Review Global notes to schedules. | 0.30 | 750.00 | $225.00 |
| 11/08/2015 | JNP | FF | Review and respond to emails regarding filing of schedules and statements. | 0.20 | 895.00 | $179.00 |
| 11/08/2015 | MRS | FF | Emails from and to Jeff Pomerantz and Patricia Jefferies re: finalizing schedules and statements | 0.20 | 675.00 | $135.00 |
| 11/08/2015 | MRS | FF | Review Baker comments on schedules and statements | 0.30 | 675.00 | $202.50 |
| 11/09/2015 | MRS | FF | Review finalized schedules and SOFAs for all debtors | 1.40 | 675.00 | $945.00 |
| 11/09/2015 | MRS | FF | Emails from and to Patricia Jefferies re: SOFAs and Schedules | 0.10 | 675.00 | $67.50 |
| 11/09/2015 | MRS | FF | Coordinate filing of schedules and SOFAs | 0.50 | 675.00 | $337.50 |
| 11/09/2015 | MRS | FF | Emails from and to Angela Nguyen re: schedules and bar date issues | 0.10 | 675.00 | $67.50 |
| 11/09/2015 | PJJ | FF | Export schedule data for KCC. | 0.20 | 305.00 | $61.00 |
| 11/10/2015 | MRS | FF | Emails from and to clerk's office re: corrected filings of schedules and SOFAs | 0.40 | 675.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    15
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2015 | MRS | FF | Discussion with Richard Kennedy re: MORs | 0.30 | 675.00 | $202.50 |
| 11/10/2015 | MRS | FF | Emails to and from Patricia Jeffries re: matrix and schedules issues | 0.10 | 675.00 | $67.50 |
| 11/10/2015 | MRS | FF | Email to Jeff Pomerantz re: action items from 341 hearing re: schedules | 0.30 | 675.00 | $202.50 |
| 11/11/2015 | MRS | FF | Emails from and to Jeff Pomerantz and to Linda Casey re: 341 action items from schedules | 0.30 | 675.00 | $202.50 |
| 11/12/2015 | JNP | FF | Conference with M. Warner regarding schedules; Review and respond to email regarding same. | 0.20 | 895.00 | $179.00 |
| 11/12/2015 | JMF | FF | Review additional SOFA materials re 341(a) meeting. | 0.30 | 750.00 | $225.00 |
| 11/13/2015 | MRS | FF | Call from and email to Josh Fried re: initial report | 0.10 | 675.00 | $67.50 |
| | | | | **29.60** | | **$19,340.00** |

## Financing [B230]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2015 | JNP | FN | Review and respond to emails regarding windown budget. | 0.10 | 895.00 | $89.50 |
| 11/10/2015 | PJJ | FN | Prepare letter to US Trustee re opening of bid deposit account. | 0.20 | 305.00 | $61.00 |
| 11/13/2015 | JNP | FN | Review and respond to email from L. Kendall regarding windown budgets. | 0.10 | 895.00 | $89.50 |
| 11/13/2015 | JNP | FN | Analyze fees in light of budget and carve out. | 0.20 | 895.00 | $179.00 |
| 11/13/2015 | PJJ | FN | Extract prepaid deposits and retainers for L. Kendall. | 0.30 | 305.00 | $91.50 |
| 11/13/2015 | JMF | FN | Draft Chart re budget fee through January 2016 re windown budget. | 0.40 | 750.00 | $300.00 |
| 11/13/2015 | JMF | FN | Draft summary of professional re fees budget issues. | 1.30 | 750.00 | $975.00 |
| 11/16/2015 | JMF | FN | Review November estimates for debtors re winddown budget. | 0.40 | 750.00 | $300.00 |
| 11/16/2015 | JMF | FN | Draft email to J.N. Pomerantz re same re winddown. | 0.30 | 750.00 | $225.00 |
| 11/16/2015 | JMF | FN | Review DIP and CC Budgets re winddown. | 0.30 | 750.00 | $225.00 |
| 11/19/2015 | JMF | FN | Review winddown budget. | 0.40 | 750.00 | $300.00 |
| | | | | **4.00** | | **$2,835.50** |

## General Business Advice [B410]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2015 | MRS | GB | Emails from and to Jeff Pomerantz re: cash management issues and shared services | 0.20 | 675.00 | $135.00 |
| 11/09/2015 | JMF | GB | Analyze issues re Amazon receivables. | 0.30 | 750.00 | $225.00 |
| | | | | **0.50** | | **$360.00** |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    16
Invoice 111597
November 30, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2015 | JMF | GC | Review Committee order re confidential information and emails re same. | 0.30 | 750.00 | $225.00 |
| 11/03/2015 | JMF | GC | Review committee document requests. | 0.30 | 750.00 | $225.00 |
| 11/04/2015 | JMF | GC | Email E. Chafetz comments re 1102 order. | 0.10 | 750.00 | $75.00 |
| 11/16/2015 | MRS | GC | Emails from committee counsel and to Kathe Finlayson re: forms of committee orders | 0.10 | 675.00 | $67.50 |
| 11/17/2015 | JMF | GC | Review certificate of counsel re 1102 order and order. | 0.20 | 750.00 | $150.00 |
| | | | | 1.00 | | $742.50 |

### Hearing

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/04/2015 | MRS | HE | Attend 11/4 hearing and present resolved issues | 0.90 | 675.00 | $607.50 |
| 11/04/2015 | MRS | HE | Emails from and to Josh Fried re: hearing results | 0.10 | 675.00 | $67.50 |
| | | | | 1.00 | | $675.00 |

### Insurance Coverage

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2015 | IAWN | IC | Telephone conference with Jeffrey N Pomerantz re medical insurance run-off issue (.2); analyze actuarial study and attachments 1.3 | 1.50 | 850.00 | $1,275.00 |
| 11/16/2015 | IAWN | IC | Prepare for and attend call with client and experts re JBNR run-off (2.0); analyze study (.8); exchange emails with experts re questions about study (.4); draft and send analysis of study to Jeffrey N Pomerantz (.9). | 4.10 | 850.00 | $3,485.00 |
| 11/17/2015 | IAWN | IC | Exchange emails and telephone call with Jeffrey N Pomerantz re stop loss policy | 0.10 | 850.00 | $85.00 |
| 11/18/2015 | IAWN | IC | Exchange emails with client (.1), review additional policies submitted (1.2); exchange emails with client re same (.1) | 1.40 | 850.00 | $1,190.00 |
| 11/19/2015 | IAWN | IC | Exchange emails with Fried re CNA policy (.1); exchange telephone calls with Young re CNA policy (.1) | 0.20 | 850.00 | $170.00 |
| | | | | 7.30 | | $6,205.00 |

### Meeting of Creditors [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2015 | JNP | MC | Meeting with Aurora in advance of 341(a) meeting. | 0.50 | 895.00 | $447.50 |
| 11/10/2015 | JNP | MC | Participate in 341(a) meeting. | 1.50 | 895.00 | $1,342.50 |
| 11/10/2015 | JNP | MC | Review and respond to Michael R. Seidl regarding email regarding 341(a); Follow-up and email to M. | 0.20 | 895.00 | $179.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    17
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Fayhee and K. Baxter regarding same. | | | |
| 11/10/2015 | MRS | MC | Post-341 discussions with Jeff Pomerantz, Dave Baker, Laura Kendall, and Richard Kennedy re: various case issues | 0.30 | 675.00 | $202.50 |
| 11/10/2015 | MRS | MC | Prepare for 341 meeting | 0.50 | 675.00 | $337.50 |
| 11/10/2015 | MRS | MC | Attend 341 meeting with Jeff Pomerantz, Dave Baker, Laura Kendall, and Richard Kennedy | 1.20 | 675.00 | $810.00 |
| 11/10/2015 | JMF | MC | Review issues re 341(a) document follow up. | 0.20 | 750.00 | $150.00 |
| 11/13/2015 | MRS | MC | Emails from Jeff Pomerantz and to Linda Casey re: additional documents requested at 341 meeting | 0.20 | 675.00 | $135.00 |
| | | | | 4.60 | | $3,604.00 |

### Non-Working Travel

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2015 | JNP | NT | Travel to Philadelphia. [Billed at 1/2 rate] | 2.70 | 895.00 | $2,416.50 |
| 11/06/2015 | JNP | NT | Travel from Philadelphia to Los Angeles. [Billed at 1/2 rate] | 7.50 | 895.00 | $6,712.50 |
| 11/09/2015 | JNP | NT | Travel to Delaware for meeting of creditors. [Billed at 1/2 rate] | 9.20 | 895.00 | $8,234.00 |
| 11/10/2015 | JNP | NT | Travel from Delaware to Los Angeles.  [Billed at 1/2 rate] | 8.70 | 895.00 | $7,786.50 |
| | | | | 28.10 | | $25,149.50 |

### Operations [B210]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2015 | JNP | OP | Email regarding shared services with affiliates. | 0.10 | 895.00 | $89.50 |
| 11/02/2015 | MRS | OP | Revise cash management order | 0.30 | 675.00 | $202.50 |
| 11/02/2015 | MRS | OP | Call from Rich Fleissner re: utility account; emails re: same; emails from and to Diane Giordano re: same | 0.20 | 675.00 | $135.00 |
| 11/03/2015 | MRS | OP | Review revised cash management order from OUST; email to Josh Fried re: same | 0.20 | 675.00 | $135.00 |
| 11/03/2015 | MRS | OP | Further revise and finalize cash management order; emails from and to Linda Casey re: same | 0.30 | 675.00 | $202.50 |
| 11/10/2015 | MRS | OP | Email to Jeff Pomerantz and Josh Fried re: cash management and new trust account | 0.10 | 675.00 | $67.50 |
| | | | | 1.20 | | $832.00 |

### Retention of Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2015 | MRS | RP | Emails from and to Josh Fried re: Aurora retention issues | 0.20 | 675.00 | $135.00 |
| 11/01/2015 | MRS | RP | Emails from and to Jeff Pomerantz re: OCP issues | 0.10 | 675.00 | $67.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    18
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2015 | MRS | RP | Review issues and revise Piper retention order; emails from and to Josh Fried re: same | 0.70 | 675.00 | $472.50 |
| 11/01/2015 | MRS | RP | Revise Hilco retention order; email to David Peress re: same | 0.50 | 675.00 | $337.50 |
| 11/01/2015 | MRS | RP | Revise OCP order; email to Jeff Pomerantz and Josh Fried re: same | 0.40 | 675.00 | $270.00 |
| 11/01/2015 | MRS | RP | Review issues and email to jeff Pomerantz re: PSZJ retention issues | 0.30 | 675.00 | $202.50 |
| 11/01/2015 | JMF | RP | Draft Stratton declaration. | 0.30 | 750.00 | $225.00 |
| 11/01/2015 | JMF | RP | Draft Supplemental Baker declaration. | 0.30 | 750.00 | $225.00 |
| 11/02/2015 | JNP | RP | Conference with B. Walker regarding Aurora retention issues. | 0.20 | 895.00 | $179.00 |
| 11/02/2015 | JNP | RP | Conference with P. Schwab regarding Piper Jaffrey retention issues; Review emails regarding same. | 0.20 | 895.00 | $179.00 |
| 11/02/2015 | JNP | RP | Conference with Michael R. Seidl regarding retention issues. | 0.10 | 895.00 | $89.50 |
| 11/02/2015 | KFF | RP | E-file Supplemental Declaration of Teri Stratton in Support of Retention of Piper Jaffray | 0.20 | 305.00 | $61.00 |
| 11/02/2015 | MRS | RP | Revise OCP order | 0.20 | 675.00 | $135.00 |
| 11/02/2015 | MRS | RP | Call from Jeff Pomerantz re: Aurora retention issues | 0.20 | 675.00 | $135.00 |
| 11/02/2015 | MRS | RP | Emails from and to Josh Fried and to Teri Stratton re: Piper retention issues | 0.20 | 675.00 | $135.00 |
| 11/02/2015 | MRS | RP | Email to Linda Casey re: revised OCP order and Piper issues | 0.20 | 675.00 | $135.00 |
| 11/02/2015 | MRS | RP | Coordinate filing of supplemental Stratton declaration for Piper retention application; email to Linda Casey re: same | 0.20 | 675.00 | $135.00 |
| 11/02/2015 | MRS | RP | Review revised Aurora retention order; emails from and to Jeff Pomerantz re: same | 0.40 | 675.00 | $270.00 |
| 11/02/2015 | MRS | RP | Revise Aurora retention order; email to Linda Casey re: same | 0.30 | 675.00 | $202.50 |
| 11/02/2015 | MRS | RP | Further revise Hilco order; emails from and to David Peress re: same | 0.30 | 675.00 | $202.50 |
| 11/02/2015 | JMF | RP | Draft Supplemental Baker declaration. | 0.30 | 750.00 | $225.00 |
| 11/03/2015 | JNP | RP | Emails regarding resolution of pending retention issues. | 0.20 | 895.00 | $179.00 |
| 11/03/2015 | MRS | RP | Email to Teri Stratton re: Piper retention order | 0.10 | 675.00 | $67.50 |
| 11/03/2015 | MRS | RP | Call to Teri Stratton re: Piper retention order | 0.20 | 675.00 | $135.00 |
| 11/03/2015 | MRS | RP | Revise Piper retention order | 0.10 | 675.00 | $67.50 |
| 11/03/2015 | MRS | RP | Review OUST comments to Aurora order; email to Bruce Walker re: same | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    19
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2015 | MRS | RP | Further revise Aurora retention order; emails from and to Bruce Walker and Linda Casey re: same | 0.30 | 675.00 | $202.50 |
| 11/03/2015 | JMF | RP | Review Blank Rome (.3) and Lowenstein retention applications (.3). | 0.60 | 750.00 | $450.00 |
| 11/04/2015 | KFF | RP | E-file Supplemental Declaration of David Baker in Support of Application to Retain PSZJ, including submitting to counsel at hearing | 0.40 | 305.00 | $122.00 |
| 11/04/2015 | MRS | RP | Coordinate filing and service of supplemental Baker declaration | 0.20 | 675.00 | $135.00 |
| 11/05/2015 | JMF | RP | Internal emails re Eisch retention application. | 0.20 | 750.00 | $150.00 |
| 11/06/2015 | PJJ | RP | Draft Ordinary Course Professional Disclosure Affidavit. | 0.30 | 305.00 | $91.50 |
| 11/06/2015 | JMF | RP | Review OCP motion and declaration re same. | 0.30 | 750.00 | $225.00 |
| 11/09/2015 | JMF | RP | Review motion OCP declaration. | 0.30 | 750.00 | $225.00 |
| 11/09/2015 | JMF | RP | Review Eisch engagement and internal emails re same. | 0.30 | 750.00 | $225.00 |
| 11/10/2015 | MRS | RP | Review Katten OCP declaration; emails from and to Josh Fried re: same | 0.30 | 675.00 | $202.50 |
| 11/10/2015 | JMF | RP | Internal emails re Eisch retention. | 0.20 | 750.00 | $150.00 |
| 11/11/2015 | JMF | RP | Draft Katten OCP declaration. | 0.30 | 750.00 | $225.00 |
| 11/16/2015 | MRS | RP | Emails from and to Josh Fried and to Kathe Finlayson re: filing and service of Katten OCP declaration | 0.10 | 675.00 | $67.50 |
| 11/16/2015 | MRS | RP | Review Eisch retention application; emails from and to Josh Fried and Cia Mackle re: same | 0.90 | 675.00 | $607.50 |
| 11/16/2015 | JMF | RP | Review J. Eisch application (.4); internal emails re same (.4). | 0.80 | 750.00 | $600.00 |
| 11/17/2015 | KFF | RP | E-file and coordinate service regarding Application to Retain J. Eisch & Associates as Accountants | 0.40 | 305.00 | $122.00 |
| 11/17/2015 | MRS | RP | Emails from and to Josh Fried re: Eisch retention application | 0.10 | 675.00 | $67.50 |
| 11/17/2015 | MRS | RP | Review, revise, and finalize Eisch retention application | 0.60 | 675.00 | $405.00 |
| 11/17/2015 | MRS | RP | Draft notice of Eisch retention application | 0.10 | 675.00 | $67.50 |
| 11/17/2015 | MRS | RP | Coordinate filing and service of Eisch retention application | 0.20 | 675.00 | $135.00 |
| 11/17/2015 | JMF | RP | Review final Eisch application. | 0.40 | 750.00 | $300.00 |
| 11/19/2015 | JMF | RP | Internal emails re Katten OCP issues. | 0.20 | 750.00 | $150.00 |
| 11/30/2015 | JNP | RP | Review and respond to emails regarding Sheppard Mullin declaration. | 0.10 | 895.00 | $89.50 |
| 11/30/2015 | MRS | RP | Emails from and to Josh Fried and Jeff Pomerantz | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    20
Invoice 111597
November 30, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | and Max Litvak re: OCP decs and Katten | | | |
| 11/30/2015 | MRS | RP | Review Latham OCP declaration; emails from and to Josh Fried re: same | 0.30 | 675.00 | $202.50 |
| 11/30/2015 | MRS | RP | Review Sheppard Mullin OCP disclosure; email to Max Litvak re: same | 0.30 | 675.00 | $202.50 |
| 11/30/2015 | MRS | RP | Call from Josh Fried re: OCP declarations | 0.20 | 675.00 | $135.00 |
| 11/30/2015 | MRS | RP | Draft Aurora withdrawal letter re: Lightstar | 0.20 | 675.00 | $135.00 |
| 11/30/2015 | MRS | RP | Email to Jeff Pomerantz re: PSZJ and Aurora LightStar withdrawals | 0.20 | 675.00 | $135.00 |
| 11/30/2015 | MRS | RP | Draft PSZJ withdrawal re: Lightstar | 0.20 | 675.00 | $135.00 |
| 11/30/2015 | MBL | RP | Emails with team re Sheppard declaration; review same. | 0.20 | 795.00 | $159.00 |
| 11/30/2015 | JMF | RP | Review Latham Affidavit and edit same. | 0.30 | 750.00 | $225.00 |
| 11/30/2015 | JMF | RP | Telephone calls with P. Winik (.1) and M. Seidl (.1) re Latham Affidavit. | 0.20 | 750.00 | $150.00 |
| 11/30/2015 | JMF | RP | Review Katten OCP declaration. | 0.20 | 750.00 | $150.00 |
| 11/30/2015 | JMF | RP | Review OCP order and motion. | 0.20 | 750.00 | $150.00 |
| | | | | **16.90** | | **$11,531.50** |

**Tax Issues [B240]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2015 | JNP | TI | Emails with Maxim B. Litvak regarding personal property tax issues. | 0.20 | 895.00 | $179.00 |
| | | | | **0.20** | | **$179.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$113,510.50**

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    21
Invoice 111597
November 30, 2015

## Expenses

| Date | Type | Description | Amount |
|---|---|---|---|
| 10/05/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 2.89 |
| 10/06/2015 | CC | Conference Call [E105] AT&T Conference Call, JMF | 1.10 |
| 10/13/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 7.42 |
| 10/21/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 3.32 |
| 10/23/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 0.97 |
| 10/23/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 7.32 |
| 10/25/2015 | CC | Conference Call [E105] AT&T Conference Call, MBL | 17.08 |
| 11/02/2015 | RE | ( 99 @0.10 PER PG) | 9.90 |
| 11/03/2015 | RE | ( 152 @0.10 PER PG) | 15.20 |
| 11/03/2015 | RE | ( 568 @0.10 PER PG) | 56.80 |
| 11/03/2015 | TE | Travel Expense [E110] GoGoAir, inflight internet service, MBL | 26.95 |
| 11/04/2015 | BM | Business Meal [E111] Starbucks, Working Meal, JNP | 12.54 |
| 11/04/2015 | RE | ( 160 @0.10 PER PG) | 16.00 |
| 11/04/2015 | RE | ( 190 @0.10 PER PG) | 19.00 |
| 11/04/2015 | RE | ( 160 @0.10 PER PG) | 16.00 |
| 11/04/2015 | RE | ( 60 @0.10 PER PG) | 6.00 |
| 11/04/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/04/2015 | TE | Travel Expense [E110] GoGoAir, inflight internet service, MBL | 31.95 |
| 11/04/2015 | TE | Travel Expense [E110] Plate pass Hertz Toll Fee, P. Jeffries | 25.18 |
| 11/05/2015 | AP | SFO Parking Lot, MBL | 72.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    22
Invoice 111597
November 30, 2015

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 11/05/2015 | HT | Hotel Expense [E110] Hotel Dupont-DE, 1 night, MBL | 379.10 |
| 11/05/2015 | HT | Hotel Expense [E110] Hotel DuPont 11/03/15-11/04/15, 1 night, JNP | 387.64 |
| 11/05/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/05/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/05/2015 | TE | Travel Expense [E110] Freedom, JNP | 11.06 |
| 11/06/2015 | AF | Air Fare [E110] American Airlines, Tkt 00176940557754, SF/Philly/SF, MBL | 3,189.20 |
| 11/06/2015 | BM | Business Meal [E111] Stabucks, Working Meal, JNP | 8.96 |
| 11/06/2015 | TE | Travel Expense [E110] Travel Agency Fee, MBL | 50.00 |
| 11/07/2015 | AP | Los Angeles Airport Parking, JNP | 126.42 |
| 11/08/2015 | TE | Travel Expense [E110] American Airlines Inflight incidentals, MBL | 6.99 |
| 11/09/2015 | AF | Air Fare [E110] Delta Airlines, Tkt. 00676421586643, From DFW to ATL, From ATL to PHL, Full fare coach, JNP | 1,264.00 |
| 11/09/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 11/09/2015 | TE | Travel Expense [E110] Travel Agency Service Fee, JNP | 60.00 |
| 11/10/2015 | BM | Business Meal [E111] Fly Burger, Working Meal, JNP | 25.53 |
| 11/10/2015 | BM | Business Meal [E111] Starbucks, Working Meal, JNP | 4.33 |
| 11/11/2015 | AP | Los Angeles Airport Parking, JNP | 89.53 |
| 11/11/2015 | BM | Business Meal [E111] Legal Seafood, Working Meal, JNP | 78.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    23
Invoice 111597
November 30, 2015

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 11/11/2015 | HT | Hotel Expense [E110] Hotel DuPont, 11/09/15-11/10/15, 1 night, JNP | 410.90 |
| 11/12/2015 | AF | Air Fare [E110] American Airlines, Tkt. 00176421586633, From PHL to LAX, JNP | 94.52 |
| 11/12/2015 | AT | Auto Travel Expense [E109] KLS Transportation Services, From PHL to PSZJ, JNP | 169.00 |
| 11/13/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/13/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/13/2015 | RE2 | SCAN/COPY ( 152 @0.10 PER PG) | 15.20 |
| 11/13/2015 | RE2 | SCAN/COPY ( 142 @0.10 PER PG) | 14.20 |
| 11/13/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/16/2015 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | 7.20 |
| 11/16/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/16/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 11/16/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/17/2015 | AT | Auto Travel Expense [E109] Verifone Taxi Company, JNP | 63.20 |
| 11/17/2015 | BM | Business Meal [E111] Chelsea Tavern, Working Meal, JNP | 477.60 |
| 11/17/2015 | BM | Business Meal [E111] Starbucks, Working Meal, JNP | 10.63 |
| 11/17/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 11/17/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/17/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 11/17/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/17/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821   00005

Page:   24
Invoice 111597
November 30, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/17/2015 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/17/2015 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/17/2015 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 11/17/2015 | RE2 | SCAN/COPY ( 132 @0.10 PER PG) | 13.20 |
| 11/19/2015 | BM | Business Meal [E111] Cucina Lolo, Working Meal, JNP | 1,312.40 |
| 11/20/2015 | BM | Business Meal [E111] Chelsea Tavern, Working Meal, JNP | 120.00 |
| 11/20/2015 | HT | Hotel Expense [E110] Hotel DuPont, 11/16/15-11/19/15, 3 nights, JNP | 1,241.44 |
| 11/20/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/20/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/21/2015 | BM | Business Meal [E111] Starbucks, Working Meal, JNP | 13.34 |
| 11/22/2015 | AT | Auto Travel Expense [E109] Amtrak, Tkt. 325604554335, From New York to Wilmington, JNP | 145.00 |
| 11/22/2015 | RE2 | SCAN/COPY ( 80 @0.10 PER PG) | 8.00 |
| 11/23/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 11/24/2015 | AP | Los Angeles Airport Parking, JNP | 268.99 |
| 11/24/2015 | BM | Business Meal [E111] Legal Seafood, Working Meal, JNP | 84.27 |
| 11/24/2015 | HT | Hotel Expense [E110] Hotel DuPont, 11/22/15-11/23/15, 1 night, JNP | 365.09 |
| 11/25/2015 | AP | Los Angeles Airport Parking, JNP | 5.00 |
| 11/30/2015 | PAC | Pacer - Court Research | 17.90 |

**Total Expenses for this Matter**          **$10,942.86**