IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) | Case No. 15-12080 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Ricardo Tejeda Romero, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On December 30, 2015, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**; and via Electronic Mail upon the service lists attached hereto as **Exhibit D** and **Exhibit E**:

- **Motion of Debtors Outdoor Direct Corporation f/k/a The Brinkmann Corporation and Malibu Lighting Corporation for Order: (A) Approving Bidding Procedures and Bidding Protections for the Auction of Debtors Inventory, Including Break-Up Fee and Expense Reimbursement, (B) Scheduling an Auction and Sale Hearing, and (C) Granting Related Relief** [Docket No. 343]

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are:  Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; LightStar Corporation (4947); National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Shop Corporation (9938); and Stubbs Collections, Inc. (6615).  The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

- **Motion of Debtors Outdoor Direct Corporation f/k/a The Brinkmann Corporation and Malibu Lighting Corporation for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of the Debtors Inventory; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); and (C) Granting Related Relief** [Docket No. 344]

Dated: January 5, 2016

_____
Ricardo Tejeda Romero

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th day of January, 2016, by Ricardo Tejeda Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019

# Exhibit A

Exhibit A
Core 2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| (Counsel for R.A. Brands, L.L.C.) | Bifferato LLC | Ian Connor Bifferato & Thomas F Driscoll III | 800 N. King St. Plaza Level | | | Wilmington | DE | 19801 | |
| (Proposed Delaware Counsel to the Official Committee of Unsecured Creditors) | Blank Rome LLP | Bonnie Glantz Fatell, Esq. & Victoria A. Guilfoyle, Esq. | 1201 Market Street, Suite 800 | | | Wilmington | DE | 19801 | |
| (Counsel for Bank of America, N.A.) | Bryan Cave LLP | Brian C. Walsh, Esq | One Metropolitan Square | 211 North Broadway, Suite 3600 | | St. Louis | MO | 63102-2750 | |
| (Counsel for Bank of America, N.A.) | Bryan Cave LLP | Robert J. Miller, Esq | Two North Central Avenue, Suite 2200 | | | Phoenix | AZ | 85004-4406 | |
| (Counsel for Comerica Bank) | Buchanan Ingersoll & Rooney PC | Peter J. Duhig, Esq | 919 North Market Street, Suite 1500 | | | Wilmington | DE | 19801 | |
| (Counsel for Bank of America, N.A.) | Buchanan Ingersoll & Rooney, PC | Kathleen A. Murphy, Esq | 919 North Market Street, Suite 1500 | | | Wilmington | DE | 19801 | |
| (Counsel for All State Ins Co) | Cozen O Connor | Zachary V Renegar | 301 South College St Suite 2100 | | | Charlotte | NC | 28202 | |
| (DE Attorney General) | Delaware Department of Justice | Matthew P. Denn, Esquire | Carvel State Office Building, 5th Floor | 820 N. French Street | | Wilmington | DE | 19801 | |
| (US DOJ) | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| (DE State Treasury) | Delaware State Treasury | | 820 Silver Lake Boulevard, Suite 100 | | | Dover | DE | 19904 | |
| (Official Committee of Unsecured Creditors) | Fibertex Corporation | Attn: Ernest Elias | 1345 Queen Anne Rd. | | | Teaneck | NJ | 07666 | |
| (Counsel for Shanghai Hailian Electric Tool) | Fox Rothschild LLP | John H. Strock, Esq. | 919 N. Market Street, Suite 1300 | | | Wilmington | DE | 19801-3046 | |
| (Counsel for Lee, Matthew & Young) | Godosky & Gentile, P.C. | Pasquale V. Vairo, Esquire | 61 Broadway, 20th Floor | | | New York | NY | 10006 | |
| (Counsel for AAA) | Grunsky, Ebey, Farrar & Howell | Kate E. Collins, Esquire | 240 Westgate Drive | | | Watsonville | CA | 95076 | |
| (Counsel for Ronald P. Glombowski) | Hornsby Watson Hornsby Blackwell | Ralph Wayne Hornsby, Jr. | 1110 Gleneagles Drive | | | Huntsville | AL | 35801 | |
| (IRS) | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| (Counsel for Comerica Bank) | Jackson Walker, L.L.P. | Bruce J. Ruzinsky, Esq & Matthew D. Cavenaugh, Esq | 1401 McKinney Street, Suite 1900 | | | Houston | TX | 77010 | |
| (Counsel for Shanghai Hailian Electric Tool) | James S. Brouner, Esq | | 12770 Coit Road, Suite 541 | | | Dallas | TX | 75251 | |
| (Counsel for Zhejiang Era Solar Technology) | JOSEPH & BROWN, LTD. | DON A. LEVITON | 2550 WEST GOLF ROAD, STE. 300 | | | ROLLING MEADOWS | IL | 60008 | |
| (Counsel for Dallas County) | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2777 N. Stemmons Freeway Suite 1000 | | | Dallas | TX | 75207 | |
| (Counsel for Shanghai Hailian Electric Tools Co Ltd) | Lloyd Ward & Associates | | 12655 N. Central Expressway, Suite 1000 | | | Dallas | TX | 75243 | |
| (Counsel to Columbia Casualty Company, Continental Insurance Company, and all of their various affiliates) | Locke Lord LLP | Jonathan W. Young & Michael B. Kind | 111 S. Wacker Drive | | | Chicago | IL | 60606 | |
| (Proposed Counsel to the Official Committee of Unsecured Creditors) | Lowenstein Sandler LLP | Kenneth A. Rosen, Esq. & Sharon L. Levine, Esq. | 65 Livingston Avenue | | | Roseland | NJ | 07068 | |
| (Official Committee of Unsecured Creditors) | Matthew Lee | | 325 North End Ave. No 141 | | | New York | NY | 10282 | |
| (Counsel for R.A. Brands, L.L.C.) | Maynard Cooper & Gale PC | Kevin C. Gray, Esq. | 655 Gallatin Street | | | Huntsville | AL | 35801 | |
| (Attorneys for Claimant, The County of Henderson, Texas) | McCreary, Veselka, Bragg & Allen, PC | Lee Gordon | PO Box 1269 | | | Round Rock | TX | 78680 | |
| (Interested Party) | Michael Bazley AX6869 | | DVI PO Box 20 | | | Tracy | CA | 95378-0600 | |
| (Attorney for Department of Revenue) | Missouri Department of Revenue | Attn Sheryl L. Moreau | PO Box 475 | Bankruptcy Unit | | Jefferson City | MO | 65105-0475 | |
| (Attorneys for The Home Depot U.S.A., Inc.) | Norton Rose Fulbright US LLP | Louis R. Strubeck, Jr., & Liz Boydston | 2200 Ross Avenue, Suite 3600 | | | Dallas | TX | 75201 | |
| (SEC Headquarters) | Office of General Counsel | Securities & Exchange Commission | 100 F Street, NE | | | Washington | DC | 20554 | |

In re Malibu Lighting Corporation
Case No. 15-12080 (KG)

Page 1 of 2

Exhibit A
Core 2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| (US Dept of the Treasury) | Office of General Counsel | U.S. Department of the Treasury | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 | |
| (PBGC) | Office of the Chief Counsel | Pension Benefit Guaranty Corporation | 1200 K Street, NW | | | Washington | DC | 20005 | |
| (United States Trustee for District of DE) | Office of the United States Trustee | Linda Casey, Esquire | J. Caleb Boggs Federal Building, Suite 2207 | 844 King Street | Lockbox 35 | Wilmington | DE | 19801 | |
| (United Stated Attorney General) | Office of the US Attorney General | Eric H. Holder, Jr., Esquire | U.S. Department of Justice | 950 Pennsylvania Avenue, NW, Room 4400 | | Washington | DC | 20530-0001 | |
| (Attorneys for Central Garden & Pet Company, Interested Party) | Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr. | 405 Howard Street | The Orrick Building | | San Francisco | CA | 94105 | |
| (Official Committee of Unsecured Creditors) | Pratt Industries, Inc. | Attn: Al Fennell | 1800-C Sarasota Business Pkwy. | | | Conyers | GA | 30013 | |
| (Purchaser) | Renovo Capital, LLC | Don Jungerman | 14241 Dallas Parkway, Suite 475 | | | Dallas | TX | 75254 | |
| (Attorneys for The Home Depot U.S.A., Inc.) | Richards, Layton & Finger | John H. Knight | 920 North King Street | | | Wilmington | DE | 19801 | |
| (DE Secretary of State) | Secretary of State | Division of Corporations - Franchise Tax | John G. Townsend Building, Suite 4 | 401 Federal Street | | Dover | DE | 19901 | |
| (Official Committee of Unsecured Creditors) | Shanghai Hazlian Electric Tools Co. | Attn: Yuecun He | o.50 Caoli Rd., Fengjing Town | Jinshan District | | Shanghai | | | China |
| (SEC) | Sharon Binger, Regional Director | Philadelphia Regional Office | Securities & Exchange Commission | One Penn Center, Suite 520 | 1617 JFK Boulevard | Philadelphia | PA | 19103 | |
| (Counsel to Scott Equipment Company, LLC) | Snellings, Breard, Sartor, Inabnett & Trascher, LLP | Mr. Guy Campbell III | 1503 N 19th St | PO Box 2055 | | Monroe | LA | 71201 | |
| (State of Texas) | State of Texas | Jay W. Hurst Asst Attorney General | Bankruptcy & Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | |
| (Official Committee of Unsecured Creditors) | Stein Fibers Ltd. | Attn: Allen K. Greenberg | 4 Computer Dr. W. Ste. 200 | | | Albany | NY | 12205 | |
| (Attorneys for Joyfaith Enterprises) | Stevens & Lee PC | John D. Demmy | 919 North Market Street, Suite 1300 | | | Wilmington | DE | 19801 | |
| (Attorneys for Joyfaith Enterprises) | Stevens & Lee PC | Leonard P. Goldberger | 620 Freedom Business Center | Suite 200 | | King of Prussia | PA | 19406 | |
| (Counsel to Columbia Casualty Company, Continental Insurance Company, and all of their various affiliates) | Sullivan Hazeltine Allinson LLC | Elihu E. Allinson III | 901 North Market St | Suite 1300 | | Wilmington | DE | 19801 | |
| (Purchaser) | Summit Investment Management LLC | David O'Halloran | 1700 Lincoln Street, Suite 2150 | Wells Fargo Center | | Denver | CO | 80203 | |
| (United States Attorney) | United States Attorney's Office | District of Delaware | Charles Oberly, Esquire | c/o Ellen W. Slights, Esquire | 1007 N. Orange Street, Suite 700 | Wilmington | DE | 19801 | |
| (Office of the General Counsel US International Trade Commission) | US International Trade Commission | Cathy Chen | 500 E Street, SW | | | Washington | DC | 20436 | |
| (Attorney for Toyota Industries Commercial Finance, Inc.) | Weltman, Weinberg & Reis Co., L.P.A. | Scott D. Fink | 323 W. Lakeside Avenue | | | Cleveland | OH | 44113-1099 | |
| (DE Division of Revenue) | Zillah A. Frampton | Bankruptcy Administrator | Delaware Division of Revenue | Carvel State Office Building, 8th Floor | 820 N. French Street | Wilmington | DE | 19801 | |

In re Malibu Lighting Corporation
Case No. 15-12080 (KG)

# Exhibit B

**Exhibit B**

Lienholder Service List

Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| BANK OF AMERICA, N.A., AS AGENT | Attn Officer or Director | 901 MAIN STREET, 10TH FLOOR | | DALLAS | TX | 75202 |
| CISCO SYSTEMS CAPITAL CORPORATION | Attn Officer or Director | 170 W. TASMAN DRIVE MS SJ13-3 | | SAN JOSE | CA | 95134 |
| CISCO SYSTEMS CAPITAL CORPORATION | Attn Officer or Director | P O BOX 742927 | | LOS ANGELES | CA | 90074-2927 |
| CIT FINANCE LLC | Attn Officer or Director | 10201 CENTURION PARKWAY NORTH, SUITE 100 | | JACKSONVILLE | FL | 32256 |
| Comerica Bank | Attn Officer or Director | 39200 Six Mile Rd. | MC 7578 | LIVONIA | MI | 48152 |
| COMERICA BANK SUCCESSOR BY MERGER WITH COMERICA BANK-TEXAS | Attn Officer or Director | P O BOX 650282 MAIL CODE 6514 | | DALLAS | TX | 75265 |
| Comerica Bank - Texas | Attn Officer or Director | 1909 Woodall Rodgers Fwy | | Dallas, | TX | 75291 |
| COMERICA BANK-TEXAS, AS AGENT | Attn Officer or Director | P O BOX 650282 | | DALLAS | TX | 75265 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | Attn Officer or Director | 1111 OLD EAGLE SCHOOL RD | | WAYNE | PA | 19087 |
| FIRST WESTERN BANK & TRUST DBA ALL LINES LEASING | Attn Officer or Director | 100 PRAIRIE CENTER DRIVE | | EDEN PRAIRIE | MN | 55344 |
| IBM CREDIT LLC | Attn Officer or Director | 1 NORTH CASTLE DRIVE | | ARMONK | NY | 10504 |
| MAHINDRA FINANCE USA LLC | Attn Officer or Director | P O BOX 2000 | | JOHNSTON | IA | 50131 |
| NISSAN MOTOR ACCEPTANCE CORPORATION | Attn Officer or Director | 8900 FREEPORT PARKWAY | | IRVING | TX | 75063 |
| NMHG FINANCIAL SERVICES, INC. | Attn Officer or Director | 44 OLD RIDGEBURY ROAD | | DANBURY | CT | 06810 |
| WELLS FARGO BANK, N.A. | Attn Officer or Director | 300 TRI-STATE INTERNATIONAL STE 400 | | LINCOLNSHIRE | IL | 60069 |
| XEROX FINANCIAL SERVICES | Attn Officer or Director | 45 GLOVER AVE. | | NORWALK | CT | 06856 |

# Exhibit C

**Exhibit C**

Interested Parties Service List
Served via First Class Mail


**[Names and addresses of the list of Interested Parties have been redacted for confidentiality.]**

# Exhibit D

**Exhibit D**
Core 2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| (Counsel for R.A. Brands, L.L.C.) | Bifferato LLC | Ian Connor Bifferato & Thomas F Driscoll III | cbifferato@bifferato.com tdriscoll@bifferato.com |
| (Proposed Delaware Counsel to the Official Committee of Unsecured Creditors) | Blank Rome LLP | Bonnie Glantz Fatell, Esq. & Victoria A. Guilfoyle, Esq. | Fatell@BlankRome.com Guilfoyle@BlankRome.com |
| (Counsel for Bank of America, N.A.) | Bryan Cave LLP | Brian C. Walsh, Esq | brian.walsh@bryancave.com |
| (Counsel for Bank of America, N.A.) | Bryan Cave LLP | Robert J. Miller, Esq | rjmiller@bryancave.com |
| (Counsel for Comerica Bank) | Buchanan Ingersoll & Rooney PC | Peter J. Duhig, Esq | peter.duhig@bipc.com |
| (Counsel for Bank of America, N.A.) | Buchanan Ingersoll & Rooney, PC | Kathleen A. Murphy, Esq | Kathleen.murphy@bipc.com |
| (Counsel for All State Ins Co) | Cozen O Connor | Zachary V Renegar | zrenegar@cozen.com |
| (DE Attorney General) | Delaware Department of Justice | Matthew P. Denn, Esquire | attorney.general@state.de.us |
| (US DOJ) | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| (DE State Treasury) | Delaware State Treasury | | statetreasurer@state.de.us |
| (Official Committee of Unsecured Creditors) | Fibertex Corporation | Attn: Ernest Elias | ernest@fibertex-corp.com |
| (Counsel for Shanghai Hailian Electric Tool) | Fox Rothschild LLP | John H. Strock, Esq. | jstrock@foxrothschild.com |
| (Counsel for AAA) | Grunsky, Ebey, Farrar & Howell | Kate E. Collins, Esquire | kcollins@grunskylaw.com |
| (IRS) | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| (Counsel for Comerica Bank) | Jackson Walker, L.L.P. | Bruce J. Ruzinsky, Esq & Matthew D. Cavenaugh, Esq | bruzinsky@jw.com mcavenaugh@jw.com |
| (Counsel for Shanghai Hailian Electric Tool) | James S. Brouner, Esq | | brounerj@earthlink.net |
| (Counsel for Zhejiang Era Solar Technology) | JOSEPH & BROWN, LTD. | DON A. LEVITON | dleviton@brownandjoseph.com |
| (Counsel for Dallas County) | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| (Counsel to Columbia Casualty Company, Continental Insurance Company, and all of their various affiliates) | Locke Lord LLP | Jonathan W. Young & Michael B. Kind | jonathan.young@lockelord.com michael.kind@lockelord.com |
| (Proposed Counsel to the Official Committee of Unsecured Creditors) | Lowenstein Sandler LLP | Kenneth A. Rosen, Esq. & Sharon L. Levine, Esq. | krosen@lowenstein.com slevine@lowenstein.com |
| (Counsel for R.A. Brands, L.L.C.) | Maynard Cooper & Gale PC | Kevin C. Gray, Esq. | kgray@maynardcooper.com |
| (Attorneys for Claimant, The County of Henderson, Texas) | McCreary, Veselka, Bragg & Allen, PC | Lee Gordon | lgordon@mvbalaw.com |
| (Attorney for Department of Revenue) | Missouri Department of Revenue | Attn Sheryl L. Moreau | deecf@dor.mo.gov |
| (Attorneys for The Home Depot U.S.A., Inc.) | Norton Rose Fulbright US LLP | Louis R. Strubeck, Jr., & Liz Boydston | louis.strubeck@nortonrosefulbright.com liz.boydston@nortonrosefulbright.com |
| (SEC Headquarters) | Office of General Counsel | Securities & Exchange Commission | secbankruptcy@sec.gov |
| (PBGC) | Office of the Chief Counsel | Pension Benefit Guaranty Corporation | efile@pdgc.gov |
| (Attorneys for Central Garden & Pet Company, Interested Party) | Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr. | fholden@orrick.com |
| (Attorneys for The Home Depot U.S.A., Inc.) | Richards, Layton & Finger | John H. Knight | knight@rlf.com |
| (DE Secretary of State) | Secretary of State | Division of Corporations - Franchise Tax | dosdoc_ftax@state.de.us |
| (SEC) | Securities & Exchange Commission | New York Regional Office | nyrobankruptcy@sec.gov |

**Exhibit D**
Core 2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| (SEC) | Sharon Binger, Regional Director | Philadelphia Regional Office | secbankruptcy@sec.gov philadelphia@sec.gov |
| (Counsel to Scott Equipment Company, LLC) | Snellings, Breard, Sartor, Inabnett & Trascher, LLP | Mr. Guy Campbell III | Guy.Campbell@sbsitlaw.com |
| (State of Texas) | State of Texas | Jay W. Hurst Asst Attorney General | jay.hurst@texasattorneygeneral.gov sherri.simpson@texasattorneygeneral.gov |
| (Official Committee of Unsecured Creditors) | Stein Fibers Ltd. | Attn: Allen K. Greenberg | david@steinfibers.com |
| (Attorneys for Joyfaith Enterprises) | Stevens & Lee PC | John D. Demmy | jdd@stevenslee.com |
| (Attorneys for Joyfaith Enterprises) | Stevens & Lee PC | Leonard P. Goldberger | lpg@stevenslee.com |
| (Counsel to Columbia Casualty Company, Continental Insurance Company, and all of their various affiliates) | Sullivan Hazeltine Allinson LLC | Elihu E. Allinson III | zallinson@sha-llc.com |
| (United States Attorney) | United States Attorney's Office | District of Delaware | usade.ecfbankruptcy@usdoj.gov |
| (Office of the General Counsel US International Trade Commission) | US International Trade Commission | Cathy Chen | cathy.chen@usitc.gov |
| (Attorney for Toyota Industries Commercial Finance, Inc.) | Weltman, Weinberg & Reis Co., L.P.A. | Scott D. Fink | sfink@weltman.com |

# Exhibit E

**Exhibit E**
Interested Parties Service List
Served via Electronic Mail


**[Names and Email Addresses of the list of Interested Parties have been redacted for confidentiality.]**