# EXHIBIT A

**EXHIBIT A**
Professional Services rendered by Lowenstein Sandler LLP, through October 31, 2015

In re: Malibu

## I.  SUMMARY OF TIME CHARGES AND HOURLY RATES

| **Name of Professional** | **Year Admitted** | **Title** | **Hours Spent** | **Hourly Rate** | **Charge** |
|---|---|---|---|---|---|
| Levine, Sharon L. | 1983 | Partner | 0.50 | $880.00 | $440.00 |
| Chafetz, Eric S. | 2004 | Counsel | 5.30 | $625.00 | $3,312.50 |
| Waldron, Keara | 2011 | Associate | 3.70 | $410.00 | $1,517.00 |
| **TOTAL FEES** | | | **9.50** | | **$5,269.50** |
| **Attorney Blended Rate** | | | | | **$554.68** |

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

### B100 - Administration

#### B120A Investigation of Prepetition Lenders

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B120A | 10/26/15 | SLL | Review Comerica Malibu loan documents | 0.10 | $88.00 |
| | | | **Total B120A - Investigation of Prepetition Lenders** | 0.10 | $88.00 |

### B200 - Operations

#### B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 10/20/15 | ESC | Review Malibu Lighting's cash collateral stipulation and prepare issues list | 1.10 | 687.50 |
| B230 | 10/22/15 | ESC | Begin drafting cash collateral objection for Malibu Lighting | 1.90 | 1,187.50 |
| B230 | 10/22/15 | ESC | Begin marking up cash collateral order for Malibu Lighting | 1.30 | 812.50 |
| B230 | 10/22/15 | KW | Review and revise objection to cash collateral motion (Malibu) | 0.90 | 369.00 |
| B230 | 10/22/15 | KW | Review motion to approve use of cash collateral (Malibu) | 0.60 | 246.00 |
| B230 | 10/23/15 | KW | Review and revise cash collateral motion (Malibu) | 2.20 | 902.00 |
| B230 | 10/23/15 | SLL | Review and comment on objection to cash collateral (Malibu) | 0.10 | 88.00 |
| B230 | 10/24/15 | ESC | Review and revise redline of proposed final Malibu Lighting cash collateral order | 0.30 | 187.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 10/26/15 | ESC | Revise Malibu Lighting cash collateral objection | 0.50 | 312.50 |
| B230 | 10/26/15 | SLL | Review objection to Malibu Lighting cash collateral motion | 0.10 | 88.00 |
| B230 | 10/27/15 | ESC | Review and comment on revised Malibu lighting cash collateral order | 0.20 | 125.00 |
| B230 | 10/27/15 | SLL | Review and comment on final order approving the Malibu cash collateral stipulations | 0.10 | 88.00 |
| B230 | 10/27/15 | SLL | Review order as to Malibu Lighting Corporation approving stipulation authorizing use of cash collateral | 0.10 | 88.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 9.40 | $5,181.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B120A | Investigation of Prepetition Lenders | 0.10 | $88.00 |
| B230 | Financing/Cash Collateral | 9.40 | $5,181.50 |
| | **Total** | **9.50** | **$ 5,269.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**