# EXHIBIT C

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---:|
| Telecommunications | $151.70 |
| Travel | $1,362.45 |
| **Total Disbursements** | **$1,514.15** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 10/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | $4.19 |
| 10/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.10 |
| 10/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.68 |
| 10/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 4.22 |
| 10/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio - Call Minimum Shortfall | 3.64 |
| 10/21/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio - Local Access  - USA | 0.77 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.16 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.16 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.19 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.10 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 15.81 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 10/22/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.16 |
| 10/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 10.10 |
| 10/23/15 | Long distance telephone - External  VENDOR: Premiere | 2.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | | |
|---|---|---|
| | Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | |
| 10/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.64 |
| 10/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 10/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 10/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.90 |
| 10/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.82 |
| 10/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.82 |
| 10/25/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 4.04 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.06 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.47 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.16 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.04 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.75 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 6.58 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 3.19 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 1.29 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.10 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.21 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 | 1.54 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Date | Description | Amount |
|---|---|---:|
| | GlobalMeet® Audio NA - Call Minimum Shortfall | |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeet® Audio NA - Toll Free  - USA | 3.17 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeet® Audio NA - Toll Free  - USA | 5.81 |
| 10/26/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 19798259 DATE: 10/31/2015 GlobalMeet® Audio NA - Toll Free  - USA | 32.65 |
| 10/20/15 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 102815-1; DATE: 11/3/2015  -  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015  NWK WIL NWK Ticket# 5101912169  | | 366.00 |
| 10/26/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015 Ticket #: 5102610502; Route: MET WIL; Date: 10/27/2015; LTS #: 172831 | 155.00 |
| 10/26/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015 Ticket #: 0668320872; Route: ; Date: ; LTS #: 172831 | 39.00 |
| 10/27/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015 Ticket #: 5102714302; Route: WIL MET; Date: 10/27/2015; LTS #: 173021 | 155.00 |
| 10/27/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 102815-1 DATE: 11/3/2015 Ticket #: 0668417602; Route: ; Date: ; LTS #: 173021 | 39.00 |
| 10/20/15 | Local Travel  VENDOR: Vital Transportation, Inc.; INVOICE#: 219389; DATE: 10/27/2015 E Chafetz - From: NY Office / To: Westfield / Travel Date: 10282015 | 118.39 |
| 10/21/15 | Local Travel  VENDOR: Bazian, Barry Z.; INVOICE#: 110415; DATE: 11/4/2015 Taxi home worked late | 50.81 |
| 10/21/15 | Local Travel   - From: NY Office / To: Westfield / Travel Date: 102115 E Chafetz | 107.93 |
| 10/23/15 | Local Travel  VENDOR: Waldron, Keara; INVOICE#: 102315; DATE: 10/23/2015 Late night taxi home | 14.16 |
| 10/23/15 | Local Travel  VENDOR: Bazian, Barry Z.; INVOICE#: 110415; DATE: 11/4/2015 Taxi home worked late | 47.20 |
| 10/23/15 | Local Travel   - From: NY Office / To: Westfield / Travel Date: 1023 E Chafetz | 109.47 |
| 10/27/15 | Local Travel  VENDOR: Chafetz, Eric S.; INVOICE#: 102315; DATE: 10/23/2015 Cab to hearing | 10.00 |
| 10/27/15 | Local Travel  VENDOR: Chafetz, Eric S.; INVOICE#: 102315; DATE: 10/23/2015 Cab home after hearing | 45.00 |
| 10/27/15 | Local Travel  VENDOR: Chafetz, Eric S.; INVOICE#: 102315; DATE: 10/23/2015 Subway to train | 2.75 |
| 10/27/15 | Local Travel  VENDOR: Metro Transportation Group Inc.; INVOICE#: 50000025; DATE: 10/30/2015 - From: Westfield / To: Metro Park Train Station / Travel Date: 102715 | 102.74 |
| | Total Disbursements | $1,514.15 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**