# EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through November 30, 2015

In re: Chapter 11

## I.  SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Citron, Lowell A. | 1995 | Partner | 6.90 | $815.00 | $5,623.50 |
| Levine, Sharon L. | 1983 | Partner | 6.70 | $880.00 | $5,896.00 |
| Nathan, Bruce S. | 1981 | Partner | 4.80 | $860.00 | $4,128.00 |
| Chafetz, Eric S. | 2004 | Counsel | 62.20 | $625.00 | $38,875.00 |
| *Chafetz, Eric S. - Travel Time | 2004 | Counsel | 4.30 | $312.50 | $1,343.75 |
| Waldron, Keara | 2011 | Associate | 47.50 | $410.00 | $19,475.00 |
| LaFiura-Smith, Kim Marie | N/A | Paralegal | 2.80 | $210.00 | $588.00 |
| Power, Megan | N/A | Paralegal | 14.60 | $265.00 | $3,869.00 |
| **TOTAL FEES** | | | **149.80** | | **$79,798.25** |
| **Attorney Blended Rate** | | | | | **$569.04** |

\*         Reflects 50% rate reduction due to non-working travel time

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 11/02/15 | ESC | Review notice of agenda of matters scheduled for hearing on 11/4/2015 | 0.10 | $62.50 |
| B110 | 11/02/15 | ESC | Phone call with K. Waldron re: preparation for hearing on 11/4/14 | 0.10 | 62.50 |
| B110 | 11/03/15 | ESC | Draft e-mail to local counsel re: preparation for 11/4/15 hearing | 0.10 | 62.50 |
| B110 | 11/04/15 | KW | Review docket and update memorandum tracking recently scheduled dates and deadlines and corresponding filing deadlines; update internal calendars with same | 0.90 | 369.00 |
| B110 | 11/05/15 | ESC | E-mail exchange with debtors' counsel counsel re: issues with committee's 1102 motion | 0.10 | 62.50 |
| B110 | 11/05/15 | ESC | E-mail exchange with local counsel re: issues with 341 meeting | 0.10 | 62.50 |
| B110 | 11/10/15 | ESC | E-mail exchange with local counsel re: issues with 341 meeting | 0.10 | 62.50 |
| B110 | 11/11/15 | BSN | Review summary of 341 meeting | 0.20 | 172.00 |
| B110 | 11/11/15 | ESC | Review summary of the 341 meeting | 0.10 | 62.50 |
| B110 | 11/16/15 | KW | E-mail correspondence regarding filing of certificates of no objection with respect to pending motions | 0.20 | 82.00 |
| B110 | 11/17/15 | KML | Review critical dates memo and update calendar with critical dates | 2.80 | 588.00 |
| B110 | 11/17/15 | KW | Update critical date memorandum with recently scheduled important dates and deadlines | 0.30 | 123.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 11/19/15 | KW | Update critical dates memorandum with recently scheduled dates and deadlines | 0.10 | 41.00 |
| B110 | 11/23/15 | KW | Review docket; update memorandum of recently scheduled dates and deadlines; confer with E. Chafetz regarding pending motions and upcoming objection deadlines | 0.60 | 246.00 |
| | | | **Total B110 - Case Administration** | 5.80 | $2,058.50 |

B120 Asset Analysis and Recovery

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 11/11/15 | ESC | Confer with K. Waldron re: status of wind-down budgets | 0.10 | 62.50 |
| B120 | 11/11/15 | SLL | Review lien review memorandum | 0.20 | 176.00 |
| | | | **Total B120 - Asset Analysis and Recovery** | 0.30 | $238.50 |

B120A Investigation of Prepetition Lenders

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120A | 11/01/15 | MP | Draft pre-petition lien analysis memorandum | 0.60 | 159.00 |
| B120A | 11/02/15 | ESC | Draft e-mail to Bank of America re: issues with lien review | 0.10 | 62.50 |
| B120A | 11/02/15 | MP | Telephone conference re: lien review status | 0.20 | 53.00 |
| B120A | 11/02/15 | MP | Review loan documents for lien review | 0.50 | 132.50 |
| B120A | 11/02/15 | SLL | Internal conference re: lien review | 0.20 | 176.00 |
| B120A | 11/03/15 | LAC | Work on lien memo | 0.90 | 733.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120A | 11/03/15 | MP | Draft pre-petition lien review memo | 5.00 | 1,325.00 |
| B120A | 11/03/15 | MP | Review pre-petition secured loan documents | 2.00 | 530.00 |
| B120A | 11/04/15 | MP | Draft pre-petition lien analysis memorandum | 1.20 | 318.00 |
| B120A | 11/04/15 | MP | Discuss lien review memorandum with L. Citron | 0.10 | 26.50 |
| B120A | 11/05/15 | ESC | Review draft of lien review memorandum | 0.90 | 562.50 |
| B120A | 11/05/15 | ESC | E-mail exchange with counsel for Bank of America re: lien review issues | 0.10 | 62.50 |
| B120A | 11/05/15 | ESC | Phone call with L. Citron re:  issues with lien review | 0.20 | 125.00 |
| B120A | 11/05/15 | LAC | Review and revision of lien memo | 1.10 | 896.50 |
| B120A | 11/06/15 | ESC | Confer with K. Waldron re:  issues with lien review | 0.20 | 125.00 |
| B120A | 11/06/15 | ESC | Further review of lien review memorandum and develop strategy re: same | 0.70 | 437.50 |
| B120A | 11/06/15 | ESC | Phone call with L. Citron re:  issues with lien review memorandum | 0.20 | 125.00 |
| B120A | 11/09/15 | ESC | Draft e-mail to L. Citron and M. Power re:  lien review memorandum | 0.40 | 250.00 |
| B120A | 11/09/15 | ESC | Review updated lien review memorandum | 0.20 | 125.00 |
| B120A | 11/09/15 | LAC | Review and revision of lien memo | 0.80 | 652.00 |
| B120A | 11/09/15 | LAC | Review of bankruptcy schedules re:  preparation of lien review memoranda | 0.70 | 570.50 |
| B120A | 11/09/15 | MP | Correspondence re: lien review | 0.20 | 53.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120A | 11/09/15 | MP | Draft pre-petition lien review memorandum | 2.00 | 530.00 |
| B120A | 11/10/15 | ESC | Confer with K. Waldron re: lien review memorandum issues | 0.30 | 187.50 |
| B120A | 11/10/15 | ESC | Draft e-mail to team re: lien review memorandum and other open issues | 0.80 | 500.00 |
| B120A | 11/10/15 | MP | Review correspondence re: lien review | 0.10 | 26.50 |
| B120A | 11/11/15 | BSN | Review lien review memo draft | 0.40 | 344.00 |
| B120A | 11/11/15 | ESC | Revise e-mails to team re: issues with status of lien review | 0.10 | 62.50 |
| B120A | 11/11/15 | ESC | E-mail exchange with counsel for Bank of America re: status of lien review | 0.20 | 125.00 |
| B120A | 11/11/15 | ESC | Phone call with J. Cashel re: issues with assumed liabilities and other sale process issues, lien review status and 341 meeting | 0.20 | 125.00 |
| B120A | 11/11/15 | ESC | Review correspondence between BDO and Aurora re: issues with unencumbered assets | 0.10 | 62.50 |
| B120A | 11/11/15 | ESC | E-mail exchange with J. Cashel re: issues with lien review | 0.10 | 62.50 |
| B120A | 11/12/15 | ESC | Phone call with counsel for Comerica re: additional information needed for lien review | 0.10 | 62.50 |
| B120A | 11/13/15 | ESC | Review Comerica's response to supplemental lien review requests | 0.10 | 62.50 |
| B120A | 11/13/15 | ESC | Review revised version of lien review memorandum | 0.10 | 62.50 |
| B120A | 11/13/15 | LAC | Review and revision of lien memo | 1.20 | 978.00 |
| B120A | 11/13/15 | MP | Draft pre-petition lien analysis memorandum | 1.20 | 318.00 |
| B120A | 11/18/15 | MP | Correspondence re: pre-petition loan documents | 0.30 | 79.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120A | 11/23/15 | ESC | Draft e-mail to counsel for Comerica re: issues with lien review | 0.10 | 62.50 |
| B120A | 11/24/15 | ESC | Phone call with BDO re: issues with Bank of America guaranty | 0.20 | 125.00 |
| B120A | 11/24/15 | ESC | Further review of lien review memorandum | 0.30 | 187.50 |
| B120A | 11/24/15 | ESC | Review the debtors' responses to the committee's questions related to the lien review | 0.20 | 125.00 |
| B120A | 11/24/15 | LAC | Review of lien review documentation | 0.60 | 489.00 |
| B120A | 11/24/15 | LAC | Revise lien review | 0.50 | 407.50 |
| B120A | 11/24/15 | MP | Draft pre-petition lien review memorandum | 0.50 | 132.50 |
| B120A | 11/25/15 | ESC | E-mail exchange with counsel for Comerica re: additional documents needed for lien review | 0.10 | 62.50 |
| B120A | 11/25/15 | ESC | Draft e-mail to L. Citron and M. Power re: additional documents responsive to lien review | 0.10 | 62.50 |
| B120A | 11/25/15 | ESC | E-mail exchange with L. Citron re: revised lien review memorandum | 0.10 | 62.50 |
| B120A | 11/25/15 | LAC | Review of lien review documentation | 0.50 | 407.50 |
| B120A | 11/25/15 | LAC | Revise lien review | 0.60 | 489.00 |
| B120A | 11/25/15 | MP | Draft pre-petition lien analysis memorandum | 0.40 | 106.00 |
| B120A | 11/30/15 | BSN | Review, comments to, question re: lien review memo | 0.50 | 430.00 |

| | | | **Total B120A - Investigation of Prepetition Lenders** | 28.50 | $14,238.00 |
|--|--|--|--|--|--|

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B130 Asset Disposition | | | | | |
| B130 | 11/03/15 | ESC | Phone call with J. Cashel and D. Berliner re:  issues with sale process and 11/4/15 hearing | 0.10 | 62.50 |
| B130 | 11/04/15 | ESC | Multiple internal e-mails and phone calls re:  status of sale process | 0.10 | 62.50 |
| B130 | 11/04/15 | ESC | E-mail exchange with counsel for Pratt Industries re: issues with sale process | 0.10 | 62.50 |
| B130 | 11/05/15 | BSN | Review Section 503(b)(9) and contract assumption issue re: impending sale | 0.20 | 172.00 |
| B130 | 11/05/15 | ESC | Draft e-mail to BDO re:  Great American and Brinkman liquidation agreement | 0.20 | 125.00 |
| B130 | 11/06/15 | ESC | E-mail exchange with debtors' counsel re: draft Great American contract amendment (.1); Draft e-mail to team re:  same (.1) | 0.20 | 125.00 |
| B130 | 11/11/15 | ESC | Review Great American sale related documents | 0.80 | 500.00 |
| B130 | 11/13/15 | ESC | Continue reviewing bid packages from 3 alternative bidders | 0.60 | 375.00 |
| B130 | 11/13/15 | ESC | Further revisions to sale objection | 0.40 | 250.00 |
| B130 | 11/16/15 | ESC | Continue reviewing motion to retain Great American | 0.60 | 375.00 |
| B130 | 11/16/15 | ESC | Draft e-mail to BDO re: Great American issues | 0.10 | 62.50 |
| B130 | 11/16/15 | ESC | Phone call with J.  Strock counsel fire Shanghai Hazlian Electric tools re: claim issue | 0.50 | 312.50 |
| B130 | 11/17/15 | ESC | Review analysis of Great American motion | 0.10 | 62.50 |
| B130 | 11/18/15 | ESC | Review notice of auction results as to debtor national consumer outdoors corporation f/k/a dallas manufacturing company, inc. in connection with the sale of substantially all of the debtor's operating assets | 0.20 | 125.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 11/18/15 | ESC | Review motion for sale of property free and clear of liens under section 363(f)(fee) /debtors' motion pursuant to sections 105, 327, 328, 363, 365 and 554 of the bankruptcy code for an order authorizing: (1) the employment of great american global partners, llc as consultants and auctioneers; (2) the assumption of the consulting/auction agreement; (3) the continued liquidation of obsolete inventory outside the ordinary course of business, including an auction of such inventory; and (4) the abandonment of any unsold inventory | 0.60 | 375.00 |
| B130 | 11/18/15 | ESC | Multiple e-mails with the debtor and lenders re: issues with wind-down budgets | 0.20 | 125.00 |
| B130 | 11/18/15 | ESC | Review various revised versions of sale order | 0.10 | 62.50 |
| B130 | 11/23/15 | ESC | Review e-mail from BDO to debtor's financial advisor re: issues with ODC and MLC sales | 0.10 | 62.50 |
| B130 | 11/29/15 | ESC | Review revised lien review memorandum | 0.20 | 125.00 |
| B130 | 11/30/15 | ESC | Phone call and e-mail with BDO re: issues with sale closing, claims pool, lien review, Expeditors stay relief motion, intercompany transfer issues, etc.. | 0.30 | 187.50 |
| | | | **Total B130 - Asset Disposition** | 5.70 | $3,609.50 |

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B140 | 11/05/15 | ESC | Review motion for relief from stay filed by Expeditors International of Washington, Inc... | 0.30 | 187.50 |
| B140 | 11/05/15 | ESC | Review and revise e-mail to BDO re: issues with Expeditors International lift stay motion | 0.20 | 125.00 |
| B140 | 11/05/15 | KW | Review Expeditors International motion for relief from automatic stay; prepare e-mail to BDO to confirm representations contained therein | 0.90 | 369.00 |
| B140 | 11/11/15 | ESC | Review correspondence between BDO and Aurora re: issues with Expeditors' stay relief motion | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B140 | 11/23/15 | ESC | E-mail exchange with K. Waldron re: issues with Expeditors stay relief motion, Great American retention, bar date motion, 9019 motion resolving issues with A&J and motion to retain Eissch & Associates | 0.10 | 62.50 |
| B140 | 11/23/15 | KW | e-mail correspondence regarding Expeditors International Motion for Stay Relief | 0.10 | 41.00 |
| B140 | 11/24/15 | ESC | E-mail exchange with debtors' counsel re: issues with Expeditors lift stay motion | 0.10 | 62.50 |
| B140 | 11/24/15 | ESC | E-mail exchange with debtors' counsel re: issues with Expeditors International stay relief motion | 0.10 | 62.50 |
| B140 | 11/25/15 | ESC | Phone call with debtors' counsel re: issues with Expeditors stay relief motion | 0.50 | 312.50 |
| B140 | 11/25/15 | ESC | E-mail exchange with debtors' counsel re: issues with Expeditors lift stay motion | 0.20 | 125.00 |
| B140 | 11/25/15 | ESC | Phone call with BDO re: issues with Expeditors lift stay motion | 0.10 | 62.50 |
| B140 | 11/25/15 | ESC | Review e-mail exchange between the debtor and counsel for Expeditors re: issues with stay relief motion | 0.10 | 62.50 |
| B140 | 11/25/15 | ESC | Draft e-mail to K. Waldron re: issues with Expeditors stay relief motion | 0.10 | 62.50 |
| B140 | 11/27/15 | BSN | Review questions re: and recommended response to Expeditor's lift stay motion, due diligence re: review of contracts and timing of passage of title; sales terms, settlement re: lift stay motion | 0.20 | 172.00 |
| B140 | 11/27/15 | ESC | Phone call with B. Nathan re: issues with Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 11/27/15 | ESC | Draft e-mail to debtors' counsel re: obtaining documents in support of Expeditors lift stay motion | 0.20 | 125.00 |
| B140 | 11/27/15 | ESC | Revise Expeditors motion summary | 0.50 | 312.50 |
| B140 | 11/30/15 | BSN | Review Expeditors' documentation re: response to expeditors lift stay motion, title issues | 0.60 | 516.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B140 | 11/30/15 | ESC | E-mail exchange with BDO re: status of Expeditors diligence requests | 0.10 | 62.50 |
| B140 | 11/30/15 | ESC | Phone call with counsel for Shanghai Halloun re: issues with Expeditors lift stay motion | 0.40 | 250.00 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 5.00 | $3,098.00 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 11/01/15 | ESC | E-mail exchange with BDO team re: preparation for committee call and e-mails to committee re: same (.2) | 0.20 | 125.00 |
| B150 | 11/01/15 | ESC | E-mail exchange with L. Citron and M. Power re: lien review status | 0.20 | 125.00 |
| B150 | 11/01/15 | ESC | E-mail exchange with K. Waldron re: sale issues | 0.10 | 62.50 |
| B150 | 11/01/15 | SLL | Review proposed committee call agenda | 0.10 | 88.00 |
| B150 | 11/01/15 | SLL | Review BDO committee presentation | 0.20 | 176.00 |
| B150 | 11/02/15 | BSN | Review results of committee call | 0.20 | 172.00 |
| B150 | 11/02/15 | ESC | Confer with K. Waldron re: preparation for committee call | 0.30 | 187.50 |
| B150 | 11/02/15 | ESC | Draft e-mail to committee member re: confidentiality agreement issues | 0.10 | 62.50 |
| B150 | 11/02/15 | ESC | Review various documents and prepare outline re: preparation for committee call | 1.20 | 750.00 |
| B150 | 11/02/15 | ESC | Participate in call with committee professionals re: preparation for committee call | 0.30 | 187.50 |
| B150 | 11/02/15 | ESC | Participate in weekly committee call | 0.70 | 437.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 11/02/15 | ESC | Confer with B. Nathan re:  recap of committee call | 0.20 | 125.00 |
| B150 | 11/02/15 | KW | Participate in professionals prep call for Committee weekly meeting | 0.40 | 164.00 |
| B150 | 11/02/15 | KW | Participate in and take notes for Committee weekly meeting | 0.70 | 287.00 |
| B150 | 11/02/15 | SLL | Participate in professionals call in preparation for Committee call | 0.30 | 264.00 |
| B150 | 11/02/15 | SLL | Participate in committee call | 0.30 | 264.00 |
| B150 | 11/02/15 | SLL | Review and revise committee status report | 0.20 | 176.00 |
| B150 | 11/03/15 | ESC | Internal e-mails re:  issues with committee call | 0.10 | 62.50 |
| B150 | 11/03/15 | KW | Update committee contacts and circulate revised distribution list | 0.10 | 41.00 |
| B150 | 11/04/15 | ESC | E-mail exchange with counsel for D. Lee re:  issues with confidentiality agreement | 0.10 | 62.50 |
| B150 | 11/04/15 | ESC | E-mail exchange with counsel for M. Lee re:  issues with confidentiality agreement | 0.10 | 62.50 |
| B150 | 11/04/15 | ESC | Draft e-mail to the committee re: recap of continued second day hearing and status conference (sale process) | 0.70 | 437.50 |
| B150 | 11/04/15 | KW | E-mail correspondence with committee members to confirm accurate contact information | 0.10 | 41.00 |
| B150 | 11/04/15 | SLL | Draft correspondence to committee member re NDA agreement issue | 0.20 | 176.00 |
| B150 | 11/05/15 | ESC | E-mail exchange with committee member re:  issues with confidentiality agreement | 0.10 | 62.50 |
| B150 | 11/05/15 | ESC | Phone call with J. Cashel re:  preparation for committee call and sale process and recap of hearing | 0.60 | 375.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 11/05/15 | ESC | Revise e-mail to the committee re:  recap of status conference (sale issues) and continued second day hearing | 0.20 | 125.00 |
| B150 | 11/06/15 | BSN | Review BDOs weekly flash report to committee 11/9/15 | 0.40 | 344.00 |
| B150 | 11/06/15 | ESC | Phone call with J. Cashel re:  preparation for committee call | 0.30 | 187.50 |
| B150 | 11/06/15 | ESC | E-mail exchange with local counsel and K. Waldron re:  issues with committee member claim certifications | 0.60 | 375.00 |
| B150 | 11/06/15 | ESC | Confer with K. Waldron re:   committee call agenda | 0.10 | 62.50 |
| B150 | 11/06/15 | ESC | Phone call with counsel for M. Lee re:  confidentiality issues | 0.20 | 125.00 |
| B150 | 11/06/15 | ESC | E-mail exchange with debtors' counsel re:  additional comments to 2019 motion | 0.10 | 62.50 |
| B150 | 11/06/15 | ESC | Phone calls with J. Cashel re:  issues with BDO report for committee call | 0.30 | 187.50 |
| B150 | 11/07/15 | ESC | E-mail exchange with K. Waldron re:  preparation for committee call | 0.10 | 62.50 |
| B150 | 11/07/15 | ESC | Review and comment on BDO report for committee call | 1.00 | 625.00 |
| B150 | 11/07/15 | ESC | Phone call with BDO team re:  comments to presentation materials for BDO Committee call | 1.00 | 625.00 |
| B150 | 11/07/15 | ESC | Revise agenda for committee call | 0.20 | 125.00 |
| B150 | 11/07/15 | KW | Prepare e-mail to committee with agenda for weekly committee call | 0.20 | 82.00 |
| B150 | 11/07/15 | SLL | Review and comment on committee call agenda | 0.20 | 176.00 |
| B150 | 11/08/15 | ESC | Revise e-mail to the committee re:  call reminder | 0.20 | 125.00 |
| B150 | 11/08/15 | KW | E-mail correspondence with E. Chafetz regarding Committee contacts | 0.10 | 41.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 11/09/15 | BSN | Review results of committee call | 0.20 | 172.00 |
| B150 | 11/09/15 | ESC | Draft e-mail to K. Waldron re: issues with 2019 statement and bye law issues | 0.10 | 62.50 |
| B150 | 11/09/15 | ESC | Prepare outline for committee call | 1.00 | 625.00 |
| B150 | 11/09/15 | ESC | Participate in call with committee professionals re: preparation for committee call | 0.20 | 125.00 |
| B150 | 11/09/15 | ESC | Participate in committee call | 0.80 | 500.00 |
| B150 | 11/09/15 | ESC | Draft e-mail to counsel for M. Lee re: issues with confidentiality agreement | 0.10 | 62.50 |
| B150 | 11/09/15 | ESC | Phone call with J. Cashel re: issues with sale, open diligence issues and preparation for weekly committee call | 0.30 | 187.50 |
| B150 | 11/09/15 | KW | Review BDO's presentation materials for Committee call | 0.40 | 164.00 |
| B150 | 11/09/15 | KW | Participate in weekly telephonic committee meeting and research questions raised during meeting; e-mail correspondence with E. Chafetz regarding same | 0.80 | 328.00 |
| B150 | 11/09/15 | KW | Prepare 2019 statement to disclose claims of committee members | 1.40 | 574.00 |
| B150 | 11/09/15 | SLL | Participate in professionals call in preparation for Committee call | 0.20 | 176.00 |
| B150 | 11/09/15 | SLL | Participate in committee call | 0.80 | 704.00 |
| B150 | 11/10/15 | ESC | E-mail exchange with counsel for M. Lee re: issues with confidentiality agreement | 0.10 | 62.50 |
| B150 | 11/10/15 | ESC | Phone call with J. Cashel re: issues with committee members' questions regarding capital structure, operations and the sale | 0.20 | 125.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 11/10/15 | ESC | E-mail exchange with local counsel re:  issues with 1102 motion | 0.10 | 62.50 |
| B150 | 11/10/15 | ESC | Review and comment on e-mail to the committee members that have not signed the by laws | 0.10 | 62.50 |
| B150 | 11/10/15 | ESC | Phone call with Fibertex re:  questions regarding capital structure, operations and the sale | 0.20 | 125.00 |
| B150 | 11/10/15 | ESC | Draft e-mail to debtor's counsel re:  questions regarding 1102 motion | 0.10 | 62.50 |
| B150 | 11/10/15 | KW | e-mail to various committee members regarding Committee bylaws | 0.80 | 328.00 |
| B150 | 11/10/15 | SLL | Review certificate of no objection regarding section 1102 motion | 0.10 | 88.00 |
| B150 | 11/11/15 | ESC | Review and comment on 2019 statement | 0.20 | 125.00 |
| B150 | 11/11/15 | ESC | E-mail exchange with debtors' counsel re:  issues with 1102 motion | 0.10 | 62.50 |
| B150 | 11/11/15 | ESC | Confer with K. Waldron re:  2019 statement | 0.10 | 62.50 |
| B150 | 11/12/15 | ESC | E-mail exchange with committee member re:  issues with bye laws | 0.10 | 62.50 |
| B150 | 11/12/15 | KW | Review interim compensation order; prepare expense reimbursement form; draft e-mail to committee member explaining procedure for submission of expenses | 0.40 | 164.00 |
| B150 | 11/13/15 | BSN | Review BDO report to committee, weekly flash report dated 9/16/15 | 0.50 | 430.00 |
| B150 | 11/13/15 | ESC | Phone call with Debtors' counsel re:  issues with 1102 motion and insurance policies | 0.20 | 125.00 |
| B150 | 11/13/15 | ESC | E-mail exchange with Debtors' counsel and BDO  re:  issues with Great American motion | 0.20 | 125.00 |
| B150 | 11/13/15 | ESC | Phone call with BDO team re:  comments to weekly committee report | 0.80 | 500.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 11/13/15 | ESC | E-mail exchange with local counsel re: issues with 1102 motion | 0.10 | 62.50 |
| B150 | 11/13/15 | ESC | Prepare agenda for committee call | 0.20 | 125.00 |
| B150 | 11/13/15 | ESC | Review and comment on BDO's committee materials for 11/16/15 call | 1.00 | 625.00 |
| B150 | 11/13/15 | ESC | Review and comment on revised version of BDO committee call presentation materials | 0.80 | 500.00 |
| B150 | 11/13/15 | ESC | Phone call with BDO re: revised version of BDO committee call presentation materials | 0.70 | 437.50 |
| B150 | 11/13/15 | ESC | E-mail exchange with counsel for M. Lee re: issues with by laws and insurance policies | 0.10 | 62.50 |
| B150 | 11/13/15 | SLL | Review and revise committee call agenda | 0.30 | 264.00 |
| B150 | 11/15/15 | ESC | Prepare outline for committee call | 0.40 | 250.00 |
| B150 | 11/15/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 11/16/15 | BSN | Review results of committee call | 0.10 | 86.00 |
| B150 | 11/16/15 | ESC | Phone call with B Nathan re: recap of committee call | 0.10 | 62.50 |
| B150 | 11/16/15 | ESC | Phone call with J. Cashel re: committee call preparation | 0.20 | 125.00 |
| B150 | 11/16/15 | ESC | Phone call with B. Nathan re: committee call preparation | 0.10 | 62.50 |
| B150 | 11/16/15 | ESC | E-mail exchange with K Waldron re: bye law issues | 0.10 | 62.50 |
| B150 | 11/16/15 | ESC | E-mail exchange with K. Waldron re: issues with 1102 motion | 0.10 | 62.50 |
| B150 | 11/16/15 | ESC | Prepare for committee call | 0.70 | 437.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 11/16/15 | ESC | Phone call with committee professionals re: preparation for committee call | 0.30 | 187.50 |
| B150 | 11/16/15 | ESC | Participate in weekly committee call | 0.40 | 250.00 |
| B150 | 11/16/15 | ESC | E-mail exchange with K. Waldron re: e-mail to UST re: bye laws and other requests | 0.10 | 62.50 |
| B150 | 11/16/15 | ESC | E-mail exchange with local counsel re: issues with 1102 motion | 0.10 | 62.50 |
| B150 | 11/16/15 | ESC | Continue preparing outline for committee call | 0.70 | 437.50 |
| B150 | 11/16/15 | KW | e-mail correspondence regarding Committee bylaws | 0.20 | 82.00 |
| B150 | 11/16/15 | KW | Prepare Committee's initial disclosures to be provided to the United States Trustee | 0.60 | 246.00 |
| B150 | 11/16/15 | KW | Participate in professionals preparation call for weekly Committee meeting | 0.30 | 123.00 |
| B150 | 11/16/15 | KW | Participate and take notes for weekly committee meeting | 0.40 | 164.00 |
| B150 | 11/17/15 | ESC | E-mail exchange with local counsel re: issues with 1102 motion | 0.10 | 62.50 |
| B150 | 11/17/15 | ESC | Draft e-mail to debtors' counsel re: issues with 1102 motion | 0.10 | 62.50 |
| B150 | 11/18/15 | BSN | Review results of committee call | 0.20 | 172.00 |
| B150 | 11/18/15 | ESC | Participate in committee call | 0.50 | 312.50 |
| B150 | 11/18/15 | ESC | E-mail exchange with committee member re: issues with distribution and insurance | 0.10 | 62.50 |
| B150 | 11/18/15 | ESC | Prepare for committee call | 0.30 | 187.50 |
| B150 | 11/18/15 | SLL | Review committee status report | 0.20 | 176.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 11/18/15 | SLL | Participate in committee call | 0.70 | 616.00 |
| B150 | 11/19/15 | ESC | Revise e-mail to the committee re: bar date motion | 0.10 | 62.50 |
| B150 | 11/19/15 | ESC | E-mail exchange with committee member re:  issues with diligence questions | 0.10 | 62.50 |
| B150 | 11/20/15 | ESC | E-mail exchange with debtors' counsel re:  insurance policy issues | 0.10 | 62.50 |
| B150 | 11/21/15 | KW | Review, revise and send e-mail to Committee regarding motion to establish bar dates | 0.10 | 41.00 |
| B150 | 11/22/15 | ESC | E-mail exchange with BDO re:  issues with materials for committee call | 0.10 | 62.50 |
| B150 | 11/23/15 | BSN | Review BDO's weekly flash report, 11/23/15 to committee | 0.30 | 258.00 |
| B150 | 11/23/15 | ESC | Review and comment on BDO's materials for 11/24/15 committee call | 0.50 | 312.50 |
| B150 | 11/23/15 | ESC | Phone call with BDO re:  issues with committee call materials | 0.10 | 62.50 |
| B150 | 11/23/15 | ESC | E-mail exchange with BDO re:  issues with committee call materials | 0.10 | 62.50 |
| B150 | 11/23/15 | ESC | Confer with K. Waldron re:  preparation for committee call | 0.10 | 62.50 |
| B150 | 11/23/15 | ESC | Review and comment on agenda for November 24, 2015 committee call | 0.10 | 62.50 |
| B150 | 11/23/15 | ESC | Confer with K. Waldron re:  various motion summaries and recommendations for the committee | 0.20 | 125.00 |
| B150 | 11/23/15 | ESC | Phone call with BDO re:  comments to materials for 11/24/15 committee call | 0.50 | 312.50 |
| B150 | 11/23/15 | KW | Draft e-mail to Committee to prepare for weekly Committee call | 0.20 | 82.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 11/24/15 | ESC | Finalize e-mail to the Committee re: call agenda and BDO materials | 0.10 | 62.50 |
| B150 | 11/24/15 | ESC | Prepare for weekly committee call | 1.00 | 625.00 |
| B150 | 11/24/15 | ESC | Phone call with committee professionals in preparation for committee call | 0.30 | 187.50 |
| B150 | 11/24/15 | ESC | E-mail exchange with J. Strock, counsel for Shanghai re: committee call | 0.10 | 62.50 |
| B150 | 11/24/15 | ESC | E-mail exchange with J. Cashel re: committee call preparation | 0.10 | 62.50 |
| B150 | 11/24/15 | ESC | Participate in weekly committee call | 0.40 | 250.00 |
| B150 | 11/24/15 | KW | Participate in professionals preparation call for weekly Committee meeting | 0.40 | 164.00 |
| B150 | 11/24/15 | KW | Participate in weekly telephonic Committee meeting | 0.40 | 164.00 |
| B150 | 11/25/15 | ESC | E-mail exchange and phone call with counsel for Shanghai re: recap of committee call | 0.50 | 312.50 |
| B150 | 11/25/15 | ESC | Phone call with K. Waldron re: issues with motion summaries (9019 with A&J, motion to retain accountants etc..) | 0.10 | 62.50 |
| B150 | 11/25/15 | KW | Prepare e-mail to Committee summarizing pleadings with upcoming objection deadlines | 3.80 | 1,558.00 |
| B150 | 11/26/15 | ESC | E-mail exchange with K. Waldron re: motion summaries for the committee | 0.10 | 62.50 |
| B150 | 11/26/15 | KW | Prepare e-mail to Committee summarizing pleadings with upcoming objection deadlines | 2.20 | 902.00 |
| B150 | 11/27/15 | ESC | Revise motion summaries for committee (Gordon Brothers retention, accountant retention and 9019 motion with A&J) | 1.10 | 687.50 |
| B150 | 11/27/15 | ESC | Internal e-mail re: motion summaries for committee (Gordon Brothers retention, accountant retention and 9019 motion with A&J) | 0.10 | 62.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 11/27/15 | ESC | E-mail exchange with BDO re:  motion summaries for committee (Gordon Brothers retention, accountant retention and 9019 motion with A&J) | 0.10 | 62.50 |
| B150 | 11/27/15 | SLL | Review and revise committee status report | 0.30 | 264.00 |
| B150 | 11/30/15 | ESC | E-mail exchange with BDO re:  motions to be heard on December 8, 2015 | 0.10 | 62.50 |
| B150 | 11/30/15 | ESC | Address various issues with motion summaries for hearing on 12/8/15 | 0.10 | 62.50 |
| B150 | 11/30/15 | ESC | Continue drafting e-mail to team re:  recap of call with Debtors' counsel (sale closing, lien review, Brinkmann discussions, sale of ODC and Malibu's assets and scope of claims pool) | 0.60 | 375.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 48.50 | $28,820.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 11/05/15 | KW | Prepare supplemental declaration in further support of Lowenstein's proposed retention as counsel to the Committee | 0.70 | 287.00 |
| B160 | 11/06/15 | KW | e-mail correspondence regarding supplemental declaration in support of retention of Lowenstein as counsel to the Committee | 0.10 | 41.00 |
| B160 | 11/12/15 | BSN | Review questions re: Lowenstein retention motion, conflicts question | 0.20 | 172.00 |
| B160 | 11/12/15 | ESC | E-mail exchange with local counsel and the UST re: issues with Lowenstein's retention application | 0.10 | 62.50 |
| B160 | 11/12/15 | ESC | Internal conference re:  issues with the UST's questions regarding Lowenstein's retention application | 0.10 | 62.50 |
| B160 | 11/12/15 | ESC | E-mail exchange with BDO re:  issues with Lowenstein's retention application | 0.10 | 62.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 11/12/15 | SLL | Review correspondence from L. Casey (UST) re: retention issue | 0.10 | 88.00 |
| B160 | 11/12/15 | SLL | Internal conference re: retention issue | 0.20 | 176.00 |
| B160 | 11/13/15 | ESC | Draft e-mail to debtors' counsel re: issues with insurance policies and 1102 motion | 0.10 | 62.50 |
| B160 | 11/13/15 | ESC | Internal phone call re: UST's questions about retention application | 0.10 | 62.50 |
| B160 | 11/13/15 | ESC | Phone call with L. Citron re: issues with lien review | 0.20 | 125.00 |
| B160 | 11/13/15 | ESC | Phone call with UST re: questions regarding retention application | 0.20 | 125.00 |
| B160 | 11/13/15 | ESC | Draft e-mail to local counsel re: issues with Lowenstein retention application | 0.10 | 62.50 |
| B160 | 11/16/15 | ESC | Review certifications of counsel related to Lowenstein's retention and 1102 motion | 0.10 | 62.50 |
| B160 | 11/16/15 | ESC | E-mail exchange with local counsel re: issues with Lowenstein retention application | 0.10 | 62.50 |
| B160 | 11/17/15 | SLL | Review order approving Retention of BDO USA, LLP, as its financial advisors | 0.10 | 88.00 |
| B160 | 11/22/15 | ESC | Review and comment on supplemental declaration in support of Lowenstein's retention | 0.10 | 62.50 |
| B160 | 11/23/15 | KW | Internal e-mails re: supplemental declaration in further support of Lowenstein retention | 0.10 | 41.00 |
| B160 | 11/24/15 | ESC | Begin reviewing and commenting on October invoice | 0.20 | 125.00 |
| B160 | 11/26/15 | ESC | Continue reviewing and marking up October invoice | 0.70 | 437.50 |
| B160 | 11/28/15 | ESC | Continue reviewing and marking up October invoices | 1.40 | 875.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B160 - Fee/Employment Applications** | 5.10 | $3,143.00 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 11/02/15 | ESC | Review revised version of Hilco retention order | 0.10 | 62.50 |
| B165 | 11/02/15 | ESC | Review supplemental declaration of Teri Stratton in support of application to employ/retain Piper Jaffray & Co. as investment banker to the debtors | 0.10 | 62.50 |
| B165 | 11/03/15 | ESC | E-mail exchange with local counsel re: issues with carve outs | 0.10 | 62.50 |
| B165 | 11/16/15 | SLL | Review certificates of no objection regarding retention applications | 0.10 | 88.00 |
| B165 | 11/17/15 | SLL | Review motion to employ/retain J. Eisch & Associates, P.C. as accountants | 0.20 | 176.00 |
| B165 | 11/17/15 | SLL | Review order authorizing and approving the employment and retention of Lowenstein Sandler LLP | 0.10 | 88.00 |
| B165 | 11/18/15 | SLL | Review order authorizing the committee of unsecured creditors of Malibu Lighting Corporation, et al. to retain and employ Blank Rome LLP as its Delaware co-counsel | 0.10 | 88.00 |
| B165 | 11/20/15 | ESC | Review application/motion to employ/retain J. Eisch & Associates, P.C. as accountants | 0.30 | 187.50 |
| B165 | 11/23/15 | SLL | Review and revise Lowenstein's supplemental retention declaration | 0.40 | 352.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 1.50 | $1,167.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 11/04/15 | ESC | E-mail exchange with local counsel re: issues with committee professionals carve out | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B175 - Fee Applications and Invoices - Others** | 0.10 | $62.50 |

**B180 Avoidance Action Analysis**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B180 | 11/09/15 | ESC | Draft e-mail to K. Waldron re: issues with discovery requests | 0.10 | 62.50 |
| B180 | 11/09/15 | ESC | Draft e-mail to team re: lien review memorandum | 0.10 | 62.50 |
| B180 | 11/20/15 | ESC | Draft e-mail to K. Waldron re: discovery issues (Brinkmann) | 0.10 | 62.50 |
| B180 | 11/21/15 | ESC | E-mail exchange with K. Waldron re: issues with discovery directed at debtors' ultimate parent company | 0.30 | 187.50 |
| B180 | 11/21/15 | ESC | Phone call with K. Waldron re: issues with discovery directed at debtors' ultimate parent company | 0.20 | 125.00 |
| B180 | 11/29/15 | ESC | Phone call with K. Waldron re: discovery issues directed at debtors' ultimate parent company | 0.50 | 312.50 |
| B180 | 11/30/15 | ESC | Review additional documents for potential inclusion in discovery requests directed at J.B. Brinkmann International Corp. and the debtors | 0.30 | 187.50 |
| B180 | 11/30/15 | ESC | Confer with K. Waldron re: issues with discovery directed at J. Baxter Brinkman International and the Debtors | 0.40 | 250.00 |
| B180 | 11/30/15 | ESC | Review and comment on discovery requests directed at J.B. Brinkmann International, Inc.. and the debtors | 0.90 | 562.50 |
| | | | **Total B180 - Avoidance Action Analysis** | 2.90 | $1,812.50 |

**B185 Assumption/Rejection of Leases and Contracts**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 11/09/15 | ESC | Revise e-mail to debtor's counsel re: issues with Smyrna lease rejection motion, confidentiality agreement and status of wind-down budget | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.10 | $62.50 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 11/01/15 | SLL | Review correspondence from J. Cashel re: information requests | 0.10 | 88.00 |
| B190 | 11/04/15 | ESC | Prepare for continued second day hearing and status conference (sale process) | 0.80 | 500.00 |
| B190 | 11/04/15 | ESC | Attend continued second day hearing and status conference (sale issues) | 0.80 | 500.00 |
| B190 | 11/04/15 | ESC | Meet with debtors' and lender professionals re: preparation for continued second day hearing and status conference (sale issues) | 1.20 | 750.00 |
| B190 | 11/12/15 | ESC | Review preliminary research results into the wealth of J.B. Brinkman | 0.10 | 62.50 |
| B190 | 11/17/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 11/19/15 | SLL | Review notice of agenda of matters scheduled for hearing | 0.10 | 88.00 |
| B190 | 11/21/15 | KW | Review documents and prepare discovery requests directed at debtors parent company | 4.10 | 1,681.00 |
| B190 | 11/23/15 | KW | Prepare discovery requests directed at the Debtors' ultimate parent company | 4.30 | 1,763.00 |
| B190 | 11/23/15 | KW | Prepare discovery requests directed at the debtors' ultimate parent company | 1.70 | 697.00 |
| B190 | 11/23/15 | KW | Prepare discovery requests directed at the debtor's ultimate parent company | 3.60 | 1,476.00 |
| B190 | 11/23/15 | KW | Prepare discovery requests directed at the debtor's ultimate parent company | 1.60 | 656.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 11/24/15 | ESC | Review and comment on discovery requests directed at J.B. Brinkman International | 0.50 | 312.50 |
| B190 | 11/25/15 | ESC | Further revisions to document requests directed J.B. Brinkmann International | 0.30 | 187.50 |
| B190 | 11/27/15 | ESC | Continue preparing discovery requests directed at J.B. Brinkmann International and the debtors | 1.00 | 625.00 |
| B190 | 11/28/15 | ESC | Continue preparing discovery requests directed at J.B. Brinkmann International and the debtor's | 0.60 | 375.00 |
| B190 | 11/29/15 | ESC | Phone call with debtors' counsel re: various case issues (sale closing, lien review, Brinkmann discussions, sale of ODC and Malibu's assets and scope of claims pool) | 0.30 | 187.50 |
| B190 | 11/29/15 | ESC | Begin drafting e-mail to team re: recap of call with debtors ' counsel re: various case issues (sale closing, lien review, Brinkman discussions, sale of ODC and Malibu's assets and scope of claims pool) | 0.30 | 187.50 |
| B190 | 11/29/15 | KW | Review, revise and supplement discovery requests to be served by the Committee (directed at debtors' ultimate parent company) | 2.80 | 1,148.00 |
| B190 | 11/29/15 | KW | Telephone call with E. Chafetz regarding revisions to discovery requests directed at debtor's ultimate parent company | 0.50 | 205.00 |
| B190 | 11/30/15 | BSN | Review recap of call with debtors' counsel re: sale status, investigation of estate claims | 0.10 | 86.00 |
| B190 | 11/30/15 | KW | Review, revise and supplement discovery requests directs at ultimate parent company and the debtors | 2.60 | 1,066.00 |
| B190 | 11/30/15 | KW | Review, revise and supplement discovery requests | 4.30 | 1,763.00 |
| B190 | 11/30/15 | KW | Confer with E. Chafetz regarding comments to discovery requests directed at the debtors ultimate parent company and the debtors | 0.40 | 164.00 |
| B190 | 11/30/15 | KW | Review and revise discovery requests directed at the debtors; ultimate parent company and the debtors to incorporate comments of E. Chafetz | 0.90 | 369.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 33.10 | $15,025.50 |

### B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B195 | 11/04/15 | ESC | Travel home from continued second day hearing and status conference (sale issues) | 2.10 | 656.25 |
| B195 | 11/04/15 | ESC | Travel to Delaware for continued second day hearing and status conference (sale issues) | 2.20 | 687.50 |
| | | | **Total B195 - Non-Working Travel** | 4.30 | $1,343.75 |

### B200 - Operations

### B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 11/02/15 | ESC | Review revised version of OCP order | 0.10 | 62.50 |
| B210 | 11/02/15 | ESC | Review revised version of cash management order | 0.10 | 62.50 |
| B210 | 11/02/15 | ESC | Review update on status of cash management order | 0.10 | 62.50 |
| B210 | 11/03/15 | ESC | Review correspondence associated with shared services | 0.10 | 62.50 |
| B210 | 11/03/15 | ESC | Review cash management order in light of new facts learned re:  shared services | 0.10 | 62.50 |
| B210 | 11/05/15 | ESC | Review BDO's follow up budget questions | 0.10 | 62.50 |
| B210 | 11/05/15 | ESC | Review periodic report regarding value, operations and profitability of entities in which the debtors' estates hold a substantial or controlling interest (Brinkman International (Hong Kong) Limited) | 0.20 | 125.00 |
| B210 | 11/05/15 | ESC | Review further updated diligence request list from BDO | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 11/06/15 | ESC | Review FY16 sales forecast reflecting September actual sales and preliminary October sales results, AR aging for the debtors, and schedule of critical vendor payments | 0.40 | 250.00 |
| B210 | 11/10/15 | ESC | E-mail exchange with K. Waldron re:  issues with potential discovery requests re:  capital structure issues | 0.20 | 125.00 |
| B210 | 11/11/15 | ESC | Review weekly reports for the week ended 11/6/15 (critical vendor, DIP and cash collateral and borrowing base) | 0.60 | 375.00 |
| B210 | 11/24/15 | ESC | Review weekly variance reports, the NCOC borrowing base, and the updated schedule of payments to critical vendors in the APA | 0.30 | 187.50 |
| | | | **Total B210 - Business Operations** | 2.40 | $1,500.00 |

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 11/01/15 | ESC | Draft e-mail to debtors' counsel re:  issues with B of A guaranty (NCOC) | 0.20 | 125.00 |
| B230 | 11/03/15 | KW | E-mail correspondence regarding current budgets | 0.20 | 82.00 |
| B230 | 11/09/15 | ESC | Draft e-mail to BDO team re:  update on wind-down budgets | 0.10 | 62.50 |
| B230 | 11/11/15 | ESC | Internal e-mails re:  issues with wind-down budgets | 0.10 | 62.50 |
| B230 | 11/11/15 | MP | Review correspondence re: lien review items | 0.30 | 79.50 |
| B230 | 11/16/15 | ESC | Internal conference re:  budget issues | 0.20 | 125.00 |
| B230 | 11/16/15 | ESC | E-mail exchange with Aurora and BDO re: fee estimate for wind-down budget | 0.20 | 125.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 1.30 | $661.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|

### B300 - Claims and Plan

### B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B310 | 11/02/15 | ESC | Draft e-mail to debtors' counsel re: status of sale of other assets aside from NCOC's assets | 0.10 | 62.50 |
| B310 | 11/02/15 | ESC | Review responses to diligence questions from BDO (503(b)(9) claims, fiscal year issues, and shared services issues) | 0.10 | 62.50 |
| B310 | 11/13/15 | ESC | Phone call with South Paw Asset Management re: issues with claims | 0.20 | 125.00 |
| B310 | 11/17/15 | BSN | Review claims bar date motion, order | 0.40 | 344.00 |
| B310 | 11/17/15 | KW | Review and revise draft e-mail to Committee regarding bar date motion | 0.30 | 123.00 |
| B310 | 11/17/15 | SLL | Draft memorandum re: bar date motion | 0.10 | 88.00 |
| B310 | 11/17/15 | SLL | Review motion of debtors for an order (1) fixing bar date for the filing of proofs of claim, including claims arising under section 503(b)(9) of the bankruptcy code, (2) fixing bar date for the filing of proofs of claim by governmental units, (3) designating form and manner of notice thereof, and (4) granting related relief | 0.20 | 176.00 |
| B310 | 11/18/15 | ESC | Review motion to establish deadline to file proofs of claim motion of debtors for an order (1) fixing bar date for the filing of proofs of claim, including claims arising under section 503(b)(9) of the bankruptcy code, (2) fixing bar date for the filing of proofs of claim by governmental units, (3) designating form and manner of notice thereof, and (4) granting related relief | 0.60 | 375.00 |
| B310 | 11/18/15 | ESC | Confer with K. Waldron re: bar date issues | 0.20 | 125.00 |
| B310 | 11/18/15 | KW | Review Debtors' motion to establish bar dates and prepare e-mail to Committee regarding same | 0.70 | 287.00 |
| B310 | 11/19/15 | SLL | Review memorandum re: bar date motion | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 11/21/15 | ESC | E-mail exchange with K. Waldron re: issues with bar date motion | 0.10 | 62.50 |
| B310 | 11/30/15 | ESC | E-mail exchange with Claims Recovery Group LLC re: issues with distributions | 0.10 | 62.50 |
| | | | **Total B310 - Claims Administration and Objections** | 3.20 | $1,981.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 11/10/15 | SLL | Review correspondence from J. Cashel re: wind down budgets | 0.10 | 88.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 0.10 | $88.00 |

B400 - Bankruptcy-Related Advice

B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B430A | 11/03/15 | KW | Prepare materials for hearing to be held on November 4, 2015 | 1.20 | 492.00 |
| B430A | 11/04/15 | BSN | Review memo re: recap of today's hearing | 0.10 | 86.00 |
| B430A | 11/04/15 | ESC | E-mail exchange with local counsel re: preparation for follow up hearing on second day motions and sale process issues | 0.10 | 62.50 |
| | | | **Total B430A - Court Hearings** | 1.40 | $640.50 |

B440 Schedules and Statements

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B440 | 11/10/15 | ESC | E-mail exchange with J. Cashel re: issues with schedules and SOFAs | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B440 | 11/25/15 | KW | E-mail correspondence with E. Chafetz regarding schedules and statement of financial affairs of debtors | 0.30 | 123.00 |
| | | | **Total B440 - Schedules and Statements** | 0.40 | $185.50 |

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B460 | 11/20/15 | ESC | E-mail exchange with counsel for R. Lee re: issues with insurance coverage | 0.10 | 62.50 |
| | | | **Total B460 - Other - Insurance Matters** | 0.10 | $62.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 5.80 | $2,058.50 |
| B120 | Asset Analysis and Recovery | 0.30 | $238.50 |
| B120A | Investigation of Prepetition Lenders | 28.50 | $14,238.00 |
| B130 | Asset Disposition | 5.70 | $3,609.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 5.00 | $3,098.00 |
| B150 | Meetings of and Communication with Creditors | 48.50 | $28,820.00 |
| B160 | Fee/Employment Applications | 5.10 | $3,143.00 |
| B165 | Employment and Retention Applications - Others | 1.50 | $1,167.00 |
| B175 | Fee Applications and Invoices - Others | 0.10 | $62.50 |
| B180 | Avoidance Action Analysis | 2.90 | $1,812.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.10 | $62.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 33.10 | $15,025.50 |
| B195 | Non-Working Travel | 4.30 | $1,343.75 |
| B210 | Business Operations | 2.40 | $1,500.00 |
| B230 | Financing/Cash Collateral | 1.30 | $661.50 |
| B310 | Claims Administration and Objections | 3.20 | $1,981.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.10 | $88.00 |
| B430A | Court Hearings | 1.40 | $640.50 |
| B440 | Schedules and Statements | 0.40 | $185.50 |
| B460 | Other - Insurance Matters | 0.10 | $62.50 |
| | **Total** | **149.80** | **$ 79,798.25** |