# EXHIBIT B

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---:|
| Telecommunications | $161.04 |
| Travel | $1,339.49 |
| Photocopies 16 pages at $0.12 per page | $1.92 |
| **Total Disbursements** | **$1,502.45** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 11/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | $5.97 |
| 11/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 33.06 |
| 11/09/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 25.43 |
| 11/09/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 1.75 |
| 11/09/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.95 |
| 11/11/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 14.26 |
| 11/16/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.18 |
| 11/16/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 4.71 |
| 11/16/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 20.12 |
| 11/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 4.14 |
| 11/17/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 0.17 |
| 11/18/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 6.43 |
| 11/18/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 17.08 |
| 11/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.39 |
| 11/23/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.23 |
| 11/24/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 15.36 |
| 11/24/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 0.86 |
| 11/24/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015 GlobalMeetÂ® Audio NA - Toll Free  - USA | 3.95 |
| 11/16/15 | Travel - Accommodations  VENDOR: Waldron, Keara; | 439.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Date | Description | Amount |
|---|---|---|
| 11/16/15 | Travel - Accommodations  VENDOR: Chafetz, Eric S.; INVOICE#: 121115-1; DATE: 12/11/2015 Hotel in Wilmington (could not cancel due to Cancellation policy) | |
| | VENDOR: Chafetz, Eric S.; INVOICE#: 112315; DATE: 11/23/2015 Hotel re auction in DE | 268.90 |
| 11/17/15 | Amtrak Rail travel  VENDOR: Chafetz, Eric S.; INVOICE#: 112315; DATE: 11/23/2015 Amtrak home after auction | 91.00 |
| 11/17/15 | Amtrak Rail travel  VENDOR: Waldron, Keara; INVOICE#: 121115-1; DATE: 12/11/2015 Train home from Wilmington | 108.00 |
| 11/19/15 | Out of town ground travel (mileage, taxi, tolls etc...) VENDOR: Chafetz, Eric S.; INVOICE#: 112315; DATE: 11/23/2015 Travel to Delaware for auction | 92.89 |
| 11/16/15 | Meals (out of town travel)  VENDOR: Chafetz, Eric S.; INVOICE#: 112315; DATE: 11/23/2015 Meals in Delaware | 225.40 |
| 11/19/15 | Meals (out of town travel)  VENDOR: Chafetz, Eric S.; INVOICE#: 112315; DATE: 11/23/2015 Meals while traveling for DE auction | 73.50 |
| 11/04/15 | Local Travel  VENDOR: Chafetz, Eric S.; INVOICE#: 102315; DATE: 10/23/2015 Cab from Amtrak to BK court | 12.00 |
| 11/12/15 | Local Travel  VENDOR: Levine, Sharon L.; INVOICE#: 111815; DATE: 11/18/2015 Attend hearing in Newark | 28.80 |
| | Internal photocopies:  16 pages at $0.12 per page | 1.92 |
| | Total Disbursements | $1,502.45 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**