# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALIBU LIGHTING CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12080 (KG)<br><br>(Jointly Administered)<br><br>Hearing Date: Only if an objection is filed<br>Objection Deadline: February 1, 2016 |

## NOTICE OF APPLICATION

     **PLEASE TAKE NOTICE** that Lowenstein Sandler LLP, attorneys to the Official Committee of Unsecured Creditors appointed in the chapter 11 cases of Malibu Lighting Corporation, et al., has filed its **First Monthly Fee Application for Allowance of Compensation For Services Rendered and Reimbursement of Expenses Incurred for the Period from October 20, 2015 through October 31, 2015 For The Benefit Of Outdoor Direct Corporation** (the "**Application**"), seeking allowance of fees in the amount of $37,211.83 and reimbursement of expenses in the amount of $454.25.

     **PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before February 1, 2016 at 4:00 p.m. (ET) (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware, 19801.

     **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection so as to be received by the following on or before the Objection Deadline: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: Michael R. Seidl, Esq.; Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067, Attn: Jeffrey N. Pomerantz, Esq.; (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Linda Casey, Esq.; (iii) counsel for the Official Committee of Unsecured Creditors, (a) Lowenstein Sandler LLP, 65 Livingston Ave., Roseland, NJ 07068, Attn: Sharon L. Levine, Esq., Kenneth A. Rosen, Esq., Eric S. Chafetz, Esq. and (b) Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, Attn: Bonnie Glantz Fatell, Esq.; (iv) counsel for the Debtors' pre-petition and post-petition lenders, (a) Buchanan Ingersoll & Rooney, PC, 919 North Market Street, Suite 1500, Wilmington, DE

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205) ("**MLC**"); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation ("**ODC**"); National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc. ("**NCOC**"); Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

19801, Attn: Kathleen A. Murphy, Esq., and (b) Bryan Cave LLP, Two North Central Avenue, Suite 2200, Phoenix, AZ, Attn: Robert J Miller, Esq. and Brian C. Walsh, Esq. and (c) Jackson Walker L.L.P., 901 Main Street, Suite 6000, Dallas, TX 75202, Attn: David Stolle, Esq. and Bruce Ruzinsky, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS [DOCKET NO. 203], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE WILL A HEARING BE HELD ON THE APPLICATION.

Dated: January 11, 2016

**BLANK ROME LLP**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
Victoria A. Guilfoyle (DE No. 5183)
1201 Market Street, Suite 800,
Wilmington, DE 19801
Telephone: (302) 425-6423
Facsimile: (302) 425-6464
fatell@blankrome.com
guilfoyle@blankrome.com

*-and-*

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Sharon L. Levine, Esq.
Bruce S. Nathan, Esq.
Eric S. Chafetz, Esq.
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
krosen@lowenstein.com
slevine@lowenstein.com
bnathan@lowenstein.com
echafetz@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*