# EXHIBIT A

**EXHIBIT A**
Professional Services rendered by Lowenstein Sandler LLP, through October 31, 2015

In re: ODC

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Levine, Sharon L. | 1983 | Partner | 0.50 | $880.00 | $440.00 |
| Chafetz, Eric S. | 2004 | Counsel | 9.50 | $625.00 | $5,937.50 |
| Waldron, Keara | 2011 | Associate | 8.30 | $410.00 | $3,403.00 |
| **TOTAL FEES** | | | **18.30** | | **$9,780.50** |
| **Attorney Blended Rate** | | | | | **$534.45** |

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B140 | 10/24/15 | ESC | Review debtors' motion for determination that the stay does not apply or otherwise should be lifted as to certain patent disputes with A&J Manufacturing | 0.10 | $62.50 |
| B140 | 10/30/15 | ESC | Review the International Trade Commission's response to debtors' motion for relief from the stay re: A&J Manufacturing | 0.40 | 250.00 |
| B140 | 10/30/15 | ESC | Review objection by A&J Manufacturing, LLC to motion of the debtor outdoor direct corporation for an order determining that automatic stay is inapplicable to pending litigation and granting relief from stay | 0.40 | 250.00 |
| B140 | 10/30/15 | KW | Review and summarize objections raised with respect to stay relief motion (A&J Manufacturing) | 3.90 | 1,599.00 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 4.80 | $2,161.50 |

B200 - Operations

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B230 | 10/21/15 | ESC | Begin marking up the Outdoor Direct Corporation cash collateral order | 1.30 | 812.50 |
| B230 | 10/21/15 | ESC | Begin drafting cash collateral objection for Outdoor Direct Corporation, et al. | 4.00 | 2,500.00 |
| B230 | 10/22/15 | ESC | Continue revising cash collateral objection - Outdoor Direct Corporation | 1.20 | 750.00 |
| B230 | 10/22/15 | ESC | Revise cash collateral order (Outdoor Direct Corporation) | 0.70 | 437.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 10/22/15 | KW | Review and revise objection to cash collateral motion (ODC) | 3.80 | 1,558.00 |
| B230 | 10/22/15 | KW | Review motion to approve use of cash collateral (ODC) | 0.60 | 246.00 |
| B230 | 10/22/15 | SLL | Review memorandum re: Outdoor Direct cash collateral stipulation | 0.10 | 88.00 |
| B230 | 10/24/15 | ESC | Review and revise redline of proposed final ODC et al cash collateral order | 0.30 | 187.50 |
| B230 | 10/26/15 | ESC | Further revisions to ODC cash collateral objection | 0.80 | 500.00 |
| B230 | 10/26/15 | SLL | Review objection to ODC cash collateral motion | 0.10 | 88.00 |
| B230 | 10/27/15 | ESC | Review and comment on final version of ODC cash collateral order | 0.30 | 187.50 |
| B230 | 10/27/15 | SLL | Review and comment on final order approving the ODC cash collateral stipulations | 0.20 | 176.00 |
| B230 | 10/27/15 | SLL | Review order approving stipulation authorizing use of cash collateral by debtors Outdoor Direct Corporation and other syndicated facility obligors | 0.10 | 88.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 13.50 | $7,619.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|---|---|---:|---:|
| B140 | Relief from Stay/Adequate Protection Proceedings | 4.80 | $2,161.50 |
| B230 | Financing/Cash Collateral | 13.50 | $7,619.00 |
| | **Total** | **18.30** | **$ 9,780.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**