# EXHIBIT A

**EXHIBIT A**
Professional Services rendered by Lowenstein Sandler LLP, through November 30, 2015

In re: ODC

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Levine, Sharon L. | 1983 | Partner | 0.40 | $880.00 | $352.00 |
| Chafetz, Eric S. | 2004 | Counsel | 1.40 | $625.00 | $875.00 |
| Waldron, Keara | 2011 | Associate | 0.80 | $410.00 | $328.00 |
| **TOTAL FEES** | | | **2.60** | | **$1,555.00** |
| **Attorney Blended Rate** | | | | | **$598.08** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B130 | 11/30/15 | ESC | Review schedule of vehicles in J. Baxter Brinkmann's Possession | 0.10 | $62.50 |
| | | | **Total B130 - Asset Disposition** | 0.10 | $62.50 |

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B140 | 11/02/15 | ESC | Phone call with counsel for A&J Industries re: issues with stay relief motion | 0.20 | 125.00 |
| B140 | 11/05/15 | ESC | Confer with K. Waldron re: issues with stay relief motion related to A&J Industries | 0.30 | 187.50 |
| B140 | 11/09/15 | ESC | E-mail exchange with K. Waldron re: summary of motion related to Smyrna lease | 0.10 | 62.50 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 0.60 | $375.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B185 | 11/09/15 | ESC | Review Smytha lease rejection motion | 0.20 | 125.00 |
| B185 | 11/10/15 | ESC | Review and comment on e-mail to the committee re: recommendation for the Smyrna lease rejection motion | 0.10 | 62.50 |
| B185 | 11/10/15 | KW | Review Smyrna lease rejection motion; draft e-mail to Committee summarizing and providing recommendation for Smyrna lease rejection motion | 0.80 | 328.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 11/10/15 | SLL | Review memorandum re: lease rejection motion | 0.10 | 88.00 |
| B185 | 11/17/15 | SLL | Review order (A) authorizing Outdoor Direct Corporation to reject nonresidential real property lease nunc pro tunc to the date of this motion and abandon any personal property located at such premises and (B) fixing a bar date for claims of counterparty | 0.10 | 88.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 1.30 | $691.50 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B190 | 11/17/15 | SLL | Review motion of debtor Outdoor Direct Corporation f/k/a the Brinkmann Corporation under Fed. R. Bankr. P. 9019 for an order approving general release and settlement agreement with A&J Manufacturing, LLC and A&J Manufacturing, Inc. | 0.20 | 176.00 |
| B190 | 11/18/15 | ESC | Review motion to approve compromise under rule 9019 motion of debtor Outdoor Direct Corporation f/k/a The Brinkmann corporation under Fed. R. Bankr. P. 9019 for an order approving general release and settlement agreement with A&J manufacturing, llc and A&J Manufacturing, Inc. | 0.30 | 187.50 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 0.50 | $363.50 |

B400 - Bankruptcy-Related Advice

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B460 | 11/10/15 | ESC | Phone call with debtors' counsel re: issues with insurance policies covering tort claims | 0.10 | 62.50 |
| | | | **Total B460 - Other - Insurance Matters** | 0.10 | $62.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B130 | Asset Disposition | 0.10 | $62.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.60 | $375.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 1.30 | $691.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 0.50 | $363.50 |
| B460 | Other - Insurance Matters | 0.10 | $62.50 |
| | **Total** | **2.60** | **$ 1,555.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**