# EXHIBIT A

In re: NCOC

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Levine, Sharon L. | 1983 | Partner | 6.00 | $880.00 | $5,280.00 |
| Chafetz, Eric S. | 2004 | Counsel | 28.20 | $625.00 | $17,625.00 |
| Bazian, Barry Z. | 2014 | Associate | 17.80 | $365.00 | $6,497.00 |
| Vislocky, Nicholas B. | 2013 | Associate | 1.00 | $400.00 | $400.00 |
| Waldron, Keara | 2011 | Associate | 9.10 | $410.00 | $3,731.00 |
| **TOTAL FEES** | | | **62.10** | | **$33,533.00** |
| **Attorney Blended Rate** | | | | | **$539.98** |

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

B100 - Administration

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 10/21/15 | BZB | Review NCOC's bid procedures motion and draft notes related to same | 1.50 | $547.50 |
| B130 | 10/21/15 | SLL | Review interested parties list for  sale process | 0.10 | 88.00 |
| B130 | 10/21/15 | SLL | Review correspondence from J. Cashel re: data room access | 0.10 | 88.00 |
| B130 | 10/21/15 | SLL | Review confidential marketing materials | 0.10 | 88.00 |
| B130 | 10/21/15 | SLL | Draft memorandum re: interested parties list | 0.10 | 88.00 |
| B130 | 10/22/15 | BZB | Review NCOC sale motion and NCOC APA and draft notes re: same | 2.30 | 839.50 |
| B130 | 10/22/15 | BZB | Draft objection to bid procedures and sale motion (8.9); confer with E. Chafetz three times re: arguments re: same (.3) | 9.20 | 3,358.00 |
| B130 | 10/22/15 | ESC | Confer with B. Bazian re:  issues with bid procedures objection | 0.20 | 125.00 |
| B130 | 10/22/15 | ESC | Review bid procedures | 0.40 | 250.00 |
| B130 | 10/22/15 | NBV | Teleconference with debtors' investment banker re: objection to bid procedures | 1.00 | 400.00 |
| B130 | 10/22/15 | SLL | Review correspondence from L. Casey re: bid procedures | 0.10 | 88.00 |
| B130 | 10/23/15 | BZB | Confer with E. Chafetz re: revisions to objection to bid procedures | 0.10 | 36.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 10/23/15 | BZB | Revise objection to bid procedures | 4.20 | 1,533.00 |
| B130 | 10/23/15 | ESC | Prepare issues list related to bid procedures | 1.70 | 1,062.50 |
| B130 | 10/23/15 | ESC | Review and comment on bid procedures objection | 1.70 | 1,062.50 |
| B130 | 10/23/15 | ESC | Confer with B.Bazian re:  issues with bid procedures objection | 0.10 | 62.50 |
| B130 | 10/23/15 | ESC | Phone call with NCOC's counsel re:  issues with bidding procedures | 0.30 | 187.50 |
| B130 | 10/23/15 | ESC | Internal e-mail re: revised bid procedures objection, bid procedures and bid procedures order | 0.10 | 62.50 |
| B130 | 10/23/15 | KW | Review e-mails regarding outstanding issues with respect to bid procedures motion | 0.30 | 123.00 |
| B130 | 10/23/15 | SLL | Review correspondence from J. Pomerantz re: bid procedures motion | 0.10 | 88.00 |
| B130 | 10/23/15 | SLL | Review and comment on proposed bid procedures issue list | 0.20 | 176.00 |
| B130 | 10/24/15 | ESC | Review comments to bid procedures objection | 0.30 | 187.50 |
| B130 | 10/24/15 | ESC | Review comments to bid procedures, revise bid procedures | 0.50 | 312.50 |
| B130 | 10/24/15 | ESC | Draft e-mail to NCOC's counsel re:  mark up of bid procedures order | 0.10 | 62.50 |
| B130 | 10/24/15 | SLL | Review and revise objection to NCOC's bid procedures | 0.20 | 176.00 |
| B130 | 10/24/15 | SLL | Review and comment current draft objection on bid procedures | 0.30 | 264.00 |
| B130 | 10/25/15 | BZB | Review revised bid procedures proposed order | 0.10 | 36.50 |
| B130 | 10/25/15 | BZB | Review e-mail from E. Chafetz re: bid procedures issues and status of negotiations re: same | 0.10 | 36.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 10/25/15 | ESC | Review NCOC's mark up of bid procedures and related documents and update issue list re: same | 0.60 | 375.00 |
| B130 | 10/25/15 | ESC | Prepare for (.2) and phone call with the committee professionals re: update call on bid procedures (.3) | 0.50 | 312.50 |
| B130 | 10/25/15 | ESC | Further revisions to bid procedures | 0.40 | 250.00 |
| B130 | 10/25/15 | ESC | Draft e-mail to local counsel re: issues with bid procedures | 0.10 | 62.50 |
| B130 | 10/25/15 | ESC | Draft e-mail to Lowenstein team re: status of negotiations re: bid procedures | 0.20 | 125.00 |
| B130 | 10/25/15 | SLL | Review and revise draft bid procedures objection | 0.30 | 264.00 |
| B130 | 10/25/15 | SLL | Review and comment on bid procedures issues list | 0.20 | 176.00 |
| B130 | 10/26/15 | ESC | Phone call with BDO re: issues with bid procedures | 0.20 | 125.00 |
| B130 | 10/26/15 | ESC | Phone call with counsel for the purchaser re: issues with bid procedures | 0.20 | 125.00 |
| B130 | 10/26/15 | ESC | Review first amendment to asset purchase agreement | 0.30 | 187.50 |
| B130 | 10/26/15 | ESC | Review UST's comments re: assumption/assignment procedures included in the sale motion | 0.10 | 62.50 |
| B130 | 10/26/15 | SLL | Review proposed first amendment to the APA | 0.10 | 88.00 |
| B130 | 10/26/15 | SLL | Review correspondence from J. Pomerantz re: amendment to APA | 0.10 | 88.00 |
| B130 | 10/26/15 | SLL | Review correspondence from B. Ruzinsky (counsel for Comerica) re: asset purchase agreement | 0.10 | 88.00 |
| B130 | 10/26/15 | SLL | Review revised bid procedures order | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 10/26/15 | SLL | Review objection to NCOC bid procedures motion | 0.20 | 176.00 |
| B130 | 10/27/15 | ESC | Review and comment on bid procedures order and related documents | 0.40 | 250.00 |
| B130 | 10/27/15 | ESC | Internal e-mail re: issues with stalking horse protections | 0.30 | 187.50 |
| B130 | 10/27/15 | ESC | Review further revised version of bid procedures order and related documents | 0.40 | 250.00 |
| B130 | 10/27/15 | ESC | E-mail exchange with counsel for Comerica re: issues with stalking horse expense reimbursement | 0.10 | 62.50 |
| B130 | 10/27/15 | ESC | Review second APA amendment | 0.10 | 62.50 |
| B130 | 10/27/15 | ESC | Review Shanghai transition services agreement | 0.10 | 62.50 |
| B130 | 10/27/15 | SLL | Review and comment on revised bid procedures order | 0.40 | 352.00 |
| B130 | 10/27/15 | SLL | Review second amendment to the APA | 0.20 | 176.00 |
| B130 | 10/27/15 | SLL | Review correspondence from J. Cashel re: sale proceeds | 0.10 | 88.00 |
| B130 | 10/27/15 | SLL | Review order as to Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (a) approving bidding procedures for the auction of substantially all of the debtors' operating assets, (b) scheduling an auction and sale hearing, and (c) approving procedures for the assumption and assignment of certain executory contracts and unexpired leases related thereto | 0.10 | 88.00 |
| B130 | 10/29/15 | ESC | E-mail exchange with debtors' counsel re: issues with weekly call re: sale process | 0.10 | 62.50 |
| B130 | 10/29/15 | ESC | Phone call with debtors' counsel, investment banker, financial advisor and BDO re: issues with sale process and next steps | 0.40 | 250.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 10/29/15 | ESC | Review notice of hearing re: motion of debtor national consumer outdoors corporation f/k/a Dallas manufacturing company, inc. for order (a) approving asset purchase agreement and authorizing the sale of substantially all of the debtor's operating assets; (b) authorizing the sale of assets free and clear of all liens, claims, rights, encumbrances and other interests pursuant to bankruptcy code sections 105, 363(b), 363(f) and 363(m); (c) assuming and assigning certain executory contracts and unexpired leases; and (d) granting related relief | 0.10 | 62.50 |
| B130 | 10/29/15 | ESC | Phone call with BDO re:  issues with sale process | 0.20 | 125.00 |
| B130 | 10/29/15 | ESC | Review unredacted APA schedules | 0.20 | 125.00 |
| B130 | 10/29/15 | ESC | Review signed version of APA | 0.30 | 187.50 |
| B130 | 10/29/15 | SLL | Review unredacted schedules to the APA and the second amendment thereto | 0.10 | 88.00 |
| B130 | 10/30/15 | ESC | Phone call with local counsel re:  sale process update and other open issues | 0.30 | 187.50 |
| B130 | 10/30/15 | ESC | E-mail exchange with local counsel re:  issues with sale process | 0.10 | 62.50 |

|  |  |  | **Total B130 - Asset Disposition** | 33.20 | $16,752.00 |

B150 Meetings of and Communication with Creditors

| B150 | 10/23/15 | ESC | Draft e-mail to the committee re:  issues with sale process | 0.70 | 437.50 |
| B150 | 10/27/15 | SLL | Review correspondence from committee member re: bidders | 0.10 | 88.00 |
| B150 | 10/27/15 | SLL | Draft correspondence to committee member re: sale process | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B150 - Meetings of and Communication with Creditors** | 0.90 | $613.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 10/23/15 | KW | Review motion to reject Dallas warehouse lease and set related bar dates | 0.30 | 123.00 |
| B185 | 10/23/15 | KW | Review motion to reject lease for Dallas warehouse and set related to bar dates | 0.50 | 205.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.80 | $328.00 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 10/22/15 | ESC | Review budget to actual for first 3 weeks of DIP budget | 0.20 | 125.00 |
| | | | **Total B210 - Business Operations** | 0.20 | $125.00 |

B230 Financing/Cash Collateral

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 10/20/15 | ESC | Review motion to approve DIP financing for National Consumer's Outdoor Corporation and related credit agreement;  Prepare issues list re:  same | 2.80 | 1,750.00 |
| B230 | 10/20/15 | ESC | Begin marking up interim DIP order for National Consumers Outdoor Corporation | 1.10 | 687.50 |
| B230 | 10/20/15 | ESC | Review additional issues list related to DIP financing (NCDC) | 0.20 | 125.00 |
| B230 | 10/21/15 | ESC | Begin drafting DIP Objection - National Consumer Outdoors Corporation | 5.40 | 3,375.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 10/21/15 | ESC | Further revisions to National Consumer Outdoors Corporation DIP Order | 0.80 | 500.00 |
| B230 | 10/21/15 | KW | Review objection to DIP financing and proposed marked order | 0.40 | 164.00 |
| B230 | 10/21/15 | SLL | Review and revise DIP objection | 0.10 | 88.00 |
| B230 | 10/21/15 | SLL | Review and revise interim DIP order | 0.30 | 264.00 |
| B230 | 10/21/15 | SLL | Review memorandum re: DIP objection | 0.20 | 176.00 |
| B230 | 10/22/15 | BZB | Call with K. Waldron and E. Chafetz re: DIP objection issues re: administrative insolvency (.1); draft e-mail to K. Waldron re: citation to order from Golden County Foods case re: same (.2) | 0.30 | 109.50 |
| B230 | 10/22/15 | ESC | Phone call with BDO re:  DIP issues | 0.30 | 187.50 |
| B230 | 10/22/15 | ESC | Phone call with debtors' counsel re:  issues with DIP financing | 0.70 | 437.50 |
| B230 | 10/22/15 | ESC | Draft e-mail to Lowenstein team re:  issues with DIP objection | 0.90 | 562.50 |
| B230 | 10/22/15 | ESC | Phone call with BDO re:  DIP issues | 0.30 | 187.50 |
| B230 | 10/22/15 | KW | Review and revise objection to NCOC DIP financing motion | 1.60 | 656.00 |
| B230 | 10/22/15 | KW | Review and revise objection to NCOC DIP financing motion | 4.80 | 1,968.00 |
| B230 | 10/22/15 | KW | Review motion to approve DIP financing | 1.20 | 492.00 |
| B230 | 10/22/15 | SLL | Review and revise dip issues list | 0.30 | 264.00 |
| B230 | 10/22/15 | SLL | Review and comment on dip issues | 0.30 | 264.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 10/23/15 | SLL | Review and comment on draft DIP objection | 0.30 | 264.00 |
| B230 | 10/24/15 | ESC | Review and revise redline of proposed final DIP Order (NCOC) | 0.30 | 187.50 |
| B230 | 10/25/15 | ESC | Phone call with debtors' counsel re:  various DIP issues | 0.20 | 125.00 |
| B230 | 10/26/15 | ESC | Further revisions to NCOC DIP objection | 1.00 | 625.00 |
| B230 | 10/26/15 | ESC | Phone call with counsel for Bank of America re:  issues with DIP and bid procedures | 0.30 | 187.50 |
| B230 | 10/26/15 | ESC | Phone call to BDO re:  issues with DIP objection and bid procedures objection | 0.20 | 125.00 |
| B230 | 10/26/15 | ESC | Review local counsel's comments to DIP financing objection | 0.10 | 62.50 |
| B230 | 10/26/15 | SLL | Review and comment on revised DIP budgets | 0.40 | 352.00 |
| B230 | 10/26/15 | SLL | Review correspondence from J. Cashel re: DIP budget | 0.10 | 88.00 |
| B230 | 10/26/15 | SLL | Review correspondence from M. Litvak re: DIP order | 0.10 | 88.00 |
| B230 | 10/26/15 | SLL | Review correspondence from M. Litvak re: DIP order | 0.10 | 88.00 |
| B230 | 10/26/15 | SLL | Review revised DIP order | 0.10 | 88.00 |
| B230 | 10/26/15 | SLL | Review objection to National Consumer Outdoor DIP motion | 0.10 | 88.00 |
| B230 | 10/27/15 | ESC | Review and comment on further revised NCOC DIP order | 0.40 | 250.00 |
| B230 | 10/27/15 | ESC | Prepare for hearing on financing motions and bid procedures motion | 1.20 | 750.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 10/27/15 | SLL | Review order (final) as to debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (a) authorizing post-petition Financing and use of cash collateral, (b) granting liens, a superpriority administrative claim, and adequate protection, and (c) approving agreements with Comerica Bank | 0.10 | 88.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 27.00 | $15,714.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B130 | Asset Disposition | 33.20 | $16,752.00 |
| B150 | Meetings of and Communication with Creditors | 0.90 | $613.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.80 | $328.00 |
| B210 | Business Operations | 0.20 | $125.00 |
| B230 | Financing/Cash Collateral | 27.00 | $15,714.50 |
| | **Total** | **62.10** | **$ 33,533.00** |