# EXHIBIT B

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Citron, Lowell A. | 1995 | Partner | 8.30 | $815.00 | $6,764.50 |
| Levine, Sharon L. | 1983 | Partner | 21.90 | $880.00 | $19,272.00 |
| Nathan, Bruce S. | 1981 | Partner | 0.90 | $860.00 | $774.00 |
| Rosen, Kenneth A. | 1979 | Partner | 3.00 | $950.00 | $2,850.00 |
| Chafetz, Eric S. | 2004 | Counsel | 41.50 | $625.00 | $25,937.50 |
| *Chafetz, Eric S. - Travel Time | 2004 | Counsel | 3.10 | $312.50 | $968.75 |
| Bazian, Barry Z. | 2014 | Associate | 10.60 | $365.00 | $3,869.00 |
| Vislocky, Nicholas B. | 2013 | Associate | 26.40 | $400.00 | $10,560.00 |
| Waldron, Keara | 2011 | Associate | 40.40 | $410.00 | $16,564.00 |
| LaFiura-Smith, Kim Marie | N/A | Paralegal | 0.80 | $210.00 | $168.00 |
| Power, Megan | N/A | Paralegal | 14.00 | $265.00 | $3,710.00 |
| **TOTAL FEES** | | | **170.90** | | **$91,437.75** |
| **Attorney Blended Rate** | | | | | **$560.92** |

\*        Reflects 50% rate reduction due to non-working travel time

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| **B100 - Administration** | | | | | |
| **B110 Case Administration** | | | | | |
| B110 | 10/20/15 | ESC | Internal call re: case strategy | 0.20 | $125.00 |
| B110 | 10/20/15 | KW | Review docket and issues list regarding case status and pending motions | 0.80 | 328.00 |
| B110 | 10/20/15 | SLL | Draft pro hac vice papers | 0.20 | 176.00 |
| B110 | 10/21/15 | BZB | Review first day declaration and other first day pleadings | 1.60 | 584.00 |
| B110 | 10/21/15 | KW | Participate in internal call regarding objections to pending motions | 0.20 | 82.00 |
| B110 | 10/21/15 | NBV | Draft e-mail to E Chafetz with lender counsel issues | 0.30 | 120.00 |
| B110 | 10/21/15 | NBV | Prepare committee bylaws | 1.60 | 640.00 |
| B110 | 10/21/15 | NBV | Review status memo | 0.20 | 80.00 |
| B110 | 10/21/15 | NBV | Prepare pro hac vice applications | 0.70 | 280.00 |
| B110 | 10/21/15 | SLL | Participate in professionals call | 0.30 | 264.00 |
| B110 | 10/22/15 | BZB | Internal conference re: status of review of pleadings and potential abjections to same and next steps | 0.10 | 36.50 |
| B110 | 10/22/15 | ESC | Review UST's comments to various first day motions | 0.10 | 62.50 |
| B110 | 10/22/15 | NBV | Draft e-mail to local counsel re: pro hac vice applications | 0.20 | 80.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 10/22/15 | SLL | Review and revise pro hac vice applications | 0.20 | 176.00 |
| B110 | 10/23/15 | ESC | Internal conference re: various issues with first day motions | 0.10 | 62.50 |
| B110 | 10/23/15 | ESC | Annotate critical date memorandum to include team call updates | 0.40 | 250.00 |
| B110 | 10/23/15 | KW | Review docket and update memorandum of critical dates tracking recently scheduled dates and deadlines | 0.50 | 205.00 |
| B110 | 10/23/15 | NBV | Participate in status call with committee professionals | 0.50 | 200.00 |
| B110 | 10/23/15 | NBV | Update critical dates memorandum | 0.20 | 80.00 |
| B110 | 10/26/15 | KW | Draft e-mail to lenders' counsel regarding filing of objections | 0.30 | 123.00 |
| B110 | 10/26/15 | KW | Prepare e-mail to B. Nathan with case status and all pertinent documents | 0.40 | 164.00 |
| B110 | 10/26/15 | KW | Collect signature pages of nondisclosure agreement and bylaws and prepare summary of outstanding documents | 0.50 | 205.00 |
| B110 | 10/27/15 | SLL | Review order authorizing the debtors to file a consolidated list of creditors in lieu of submitting a separate mailing matrix for each debtor | 0.10 | 88.00 |
| B110 | 10/28/15 | KML | Review docket and objection per E. Chafetz and download and send to B. Nathan | 0.80 | 168.00 |
| B110 | 10/29/15 | ESC | Draft e-mail to debtors' counsel re: confirmation of extension of objection deadline for various first day motions | 0.10 | 62.50 |
| B110 | 10/30/15 | ESC | Draft e-mail to debtors' counsel re: questions regarding second day motions | 0.10 | 62.50 |
| B110 | 10/30/15 | ESC | Review debtors' response to questions about various second day motions (cash management, OCP, motion to reject lease) (.1); Confer with K. Waldron re: same (.1) | 0.20 | 125.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B110 - Case Administration** | 10.90 | $4,829.50 |

B120 Asset Analysis and Recovery

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 10/23/15 | SLL | Review Comerica DMC loan documents | 0.30 | 264.00 |
| B120 | 10/26/15 | SLL | Review BDO's preliminary list of informational request items for the debtors' advisors | 0.20 | 176.00 |
| | | | **Total B120 - Asset Analysis and Recovery** | 0.50 | $440.00 |

B120A Investigation of Prepetition Lenders

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120A | 10/21/15 | ESC | Phone call with L. Citron re:  issues with lien review | 0.20 | 125.00 |
| B120A | 10/21/15 | LAC | Work on document request list for lien review | 0.30 | 244.50 |
| B120A | 10/21/15 | MP | Review first day affidavit and related pleadings re: lien review issues | 0.80 | 212.00 |
| B120A | 10/22/15 | LAC | Review of loan documents re: lien review | 0.80 | 652.00 |
| B120A | 10/22/15 | MP | Begin drafting pre-petition lien analysis memorandum | 2.60 | 689.00 |
| B120A | 10/22/15 | MP | Review dataroom documents in connection with pre-petition lien review | 1.50 | 397.50 |
| B120A | 10/23/15 | MP | Continue drafting pre-petition lien analysis memorandum | 2.50 | 662.50 |
| B120A | 10/26/15 | LAC | Review of loan documents re: lien review | 3.20 | 2,608.00 |
| B120A | 10/26/15 | MP | Continue drafting pre-petition lien analysis memorandum | 3.00 | 795.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120A | 10/26/15 | NBV | Draft correspondence to L. Citron re: loan documents for lien review | 0.20 | 80.00 |
| B120A | 10/28/15 | ESC | Confer with L. Citron re: status of lien review | 0.20 | 125.00 |
| B120A | 10/28/15 | ESC | Draft e-mail to counsel for Bank of America, Comerica and the debtors re: additional information needed to complete lien review | 0.20 | 125.00 |
| B120A | 10/28/15 | LAC | Review of loan documents re: lien review | 0.60 | 489.00 |
| B120A | 10/28/15 | LAC | Review and revision of lien review memo | 1.90 | 1,548.50 |
| B120A | 10/28/15 | MP | Continue drafting pre-petition lien review memorandum | 0.50 | 132.50 |
| B120A | 10/29/15 | LAC | Review of loan documents re: lien review | 0.80 | 652.00 |
| B120A | 10/29/15 | LAC | Review and revision of lien review memo | 0.30 | 244.50 |
| B120A | 10/29/15 | MP | Review correspondence re: pre-petition loan document request re: lien review | 0.10 | 26.50 |
| B120A | 10/30/15 | ESC | E-mail exchange with Bank of America re: status of lien review | 0.10 | 62.50 |
| B120A | 10/30/15 | ESC | E-mail exchange with M. Power re: issues with lien review | 0.10 | 62.50 |
| B120A | 10/30/15 | LAC | Review of loan documents re: lien review | 0.20 | 163.00 |
| B120A | 10/30/15 | LAC | Review and revision of lien review memo | 0.20 | 163.00 |
| B120A | 10/30/15 | MP | Continue drafting pre-petition lien review memo | 3.00 | 795.00 |

|  | **Total B120A - Investigation of Prepetition Lenders** | 23.30 | $11,054.50 |
|--|--------------------------------------------------------|-------|------------|

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B130 Asset Disposition | | | | | |
| B130 | 10/21/15 | SLL | Review correspondence from J. Pomerantz re: data room access | 0.10 | 88.00 |
| B130 | 10/21/15 | SLL | Draft correspondence to J. Pomerantz re: data room access | 0.10 | 88.00 |
| B130 | 10/22/15 | ESC | E-mail exchange with counsel for the debtor re: ordinary course sales of replacements parts | 0.10 | 62.50 |
| B130 | 10/22/15 | SLL | Review correspondence from M. Litvak re: ordinary course sales of replacement parts | 0.10 | 88.00 |
| B130 | 10/22/15 | SLL | Review correspondence from J. Cashel re: ordinary course sales of replacement parts & CF results | 0.10 | 88.00 |
| B130 | 10/23/15 | ESC | Phone call with the united states trustee re:  issues with bid procedures, cash management and financing motions | 0.30 | 187.50 |
| B130 | 10/23/15 | ESC | Phone call with local counsel re:  strategy and next steps related to financing and bid procedures | 0.20 | 125.00 |
| B130 | 10/23/15 | SLL | Review correspondence from D. Berliner re: sale of replacement parts and the bonus plan | 0.10 | 88.00 |
| B130 | 10/24/15 | BZB | Review e-mails between E. Chafetz and debtors' counsel re: cash collateral and DIP financing issues | 0.10 | 36.50 |
| B130 | 10/24/15 | ESC | Phone call with debtors' counsel re:  issues with bid procedures, DIP and other issues | 0.30 | 187.50 |
| B130 | 10/25/15 | ESC | Phone call with debtors' counsel re:  additional bid procedures and financing issues | 0.40 | 250.00 |
| B130 | 10/25/15 | ESC | Draft e-mail to debtors' counsel re:  revised bid procedures and cash management order | 0.20 | 125.00 |
| B130 | 10/26/15 | BZB | Review e-mail from J. Pomerantz re: proposed first amendment to APA and other issues re: same | 0.10 | 36.50 |
| B130 | 10/26/15 | ESC | Prepare for (.3) and phone call with lenders' professionals re:  status of discussions regarding bid procedures and financings (.7) | 1.00 | 625.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 10/26/15 | KW | Participate in call regarding status of negotiations of financing and sale related motions | 0.60 | 246.00 |
| B130 | 10/27/15 | ESC | Confer with BDO re:  litigation strategy and recap of hearing on bid procedures and financing motions | 0.40 | 250.00 |
| B130 | 10/29/15 | SLL | Review memorandum re: sale process and operational issues call | 0.10 | 88.00 |
| | | | **Total B130 - Asset Disposition** | 4.30 | $2,659.50 |

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B140 | 10/22/15 | NBV | Review docket for creditors seeking stay relief | 0.40 | 160.00 |
| B140 | 10/22/15 | SLL | Review memorandum re: motion for stay relief | 0.10 | 88.00 |
| B140 | 10/22/15 | SLL | Draft memorandum re:  motion for stay relief | 0.10 | 88.00 |
| B140 | 10/23/15 | NBV | Draft e-mail re: stay motion summary | 0.10 | 40.00 |
| B140 | 10/23/15 | SLL | Review memorandum re: debtors' stay motion | 0.10 | 88.00 |
| B140 | 10/24/15 | SLL | Review memorandum re: stay motion | 0.10 | 88.00 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 0.90 | $552.00 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 10/20/15 | KAR | Meeting with creditor committee members | 3.00 | 2,850.00 |
| B150 | 10/20/15 | SLL | Draft bylaws | 0.30 | 264.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 10/20/15 | SLL | Attend committee meeting | 0.40 | 352.00 |
| B150 | 10/21/15 | NBV | Participate in committee call | 0.30 | 120.00 |
| B150 | 10/21/15 | NBV | Prepare contact lists for distribution to committee members | 0.60 | 240.00 |
| B150 | 10/21/15 | NBV | Prepare critical dates memo for circulation among professionals and committee | 0.20 | 80.00 |
| B150 | 10/21/15 | SLL | Draft status report to committee | 0.20 | 176.00 |
| B150 | 10/21/15 | SLL | Review and revise bylaws | 0.20 | 176.00 |
| B150 | 10/21/15 | SLL | Review correspondence from J. Cashel re: committee call agenda | 0.10 | 88.00 |
| B150 | 10/22/15 | ESC | Participate in committee call | 0.40 | 250.00 |
| B150 | 10/22/15 | ESC | Participate in professionals call re:  preparation for committee call | 0.30 | 187.50 |
| B150 | 10/22/15 | KW | Participate in committee professionals preparation call for initial call with the committee | 0.30 | 123.00 |
| B150 | 10/22/15 | KW | Participate and take notes for call with committee | 0.40 | 164.00 |
| B150 | 10/22/15 | NBV | Summarize motion to enforce the stay for committee post | 0.50 | 200.00 |
| B150 | 10/22/15 | NBV | Preparation for committee call with professionals | 0.40 | 160.00 |
| B150 | 10/22/15 | NBV | Participate in committee call | 0.40 | 160.00 |
| B150 | 10/22/15 | SLL | Review and revise 1102 motion and order | 0.30 | 264.00 |
| B150 | 10/22/15 | SLL | Participate in professionals call in preparation for committee call | 0.40 | 352.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 10/22/15 | SLL | Participate in committee call | 0.40 | 352.00 |
| B150 | 10/22/15 | SLL | Draft correspondence to committee re: comments to the NDA | 0.10 | 88.00 |
| B150 | 10/23/15 | ESC | Phone call with D. Berliner of BDO re: preparation for committee call | 0.20 | 125.00 |
| B150 | 10/23/15 | ESC | Prepare for (.2) and phone call with committee professionals (BDO and Lowenstein) re: issues with first day motions and next steps (DIP, cash collateral, cash management, bonuses, retentions, etc..) (.5) | 0.70 | 437.50 |
| B150 | 10/23/15 | NBV | Summarize stay motion for committee post | 0.30 | 120.00 |
| B150 | 10/23/15 | NBV | Summarize 1102 motion for committee post | 0.40 | 160.00 |
| B150 | 10/23/15 | NBV | Update summaries of daily motions | 0.10 | 40.00 |
| B150 | 10/23/15 | SLL | Review correspondence from committee member re: NDA | 0.10 | 88.00 |
| B150 | 10/23/15 | SLL | Review and comment on: 1102 motion | 0.20 | 176.00 |
| B150 | 10/23/15 | SLL | Review and revise committee status report | 0.20 | 176.00 |
| B150 | 10/24/15 | ESC | E-mail exchange with the committee re: execution version of confidentiality agreement | 0.10 | 62.50 |
| B150 | 10/24/15 | ESC | Review final version of confidentiality agreement | 0.20 | 125.00 |
| B150 | 10/25/15 | ESC | Review and comment on agenda for committee call | 0.10 | 62.50 |
| B150 | 10/25/15 | NBV | Draft agenda e-mail to committee members | 0.30 | 120.00 |
| B150 | 10/25/15 | SLL | Review and revise committee call agenda | 0.10 | 88.00 |
| B150 | 10/26/15 | BSN | Review BDO's report to creditors' committee | 0.50 | 430.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 10/26/15 | ESC | Participate in committee call | 0.80 | 500.00 |
| B150 | 10/26/15 | ESC | Phone call with counsel for Mr. Lee re: questions regarding debtors insurance coverage | 0.10 | 62.50 |
| B150 | 10/26/15 | ESC | E-mail exchange with counsel for Pratt Industries re: issues with committee call and confidentiality issues | 0.10 | 62.50 |
| B150 | 10/26/15 | ESC | Phone call with Fibertex re: issues with committee call | 0.10 | 62.50 |
| B150 | 10/26/15 | ESC | Prepare for committee call | 0.30 | 187.50 |
| B150 | 10/26/15 | KW | Revise and send agenda of committee meeting | 0.40 | 164.00 |
| B150 | 10/26/15 | KW | Participate in telephonic meeting of committee and take notes regarding same | 0.40 | 164.00 |
| B150 | 10/26/15 | KW | e-mail correspondence with committee members regarding receipt of nondisclosure agreement and transmittal of presentation materials prepared by BDO | 0.70 | 287.00 |
| B150 | 10/26/15 | NBV | Participate in committee call | 0.70 | 280.00 |
| B150 | 10/26/15 | SLL | Review committee call agenda | 0.10 | 88.00 |
| B150 | 10/26/15 | SLL | Draft correspondence to D. Berliner re: committee report | 0.10 | 88.00 |
| B150 | 10/26/15 | SLL | Draft correspondence to committee member re: non-disclosure agreement | 0.10 | 88.00 |
| B150 | 10/26/15 | SLL | Participate in committee call | 0.10 | 88.00 |
| B150 | 10/26/15 | SLL | Review correspondence from B. Fatell re: non-disclosure agreement | 0.10 | 88.00 |
| B150 | 10/26/15 | SLL | Review correspondence from D. Berliner re: committee report | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 10/26/15 | SLL | Review memorandum re: non-disclosure agreement | 0.10 | 88.00 |
| B150 | 10/26/15 | SLL | Review correspondence from committee members re: non-disclosure agreement | 0.10 | 88.00 |
| B150 | 10/26/15 | SLL | Review memorandum re: bylaws | 0.10 | 88.00 |
| B150 | 10/27/15 | ESC | Draft e-mail to the committee re: recap of hearing on financing and bid procedures motions | 0.60 | 375.00 |
| B150 | 10/27/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 10/28/15 | ESC | Revise various motion summaries for the committee (.4); Confer with K. Waldron re: same (.2) | 0.60 | 375.00 |
| B150 | 10/28/15 | KW | Prepare draft e-mail to committee summarizing motions scheduled for hearing on November 4, 2015 | 0.20 | 82.00 |
| B150 | 10/28/15 | SLL | Draft correspondence to committee member re: committee professionals' retention applications | 0.10 | 88.00 |
| B150 | 10/29/15 | KW | Prepare update e-mail to the committee summarizing pleadings to be heard at next hearing date | 3.60 | 1,476.00 |
| B150 | 10/29/15 | KW | Prepare update e-mail to the committee summarizing pleadings to be heard at next hearing date | 4.30 | 1,763.00 |
| B150 | 10/30/15 | ESC | Confer with K. Waldron re: preparation for committee call on 11/2 | 0.50 | 312.50 |
| B150 | 10/30/15 | ESC | Draft e-mail to BDO re: preparation for committee call on 11/2 | 0.10 | 62.50 |
| B150 | 10/30/15 | ESC | Draft e-mail to committee member re: issues with confidentiality agreement and insurance policies | 0.10 | 62.50 |
| B150 | 10/30/15 | ESC | E-mail exchange with committee member re: issues with critical vendor treatment | 0.10 | 62.50 |
| B150 | 10/30/15 | ESC | Begin reviewing and commenting on motion summaries for committee call on 11/2 | 0.90 | 562.50 |
| B150 | 10/30/15 | KW | Review and revise correspondence to committee concerning motions to be heard on November 4, 2015 | 2.70 | 1,107.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 10/30/15 | KW | Prepare committee meeting agenda and recommendations for discussion | 0.50 | 205.00 |
| B150 | 10/30/15 | SLL | Draft correspondence to committee member re: information request | 0.10 | 88.00 |
| B150 | 10/31/15 | BSN | Review BDO's weekly flash report dated 11/2/15 | 0.30 | 258.00 |
| B150 | 10/31/15 | ESC | Review and comment on BDO committee report for 11/2 committee call | 0.70 | 437.50 |
| B150 | 10/31/15 | ESC | Phone call with J.Cashel of BDO re: comments to BDO committee report | 0.80 | 500.00 |
| B150 | 10/31/15 | ESC | Continue revising motion summaries for committee call | 1.20 | 750.00 |
| B150 | 10/31/15 | ESC | Draft e-mail to Lowenstein and BDO teams re: agenda and materials for committee call | 0.10 | 62.50 |
| B150 | 10/31/15 | ESC | Multiple e-mails with BDO re: preparation for committee call | 0.10 | 62.50 |
| B150 | 10/31/15 | ESC | Multiple e-mails with K. Waldron re: preparation for committee call | 0.10 | 62.50 |
| B150 | 10/31/15 | KW | Prepare e-mail to committee including pleading summaries and agenda | 0.90 | 369.00 |
| B150 | 10/31/15 | SLL | Review and revise committee call agenda | 0.10 | 88.00 |

| | | | **Total B150 - Meetings of and Communication with Creditors** | 36.00 | $20,718.50 |
|--|--|--|--|--|--|

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 10/21/15 | NBV | Assist with filing of retention application, draft corresponding e-mail and check rules for deadlines (9006-1) | 0.70 | 280.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 10/22/15 | NBV | Reviewing conflict check and preparation of retention application | 0.40 | 160.00 |
| B160 | 10/25/15 | ESC | Phone call with N. Vislocky re: issues with Lowenstein's retention application and committee update | 0.10 | 62.50 |
| B160 | 10/25/15 | NBV | Prepare Lowenstein retention application | 4.00 | 1,600.00 |
| B160 | 10/26/15 | ESC | Review and comment on Lowenstein's retention application | 0.70 | 437.50 |
| B160 | 10/26/15 | NBV | Prepare Lowenstein's retention application | 0.30 | 120.00 |
| B160 | 10/26/15 | NBV | Prepare retention applications and proposed orders | 0.90 | 360.00 |
| B160 | 10/28/15 | ESC | Review and sign off on verified statement related to Lowenstein's retention application | 0.10 | 62.50 |
| B160 | 10/29/15 | SLL | Review Lowenstein retention application | 0.30 | 264.00 |

|  |  |  | **Total B160 - Fee/Employment Applications** | 7.50 | $3,346.50 |

B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B165 | 10/21/15 | SLL | Review correspondence from J. Cashel re: retention | 0.10 | 88.00 |
| B165 | 10/21/15 | SLL | Review memorandum re: Applications to Retain Piper and Hilco | 0.10 | 88.00 |
| B165 | 10/22/15 | NBV | Draft objections to debtor professional retention applications | 0.30 | 120.00 |
| B165 | 10/22/15 | SLL | Review correspondence from J. Cashel re: debtors' applications to employ Piper Jaffrey as investment banker and Hilco IP Services as IP marketing agent | 0.10 | 88.00 |
| B165 | 10/22/15 | SLL | Review correspondence from D. Berliner re: Piper and Hilco retentions | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 10/22/15 | SLL | Draft correspondence to D. Berliner re: issues regarding the debtors' applications to employ Piper Jaffrey as investment banker and Hilco IP Services as IP marketing agent | 0.10 | 88.00 |
| B165 | 10/22/15 | SLL | Draft correspondence to J. Cashel re: retention issues | 0.10 | 88.00 |
| B165 | 10/23/15 | ESC | Review and comment on objection to Hilco's retention | 0.40 | 250.00 |
| B165 | 10/23/15 | ESC | Review and comment on objection to Piper Jaffery's retention | 0.40 | 250.00 |
| B165 | 10/23/15 | KW | Review motion to approve employment of ordinary course professionals | 0.50 | 205.00 |
| B165 | 10/23/15 | KW | Review motion to approve employment of ordinary course professionals | 0.30 | 123.00 |
| B165 | 10/23/15 | NBV | Prepare objections to retention applications | 3.50 | 1,400.00 |
| B165 | 10/23/15 | SLL | Review Piper's retention application | 0.10 | 88.00 |
| B165 | 10/23/15 | SLL | Review Hilco retention application | 0.10 | 88.00 |
| B165 | 10/25/15 | SLL | Review and revise Lowenstein's retention papers | 0.30 | 264.00 |
| B165 | 10/26/15 | KW | Review motion to approve retention of ordinary course professionals | 0.60 | 246.00 |
| B165 | 10/26/15 | KW | Prepare retention application for BDO USA, LLP | 1.50 | 615.00 |
| B165 | 10/26/15 | KW | Review and revise BDO retention application; circulate internally | 0.40 | 164.00 |
| B165 | 10/26/15 | NBV | Draft e-mail to local counsel re: retention applications | 0.10 | 40.00 |
| B165 | 10/26/15 | SLL | Review correspondence from B. Fatell re: retention applications | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 | 10/26/15 | SLL | Review memorandum re: retention applications | 0.20 | 176.00 |
| B165 | 10/26/15 | SLL | Review and revise Lowenstein's retention papers | 0.20 | 176.00 |
| B165 | 10/26/15 | SLL | Review BDO retention declaration | 0.10 | 88.00 |
| B165 | 10/26/15 | SLL | Draft correspondence to D. Berliner re: retention applications | 0.10 | 88.00 |
| B165 | 10/26/15 | SLL | Draft memorandum re: retention applications | 0.10 | 88.00 |
| B165 | 10/26/15 | SLL | Review and revise BDO retention application | 0.30 | 264.00 |
| B165 | 10/27/15 | KW | Confer with E. Chafetz regarding revisions to BDO retention application; review and revise application accordingly; e-mail correspondence regarding all retention applications | 0.70 | 287.00 |
| B165 | 10/27/15 | SLL | Review and revise BDO retention application | 0.40 | 352.00 |
| B165 | 10/27/15 | SLL | Review Blank Rome's retention application | 0.20 | 176.00 |
| B165 | 10/28/15 | KW | Review and revise proposed e-mail to debtors' counsel concerning motion to retain ordinary course professionals | 0.20 | 82.00 |
| B165 | 10/28/15 | KW | Review, revise and finalize retention applications for committee professionals and circulate for signature | 3.80 | 1,558.00 |
| B165 | 10/29/15 | SLL | Review BDO retention application | 0.10 | 88.00 |

|  |  |  | **Total B165 - Employment and Retention Applications - Others** | 15.60 | $7,892.00 |

B170 Fee/Employment Objections

| B170 | 10/23/15 | BZB | Call with N. Vislocky re: issues with applications to employ Piper and Hilco | 0.20 | 73.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| | | | **Total B170 - Fee/Employment Objections** | 0.20 | $73.00 |

### B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 10/21/15 | BZB | Review debtors' applications to employ Piper Jaffray and Hilco IP Services and draft notes related to same | 1.60 | 584.00 |
| B175 | 10/21/15 | BZB | Draft detailed e-mail to Lowenstein team re: issues related to debtors' applications to employ Piper Jaffray and Hilco IP Services | 0.90 | 328.50 |
| B175 | 10/22/15 | SLL | Review correspondence from J. Pomerantz re: budget for the committee's professionals | 0.10 | 88.00 |
| B175 | 10/22/15 | SLL | Review memorandum re: budget for the committee's professionals | 0.10 | 88.00 |
| B175 | 10/23/15 | SLL | Review correspondence from D. Berliner re: Piper success fee | 0.10 | 88.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 2.80 | $1,176.50 |

### B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B185 | 10/25/15 | KW | Review motion to reject lease and establish bar dates | 0.60 | 246.00 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.60 | $246.00 |

### B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 10/20/15 | SLL | Draft 1102 motion and proposed order | 0.60 | 528.00 |
| B190 | 10/20/15 | SLL | Review memorandum re: objections to first day pleadings | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B190 | 10/20/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 10/21/15 | SLL | Review correspondence from J. Pomerantz re: objection deadlines | 0.10 | 88.00 |
| B190 | 10/21/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 10/21/15 | SLL | Review and revise confidentiality agreement | 0.20 | 176.00 |
| B190 | 10/22/15 | SLL | Review lenders' call agenda | 0.10 | 88.00 |
| B190 | 10/22/15 | SLL | Draft correspondence to M. Litvak re: comments to the NDA | 0.10 | 88.00 |
| B190 | 10/22/15 | SLL | Draft correspondence to B. Fatell re: section 1102 motion and order | 0.10 | 88.00 |
| B190 | 10/23/15 | SLL | Review memorandum re: 11/4 hearing | 0.10 | 88.00 |
| B190 | 10/23/15 | SLL | Review correspondence from J. Pomerantz re: 10/26 deadlines | 0.10 | 88.00 |
| B190 | 10/23/15 | SLL | Review correspondence from M. Litvak re: comments to the NDA | 0.10 | 88.00 |
| B190 | 10/23/15 | SLL | Review agenda of matters scheduled for hearing | 0.10 | 88.00 |
| B190 | 10/23/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B190 | 10/23/15 | SLL | Review memorandum re: extension of objection deadline | 0.10 | 88.00 |
| B190 | 10/23/15 | SLL | Telephone call with united states trustee re: objections | 0.20 | 176.00 |
| B190 | 10/24/15 | SLL | Draft correspondence to M. Litvak re: comments to the NDA | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 10/24/15 | SLL | Review correspondence from M. Litvak re: committee non-disclosure agreement | 0.10 | 88.00 |
| B190 | 10/24/15 | SLL | Review and revise non-disclosure agreement | 0.30 | 264.00 |
| B190 | 10/25/15 | SLL | Review and comment on revised cash management order | 0.20 | 176.00 |
| B190 | 10/26/15 | SLL | Review correspondence from J. Cashel re: 10/27 hearing | 0.10 | 88.00 |
| B190 | 10/26/15 | SLL | Review notice of agenda of matters scheduled for hearing | 0.10 | 88.00 |
| B190 | 10/27/15 | SLL | Review memorandum re: 11/4 hearing | 0.10 | 88.00 |
| B190 | 10/27/15 | SLL | Attend second day hearing and in court negotiations | 3.10 | 2,728.00 |

| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 6.40 | $5,632.00 |

B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B195 | 10/27/15 | ESC | Return travel from Delaware after financing and bid procedures hearings | 1.40 | 437.50 |
| B195 | 10/27/15 | ESC | Travel to hearing on financing and bid procedures motions | 1.70 | 531.25 |

| | | | **Total B195 - Non-Working Travel** | 3.10 | $968.75 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 10/20/15 | NBV | Review memorandum pleadings, orders and prepare critical dates re: various loan issues | 4.70 | 1,880.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 10/20/15 | SLL | Draft memorandum re: cash management | 0.20 | 176.00 |
| B210 | 10/21/15 | BZB | Review debtors' cash management motion and court's interim order re: same and draft notes related to same | 1.80 | 657.00 |
| B210 | 10/21/15 | BZB | Draft e-mail to Lowenstein team re: debtors' cash management motion and court's interim order | 0.70 | 255.50 |
| B210 | 10/21/15 | BZB | Internal conference re: issues re: cash management motion and application to employ Hilco | 0.10 | 36.50 |
| B210 | 10/21/15 | SLL | Review memorandum re: cash management motion | 0.10 | 88.00 |
| B210 | 10/21/15 | SLL | Review correspondence from J. Pomerantz re: company's cash flows, operations, and cash management issues | 0.10 | 88.00 |
| B210 | 10/21/15 | SLL | Participate in call with debtors' counsel | 0.10 | 88.00 |
| B210 | 10/22/15 | ESC | Phone call with debtors' investment banker, counsel, and BDO re: cash management and DIP issues | 1.00 | 625.00 |
| B210 | 10/22/15 | NBV | Teleconference with debtors/CRO | 0.80 | 320.00 |
| B210 | 10/22/15 | SLL | Participate in call with debtors' counsel re: financial matters | 0.20 | 176.00 |
| B210 | 10/23/15 | BZB | Draft limited objection to cash management motion | 1.40 | 511.00 |
| B210 | 10/23/15 | ESC | Phone call with B. Bazian re: issues with cash management motion | 0.10 | 62.50 |
| B210 | 10/23/15 | KW | Review motion to approve employee bonuses for Malibu Lighting Corporation and Outdoor Direct Corporation | 0.70 | 287.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 10/23/15 | SLL | Review certification of counsel regarding order approving letter agreement between debtors and objecting utility companies regarding the motion of the debtors for an order under Section 366 of the Bankruptcy Code (A) prohibiting utility providers from altering, refusing or discontinuing service, (B) deeming utilities adequately assured of future performance, and (C) establishing procedures for determining adequate assurance of payment | 0.10 | 88.00 |
| B210 | 10/23/15 | SLL | Review correspondence from D. Berliner re: actual vs. budgeted results | 0.10 | 88.00 |
| B210 | 10/25/15 | BZB | Review revised cash management proposed order | 0.10 | 36.50 |
| B210 | 10/25/15 | BZB | Exchange e-mails with E. Chafetz re: revised cash management order | 0.10 | 36.50 |
| B210 | 10/25/15 | ESC | Review and mark up cash management order | 1.10 | 687.50 |
| B210 | 10/25/15 | ESC | Further revise cash management order | 0.30 | 187.50 |
| B210 | 10/25/15 | NBV | Participate in team status call | 0.20 | 80.00 |
| B210 | 10/26/15 | ESC | E-mail exchange with counsel for Bank of America re: language for inclusion in cash management order | 0.10 | 62.50 |
| B210 | 10/26/15 | ESC | Review and revise BDO's list of diligence questions for the debtors (operations, capital structure, insider issues, etc..) | 0.40 | 250.00 |
| B210 | 10/26/15 | NBV | Participate in call with debtors re: open issues in financing motion objections | 0.70 | 280.00 |
| B210 | 10/26/15 | SLL | Review memorandum re: cash-management provisions | 0.10 | 88.00 |
| B210 | 10/26/15 | SLL | Draft memorandum re: cash-management provisions | 0.10 | 88.00 |
| B210 | 10/27/15 | ESC | Review information from BDO re:  issues with intercompany transfers | 0.20 | 125.00 |
| B210 | 10/27/15 | ESC | E-mail exchange with debtors' counsel re:  finalizing cash management order | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 10/27/15 | SLL | Review Order (a) prohibiting utility providers from altering, refusing or discontinuing service, (b) deeming utilities adequately assured of future performance, and (c) establishing procedures for determining adequate assurance of payment | 0.10 | 88.00 |
| B210 | 10/27/15 | SLL | Review order authorizing (i) maintenance of existing bank accounts; (ii) continuance of existing cash management systems, bank accounts, and checks; (iii) performance of intercompany transactions and providing administrative priority status to post-petition intercompany receivables; and (iv) related relief | 0.10 | 88.00 |
| B210 | 10/28/15 | ESC | Revise diligence request list directed at the debtors (operations, insider transactions, etc..) | 0.50 | 312.50 |
| B210 | 10/28/15 | ESC | Review revised cash management order | 0.10 | 62.50 |
| B210 | 10/28/15 | ESC | E-mail exchange with debtors' counsel re:  status of cash management order | 0.10 | 62.50 |
| B210 | 10/28/15 | ESC | Further revise diligence request list directed at the debtors and draft e-mail to debtors' counsel re:  same | 0.10 | 62.50 |
| B210 | 10/28/15 | ESC | E-mail exchange with BDO re:  issues with diligence requests directed at the debtors | 0.10 | 62.50 |
| B210 | 10/28/15 | ESC | Review updated/prioritized list of diligence requests directed at the debtors (operations, intercompany issues, capital structure, etc..) | 0.10 | 62.50 |
| B210 | 10/28/15 | ESC | Review and comment on e-mail to debtors' counsel re: issues with ordinary course professionals motion | 0.20 | 125.00 |
| B210 | 10/28/15 | KW | Prepare e-mail to debtors' counsel regarding motion to approve retention of ordinary course professionals | 1.10 | 451.00 |
| B210 | 10/29/15 | ESC | Review list of critical vendors and payments | 0.10 | 62.50 |
| B210 | 10/29/15 | ESC | Prepare for (.1) and phone call with Glass Ratner re: issues with diligence requests (capital structure, insider issues, operations, etc..) (.5) | 0.60 | 375.00 |
| B210 | 10/29/15 | ESC | Revise e-mail to debtors' counsel re:  OCP issues | 0.10 | 62.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 10/29/15 | ESC | E-mail exchange with debtors' counsel re: issues with diligence questions (operations, capital structure, insider issues, etc..) | 0.10 | 62.50 |
| B210 | 10/29/15 | ESC | Review various budgets and cash flow variances | 0.70 | 437.50 |
| B210 | 10/29/15 | ESC | E-mail exchange with E. Neiger re: issues with critical vendor payments | 0.10 | 62.50 |
| B210 | 10/29/15 | ESC | Prepare for (.2) and phone call with debtors' counsel re: diligence request list (operations, capital structure, insider issues, etc..) and second day motions (.6) | 0.80 | 500.00 |
| B210 | 10/29/15 | ESC | Revise diligence request list (operations, capital structure, insider issues, etc..) to include debtors' counsel's responses and circulate to team | 1.00 | 625.00 |
| B210 | 10/30/15 | ESC | Review diligence request list from committee member re: various operational issues | 0.10 | 62.50 |

|  |  |  | **Total B210 - Business Operations** | 21.80 | $11,037.50 |

**B220 Employee Benefits/Pensions**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B220 | 10/23/15 | SLL | Review memorandum re: bonus issue with Aurora | 0.10 | 88.00 |
| B220 | 10/27/15 | SLL | Review order authorizing debtors Malibu Lighting Corporation and Outdoor Direct Corporation F/K/A The Brinkmann Corporation to continue their pre-petition bonus program for certain non-insider employees | 0.10 | 88.00 |

|  |  |  | **Total B220 - Employee Benefits/Pensions** | 0.20 | $176.00 |

**B230 Financing/Cash Collateral**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 10/20/15 | ESC | Review Outdoor Direct Corporation f/k/a the Brinkman Corporation, et al.'s cash collateral stipulation and prepare issues list | 0.90 | 562.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 10/20/15 | ESC | Revisions to issues lists related to National Consumers Outdoor Corporation's DIP and the cash collateral stipulations with Malibu lighting and Outdoor Direct Corporation, et. al. f/k/a the Brinkman Corporation | 1.40 | 875.00 |
| B230 | 10/20/15 | SLL | Review and comment on current open DIP and cash collateral issues lists | 0.40 | 352.00 |
| B230 | 10/21/15 | BZB | Call with debtors' counsel re: case background and preliminary discussion of potential issues with cash management, sale process, and financing motion | 0.70 | 255.50 |
| B230 | 10/21/15 | BZB | Draft e-mail to Lowenstein team re: DIP financing order in Golden County Foods case re: language for escrow to pay for administrative expenses | 0.20 | 73.00 |
| B230 | 10/21/15 | BZB | Review DIP financing order in Golden County Foods case re: escrow to pay for administrative expenses | 0.30 | 109.50 |
| B230 | 10/21/15 | ESC | Phone call with committee professionals (Lowenstein and BDO) re: case strategy (financing, cash management issues, sale issues) | 0.20 | 125.00 |
| B230 | 10/21/15 | ESC | Internal phone calls re: cash collateral and DIP objections | 0.30 | 187.50 |
| B230 | 10/21/15 | ESC | Phone call with debtors' counsel re: introduction and status of DIP financing, sale, etc... | 0.60 | 375.00 |
| B230 | 10/21/15 | ESC | Revise issues list on the DIP motion and cash collateral motions for circulation to debtors' counsel | 0.80 | 500.00 |
| B230 | 10/21/15 | NBV | Set-up data room access for review of corporate and lien documents for lien challenge | 0.10 | 40.00 |
| B230 | 10/21/15 | SLL | Draft correspondence to J. Cashel re: DIP and cash collateral issues | 0.10 | 88.00 |
| B230 | 10/21/15 | SLL | Review memorandum re: list of lenders | 0.10 | 88.00 |
| B230 | 10/21/15 | SLL | Review correspondence from J. Cashel re: cash collateral | 0.10 | 88.00 |
| B230 | 10/22/15 | ESC | Phone call with debtors' CRO, counsel, and BDO re: cash management issues and DIP issues | 0.70 | 437.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 10/22/15 | ESC | E-mail exchange with counsel for Bank of America re: committee fees for the OTC case | 0.10 | 62.50 |
| B230 | 10/22/15 | ESC | Phone call with debtors' counsel, Bank of America's counsel, and Comerica's counsel re: issues with DIP financing and cash collateral | 0.80 | 500.00 |
| B230 | 10/22/15 | ESC | Draft e-mail to BDO re: various DIP and cash collateral issues | 0.20 | 125.00 |
| B230 | 10/22/15 | ESC | E-mail exchange with local counsel re: comments to DIP/cash collateral issues list | 0.10 | 62.50 |
| B230 | 10/22/15 | ESC | E-mail exchange with the UST re: call to discuss financing, sale and cash management | 0.10 | 62.50 |
| B230 | 10/22/15 | SLL | Draft correspondence to L. Casey re: DIP and cash collateral issues list | 0.10 | 88.00 |
| B230 | 10/22/15 | SLL | Review correspondence from J. Pomerantz re: lender's call | 0.10 | 88.00 |
| B230 | 10/22/15 | SLL | Review memorandum re: lender's call | 0.10 | 88.00 |
| B230 | 10/22/15 | SLL | Review and revise cash collateral objections | 0.30 | 264.00 |
| B230 | 10/22/15 | SLL | Review memorandum re: DIP financing / cash collateral motions | 0.10 | 88.00 |
| B230 | 10/22/15 | SLL | Review correspondence from J. Cashel re: DIP and cash collateral issues lists | 0.10 | 88.00 |
| B230 | 10/23/15 | BZB | Call with committee professionals re: status of issues and potential objection to debtors' cash collateral and DIP motions and other other pleadings | 0.50 | 182.50 |
| B230 | 10/23/15 | ESC | Phone call with debtors' counsel re: DIP, cash collateral and other first day motions (Piper Jaffrey, lease rejection, and Hilco) | 0.40 | 250.00 |
| B230 | 10/23/15 | ESC | Prepare committee recommendation re: DIP financing and cash collateral motions | 1.30 | 812.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 10/23/15 | KW | Review e-mails regarding outstanding issues with respect to financing motions | 0.40 | 164.00 |
| B230 | 10/23/15 | SLL | Review revised financing order/stipulations | 0.10 | 88.00 |
| B230 | 10/24/15 | ESC | Draft e-mail to Lowenstein team re: recap of call with debtors' counsel re: carve out and other issues | 0.40 | 250.00 |
| B230 | 10/24/15 | ESC | Draft e-mail to Lowenstein team re: revised DIP and cash collateral orders | 0.30 | 187.50 |
| B230 | 10/25/15 | BZB | Review e-mails exchanged between committee and debtors' professionals re: revised DIP and cash collateral proposed orders | 0.10 | 36.50 |
| B230 | 10/25/15 | ESC | E-mail exchange with BDO re: carve out issues | 0.10 | 62.50 |
| B230 | 10/25/15 | ESC | Prepare for (.2) and attend internal conference re: strategy and next steps re: financing and sale (.3) | 0.50 | 312.50 |
| B230 | 10/25/15 | ESC | Phone call with BDO re: carve out issues, cash management issues, retention applications, and financing | 0.30 | 187.50 |
| B230 | 10/25/15 | ESC | Draft e-mail to debtors' counsel re: proposed revisions to DIP and cash collateral orders | 0.20 | 125.00 |
| B230 | 10/25/15 | ESC | Phone call with local counsel re: financing and sale issues | 0.30 | 187.50 |
| B230 | 10/25/15 | ESC | Prepare reservation of rights in connection with the DIP and cash collateral motions | 0.50 | 312.50 |
| B230 | 10/25/15 | ESC | Internal call re: DIP/cash collateral and sale issues | 0.20 | 125.00 |
| B230 | 10/25/15 | SLL | Review revised DIP and cash collateral orders | 0.10 | 88.00 |
| B230 | 10/25/15 | SLL | Review and comment on revised cash collateral orders | 0.30 | 264.00 |
| B230 | 10/26/15 | ESC | Phone call with local counsel re: issues with objections (DIP and cash collateral) | 0.40 | 250.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 10/26/15 | ESC | E-mail exchange with K. Waldron re: status of DIP financing / cash collateral objection | 0.20 | 125.00 |
| B230 | 10/26/15 | ESC | Review UST's objection to cash collateral/DIP motions and bid procedures motion | 0.20 | 125.00 |
| B230 | 10/26/15 | ESC | Review updated DIP and cash collateral budgets | 0.10 | 62.50 |
| B230 | 10/26/15 | ESC | Phone call with debtors' counsel re: issues with financings and sale | 0.20 | 125.00 |
| B230 | 10/26/15 | ESC | Phone call with BDO re: issues with sale and financings | 0.30 | 187.50 |
| B230 | 10/26/15 | ESC | Draft e-mail to Lowenstein team re: recap of call with debtors' counsel re: various financings and sale issue | 0.30 | 187.50 |
| B230 | 10/26/15 | SLL | Review correspondence from B. Ruzinsky re: open financing/bid procedures issues | 0.10 | 88.00 |
| B230 | 10/26/15 | SLL | Review memorandum re: open financing/bid procedures issues | 0.10 | 88.00 |
| B230 | 10/26/15 | SLL | Review and revise objection to cash collateral | 0.30 | 264.00 |
| B230 | 10/26/15 | SLL | Review revised financing orders | 0.10 | 88.00 |
| B230 | 10/26/15 | SLL | Review United States Trustee's objection to cash collateral and DIP financing | 0.20 | 176.00 |
| B230 | 10/26/15 | SLL | Review memorandum re: call with debtors' counsel regarding the financing and bid procedures motions | 0.10 | 88.00 |
| B230 | 10/26/15 | SLL | Review correspondence from B. Walsh re: cash-management provisions | 0.10 | 88.00 |
| B230 | 10/26/15 | SLL | Review BDO's financial update | 0.20 | 176.00 |
| B230 | 10/27/15 | ESC | Meeting with debtors' counsel re: negotiations concerning financing and bid procedures motions | 1.10 | 687.50 |
| B230 | 10/27/15 | ESC | Attend hearing on financing and bid procedures motions | 3.10 | 1,937.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B230 - Financing/Cash Collateral** | 22.10 | $14,052.00 |

### B300 - Claims and Plan

### B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 10/23/15 | SLL | Review correspondence from D. Berliner re: estimated 503(b)(9) claims | 0.10 | 88.00 |
| B310 | 10/25/15 | ESC | Draft e-mail to N. Vislocky re: Section 503(b)(9) claim issues | 0.10 | 62.50 |
| B310 | 10/26/15 | NBV | Review debtors' schedules to determine Section 503(b)(9) claims | 0.40 | 160.00 |
| B310 | 10/26/15 | NBV | Draft e-mails to committee member holders of Section 503(b)(9) claims | 0.50 | 200.00 |
| B310 | 10/26/15 | SLL | Review memorandum re: 503(b)(9) claims | 0.20 | 176.00 |
| B310 | 10/26/15 | SLL | Draft memorandum re: 503(b)(9) claims | 0.30 | 264.00 |
| | | | **Total B310 - Claims Administration and Objections** | 1.60 | $950.50 |

### B400 - Bankruptcy-Related Advice

### B410 General Bankruptcy Advice/Opinions

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B410 | 10/21/15 | KW | Participate in call with debtors' counsel regarding case background | 0.50 | 205.00 |
| B410 | 10/22/15 | KW | Participate in telephone calls with debtors' counsel regarding sale process and proposed financing | 1.00 | 410.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B410 | 10/22/15 | KW | Meet with E. Chafetz and B. Bazian to discuss review of and recommendations concerning pending motions | 0.20 | 82.00 |
| B410 | 10/23/15 | KW | Review agenda and confer with E. Chafetz regarding extensions of objection deadlines; prepare e-mail to debtors' counsel confirming same | 0.60 | 246.00 |
| B410 | 10/26/15 | KW | Prepare materials for hearing on October 27, 2015 | 3.40 | 1,394.00 |
| B410 | 10/26/15 | KW | e-mail correspondence regarding hearing preparation | 0.30 | 123.00 |
| B410 | 10/27/15 | KW | Review pleadings with upcoming objection deadlines and prepare issues list with respect to same | 0.90 | 369.00 |
| B410 | 10/27/15 | KW | Review pleadings with upcoming objection deadlines and prepare issues list with respect to same | 3.50 | 1,435.00 |
| B410 | 10/27/15 | KW | Review pleadings with upcoming objection deadlines and prepare issues list with respect to same | 1.50 | 615.00 |
| | | | **Total B410 - General Bankruptcy Advice/Opinions** | 11.90 | $4,879.00 |

B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B430A | 10/26/15 | NBV | Preparation for DIP and cash collateral hearing | 0.20 | 80.00 |
| B430A | 10/27/15 | BSN | Review report re: court hearing | 0.10 | 86.00 |
| | | | **Total B430A - Court Hearings** | 0.30 | $166.00 |

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B460 | 10/27/15 | SLL | Review order (a) authorizing the debtors to (i) maintain and renew existing insurance policies; (ii) continue insurance premium financing programs, (iii) pay insurance premium financing obligations thereunder and (b) authorizing financial institutions to honor all obligations related thereto | 0.10 | 88.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B460 | 10/30/15 | ESC | Review insurance polices for the debtors | 0.80 | 500.00 |
| | | | **Total B460 - Other - Insurance Matters** | 0.90 | $588.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 10.90 | $4,829.50 |
| B120 | Asset Analysis and Recovery | 0.50 | $440.00 |
| B120A | Investigation of Prepetition Lenders | 23.30 | $11,054.50 |
| B130 | Asset Disposition | 4.30 | $2,659.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.90 | $552.00 |
| B150 | Meetings of and Communication with Creditors | 36.00 | $20,718.50 |
| B160 | Fee/Employment Applications | 7.50 | $3,346.50 |
| B165 | Employment and Retention Applications - Others | 15.60 | $7,892.00 |
| B170 | Fee/Employment Objections | 0.20 | $73.00 |
| B175 | Fee Applications and Invoices - Others | 2.80 | $1,176.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.60 | $246.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 6.40 | $5,632.00 |
| B195 | Non-Working Travel | 3.10 | $968.75 |
| B210 | Business Operations | 21.80 | $11,037.50 |
| B220 | Employee Benefits/Pensions | 0.20 | $176.00 |
| B230 | Financing/Cash Collateral | 22.10 | $14,052.00 |
| B310 | Claims Administration and Objections | 1.60 | $950.50 |
| B410 | General Bankruptcy Advice/Opinions | 11.90 | $4,879.00 |
| B430A | Court Hearings | 0.30 | $166.00 |
| B460 | Other - Insurance Matters | 0.90 | $588.00 |
| | **Total** | **170.90** | **$ 91,437.75** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**