# EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through November 30, 2015

In re: NCOC

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Levine, Sharon L. | 1983 | Partner | 4.70 | $880.00 | $4,136.00 |
| Nathan, Bruce S. | 1981 | Partner | 5.50 | $860.00 | $4,730.00 |
| Wovsaniker, Alan | 1977 | Partner | 3.30 | $755.00 | $2,491.50 |
| Chafetz, Eric S. | 2004 | Counsel | 55.90 | $625.00 | $34,937.50 |
| *Chafetz, Eric S. - Travel Time | 2004 | Counsel | 8.50 | $312.50 | $2,656.25 |
| Waldron, Keara | 2011 | Associate | 42.10 | $410.00 | $17,261.00 |
| *Waldron, Keara - Travel Time | 2011 | Associate | 2.10 | $205.00 | $430.50 |
| **TOTAL FEES** | | | **122.10** | | **$66,642.75** |
| **Attorney Blended Rate** | | | | | **$545.80** |

\*     Reflects 50% rate reduction due to non-working travel time

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

**B100 - Administration**

**B120A Investigation of Prepetition Lenders**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120A | 11/02/15 | ESC | Phone call with L. Citron and M. Power re: issues with NCOC lien review | 0.10 | $62.50 |
| B120A | 11/03/15 | ESC | E-mail exchange with counsel for Bank of America re: status of NCOC lien review | 0.10 | 62.50 |
| B120A | 11/03/15 | ESC | Phone call with L. Citron re: issues with NCOC lien review | 0.10 | 62.50 |
| B120A | 11/03/15 | ESC | E-mail exchange with BDO re: issues with the Bank of America guaranty re: NCOC lien review | 0.10 | 62.50 |
| B120A | 11/03/15 | ESC | E-mail exchange with L. Citron re: status of NCOC lien review | 0.10 | 62.50 |
| B120A | 11/03/15 | ESC | E-mail exchange with debtors' counsel re: issues with NCOC lien review with Bank of America guaranty | 0.10 | 62.50 |
| B120A | 11/05/15 | ESC | E-mail exchange with L. Citron re: status of NCOC lien review | 0.10 | 62.50 |
| B120A | 11/18/15 | BSN | Review NCOC guaranty of Bank of America claims re: potential claim against Bank of America | 0.10 | 86.00 |
| | | | **Total B120A - Investigation of Prepetition Lenders** | 0.80 | $523.50 |

**B130 Asset Disposition**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 11/02/15 | AW | Review e-mail and documents from E. Chafetz re: asset purchase agreement in Malibu bankruptcy case | 0.20 | 151.00 |
| B130 | 11/02/15 | BSN | Review response to debtors' proposal re: stalking horse bid | 0.20 | 172.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 11/02/15 | ESC | Draft e-mail to the committee re:  update on sale process | 0.70 | 437.50 |
| B130 | 11/02/15 | ESC | E-mail exchange with committee member re:  issues with assets being sold to stalking horse | 0.10 | 62.50 |
| B130 | 11/02/15 | ESC | Revise e-mail to A. Wovsvaniker re:  issues with stalking horse APA | 0.10 | 62.50 |
| B130 | 11/02/15 | ESC | Review various sale related documents from the data room | 1.70 | 1,062.50 |
| B130 | 11/02/15 | ESC | Phone call with NCOC's counsel re:  status of sale and next steps | 0.20 | 125.00 |
| B130 | 11/02/15 | KW | Prepare e-mail requesting review of proposed asset purchase agreement and schedules | 0.40 | 164.00 |
| B130 | 11/03/15 | BSN | Review sale issues re: stalking horse bid changes and committee members' response with E. Chafetz | 0.30 | 258.00 |
| B130 | 11/03/15 | BSN | Review Piper's update re: sale process | 0.20 | 172.00 |
| B130 | 11/03/15 | ESC | E-mail exchange with BDO team re:  sale process developments | 0.10 | 62.50 |
| B130 | 11/03/15 | ESC | E-mail exchange with BDO team re:  status of NCOC sale process | 0.10 | 62.50 |
| B130 | 11/03/15 | ESC | Review stalking horse's comments to fourth amendment to the APA | 0.30 | 187.50 |
| B130 | 11/03/15 | ESC | E-mail exchange with NCOC's' counsel re:  status of NCOC sale process | 0.10 | 62.50 |
| B130 | 11/03/15 | ESC | Internal conference re:  issues with NCOC sale process | 0.20 | 125.00 |
| B130 | 11/03/15 | ESC | Begin reviewing stalking horse APA | 1.40 | 875.00 |
| B130 | 11/03/15 | ESC | Review fourth amendment to the asset purchase agreement | 0.40 | 250.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 11/03/15 | ESC | Confer with B. Nathan re: update on sale process | 0.10 | 62.50 |
| B130 | 11/03/15 | ESC | Review update on sale process received from NCOC's counsel | 0.20 | 125.00 |
| B130 | 11/03/15 | ESC | E-mail exchange with NCOC's counsel re: issues with stalking horse bid | 0.60 | 375.00 |
| B130 | 11/03/15 | ESC | Phone call with debtors' counsel re: status of negotiations with stalking horse | 0.20 | 125.00 |
| B130 | 11/04/15 | BSN | Review BDO's memo re: description of 2 additional prospective bidders | 0.20 | 172.00 |
| B130 | 11/04/15 | ESC | Review executed version of 4th amendment to APA | 0.20 | 125.00 |
| B130 | 11/04/15 | ESC | Phone call with Fibertex re: various issues with sale process | 0.20 | 125.00 |
| B130 | 11/04/15 | ESC | Review additional information regarding two new potential bidders | 0.10 | 62.50 |
| B130 | 11/04/15 | ESC | Review and comment on proposed order addressing stalking horse issues and draft e-mail to debtors' counsel re: same | 0.30 | 187.50 |
| B130 | 11/04/15 | ESC | Phone call with K. Waldron re: various sale issues | 0.20 | 125.00 |
| B130 | 11/04/15 | ESC | E-mail exchange with NCOC's counsel re: sale process strategy | 0.10 | 62.50 |
| B130 | 11/04/15 | KW | Review sale motion and stalking horse asset purchase agreement | 2.20 | 902.00 |
| B130 | 11/04/15 | KW | Review sale motion and stalking horse asset purchase agreement | 1.40 | 574.00 |
| B130 | 11/05/15 | ESC | Continue reviewing stalking horse APA | 1.30 | 812.50 |
| B130 | 11/05/15 | ESC | Confer with K. Waldron re: issues with sale objection | 0.60 | 375.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 11/05/15 | KW | Review sale motion and stalking horse asset purchase agreement | 0.40 | 164.00 |
| B130 | 11/05/15 | KW | Review sale motion and stalking horse asset purchase agreement and schedules; confer with E. Chafetz regarding same | 3.30 | 1,353.00 |
| B130 | 11/05/15 | KW | Review sale motion and stalking horse asset purchase agreement and schedules | 2.90 | 1,189.00 |
| B130 | 11/05/15 | KW | Prepare objection to NCOC's motion to approve sale | 2.30 | 943.00 |
| B130 | 11/06/15 | AW | Begin review of asset purchase agreement and office conference with E. Chafetz | 0.50 | 377.50 |
| B130 | 11/06/15 | ESC | Phone call with A. Wovsvaniker re: stalking horse APA issues | 0.20 | 125.00 |
| B130 | 11/06/15 | ESC | Confer with K. Waldron re: issues with sale objection | 0.20 | 125.00 |
| B130 | 11/06/15 | ESC | Phone call with NCOC's counsel re: issues with stalking horse bid | 0.20 | 125.00 |
| B130 | 11/06/15 | ESC | Confer with B. Nathan re: various case updates (sale and lien review) | 0.20 | 125.00 |
| B130 | 11/06/15 | ESC | Phone call with J. Waxman (local counsel for Petmate) re: issues with stalking horse bid | 0.30 | 187.50 |
| B130 | 11/06/15 | KW | Prepare objection to NCOC's motion to approve sale | 2.20 | 902.00 |
| B130 | 11/06/15 | KW | Prepare objection to NCOC's motion to approve sale | 3.90 | 1,599.00 |
| B130 | 11/07/15 | KW | Prepare objection to NCOC's motion to approve sale | 1.50 | 615.00 |
| B130 | 11/07/15 | KW | Prepare objection to NCOC's motion to approve sale | 2.30 | 943.00 |
| B130 | 11/08/15 | AW | Continue review of asset purchase agreement | 1.80 | 1,359.00 |
| B130 | 11/08/15 | ESC | Revise sale objection | 3.20 | 2,000.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 11/08/15 | KW | Review and revise objection to NCOC's motion to approve sale | 2.20 | 902.00 |
| B130 | 11/09/15 | AW | Office conference with E. Chafetz re: asset purchase agreement | 0.20 | 151.00 |
| B130 | 11/09/15 | ESC | Internal conference re:  issues with sale process | 0.10 | 62.50 |
| B130 | 11/09/15 | ESC | Revise sale objection | 1.30 | 812.50 |
| B130 | 11/09/15 | ESC | Draft e-mail to Lowenstein, local counsel and BDO team re:  draft sale objection | 0.20 | 125.00 |
| B130 | 11/09/15 | ESC | Phone call with A. Wovsaniker re:  issues with stalking horse APA | 0.20 | 125.00 |
| B130 | 11/10/15 | AW | Prepare for and office conference with E. Chafetz re: issues  with asset purchase agreement | 0.60 | 453.00 |
| B130 | 11/10/15 | ESC | Review local counsel's comments to sale objection | 0.20 | 125.00 |
| B130 | 11/10/15 | ESC | E-mail exchange with NCOC's counsel re:  call to discuss sale process | 0.10 | 62.50 |
| B130 | 11/10/15 | ESC | Phone call with A. Wovsaniker re:  issues with stalking horse APA | 0.50 | 312.50 |
| B130 | 11/10/15 | ESC | Phone call with B. Nathan re:  issues with NCOC's sale process and capital structure | 0.20 | 125.00 |
| B130 | 11/10/15 | ESC | Revise sale objection to incorporate local counsel's comments | 0.30 | 187.50 |
| B130 | 11/10/15 | SLL | Review fifth amendment to APA | 0.30 | 264.00 |
| B130 | 11/11/15 | BSN | Review report re: anticipated bidders and conditions | 0.20 | 172.00 |
| B130 | 11/11/15 | ESC | Prepare for (.1) and phone call and e-mail with NCOC's counsel re:  issues with 5th amendment to APA (.2) | 0.30 | 187.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 11/11/15 | ESC | E-mail exchange with local counsel re: issues with sale objection | 0.10 | 62.50 |
| B130 | 11/11/15 | ESC | Phone call with K. Waldron re: issues with sale process | 0.20 | 125.00 |
| B130 | 11/11/15 | ESC | Confer with K. Waldron re: sale process updates | 0.20 | 125.00 |
| B130 | 11/11/15 | ESC | Prepare for (.2) and phone call with NCOC's professionals re: status of sale process (.4) | 0.60 | 375.00 |
| B130 | 11/11/15 | ESC | Begin revising e-mail to NCOC's counsel re: sale objection issues | 0.20 | 125.00 |
| B130 | 11/11/15 | ESC | Phone call with BDO re: sale issues for discussion with the debtors | 0.20 | 125.00 |
| B130 | 11/11/15 | KW | Prepare e-mail to debtors' counsel regarding outstanding issues with proposed sale, APA and order | 0.40 | 164.00 |
| B130 | 11/11/15 | SLL | Review Committee's final version of the limited objection to the motion of debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. for Order: (A) approving asset purchase agreement and authorizing the sale of substantially all of the debtor's operating assets; (B) authorizing the sale of assets ree and clear of all liens, claims, rights, encumbrances and other interests pursuant to bankruptcy code sections 105, 363(b), 363(f) and 363(m); (C) assuming and assigning certain executory contracts and unexpired leases; and (D) granting related relief | 0.30 | 264.00 |
| B130 | 11/12/15 | BSN | Review Pratt's limited objection to sale | 0.30 | 258.00 |
| B130 | 11/12/15 | BSN | Review open sale issues | 0.20 | 172.00 |
| B130 | 11/12/15 | BSN | Review 3 bids for business assets of National Consumer Outdoors Corp. by Central Garden Pet Co., Open Gate and PetMate | 0.60 | 516.00 |
| B130 | 11/12/15 | ESC | Further revisions to e-mail to NCOC's counsel re: sale objection issues | 0.20 | 125.00 |
| B130 | 11/12/15 | ESC | Phone call with Fibertex re: various sale issues | 0.30 | 187.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 11/12/15 | ESC | Phone call with B. Nathan re: sale issues | 0.10 | 62.50 |
| B130 | 11/12/15 | ESC | Confer with K. Waldron re: sale process update | 0.20 | 125.00 |
| B130 | 11/12/15 | ESC | E-mail exchange with NCOC's counsel re: issues with sale process | 0.10 | 62.50 |
| B130 | 11/12/15 | ESC | Review DMC Acquisition Co, LLC an affiliate of Open Gate Capital's bid package (including markups of APA, exhibits, TSA's, etc.) | 0.50 | 312.50 |
| B130 | 11/12/15 | ESC | Review Central Garden and Pet's bid package (including markups of APA, exhibits, etc.) | 0.50 | 312.50 |
| B130 | 11/12/15 | ESC | Review UST's comments to the sale order | 0.10 | 62.50 |
| B130 | 11/12/15 | ESC | Phone call with BDO re: issues with competitive bidding process | 0.20 | 125.00 |
| B130 | 11/12/15 | ESC | Review Pet Mate's bid package (including markups of APA, exhibits, TSA's, etc.) | 1.10 | 687.50 |
| B130 | 11/12/15 | ESC | Review working capital summary and supporting files provided to the stalking horse and other interested parties | 0.60 | 375.00 |
| B130 | 11/12/15 | ESC | Begin reviewing proposed sale order | 0.50 | 312.50 |
| B130 | 11/12/15 | ESC | Phone call with NCOC's counsel re: issues with sale | 0.40 | 250.00 |
| B130 | 11/12/15 | ESC | Internal conference re: sale process issues | 0.20 | 125.00 |
| B130 | 11/12/15 | KW | Review and revise e-mail to NCOC's counsel regarding outstanding issues with respect to the proposed sale | 0.20 | 82.00 |
| B130 | 11/12/15 | KW | Participate in call with NCOC's counsel regarding outstanding sale motion issues | 0.40 | 164.00 |
| B130 | 11/12/15 | KW | Review bids submitted for sale of substantially all of NCOC's assets | 0.50 | 205.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 11/12/15 | SLL | Review memorandum re: sale issues | 0.20 | 176.00 |
| B130 | 11/12/15 | SLL | Review Pratt objection to sale motion | 0.20 | 176.00 |
| B130 | 11/12/15 | SLL | Review response of Joyfaith Enterprises Ltd. to notice of assumption and assignment as to Debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. of certain executory contracts and unexpired leases pursuant to the sale of substantially all of the debtor's operating assets, and request for adequate protection | 0.20 | 176.00 |
| B130 | 11/12/15 | SLL | Review bid packages | 0.50 | 440.00 |
| B130 | 11/12/15 | SLL | Review correspondence from J. Pomerantz re: sale status | 0.10 | 88.00 |
| B130 | 11/13/15 | BSN | Review debtors' analysis of bids | 0.30 | 258.00 |
| B130 | 11/13/15 | ESC | Continue reviewing and commenting on proposed sale order | 0.20 | 125.00 |
| B130 | 11/13/15 | ESC | Draft e-mail to NCOC's counsel re:  issues with sale order | 0.40 | 250.00 |
| B130 | 11/13/15 | ESC | Draft e-mail to K. Waldron re: sale objection | 0.10 | 62.50 |
| B130 | 11/13/15 | ESC | Review Joy Faith's response to assumption and assignment | 0.10 | 62.50 |
| B130 | 11/13/15 | ESC | Phone call with BDO team re:  comparative bid analysis and sale objection | 0.80 | 500.00 |
| B130 | 11/13/15 | ESC | Confer with K. Waldron re:  sale objection issues | 0.10 | 62.50 |
| B130 | 11/13/15 | ESC | Continue reviewing bid packages from 3 alternative bidders | 0.70 | 437.50 |
| B130 | 11/13/15 | ESC | Draft e-mail to the Committee re:  update on sale process | 0.50 | 312.50 |
| B130 | 11/13/15 | ESC | Confer with B. Nathan re:  issues with sale process | 0.30 | 187.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 11/13/15 | ESC | Phone call with NCOC's counsel re: issues with sale order and sale process | 0.40 | 250.00 |
| B130 | 11/13/15 | ESC | Review bid analysis provided by the Debtors | 0.70 | 437.50 |
| B130 | 11/13/15 | ESC | Review and revise sale objection | 0.40 | 250.00 |
| B130 | 11/13/15 | ESC | Draft e-mail to LS, Blank Rome and BDO re: revised sale objection | 0.20 | 125.00 |
| B130 | 11/13/15 | ESC | Confer with K. Waldron re: sale objections | 0.30 | 187.50 |
| B130 | 11/13/15 | ESC | Further revisions to sale objection | 0.40 | 250.00 |
| B130 | 11/13/15 | KW | Review bid packages submitted by prospective bidders | 0.30 | 123.00 |
| B130 | 11/13/15 | KW | Participate in call with BDO to discuss bid packages | 0.50 | 205.00 |
| B130 | 11/13/15 | KW | Confer with E. Chafetz regarding revisions to sale objection | 0.10 | 41.00 |
| B130 | 11/13/15 | KW | Review and revise objection to sale motion | 1.50 | 615.00 |
| B130 | 11/13/15 | KW | Review and revise objection to sale motion | 0.40 | 164.00 |
| B130 | 11/13/15 | KW | Review bid analysis and submitted bids | 0.60 | 246.00 |
| B130 | 11/14/15 | BSN | Review open issues re: sale order | 0.10 | 86.00 |
| B130 | 11/14/15 | ESC | Review and comment on revised sale order | 0.30 | 187.50 |
| B130 | 11/14/15 | ESC | Multiple e-mais with NCOC's counsel re: issues with revised sale order | 0.60 | 375.00 |
| B130 | 11/15/15 | BSN | Review questions and revisions to limited objection to Sale | 0.20 | 172.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 11/15/15 | BSN | Review results of call with NCOC's professionals re: competing bid review and preparation for auction reporting, coverage | 0.20 | 172.00 |
| B130 | 11/15/15 | ESC | Review various bid comparison documents | 0.80 | 500.00 |
| B130 | 11/15/15 | ESC | E-mail exchange with K. Waldron re:  revised sale objection | 0.10 | 62.50 |
| B130 | 11/15/15 | ESC | Phone call with B. Nathan re:  issues with sale objection | 0.20 | 125.00 |
| B130 | 11/15/15 | ESC | Review correspondence between Piper Jaffray and bidder re: accounts receivable issues | 0.20 | 125.00 |
| B130 | 11/15/15 | ESC | Review updated bid comparison schedule | 0.30 | 187.50 |
| B130 | 11/15/15 | ESC | Phone call with NCOC's and lenders' professionals re: status of bids | 0.50 | 312.50 |
| B130 | 11/15/15 | ESC | Phone call with J. Cashel re: sale issues | 0.20 | 125.00 |
| B130 | 11/15/15 | ESC | Phone call with B. Nathan re:  issues with sale | 0.40 | 250.00 |
| B130 | 11/15/15 | ESC | Phone call with K. Waldron re:  issues with sale and auction | 0.40 | 250.00 |
| B130 | 11/15/15 | KW | Review and revise objection to sale motion | 0.40 | 164.00 |
| B130 | 11/15/15 | SLL | Review and revise objection to sale motion | 0.40 | 352.00 |
| B130 | 11/15/15 | SLL | Review correspondence from J. Pomerantz re: bid comparison | 0.20 | 176.00 |
| B130 | 11/15/15 | SLL | Review revised bid submission materials | 0.30 | 264.00 |
| B130 | 11/15/15 | SLL | Telephone call with J. Fried re: sale process and bid qualification | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 11/16/15 | ESC | Draft e-mail to local counsel re: sale objection | 0.20 | 125.00 |
| B130 | 11/16/15 | ESC | Further revisions to sale objection | 0.20 | 125.00 |
| B130 | 11/16/15 | ESC | Draft e-mail to local counsel re: filing version of sale objection | 0.10 | 62.50 |
| B130 | 11/16/15 | ESC | E-mail exchange with debtors' and lenders' counsel re: issues with opening bid at auction | 0.20 | 125.00 |
| B130 | 11/16/15 | ESC | Phone call and e-mail with K. Waldron re: auction issues | 0.20 | 125.00 |
| B130 | 11/16/15 | ESC | Phone call with BDO re: winddown budget issues | 0.40 | 250.00 |
| B130 | 11/16/15 | ESC | Confer with BDO re: various sale issues | 0.60 | 375.00 |
| B130 | 11/16/15 | ESC | Draft e-mail to local counsel re: issues with auction | 0.10 | 62.50 |
| B130 | 11/16/15 | KW | e-mail correspondence regarding auction | 0.20 | 82.00 |
| B130 | 11/16/15 | SLL | Review committee's limited objection to the motion of debtor national consumer outdoors corporation f/k/a Dallas Manufacturing Company, Inc. for order: (A) approving asset purchase agreement and authorizing the sale of substantially all of the debtors operating assets; (B) authorizing the sale of assets free and clear of all liens, claims, rights, encumbrances and other interests pursuant to bankruptcy code sections 105, 363(b), 363(f) and 363(m); (C) assuming and assigning certain executory contracts and unexpired leases; and (D) granting related relief | 0.20 | 176.00 |
| B130 | 11/16/15 | SLL | Review correspondence from J. Pomerantz re: bid status | 0.10 | 88.00 |
| B130 | 11/17/15 | BSN | Review several periodic auction updates throughout day re: status of bidding | 0.30 | 258.00 |
| B130 | 11/17/15 | ESC | Review UST's additional comments to sale order | 0.10 | 62.50 |
| B130 | 11/17/15 | ESC | Attend auction | 9.00 | 5,625.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 11/17/15 | KW | Attend auction and provide real time e-mail updates to Committee on progress | 9.00 | 3,690.00 |
| B130 | 11/17/15 | KW | E-mail correspondence regarding auction and sale and professionals call to discuss outcome | 0.20 | 82.00 |
| B130 | 11/17/15 | SLL | Review UST's objection to motion of debtor national consumer outdoors corporation f/k/a Dallas Manufacturing Company, Inc. for order (A) approving asset purchase agreement and authorizing the sale of substantially all of the debtor's operating assets; (B) authorizing the sale of assets free and clear of all liens claims and encumbrances and other interests pursuant to bankruptcy code sections 105, 363(b), 363(f) and 363(m); (C) assuming and assigning certain executory contracts and unexpired leases; and (D) granting related relief | 0.10 | 88.00 |
| B130 | 11/18/15 | BSN | Review settlement terms with Bank of America re: resolution of committee's sale objection and post sale closing strategy | 0.30 | 258.00 |
| B130 | 11/18/15 | BSN | Revise sale order re: preference provision | 0.30 | 258.00 |
| B130 | 11/18/15 | ESC | Review Bank of America's comments to the sale order | 0.10 | 62.50 |
| B130 | 11/18/15 | ESC | Phone call with J. Cashel re: sale issues | 0.30 | 187.50 |
| B130 | 11/18/15 | ESC | Phone call with J. Cashel re: winddown budget issues | 0.60 | 375.00 |
| B130 | 11/18/15 | ESC | E-mail exchange with US Trustee re: issues with sale order | 0.10 | 62.50 |
| B130 | 11/18/15 | ESC | Phone call with NCOC's counsel re: sale hearing issues | 0.20 | 125.00 |
| B130 | 11/18/15 | ESC | Confer with K. Waldron re: sale and discovery issues | 0.40 | 250.00 |
| B130 | 11/18/15 | ESC | Confer with B. Nathan re: sale issues | 0.30 | 187.50 |
| B130 | 11/18/15 | ESC | Review and comment on revised sale order | 0.20 | 125.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B130 | 11/18/15 | ESC | Phone call with counsel for Bank of America re: sale issues | 0.20 | 125.00 |
| B130 | 11/18/15 | ESC | Internal conference re: sale issues | 0.20 | 125.00 |
| B130 | 11/18/15 | ESC | Phone call with the committee professionals re: strategy following sale | 0.30 | 187.50 |
| B130 | 11/18/15 | ESC | Confer with B. Nathan re: case strategy following sale | 0.20 | 125.00 |
| B130 | 11/18/15 | ESC | Prepare language for sale order re: buying and releasing avoidance action | 0.30 | 187.50 |
| B130 | 11/18/15 | ESC | Review NCOC winddown budget | 0.30 | 187.50 |
| B130 | 11/18/15 | KW | E-mail correspondence regarding auction outcome and planning professionals call to discuss sale | 0.10 | 41.00 |
| B130 | 11/18/15 | KW | Participate in professionals call to discuss auction and outstanding sale-related issues | 0.30 | 123.00 |
| B130 | 11/18/15 | KW | Participate in telephonic committee meeting to discuss auction and outstanding sale-related issues | 0.50 | 205.00 |
| B130 | 11/18/15 | KW | Confer with E. Chafetz regarding outstanding sale-related issues; e-mail correspondence in preparation for sale hearing | 0.30 | 123.00 |
| B130 | 11/18/15 | SLL | Review revised sale order | 0.20 | 176.00 |
| B130 | 11/18/15 | SLL | Review correspondence from L. Casey (UST) re: revised sale order | 0.10 | 88.00 |
| B130 | 11/18/15 | SLL | Review correspondence from F. Holden (Central Garden) re: revised sale order | 0.10 | 88.00 |
| B130 | 11/18/15 | SLL | Review correspondence from M. Seidl (Debtor) re: revised sale order | 0.10 | 88.00 |
| B130 | 11/18/15 | SLL | Review correspondence from B. Walsh (BOFA) re: revised sale order | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B130 | 11/19/15 | BSN | Review sale approval order re: National Consumer Outdoors Corporation | 0.20 | 172.00 |
| B130 | 11/19/15 | ESC | E-mail exchange with BDO re: issues with sale | 0.10 | 62.50 |
| B130 | 11/19/15 | ESC | Phone call with BDO re: winddown budget issues | 0.30 | 187.50 |
| B130 | 11/19/15 | ESC | Phone calls with B. Nathan re: sale issues | 0.40 | 250.00 |
| B130 | 11/19/15 | ESC | Internal e-mails re: sale issues | 0.20 | 125.00 |
| B130 | 11/19/15 | ESC | E-mail exchange with NCOC's' counsel re: issues with wind down budget and sale order | 0.10 | 62.50 |
| B130 | 11/19/15 | SLL | Review order as to debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. (A) approving asset purchase agreement and authorizing the sale of substantially all of the debtor's operating assets; (B) authorizing the sale of assets free and clear of all liens, claims, rights, encumbrances and other interests pursuant to bankruptcy code sections 105, 363(b), 363(f) and 363(m); (C) assuming and assigning certain executory contracts and unexpired leases; and (D) granting related relief | 0.10 | 88.00 |
| B130 | 11/23/15 | ESC | Draft e-mail to NCOC's counsel re: issues with sale objection | 0.10 | 62.50 |
| B130 | 11/25/15 | ESC | E-mail exchange with J. Cashel re: issues with sale closing date | 0.10 | 62.50 |
| B130 | 11/25/15 | ESC | Review correspondence between BDO and Stein Fibers re: issues with sale | 0.10 | 62.50 |
| B130 | 11/30/15 | SLL | Review memorandum re: NCOC Sale | 0.20 | 176.00 |
| | | | **Total B130 - Asset Disposition** | 101.90 | $57,332.00 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 11/02/15 | ESC | Phone call and e-mail with J. Cashel re: committee member's questions regarding critical vendor treatment | 0.30 | 187.50 |
| B150 | 11/02/15 | ESC | Phone call with committee member re: issues with critical vendor treatment | 0.30 | 187.50 |
| B150 | 11/02/15 | SLL | Draft correspondence to committee member re: sale | 0.30 | 264.00 |
| B150 | 11/03/15 | BSN | Revise e-mail update to committee re: update on sale process | 0.30 | 258.00 |
| B150 | 11/03/15 | ESC | E-mail exchange with Pratt Industries re: issues with sale process | 0.10 | 62.50 |
| B150 | 11/03/15 | ESC | Revise e-mail to the committee re: status of sale process | 0.10 | 62.50 |
| B150 | 11/03/15 | ESC | E-mail exchange with J. Cashel and D. Berliner re: issues with critical vendor payments and committee members questions re: same | 0.10 | 62.50 |
| B150 | 11/03/15 | ESC | Draft e-mail to the committee re: update on discussions with the stalking horse | 0.40 | 250.00 |
| B150 | 11/03/15 | ESC | Phone call with B. Nathan re: comments on e-mail to the committee re: stalking horse issues | 0.10 | 62.50 |
| B150 | 11/03/15 | ESC | E-mail exchange with committee re: sale process updates | 0.20 | 125.00 |
| B150 | 11/08/15 | KW | Prepare e-mail to committee requesting submission of certification of claims to trustee | 0.30 | 123.00 |
| B150 | 11/09/15 | ESC | Phone call with committee member re: additional party interested in sale process participation | 0.10 | 62.50 |
| B150 | 11/09/15 | ESC | E-mail exchange with committee member and BDO re: issues with sale process | 0.10 | 62.50 |
| B150 | 11/11/15 | ESC | Draft e-mail to the Committee re: draft sale objection | 0.20 | 125.00 |
| B150 | 11/12/15 | ESC | Phone call with BDO re: issues with committee member's inquiry re: post-petition/sale shipments | 0.20 | 125.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 11/12/15 | ESC | Revise e-mail to the committee re: bids received and objection deadline for sale | 0.20 | 125.00 |
| B150 | 11/12/15 | KW | Prepare e-mail to Committee regarding receipt of bids by Debtors | 0.20 | 82.00 |
| B150 | 11/12/15 | KW | Draft e-mail to the committee regarding extension of deadline to object to sale | 0.20 | 82.00 |
| B150 | 11/15/15 | ESC | Finalize e-mail to the committee re: call reminder and agenda | 0.20 | 125.00 |
| B150 | 11/16/15 | ESC | E-mail exchange with committee member re: auction issues | 0.10 | 62.50 |
| B150 | 11/18/15 | ESC | Draft e-mail to the committee re: Central Garden financial information | 0.10 | 62.50 |
| B150 | 11/18/15 | ESC | Phone call with counsel for Pratt Industries re: issues with section 503(b)(9) claims | 0.10 | 62.50 |
| B150 | 11/19/15 | ESC | E-mail exchange with J. Cashel re: committee member's questions regarding sale process | 0.10 | 62.50 |

|  |  |  | **Total B150 - Meetings of and Communication with Creditors** | 4.30 | $2,684.00 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B185 | 11/04/15 | KW | Review notice of proposed assumption and assignment; confer with E. Chafetz and draft client e-mail regarding same | 0.50 | 205.00 |

|  |  |  | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.50 | $205.00 |

B195 Non-Working Travel

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B195 | 11/16/15 | ESC | Travel to Delaware for auction | 2.00 | 625.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B195 | 11/17/15 | ESC | Travel home from auction | 2.20 | 687.50 |
| B195 | 11/17/15 | KW | Travel home from auction | 2.10 | 430.50 |
| B195 | 11/19/15 | ESC | Travel to Delaware re: sale hearing | 2.30 | 718.75 |
| B195 | 11/19/15 | ESC | Travel home from Delaware re: sale hearing | 2.00 | 625.00 |
| | | | **Total B195 - Non-Working Travel** | 10.60 | $3,086.75 |

**B200 - Operations**

**B210 Business Operations**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 11/03/15 | ESC | Phone call with BDO re:  issues with critical vendor treatment and committee member operational diligence requests | 0.40 | 250.00 |
| | | | **Total B210 - Business Operations** | 0.40 | $250.00 |

**B230 Financing/Cash Collateral**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B230 | 11/02/15 | ESC | E-mail exchange with debtors' counsel re:  issues with NCOC's Bank of America guaranty | 0.10 | 62.50 |
| B230 | 11/17/15 | ESC | E-mail exchange with J. Cashel and Aurora re: NCOC winddown budget | 0.10 | 62.50 |
| B230 | 11/18/15 | BSN | Review NCOC winddown budget and notes | 0.30 | 258.00 |
| B230 | 11/18/15 | ESC | Phone call with counsel for Comerica re:  issues with winddown budget | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B230 | 11/18/15 | ESC | Draft e-mail to BDO re: NCOC winddown budget | 0.10 | 62.50 |
| B230 | 11/18/15 | ESC | Phone call with counsel for Bank of America re: NCOC winddown budget issues | 0.20 | 125.00 |
| B230 | 11/18/15 | SLL | Review proposed NCOC winddown budget | 0.30 | 264.00 |
| B230 | 11/19/15 | BSN | Two calls from E. Chafetz from court and review several e-mails from E. Chafetz from court re: negotiating strategy concerning winddown budget issues | 0.50 | 430.00 |
| | | | **Total B230 - Financing/Cash Collateral** | 1.70 | $1,327.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 11/02/15 | ESC | Review chart of critical vendor claimants | 0.10 | 62.50 |
| B310 | 11/05/15 | ESC | Revise e-mail to Pratt Industries re: issues with 503(b)(9) claims and contract assumption | 0.10 | 62.50 |
| B310 | 11/06/15 | ESC | Review list of 10/30/15 critical vendor payments | 0.10 | 62.50 |
| B310 | 11/18/15 | ESC | Phone call with J. Cashel re: issues with section 503(b)(9) claims | 0.30 | 187.50 |
| | | | **Total B310 - Claims Administration and Objections** | 0.60 | $375.00 |

B400 - Bankruptcy-Related Advice

B430A Court Hearings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B430A | 11/19/15 | BSN | Review report re: court hearing on sale | 0.20 | 172.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B430A | 11/19/15 | ESC | Attend sale hearing | 1.10 | 687.50 |
| | | | **Total B430A - Court Hearings** | 1.30 | $859.50 |

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B120A | Investigation of Prepetition Lenders | 0.80 | $523.50 |
| B130 | Asset Disposition | 101.90 | $57,332.00 |
| B150 | Meetings of and Communication with Creditors | 4.30 | $2,684.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.50 | $205.00 |
| B195 | Non-Working Travel | 10.60 | $3,086.75 |
| B210 | Business Operations | 0.40 | $250.00 |
| B230 | Financing/Cash Collateral | 1.70 | $1,327.00 |
| B310 | Claims Administration and Objections | 0.60 | $375.00 |
| B430A | Court Hearings | 1.30 | $859.50 |
| | **Total** | **122.10** | **$ 66,642.75** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**