**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALIBU LIGHTING CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12080 (KG)<br><br>Jointly Administered<br><br>Related Docket No.: 320 |

**CERTIFICATE OF NO OBJECTION REGARDING
FIRST MONTHLY APPLICATION OF BDO USA, LLP, AS FINANCIAL ADVISOR
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD OCTOBER 20, 2015 THROUGH OCTOBER 31, 2015**

On December 21, 2015, BDO USA, LLP ("BDO") filed the *First Monthly Application of BDO USA, LLP, as Financial Advisor for the Official Committee of Unsecured Creditors for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period October 20, 2015 through October 31, 2015* [Docket No. 320] ("Application") with the United States Bankruptcy Court for the District of Delaware. The notice attached to the Application established a deadline of January 11, 2016 at 4:00 p.m. (prevailing Eastern Time) for filing and service of objections or responses to the Application. The undersigned hereby certifies that she has received no formal or informal objection or response to the Application. The undersigned further certifies that she has reviewed the docket in these cases and that no objections or responses to the Application appear thereon.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 4, 2015 [Docket No. 203], upon the filing of this certificate of no objection and without the need for entry of a Court order approving the Application, the above-captioned debtors and debtors in possession are authorized to pay BDO (i) $72,406.80, which represents eighty percent (80%) of the fees requested in the Application ($90,508.50), and (ii) $420.50, which represents one-hundred percent (100%) of the expenses requested in the Application.

Dated: January 13, 2016
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Bonnie Glantz Fatell (DE No. 3809)
Victoria A. Guilfoyle (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6423
Facsimile:   (302) 252-0921
E-mail:   Fatell@BlankRome.com
               Guilfoyle@BlankRome.com

-and-

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen (admitted *pro hac vice*)
Sharon L. Levine (admitted *pro hac vice*)
Eric S. Chafetz (admitted *pro hac vice*)
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:   (973) 597-2500
Facsimile:   (973) 597-6247
E-mail:   krosen@lowenstein.com
               slevine@lowenstein.com
               echafetz@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*