**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> MALIBU LIGHTING CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-12080 (KG) <br><br> Jointly Administered <br><br> Related Docket No.: 324 |

**CERTIFICATE OF NO OBJECTION REGARDING
FIRST MONTHLY APPLICATION OF BLANK ROME LLP,
DELAWARE CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF MALIBU LIGHTING CORPORATION,
ET AL., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM OCTOBER 20, 2015 THROUGH NOVEMBER 30, 2015**

On December 22, 2015, Blank Rome LLP ("Blank Rome") filed the *First Monthly Application of Blank Rome LLP, Delaware Co-Counsel to the Official Committee of Unsecured Creditors of Malibu Lighting Corporation, et al., for Compensation and Reimbursement of Expenses for the Period from October 20, 2015 Through November 30, 2015* [Docket No. 324] ("Application") with the United States Bankruptcy Court for the District of Delaware. The notice attached to the Application established a deadline of January 12, 2016 at 4:00 p.m. (prevailing Eastern Time) for filing and service of objections or responses to the Application. The undersigned hereby certifies that she has received no formal or informal objection or response to the Application. The undersigned further certifies that she has reviewed the docket in these cases and that no objections or responses to the Application appear thereon.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 4, 2015 [Docket No. 203], upon the filing of this certificate of no objection and without the need for entry of a Court order approving the Application, the above-captioned debtors and debtors in possession are authorized to pay Blank Rome (i) $24,219.60, which represents eighty percent (80%) of the fees requested in the Application ($30,274.50), and (ii) $828.19, which represents one-hundred percent (100%) of the expenses requested in the Application.

Dated: January 14, 2016
       Wilmington, Delaware

**BLANK ROME LLP**

 /s/ *Victoria A. Guilfoyle*
Bonnie Glantz Fatell (DE No. 3809)
Victoria A. Guilfoyle (DE No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6423
Facsimile:   (302) 252-0921
E-mail:   Fatell@BlankRome.com
              Guilfoyle@BlankRome.com

-and-

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen (admitted *pro hac vice*)
Sharon L. Levine (admitted *pro hac vice*)
Eric S. Chafetz (admitted *pro hac vice*)
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:   (973) 597-2500
Facsimile:   (973) 597-6247
E-mail:   krosen@lowenstein.com
              slevine@lowenstein.com
              echafetz@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*