# ANNEX 2 TO THE BIDDING PROCEDURES ORDER
## Auction & Hearing Notice

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) Case No. 15-12080 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF AUCTION AND HEARING AS TO DEBTORS OUTDOOR DIRECT CORPORATION F/K/A THE BRINKMANN CORPORATION AND MALIBU LIGHTING CORPORATION TO CONSIDER APPROVAL OF THE SALE OF DEBTORS' INVENTORY AND PROCEDURES RELATED THERETO

PLEASE TAKE NOTICE THAT:

1. **Introduction**. On January 20, 2016, the Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), upon the motion (the "**Motion**") of Outdoor Direct Corporation f/k/a The Brinkmann Corporation ("**ODC**") and Malibu Lighting Corporation ("**MLC**" and together with ODC, the "**Debtors**"), entered an order (the "**Bidding Procedures Order**"): (a) approving the bidding procedures and bidder protections (the "**Bidding Procedures**")[2] with respect to the sale (the "**Sale**") of the Acquired Inventory; (b) scheduling an auction (the "**Auction**") for the Acquired Inventory and a hearing approving the sale of the Acquired Inventory (the "**Sale Hearing**"); and (c) granting related relief. A copy of the Bidding Procedures is annexed hereto as **Exhibit A**.

**THE MOTION ONLY ADDRESSES THE PROPOSED SALE OF THE ACQUIRED INVENTORY OF DEBTORS OUTDOOR DIRECT CORPORATION F/K/A THE BRINKMANN CORPORATION AND MALIBU LIGHTING CORPORATION. THE MOTION <u>DOES NOT</u> RELATE TO ANY OTHER ASSETS OF THE DEBTORS IN THESE JOINTLY ADMINISTERED BANKRUPTCY CASES.**

2. **Important Dates**. Pursuant to the Bidding Procedures, the Bankruptcy Court has established the following dates:

**Bid Deadline**            February 5, 2016, at 4:00 p.m. ET

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Shop Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

[2] Capitalized terms not defined herein shall have the meaning assigned to such terms in the Bidding Procedures.

| | |
|---|---|
| Objection Deadline | February 5, 2016, at 4:00 p.m. ET |
| Auction | February 9, 2016, at 10:00 a.m. ET |
| Sale Hearing | February 10, 2016, at 10:00 a.m. ET |

**The Supplemental Objection Deadline above relates solely to Objections regarding the identity of the successful purchaser at the Auction. PLEASE PROVIDE DEBTORS' COUNSEL WITH AN EMAIL ADDRESS OR FAX NUMBER BY NO LATER THAN FEBRUARY 3, 2016, IF YOU WISH TO BE SERVED WITH NOTICE PROMPTLY FOLLOWING THE AUCTION.**

3. <u>The Agreement</u>. The Debtors entered into that certain Asset Purchase Agreement for the sale of the Acquired Inventory (the "**Agreement**") with Sears Holdings Management Corp. (the "**Purchaser**"). As set forth in the Bidding Procedures, the Sale of the Acquired Inventory remains subject to competing offers from qualified prospective bidders.

4. <u>Due Diligence</u>. Parties interested in conducting due diligence should contact Debtors' counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899, tel: 302-652-4100 (Attn: Michael R. Seidl, mseidl@pszjlaw.com) and 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067, 310-277-6910 (Attn: Jeffrey N. Pomerantz, jpomerantz@pszjlaw.com).

5. <u>Submission of Bids</u>. To participate in the bidding process and to have a bid considered by the Debtors, each potential bidder must deliver a written offer or offers satisfying the criteria prescribed in the Bidding Procedures. Each Bid Package must be delivered in written and electronic form (where available) to: (a) Debtors' counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Michael R. Seidl, mseidl@pszjlaw.com) and 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: Jeffrey N. Pomerantz, jpomerantz@pszjlaw.com), (b) counsel to the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 65 Livingston Ave, Roseland, NJ 07068 (Attn: Sharon L. Levine, slevine@lowenstein.com, Kenneth A. Rosen, krosen@lowenstein.com, Eric S. Chafetz, echafetz@lowenstein.com and Bruce S. Nathan, bnathan@lowenstein.com), (c) counsel to Comerica Bank, Jackson Walker L.L.P., 901 Main Street, Suite 6000, Dallas, TX 75202 (Attn: David Stolle, dstolle@jw.com and Bruce Ruzinsky, bruzinsky@jw.com), and (d) counsel to Bank of America, N.A., Bryan Cave LLP, Two North Central Ave., Suite 2200, Phoenix, AZ 85004 (Attn: Robert J. Miller, rjmiller@bryancave.com and Brian Walsh, brian.walsh@bryancave.com), so as to **actually be received no later than February 5, 2016, at 4:00 p.m. (prevailing Eastern Time) (the "Bid Deadline")**.

6. <u>Auction</u>. In the event that the Debtors receive qualified bids for the Acquired Inventory other than the one submitted by the Purchaser, the Debtors intend to conduct the Auction. The Auction will take place at the Delaware offices of Pachulski Stang Ziehl &

- 2 -

Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, starting at 10:00 a.m. (prevailing Eastern Time).

7. <u>Sale Hearing</u>. The Bidding Procedures Order provides that the Sale Hearing will be held on **February 10, 2016, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Kevin Gross, United States Bankruptcy Judge, in Courtroom 3, 6th Floor, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street N, Wilmington, Delaware 19801. At the Sale Hearing, the Debtors will request that the Bankruptcy Court enter an order approving the Sale of the Acquired Inventory to the prevailing bidder(s) at the Auction (or to the Purchaser in the event the Auction is not held).

8. <u>Objections</u>. Objections, if any, to the Motion shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the Court and simultaneously served on: (a) Debtors' counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Michael R. Seidl, mseidl@pszjlaw.com) and 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: Jeffrey N. Pomerantz, jpomerantz@pszjlaw.com), (b) counsel to the Committee, Lowenstein Sandler LLP, 65 Livingston Ave, Roseland, NJ 07068 (Attn: Sharon L. Levine, slevine@lowenstein.com, Kenneth A. Rosen, krosen@lowenstein.com, Eric S. Chafetz, echafetz@lowenstein.com and Bruce S. Nathan, bnathan@lowenstein.com), (c) counsel to Comerica Bank, Jackson Walker L.L.P., 901 Main Street, Suite 6000, Dallas, TX 75202 (Attn: David Stolle, dstolle@jw.com and Bruce Ruzinsky, bruzinsky@jw.com), (d) counsel to Bank of America, N.A., Bryan Cave LLP, Two North Central Ave., Suite 2200, Phoenix, AZ 85004 (Attn: Robert J. Miller, rjmiller@bryancave.com and Brian Walsh, brian.walsh@bryancave.com), (e) counsel to the Purchaser, Barack Ferrazzano Kirschbaum & Nagelberg, LLP, 200 W. Madison, Suite 3900, Chicago, IL 60606 (Attn: William Barrett, william.barrett@bfkn.com), (f) the Office of the United States Trustee, Attn., J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Linda Casey, linda.casey@usdoj.gov), and (g) any other party requesting notice, so as to be actually received by **4:00 p.m. (prevailing Eastern Time) on February 5, 2016** (the "**Objection Deadline**").

9. A copy of the Bidding Procedures Order or any other document referenced herein can be viewed and obtained on the Bankruptcy Court's website at https://ecf.deb.uscourts.gov or (without charge) at www.kccllc.net/malibu.

Dated: January _, 2016                PACHULSKI STANG ZIEHL & JONES LLP

                Jeffrey N. Pomerantz (CA Bar No. 143717)
                Maxim B. Litvak (CA Bar No. 215852)
                Michael R. Seidl (DE Bar No. 3889)
                919 North Market Street, 17th Floor
                P.O. Box 8705
                Wilmington, DE  19899-8705
                Telephone: 302/652-4100
                Facsimile: 302/652-4400
                E-mail:    jpomerantz@pszjlaw.com
                              mlitvak@pszjlaw.com
                              mseidl@pszjlaw.com

Counsel for the Debtors and Debtors in Possession