# ANNEX 3 TO THE BIDDING PROCEDURES ORDER
## Creditor Notice

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALIBU LIGHTING CORPORATION, et al.,[1] | ) | Case No. 15-12080 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF MOTION OF DEBTORS OUTDOOR DIRECT
CORPORATION F/K/A THE BRINKMANN CORPORATION AND
MALIBU LIGHTING CORPORATION FOR ORDER
(A) APPROVING ASSET PURCHASE AGREEMENT AND
AUTHORIZING THE SALE OF THE DEBTORS' INVENTORY;
(B) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS,
CLAIMS, RIGHTS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO
BANKRUPTCY CODE SECTIONS 105, 363(b), 363(f) AND 363(m);
AND (D) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. <u>Introduction</u>. On December 30, 2015, Outdoor Direct Corporation f/k/a The Brinkmann Corporation ("**ODC**") and Malibu Lighting Corporation ("**MLC**" and together with ODC, the "**Debtors**"), two of the debtors and debtors in possession in the above-referenced chapter 11 cases (the "**Chapter 11 Case**"), filed (a) a motion (the "**Bidding Procedures Motion**") for an order (the "**Bidding Procedures Order**"), (i) approving the bidding procedures and bidder protections (the "**Bidding Procedures**")[2] with respect to the sale (the "**Sale**") of the inventory of the Debtors (as defined in the Agreement, the "**Acquired Inventory**"); (ii) scheduling an auction (the "**Auction**") for the Acquired Inventory and a hearing approving the transactions (the "**Sale Hearing**"); and (iii) granting related relief; and (b) a motion (the "**Sale Motion**") for an order (the "**Sale Order**"), (a) approving the Sale of the Acquired Inventory, and (b) granting related relief.

THE SALE MOTION ONLY ADDRESSES THE PROPOSED SALE OF THE ACQUIRED INVENTORY OF DEBTORS OUTDOOR DIRECT CORPORATION F/K/A THE BRINKMANN CORPORATION AND MALIBU LIGHTING CORPORATION. THE SALE MOTION <u>DOES NOT</u> RELATE TO ANY OTHER ASSETS OF THE OTHER DEBTORS IN THESE JOINTLY ADMINISTERED BANKRUPTCY CASES.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (0556); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Shop Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

[2] Capitalized terms not defined herein shall have the meaning assigned to such terms in the Bidding Procedures.

On January 20, 2016, the Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order (the "**Bidding Procedures Order**"): (a) approving the Bidding Procedures with respect to the Sale of the Acquired Inventory; (b) scheduling the Auction and the Sale Hearing; and (c) granting related relief.

2. Agreement. The Debtors have entered into that certain Asset Purchase Agreement with Sears Holdings Management Corp. (the "**Purchaser**") for the Sale of the Acquired Inventory.

3. Important Dates. Pursuant to the Bidding Procedures Order, the Bankruptcy Court has set the following relevant dates for the Auction and approval of the Sale of the Acquired Inventory:

| | |
|---|---|
| **Bid Deadline** | **February 5, 2016, at 4:00 p.m. ET** |
| **Objection Deadline** | **February 5, 2016, at 4:00 p.m. ET** |
| **Auction** | **February 9, 2016, at 10:00 a.m. ET** |
| **Sale Hearing** | **February 10, 2016, at 10:00 a.m. ET** |

4. Auction. In the event that the Debtors receive qualified bids for the Acquired Inventory other than the one submitted by the Purchaser, the Debtors intend to conduct the Auction. The Auction will take place at the Delaware offices of Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, starting at 10:00 a.m. (prevailing Eastern Time).

5. Sale Hearing. The Bidding Procedures Order provides that the Sale Hearing will be held on **February 10, 2016, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Kevin Gross, United States Bankruptcy Judge, in Courtroom 3, 6th Floor, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street N, Wilmington, Delaware 19801. At the Sale Hearing, the Debtors will request that the Bankruptcy Court enter an order approving the Sale of the Acquired Inventory to the prevailing bidder(s) at the Auction (or to the Purchaser in the event the Auction is not held).

6. Objections. Objections, if any, to the Sale Motion shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the Court and simultaneously served on: (a) Debtors' counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Michael R. Seidl, mseidl@pszjlaw.com) and 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 (Attn: Jeffrey N. Pomerantz, jpomerantz@pszjlaw.com), (b) counsel to the Official Committee of Unsecured Creditors, Lowenstein Sandler LLP, 65 Livingston Ave, Roseland, NJ 07068 (Attn: Attn: Sharon L. Levine, slevine@lowenstein.com, Kenneth A. Rosen, krosen@lowenstein.com, Eric S. Chafetz, echafetz@lowenstein.com and Bruce S. Nathan,

bnathan@lowenstein.com), (c) counsel to Comerica Bank, Jackson Walker L.L.P., 901 Main Street, Suite 6000, Dallas, TX 75202 (Attn: David Stolle, dstolle@jw.com and Bruce Ruzinsky, bruzinsky@jw.com), (d) counsel to Bank of America, N.A., Bryan Cave LLP, Two North Central Ave., Suite 2200, Phoenix, AZ 85004 (Attn: Robert J. Miller, rjmiller@bryancave.com and Brian Walsh, brian.walsh@bryancave.com), (e) counsel to the Purchaser, Barack Ferrazzano Kirschbaum & Nagelberg, LLP, 200 W. Madison, Suite 3900, Chicago, IL 60606 (Attn: William Barrett, william.barrett@bfkn.com), (f) the Office of the United States Trustee, Attn., J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Linda Casey, linda.casey@usdoj.gov), and (g) any other party requesting notice, so as to be actually received by **4:00 p.m. (prevailing Eastern Time) on February 5, 2016** (the "**Objection Deadline**").

7. PLEASE NOTE: This is the ONLY NOTICE of the sale of the Acquired Inventory that will be mailed to ALL KNOWN GENERAL CREDITORS of the Debtors under any applicable law. Further updates regarding the sale process and a copy of the Motion, the Agreement, the Bidding Procedures, or any other document referenced herein can be viewed and obtained on the Court's website at https://ecf.deb.uscourts.gov or (without charge) at www.kccllc.net/malibu. You may also contact counsel for the Debtors to request copies of the Motion or any other document. **PLEASE PROVIDE DEBTORS' COUNSEL WITH AN EMAIL ADDRESS OR FAX NUMBER BY FEBRUARY 3, 2016 IF YOU WISH TO BE SERVED WITH NOTICE PROMPTLY FOLLOWING THE AUCTION.**

Dated: _____, 2016        PACHULSKI STANG ZIEHL & JONES LLP

> Jeffrey N. Pomerantz (CA Bar No. 143717)
> Maxim B. Litvak (CA Bar No. 215852)
> Michael R. Seidl (DE Bar No. 3889)
> 919 North Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705
> Telephone: 302/652-4100
> Facsimile: 302/652-4400
> E-mail:    jpomerantz@pszjlaw.com
>            mlitvak@pszjlaw.com
>            mseidl@pszjlaw.com

Counsel for the Debtors and Debtors in Possession