## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALIBU LIGHTING CORPORATION, *et al.*,[1] | Case No: 15-12080 (KG) |
| Debtors. | (Jointly Administered) |

### SECOND MONTHLY APPLICATION OF BDO USA, LLP, AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015

| | |
|---|---|
| Name of Applicant: | BDO USA, LLP |
| Authorized To Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order Entered November 17, 2015, Effective as of October 20, 2015 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2015 – November 30, 2015 |
| Amount of Compensation Sought as actual, reasonable and necessary: | $124,994.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,160.39 |

This is a: __X__ monthly ____ interim ____ final application

If this is not the first application filed, disclose the following for each prior application:

| # | Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expense |
| 1 | 12/21/15 | 10/20/15 – 10/31/15 | $90,508.50 | $420.50 | $0.00 | $0.00 |

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

## COMPENSATION BY PROFESSIONAL WITH BLENDED RATE

|     | Professional | Position | Hours | Hourly billing rate (average)[2] | Amount |
|-----|--------------|----------|-------|----------------------------------|--------|
| D.B. | DAVID BERLINER | PARTNER | 31.9 | 661.38 | 21,098.00 |
| J.C. | JOE CASHEL | MANAGING DIRECTOR | 123.5 | 482.57 | 59,598.00 |
| M.E. | MICHAEL EDELSCHICK | SENIOR MANAGER | 52.2 | 395.00 | 20,619.00 |
| Z.V. | ZOE VALDEZ | SENIOR | 17.2 | 260.00 | 4,472.00 |
| N.V. | NAUSHON VANDERHOOP | SENIOR | 2.3 | 200.00 | 460.00 |
| D.S. | DAVID SHIM | STAFF | 6.1 | 200.00 | 1,220.00 |
| A.D. | ALEXIS D'AVERSA | STAFF | 59.7 | 195.00 | 11,641.50 |
| A.H. | ALEX HSU | STAFF | 32.7 | 180.00 | 5,886.00 |
|     | **TOTAL:** | | **325.6** | | **$124,994.50** |

**Blended Rate: $ 383.89**

## COMPENSATION BY PROJECT CATEGORY

| CODE | PROJECT CATEGORY | Hours | Amount |
|------|------------------|-------|--------|
| 1 | General (Case Administration) | 2.5 | 1,294.50 |
| 2A | Communication with Creditors Committee | 20.4 | 10,437.00 |
| 2B | Communication with Creditors Committee Counsel | 24.7 | 12,393.50 |
| 3 | Retentions/Employment | 0.0 | 0.00 |
| 4 | Executory Contracts/Leases | 0.0 | 0.00 |
| 5 | Financings and Cash Collateral | 26.7 | 10,904.50 |
| 6 | Communication with Debtors or Debtors Professionals | 10.4 | 5,500.00 |
| 7 | Asset Dispositions | 44.8 | 21,317.50 |
| 8 | Real Estate | 0.0 | 0.00 |
| 9 | Business Analysis | 76.5 | 22,933.00 |
| 10 | Professional Fees - Internal | 5.7 | 2,143.00 |
| 11 | Professional Fees - Others (Includes review and objections) | 0.0 | 0.00 |
| 12 | Avoidance Actions Analysis | 0.0 | 0.00 |
| 13 | Litigation (Other) | 0.0 | 0.00 |
| 14 | Plan & Disclosure Statement | 0.0 | 0.00 |
| 15 | Employee Benefits and Pension Issues | 0.0 | 0.00 |

---

[2] These rates are BDO's standard hourly rates for accounting and consulting services. All hourly rates are adjusted by BDO on a periodic basis. Non-working travel time is billed at ½ of the standard hourly billing rate and is reflected in the total fees billed

| CODE | PROJECT CATEGORY | Hours | Amount |
|:---:|:---|---:|---:|
| 16 | Claims Administration and Objections | 0.0 | 0.00 |
| 17 | Investigation of Company (Asset Analysis and Recovery) | 9.1 | 3,233.50 |
| 18 | Tax Matters | 0.0 | 0.00 |
| 19 | Preparation of Reports to Creditors Committee | 96.4 | 32,550.00 |
| 20 | Non-Working Travel | 8.4 | 2,288.00 |
| | **TOTAL:** | **325.6** | **$124,994.50** |

| Abbr. | Summary By Debtor[3] | Amount |
|:---|:---|---:|
| NCOC | National Consumer Outdoors Corporation | 85,245.00 |
| ODC | Outdoor Direct Corporation | 29,298.50 |
| MLC | Malibu Lighting Corporation | 10,451.00 |
| | **TOTAL:** | **$124,994.50** |

---

[3] See Exhibit "B" for detail of fees allocated to each Debtor.

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Computer Assisted Legal Research | |
| Facsimile (with rates) | |
| Long Distance Telephone – Internet Connection | |
| In-House Reproduction | |
| Technology Services – Data | |
| Local Meals | |
| Local Travel | |
| Out-of-Town Travel | $732.49 |
| Lodging | 427.90 |
| Travel Meals | |
| Courier & Express Carriers | |
| Miscellaneous – Publications/Subscriptions | |
| **TOTAL** | **$1,160.39** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALIBU LIGHTING CORPORATION, *et al.,* [1] | Case No: 15-12080 (KG) |
| Debtors. | (Jointly Administered) |

## SECOND MONTHLY APPLICATION OF BDO USA, LLP, AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015

**TO THE HONORABLE KEVIN GROSS,**
**UNITED STATES BANKRUPTCY JUDGE:**

BDO USA, LLP (together with its wholly owned subsidiaries, agents, independent contractors and employees, "BDO" hereby submits its Second Monthly Application for Approval of Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors (the "Committee") for the period November 1, 2015 through November 30, 2015 (the "Application"). BDO respectfully represents:

## I.   INTRODUCTORY STATEMENT

1.   BDO's Business Restructuring Services practice ("BRS") is a national team of responsive professionals, experienced in all aspects of loan workouts, restructuring and bankruptcy. BRS has extensive experience representing trustees, debtors and virtually all classes of creditors and equity holders in both out-of-court and in-court workouts and restructurings. BRS has developed the methodologies, resources and expertise required for operational and

---

[1]      The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

financial restructuring, due diligence and financial analysis, pre-and post-bankruptcy planning and case administration, settlement and portfolio valuations, and investigative accounting.

2.      On October 8, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition (the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Court has consolidated the Chapter 11 Cases for procedural purposes only and they are being jointly administered together under the above captioned case. No trustee or examiner has been appointed in the Chapter 11 Cases.

3.      Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession.

4.      On October 20, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. [Docket No. 109]. The Committee is comprised of four members: (a) Fibertex Corporation, (b) Matthew Lee, (c) Shanghi Hazlian Electric Tools Co., and (d) Pratt Industries, Inc.

5.      On the same day the Committee was appointed, the Committee selected Lowenstein Sandler LLP and Blank Rome LLP to serve as its co-counsel, and BDO to serve as its financial advisor.

6.      On October 29, 2015, the Application of the Official Committee of Unsecured Creditors for an Order Approving Retention of BDO USA, LLP as its Financial Advisor *Nunc Pro Tunc* to October 20, 2015 was filed (the "Retention Application") [Docket No. 172]. On November 17, 2015, an order, effective as of October 20, 2015, was duly signed and subsequently entered by this Court authorizing the retention of BDO (the "Retention Order") [Docket No. 254].

7.     This is BDO's Second Monthly application for compensation for professional services rendered and for reimbursement of actual and necessary costs and expenses incurred on behalf of the Committee.  BDO makes this Application pursuant to sections 328(a), 330 and 1103(a) of the Bankruptcy Code, Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered October 9, 2015 (the "Interim Compensation Procedures") [Docket No. 66], and any additional orders entered by the Court.

8.     Detailed statements itemizing the services rendered and expenses incurred by BDO are annexed hereto as Exhibits "A" through "C" and incorporated herein by reference.

## II. SUMMARY OF SERVICES RENDERED

9.     By this Application, BDO seeks interim allowance for (a) compensation for services rendered from November 1, 2015 through November 30, 2015 (the "Application Period") in the total amount of $124,994.50 and (b) reimbursement for certain expenses incurred during the same period in the amount of $1,160.39, all as more fully set forth in the Application. Pursuant to the Interim Compensation Procedures, if no objections are filed to this Application within the period required, the Debtors are authorized to pay BDO 80% of requested fees and 100% of requested expenses after a certificate of no objection is filed with the Court.  This Application complies with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Procedures.

10.     BDO customarily bills their professionals at standard hourly rates commensurate with the experience of the person performing such services.

11. During the Application Period, BDO provided services of a general nature to the Committee, as set forth below:

| CODE | PROJECT CATEGORY | Hours | Amount |
|---|---|---|---|
| 1 | GENERAL (CASE ADMINISTRATION)<br>General case administration, planning and strategy. | 2.5 | 1,294.50 |
| 2A | COMMUNICATION WITH CREDITORS' COMMITTEE<br>Telephone calls and emails with the creditors' committee or individual members of the committee on case related issues. | 20.4 | 10,437.00 |
| 2B | COMMUNICATION WITH CREDITORS' COMMITTEE COUNSEL<br>Telephone calls and emails with Lowenstein and/or Blank Rome to discuss relevant case issues and strategy. | 24.7 | 12,393.50 |
| 5 | FINANCINGS AND CASH COLLATERAL<br>Reviewed actual versus budgeted results and discussed questions with Debtors' financial advisor Aurora Management Partners, Inc. Reviewed and analyzed borrowing base certificates, DIP availability and compliance with covenants. | 26.7 | 10,904.50 |
| 6 | COMMUNICATION WITH DEBTORS OR DEBTORS' PROFESSIONALS<br>Telephone calls and emails with Debtors and/or Debtors' professionals regarding information requested, cash flow budgets, NCOC sale process, wind-down budgets, and other motions and issues. | 10.4 | 5,500.00 |
| 7 | ASSET DISPOSITIONS<br>Reviewed bidding procedures, stalking horse APA (and several amendments thereto) for NCOC's assets, APA schedules, bid packages from received from competing bidders, analysis of competing bids received for NCOC's assets performed by Debtors, provided information to Committee Counsel for UCC objection to NCOC's motion to approve sale, participated in auction of NCOC's assets, attended Court hearing on motion to approve sale. | 44.8 | 21,317.50 |

| CODE | PROJECT CATEGORY | Hours | Amount |
|------|------------------|-------|--------|
| 9 | BUSINESS ANALYSIS<br>Reviewed financial information provided by Debtors or contained in the data room, critical vendor information, SOFAs, SOALs, and various other motions. | 76.5 | 22,933.00 |
| 10 | PROFESSIONAL FEES - INTERNAL<br>Preparation and review of monthly fee information, for submission to the Debtors. | 5.7 | 2,143.00 |
| 17 | INVESTIGATION OF COMPANY (ASSET ANALYSIS AND RECOVERY)<br>Reviewed miscellaneous information contained in the data room or provided by the Debtors, including information on Jay Baxter Brinkman Inc., 90-day payments, intercompany transfers and other relevant information. | 9.1 | 3,233.50 |
| 19 | PREPARATION OF REPORTS FOR THE COMMITTEE<br>Preparation of reports for the Committee on the NCOC sale process, SOFAs and SOALs, actual versus budget results, wind-down budgets and other case issues. | 96.4 | 32,550.00 |
| 20 | NON-WORKING TRAVEL<br>Professional time expended on travel, billed at one half the hourly rate of each professional. | 8.4 | 2,288.00 |
| | **TOTAL:** | **325.6** | **124,994.50** |

### III. COMPENSATION STANDARDS

12. Section 330(a)(3) of the Bankruptcy Code identifies factors that should be considered when determining the amount of reasonable compensation. These factors are:

A. the time spent on such services;

B. the rates charged for such services;

C. whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

D. whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

E.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

F.    whether the compensation is reasonable based on customary compensation charged by comparably skilled practitioner in cases other than cases under this title.

## A.    <u>Time Spent</u>

13.    The size and complexity of the Chapter 11 Cases as well as the numerous and complex issues required substantial broad-based accounting and financial advisory expertise to resolve the issues.  As a consequence, the demands of the Chapter 11 Cases have been such that BDO's highly skilled insolvency professionals have devoted substantial time and effort to perform properly and expeditiously the required accounting and advisory work.

14.    During the Application Period, BDO professionals spent 325.6 hours performing services for the Committee or for the benefit of the Debtors and their estates.

15.    BDO's time records are recorded contemporaneously with the rendition of professional services.  <u>Exhibit "B"</u> attached hereto contains a full and complete description of the services rendered by each partner, managing director, director, senior manager, manager, senior, and staff member on a daily basis for the Application Period.  BDO's time records are maintained in one-tenth of an hour (0.10) increments.

## B.    <u>Rates Charged</u>

16.    BDO customarily bills their professionals at rates commensurate with the experience of the person performing such services.  The billing rates are the same for bankruptcy engagements as well as all other accounting and advisory work performed by BDO.  A detail of each professional's rate title is included in <u>Exhibit "A"</u> attached hereto and incorporated herein

by reference.  The normal hourly rates[2] as of the date of the BDO's Retention Application are as follows, but subject to change in the ordinary course of BDO's business:

| | |
|---|---|
| Partners/Managing Directors | $475-$795 per hour |
| Directors/Sr. Managers | $375-$550 per hour |
| Managers/Vice Presidents | $325-$460 per hour |
| Paraprofessionals | $200-$350 per hour |
| Staff[3] | $150-$225 per hour |

17.     Each duty and task performed by BDO has been performed by the professional most qualified to render such services at his or her ordinary hourly charges.

18.     BDO's professionals have delegated authority where appropriate to prevent duplication of effort, to ensure that associates were used whenever possible and to utilize the services of professionals who bill at lower hourly rates as much as possible.

19.     Where more than one person attended a meeting, such attendance was not a duplication of effort, but was necessary to adequately represent the interests of the Committee, and to have the appropriate expertise available.

**C.     Beneficial at the Time at Which the Service was Rendered**

20.     The services BDO performed were the actual and necessary cost of the administration of the Debtors' estates and have enabled the Chapter 11 Cases to proceed in a timely fashion.

---

[2] In the ordinary course of business BDO revises its standard hourly rates to reflect changes in responsibilities, increased experience, and increased costs of doing business.  BDO will advise the Debtors and the United States Trustee of any increases in its hourly rates over and above the rates disclosed herein.
[3] BDO represents that this category does not include secretarial time or secretarial overtime and BDO will not include in its applications for allowance of fees associated with these categories.

**D.**     **Performed in a Reasonable Amount of Time and at Reasonable Cost**

21.     BDO is a nationally recognized consulting and financial advisory firm and was selected by the Committee for its ability to provide the required services in a timely fashion and at a reasonable cost.  In the Chapter 11 Cases, the time frames were often short and required substantial effort by BDO professionals to resolve complex issues in a timely manner.

22.     The services in the Chapter 11 Cases were performed in a reasonable amount of time given the complex nature of the issues.

**E.**     **BDO's Professionals**

23.     BDO's professionals have a variety of certifications and have demonstrated outstanding abilities in the restructuring advisory fields.

**F.**     **Fees Outside of Bankruptcy**

24.     BDO charges the same rates both within and outside of the bankruptcy context. BDO's rates are commensurate with other firms of comparable skill.

**G.**     **Other Compensation Issues**

25.     Section 330(a)(6) provides "Any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application."

26.     During the period covered by this Application, BDO incurred 5.7 hours and $2,143.00 in fees in the preparation of this Application and related supporting data.

27.      There is no agreement or understanding between BDO and any other person, other than the members, associates and employees of BDO, for the sharing of compensation received for services rendered in connection with the Chapter 11 Cases.

## IV.  CONCLUSION

28.  For all of the reasons set forth in this application, BDO respectfully submits that the services it has rendered and the disbursements it has incurred on behalf of the Committee during the Chapter 11 Cases have been reasonably expended in order to adequately represent and protect the interests of the Committee in the Chapter 11 Cases.  BDO submits further that it has provided such services in an economical and efficient manner.  Accordingly, BDO requests that the relief requested in this Application be granted in all respects.

WHEREFORE, BDO RESPECTFULLY REQUESTS that this Court enter its order allowing BDO fees and expenses in the total amount of $126,154.89 (representing $124,994.50 in fees and $1,160.39 in expenses).

DATED this 14th Day of January 2016

BDO USA, LLP

By: _____
DAVID E. BERLINER
100 Park Avenue
New York, NY 10017
Tel:  (212) 885-8000
Fax:  (212) 697-1299
*Financial Advisor for the Committee*

Sworn and subscribed to before
me this 14th day of January 2016

_____

Notary Public

SABINE AHEL
Notary Public, State of New York
Registration #01AH6170553
Qualified in Queens County
Commission Expires July 9, 2019