IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MALIBU LIGHTING CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12080 (KG)<br><br>Jointly Administered<br><br>Objection Deadline: 2/10/2016 at 4:00 p.m. (ET) |

## NOTICE OF SECOND MONTHLY APPLICATION OF BDO USA, LLP, AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2015 THROUGH NOVEMBER 30, 2015

TO: The "Notice Parties" designated in the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 4, 2015 [Docket No. 203] (the "***Administrative Order***")

PLEASE TAKE NOTICE that on January 20, 2016, the *Second Monthly Application of BDO USA, LLP, as Financial Advisor for the Official Committee of Unsecured Creditors* (the "***Committee***") *for Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2015 through November 30, 2015* ("***Fee Application***") was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "***Bankruptcy Court***"). By the Fee Application, BDO USA, LLP ("***BDO***") seeks the allowance and payment of (i) interim compensation in the amount of $99,995.60 (80% of $124,994.50) for professional services rendered and (ii) reimbursement of expenses in the amount of $1,160.39 incurred in the amount of as financial advisor to the Committee during the period from November 1, 2015 through November 30, 2015.

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, any objections or responses to the Fee Application must be (i) filed with the Bankruptcy Court in accordance with the Local Rules on or before **February 10, 2016 at 4:00 p.m. (prevailing Eastern Time)** (the "*Objection Deadline*") and (ii) served upon, so as to be received by, the undersigned counsel and the Notice Parties prior the Objection Deadline.  Copies of the Fee Application are available upon written request to the undersigned.  A hearing on the Fee Application shall be held only in the event timely objections are filed.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Administrative Order, in the absence of any objection or responsive papers to the Fee Application, BDO is authorized to file a certificate of no objection with the Bankruptcy Court, after which BDO is authorized to be paid an amount equal to $99,995.60 (80% of $124,994.50) and 100% of the expenses ($1,160.39) requested in the Fee Application.  If an objection to the Fee Application is timely filed and served, BDO is authorized to be paid 80% of the fees and 100% of the expenses not subject to such objection.

| | |
|---|---|
| Dated: January 20, 2016<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Victoria A. Guilfoyle*<br>Bonnie Glantz Fatell (DE No. 3809)<br>Victoria A. Guilfoyle (DE No. 5183)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:    (302) 425-6423<br>Facsimile:    (302) 252-0921<br>E-mail:        Fatell@BlankRome.com<br>                    Guilfoyle@BlankRome.com<br><br>-and- |

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen (admitted *pro hac vice*)
Sharon L. Levine (admitted *pro hac vice*)
Eric S. Chafetz (admitted *pro hac vice*)
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:    (973) 597-2500
Facsimile:     (973) 597-6247
E-mail:         krosen@lowenstein.com
                   slevine@lowenstein.com
                   echafetz@lowenstein.com

*Counsel to the Official Committee of Unsecured Creditors*