**MALIBU LIGHTING CORPORATION**
**SUMMARY BY PROFESSIONAL**
**November 1, 2015 through November 30, 2015**

| | Professional | Position | Hours | Rate | Amount |
|---|---|---|---|---|---|
| D.B. | DAVID BERLINER | PARTNER | 29.7 | 685.00 | 20,344.50 |
| J.C. | JOE CASHEL | MANAGING DIRECTOR | 117.3 | 495.00 | 58,063.50 |
| M.E. | MICHAEL EDELSCHICK | SENIOR MANAGER | 52.2 | 395.00 | 20,619.00 |
| Z.V. | ZOE VALDEZ | SENIOR | 17.2 | 260.00 | 4,472.00 |
| N.V. | NAUSHON VANDERHOOP | SENIOR | 2.3 | 200.00 | 460.00 |
| D.S. | DAVID SHIM | STAFF | 6.1 | 200.00 | 1,220.00 |
| A.D. | ALEXIS D'AVERSA | STAFF | 59.7 | 195.00 | 11,641.50 |
| A.H. | ALEX HSU | STAFF | 32.7 | 180.00 | 5,886.00 |
| | **SUBTOTAL:** | | **317.2** | | **$122,706.50** |
| | TRAVEL TIME: Billed at half rate | | | | |
| D.B. | DAVID BERLINER | | 2.2 | 342.50 | 753.50 |
| J.C. | JOE CASHEL | | 6.2 | 247.50 | 1,534.50 |
| | **SUBTOTAL:** | | **8.4** | | **$2,288.00** |
| | **TOTAL:** | | **325.6** | | **$124,994.50** |

| **Abbr.** | **Summary By Debtor**[1] | **Amount** |
|---|---|---|
| NCOC | National Consumer Outdoors Corporation | 85,245.00 |
| ODC | Outdoor Direct Corporation | 29,298.50 |
| MLC | Malibu Lighting Corporation | 10,451.00 |
| | **TOTAL:** | **$124,994.50** |

[1] See Exhibit "B" for detail of fees allocated to each Debtor.

