# MALIBU LIGHTING CORPORATION, ET AL.,
Schedule of Expenses
November 1, 2015 through November 30, 2015

1.     PHOTOCOPYING
   - a. Internal
   - b. External

2.     TELECOMMUNICATIONS
   - a. Toll Charges
   - b. Facsimile
   - c. Out-of-State toll charges

3.     COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel and Committee members*

4.     COURT REPORTER AND TRANSCRIPTS

5.     TECHNOLOGY SERVICES

6.     OUT-OF-TOWN TRAVEL
   - a. Transportation      $732.49
   - b. Lodging      427.90
   - c. Meals

7.     OUTSIDE SERVICES

8.     LOCAL MEALS

9.     LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto*

10.    MISCELLANEOUS –Publications/Subscriptions

**TOTAL**      **$1,160.39**

Exhibit "C"

MALIBU LIGHTING CORPORATION, et al.
Schedule of Expenses

| Transaction Date | Name | Description | Expenses | Notes |
|---|---|---|---|---|
| 11/03/15 | Berliner, David | Travel | 246.00 | Malibu - Acela train fare for pitch in Wilmington |
| 11/04/15 | Berliner, David | Travel | 5.00 | Malibu Parking at MetroPark Station |
| 11/04/15 | Berliner, David | Travel | 27.60 | Malibu - R/T mileage |
| 11/04/15 | Berliner, David | Travel | 5.00 | Malibu - Fee for Revised Acela Train. |
| 11/04/15 | Berliner, David | Travel | 1.50 | Malibu - Tolls |
| 11/17/15 | Cashel, Joe | Travel | 108.00 | Train to DE re: Auction |
| 11/17/15 | Cashel, Joe | Travel | 27.39 | Taxi from PENN to home after auction. |
| 11/17/15 | Cashel, Joe | Lodging | 427.90 | Hotel Stay & tax (1 night) |
| 11/19/15 | Cashel, Joe | Travel | 186.00 | Train to DE re: Malibu Hearing |
| 11/19/15 | Cashel, Joe | Travel | 126.00 | Train from DE re: Malibu Hearing |
|  |  |  | $1,160.39 |  |