# EXHIBIT B

### SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION
### (DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015)

| NAME | POSITION | DEPARTMENT | DATE OF FIRST ADMISSION | FEES BILLED | HOURS BILLED | HOURLY RATE BILLED |
|---|---|---|---|---|---|---|
| Bonnie Glantz Fatell | Partner Since 2000 | Business Restructuring and Bankruptcy | Member of DE Bar Since 1999 Member of PA Bar Since 1981 | $2,332.50 | 2.70 | $865.00 |
| Victoria A. Guilfoyle | Associate | Business Restructuring and Bankruptcy | Member of DE Bar Since 2008 Member of PA Bar Since 2009 | $1,783.50 | 4.10 | $435.00 |
| Christopher A. Lewis | Paralegal | Business Restructuring and Bankruptcy | N/A | $3,900.00 | 13.00 | $300.00 |
| **TOTALS:** | | | | **$8,019.00** | **19.80** | |

146758.01600/101909414v.1