# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MALIBU LIGHTING CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12080 (KG)<br><br>Jointly Administered |

**BUDGET AND STAFFING PLAN FOR BLANK ROME LLP,
DELAWARE CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF MALIBU LIGHTING CORPORATION,
*ET AL.*, FOR THE PERIOD DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015**

**BUDGET:**

The Official Committee of Unsecured Creditors' ("Committee") professionals have negotiated a budget with the Debtors, their lenders and the Committee as part of the final orders approving the Debtors' debtor-in-possession financing and use of cash collateral.

**STAFFING PLAN:**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 1 | $865.00 |
| Counsel | 0 | N/A |
| Associates | 1 | $435.00 |
| Paralegals | 1 | $300.00 |

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Malibu Lighting Corporation (8205); Outdoor Direct Corporation (9246) f/k/a The Brinkmann Corporation; National Consumer Outdoors Corporation (1153) f/k/a Dallas Manufacturing Company, Inc.; Q-Beam Corporation (1560); Smoke 'N Pit Corporation (9951); Treasure Sensor Corporation (9938); and Stubbs Collections, Inc. (6615). The location of the Debtors' headquarters and service address is 4215 McEwen Road, Dallas, TX 75244.