# EXHIBIT D

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY
### (DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015)

| PROJECT CODE | PROJECT CATEGORY | Malibu Lighting Corporation | | Outdoor Direct Corporation | | National Consumer Outdoors Corporation | | All Debtors [1] | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | TOTAL HOURS | TOTAL FEES |
| 001 | General (Case Administration) | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 3.60 | $ 1,188.00 | 3.60 | $ 1,188.00 |
| 002 | Creditors Committee (Internal/Comm's with Creditors) | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 1.70 | $ 1,427.50 | 1.70 | $ 1,427.50 |
| 003 | Retentions/Employment | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.30 | $ 90.00 | 0.30 | $ 90.00 |
| 005 | Financings and Cash Collateral | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 2.80 | $ 988.50 | 2.80 | $ 988.50 |
| 006 | Investigations of Liens | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 0.80 | $ 692.00 | 0.80 | $ 692.00 |
| 007 | Asset Disposititons | 0.50 | $ 346.50 | 0.30 | $ 130.50 | 0.00 | $ - | 0.00 | $ - | 0.80 | $ 477.00 |
| 010 | Professional Fees (Internal) | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 8.00 | $ 2,508.00 | 8.00 | $ 2,508.00 |
| 011 | Professional Fees (Other) | 0.00 | $ - | 0.00 | $ - | 0.00 | $ - | 1.80 | $ 648.00 | 1.80 | $ 648.00 |
| | TOTALS | 0.50 | $ 346.50 | 0.30 | $ 130.50 | 0.00 | $ - | 19.00 | $ 7,542.00 | 19.80 | $ 8,019.00 |

[1] The hours and fees in this column are for professional services not attributable to any single debtor and, therefore, may be allocated amongst the debtors as appropriate; except for the hours and fees in the project category entitled Financing and Cash Collateral (005), all of which hours and fees are attributable only to debtors National Consumer Outdoors Corporation and Outdoor Direct Corporation and, therefore, may be allocated amongst such debtors as appropriate.

Client: 146758    Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600    Co-Counsel to Official Committee of Unsecured Creditors

Task: 001    General (Case Administration)

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 12/4/2015 | REVIEW DECEMBER 8, 2015 AGENDA AND AMENDED AGENDA | 02565 | Victoria A. Guilfoyle | 0.20 | 87.00 |
| 12/8/2015 | REVIEW UPDATED CASE CALENDAR | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 12/8/2015 | REVIEW DOCKET AND UPDATE CASE CALENDAR | 04028 | Christopher A. Lewis | 0.80 | 240.00 |
| 12/16/2015 | REVIEW UPDATED CASE CALENDAR | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 12/16/2015 | REVIEW DOCKET AND UPDATE CASE CALENDAR | 04028 | Christopher A. Lewis | 0.50 | 150.00 |
| 12/18/2015 | REVIEW AGENDA FOR DECEMBER 22, 2015 HEARING; RELATED E-MAIL CORRESPONDENCE WITH B. FATELL | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 12/21/2015 | CALENDAR UPDATES | 04028 | Christopher A. Lewis | 0.20 | 60.00 |
| 12/22/2015 | REVIEW AMENDED AGENDA FOR DECEMBER 22, 2015 HEARING (.1); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ (.1) | 02565 | Victoria A. Guilfoyle | 0.20 | 87.00 |
| 12/23/2015 | REVIEW DOCKET AND UPDATE CORE/2002 SERVICE LIST | 04028 | Christopher A. Lewis | 0.50 | 150.00 |
| 12/28/2015 | REVIEW DOCKET AND UPDATE CASE CALENDAR | 04028 | Christopher A. Lewis | 0.80 | 240.00 |
| 12/29/2015 | REVIEW UPDATED CASE CALENDAR | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| Total: | | | | 3.60 | 1,188.00 |

Client: 146758  Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600  Co-Counsel to Official Committee of Unsecured Creditors

Task: 002  Creditors Committee (Internal/Communications with Creditors)

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 12/3/2015 | REVIEW REPORT TO COMMITTEE ON PENDING MOTIONS (.1); REVIEW SUMMARY REPORT ON 341 MEETING (.2) | 00020 | Bonnie G. Fatell | 0.30 | 259.50 |
| 12/7/2015 | TELE E. CHAFETZ RE UPDATE (.3); REVIEW BDO REPORT AND OTHER MEMOS TO COMMITTEE ON VARIOUS MATTERS (.8) | 00020 | Bonnie G. Fatell | 1.10 | 951.50 |
| 12/11/2015 | REVIEW BAR DATE NOTICE AND EMAIL TO COMMITTEE | 00020 | Bonnie G. Fatell | 0.20 | 173.00 |
| 12/30/2015 | REVIEW E-MAIL CORRESPONDENCE FROM K. WALDRON REGARDING VARIOUS ISSUES | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| Total: | | | | 1.70 | 1,427.50 |

Client: 146758        Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600    Co-Counsel to Official Committee of Unsecured Creditors

Task: 003            Retentions/Employment

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 12/7/2015 | PREPARE AND E-FILE FIRST SUPPLEMENTAL DECLARATION OF SHARON L. LEVINE IN SUPPORT OF LOWENSTEIN SANDLER RETENTION APPLICATION | 04028 | Christopher A. Lewis | 0.30 | 90.00 |
| Total: | | | | 0.30 | 90.00 |

Client: 146758  Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600  Co-Counsel to Official Committee of Unsecured Creditors

Task: 005  Financings and Cash Collateral

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 12/21/2015 | REVIEW STIPULATION REGARDING CHALLENGE DEADLINE EXTENSION (.2); REVIEW AND REVISE RELATED CERTIFICATION OF COUNSEL AND PROPOSED ORDER (.4); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ, B. FATELL, C. LEWIS AND BANK OF AMERICA'S COUNSEL (.2) [NCOC AND ODC] | 02565 | Victoria A. Guilfoyle | 0.80 | 348.00 |
| 12/21/2015 | DRAFT CERTIFICATION OF COUNSEL AND PROPOSED ORDER RE STIPULATION AND AGREEMENT WITH BANK OF AMERICA EXTENDING CHALLENGE PERIODS (.7); E-MAILS TO/FROM E. CHAFETZ (LOWENSTEIN) AND V. GUILFOYLE RE SAME (.2); PREPARE AND E-FILE SAME (.3); COORDINATE DELIVERY OF SAME TO JUDGE GROSS' CHAMBERS (.1) [NCOC AND ODC] | 04028 | Christopher A. Lewis | 1.30 | 390.00 |
| 12/23/2015 | REVIEW ORDER APPROVING STIPULATION EXTENDING CHALLENGE DEADLINE (.1); REVIEW AND APPROVE RELATED CERTIFICATE OF SERVICE FOR FILING (.1); RELATED E-MAIL CORRESPONDENCE WITH E. CHAFETZ AND C. LEWIS (.1) [NCOC AND ODC] | 02565 | Victoria A. Guilfoyle | 0.30 | 130.50 |
| 12/23/2015 | PREPARE AND SERVE ORDER APPROVING STIPULATION EXTENDING COMMITTEE'S CHALLENGE PERIODS (.2); PREPARE AND E-FILE CERTIFICATE OF SERVICE RE SAME (.3) [NCOC AND ODC] | 04028 | Christopher A. Lewis | 0.40 | 120.00 |
| Total: | | | | 2.80 | 988.50 |

Client: 146758  Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600  Co-Counsel to Official Committee of Unsecured Creditors

Task: 006  Investigation of Liens

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 12/7/2015 | REVIEW AND COMMENT ON MEMO ON LIEN REVIEW | 00020 | Bonnie G. Fatell | 0.80 | 692.00 |
| Total: | | | | 0.80 | 692.00 |

Client: 146758   Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600   Co-Counsel to Official Committee of Unsecured Creditors

Task: 007   Asset Dispositions

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 12/2/2015 | REVIEW MOTION TO CONDUCT SALES AND HIRE AUCTIONEER [MLC] | 00020 | Bonnie G. Fatell | 0.30 | 259.50 |
| 12/31/2015 | REVIEW BIDDING PROCEDURES MOTIONS AND SALE MOTIONS FILED BY DEBTORS OUTDOOR DIRECT CORPORATION (0.3) [ODC] F/K/A THE BRINKMANN CORPORATION AND MALIBU LIGHTING CORPORATION (0.2) [MLC] | 02565 | Victoria A. Guilfoyle | 0.50 | 217.50 |
| Total: | | | | 0.80 | 477.00 |

Client: 146758        Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600    Co-Counsel to Official Committee of Unsecured Creditors

Task: 010            Professional Fees - Internal

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 12/2/2015 | E-MAILS FROM/TO L. BARSON RE FEE APPLICATIONS | 04028 | Christopher A. Lewis | 0.20 | 60.00 |
| 12/17/2015 | PREPARE BLANK ROME'S FIRST MONTHLY (OCTOBER-NOVEMBER) FEE APPLICATION | 04028 | Christopher A. Lewis | 1.60 | 480.00 |
| 12/18/2015 | DISCUSSION WITH C. LEWIS REGARDING BLANK ROME'S OCTOBER AND NOVEMBER 2015 FEE APPLICATION | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 12/21/2015 | PREPARE BLANK ROME'S FIRST MONTHLY FEE APPLICATION FOR THE PERIOD FROM 10/20/2015 THROUGH 11/30/2015, INCLUDING EXHIBITS THERETO | 04028 | Christopher A. Lewis | 4.20 | 1,260.00 |
| 12/22/2015 | REVIEW AND REVISE BLANK ROME'S FIRST MONTHLY FEE APPLICATION (.6); RELATED DISCUSSIONS AND E-MAIL CORRESPONDENCE WITH C. LEWIS (.1) | 02565 | Victoria A. Guilfoyle | 0.70 | 304.50 |
| 12/22/2015 | REVISE EXHIBITS TO BLANK ROME'S FIRST MONTHLY FEE APPLICATION (.4); SPEAK WITH V. GUILFOYLE RE SAME (.2) | 04028 | Christopher A. Lewis | 0.60 | 180.00 |
| 12/22/2015 | PREPARE, E-FILE AND SERVE FIRST MONTHLY (OCTOBER-NOVEMBER 2015) FEE APPLICATION OF BLANK ROME | 04028 | Christopher A. Lewis | 0.60 | 180.00 |
| Total: | | | | 8.00 | 2,508.00 |

Client: 146758    Malibu Lighting Corporation, Official Committee of Unsecured Creditors of

Matter: 146758-01600    Co-Counsel to Official Committee of Unsecured Creditors

Task: 011    Professional Fees - Others (Includes review and objections)

| Date | Narrative | Timekeeper Number | Name | Hours | Value |
|---|---|---|---|---|---|
| 12/18/2015 | DISCUSSION AND E-MAIL CORRESPONDENCE WITH C. LEWIS REGARDING BDO'S OCTOBER 2015 FEE APPLICATION | 02565 | Victoria A. Guilfoyle | 0.10 | 43.50 |
| 12/21/2015 | REVIEW AND REVISE BDO'S FEE APPLICATION, NOTICE AND RELATED CERTIFICATE OF SERVICE (.5); RELATED E-MAIL CORRESPONDENCE REGARDING PROFESSIONALS' FEE APPLICATIONS WITH E. CHAFETZ AND C. LEWIS (.1); RELATED DISCUSSION WITH E. CHAFETZ (.1) | 02565 | Victoria A. Guilfoyle | 0.70 | 304.50 |
| 12/21/2015 | PREPARE, E-FILE AND SERVE BDO'S FIRST MONTHLY FEE APPLICATION (OCTOBER 2015) | 04028 | Christopher A. Lewis | 0.60 | 180.00 |
| 12/21/2015 | DRAFT NOTICE OF BDO'S FIRST MONTHLY FEE APPLICATION (OCTOBER 2015) | 04028 | Christopher A. Lewis | 0.40 | 120.00 |
| Total: | | | | 1.80 | 648.00 |
| Total: | | | | 19.80 | 8,019.00 |
| Total: | | | | 19.80 | 8,019.00 |