# **EXHIBIT E**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**
**(DECEMBER 1, 2015 THROUGH DECEMBER 31, 2015)**

| **EXPENSE CATEGORY** | **SERVICE PROVIDER** | **TOTAL EXPENSES** |
|---|---|---|
| Reproduction of Documents | In-house / Parcels, Inc. | $230.51 |
| Courier and Express Services | Federal Express | $72.72 |
| Hand Delivery Service | Parcels, Inc. | $30.00 |
| **TOTAL** | | **$333.23** |

146758.01600/101909414v.1

COST BILL DETAIL

Cost Type: 25          Federal Express

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 11955289 | 146758-01600 | ☐ | 11.06 | 11.06 | 11.06 | USD |
| 11955290 | 146758-01600 | ☐ | 11.06 | 11.06 | 11.06 | USD |
| 11955291 | 146758-01600 | ☐ | 12.65 | 12.65 | 12.65 | USD |
| 11955292 | 146758-01600 | ☐ | 12.65 | 12.65 | 12.65 | USD |
| 11955293 | 146758-01600 | ☐ | 12.65 | 12.65 | 12.65 | USD |
| 11955294 | 146758-01600 | ☐ | 12.65 | 12.65 | 12.65 | USD |
| | | Cost Type Total: | 72.72 | 72.72 | 72.72 | |

Cost Type: 26P         Hand Delivery - Parcels

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 11952188 | 146758-01600 | ☐ | 5.00 | 5.00 | 5.00 | USD |
| 11952189 | 146758-01600 | ☐ | 5.00 | 5.00 | 5.00 | USD |
| 11956107 | 146758-01600 | ☐ | 5.00 | 5.00 | 5.00 | USD |
| 11956596 | 146758-01600 | ☐ | 7.50 | 7.50 | 7.50 | USD |
| 11956597 | 146758-01600 | ☐ | 7.50 | 7.50 | 7.50 | USD |
| | | Cost Type Total: | 30.00 | 30.00 | 30.00 | |

Cost Type: 30          Reproduction Of Documents

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 11951865 | 146758-01600 | ☐ | 0.10 | 0.10 | 0.10 | USD |
| 11951866 | 146758-01600 | ☐ | 0.20 | 0.20 | 0.20 | USD |
| 11951709 | 146758-01600 | ☐ | 52.60 | 52.60 | 52.60 | USD |
| 11952190 | 146758-01600 | ☐ | 0.20 | 0.20 | 0.20 | USD |
| | | Cost Type Total: | 53.10 | 53.10 | 53.10 | |

Cost Type: 33          Contracted Photocopying

| Cost Index | Matter Number | HC | Work Amount | Billed Amount | Billed Amt Balance | Currency |
|---|---|---|---|---|---|---|
| 11952191 | 146758-01600 | ☐ | 177.41 | 177.41 | 177.41 | USD |
| | | Cost Type Total: | 177.41 | 177.41 | 177.41 | |
| | | | 333.23 | 333.23 | 333.23 | Soft Cost |
| | | | 333.23 | 333.23 | 333.23 | USD |

# Cost Card Detail

Original Cost Card: 11952191    Non-Billable: ☐    No Charge: ☐
Matter: 146758-01600    Co-Counsel to Official Committee of Unsecured Creditors
Billing Matter: 146758-01600    Co-Counsel to Official Committee of Unsecured Creditors
Timekeeper: 00001    Brcm House
Cost Type: 33    Contracted Photocopying
Work Date: 11/18/2015

|  | WORK | VOUCHER |
|---|---|---|
| Quantity | 177.41 | |
| Rate | 1.00 | |
| Amount | 177.41 | |
| Currency | USD | |

Office: 99    Other (Domestic)
Work Type:
Tax Code:
Tax Jursidiction: 99    Other (Domestic)
Phase:
Task:
Activity:

Narrative: Contracted Photocopying Christopher A Lewis/Bankruptcy service of 4 documents on 55 recipients via first class mail ""Case No. 15-12080; DI 253. 254, 255, and 263""/609098

Disposition:
Invoice Number: 1552543
Voucher:    Index:    Check Number:
Purge Type:
WIP Remove Date: 1/21/2016