# EXHIBIT A

**EXHIBIT A**
Professional Services rendered by Lowenstein Sandler LLP, through December 31, 2015

In re: Malibu

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Levine, Sharon L. | 1983 | Partner | 0.10 | $880.00 | $88.00 |
| Nathan, Bruce S. | 1980 | Partner | 0.50 | 860.00 | 430.00 |
| Chafetz, Eric S. | 2004 | Counsel | 3.90 | 625.00 | 2,437.50 |
| Waldron, Keara | 2011 | Associate | 0.90 | 410.00 | 369.00 |
| Lawler, Elizabeth B. | | Paralegal | 1.60 | 210.00 | 336.00 |
| **TOTAL FEES** | | | **7.00** | | **$3,660.50** |
| **Attorney Blended Rate** | | | | | **$615.65** |

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

**B100 - Administration**

B120A Investigation of Prepetition Lenders

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B120A | 12/21/15 | ESC | Phone call with L. Citron re: issues with lien review memorandum | 0.20 | $125.00 |
| | | | **Total B120A - Investigation of Prepetition Lenders** | 0.20 | $125.00 |

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B130 | 12/23/15 | ESC | Review MLC Windown budget and related notes (.2) ; e-mail exchange with BDO re: same (.1); phone call with BDO re: issues with MLC winddown, variance reports, car issues, motion to sell good inventory, intercompany issues, and Expeditors (.4) | 0.70 | 437.50 |
| B130 | 12/30/15 | BSN | Review debtors' motion to approve bidding procedures, protections and scheduling sale hearing and motion to approve sale, ODC and MLC assets | 0.30 | 258.00 |
| B130 | 12/30/15 | ESC | E-mail to K. Waldron re: issues with motion to sell good inventory | 0.10 | 62.50 |
| B130 | 12/30/15 | SLL | Review motion of debtors outdoor direct corporation f/k/a The Brinkmann Corporation and Malibu Lighting Corporation for order (A) approving asset purchase agreement and authorizing the sale of the debtors inventory; (B) authorizing the sale of assets free and clear of all liens, claims, rights, encumbrances and other interests pursuant to bankruptcy code sections 105, 363(b), 363(f) And 363(m); and (C) granting related relief | 0.10 | 88.00 |
| B130 | 12/31/15 | BSN | Review BDO summary of motion for approval of bidding procedures re: auction of inventory, ODC and MLC | 0.10 | 86.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B130 | 12/31/15 | ESC | Review motion (and accompanying exhibits) of debtors outdoor direct corporation f/k/a the brinkmann corporation and malibu lighting corporation for order: (a) approving bidding procedures and bidding protections for the auction of debtors inventory, including break-up fee and expense reimbursement, (b) scheduling an auction and sale hearing, and (c) granting related relief | 1.00 | 625.00 |
| | | | **Total B130 - Asset Disposition** | 2.30 | $1,557.00 |

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B140 | 12/01/15 | BSN | Review information re: Expeditor's motion, title to goods subject to motion | 0.10 | 86.00 |
| B140 | 12/01/15 | ESC | Phone call with debtors' counsel re: issues with Expeditor's lift stay motion | 0.10 | 62.50 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 0.20 | $148.50 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 12/15/15 | ESC | Review and comment on Lowenstein's October/November fee application monthly fee statements (Malibu) | 0.10 | 62.50 |
| B160 | 12/29/15 | EBL | Prepare first monthly fee application for MLC | 1.60 | 336.00 |
| B160 | 12/29/15 | ESC | Review and comment on Lowenstein's October monthly fee statement for Malibu Lighting | 0.70 | 437.50 |
| B160 | 12/30/15 | ESC | Further revisions to Lowenstein's October fee statement for Malibu Lighting | 0.60 | 375.00 |
| B160 | 12/30/15 | ESC | E-mail exchange with E. Lawler re: issues with Lowenstein's October monthly fee statement for Malibu Lighting | 0.10 | 62.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B160 - Fee/Employment Applications** | 3.10 | $1,273.50 |

<u>B175 Fee Applications and Invoices - Others</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 12/12/15 | KW | Review first monthly fee application for Aurora Management Partners | 0.50 | 205.00 |
| B175 | 12/14/15 | KW | Review first monthly fee application of Pachulski Stang Ziehl & Jones LLP | 0.40 | 164.00 |
| B175 | 12/23/15 | ESC | Review monthly application for compensation of Pachulski Stang Ziehl & Jones LLP for debtor Malibu Lighting Corporation for November | 0.20 | 125.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 1.10 | $494.00 |

<u>B200 - Operations</u>

<u>B210 Business Operations</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B210 | 12/29/15 | ESC | Draft e-mail to BDO re: issues with Malibu winddown budget | 0.10 | 62.50 |
| | | | **Total B210 - Business Operations** | 0.10 | $62.50 |

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B120A | Investigation of Prepetition Lenders | 0.20 | $125.00 |
| B130 | Asset Disposition | 2.30 | 1,557.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.20 | 148.50 |
| B160 | Fee/Employment Applications | 3.10 | 1,273.50 |
| B175 | Fee Applications and Invoices - Others | 1.10 | 494.00 |
| B210 | Business Operations | 0.10 | 62.50 |
| | **Total** | **7.00** | **$ 3,660.50** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**