# EXHIBIT A

**EXHIBIT A**
Professional Services rendered by Lowenstein Sandler LLP, through December 31, 2015

In re: NCOC

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Nathan, Bruce S. | 1980 | Partner | 0.10 | $860.00 | $86.00 |
| Chafetz, Eric S. | 2004 | Counsel | 2.60 | $625.00 | $1,625.00 |
| Waldron, Keara | 2011 | Associate | 2.20 | $410.00 | $902.00 |
| **TOTAL FEES** | | | **4.90** | | **$2,613.00** |
| **Attorney Blended Rate** | | | | | **$533.27** |

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B130 | 12/01/15 | BSN | Confirm closing on NCOC sale | 0.10 | $86.00 |
| B130 | 12/01/15 | ESC | E-mail exchange with BDO re: sale closing notification | 0.10 | 62.50 |
| B130 | 12/02/15 | ESC | E-mail exchange with K. Waldron re: status of the sale | 0.10 | 62.50 |
| B130 | 12/03/15 | ESC | Draft e-mail to S. Levine re: strategy for case after sale closing | 0.50 | 312.50 |
| B130 | 12/10/15 | ESC | Review revised version of the APA | 0.40 | 250.00 |
| B130 | 12/18/15 | ESC | Review sale closing memorandum | 0.20 | 125.00 |
| | | | **Total B130 - Asset Disposition** | 1.40 | $898.50 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B150 | 12/02/15 | KW | Draft and send e-mail to Committee regarding sale closing | 0.20 | 82.00 |
| B150 | 12/03/15 | ESC | E-mail exchange with Stein Fibers re: issues with critical vendor payments | 0.10 | 62.50 |
| B150 | 12/12/15 | ESC | Multiple e-mails with Stein Fibers re: issues with outstanding payables | 0.20 | 125.00 |
| B150 | 12/14/15 | ESC | E-mail exchange with committee member re: issues with payment of invoices | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| | | | **Total B150 - Meetings of and Communication with Creditors** | 0.60 | $332.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 12/15/15 | ESC | Review and comment on Lowenstein's October/November monthy fee statements (NCOC) | 0.60 | 375.00 |
| | | | **Total B160 - Fee/Employment Applications** | 0.60 | $375.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 12/13/15 | KW | Review first monthly fee application of Pachulski Stang Ziehl & Jones LLP | 1.20 | 492.00 |
| B175 | 12/14/15 | KW | Review first monthly fee application of Pachulski Stang Ziehl & Jones LLP | 0.80 | 328.00 |
| B175 | 12/23/15 | ESC | Review monthly application for compensation of Pachulski Stang Ziehl & Jones LLP as counsel for debtor National Consumer Outdoors Corporation f/k/a Dallas Manufacturing Company, Inc. for November | 0.20 | 125.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 2.20 | $945.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 12/03/15 | ESC | Phone call with counsel for Stein Fibers re: issues with pre-petition claims | 0.10 | 62.50 |
| | | | **Total B310 - Claims Administration and Objections** | 0.10 | $62.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B130 | Asset Disposition | 1.40 | $898.50 |
| B150 | Meetings of and Communication with Creditors | 0.60 | $332.00 |
| B160 | Fee/Employment Applications | 0.60 | $375.00 |
| B175 | Fee Applications and Invoices - Others | 2.20 | $945.00 |
| B310 | Claims Administration and Objections | 0.10 | $62.50 |
|  | **Total** | **4.90** | **$ 2,613.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**