# EXHIBIT B

Professional Services rendered by Lowenstein Sandler LLP, through December 31, 2015

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Citron, Lowell A. | 1995 | Partner | 3.10 | $815.00 | $2,526.50 |
| Levine, Sharon L. | 1983 | Partner | 1.90 | $880.00 | $1,672.00 |
| Nathan, Bruce S. | 1981 | Partner | 2.60 | $860.00 | $2,236.00 |
| Chafetz, Eric S. | 2004 | Counsel | 56.30 | $625.00 | $35,187.50 |
| Waldron, Keara | 2011 | Associate | 26.00 | $410.00 | $10,660.00 |
| Power, Megan | N/A | Paralegal | 2.20 | $265.00 | $583.00 |
| **TOTAL FEES** | | | **92.10** | | **$52,865.00** |
| **Attorney Blended Rate** | | | | | **$581.56** |

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

**B100 - Administration**

**B110 Case Administration**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 12/07/15 | ESC | Review agenda for 12/8 omnibus hearing | 0.10 | $62.50 |
| B110 | 12/08/15 | ESC | Phone call with Debtors' counsel re:  various case issues | 0.30 | 187.50 |
| B110 | 12/11/15 | BSN | Review updated critical dates memorandum | 0.10 | 86.00 |
| B110 | 12/11/15 | ESC | Confer with K. Waldron re:  updated critical dates list | 0.10 | 62.50 |
| B110 | 12/11/15 | KW | Review docket and update critical dates memorandum with recently scheduled dates and deadlines; circulate same internally | 1.10 | 451.00 |
| B110 | 12/11/15 | SLL | Review critical dates memorandum | 0.10 | 88.00 |
| B110 | 12/12/15 | ESC | Review updated critical dates memorandum | 0.10 | 62.50 |
| B110 | 12/18/15 | ESC | Review notice of agenda of matters scheduled for hearing scheduled for 12/22/2015 | 0.10 | 62.50 |
| | | | **Total B110 - Case Administration** | 2.00 | $1,062.50 |

**B120 Asset Analysis and Recovery**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120 | 12/01/15 | KW | Review and revise discovery requests directed at Brinkmann and the debtors | 0.80 | 328.00 |
| B120 | 12/02/15 | ESC | Phone call and e-mail with BDO re:  intercompany issues | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120 | 12/03/15 | ESC | Further revisions to discovery directed at Brinkman and the debtors | 1.20 | 750.00 |
| B120 | 12/03/15 | ESC | E-mail exchange with K. Waldron re: issues with discovery directed at Brinkmann and the debtors | 0.10 | 62.50 |
| B120 | 12/03/15 | ESC | Phone call with BDO re: intercompany issues | 0.20 | 125.00 |
| B120 | 12/03/15 | KW | Review and revise discovery requests directed at Brinkmann and the debtors | 0.60 | 246.00 |
| B120 | 12/04/15 | ESC | Phone call with K. Waldron re: issues with discovery requests directed at Brinkmann and the debtors | 0.20 | 125.00 |
| B120 | 12/04/15 | ESC | E-mail exchange with K. Waldron re: discovery directed at Brinkmann and the debtors | 0.10 | 62.50 |
| B120 | 12/04/15 | KW | Review and revise discovery requests directed at Brinkmann and the debtors | 0.70 | 287.00 |
| B120 | 12/04/15 | KW | Confer with E. Chafetz regarding discovery requests directed at Brinkmann and the debtors | 0.20 | 82.00 |
| B120 | 12/05/15 | ESC | Further revisions to discovery requests directed at Brinkmann and the debtors | 0.70 | 437.50 |
| B120 | 12/07/15 | ESC | Further revisions to discovery requests directed at Brinkmann and the debtors | 0.10 | 62.50 |
| B120 | 12/07/15 | ESC | Review BDO's comments to discovery requests directed at Brinkmann and the debtors | 0.20 | 125.00 |
| B120 | 12/07/15 | KW | Review and revise draft discovery requests directed at Brinkmann and the debtors to include comments from BDO and various other revisions | 1.20 | 492.00 |
| B120 | 12/09/15 | ESC | Begin reviewing debtors' intercompany allocations | 1.40 | 875.00 |
| B120 | 12/09/15 | ESC | Further revisions to discovery requests directed at Brinkmann and the debtors | 0.80 | 500.00 |
| B120 | 12/10/15 | ESC | E-mail exchange with debtors' counsel re: discovery directed at the debtors and Brinkmann | 0.10 | 62.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120 | 12/11/15 | BSN | Update re: status of response to discovery requests and settlement discussions directed at Brinkman and the debtors | 0.10 | 86.00 |
| B120 | 12/11/15 | ESC | Phone call with debtors' counsel re: call with Brinkmann, strategy and next steps | 0.10 | 62.50 |
| B120 | 12/11/15 | ESC | Draft e-mail to LS team re: issues with negotiations with Brinkmann | 0.20 | 125.00 |
| B120 | 12/14/15 | ESC | Phone call with BDO re: various issues with Brinkmann related discovery, Stein Fiber inquiry, lien challenge and the claims pool | 0.20 | 125.00 |
| B120 | 12/14/15 | ESC | E-mail exchange with counsel for the debtors, BDO and Brinkmann re: setting foundation for global settlement | 0.20 | 125.00 |
| B120 | 12/17/15 | ESC | Begin reviewing discovery requests and other documents in advance of call with Brinkmann and the debtors re: global settlement | 0.90 | 562.50 |
| B120 | 12/18/15 | BSN | Review status of investigation of claims against Brinkman; document production and settlement strategy | 0.20 | 172.00 |
| B120 | 12/18/15 | ESC | Phone call with debtors' counsel and Brinkmann's counsel re: discovery issues | 0.80 | 500.00 |
| B120 | 12/18/15 | ESC | Further review of discovery requests directed at Brinkmann and the debtors in advance of call with their respective counsel | 0.40 | 250.00 |
| B120 | 12/18/15 | ESC | Phone call with B. Nathan re: various issues with Brinkmann settlement strategy | 0.30 | 187.50 |
| B120 | 12/18/15 | ESC | Phone call with K. Waldron re: follow up and strategy related to call on discovery requests directed at the debtors and Brinkmann | 0.20 | 125.00 |
| B120 | 12/18/15 | KW | Participate in and take notes for call with debtors discussing Committee's discovery requests directed at Brinkmann and the debtors | 0.80 | 328.00 |
| B120 | 12/18/15 | KW | E-mail correspondence with E. Chafetz regarding summary of call with debtors' counsel on discovery requests directed at Brinkmann and the debtors | 0.20 | 82.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120 | 12/21/15 | BSN | Confer with E. Chafetz re: status of discovery responses directed at Brinkmann and the debtors re: investigation of claims | 0.10 | 86.00 |

|  |  |  | **Total B120 - Asset Analysis and Recovery** | 13.40 | $7,501.50 |

B120A Investigation of Prepetition Lenders

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120A | 12/01/15 | BSN | Review questions re: lien review and memo re: same with E. Chafetz | 0.30 | 258.00 |
| B120A | 12/01/15 | ESC | Confer with B. Nathan and L. Citron re:  lien review issues | 0.30 | 187.50 |
| B120A | 12/01/15 | ESC | Confer with K. Waldron re:  lien review issues and issues with debtors' fee applications | 0.20 | 125.00 |
| B120A | 12/01/15 | ESC | Draft e-mail to lender's counsel re:  additional information needed to complete lien review | 0.10 | 62.50 |
| B120A | 12/01/15 | LAC | Review of lien review documentation | 0.30 | 244.50 |
| B120A | 12/03/15 | ESC | Draft e-mail to debtors' counsel issues with Bank of America's guaranty | 0.30 | 187.50 |
| B120A | 12/03/15 | MP | Review correspondence re: lien review documents | 0.20 | 53.00 |
| B120A | 12/04/15 | ESC | Draft e-mail to debtors' counsel re: questions regarding guaranty re: lien review issues | 0.20 | 125.00 |
| B120A | 12/04/15 | LAC | Revision of lien review memorandum | 1.30 | 1,059.50 |
| B120A | 12/04/15 | MP | Revise prepetition lien review memorandum | 0.30 | 79.50 |
| B120A | 12/07/15 | ESC | E-mail exchange with debtors' counsel re:  issues with Bank of America's guaranty | 0.10 | 62.50 |
| B120A | 12/08/15 | ESC | Phone call and e-mail with counsel for Bank of America re:  lien challenge issues | 0.20 | 125.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120A | 12/08/15 | ESC | Confer with K. Waldron re: lien challenge issues | 0.20 | 125.00 |
| B120A | 12/09/15 | ESC | E-mail exchange with counsel for Bank of America re: issues with lien review | 0.10 | 62.50 |
| B120A | 12/09/15 | ESC | Confer with K. Waldron re: lien review issues | 0.10 | 62.50 |
| B120A | 12/10/15 | ESC | Phone call with counsel for Bank of America re: issues with lien review | 0.20 | 125.00 |
| B120A | 12/10/15 | ESC | Review and revise list of unencumbered collateral to be sent to counsel for Bank of America re: lien review issues | 0.30 | 187.50 |
| B120A | 12/10/15 | ESC | Confer with K. Waldron re: lien review issues | 0.20 | 125.00 |
| B120A | 12/10/15 | KW | Confer with E. Chafetz regarding unencumbered assets; review lien memorandum and prepare list of all unencumbered assets | 1.60 | 656.00 |
| B120A | 12/10/15 | KW | Prepare stipulation extending lien review period | 0.50 | 205.00 |
| B120A | 12/11/15 | ESC | E-mail exchange with counsel for Bank of America re: issues with lien review | 0.20 | 125.00 |
| B120A | 12/14/15 | ESC | Confer with K. Waldron re: issues with lien challenge and debtors' professionals invoices | 0.20 | 125.00 |
| B120A | 12/14/15 | ESC | E-mail to counsel for B of A re: issues with committee's lien challenge deadline | 0.20 | 125.00 |
| B120A | 12/14/15 | ESC | Draft e-mail to BDO re: issues with committee's lien challenge deadline | 0.10 | 62.50 |
| B120A | 12/15/15 | ESC | Phone call with counsel for Bank of America re: issues with lien review | 0.20 | 125.00 |
| B120A | 12/15/15 | ESC | Draft e-mail to K. Waldron re: stipulation extending committee's lien challenge deadline | 0.10 | 62.50 |
| B120A | 12/15/15 | ESC | Review and comment on stipulation extending ODC lien challenge deadline and confer with K. Waldron re: same | 0.40 | 250.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120A | 12/15/15 | KW | Confer with E. Chafetz regarding stipulation to extend lien challenge deadline; review financing motions and lien review memorandum and prepare draft stipulation extending lien challenge deadline for Bank of America; review and revise draft with comments and questions from E. Chafetz | 4.60 | 1,886.00 |
| B120A | 12/15/15 | KW | Review and revise stipulation extending committee's lien objection deadline | 0.60 | 246.00 |
| B120A | 12/16/15 | ESC | Confer with K. Waldron re: issues with stipulation extending committee's lien challenge deadline | 0.20 | 125.00 |
| B120A | 12/16/15 | ESC | Review and comment on stipulation extending committee's lien challenge deadline | 1.90 | 1,187.50 |
| B120A | 12/16/15 | ESC | Draft e-mail to LS team re: draft stipulation extending committee's challenge deadline | 0.20 | 125.00 |
| B120A | 12/16/15 | ESC | Phone call with counsel for Bank of America re: stipulation extending committee's lien challenge deadline | 0.10 | 62.50 |
| B120A | 12/16/15 | ESC | Review case law and secondary sources supporting proposition that B of A does not have a lien on foreign inventory and foreign intellectual property | 0.40 | 250.00 |
| B120A | 12/16/15 | ESC | E-mail exchange with K. Waldron re: issues with stipulation extending committee's lien challenge deadline | 0.40 | 250.00 |
| B120A | 12/16/15 | ESC | Phone calls and e-mails with L. Citron re: lien challenge issues | 0.40 | 250.00 |
| B120A | 12/16/15 | KW | Confer with E. Chafetz regarding proposed stipulation extending committee's lien challenge; review financing documents and review and revise stipulation in accordance with comments | 2.80 | 1,148.00 |
| B120A | 12/16/15 | KW | Confer with E. Chafetz regarding proposed stipulation extend committee's deadline to object to liens of Bank of America | 0.20 | 82.00 |
| B120A | 12/16/15 | KW | Review order approving cash collateral to confirm scope; review and revise proposed stipulation to extend Committee's deadline to object to liens of Bank of America | 0.90 | 369.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B120A | 12/16/15 | LAC | Review of cases re: treatment of foreign inventory in lien review memorandum | 1.10 | 896.50 |
| B120A | 12/16/15 | LAC | Revise lien review memorandum re: foreign inventory | 0.40 | 326.00 |
| B120A | 12/16/15 | MP | Review case law forwarded by L. Citron for lien review memorandum | 0.30 | 79.50 |
| B120A | 12/16/15 | SLL | Review draft stipulation to extend the Committee's lien challenge deadline | 0.20 | 176.00 |
| B120A | 12/17/15 | BSN | Review stipulation extending committee's lien challenge period | 0.20 | 172.00 |
| B120A | 12/17/15 | ESC | Review revised version of committee's lien review memorandum | 0.20 | 125.00 |
| B120A | 12/17/15 | ESC | Draft e-mail to counsel for Bank of America re: stipulation extending committee's lien challenge deadline | 0.20 | 125.00 |
| B120A | 12/17/15 | KW | Review proposed stipulation extending lien challenge deadline and cross-reference citations made therein | 0.40 | 164.00 |
| B120A | 12/17/15 | MP | Draft prepetition lien review memorandum | 0.80 | 212.00 |
| B120A | 12/18/15 | ESC | Phone call to counsel for Bank of America re: issues with stipulation extending committee's lien challenge deadline | 0.10 | 62.50 |
| B120A | 12/20/15 | ESC | Draft e-mail to counsel for Bank of America re: extension of committee's lien challenge deadline | 0.10 | 62.50 |
| B120A | 12/21/15 | ESC | Phone call with local counsel re: issues with stipulation extending committee's lien challenge deadline and 12/22/15 omnibus hearing | 0.10 | 62.50 |
| B120A | 12/21/15 | ESC | Phone call with counsel for Bank of America re: issues with stipulation extending committee's lien challenge deadline | 0.30 | 187.50 |
| B120A | 12/21/15 | ESC | Review revised stipulation extending committee's lien challenge deadline and confer with K. Waldron re: same | 0.30 | 187.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B120A | 12/21/15 | ESC | Review draft certification of counsel approving stipulation to extend the Committee's lien challenge deadlines | 0.10 | 62.50 |
| B120A | 12/23/15 | ESC | E-mail exchange with K. Waldron and local counsel re: issues with stipulation with Bank of America extending committee's lien challenge deadline | 0.20 | 125.00 |
| B120A | 12/23/15 | ESC | Multiple phone calls with Bank of America's counsel re: stipulation extending committee's lien challenge deadline | 0.40 | 250.00 |
| B120A | 12/23/15 | ESC | Review order approving stipulation and agreement by and among the official committee of unsecured creditors and bank of America, n.a. extending lien challenge deadline | 0.10 | 62.50 |
| B120A | 12/23/15 | ESC | E-mail exchange with counsel for Comerica re: issues with stipulation with Bank of America extending the comittee's lien challenge deadline | 0.20 | 125.00 |
| B120A | 12/27/15 | ESC | Draft e-mail to counsel for Bank of America re: issues with committee's lien challenge deadline | 0.30 | 187.50 |
| B120A | 12/27/15 | SLL | Internal conference re: lien review issues | 0.10 | 88.00 |
| B120A | 12/28/15 | ESC | Review additional documents in support of Bank of America's liens on real property (.3); draft e-mail to L. Citron and M. Power re: same (.1) | 0.40 | 250.00 |
| B120A | 12/29/15 | MP | Draft prepetition lien review memorandum | 0.60 | 159.00 |
| | | | **Total B120A - Investigation of Prepetition Lenders** | 28.20 | $15,122.00 |

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B140 | 12/01/15 | ESC | E-mail exchange with debtors' counsel re: issues with Expeditors International' lift stay motion | 0.10 | 62.50 |
| B140 | 12/01/15 | ESC | Further revisions to committee recommendation for the Expeditors' lift stay motion | 0.70 | 437.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B140 | 12/01/15 | ESC | Review recap of BDO's call with Aurora re: Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/01/15 | ESC | E-mail exchange with BDO re: issues with the Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/01/15 | ESC | Review documents supporting Expeditors' lift stay motion | 0.30 | 187.50 |
| B140 | 12/01/15 | ESC | Phone call with BDO re: issues with Expeditors' lift stay motion | 0.30 | 187.50 |
| B140 | 12/02/15 | ESC | E-mail exchange with counsel for Expeditors International re: status of lift stay motion | 0.10 | 62.50 |
| B140 | 12/02/15 | ESC | Phone call with counsel for Expeditors International re: status of lift stay motion | 0.30 | 187.50 |
| B140 | 12/03/15 | ESC | Draft e-mail to BDO re: adjournment of Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/03/15 | ESC | E-mail exchange and phone call with counsel for Expeditors re: issues with lift stay motion | 0.20 | 125.00 |
| B140 | 12/03/15 | ESC | E-mail exchange with K. Waldron re: issues with Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/03/15 | ESC | Phone call with debtors' counsel re: issues with Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/03/15 | KW | Review materials sent regarding Expeditors stay relief motion; e-mail correspondence with E. Chafetz regarding same; prepare reservation of rights | 1.40 | 574.00 |
| B140 | 12/04/15 | ESC | E-mail exchange with BDO re: issues with Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/04/15 | ESC | E-mail exchange with counsel for Expeditors re: adjournment of lift stay motion | 0.10 | 62.50 |
| B140 | 12/07/15 | ESC | E-mail exchange with J. Cashel re: issues with Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/07/15 | ESC | E-mail exchange with counsel for Expeditors International re: extension of objection deadline | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B140 | 12/08/15 | BSN | Review Expeditors' stoppage of delivery rights and support for same re: stay relief motion | 0.30 | 258.00 |
| B140 | 12/08/15 | ESC | E-mail exchange with counsel for Expeditors re: additional information supporting lift stay motion | 0.10 | 62.50 |
| B140 | 12/08/15 | ESC | Review information from Expeditors concerning transfer of title re: stay relief motion | 0.60 | 375.00 |
| B140 | 12/09/15 | ESC | Phone call with debtors' counsel re: issues with Expeditors' title to goods covered by lift stay motion | 0.10 | 62.50 |
| B140 | 12/09/15 | ESC | Phone call with BDO re: issues with title of goods covered by Expeditors' lift stay motion | 0.30 | 187.50 |
| B140 | 12/09/15 | ESC | Revise recommendation to the committee re: issues with title of goods covered by Expeditors' lift stay motion | 0.80 | 500.00 |
| B140 | 12/09/15 | ESC | Draft e-mail to debtors' counsel re: issues with title of goods covered by Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/10/15 | ESC | E-mail exchange with counsel for the debtors and Expeditors re: status of lift stay motion | 0.10 | 62.50 |
| B140 | 12/10/15 | ESC | Phone call with debtors' counsel re: status of Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/11/15 | ESC | Review additional information regarding Expeditors' lift stay motion | 0.20 | 125.00 |
| B140 | 12/11/15 | ESC | Confer with K. Waldron re: Expeditors' lift stay motion recommendation and lien review issues | 0.30 | 187.50 |
| B140 | 12/11/15 | ESC | Phone call to counsel for Expeditors re: issues with lift stay motion | 0.20 | 125.00 |
| B140 | 12/11/15 | KW | Review and provide comments to summary and recommendation concerning Expeditors' motion for relief from the automatic stay | 0.70 | 287.00 |
| B140 | 12/14/15 | ESC | Review and revise recommendation to the committee on Expeditors' motion for relief from the stay | 0.20 | 125.00 |
| B140 | 12/14/15 | ESC | E-mail exchange with debtors' counsel re: issues with Expeditors' lift stay motion | 0.20 | 125.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B140 | 12/15/15 | ESC | E-mail exchange with counsel for Expeditors International re: issues with lift stay motion | 0.10 | 62.50 |
| B140 | 12/15/15 | ESC | Draft e-mail to the committee re: recommendation for Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/15/15 | ESC | E-mail exchange with BDO re: issues with recommendation for Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/16/15 | BSN | Review authorization to mark re: Shanghai Hazlian inventory sale, Expeditors' lift stay motion | 0.10 | 86.00 |
| B140 | 12/16/15 | ESC | E-mail exchange with counsel for Shanghai Hazlian re: issues with sale of inventory in Expeditors possession re: stay relief motion | 0.50 | 312.50 |
| B140 | 12/16/15 | ESC | Review and comment on recommendation related to sale of goods held by Expeditors being sold to Shanghai Hazlian re: stay relief motion | 0.20 | 125.00 |
| B140 | 12/16/15 | ESC | Multiple e-mails and phone calls with debtors' counsel re: issues with goods held by Expeditors re: stay relief motion | 0.30 | 187.50 |
| B140 | 12/16/15 | ESC | Phone call with counsel for Shanghai Hazlian re: issues with sale of inventory in Expeditors possession re: stay relief motion | 0.10 | 62.50 |
| B140 | 12/16/15 | ESC | Phone call with counsel for the debtors re: issues with sale of inventory in Expeditors possession re: stay relief motion | 0.10 | 62.50 |
| B140 | 12/16/15 | ESC | E-mail to K. Waldron re: issues with sale of inventory in Expeditors possession re: stay relief motion | 0.10 | 62.50 |
| B140 | 12/16/15 | ESC | Confer with K. Waldron re: issues with sale of inventory in Expeditors possession re: stay relief motion | 0.10 | 62.50 |
| B140 | 12/16/15 | ESC | E-mail to BDO re: sale of goods held by Expeditors being sold to Shanghai re: stay relief motion | 0.10 | 62.50 |
| B140 | 12/16/15 | KW | Review correspondence from counsel to Shanghai Hazlian concerning assignment of authorization to mark re: stay relief motion; research implications of authorization to mark; prepare e-mail to committee providing recommendation regarding same | 1.10 | 451.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B140 | 12/17/15 | ESC | E-mail exchange with K. Waldron re: issues with goods that are being held by Expeditors re: stay relief motion | 0.20 | 125.00 |
| B140 | 12/17/15 | ESC | Phone call with debtors' counsel re: Expeditors' lift stay motion issues | 0.20 | 125.00 |
| B140 | 12/17/15 | ESC | Finalize e-mail to the committee re: updated Expeditors' lift stay motion summary and recommendation | 0.10 | 62.50 |
| B140 | 12/18/15 | BSN | Review debtors' limited response to Expeditors lift stay motion and questions re: ODC inventory in Canada | 0.20 | 172.00 |
| B140 | 12/18/15 | ESC | Review correspondence between Debtors' counsel and counsel for Expeditors re: issues with stay relief motion | 0.10 | 62.50 |
| B140 | 12/18/15 | ESC | Multiple e-mails with counsel for Expeditors and the debtors re: issues with Expeditors' stay relief motion | 0.20 | 125.00 |
| B140 | 12/18/15 | SLL | Review debtors' limited response to Expeditors International of Washington, Inc.'s motion for relief from the automatic stay | 0.10 | 88.00 |
| B140 | 12/19/15 | ESC | Review debtors' response to Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/19/15 | ESC | E-mail exchange with B. Nathan re: issues with Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/21/15 | ESC | Review e-mail from counsel for Expeditors re: issues with lift stay motion | 0.10 | 62.50 |
| B140 | 12/21/15 | ESC | Draft e-mail to debtors' counsel re: issues with Expeditors' lift stay motion | 0.20 | 125.00 |
| B140 | 12/21/15 | ESC | E-mail exchange with debtors' counsel re: issues with Expeditors' lift stay motion | 0.20 | 125.00 |
| B140 | 12/22/15 | ESC | E-mail exchange with counsel for the debtors and Expeditors re: issues with lift stay motion | 0.40 | 250.00 |
| B140 | 12/22/15 | ESC | Review and comment on various versions of revised Expeditors' lift stay order | 0.30 | 187.50 |
| B140 | 12/22/15 | ESC | Phone call with K. Waldron re: issues with Expeditors' lift stay motion | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B140 | 12/22/15 | ESC | Phone calls with debtors' counsel re: issues with Expeditors' lift stay motion, retention and sale of good inventory | 0.40 | 250.00 |
| B140 | 12/22/15 | ESC | Draft e-mail to local counsel re: issues with Expeditors' lift stay motion | 0.10 | 62.50 |
| B140 | 12/22/15 | ESC | Review certification of counsel seeking approval of Expeditors' lift stay motion | 0.20 | 125.00 |
| B140 | 12/28/15 | ESC | Review order granting Expeditors International of Washington, Inc.'s assented-to motion for relief from the automatic stay | 0.10 | 62.50 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 15.00 | $8,853.50 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 12/03/15 | ESC | Phone call with J. Cashel re: committee call preparation (BDO report, claims pools, lien review) | 0.30 | 187.50 |
| B150 | 12/04/15 | KW | Prepare draft agenda for telephonic committee meeting | 0.30 | 123.00 |
| B150 | 12/05/15 | ESC | Phone call with BDO re: issues with committee call materials | 0.40 | 250.00 |
| B150 | 12/05/15 | ESC | Review and comment on committee call materials | 0.50 | 312.50 |
| B150 | 12/05/15 | ESC | E-mail exchange with BDO re: committee call materials | 0.10 | 62.50 |
| B150 | 12/05/15 | SLL | Review committee call agenda | 0.10 | 88.00 |
| B150 | 12/06/15 | BSN | Review BDO's weekly flash report to committee, 12/8/15 | 0.30 | 258.00 |
| B150 | 12/07/15 | ESC | Prepare for committee call | 0.30 | 187.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 12/07/15 | ESC | Further revisions to committee call agenda and call reminder | 0.10 | 62.50 |
| B150 | 12/07/15 | ESC | Phone call with local counsel re:  issues with fee applications, case strategy and next steps | 0.40 | 250.00 |
| B150 | 12/07/15 | ESC | Confer with K. Waldron re:  issues with committee call preparation | 0.30 | 187.50 |
| B150 | 12/07/15 | ESC | Phone call with counsel for Shanghai Hazlian re:  issues with Expeditors lift stay motion and committee call issues | 0.50 | 312.50 |
| B150 | 12/07/15 | ESC | Prepare talking points for committee call | 1.60 | 1,000.00 |
| B150 | 12/08/15 | ESC | Review documents in preparation for committee call | 0.80 | 500.00 |
| B150 | 12/08/15 | ESC | Confer with K. Waldron re:  committee call preparation | 0.20 | 125.00 |
| B150 | 12/08/15 | ESC | Phone call with committee professionals re:  preparation for committee call | 0.40 | 250.00 |
| B150 | 12/08/15 | ESC | Phone call with BDO re:  issues with committee member question | 0.20 | 125.00 |
| B150 | 12/08/15 | ESC | Confer with B. Nathan re: recap of committee call | 0.10 | 62.50 |
| B150 | 12/08/15 | ESC | Phone call with counsel for Shanghai Hazlian re:  issues with Expeditors' lift stay motion | 0.30 | 187.50 |
| B150 | 12/08/15 | ESC | Phone call with S. Levine re:  recap of committee call | 0.10 | 62.50 |
| B150 | 12/08/15 | ESC | Participate in committee call | 0.30 | 187.50 |
| B150 | 12/08/15 | KW | Participate in professionals call to prepare for committee call | 0.30 | 123.00 |
| B150 | 12/08/15 | KW | Participate in telephonic committee call | 0.30 | 123.00 |
| B150 | 12/08/15 | SLL | Participate in committee call | 0.10 | 88.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 12/09/15 | KW | Prepare e-mail to committee summarizing procedures for filing proofs of claim | 0.90 | 369.00 |
| B150 | 12/10/15 | ESC | Review and comment on e-mail to the committee re: bar date | 0.30 | 187.50 |
| B150 | 12/10/15 | KW | Review and revise e-mail to the committee providing instructions for filing proofs of claim | 0.40 | 164.00 |
| B150 | 12/11/15 | ESC | Revise e-mail to the committee re: issues with bar date | 0.20 | 125.00 |
| B150 | 12/11/15 | ESC | Further revisions to committee recommendation re: Expeditors' lift stay motion | 0.20 | 125.00 |
| B150 | 12/11/15 | ESC | E-mail exchange with local counsel re: issues with committee call | 0.10 | 62.50 |
| B150 | 12/11/15 | ESC | Phone call with local counsel re: recap of committee call | 0.10 | 62.50 |
| B150 | 12/14/15 | ESC | E-mail exchange with counsel for Shanghai Hazlian re: issues with committee call | 0.10 | 62.50 |
| B150 | 12/14/15 | ESC | E-mail exchange with committee member re: issues with expense reimbursement | 0.10 | 62.50 |
| B150 | 12/14/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 12/15/15 | ESC | E-mail exchange with K. Waldron re: issues with committee member expense reimbursements | 0.10 | 62.50 |
| B150 | 12/15/15 | SLL | Review committee status report | 0.20 | 176.00 |
| B150 | 12/17/15 | SLL | Review and revise committee status report | 0.20 | 176.00 |
| B150 | 12/18/15 | ESC | Multiple e-mails and phone calls with BDO re: weekly report for committee call and winddown budget issues | 0.30 | 187.50 |
| B150 | 12/18/15 | ESC | Review BDO's weekly report for committee call | 0.60 | 375.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 12/19/15 | ESC | Further review of BDO's committee call materials | 0.20 | 125.00 |
| B150 | 12/20/15 | BSN | Review BDO's weekly flash report to committee, 12/26 | 0.30 | 258.00 |
| B150 | 12/20/15 | ESC | Review various documents and draft e-mail to the committee re: case update and committee call | 1.80 | 1,125.00 |
| B150 | 12/20/15 | SLL | Review and revise committee status report | 0.10 | 88.00 |
| B150 | 12/21/15 | ESC | E-mail exchange with K. Waldron re: comments to update e-mail to the committee | 0.10 | 62.50 |
| B150 | 12/21/15 | ESC | Confer with K. Waldron re: Expeditors' lift stay motion and committee call issues | 0.30 | 187.50 |
| B150 | 12/21/15 | ESC | Revise e-mail to the committee re: committee call and case strategy | 0.20 | 125.00 |
| B150 | 12/21/15 | KW | Review proposed e-mail to committee regarding recent case developments; e-mail E. Chafetz regarding same | 0.30 | 123.00 |
| B150 | 12/21/15 | KW | E-mail correspondence regarding upcoming committee meetings and communications | 0.20 | 82.00 |
| B150 | 12/22/15 | KW | E-mail correspondence regarding upcoming committee meetings | 0.20 | 82.00 |
| B150 | 12/22/15 | KW | Prepare e-mail correspondence to Committee concerning expense reimbursement and quarterly claims disclosures | 0.60 | 246.00 |
| B150 | 12/23/15 | ESC | E-mail exchange with K. Waldron re: e-mail to committee members re: expense information and quarterly claims disclosures | 0.10 | 62.50 |
| B150 | 12/29/15 | ESC | Draft e-mail to K. Waldron re: status of e-mail to the committee re: expense reimbursement and lien challenge issues | 0.10 | 62.50 |
| B150 | 12/29/15 | KW | Review and revise e-mail to the committee regarding expense reimbursement, quarterly reporting requirements and lien stipulation | 0.40 | 164.00 |
| B150 | 12/30/15 | ESC | Review finalized version of e-mail to the committee re: lien review and expense reimbursement | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 12/30/15 | ESC | E-mail exchange with BDO team re: issues with report to committee | 0.20 | 125.00 |
| B150 | 12/30/15 | SLL | Review committee status report | 0.20 | 176.00 |
| B150 | 12/31/15 | ESC | Review and comment on BDO's bi-weekly flash report for 1/5/16 | 0.70 | 437.50 |
| B150 | 12/31/15 | ESC | Draft e-mail to BDO team re: revisions to committee call materials for 1/5/16 | 0.20 | 125.00 |
| B150 | 12/31/15 | ESC | Phone call with BDO re: issues with committee call materials for 1/5/16 | 0.40 | 250.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 18.90 | $11,370.00 |

### B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 12/07/15 | ESC | Begin reviewing and commenting on Lowenstein's October/November monthly fee statements (charges allocated to all debtors) | 1.60 | 1,000.00 |
| B160 | 12/07/15 | KW | Review and revise supplemental declaration in further support of Committee's retention of Lowenstein as counsel; e-mail B. Fattel regarding same | 0.80 | 328.00 |
| B160 | 12/14/15 | ESC | Multiple e-mails with E. Lawler re: issues with Lowenstein's October and November monthly fee statements | 0.20 | 125.00 |
| B160 | 12/15/15 | ESC | Review and comment on Lowenstein's October/November monthly fee statements (charges allocated to all debtors) | 1.30 | 812.50 |
| B160 | 12/16/15 | ESC | Further review and comment on Lowenstein's October and November monthly fee statements (charges allocated to all debtors) | 0.80 | 500.00 |
| B160 | 12/16/15 | ESC | Multiple phone calls with E. Lawler re: finalizing October/November monthly fee statements (charges allocated to all debtors) | 0.20 | 125.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 12/21/15 | ESC | Phone call and e-mail with local counsel re: issues with Lowenstein's October monthly fee statement (charges allocated to all debtors) | 0.20 | 125.00 |
| B160 | 12/21/15 | ESC | Phone call with E. Lawler re: issues with Lowenstein's October and November monthly fee statements (charges allocated to all debtors) | 0.20 | 125.00 |
| B160 | 12/28/15 | ESC | E-mail exchange with E. Lawler re: issues with Lowenstein's monthly fee statement for October (charges allocated to all debtors) | 0.10 | 62.50 |
| | | | **Total B160 - Fee/Employment Applications** | 5.40 | $3,203.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 12/04/15 | ESC | E-mail exchange with local counsel re: fee application issues | 0.20 | 125.00 |
| B175 | 12/08/15 | ESC | E-mail exchange with K. Waldron re: issues with Piper Jaffrey's fee application | 0.10 | 62.50 |
| B175 | 12/15/15 | ESC | Review and comment on BDO's first monthly fee statement | 0.60 | 375.00 |
| B175 | 12/15/15 | ESC | Draft e-mail to BDO re: comments to first monthly fee statement | 0.10 | 62.50 |
| B175 | 12/15/15 | ESC | Phone call with D. Berliner and J. Cashel re: issues with committee professionals monthly fee statements | 0.20 | 125.00 |
| B175 | 12/15/15 | KW | Review first monthly fee statements for Aurora | 0.90 | 369.00 |
| B175 | 12/16/15 | ESC | E-mail exchange with D. Berliner re: issues with BDO's October monthly fee statement | 0.10 | 62.50 |
| B175 | 12/18/15 | ESC | Draft e-mail to local counsel re: BDO's first monthly fee statement | 0.10 | 62.50 |
| B175 | 12/22/15 | ESC | Review local counsel's first monthly fee statement | 0.40 | 250.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B175 | 12/23/15 | ESC | Review monthly staffing report for November 2015 of Aurora Management Partners, Inc. | 0.20 | 125.00 |
| B175 | 12/28/15 | ESC | Review supplemental declaration in support of Jeffrey N. Pomerantz re: application to employ/retain Pachulski Stang Ziehl & Jones LLP as counsel for the debtors and debtors in possession nunc pro tunc to the petition date | 0.20 | 125.00 |
| B175 | 12/28/15 | ESC | Draft e-mail to K.Waldron re: supplemental declaration in support of Jeffrey N. Pomerantz re: application to employ/retain Pachulski Stang Ziehl & Jones LLP as counsel for the debtors and debtors in possession nunc pro tunc to the petition date | 0.10 | 62.50 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 3.20 | $1,806.50 |

B185 Assumption/Rejection of Leases and Contracts

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B185 | 12/30/15 | ESC | Review debtors' motion for entry of an order pursuant to section 365(d)(4) of the bankruptcy code extending the time within which the debtors must assume or reject unexpired leases of nonresidential real property | 0.30 | 187.50 |
| B185 | 12/30/15 | ESC | Draft e-mail to K. Waldron re: summary of debtors' motion to extend deadline to remove actions and assume and reject leases | 0.10 | 62.50 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 0.40 | $250.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B190 | 12/30/15 | ESC | Review motion of the debtors for entry of an order (a) enlarging the period within which the debtors may remove actions and (b) granting related relief | 0.20 | 125.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 0.20 | $125.00 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B200 - Operations | | | | | |
| | | | | | |
| B210 Business Operations | | | | | |
| | | | | | |
| B210 | 12/10/15 | ESC | Review budget variances for the debtors | 0.40 | 250.00 |
| B210 | 12/14/15 | ESC | Review updated analysis of pre and post petition payables for the debtors | 0.60 | 375.00 |
| B210 | 12/15/15 | ESC | Review various weekly cash flow reports (week ended 12/11/15) | 0.40 | 250.00 |
| B210 | 12/23/15 | BSN | Review variance reports | 0.40 | 344.00 |
| B210 | 12/23/15 | ESC | Review weekly cash flow variance reports for the week ending 12/18/15 | 0.60 | 375.00 |
| B210 | 12/23/15 | ESC | Multiple e-mails with BDO re:  budget vs. actual and winddown update for Malibu and ODC | 0.10 | 62.50 |
| B210 | 12/30/15 | ESC | Review weekly variances for MLC, ODC and NCOC | 0.40 | 250.00 |
| | | | **Total B210 - Business Operations** | 2.90 | $1,906.50 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 12/03/15 | ESC | Phone calls with Claims Recovery Group re: issues with creditor recoveries | 0.20 | 125.00 |
| B310 | 12/04/15 | SLL | Review order (1) fixing bar date for the filing of proofs of claim, including claims arising under section 503(b)(9) of the bankruptcy code, (2) fixing bar date for the filing of proofs of claim by governmental units, (3) designating form and manner of notice thereof, and (4) granting related relief | 0.10 | 88.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 12/07/15 | ESC | Review notice of bar date | 0.10 | 62.50 |
| B310 | 12/07/15 | ESC | Confer with K. Waldron re: bar date summary and supplemental retention declaration | 0.20 | 125.00 |
| B310 | 12/08/15 | ESC | Review debtors' preliminary claims pool analysis | 0.60 | 375.00 |
| B310 | 12/08/15 | SLL | Review notice of bar date | 0.20 | 176.00 |
| B310 | 12/11/15 | SLL | Draft memorandum re: bar date order | 0.10 | 88.00 |
| B310 | 12/15/15 | ESC | Review transfer/assignment of claim between American Sales & Distributing and Fair Harbor Capital, LLC | 0.10 | 62.50 |
| B310 | 12/15/15 | ESC | Phone call with F. Glass of Fair Harbor re: issues with 503(b)(9) claims | 0.20 | 125.00 |
| B310 | 12/21/15 | ESC | Phone call with J. Strock re: issues with the Shanghai Hazlian claim | 0.40 | 250.00 |
| B310 | 12/21/15 | ESC | Phone call with B. Nathan re: claim issues | 0.20 | 125.00 |
| B310 | 12/28/15 | ESC | Review transfer of claim form | 0.10 | 62.50 |
| | | | **Total B310 - Claims Administration and Objections** | 2.50 | $1,664.50 |

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 2.00 | $1,062.50 |
| B120 | Asset Analysis and Recovery | 13.40 | $7,501.50 |
| B120A | Investigation of Prepetition Lenders | 28.20 | $15,122.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 15.00 | $8,853.50 |
| B150 | Meetings of and Communication with Creditors | 18.90 | $11,370.00 |
| B160 | Fee/Employment Applications | 5.40 | $3,203.00 |
| B175 | Fee Applications and Invoices - Others | 3.20 | $1,806.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.40 | $250.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 0.20 | $125.00 |
| B210 | Business Operations | 2.90 | $1,906.50 |
| B310 | Claims Administration and Objections | 2.50 | $1,664.50 |
| | **Total** | **92.10** | **$ 52,865.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**