# EXHIBIT C

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II. Summary of Disbursement Charges**

| | |
|---|---:|
| Telecommunications | $26.58 |
| Travel | $986.00 |
| **Total Disbursements** | **$1,012.58** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 12/01/15 | Other Telecommunications Charges  VENDOR: Rosen, Kenneth A.; INVOICE#: 121115; DATE: 12/11/2015  Telephone calls | $21.97 |
| 11/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015  GlobalMeetÂ® Audio NA - Call Minimum Shortfall | 2.47 |
| 11/02/15 | Long distance telephone - External  VENDOR: Premiere Global Services INVOICE#: 20011751 DATE: 11/30/2015  GlobalMeetÂ® Audio NA - Toll Free  - USA | 2.14 |
| 11/02/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015 Ticket #: 5110214184; Route: NYP WIL; Date: 11/04/2015; LTS #: 173486 | 145.00 |
| 11/02/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015 Ticket #: 0668641407; Route: ; Date: ; LTS #: 173486 | 39.00 |
| 11/04/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015 Ticket #: 5110414551; Route: NYP.WIL MET; Date: 11/04/2015; LTS #: 173728 | 155.00 |
| 11/04/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015 Ticket #: 0668744635; Route: ; Date: ; LTS #: 173728 | 39.00 |
| 11/04/15 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 112815-1; DATE: 12/2/2015  -  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015  Ticket# 5082575754  | | -17.00 |
| 11/16/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015 Ticket #: 5111612133; Route: MET WIL; Date: 11/16/2015; LTS #: 174682 | 96.00 |
| 11/16/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015 Ticket #: 5111614212; Route: NYP WIL; Date: 11/17/2015; LTS #: 174734 | 186.00 |
| 11/16/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015 Ticket #: 0669139523; Route: ; Date: ; LTS #: 174682 | 39.00 |
| 11/16/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015 Ticket #: 0669178193; Route: ; Date: ; LTS #: 174734 | 39.00 |
| 11/18/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015 Ticket #: 5111812115; Route: MET WIL; Date: 11/19/2015; LTS #: 174960 | 107.00 |
| 11/18/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 112815-1 DATE: 12/2/2015 Ticket #: 0669258181; Route: ; Date: ; LTS #: 174960 | 39.00 |
| 12/02/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 122815-1 DATE: 12/28/2015 Ticket #: 5120212203; Route: MET WIL; Date: 12/04/2015; LTS #: 175865 | 80.00 |
| 12/02/15 | Amtrak Rail travel  VENDOR: American Express/Trv. INVOICE#: 122815-1 DATE: 12/28/2015 Ticket #: 0669681316; Route: ; Date: ; LTS #: 175865 | 39.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

| | |
|---|---:|
| Total Disbursements | $1,012.58 |