**EXHIBIT A**

# Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Baker
Chief Restructuring Officer
The Brinkman Corporation
Dallas Manufacturing Corporation
Malibu Lighting

December 31, 2015
Invoice   111874
Client    10821
Matter    00002

JNP

RE:  Brnkmann Postpetition

STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2015

| | |
|---|---|
| FEES | $18,694.00 |
| EXPENSES | $2,132.30 |
| **TOTAL CURRENT CHARGES** | **$20,826.30** |
| **BALANCE FORWARD** | $105,864.55 |
| **TOTAL BALANCE DUE** | $126,690.85 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 0.50 | $389.50 |
| AD | Asset Disposition [B130] | 5.00 | $3,909.50 |
| BL | Bankruptcy Litigation [L430] | 1.20 | $383.00 |
| BO | Business Operations | 3.70 | $2,775.00 |
| CO | Claims Admin/Objections[B310] | 5.50 | $4,212.00 |
| CP | Compensation Prof. [B160] | 8.10 | $4,283.50 |
| CPO | Comp. of Prof./Others | 0.90 | $274.50 |
| EC | Executory Contracts [B185] | 1.00 | $750.00 |
| LN | Litigation (Non-Bankruptcy) | 0.50 | $389.50 |
| OP | Operations [B210] | 0.80 | $600.00 |
| SL | Stay Litigation [B140] | 1.00 | $727.50 |
| | | 28.20 | $18,694.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 305.00 | 0.60 | $183.00 |
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 0.40 | $90.00 |
| JMF | Fried, Joshua M. | Partner | 750.00 | 18.60 | $13,950.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 1.90 | $1,700.50 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 1.20 | $366.00 |
| MBL | Litvak, Maxim B. | Partner | 795.00 | 0.10 | $79.50 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 0.90 | $607.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 3.50 | $1,067.50 |
| WLR | Ramseyer, William L. | Counsel | 650.00 | 1.00 | $650.00 |
| | | | | 28.20 | $18,694.00 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Filing Fee [E112] | $201.00 |
| Reproduction Expense [E101] | $202.90 |
| Reproduction/ Scan Copy | $423.40 |
| Transcript [E116] | $1,305.00 |
| | $2,132.30 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    4
Invoice 111874
December 31, 2015

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2015 | JMF | AA | Review emails and analyze issues re OHL released inventory and claims regarding same. | 0.40 | 750.00 | $300.00 |
| 12/16/2015 | JNP | AA | Email to and from R. Kennedy regarding UTEC documents. | 0.10 | 895.00 | $89.50 |
|  |  |  |  | 0.50 |  | $389.50 |

### Asset Disposition [B130]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | JNP | AD | Email to J. Ebbert regarding car appraisals. | 0.10 | 895.00 | $89.50 |
| 12/07/2015 | JMF | AD | Review amended appraisals and email J. Ebbert re same. | 0.30 | 750.00 | $225.00 |
| 12/08/2015 | JNP | AD | Review Hilco teaser regarding IP sale and provide comments. | 0.20 | 895.00 | $179.00 |
| 12/08/2015 | JMF | AD | Review car financing agreements re vehicles. | 0.40 | 750.00 | $300.00 |
| 12/09/2015 | JMF | AD | Review vehicle appraisals and correspondences re same. | 0.60 | 750.00 | $450.00 |
| 12/10/2015 | JMF | AD | Review Committee valuation of vehicles. | 0.30 | 750.00 | $225.00 |
| 12/10/2015 | JNP | AD | Review and forward emails regarding sale of real estate. | 0.20 | 895.00 | $179.00 |
| 12/10/2015 | JNP | AD | Review emails regarding automobiles and forward M. Fayhee and M. Warner. | 0.20 | 895.00 | $179.00 |
| 12/11/2015 | JMF | AD | Review vehicle appraisal summary. | 0.30 | 750.00 | $225.00 |
| 12/13/2015 | JMF | AD | Review Real Property appraisals. | 1.00 | 750.00 | $750.00 |
| 12/14/2015 | JMF | AD | Review various Real Estate sales proposals. | 0.40 | 750.00 | $300.00 |
| 12/14/2015 | JMF | AD | Email to J. Ebbert re Real Estate sales proposal. | 0.10 | 750.00 | $75.00 |
| 12/15/2015 | JMF | AD | Review auto appraisals. | 0.20 | 750.00 | $150.00 |
| 12/16/2015 | JNP | AD | Emails with D. Baker and D. Peress regarding status of IP sale. | 0.10 | 895.00 | $89.50 |
| 12/17/2015 | JNP | AD | Conference with M. Warner regarding sale of IP status. | 0.20 | 895.00 | $179.00 |
| 12/17/2015 | JNP | AD | Email to Hilco, Piper and Aurora regarding sale of IP. | 0.10 | 895.00 | $89.50 |
| 12/22/2015 | JMF | AD | Review Keen engagement agreement re Real Estate sale. | 0.30 | 750.00 | $225.00 |
|  |  |  |  | 5.00 |  | $3,909.50 |

### Bankruptcy Litigation [L430]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/2015 | KFF | BL | Draft certification of no objection for Settlement Motion with A&J Manufacturing | 0.50 | 305.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00002

Page: 5  
Invoice 111874  
December 31, 2015

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 12/03/2015 | KFF | BL | | E-file certification of no objection regarding settlement with A&J Manufacturing | 0.20 | 305.00 | $61.00 |
| 12/16/2015 | CJB | BL | | Prepare hearing binders for hearing on 12/22/15. | 0.40 | 225.00 | $90.00 |
| 12/22/2015 | MBL | BL | | Emails with G. Clark and client re A&J dismissals. | 0.10 | 795.00 | $79.50 |
| | | | | | **1.20** | | **$383.00** |

### Business Operations

| 12/02/2015 | JMF | BO | Analyze issues re bank charge backs. | 0.40 | 750.00 | $300.00 |
|---|---|---|---|---|---|---|
| 12/03/2015 | JMF | BO | Analyze issues re credit card holdbacks re ODC Am Ex. | 0.60 | 750.00 | $450.00 |
| 12/04/2015 | JMF | BO | Review credit and agreement re setoff issues (1.1); telephone call with L. Brandt and R. Kennedy and M. Hartman re same (.4). | 1.50 | 750.00 | $1,125.00 |
| 12/09/2015 | JMF | BO | Review Xinli agreement. | 0.40 | 750.00 | $300.00 |
| 12/10/2015 | JMF | BO | Analyze issue re America Express holdback and credit card issues. | 0.30 | 750.00 | $225.00 |
| 12/14/2015 | JMF | BO | Telephone call with C. Harmon re Zurich bond. | 0.20 | 750.00 | $150.00 |
| 12/14/2015 | JMF | BO | Review electrical indemnity bond. | 0.30 | 750.00 | $225.00 |
| | | | | **3.70** | | **$2,775.00** |

### Claims Admin/Objections[B310]

| 12/11/2015 | JMF | CO | Telephone call with C. Falco and L. Kendall re ODC claims. | 0.50 | 750.00 | $375.00 |
|---|---|---|---|---|---|---|
| 12/11/2015 | JMF | CO | Review insurance coverage issues re ODC product liability claim. | 0.30 | 750.00 | $225.00 |
| 12/14/2015 | JNP | CO | Emails regarding tractor supply stipulation. | 0.10 | 895.00 | $89.50 |
| 12/14/2015 | JMF | CO | Review customer claims spreadsheet re product liability claim. | 0.40 | 750.00 | $300.00 |
| 12/15/2015 | JMF | CO | Review correspondences re Tractor Supply claim. | 0.20 | 750.00 | $150.00 |
| 12/15/2015 | JMF | CO | Review North Central bond and analyze issues re draw down on same. | 0.40 | 750.00 | $300.00 |
| 12/15/2015 | JMF | CO | Review product liability correspondence and claims back up re unliquidated claims. | 0.30 | 750.00 | $225.00 |
| 12/16/2015 | JNP | CO | Conference with Joshua M. Fried regarding tractor supply stipulation. | 0.30 | 895.00 | $268.50 |
| 12/17/2015 | JMF | CO | Review Louisiana claims. | 0.20 | 750.00 | $150.00 |
| 12/17/2015 | JMF | CO | Draft agreement re tractor supply. | 1.70 | 750.00 | $1,275.00 |
| 12/18/2015 | JNP | CO | Review and comment on stipulation regarding Tractor Supply. | 0.20 | 895.00 | $179.00 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00002

Page:    6  
Invoice 111874  
December 31, 2015

|            |     |     |                                                                                   | Hours | Rate   | Amount     |
|------------|-----|-----|-----------------------------------------------------------------------------------|-------|--------|------------|
| 12/19/2015 | JMF | CO  | Draft Tractor supply agreement.                                                   | 0.50  | 750.00 | $375.00    |
| 12/28/2015 | JMF | CO  | Review product liability claims and spreadsheet.                                  | 0.40  | 750.00 | $300.00    |
|            |     |     |                                                                                   | 5.50  |        | $4,212.00  |

### Compensation Prof. [B160]

|            |     |     |                                                                                                          | Hours | Rate   | Amount    |
|------------|-----|-----|----------------------------------------------------------------------------------------------------------|-------|--------|-----------|
| 12/07/2015 | JMF | CP  | Review/edit PSZJ November bill.                                                                          | 1.10  | 750.00 | $825.00   |
| 12/09/2015 | KFF | CP  | Draft certification of no objection for PSZJ's October fees for Debtor Outdoor Direct Corporation        | 0.20  | 305.00 | $61.00    |
| 12/11/2015 | JMF | CP  | Edit ODC monthly statement for November.                                                                 | 0.30  | 750.00 | $225.00   |
| 12/17/2015 | PJJ | CP  | Draft November fee statement.                                                                            | 3.20  | 305.00 | $976.00   |
| 12/17/2015 | JMF | CP  | Review ODC November statement.                                                                           | 0.30  | 750.00 | $225.00   |
| 12/18/2015 | MRS | CP  | Review and execute cno re: first interim PSZJ fee application                                            | 0.10  | 675.00 | $67.50    |
| 12/18/2015 | JMF | CP  | Prepare ODC November fee statement.                                                                      | 1.10  | 750.00 | $825.00   |
| 12/20/2015 | WLR | CP  | Draft 1st quarterly fee application                                                                      | 1.00  | 650.00 | $650.00   |
| 12/23/2015 | KFF | CP  | E-file and coordinate service for PSZJ's November fee application for Debtor Outdoor Direct              | 0.30  | 305.00 | $91.50    |
| 12/23/2015 | MRS | CP  | Review, revise, and finalize PSZJ 2nd interim fee application                                            | 0.50  | 675.00 | $337.50   |
|            |     |     |                                                                                                          | 8.10  |        | $4,283.50 |

### Comp. of Prof./Others

|            |     |     |                                                                                              | Hours | Rate   | Amount  |
|------------|-----|-----|----------------------------------------------------------------------------------------------|-------|--------|---------|
| 12/17/2015 | PJJ | CPO | Draft Aurora November Staffing Report cover page.                                            | 0.30  | 305.00 | $91.50  |
| 12/22/2015 | BDD | CPO | Finish preparing Aurora November monthly fee statement (.40); email to J. Fried re same (.10)| 0.60  | 305.00 | $183.00 |
|            |     |     |                                                                                              | 0.90  |        | $274.50 |

### Executory Contracts [B185]

|            |     |    |                                                                                     | Hours | Rate   | Amount  |
|------------|-----|----|-------------------------------------------------------------------------------------|-------|--------|---------|
| 12/08/2015 | JMF | EC | Telephone call with L. Kendall re lease issues.                                     | 0.30  | 750.00 | $225.00 |
| 12/17/2015 | JMF | EC | Review Atlanta rejection order and internal emails re Q-Beam and ODC assets.        | 0.10  | 750.00 | $75.00  |
| 12/30/2015 | JMF | EC | Edit personal property rejection motion.                                            | 0.60  | 750.00 | $450.00 |
|            |     |    |                                                                                     | 1.00  |        | $750.00 |

### Litigation (Non-Bankruptcy)

|            |     |    |                                                                     | Hours | Rate   | Amount  |
|------------|-----|----|---------------------------------------------------------------------|-------|--------|---------|
| 12/08/2015 | JNP | LN | Email to J.Sieger regarding issues with Chinese vendors and tooling.| 0.10  | 895.00 | $89.50  |
| 12/15/2015 | JMF | LN | Review document requests from Committee.                            | 0.40  | 750.00 | $300.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:    7
Invoice 111874
December 31, 2015

|  |  |  |  |  | 0.50 |  | $389.50 |
|---|---|---|---|---|---|---|---|

### Operations [B210]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/2015 | JMF | OP | Review utility order (.3) email to Gexa Energy re shut off issues (.1). | 0.40 | 750.00 | $300.00 |
| 12/02/2015 | JMF | OP | Review and analyze issues re prepetition bond issuance re North Central. | 0.40 | 750.00 | $300.00 |
|  |  |  |  | 0.80 |  | $600.00 |

### Stay Litigation [B140]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | JMF | SL | Review Expeditor's agreements re prepetition cargo arrangement. | 0.40 | 750.00 | $300.00 |
| 12/03/2015 | MRS | SL | Review order and cno re: A&J settlement; emails from and to Kathe Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 12/09/2015 | MRS | SL | Call from insurance counsel re: Ripkin injury claim | 0.20 | 675.00 | $135.00 |
| 12/10/2015 | JMF | SL | Analyze issues re Canadian ODC goods re Expediter's Canada. | 0.30 | 750.00 | $225.00 |
|  |  |  |  | 1.00 |  | $727.50 |

**TOTAL SERVICES FOR THIS MATTER:** $18,694.00

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821   00002

Page:     8  
Invoice 111874  
December 31, 2015

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/09/2015 | TR | Transcript [E116] Reliable, Inv. WL058002, K. Finlayson | 485.75 |
| 10/27/2015 | TR | Transcript [E116] Reliable, Inv. WL058388, K. FInlayson | 819.25 |
| 11/05/2015 | FF | Filing Fee [E112] USDC, District Court, District of Delaware, LDJ | 25.00 |
| 11/20/2015 | FF | Filing Fee [E112] USBC, Bankruptcy Court, District of Delaware, LDJ | 176.00 |
| 12/01/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 12/02/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 12/02/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 12/02/2015 | RE | ( 131 @0.10 PER PG) | 13.10 |
| 12/02/2015 | RE | ( 1227 @0.10 PER PG) | 122.70 |
| 12/02/2015 | RE | ( 31 @0.10 PER PG) | 3.10 |
| 12/02/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/02/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 12/02/2015 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 12/02/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/02/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/02/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/02/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/02/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/02/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/02/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00002

Page:    9  
Invoice 111874  
December 31, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/02/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/02/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 12/03/2015 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 12/03/2015 | RE | ( 19 @0.10 PER PG) | 1.90 |
| 12/03/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 12/03/2015 | RE | ( 45 @0.10 PER PG) | 4.50 |
| 12/03/2015 | RE2 | SCAN/COPY ( 76 @0.10 PER PG) | 7.60 |
| 12/03/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 12/03/2015 | RE2 | SCAN/COPY ( 68 @0.10 PER PG) | 6.80 |
| 12/04/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 12/04/2015 | RE | ( 44 @0.10 PER PG) | 4.40 |
| 12/04/2015 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 12/04/2015 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 12/04/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 12/04/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 12/04/2015 | RE | ( 17 @0.10 PER PG) | 1.70 |
| 12/04/2015 | RE | ( 28 @0.10 PER PG) | 2.80 |
| 12/04/2015 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/04/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/07/2015 | RE | ( 27 @0.10 PER PG) | 2.70 |
| 12/07/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/07/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 12/07/2015 | RE | ( 121 @0.10 PER PG) | 12.10 |
| 12/07/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/07/2015 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 12/07/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/07/2015 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 12/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/08/2015 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 12/09/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 12/11/2015 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 12/11/2015 | RE2 | SCAN/COPY ( 131 @0.10 PER PG) | 13.10 |
| 12/13/2015 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/14/2015 | RE2 | SCAN/COPY ( 139 @0.10 PER PG) | 13.90 |
| 12/14/2015 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 12/14/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/14/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/14/2015 | RE2 | SCAN/COPY ( 114 @0.10 PER PG) | 11.40 |
| 12/15/2015 | RE2 | SCAN/COPY ( 78 @0.10 PER PG) | 7.80 |
| 12/15/2015 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 12/16/2015 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/16/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00002

Page:   11
Invoice 111874
December 31, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/16/2015 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/16/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/16/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/16/2015 | RE2 | SCAN/COPY ( 156 @0.10 PER PG) | 15.60 |
| 12/16/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/16/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/16/2015 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 12/16/2015 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 12/16/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/16/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/16/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/16/2015 | RE2 | SCAN/COPY ( 212 @0.10 PER PG) | 21.20 |
| 12/16/2015 | RE2 | SCAN/COPY ( 108 @0.10 PER PG) | 10.80 |
| 12/16/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/16/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/16/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/16/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/16/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/16/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/16/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |

| Date | | Description | Amount |
|---|---|---|---|
| 12/16/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/17/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/17/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/17/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/17/2015 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 12/17/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/17/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/18/2015 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 12/18/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/18/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 12/18/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/18/2015 | RE2 | SCAN/COPY ( 78 @0.10 PER PG) | 7.80 |
| 12/18/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/18/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/18/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/18/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/18/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/18/2015 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 12/18/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821      00002

Page:   13  
Invoice 111874  
December 31, 2015

| Date | | Description | Amount |
|---|---|---|---|
| 12/18/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/18/2015 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/19/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/19/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/21/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 12/21/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/21/2015 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/21/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/21/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/21/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/21/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/21/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/21/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/21/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/21/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/21/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/22/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/22/2015 | RE | ( 8 @0.10 PER PG) | 0.80 |
| 12/22/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/22/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/22/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00002

Page:   14  
Invoice 111874  
December 31, 2015

| Date | | Description | Amount |
|---|---|---|---|
| 12/22/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/22/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/22/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/22/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 12/23/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/23/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/23/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/23/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 12/23/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/23/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 12/24/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/24/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/24/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/24/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/24/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/24/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/28/2015 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/28/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/28/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 12/28/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/28/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00002

Page:    15
Invoice 111874
December 31, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/28/2015 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 12/28/2015 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 12/28/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/28/2015 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/28/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 12/28/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/28/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/28/2015 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 12/29/2015 | RE | ( 76 @0.10 PER PG) | 7.60 |
| 12/29/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 12/29/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/29/2015 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 12/29/2015 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 12/29/2015 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 12/29/2015 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 12/29/2015 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 12/29/2015 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 12/29/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/30/2015 | RE | ( 90 @0.10 PER PG) | 9.00 |
| 12/30/2015 | RE | ( 53 @0.10 PER PG) | 5.30 |
| 12/30/2015 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |

| Date | | Description | Amount |
|---|---|---|---|
| 12/30/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/30/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/30/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 12/30/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/30/2015 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 12/30/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |

**Total Expenses for this Matter**                                   **$2,132.30**

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821   00002

Page:   17  
Invoice 111874  
December 31, 2015

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 12/31/2015

| | |
|---|---:|
| Total Fees | $18,694.00 |
| Chargeable costs and disbursements | $2,132.30 |
| Total Due on Current Invoice................... | $20,826.30 |

Outstanding Balance from prior Invoices as of 12/31/2015      (May not reflect recent payments)

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 111325 | 10/31/2015 | $49,668.00 | $0.00 | $49,668.00 |
| 111596 | 11/30/2015 | $35,948.00 | $20,248.55 | $56,196.55 |

**Total Amount Due on Current and Prior Invoices**                              $126,690.85