# EXHIBIT C

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Baker
Chief Restructuring Officer
The Brinkman Corporation
Dallas Manufacturing Corporation
Malibu Lighting

December 31, 2015
Invoice     111878
Client      10821
Matter      00006

JNP

RE:  MLC/ODC Matters

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2015

| | |
|---|---|
| FEES | $81,449.50 |
| EXPENSES | $16.90 |
| **TOTAL CURRENT CHARGES** | **$81,466.40** |
| **TOTAL BALANCE DUE** | **$81,466.40** |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00006

Page:    2
Invoice 111878
December 31, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 87.70 | $69,513.50 |
| BL | Bankruptcy Litigation [L430] | 1.70 | $755.50 |
| CA | Case Administration [B110] | 0.20 | $135.00 |
| CO | Claims Admin/Objections[B310] | 0.50 | $367.50 |
| CPO | Comp. of Prof./Others | 0.10 | $89.50 |
| EC | Executory Contracts [B185] | 7.60 | $5,068.50 |
| IC | Insurance Coverage | 3.30 | $2,715.00 |
| RP | Retention of Prof. [B160] | 2.00 | $1,050.00 |
| SL | Stay Litigation [B140] | 2.60 | $1,755.00 |
| | | 105.70 | $81,449.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 305.00 | 1.30 | $396.50 |
| CHM | Mackle, Cia H. | Counsel | 525.00 | 4.50 | $2,362.50 |
| DJB | Barton, David J. | Partner | 875.00 | 35.10 | $30,712.50 |
| IAWN | Nasatir, Iain A. W. | Partner | 850.00 | 2.40 | $2,040.00 |
| JJK | Kim, Jonathan J. | Counsel | 695.00 | 16.70 | $11,606.50 |
| JMF | Fried, Joshua M. | Partner | 750.00 | 31.00 | $23,250.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 2.80 | $2,506.00 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 1.10 | $335.50 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 7.00 | $4,725.00 |
| RJG | Gruber, Richard J. | Counsel | 925.00 | 3.80 | $3,515.00 |
| | | | | 105.70 | $81,449.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00006

Page:     3
Invoice 111878
December 31, 2015

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Reproduction/ Scan Copy | $16.90 |
| | $16.90 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821      00006

Page:      4
Invoice 111878
December 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Disposition [B130]**

| Date | By | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/2015 | CHM | AD | Review email from J. Fried re lease rejection motion and reply. | 0.10 | 525.00 | $52.50 |
| 12/10/2015 | JNP | AD | Review emails regarding sale of remaining first quality inventory and send to M. Fayhee and M. Warner. | 0.20 | 895.00 | $179.00 |
| 12/11/2015 | JNP | AD | Conference with D. Baker, M. Warner, M. Fayhee and Joshua M. Fried regarding outstanding issues relating to liquidation of remaining assets. | 0.80 | 895.00 | $716.00 |
| 12/11/2015 | MRS | AD | Review emails re: disposition of remaining assets | 0.20 | 675.00 | $135.00 |
| 12/14/2015 | JNP | AD | Review and respond to emails regarding sale process for new inventory. | 0.10 | 895.00 | $89.50 |
| 12/14/2015 | JNP | AD | All hands call regarding sale of IP. | 1.00 | 895.00 | $895.00 |
| 12/14/2015 | JMF | AD | Telephone call with D. Peress, D. Baker, J.N. Pomerantz, M. Warner re IP sale issues. | 1.00 | 750.00 | $750.00 |
| 12/17/2015 | JMF | AD | Review Hilco teaser re Q-Beam and ODC assets. | 0.30 | 750.00 | $225.00 |
| 12/18/2015 | DJB | AD | Begin drafting Sears PA. | 2.00 | 875.00 | $1,750.00 |
| 12/18/2015 | JJK | AD | Emails Fried, Barton on APA/sale matters (0.2); review background info and start preparing sale templates (1.0). | 1.20 | 695.00 | $834.00 |
| 12/18/2015 | JJK | AD | Emails Fried on Sears sale matters. | 0.20 | 695.00 | $139.00 |
| 12/18/2015 | JNP | AD | Conference with Joshua M. Fried regarding new inventory sale process and related. | 0.20 | 895.00 | $179.00 |
| 12/18/2015 | JNP | AD | Conference with Aurora and Joshua M. Fried regarding new inventory sale process and related. | 0.30 | 895.00 | $268.50 |
| 12/18/2015 | JMF | AD | Telephone call with Matt Joly re Inventory Sale. | 0.30 | 750.00 | $225.00 |
| 12/18/2015 | JMF | AD | Review inventory list re Inventory Sale. | 0.40 | 750.00 | $300.00 |
| 12/18/2015 | JMF | AD | Telephone call with J.N. Pomerantz, D. Baker, R. Kennedy, J. Ebbert re inventory sale issues. | 0.50 | 750.00 | $375.00 |
| 12/18/2015 | JMF | AD | Internal emails re ADA and sale documents. | 0.30 | 750.00 | $225.00 |
| 12/19/2015 | CHM | AD | Prepare for and participate in telephone conference with J. Fried re lease rejection motion. | 0.50 | 525.00 | $262.50 |
| 12/19/2015 | DJB | AD | Draft APA for Sears transaction. | 4.80 | 875.00 | $4,200.00 |
| 12/19/2015 | DJB | AD | Transmit APA for Sears transaction for internal review. | 0.20 | 875.00 | $175.00 |
| 12/19/2015 | DJB | AD | Respond to comments re APA draft. | 1.50 | 875.00 | $1,312.50 |
| 12/19/2015 | JJK | AD | Emails Fried, Barton on inventory sale related matters and consider matters (0.7). | 0.70 | 695.00 | $486.50 |
| 12/19/2015 | JMF | AD | Review/edit APA re remaining inventory. | 1.80 | 750.00 | $1,350.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/19/2015 | JMF | AD | Internal emails re remaining inventory. | 0.30 | 750.00 | $225.00 |
| 12/20/2015 | DJB | AD | Email to R. Gruber regarding transaction. | 0.30 | 875.00 | $262.50 |
| 12/20/2015 | DJB | AD | Revise APA. | 4.40 | 875.00 | $3,850.00 |
| 12/20/2015 | DJB | AD | Interoffice conference call with J. Fried regarding transaction. | 0.30 | 875.00 | $262.50 |
| 12/20/2015 | DJB | AD | Transmit APA to client. | 0.30 | 875.00 | $262.50 |
| 12/20/2015 | RJG | AD | Exchange messages with D Barton and review draft Sears Asset Purchase Agreement. | 0.70 | 925.00 | $647.50 |
| 12/20/2015 | JMF | AD | Telephone call with D. Barton re Sears APA. | 0.40 | 750.00 | $300.00 |
| 12/20/2015 | JMF | AD | Review APA re issues re same. | 0.50 | 750.00 | $375.00 |
| 12/21/2015 | DJB | AD | Review emails regarding APA. | 0.40 | 875.00 | $350.00 |
| 12/21/2015 | JJK | AD | Emails Fried and team on sale issues (0.5); review materials and prepare sale procedures motion, order and exhibits (4.0); prepare sale motion (1.3). | 5.80 | 695.00 | $4,031.00 |
| 12/21/2015 | RJG | AD | Exchange messages with Josh Fried and D Barton and prepare and circulate revised Sears APA. | 3.10 | 925.00 | $2,867.50 |
| 12/21/2015 | JMF | AD | Telephone call with J. Ebbert re Sears APA. | 0.40 | 750.00 | $300.00 |
| 12/21/2015 | JMF | AD | Telephone call with J. Ebbert and Sears counsel re APA and process. | 0.50 | 750.00 | $375.00 |
| 12/21/2015 | JMF | AD | Review APA re modifications. | 0.80 | 750.00 | $600.00 |
| 12/21/2015 | JJK | AD | Emails Ebbert, team on call matters. | 0.20 | 695.00 | $139.00 |
| 12/22/2015 | DJB | AD | Review status of APA draft. | 0.60 | 875.00 | $525.00 |
| 12/22/2015 | DJB | AD | Telephone conference with J. Ebbert regarding APA. | 0.40 | 875.00 | $350.00 |
| 12/22/2015 | DJB | AD | Telephone conference with J. Ebbert regarding APA. | 0.10 | 875.00 | $87.50 |
| 12/22/2015 | DJB | AD | Revise APA . | 0.70 | 875.00 | $612.50 |
| 12/22/2015 | DJB | AD | Transmit APA to Sears. | 0.20 | 875.00 | $175.00 |
| 12/22/2015 | JJK | AD | Emails Ebbert on sale/APA matters (0.2); emails Ebbert on marketing/sale matters (0.5); review APA (0.5); emails Fried and team on sale matters (0.4); emails Ebbert on info for sale pleadings (0.5); prepare/revise sale motion and order and procedures motion, order and exhibits (2.9); review info on prior expressions of interest and review chart (0.6). | 5.60 | 695.00 | $3,892.00 |
| 12/22/2015 | JJK | AD | Emails Fried, Ebbert, Kendall re: sale related matters (0.5); review Fried comments on procedures docs and revise procedures motion, order and exhibits and review procedures issues (1.5); emails Fried on sale matters (0.2). | 2.20 | 695.00 | $1,529.00 |
| 12/22/2015 | JJK | AD | Review APA issues and revise sale motion and | 0.80 | 695.00 | $556.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00006

Page:    6
Invoice 111878
December 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | order. |  |  |  |
| 12/22/2015 | JMF | AD | Telephone call with E. Chafetz re APA, EI issues. | 0.20 | 750.00 | $150.00 |
| 12/22/2015 | JMF | AD | Review sale procedure pleadings. | 1.10 | 750.00 | $825.00 |
| 12/23/2015 | JMF | AD | Review and edit sale procedures and sale motion and related pleadings. | 1.70 | 750.00 | $1,275.00 |
| 12/23/2015 | JMF | AD | Review APA re Sears inventory sale. | 0.30 | 750.00 | $225.00 |
| 12/24/2015 | JMF | AD | Draft sale and sale procedures motion. | 1.70 | 750.00 | $1,275.00 |
| 12/24/2015 | JMF | AD | Review real estate proposal re ODC properties. | 0.70 | 750.00 | $525.00 |
| 12/26/2015 | DJB | AD | Review Sears mark-up (1.1); Prepare issues list (1.1). | 2.20 | 875.00 | $1,925.00 |
| 12/26/2015 | JMF | AD | Review APA changes and draft list of issues re disputed points. | 1.00 | 750.00 | $750.00 |
| 12/27/2015 | CHM | AD | Draft lease rejection motion and email same to J. Fried for review. | 1.60 | 525.00 | $840.00 |
| 12/27/2015 | MRS | AD | Review emails and auction suggestions re: debtor-owned properties | 0.30 | 675.00 | $202.50 |
| 12/28/2015 | DJB | AD | Prepare for conference call with buyer (.3); Interoffice conference call with J. Fried and J. Ebbert re Sears transaction (.3); Conference call with Sears re inventory purchase (.3); Work on revisions to APA (6.8); Transmit APA to working group (.3). | 8.00 | 875.00 | $7,000.00 |
| 12/28/2015 | JMF | AD | Telephone call with J. Ebbert and D. Barton re Sears APA. | 0.30 | 750.00 | $225.00 |
| 12/28/2015 | JMF | AD | Review Sears APA. | 0.30 | 750.00 | $225.00 |
| 12/28/2015 | JMF | AD | Telephone call with W. Barrett, D. Barton re Sears APA issues. | 0.50 | 750.00 | $375.00 |
| 12/28/2015 | JMF | AD | Review/edit update sales procedures motion. | 0.50 | 750.00 | $375.00 |
| 12/28/2015 | JMF | AD | Review open issues re APA. | 0.30 | 750.00 | $225.00 |
| 12/29/2015 | MRS | AD | Review inventory sale motion; emails from and to Josh Fried re: same | 0.50 | 675.00 | $337.50 |
| 12/29/2015 | MRS | AD | Emails from and to Josh Fried and to Jonathan Kim re: bid procedures motion | 0.20 | 675.00 | $135.00 |
| 12/29/2015 | MRS | AD | Review service information re: sale and bid procedures motions; email to KCC re: same | 0.20 | 675.00 | $135.00 |
| 12/29/2015 | DJB | AD | Re-send APA to Sears. | 0.20 | 875.00 | $175.00 |
| 12/29/2015 | DJB | AD | Revise APA; Transmit to client; Prepare for conference call with client. | 1.60 | 875.00 | $1,400.00 |
| 12/29/2015 | DJB | AD | Prepare for conference call with client (.5); Conference call with client re Sears APA (.5); Revise APA (.8); Transmit APA to Sears (.2). | 2.00 | 875.00 | $1,750.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00006

Page:    7
Invoice 111878
December 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/29/2015 | DJB | AD | Follow up with B. Barrett re further change to APA. | 0.30 | 875.00 | $262.50 |
| 12/29/2015 | JMF | AD | Telephone call with D. Barton, D. Baker, J. Ebbert re APA. | 0.80 | 750.00 | $600.00 |
| 12/29/2015 | JMF | AD | Review and edit sale procedures and sale motion and orders. | 2.10 | 750.00 | $1,575.00 |
| 12/29/2015 | JMF | AD | Telephone calls with J. Ebbert re APA. | 0.30 | 750.00 | $225.00 |
| 12/29/2015 | JMF | AD | Review APA and markup of same. | 0.50 | 750.00 | $375.00 |
| 12/30/2015 | DJB | AD | Revise APA (.3); Transmit execution copy (.2); Telephone call to Sears' counsel re signature page (.1). | 0.60 | 875.00 | $525.00 |
| 12/30/2015 | MRS | AD | Emails from and to Josh Fried re: sale and bid procedure motions | 0.10 | 675.00 | $67.50 |
| 12/30/2015 | MRS | AD | Call with David Barton re: APA | 0.20 | 675.00 | $135.00 |
| 12/30/2015 | MRS | AD | Call from Josh Fried re: bid procedures and sale motion | 0.20 | 675.00 | $135.00 |
| 12/30/2015 | MRS | AD | Draft notice of bid procedures motion | 0.10 | 675.00 | $67.50 |
| 12/30/2015 | MRS | AD | Review and finalize motion for approval of inventory sale bid procedures; coordinate filing and service of same | 0.80 | 675.00 | $540.00 |
| 12/30/2015 | MRS | AD | Draft notice of sale of inventory motion | 0.10 | 675.00 | $67.50 |
| 12/30/2015 | MRS | AD | Review and finalize motion for sale of inventory; coordinate filing and service of same | 0.80 | 675.00 | $540.00 |
| 12/30/2015 | DJB | AD | Work on finalizing and filing APA. | 4.00 | 875.00 | $3,500.00 |
| 12/30/2015 | JMF | AD | Edits and finalize sale and sale procedures motion and multiple telephone calls with BOFA and client re same. | 3.80 | 750.00 | $2,850.00 |
|  |  |  |  | 87.70 |  | $69,513.50 |

## Bankruptcy Litigation [L430]

|  |  |  |  | | | |
|---|---|---|---|---|---|---|
| 12/03/2015 | JMF | BL | Review agenda and emails re EI order. | 0.20 | 750.00 | $150.00 |
| 12/09/2015 | KFF | BL | Draft agenda for December 22, 2015 hearing | 0.20 | 305.00 | $61.00 |
| 12/18/2015 | KFF | BL | E-file, coordinate service, review hearing binder and submit to chambers the agenda for the December 22, 2015 hearing | 0.40 | 305.00 | $122.00 |
| 12/18/2015 | KFF | BL | E-file and coordinate service regarding Limited Response of Debtors to Expeditors Int'l Motion for Relief from Stay | 0.30 | 305.00 | $91.50 |
| 12/18/2015 | MRS | BL | Review and execute agenda for 12/22 hearing | 0.10 | 675.00 | $67.50 |
| 12/18/2015 | MRS | BL | Emails from and to Joshua M. Fried regarding 12/22 hearing | 0.10 | 675.00 | $67.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/21/2015 | KFF | BL | Draft amended agenda for December 22, 2015 hearing | 0.20 | 305.00 | $61.00 |
| 12/27/2015 | MRS | BL | Email to Josh Fried and Jeff Pomerantz re: extension issues | 0.20 | 675.00 | $135.00 |
| | | | | 1.70 | | $755.50 |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/22/2015 | MRS | CA | Emails to and from chambers re: 12/22 hearing | 0.10 | 675.00 | $67.50 |
| 12/22/2015 | MRS | CA | Review and execute agenda canceling 12/22 hearing | 0.10 | 675.00 | $67.50 |
| | | | | 0.20 | | $135.00 |

## Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2015 | JMF | CO | Telephone call with A. Caine re mediation issues re claims. | 0.10 | 750.00 | $75.00 |
| 12/14/2015 | JMF | CO | Review ODC and MLC payables and claims. | 0.30 | 750.00 | $225.00 |
| 12/15/2015 | MRS | CO | Emails from and to Elizabeth Crucetts re: warranty claim; emails to and from company re: same | 0.10 | 675.00 | $67.50 |
| | | | | 0.50 | | $367.50 |

## Comp. of Prof./Others

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/14/2015 | JNP | CPO | Email to and from D. Baker regarding Kutten payment. | 0.10 | 895.00 | $89.50 |
| | | | | 0.10 | | $89.50 |

## Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/17/2015 | JNP | EC | Review and respond to emails regarding sale of first quality inventory status. | 0.10 | 895.00 | $89.50 |
| 12/17/2015 | JMF | EC | Telephone call with L. Kendall and R. Fleissner re MLC and ODC open leases. | 0.80 | 750.00 | $600.00 |
| 12/17/2015 | JMF | EC | Review open personal personal property and real property lease status re disposition. | 0.60 | 750.00 | $450.00 |
| 12/18/2015 | JMF | EC | Review spreadsheet re personal property leases. | 0.30 | 750.00 | $225.00 |
| 12/20/2015 | JMF | EC | Telephone call with Cia Mackle re lease rejection issues. | 0.20 | 750.00 | $150.00 |
| 12/28/2015 | BDD | EC | Email to J. Fried re real property leases | 0.10 | 305.00 | $30.50 |
| 12/28/2015 | BDD | EC | Research all real property leases per J. Fried request (1.10); email to J. Fried re same (.10) | 1.20 | 305.00 | $366.00 |
| 12/29/2015 | CHM | EC | Update lease rejection motion with exhibit per J. Fried request. | 0.30 | 525.00 | $157.50 |

|            |      |    |                                                                                                                              | Hours | Rate   | Amount     |
|------------|------|----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 12/29/2015 | JMF  | EC | Review personal property lease disposition listing.                                                                          | 4.00  | 750.00 | $3,000.00  |
|            |      |    |                                                                                                                              | 7.60  |        | $5,068.50  |

**Insurance Coverage**

|            |      |    |                                                                                                                              | Hours | Rate   | Amount     |
|------------|------|----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 12/18/2015 | IAWN | IC | Telephone conferences and emails with Fried re insurance .(.3), exchange emails with young re telephone conference re insurance (.3) | 0.60  | 850.00 | $510.00    |
| 12/18/2015 | JMF  | IC | Internal emails with I. Nasiter re CNA insurance (.1); review policy re same (.2).                                            | 0.30  | 750.00 | $225.00    |
| 12/21/2015 | JMF  | IC | Telephone call with J. Young and I. Nasitir re insurance issues, telephone call with I. Nasitir re same.                      | 0.10  | 750.00 | $75.00     |
| 12/21/2015 | JMF  | IC | Review SIR and policy information re insurance.                                                                               | 0.50  | 750.00 | $375.00    |
| 12/21/2015 | IAWN | IC | Review and analyze policy information in emails and parts of policy (1.2), telephone conferences with Fried re same (.3); telephone conference with Young and Fried (.3) | 1.80  | 850.00 | $1,530.00  |
|            |      |    |                                                                                                                              | 3.30  |        | $2,715.00  |

**Retention of Prof. [B160]**

|            |      |    |                                                                                                                              | Hours | Rate   | Amount     |
|------------|------|----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 12/28/2015 | CHM  | RP | Draft application to employ Keen-Summit and email same to J. Fried for review.                                               | 2.00  | 525.00 | $1,050.00  |
|            |      |    |                                                                                                                              | 2.00  |        | $1,050.00  |

**Stay Litigation [B140]**

|            |      |    |                                                                                                                              | Hours | Rate   | Amount   |
|------------|------|----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|----------|
| 12/18/2015 | MRS  | SL | Review and revise response to Expediter's stay relief motion; coordinate filing and service of same; emails from and to Joshua M. Fried re: same | 0.40  | 675.00 | $270.00  |
| 12/21/2015 | MRS  | SL | Emails from and to Joshua M. Fried re: 12/22 hearing and Expediters                                                          | 0.20  | 675.00 | $135.00  |
| 12/21/2015 | MRS  | SL | Review issues re: Expediters stay hearing                                                                                     | 0.40  | 675.00 | $270.00  |
| 12/22/2015 | MRS  | SL | Call with Joshua M. Fried re: Expediters hearing                                                                             | 0.40  | 675.00 | $270.00  |
| 12/22/2015 | MRS  | SL | Review Expediters motion and docs for hearing                                                                                 | 0.40  | 675.00 | $270.00  |
| 12/22/2015 | MRS  | SL | Review Expediters order exhibit; emails from and to Joshua M. Fried re: same                                                | 0.20  | 675.00 | $135.00  |
| 12/22/2015 | MRS  | SL | Call from Joshua M. Fried re: Expediters issues                                                                              | 0.10  | 675.00 | $67.50   |
| 12/22/2015 | MRS  | SL | Review revised order re: Expediters; emails from and to counsel re: same                                                     | 0.30  | 675.00 | $202.50  |
| 12/22/2015 | MRS  | SL | Review cert of counsel re: Expediters order; emails from and to Jason Powell re: same                                        | 0.20  | 675.00 | $135.00  |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00006

Page:    10
Invoice 111878
December 31, 2015

|  | 2.60 | $1,755.00 |
|---|---|---|

**TOTAL SERVICES FOR THIS MATTER:**                                       **$81,449.50**

## Expenses

| | | | |
|---|---|---|---|
| 12/11/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/28/2015 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/29/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/29/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/30/2015 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 12/30/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/30/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/30/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/30/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |

**Total Expenses for this Matter**                          **$16.90**

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821    00006

Page:   12

Invoice 111878

December 31, 2015

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 12/31/2015

| | |
|---|---:|
| Total Fees | $81,449.50 |
| Chargeable costs and disbursements | $16.90 |
| Total Due on Current Invoice..................... | $81,466.40 |

Outstanding Balance from prior Invoices as of 12/31/2015    **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices**                    $81,466.40