# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

December 31, 2015

David Baker
Chief Restructuring Officer
The Brinkman Corporation
Dallas Manufacturing Corporation
Malibu Lighting

| | |
|---|---|
| Invoice | 111875 |
| Client | 10821 |
| Matter | 00003 |

**JNP**

RE:  Dallas Mfg. Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2015

| | |
|---|---|
| FEES | $25,618.50 |
| EXPENSES | $140.50 |
| **TOTAL CURRENT CHARGES** | **$25,759.00** |
| **BALANCE FORWARD** | **$230,129.55** |
| **TOTAL BALANCE DUE** | **$255,888.55** |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00003

Page:      2
Invoice 111875
December 31, 2015

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 15.60 | $12,144.50 |
| BL | Bankruptcy Litigation [L430] | 1.80 | $900.00 |
| CO | Claims Admin/Objections[B310] | 0.90 | $805.50 |
| CP | Compensation Prof. [B160] | 9.20 | $5,253.00 |
| CPO | Comp. of Prof./Others | 7.40 | $4,063.00 |
| EC | Executory Contracts [B185] | 2.60 | $1,860.00 |
| FN | Financing [B230] | 0.80 | $592.50 |
| | | 38.30 | $25,618.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 0.70 | $157.50 |
| DJB | Barton, David J. | Partner | 875.00 | 7.50 | $6,562.50 |
| JEO | O'Neill, James E. | Partner | 750.00 | 0.20 | $150.00 |
| JMF | Fried, Joshua M. | Partner | 750.00 | 10.60 | $7,950.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 3.50 | $3,132.50 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 1.60 | $488.00 |
| MBL | Litvak, Maxim B. | Partner | 795.00 | 0.60 | $477.00 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 2.70 | $1,822.50 |
| NLH | Hong, Nina L. | Partner | 675.00 | 3.70 | $2,497.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 6.70 | $2,043.50 |
| RMS | Saunders, Robert M. | Counsel | 675.00 | 0.50 | $337.50 |
| | | | | 38.30 | $25,618.50 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Legal Vision Atty Mess Service | $79.50 |

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821      00003

Page:     3

Invoice 111875

December 31, 2015

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Reproduction Expense [E101] | $5.80 |
| Reproduction/ Scan Copy | $55.20 |
| | $140.50 |

Pachulski Stang Ziehl & Jones LLP

Brinkmann Corporation, The

10821    00003

Page:    4

Invoice 111875

December 31, 2015

## Asset Disposition [B130]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | NLH | AD | Meet with D. Barton re closing (.1); Work on closing issues (3.6). | 3.70 | 675.00 | $2,497.50 |
| 12/01/2015 | DJB | AD | Forward funds flow memo to L. Kendall; Prompt B. Razinsky for fee information. | 0.30 | 875.00 | $262.50 |
| 12/01/2015 | DJB | AD | Work on closing. | 5.70 | 875.00 | $4,987.50 |
| 12/01/2015 | JNP | AD | Address issues relating to closing. | 1.00 | 895.00 | $895.00 |
| 12/01/2015 | JNP | AD | Review and respond to emails regarding return of Open Gate wire. | 0.10 | 895.00 | $89.50 |
| 12/01/2015 | JNP | AD | Email to Committee and lenders regarding closing. | 0.10 | 895.00 | $89.50 |
| 12/01/2015 | MBL | AD | Address emails with client re tax claims; closing-related emails. | 0.30 | 795.00 | $238.50 |
| 12/01/2015 | JMF | AD | Review DIP order re Carve Out holdback amounts. | 0.30 | 750.00 | $225.00 |
| 12/02/2015 | JMF | AD | Review funds flow memorandum and emails re same. | 0.40 | 750.00 | $300.00 |
| 12/02/2015 | JNP | AD | Review and respond to email from K. Porter regarding funds flow and wind down. | 0.20 | 895.00 | $179.00 |
| 12/02/2015 | JNP | AD | Emails to and from M. Murphy regarding return of deposit. | 0.10 | 895.00 | $89.50 |
| 12/09/2015 | JMF | AD | Review contract list re NCOC agreements. | 0.40 | 750.00 | $300.00 |
| 12/11/2015 | MRS | AD | Call from and email to Steve Bryant re: sale closing | 0.20 | 675.00 | $135.00 |
| 12/14/2015 | DJB | AD | Analysis of assumed contracts. | 0.70 | 875.00 | $612.50 |
| 12/14/2015 | DJB | AD | Consider new debtor names. | 0.30 | 875.00 | $262.50 |
| 12/14/2015 | PJJ | AD | Review contract schedules to APA and email J. Fried re same. | 0.60 | 305.00 | $183.00 |
| 12/16/2015 | DJB | AD | Advise re real property leases. | 0.50 | 875.00 | $437.50 |
| 12/16/2015 | PJJ | AD | Compare Schedule G with cure schedule. | 0.40 | 305.00 | $122.00 |
| 12/23/2015 | MBL | AD | Address Dallas County tax inquiry. | 0.10 | 795.00 | $79.50 |
| 12/29/2015 | MBL | AD | Address inquiries from Dallas County counsel. | 0.20 | 795.00 | $159.00 |
| | | | | 15.60 | | $12,144.50 |

## Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/08/2015 | JNP | BL | Emails regarding Tractor Supply receivable and related issues. | 0.20 | 895.00 | $179.00 |
| 12/09/2015 | KFF | BL | Draft agenda for January 6, 2016 hearing | 0.20 | 305.00 | $61.00 |
| 12/29/2015 | MRS | BL | Review agenda for 1/6 hearing; email to Kathe Finlayson and to Jeff Pomerantz and Josh Fried re: same | 0.30 | 675.00 | $202.50 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00003

Page:     5
Invoice 111875
December 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/29/2015 | JMF | BL | Internal emails re 1/6 hearing issues. | 0.10 | 750.00 | $75.00 |
| 12/29/2015 | CJB | BL | Prepare hearing binders for hearing on 1/6/16. | 0.70 | 225.00 | $157.50 |
| 12/30/2015 | JMF | BL | Telephone calls with M. Seidl re 1/6 hearing and sale issues. | 0.30 | 750.00 | $225.00 |
| | | | | **1.80** | | **$900.00** |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/07/2015 | JNP | CO | Emails with Committee counsel regarding information regarding guarantee. | 0.10 | 895.00 | $89.50 |
| 12/07/2015 | JNP | CO | Review and respond to email from B. Adams regarding call to discuss Bank of America junior lien and email to J. Limber regarding same. | 0.20 | 895.00 | $179.00 |
| 12/08/2015 | JNP | CO | Emails regarding calls with former employees to discuss Bank of America debt. | 0.10 | 895.00 | $89.50 |
| 12/08/2015 | JNP | CO | Conference with B. Adams and J. Limber regarding financing issues. | 0.30 | 895.00 | $268.50 |
| 12/09/2015 | JNP | CO | Conference with E. Chafetz regarding lien review and related. | 0.20 | 895.00 | $179.00 |
| | | | | **0.90** | | **$805.50** |

## Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/07/2015 | JMF | CP | Review Piper application. | 0.40 | 750.00 | $300.00 |
| 12/07/2015 | JMF | CP | Internal emails re issues re Piper application. | 0.40 | 750.00 | $300.00 |
| 12/07/2015 | JMF | CP | Review/edit PSZJ November bill. | 1.30 | 750.00 | $975.00 |
| 12/09/2015 | KFF | CP | Draft certification of no objection for PSZJ's October fees regarding Debtor National Outdoors Direct Corporation | 0.30 | 305.00 | $91.50 |
| 12/11/2015 | JMF | CP | Edit NCOC monthly statement for November. | 1.20 | 750.00 | $900.00 |
| 12/16/2015 | PJJ | CP | Draft PSZJ November fee statement. | 2.50 | 305.00 | $762.50 |
| 12/17/2015 | PJJ | CP | Work on November fee statement. | 0.50 | 305.00 | $152.50 |
| 12/17/2015 | JMF | CP | Review NCOC November statement. | 0.40 | 750.00 | $300.00 |
| 12/18/2015 | MRS | CP | Review and execute cno re: first interim fee application of PSZJ | 0.10 | 675.00 | $67.50 |
| 12/18/2015 | JMF | CP | Prepare NCOC November fee statement. | 1.30 | 750.00 | $975.00 |
| 12/23/2015 | KFF | CP | E-file and coordinate service for November fee application for PSZJ for Debtor National Consumer | 0.30 | 305.00 | $91.50 |
| 12/23/2015 | MRS | CP | Review, revise, and finalize PSZJ 2nd interim fee application | 0.50 | 675.00 | $337.50 |
| | | | | **9.20** | | **$5,253.00** |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    6
Invoice 111875
December 31, 2015

## Comp. of Prof./Others

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | MRS | CPO | Briefly review Piper transaction application; emails from and to Josh Fried and Rob Saunders re: same | 0.30 | 675.00 | $202.50 |
| 12/01/2015 | PJJ | CPO | Prepare Piper Jaffray cover sheet for October fee statement. | 2.00 | 305.00 | $610.00 |
| 12/01/2015 | JMF | CPO | Telephone call with J.N. Pomerantz re Piper application. | 0.20 | 750.00 | $150.00 |
| 12/01/2015 | JMF | CPO | Review Piper fee application re NCOC sale. | 0.40 | 750.00 | $300.00 |
| 12/01/2015 | JNP | CPO | Conference with P. Schwab regarding Piper fee application. | 0.20 | 895.00 | $179.00 |
| 12/01/2015 | RMS | CPO | Review of proposed Piper Jaffray fee application and related email exchanges with Jean Hosty, Michael Seidl, Josh Fried and Jeff Pomerantz regarding Piper Jaffray fee application. | 0.50 | 675.00 | $337.50 |
| 12/02/2015 | JMF | CPO | Draft Piper monthly application re fees. | 0.80 | 750.00 | $600.00 |
| 12/02/2015 | JMF | CPO | Telephone calls with J.N. Pomerantz and S. Seidl re Piper monthly application. | 0.20 | 750.00 | $150.00 |
| 12/02/2015 | JNP | CPO | Conference with P. Schwab regarding fee application; Review emails regarding same (2x). | 0.20 | 895.00 | $179.00 |
| 12/02/2015 | JNP | CPO | Conference with Michael R. Seidl and Joshua M. Fried regarding Piper fee application. | 0.20 | 895.00 | $179.00 |
| 12/02/2015 | MRS | CPO | Call with Jeff Pomerantz and Josh Fried re: Piper fee application | 0.30 | 675.00 | $202.50 |
| 12/02/2015 | MRS | CPO | Emails from and to Josh Fried re: Piper fee application issues | 0.20 | 675.00 | $135.00 |
| 12/05/2015 | MRS | CPO | Emails from and to Jeff Pomerantz and Josh Fried re: Piper fee application | 0.10 | 675.00 | $67.50 |
| 12/07/2015 | PJJ | CPO | Review and revise Piper Jaffray October fee statement. | 0.50 | 305.00 | $152.50 |
| 12/07/2015 | JNP | CPO | Emails regarding Piper fees. | 0.10 | 895.00 | $89.50 |
| 12/08/2015 | MRS | CPO | Discussion with James O'Neill re: Piper fee application | 0.20 | 675.00 | $135.00 |
| 12/08/2015 | KFF | CPO | E-file and coordinate service of Transaction Fee Application of Piper Jaffray & Co. | 0.40 | 305.00 | $122.00 |
| 12/08/2015 | KFF | CPO | Draft Notice of Hearing for Transaction Fee Application of Piper Jaffrey & Co. | 0.20 | 305.00 | $61.00 |
| 12/08/2015 | JEO | CPO | Email with Josh Fried regarding status of Piper fee app. | 0.20 | 750.00 | $150.00 |
| 12/09/2015 | KFF | CPO | Draft certification of no objection for Piper Jaffray & Co.'s transaction fee application regarding Sale of National Outdoors Direct Corporation | 0.20 | 305.00 | $61.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    7
Invoice 111875
December 31, 2015

|  |  |  |  | 7.40 |  | $4,063.00 |
|---|---|---|---|---|---|---|

### Executory Contracts [B185]

| Date | Init | Code | Description | Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | MRS | EC | Emails from and to Jim Ebbert re: Darr cure | 0.10 | 675.00 | $67.50 |
| 12/09/2015 | MRS | EC | Call from Branch Sheppard re: Chevy lease; email to Jim Ebbert re: same | 0.20 | 675.00 | $135.00 |
| 12/14/2015 | JMF | EC | Review APA schedules re excluded assets and non-assumed contracts. | 1.00 | 750.00 | $750.00 |
| 12/15/2015 | PJJ | EC | Emails from/to J. Fried re contracts assumed by the buyer. | 0.20 | 305.00 | $61.00 |
| 12/15/2015 | JMF | EC | Review NCOC contact list and emails re same. | 0.40 | 750.00 | $300.00 |
| 12/16/2015 | JNP | EC | Conference with Joshua M. Fried regarding contracts to reject and research regarding same. | 0.20 | 895.00 | $179.00 |
| 12/16/2015 | MRS | EC | Call from Branch Sheppard and email to Jim Ebbert re: Chevy lease | 0.10 | 675.00 | $67.50 |
| 12/17/2015 | JMF | EC | Review NCOC agreements re remaining contracts. | 0.40 | 750.00 | $300.00 |
|  |  |  |  | 2.60 |  | $1,860.00 |

### Financing [B230]

| Date | Init | Code | Description | Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/2015 | JMF | FN | Review NCOC winddown budget. | 0.40 | 750.00 | $300.00 |
| 12/08/2015 | JMF | FN | Telephone call with J.N. Pomerantz and J. Limber re BOFA/open issues. | 0.30 | 750.00 | $225.00 |
| 12/29/2015 | MRS | FN | Email to Josh Fried and Max Litvak re: DIP termination | 0.10 | 675.00 | $67.50 |
|  |  |  |  | 0.80 |  | $592.50 |

**TOTAL SERVICES FOR THIS MATTER:**　　　　　　　　　　$25,618.50

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00003

Page:    8
Invoice 111875
December 31, 2015

## Expenses

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 12/01/2015 | LV | Legal Vision Atty/Mess. Service- Inv. 39371, Delivery to PSZJ, G. Downing | 79.50 |
| 12/01/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/01/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/03/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/07/2015 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 12/08/2015 | RE | ( 58 @0.10 PER PG) | 5.80 |
| 12/08/2015 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | 7.20 |
| 12/11/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 12/14/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/15/2015 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |
| 12/17/2015 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |
| 12/18/2015 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |
| 12/22/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 12/23/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 12/23/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |

**Total Expenses for this Matter**                    **$140.50**

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821     00003

Page:     9
Invoice 111875
December 31, 2015

---

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 12/31/2015

| | |
|---|---|
| Total Fees | $25,618.50 |
| Chargeable costs and disbursements | $140.50 |
| Total Due on Current Invoice..................... | $25,759.00 |

Outstanding Balance from prior Invoices as of 12/31/2015     **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 111573 | 11/30/2015 | $292,094.00 | $8,728.10 | $230,129.55 |

| | |
|---|---|
| **Total Amount Due on Current and Prior Invoices** | $255,888.55 |