# EXHIBIT B

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Baker
Chief Restructuring Officer
The Brinkman Corporation
Dallas Manufacturing Corporation
Malibu Lighting

December 31, 2015
Invoice 111877
Client 10821
Matter 00005

JNP

RE: Allocated To All Debtors

---

STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2015

| | |
|---|---:|
| FEES | $53,145.50 |
| EXPENSES | $778.49 |
| **TOTAL CURRENT CHARGES** | **$53,923.99** |
| **BALANCE FORWARD** | **$375,008.98** |
| **TOTAL BALANCE DUE** | **$428,932.97** |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 1800 | Tax Issues | 0.10 | $52.50 |
| AD | Asset Disposition [B130] | 0.90 | $660.00 |
| BL | Bankruptcy Litigation [L430] | 15.10 | $7,190.00 |
| BO | Business Operations | 0.30 | $225.00 |
| CA | Case Administration [B110] | 20.40 | $11,485.50 |
| CO | Claims Admin/Objections[B310] | 5.40 | $3,781.00 |
| CP | Compensation Prof. [B160] | 5.30 | $3,685.50 |
| CPO | Comp. of Prof./Others | 6.00 | $3,750.00 |
| EC | Executory Contracts [B185] | 5.30 | $3,862.50 |
| FF | Financial Filings [B110] | 0.80 | $540.00 |
| FN | Financing [B230] | 0.90 | $684.00 |
| GC | General Creditors Comm. [B150] | 10.00 | $7,986.50 |
| RP | Retention of Prof. [B160] | 15.50 | $9,175.50 |
| SL | Stay Litigation [B140] | 0.10 | $67.50 |
| | | 86.10 | $53,145.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 305.00 | 3.50 | $1,067.50 |
| BMK | Koveleski, Beatrice M. | Case Man. Asst. | 225.00 | 0.60 | $135.00 |
| CHM | Mackle, Cia H. | Counsel | 525.00 | 9.00 | $4,725.00 |
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 225.00 | 3.80 | $855.00 |
| JMF | Fried, Joshua M. | Partner | 750.00 | 36.40 | $27,300.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 6.70 | $5,996.50 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 8.10 | $2,470.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 225.00 | 0.80 | $180.00 |
| MBL | Litvak, Maxim B. | Partner | 795.00 | 1.20 | $954.00 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 12.60 | $8,505.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 2.40 | $732.00 |
| SLP | Pitman, L. Sheryle | Case Man. Asst. | 225.00 | 1.00 | $225.00 |
| | | | | 86.10 | $53,145.50 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Auto Travel Expense [E109] | $576.59 |
| Reproduction Expense [E101] | $61.20 |
| Reproduction/ Scan Copy | $140.70 |
|  | $778.49 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005
Page:     3
Invoice 111877
December 31, 2015

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821     00005

Page:     4  
Invoice 111877  
December 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Tax Issues

| 12/30/2015 | CHM | 1800 | Review email from J. Fried re property taxes and reply. | 0.10 | 525.00 | $52.50 |
|---|---|---|---|---|---|---|
|  |  |  |  | 0.10 |  | $52.50 |

### Asset Disposition [B130]

| 12/15/2015 | MRS | AD | Call from and email to Henry Simon re: interest in assets | 0.20 | 675.00 | $135.00 |
|---|---|---|---|---|---|---|
| 12/28/2015 | JMF | AD | Telephone call with L. Kendall, R. Fleissner re tax ad IP sale issues. | 0.70 | 750.00 | $525.00 |
|  |  |  |  | 0.90 |  | $660.00 |

### Bankruptcy Litigation [L430]

| 12/01/2015 | KFF | BL | Draft agenda for December 8 hearing, including organizing documents for hearing binders | 0.50 | 305.00 | $152.50 |
|---|---|---|---|---|---|---|
| 12/01/2015 | MRS | BL | Email to Kathe Finlayson re: agenda for 12/8 hearing | 0.10 | 675.00 | $67.50 |
| 12/01/2015 | MRS | BL | Review OUST bar order objection; emails from and to Josh Fried re: same | 0.30 | 675.00 | $202.50 |
| 12/01/2015 | MRS | BL | Review agenda for 12/8 hearing; email to Jeff Pomerantz, Max Litvak, and Josh Fried re: same | 0.30 | 675.00 | $202.50 |
| 12/02/2015 | KFF | BL | Draft certification of no objection for Great American Global Partners Motion | 0.50 | 305.00 | $152.50 |
| 12/02/2015 | KFF | BL | Revise draft agenda for December 8 hearing | 0.30 | 305.00 | $91.50 |
| 12/02/2015 | KFF | BL | Coordinate telephone appearance for Jeffrey Pomerantz for December 8, 2015 hearing | 0.20 | 305.00 | $61.00 |
| 12/02/2015 | MRS | BL | Email to Kathe Finlayson re: issues for 12/8 agenda | 0.20 | 675.00 | $135.00 |
| 12/02/2015 | CJB | BL | Prepare hearing binders for hearing on 12/8/15. | 2.10 | 225.00 | $472.50 |
| 12/03/2015 | KFF | BL | E-file certification of no objection regarding Great American Motion | 0.20 | 305.00 | $61.00 |
| 12/03/2015 | MRS | BL | Emails from and to Josh Fried and to Kathe Finlayson re: agenda for 12/8 | 0.10 | 675.00 | $67.50 |
| 12/03/2015 | MRS | BL | Review revised 12/8 agenda; email to Josh Fried re: same | 0.20 | 675.00 | $135.00 |
| 12/03/2015 | MRS | BL | Emails from and to Josh Fried re: Expediters adjournment | 0.10 | 675.00 | $67.50 |
| 12/03/2015 | CJB | BL | Prepare hearing binders for hearing on 12/8/15. | 0.90 | 225.00 | $202.50 |
| 12/03/2015 | JMF | BL | Review Bar Date mouth and order and sample orders re claims filing issues re OUST comments. | 0.50 | 750.00 | $375.00 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00005

Page:    5  
Invoice 111877  
December 31, 2015

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2015 | KFF | BL | Finalize, e-file and coordinate service of agenda for December 8, 2015, hearing, including reviewing hearing binder and submitting to chambers | 0.40 | 305.00 | $122.00 |
| 12/04/2015 | KFF | BL | E-file certification of counsel with respect to revised bar date order, including adding same to agenda for December 8 hearing | 0.50 | 305.00 | $152.50 |
| 12/04/2015 | KFF | BL | Draft amended agenda canceling December 8, 2015, hearing, including e-filing and coordinating service with claims agent and submitting to chambers | 0.50 | 305.00 | $152.50 |
| 12/04/2015 | KFF | BL | Review updated Court docket and recently received correspondence and pleadings and draft critical dates memo | 0.30 | 305.00 | $91.50 |
| 12/04/2015 | MRS | BL | Emails from and to Kathe Finlayson re: agenda for 12/8 hearing | 0.10 | 675.00 | $67.50 |
| 12/04/2015 | MRS | BL | Email to Josh Fried re: agenda for 12/8 hearing | 0.10 | 675.00 | $67.50 |
| 12/04/2015 | MRS | BL | Revise 12/8 agenda; email to Kathe Finlayson re: same | 0.20 | 675.00 | $135.00 |
| 12/04/2015 | MRS | BL | Emails from and to Charlie Peeler re: Irvin claim | 0.10 | 675.00 | $67.50 |
| 12/04/2015 | MRS | BL | Review agenda cancelling 12/8 hearing; emails from and to Kathe Finlayson and to Jeff Pomerantz re: same | 0.20 | 675.00 | $135.00 |
| 12/04/2015 | MBL | BL | Email client re entry of various orders; follow-up re same. | 0.30 | 795.00 | $238.50 |
| 12/04/2015 | CJB | BL | Prepare hearing binders for hearing on 12/8/15. | 0.80 | 225.00 | $180.00 |
| 12/04/2015 | JMF | BL | Review entered orders re canceled 12/8 hearing. | 0.30 | 750.00 | $225.00 |
| 12/09/2015 | JMF | BL | Review tasks and open items re status call (.3); telephone call with L. Kendall, J.N. Pomerantz, J. Ebbert re same (.4). | 0.70 | 750.00 | $525.00 |
| 12/15/2015 | MRS | BL | Review agenda for 12/22 hearing; email to Maxim B. Litvak, Joshua M. Fried, and Jeff Pomerantz regarding same | 0.20 | 675.00 | $135.00 |
| 12/17/2015 | KFF | BL | Respond to request from Joshua Fried for copy of order rejecting Atlanta property | 0.10 | 305.00 | $30.50 |
| 12/22/2015 | MRS | BL | Email to Joshua M. Fried re: Lightstar issues | 0.10 | 675.00 | $67.50 |
| 12/23/2015 | MRS | BL | Review docs re: committee challenge extension; email to Kathe Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 12/28/2015 | JMF | BL | Draft removal extension motion. | 1.60 | 750.00 | $1,200.00 |
| 12/29/2015 | KFF | BL | E-file and send to claims agent for service (1) motion to extend removal and (2) motion to extend time to assume or reject leases | 0.70 | 305.00 | $213.50 |
| 12/29/2015 | KFF | BL | Review and submit to chambers the fee binder for the January 6, 2016 hearing | 0.10 | 305.00 | $30.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00005

Page:    6  
Invoice 111877  
December 31, 2015

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/29/2015 | MRS | BL | Review removal extension motion | 0.20 | 675.00 | $135.00 |
| 12/29/2015 | MRS | BL | Emails from and to Josh Fried re: various filings | 0.10 | 675.00 | $67.50 |
| 12/29/2015 | MRS | BL | Review, finalize, and execute removal extension motion; coordinate filing and service of same | 0.50 | 675.00 | $337.50 |
| 12/29/2015 | JMF | BL | Review removal extension motion. | 0.20 | 750.00 | $150.00 |
| 12/29/2015 | JMF | BL | Review critical dates memorandum. | 0.20 | 750.00 | $150.00 |
| | | | | **15.10** | | **$7,190.00** |

**Business Operations**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/30/2015 | JMF | BO | Review correspondences re tooling issues. | 0.30 | 750.00 | $225.00 |
| | | | | **0.30** | | **$225.00** |

**Case Administration [B110]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | JMF | CA | Review and update memorandum of re pending tasks and responsibilities. | 0.20 | 750.00 | $150.00 |
| 12/01/2015 | BDD | CA | Update post-petition WIP list (.50); email to J. Fried re same (.10) | 0.60 | 305.00 | $183.00 |
| 12/01/2015 | MRS | CA | Email to Jim Ebbert re: American Express account query | 0.10 | 675.00 | $67.50 |
| 12/01/2015 | SLP | CA | Maintain docket control. | 1.00 | 225.00 | $225.00 |
| 12/03/2015 | PJJ | CA | Research missing addresses for KCC. | 0.70 | 305.00 | $213.50 |
| 12/03/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/04/2015 | JMF | CA | Draft memorandum re pending tasks and updated litigation issues. | 0.40 | 750.00 | $300.00 |
| 12/04/2015 | MRS | CA | Emails to and from chambers re: 12/8 hearing | 0.20 | 675.00 | $135.00 |
| 12/04/2015 | PJJ | CA | Update calendar entries and reminders. | 0.30 | 305.00 | $91.50 |
| 12/07/2015 | KFF | CA | Revise critical dates memo | 0.40 | 305.00 | $122.00 |
| 12/07/2015 | MRS | CA | Review critical dates memo; emails from and to Kathe Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 12/07/2015 | MRS | CA | Call with Jeff Pomerantz, Josh Fried, and Patricia Jeffries re: various case issues | 0.70 | 675.00 | $472.50 |
| 12/07/2015 | JMF | CA | Draft memorandum re pending tasks and litigation matters. | 1.80 | 750.00 | $1,350.00 |
| 12/07/2015 | JMF | CA | Draft agenda re Aurora call. | 0.20 | 750.00 | $150.00 |
| 12/07/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/07/2015 | BDD | CA | Email to J. Fried re post-petition WIP | 0.10 | 305.00 | $30.50 |
| 12/07/2015 | JNP | CA | Conference with Joshua M. Fried regarding status of open issues. | 0.10 | 895.00 | $89.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821     00005

Page:     7  
Invoice 111877  
December 31, 2015

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2015 | JNP | CA | Participate on WIP call with Patricia Jeffries, Ira D. Kharasch and Michael R. Seidl. | 0.70 | 895.00 | $626.50 |
| 12/07/2015 | JNP | CA | Review and revise to do list for call with Aurora. | 0.30 | 895.00 | $268.50 |
| 12/07/2015 | PJJ | CA | Participate in PSZJ internal WIP call. | 0.80 | 305.00 | $244.00 |
| 12/07/2015 | JMF | CA | Telephone call with J.N. Pomerantz, M. Seidl, P. Jeffries re Piper application. | 0.80 | 750.00 | $600.00 |
| 12/07/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 12/08/2015 | JMF | CA | Telephone call with D. Baker, R. Kennedy, J.N. Pomerantz, J. Ebbert and L. Kendall re open issues. | 0.70 | 750.00 | $525.00 |
| 12/08/2015 | JMF | CA | Draft WIP list re updated matters. | 0.70 | 750.00 | $525.00 |
| 12/08/2015 | BDD | CA | Email to J. Fried re post-petition WIP | 0.10 | 305.00 | $30.50 |
| 12/08/2015 | BDD | CA | Update post-petition WIP (.40); email to J. Fried re same (.10) | 0.50 | 305.00 | $152.50 |
| 12/08/2015 | JNP | CA | Emails regarding scheduling call with M. Warner and M. Fayhee. | 0.10 | 895.00 | $89.50 |
| 12/08/2015 | JNP | CA | Conference with Aurora and Joshua M. Fried regarding open case issues. | 0.70 | 895.00 | $626.50 |
| 12/08/2015 | PJJ | CA | Update calendar entries and reminders. | 0.20 | 305.00 | $61.00 |
| 12/08/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 12/09/2015 | JNP | CA | Conference with D. Baker regarding status call and related. | 0.20 | 895.00 | $179.00 |
| 12/09/2015 | JNP | CA | Conference with Aurora regarding outstanding issues. | 0.40 | 895.00 | $358.00 |
| 12/10/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/11/2015 | JMF | CA | Telephone call with J.N. Pomerantz, M. Fayhee, M. Warner re case issues. | 0.60 | 750.00 | $450.00 |
| 12/11/2015 | JMF | CA | Review open issues re call re pending sale and litigation issues. | 0.10 | 750.00 | $75.00 |
| 12/13/2015 | JMF | CA | Draft updated list of pending tasks and litigation matters. | 1.40 | 750.00 | $1,050.00 |
| 12/14/2015 | KFF | CA | Draft critical dates memo | 0.30 | 305.00 | $91.50 |
| 12/14/2015 | KFF | CA | Revise critical dates memo to incorporate additional deadlines | 0.40 | 305.00 | $122.00 |
| 12/14/2015 | MRS | CA | Review critical dates; emails from and to Kathe F. Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 12/14/2015 | BDD | CA | Email to J. Fried re post-petition WIP | 0.10 | 305.00 | $30.50 |
| 12/14/2015 | JNP | CA | Conference with Joshua M. Fried regarding case issues. | 0.10 | 895.00 | $89.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00005

Page:    8  
Invoice 111877  
December 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/14/2015 | JMF | CA | Review critical dates memorandum. | 0.20 | 750.00 | $150.00 |
| 12/15/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/16/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 12/17/2015 | JMF | CA | Review critical dates and deadlines memorandum. | 0.20 | 750.00 | $150.00 |
| 12/18/2015 | JNP | CA | Review and respond to emails regarding case issues. | 0.20 | 895.00 | $179.00 |
| 12/18/2015 | MRS | CA | Call from Beth at Tasa re: bar date notice | 0.10 | 675.00 | $67.50 |
| 12/21/2015 | MRS | CA | Review critical dates memo; emails from and to Kathe F. Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 12/22/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/22/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 12/23/2015 | KFF | CA | Review updated Court docket and draft critical dates memo | 0.10 | 305.00 | $30.50 |
| 12/23/2015 | KSN | CA | Maintain document control. | 0.20 | 225.00 | $45.00 |
| 12/23/2015 | BMK | CA | Prepared daily memo and narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 12/28/2015 | MRS | CA | Review critical dates memo; emails from and to Kathe Finlayson re: same | 0.10 | 675.00 | $67.50 |
| 12/28/2015 | KSN | CA | Maintain document control. | 0.10 | 225.00 | $22.50 |
| 12/29/2015 | BDD | CA | Update WIP list (1.10); email to J. Fried re same (.10) | 1.20 | 305.00 | $366.00 |
| 12/29/2015 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 225.00 | $22.50 |
| 12/30/2015 | KFF | CA | Review recently filed documents and draft critical dates memo | 0.20 | 305.00 | $61.00 |
| 12/31/2015 | KFF | CA | Review updated Court docket and recently filed documents and draft critical dates memo | 0.40 | 305.00 | $122.00 |
|  |  |  |  | 20.40 |  | $11,485.50 |

### Claims Admin/Objections[B310]

| 12/02/2015 | JMF | CO | Review case re bar date order issues re late claims. | 0.30 | 750.00 | $225.00 |
|---|---|---|---|---|---|---|
| 12/03/2015 | MRS | CO | Revise bar date order; emails from and to Josh Fried re: same | 0.40 | 675.00 | $270.00 |
| 12/04/2015 | MRS | CO | Draft cert if counsel re: bar date order; finalize order and notices; coordinate filing of same | 0.60 | 675.00 | $405.00 |
| 12/05/2015 | MRS | CO | Email to claims agent re: service of bar date notice | 0.20 | 675.00 | $135.00 |
| 12/07/2015 | KFF | CO | E-file Notice of Bar Date | 0.20 | 305.00 | $61.00 |
| 12/07/2015 | MRS | CO | Review and finalize bar date notices; coordinate | 0.50 | 675.00 | $337.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00005

Page:    9  
Invoice 111877  
December 31, 2015

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | filing of same | | | |
| 12/07/2015 | MRS | CO | Emails from and to Angela Nguyen re: service of bar date notice | 0.30 | 675.00 | $202.50 |
| 12/07/2015 | MRS | CO | Review bar date publication notice; emails from and to Ricardo Tejeda re: same | 0.20 | 675.00 | $135.00 |
| 12/10/2015 | MRS | CO | Call from creditor re: bar date notice | 0.10 | 675.00 | $67.50 |
| 12/14/2015 | JMF | CO | Review schedules re Committee inquiry re claims liability amounts. | 0.80 | 750.00 | $600.00 |
| 12/15/2015 | JMF | CO | Review KCC invoices. | 0.20 | 750.00 | $150.00 |
| 12/15/2015 | JMF | CO | Telephone call with L. Kendall re schedules and Committee inquires re claim amounts. | 0.40 | 750.00 | $300.00 |
| 12/16/2015 | JMF | CO | Review schedules re claims (.3) emails to/from R. Kennedy re questions re same (.2). | 0.50 | 750.00 | $375.00 |
| 12/18/2015 | JMF | CO | Telephone call with R. Kennedy re claims issues. | 0.20 | 750.00 | $150.00 |
| 12/21/2015 | MRS | CO | Emails from and to Lucas Wallace re: bar date notice | 0.10 | 675.00 | $67.50 |
| 12/28/2015 | JMF | CO | Review bar date notice and order. | 0.20 | 750.00 | $150.00 |
| 12/30/2015 | JMF | CO | Telephone call with Tracie at Shelter Insurance re claims inquiry. | 0.20 | 750.00 | $150.00 |
| | | | | **5.40** | | **$3,781.00** |

**Compensation Prof. [B160]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2015 | JMF | CP | Review November statement re fee expenses. | 0.40 | 750.00 | $300.00 |
| 12/07/2015 | JMF | CP | Telephone call with J.N. Pomerantz re Aurora and PJC issues. | 0.20 | 750.00 | $150.00 |
| 12/07/2015 | JMF | CP | Review/edit PSZJ November bill. | 1.40 | 750.00 | $1,050.00 |
| 12/08/2015 | JMF | CP | Telephone call with L. Gardiazabl re November statements. | 0.20 | 750.00 | $150.00 |
| 12/09/2015 | JMF | CP | Review October LEDES information re OUST request. | 0.30 | 750.00 | $225.00 |
| 12/11/2015 | MRS | CP | Emails from and to Edith Serano re: fee application details | 0.20 | 675.00 | $135.00 |
| 12/11/2015 | JMF | CP | Edit allocated monthly statement for November. | 1.00 | 750.00 | $750.00 |
| 12/16/2015 | JMF | CP | Review fee statement for November. | 0.40 | 750.00 | $300.00 |
| 12/18/2015 | KFF | CP | E-file certifications of no objection for PSZJ's fees for October with respect to (1) National Consumer (2) Outdoor Direct and (3) Malibu Lighting | 0.60 | 305.00 | $183.00 |
| 12/22/2015 | JMF | CP | Review Epiq bill and internal emails re same. | 0.20 | 750.00 | $150.00 |
| 12/23/2015 | MRS | CP | Emails from and to Josh Fried re: PSZJ fee apps | 0.10 | 675.00 | $67.50 |
| 12/23/2015 | JMF | CP | Review Aurora and PSZJ fee statements and internal | 0.30 | 750.00 | $225.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:    10
Invoice 111877
December 31, 2015

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | emails re same. | 5.30 |  | $3,685.50 |

## Comp. of Prof./Others

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | JNP | CPO | Emails regarding Katten fees and related. | 0.10 | 895.00 | $89.50 |
| 12/03/2015 | PJJ | CPO | Prepare Ordinary Course Professionals quarterly fee report. | 0.40 | 305.00 | $122.00 |
| 12/03/2015 | JMF | CPO | Review Katen OCP and DIP order re budgeted payments. | 0.30 | 750.00 | $225.00 |
| 12/07/2015 | MRS | CPO | Email to chambers re: fee application hearing date | 0.10 | 675.00 | $67.50 |
| 12/13/2015 | JMF | CPO | Review Aurora and Interim compensation orders re procedures. | 0.20 | 750.00 | $150.00 |
| 12/15/2015 | JMF | CPO | Review financing order re KCC and professional fee payments. | 0.30 | 750.00 | $225.00 |
| 12/16/2015 | JMF | CPO | Review KCC invoices. | 0.20 | 750.00 | $150.00 |
| 12/17/2015 | JMF | CPO | Telephone call with P. Jeffries re November statements re PSZJ and Aurora. | 0.10 | 750.00 | $75.00 |
| 12/18/2015 | JMF | CPO | Review and edit Aurora November statements. | 1.30 | 750.00 | $975.00 |
| 12/18/2015 | JMF | CPO | Review November and October KCC invoices (.3); internal emails re same (.2). | 0.50 | 750.00 | $375.00 |
| 12/18/2015 | JMF | CPO | Review DIP and cash collateral orders and Buchanan Ingersoll invoices re same. | 0.40 | 750.00 | $300.00 |
| 12/18/2015 | MRS | CPO | Emails from and to Joshua M. Fried re: Aurora fee statement; review issues re: same | 0.20 | 675.00 | $135.00 |
| 12/21/2015 | BDD | CPO | Work on Aurora monthly fee statements (3 Brinkmann entities) | 0.80 | 305.00 | $244.00 |
| 12/21/2015 | BDD | CPO | Email to J. Fried re Aurora fee statements | 0.10 | 305.00 | $30.50 |
| 12/23/2015 | KFF | CPO | E-file and coordinate service for November monthly staffing report for Aurora Partners | 0.30 | 305.00 | $91.50 |
| 12/23/2015 | MRS | CPO | Emails from and to Josh Fried re: Aurora fee statement | 0.10 | 675.00 | $67.50 |
| 12/23/2015 | MRS | CPO | Review Aurora staffing report for November and coordinate filing and service of same | 0.30 | 675.00 | $202.50 |
| 12/30/2015 | JMF | CPO | Review KCC invoices and internal emails re payment of October and November invoices. | 0.30 | 750.00 | $225.00 |
|  |  |  |  | 6.00 |  | $3,750.00 |

## Executory Contracts [B185]

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/16/2015 | MRS | EC | Emails from and to Scott Fink re: Toyota leases | 0.20 | 675.00 | $135.00 |
| 12/16/2015 | JMF | EC | Review Lease Summary re real and personal | 0.80 | 750.00 | $600.00 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00005

Page:    11  
Invoice 111877  
December 31, 2015

|            |     |    |                                                                                                              | Hours | Rate   | Amount     |
|------------|-----|----|--------------------------------------------------------------------------------------------------------------|-------|--------|------------|
|            |     |    | property leases.                                                                                             |       |        |            |
| 12/28/2015 | JMF | EC | Draft motion re extend 365(d)(4) period.                                                                     | 2.80  | 750.00 | $2,100.00  |
| 12/29/2015 | MRS | EC | Review 365(d)(4) extension motion                                                                            | 0.30  | 675.00 | $202.50    |
| 12/29/2015 | MRS | EC | Review issues and compile landlord information for 365(d)(4) extension motion; email to KCC re: same         | 0.40  | 675.00 | $270.00    |
| 12/29/2015 | MRS | EC | Review, finalize, and execute 365(d)(4) extension motion; coordinate filing and service of same              | 0.50  | 675.00 | $337.50    |
| 12/29/2015 | JMF | EC | Review motion to extend time to assume reject leases.                                                        | 0.20  | 750.00 | $150.00    |
| 12/30/2015 | MRS | EC | Emails from and to Josh Fried re: 365(d)(4) service extension issues                                         | 0.10  | 675.00 | $67.50     |
|            |     |    |                                                                                                              | 5.30  |        | $3,862.50  |

### Financial Filings [B110]

|            |     |    |                                                                        | Hours | Rate   | Amount  |
|------------|-----|----|------------------------------------------------------------------------|-------|--------|---------|
| 12/14/2015 | MRS | FF | Emails from and to Joshua M. Fried and to Richard Kennedy re: monthly reports | 0.10  | 675.00 | $67.50  |
| 12/15/2015 | MRS | FF | Emails from and to Richard Kennedy re: MORs                            | 0.20  | 675.00 | $135.00 |
| 12/16/2015 | MRS | FF | Emails from and to Richard Kennedy re: MORs                            | 0.10  | 675.00 | $67.50  |
| 12/18/2015 | MRS | FF | Emails from and to Joshua M. Fried re: MORs                            | 0.10  | 675.00 | $67.50  |
| 12/20/2015 | MRS | FF | Emails from and to Joshua M. Fried re: MORs                            | 0.10  | 675.00 | $67.50  |
| 12/22/2015 | MRS | FF | Emails from and to Diane Giordano re: MORs                             | 0.20  | 675.00 | $135.00 |
|            |     |    |                                                                        | 0.80  |        | $540.00 |

### Financing [B230]

|            |     |    |                                                                                 | Hours | Rate   | Amount  |
|------------|-----|----|---------------------------------------------------------------------------------|-------|--------|---------|
| 12/10/2015 | JMF | FN | Review financing budgets re Comerica payments                                   | 0.40  | 750.00 | $300.00 |
| 12/16/2015 | MBL | FN | Address cash collateral timing inquiry from J.N. Pomerantz; confer with J. Fried re status. | 0.20  | 795.00 | $159.00 |
| 12/22/2015 | JMF | FN | Review financing orders re professional fee escrow totals.                      | 0.30  | 750.00 | $225.00 |
|            |     |    |                                                                                 | 0.90  |        | $684.00 |

### General Creditors Comm. [B150]

|            |     |    |                                                                              | Hours | Rate   | Amount  |
|------------|-----|----|------------------------------------------------------------------------------|-------|--------|---------|
| 12/10/2015 | JNP | GC | Review and forward email regarding discovery to M. Fayee and M. Warner.      | 0.20  | 895.00 | $179.00 |
| 12/11/2015 | JNP | GC | Conference with E. Chafetz regarding Committee discovery and related issues. | 0.20  | 895.00 | $179.00 |
| 12/11/2015 | JMF | GC | Review Committee document request.                                           | 0.30  | 750.00 | $225.00 |
| 12/11/2015 | JMF | GC | Telephone call with G. Greenwood re document request.                        | 0.10  | 750.00 | $75.00  |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:   12
Invoice 111877
December 31, 2015

|            |      |    |                                                                                                                              | Hours | Rate   | Amount     |
|------------|------|----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 12/15/2015 | JNP  | GC | Review Committee document requests and start on response.                                                                    | 0.70  | 895.00 | $626.50    |
| 12/16/2015 | JNP  | GC | Conference with K. Porter, Joshua M. Fried, R. Kennedy, Cole Schotz and L. Kendall regarding document production and related.| 1.10  | 895.00 | $984.50    |
| 12/16/2015 | MBL  | GC | Assemble docs in response to J. Fried and UCC request; review and redact board minutes.                                      | 0.50  | 795.00 | $397.50    |
| 12/16/2015 | JMF  | GC | Review documents and document requests re Committee discovery.                                                               | 1.30  | 750.00 | $975.00    |
| 12/16/2015 | JMF  | GC | Telephone call with L. Kendall, J.N. Pomerantz and K. Porter re responses to Committee discovery.                            | 1.40  | 750.00 | $1,050.00  |
| 12/17/2015 | JMF  | GC | Review document production list re Committee request.                                                                        | 0.30  | 750.00 | $225.00    |
| 12/17/2015 | JMF  | GC | Review SOFA's re litigation claims.                                                                                          | 0.30  | 750.00 | $225.00    |
| 12/17/2015 | JMF  | GC | Review company and Brinkmann documents re Committee document request.                                                        | 0.70  | 750.00 | $525.00    |
| 12/18/2015 | JNP  | GC | Conference with Committee professionals, Cole Schotz, Aurora and Joshua M. Fried regarding Committee document production and related matters. | 0.80 | 895.00 | $716.00 |
| 12/18/2015 | JNP  | GC | Conference with M. Warner in anticipation of Committee call regarding document production.                                   | 0.20  | 895.00 | $179.00    |
| 12/18/2015 | JMF  | GC | Review documents re Committee request.                                                                                       | 0.30  | 750.00 | $225.00    |
| 12/18/2015 | JMF  | GC | Telephone call with J.N. Pomerantz, L. Kendall, E. Chafetz re Committee request.                                             | 0.80  | 750.00 | $600.00    |
| 12/30/2015 | JMF  | GC | Review documents re Committee re discovery requests.                                                                         | 0.80  | 750.00 | $600.00    |
|            |      |    |                                                                                                                              | **10.00** |    | **$7,986.50** |

## Retention of Prof. [B160]

|            |      |    |                                                                                                  | Hours | Rate   | Amount   |
|------------|------|----|--------------------------------------------------------------------------------------------------|-------|--------|----------|
| 11/05/2015 | CHM  | RP | Review email from J. Fried re J. Eisch retention; email J. Fried re same.                        | 0.20  | 525.00 | $105.00  |
| 11/05/2015 | CHM  | RP | Prepare and participate in telephone conference with J. Eisch re retention agreement.            | 0.40  | 525.00 | $210.00  |
| 11/05/2015 | CHM  | RP | Draft email to J. Fried and J. Pomerantz re retention letter of Eisch.                           | 0.10  | 525.00 | $52.50   |
| 11/05/2015 | CHM  | RP | Review email from J. Fried re Eisch retention and reply.                                         | 0.10  | 525.00 | $52.50   |
| 11/05/2015 | CHM  | RP | Begin draft of employment application for J. Eisch as accountants to the Debtors.                | 1.10  | 525.00 | $577.50  |
| 11/09/2015 | CHM  | RP | Draft email to J. Eisch re status of engagement letter.                                          | 0.10  | 525.00 | $52.50   |
| 11/09/2015 | CHM  | RP | Review draft engagement letter and forward to J.                                                 | 0.30  | 525.00 | $157.50  |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:   13
Invoice 111877
December 31, 2015

|            |     |    |                                                                                                  | Hours | Rate   | Amount   |
|------------|-----|----|--------------------------------------------------------------------------------------------------|-------|--------|----------|
|            |     |    | Fried with comments to same.                                                                     |       |        |          |
| 11/10/2015 | CHM | RP | Review email correspondence from L. Kendall re Eisch engagement letter and email J. Fried re same. | 0.20  | 525.00 | $105.00  |
| 11/10/2015 | CHM | RP | Review email from J. Fried re Eisch engagement letter and reply.                                 | 0.10  | 525.00 | $52.50   |
| 11/10/2015 | CHM | RP | Telephone conference with J. Eisch re updated engagement letter.                                 | 0.20  | 525.00 | $105.00  |
| 11/11/2015 | CHM | RP | Draft email from J. Fried re allocation of fees in Eisch engagement.                             | 0.10  | 525.00 | $52.50   |
| 11/12/2015 | CHM | RP | Update Eisch employment application.                                                             | 1.40  | 525.00 | $735.00  |
| 11/12/2015 | CHM | RP | Draft list of open items needed from J. Eisch and email J. Eisch re same.                        | 0.20  | 525.00 | $105.00  |
| 11/14/2015 | CHM | RP | Finalize Eisch employment application and email draft to J. Fried.                               | 0.30  | 525.00 | $157.50  |
| 11/14/2015 | CHM | RP | Email J. Fried re outstanding items required from J. Eisch.                                      | 0.10  | 525.00 | $52.50   |
| 11/14/2015 | CHM | RP | Review email from J. Fried re timing of Eisch application and reply.                             | 0.10  | 525.00 | $52.50   |
| 11/16/2015 | CHM | RP | Update Eisch employment application.                                                             | 1.20  | 525.00 | $630.00  |
| 11/16/2015 | CHM | RP | Email updated application to J. Fried with questions.                                            | 0.10  | 525.00 | $52.50   |
| 11/16/2015 | CHM | RP | Telephone conference with J. Eisch re outstanding items needed for application.                  | 0.30  | 525.00 | $157.50  |
| 11/16/2015 | CHM | RP | Review updated engagement letter; forward same to counsel.                                       | 0.20  | 525.00 | $105.00  |
| 11/16/2015 | CHM | RP | Finalize Eisch employment application and email J. Fried, M. Seidl and J. Pomerantz re same.     | 0.60  | 525.00 | $315.00  |
| 11/16/2015 | CHM | RP | Review email from J. Fried re form utilized and reply.                                           | 0.10  | 525.00 | $52.50   |
| 11/16/2015 | CHM | RP | Review email from J. Fried re updated declaration and reply.                                     | 0.10  | 525.00 | $52.50   |
| 11/16/2015 | CHM | RP | Draft email from J. Fried re disinterestedness disclosures of Eisch.                             | 0.30  | 525.00 | $157.50  |
| 11/16/2015 | CHM | RP | Telephone conference and email correspondence with J. Eich re employment application.            | 0.40  | 525.00 | $210.00  |
| 11/17/2015 | CHM | RP | Review email from J. Fried re updated disclosure; modify document re same.                       | 0.20  | 525.00 | $105.00  |
| 11/17/2015 | CHM | RP | Email employment application to J. Eisch for declaration signature.                              | 0.10  | 525.00 | $52.50   |
| 11/17/2015 | CHM | RP | Review email from M. Seidl re Eisch appleiation and reply.                                       | 0.10  | 525.00 | $52.50   |
| 12/01/2015 | JNP | RP | Conference with J. Freed regarding U.S. Trustee issues regarding Jan Eisch and issues surrounding | 0.20  | 895.00 | $179.00  |

|            |     |    |                                                                                                                                              | Hours | Rate   | Amount   |
|------------|-----|----|----------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|----------|
|            |     |    | fees.                                                                                                                                        |       |        |          |
| 12/01/2015 | MRS | RP | Review revised OCP declaration by Latham; emails from and to Josh Fried and to Kathe Finlayson re: filing of same                            | 0.10  | 675.00 | $67.50   |
| 12/01/2015 | MRS | RP | Emails from and to Josh Fried and Jeff Pomerantz re: transaction fee for Piper                                                               | 0.30  | 675.00 | $202.50  |
| 12/02/2015 | KFF | RP | E-file Disclosure Affidavit of Ordinary Course Professional Peter Winik, including coordinating service with claims agent                    | 0.20  | 305.00 | $61.00   |
| 12/02/2015 | JMF | RP | Review Eisch application and correspondence re same re OUST questions.                                                                       | 0.40  | 750.00 | $300.00  |
| 12/02/2015 | MRS | RP | Review cno re: Great American retention; emails from and to Kathe Finlayson re: same                                                         | 0.10  | 675.00 | $67.50   |
| 12/02/2015 | MRS | RP | Emails from Linda Casey and to Josh Fried re: Latham OCP issues                                                                              | 0.10  | 675.00 | $67.50   |
| 12/04/2015 | KFF | RP | Draft certification of no objection regarding motion to retain J. Eisch & Associates as Accountants                                          | 0.20  | 305.00 | $61.00   |
| 12/04/2015 | KFF | RP | E-file certification of no objection regarding Motion to Employ J. Eisch & Associates as Accountants, including adding to agenda for December 8, 2015 hearing | 0.20  | 305.00 | $61.00   |
| 12/04/2015 | JMF | RP | Review Eisch retention (.3); emails with client and L. Casey re payments (.2).                                                               | 0.50  | 750.00 | $375.00  |
| 12/04/2015 | MRS | RP | Emails to and from Linda Casey re: Eisch retention application                                                                               | 0.10  | 675.00 | $67.50   |
| 12/04/2015 | MRS | RP | Review cno re: Eisch retention; emails from and to Kathe Finlayson re: same                                                                  | 0.20  | 675.00 | $135.00  |
| 12/07/2015 | JNP | RP | Review email and related documents regarding PSZJ retention issues.                                                                          | 0.20  | 895.00 | $179.00  |
| 12/08/2015 | MBL | RP | Call with G. Clark and emails with team re Sheppard engagement.                                                                              | 0.20  | 795.00 | $159.00  |
| 12/08/2015 | JMF | RP | Emails re OC Latham declaration.                                                                                                             | 0.20  | 750.00 | $150.00  |
| 12/08/2015 | JMF | RP | Review Katten declaration.                                                                                                                   | 0.20  | 750.00 | $150.00  |
| 12/08/2015 | MRS | RP | Emails from and to Josh Fried re: OCP issues                                                                                                 | 0.10  | 675.00 | $67.50   |
| 12/08/2015 | MRS | RP | Email to Gary Clark re: Sheppard OCP retention                                                                                               | 0.10  | 675.00 | $67.50   |
| 12/09/2015 | KFF | RP | E-file Disclosure Affidavit of Ordinary Course Professional Gary A. Clark, Esquire                                                           | 0.30  | 305.00 | $91.50   |
| 12/10/2015 | JMF | RP | Review Aurora retention re Light Star.                                                                                                       | 0.20  | 750.00 | $150.00  |
| 12/13/2015 | JMF | RP | Review Hilco and PJC retention re IP sale.                                                                                                   | 0.20  | 750.00 | $150.00  |
| 12/15/2015 | MRS | RP | Emails from and to Gary Clark re: OCP issues                                                                                                 | 0.10  | 675.00 | $67.50   |
| 12/16/2015 | MRS | RP | Review and revise Lightstar resignation; emails from and to Jeff Pomerantz and Joshua M. Fried re:                                           | 0.20  | 675.00 | $135.00  |

|            |     |    |                                                                                  | Hours | Rate   | Amount     |
|------------|-----|----|----------------------------------------------------------------------------------|-------|--------|------------|
|            |     |    | same                                                                             |       |        |            |
| 12/16/2015 | JMF | RP | Draft declaration re Light Star.                                                 | 0.30  | 750.00 | $225.00    |
| 12/17/2015 | JMF | RP | Draft supplemental declaration to PSZJ retention.                                | 0.80  | 750.00 | $600.00    |
| 12/17/2015 | JMF | RP | Review Light Star resignation.                                                   | 0.10  | 750.00 | $75.00     |
| 12/18/2015 | JNP | RP | Review and revise supplemental declaration regarding employment.                 | 0.20  | 895.00 | $179.00    |
| 12/20/2015 | MRS | RP | Emails from and to Jeff Pomerantz re: Lightstar                                  | 0.10  | 675.00 | $67.50     |
| 12/22/2015 | CHM | RP | Review email from J. Fried re real estate broker retention and reply.            | 0.10  | 525.00 | $52.50     |
| 12/22/2015 | JMF | RP | Telephone call with L. Casey re PSZJ declaration.                                | 0.10  | 750.00 | $75.00     |
| 12/23/2015 | MRS | RP | Emails from and to Josh Fried re: supplemental Pomerantz declaration             | 0.10  | 675.00 | $67.50     |
| 12/24/2015 | MRS | RP | Emails from and to Josh Fried re: supplemental Pomerantz declaration             | 0.10  | 675.00 | $67.50     |
| 12/28/2015 | MRS | RP | Review supplemental Pomerantz declaration; coordinate filing and service of same | 0.10  | 675.00 | $67.50     |
| 12/29/2015 | MRS | RP | Emails from and to Josh Fried re: supplemental Pomerantz declaration             | 0.10  | 675.00 | $67.50     |
| 12/30/2015 | CHM | RP | Review email from J. Eisch re approval of employment and reply.                  | 0.10  | 525.00 | $52.50     |
|            |     |    |                                                                                  | 15.50 |        | $9,175.50  |

**Stay Litigation [B140]**

|            |     |    |                                                                                       | Hours | Rate   | Amount |
|------------|-----|----|---------------------------------------------------------------------------------------|-------|--------|--------|
| 12/02/2015 | MRS | SL | Review cno re: A&J settlement; emails from and to Kathe Finlayson re: same            | 0.10  | 675.00 | $67.50 |
|            |     |    |                                                                                       | 0.10  |        | $67.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                              $53,145.50

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00005

Page:   16
Invoice 111877
December 31, 2015

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/20/2015 | AT | Auto Travel Expense [E109] Eagle Transportation Services, Inv. 296124612, From PSZJ DE to PHL, JNP | 114.24 |
| 10/26/2015 | AT | Auto Travel Expense [E109] Eagle Transportation Services, Inv. 303145751, From PHL to Hotel DuPont, MBL | 113.32 |
| 10/27/2015 | AT | Auto Travel Expense [E109] Eagle Transportation Services, Inv. 303145751, From Hotel DuPont to PHL, MBL | 126.78 |
| 11/05/2015 | AT | Auto Travel Expense [E109] DND Transportation Services, From PSZJ DE to Ritz Hotel, JNP | 127.00 |
| 11/24/2015 | AT | Auto Travel Expense [E109] DND Transportation Services, From Hotel DuPont to PHL, JNP | 95.25 |
| 12/03/2015 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 12/07/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/08/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/08/2015 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 12/08/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/11/2015 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 12/14/2015 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 12/14/2015 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 12/14/2015 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 12/15/2015 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 12/15/2015 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 12/15/2015 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 12/15/2015 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821     00005

Page:   17  
Invoice 111877  
December 31, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/15/2015 | RE2 | SCAN/COPY ( 324 @0.10 PER PG) | 32.40 |
| 12/15/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/15/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/15/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/15/2015 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 12/16/2015 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 12/16/2015 | RE | ( 116 @0.10 PER PG) | 11.60 |
| 12/17/2015 | RE | ( 20 @0.10 PER PG) | 2.00 |
| 12/17/2015 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 12/18/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 12/18/2015 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 12/18/2015 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 12/18/2015 | RE2 | SCAN/COPY ( 76 @0.10 PER PG) | 7.60 |
| 12/18/2015 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 12/21/2015 | RE | ( 86 @0.10 PER PG) | 8.60 |
| 12/22/2015 | RE | ( 12 @0.10 PER PG) | 1.20 |
| 12/22/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 12/22/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/23/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/23/2015 | RE | ( 288 @0.10 PER PG) | 28.80 |
| 12/23/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00005

Page:   18  
Invoice 111877  
December 31, 2015

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/23/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/23/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/23/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/23/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 12/23/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/29/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/29/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/29/2015 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/30/2015 | RE | ( 30 @0.10 PER PG) | 3.00 |
| 12/30/2015 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 12/30/2015 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 12/30/2015 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 12/30/2015 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 12/31/2015 | RE | ( 6 @0.10 PER PG) | 0.60 |

**Total Expenses for this Matter**         $778.49

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821     00005

Page:   19  
Invoice 111877  
December 31, 2015

# REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 12/31/2015

| | |
|---|---:|
| Total Fees | $53,145.50 |
| Chargeable costs and disbursements | $778.49 |
| Total Due on Current Invoice...................... | $53,923.99 |

Outstanding Balance from prior Invoices as of 12/31/2015     (May not reflect recent payments)

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 111323 | 10/31/2015 | $229,098.75 | $21,456.87 | $250,555.62 |
| 111597 | 11/30/2015 | $113,510.50 | $10,942.86 | $124,453.36 |

**Total Amount Due on Current and Prior Invoices**                                                       $428,932.97