# EXHIBIT A

**EXHIBIT A**
Professional Services rendered by Lowenstein Sandler LLP, through December 31, 2015

In re: ODC

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Levine, Sharon L. | 1983 | Partner | 0.20 | $880.00 | $176.00 |
| Nathan, Bruce S. | 1980 | Partner | 0.40 | $860.00 | $344.00 |
| Chafetz, Eric S. | 2004 | Counsel | 2.60 | $625.00 | $1,625.00 |
| Waldron, Keara | 2011 | Associate | 0.60 | $410.00 | $246.00 |
| **TOTAL FEES** | | | **3.80** | | **$2,391.00** |
| **Attorney Blended Rate** | | | | | **$629.21** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|

B100 - Administration

B120A Investigation of Prepetition Lenders

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B120A | 12/10/15 | ESC | E-mail exchange with BDO re: issues with analysis of values of unencumbered cars purchased by ODC | 0.10 | $62.50 |
| B120A | 12/10/15 | ESC | Phone call with BDO re: issues with value of cars purchased by ODC | 0.10 | 62.50 |
| B120A | 12/10/15 | ESC | E-mail exchange with counsel for Bank of America re: issues with liens and security interests on ODC's real estate | 0.10 | 62.50 |
| B120A | 12/10/15 | ESC | Draft e-mail to debtors' counsel re: unencumbered car valuations | 0.10 | 62.50 |
| B120A | 12/10/15 | ESC | Review BDO's analysis of the value of unencumbered cars | 0.10 | 62.50 |
| B120A | 12/10/15 | ESC | Phone call with counsel for Bank of America re: issues with liens and security interests on ODC's real estate | 0.20 | 125.00 |
| B120A | 12/17/15 | SLL | Review and comment on draft stipulation extending the Committee's lien challenge deadline in connection with the ODC facilities | 0.10 | 88.00 |
| B120A | 12/18/15 | ESC | Review debtors' vehicle appraisals re: ODC lien issues | 0.40 | 250.00 |
| B120A | 12/21/15 | ESC | Draft e-mail to BDO re: issues with valuations of cars purchased by ODC in Brinkmann's possession | 0.10 | 62.50 |
| | | | **Total B120A - Investigation of Prepetition Lenders** | 1.30 | $838.00 |

B130 Asset Disposition

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B130 | 12/30/15 | BSN | Review debtors' motion to approve bidding procedures, protections and scheduling sale hearing and motion to approve sale, ODC and MLC assets | 0.20 | 172.00 |
| B130 | 12/30/15 | SLL | Review motion of debtors outdoor direct corporation f/k/a The Brinkmann Corporation and Malibu Lighting Corporation for order: (A) approving bidding procedures and bidding protections for the auction of debtors inventory, including break-up fee and expense reimbursement, (B) scheduling an auction and sale hearing, and (C) granting related relief | 0.10 | 88.00 |
| B130 | 12/31/15 | BSN | Review BDO summary of motion for approval of bidding procedures re: auction of inventory, ODC and MLC | 0.10 | 86.00 |
| B130 | 12/31/15 | ESC | Review motion (and accompanying exhibits) of debtors outdoor direct corporation f/k/a the brinkmann corporation and malibu lighting corporation for order: (a) approving bidding procedures and bidding protections for the auction of debtors inventory, including break-up fee and expense reimbursement, (b) scheduling an auction and sale hearing, and (c) granting related relief | 0.90 | 562.50 |
| | | | **Total B130 - Asset Disposition** | 1.30 | $908.50 |

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B140 | 12/01/15 | BSN | Review information re: Expeditor's motion, title to goods subject to motion | 0.10 | 86.00 |
| B140 | 12/01/15 | ESC | Phone call with debtors' counsel re: issues with Expeditor's lift stay motion | 0.10 | 62.50 |
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 0.20 | $148.50 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 12/15/15 | ESC | Review and comment on Lowenstein's October/November monthly fee statements | 0.10 | 62.50 |

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B160 | 12/31/15 | ESC | E-mail exchange with E. Lawler re: issues with Lowenstein's October monthly fee statement for ODC | 0.10 | 62.50 |
| | | | **Total B160 - Fee/Employment Applications** | 0.20 | $125.00 |

<u>B175 Fee Applications and Invoices - Others</u>

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B175 | 12/13/15 | KW | Review first monthly fee application for Aurora Management Partners | 0.60 | 246.00 |
| B175 | 12/23/15 | ESC | Review monthly application for compensation Pachulski Stang Ziehl & Jones LLP for debtor Outdoor Direct Corporation f/k/a The Brinkmann Corporation for November | 0.20 | 125.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 0.80 | $371.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B120A | Investigation of Prepetition Lenders | 1.30 | $838.00 |
| B130 | Asset Disposition | 1.30 | $908.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.20 | $148.50 |
| B160 | Fee/Employment Applications | 0.20 | $125.00 |
| B175 | Fee Applications and Invoices - Others | 0.80 | $371.00 |
| | **Total** | **3.80** | **$ 2,391.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**