# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Baker
Chief Restructuring Officer
The Brinkman Corporation
Dallas Manufacturing Corporation
Malibu Lighting

December 31, 2015
Invoice    111876
Client     10821
Matter     00004

JNP

RE: Malibu Lighting Postpetition

STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2015

| | |
|---|---:|
| FEES | $15,392.50 |
| EXPENSES | $150.73 |
| LESS PREPAID APPLIED | $15,543.23 |
| **TOTAL CURRENT CHARGES** | **$0.00** |
| **TOTAL BALANCE DUE** | **$0.00** |
| PREPAID BALANCE | $674.91 |

Pachulski Stang Ziehl & Jones LLP  Page:   2
Brinkmann Corporation, The  Invoice 111876
10821    00004  December 31, 2015

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 4.50 | $3,737.50 |
| CP | Compensation Prof. [B160] | 4.60 | $2,515.00 |
| EC | Executory Contracts [B185] | 0.10 | $67.50 |
| FN | Financing [B230] | 1.20 | $972.50 |
| SL | Stay Litigation [B140] | 10.80 | $8,100.00 |
|  |  | 21.20 | $15,392.50 |

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| JMF | Fried, Joshua M. | Partner | 750.00 | 15.50 | $11,625.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 3.00 | $2,685.00 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 0.50 | $152.50 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 0.70 | $472.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 1.50 | $457.50 |
|  |  |  |  | 21.20 | $15,392.50 |

### Summary of Expenses

| Description | Amount |
|---|---|
| Bloomberg | $127.90 |
| Filing Fee [E112] | $1.03 |
| Reproduction/ Scan Copy | $21.80 |
|  | $150.73 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821     00004

Page:     3  
Invoice 111876  
December 31, 2015

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

### Asset Disposition [B130]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/2015 | JNP | AD | Email to and from J. Hosty regarding ownership of intellectual property. | 0.10 | 895.00 | $89.50 |
| 12/02/2015 | JNP | AD | Conference with M. Fayhee regarding Malibu asset sale status and related issues. | 0.30 | 895.00 | $268.50 |
| 12/02/2015 | JNP | AD | Conference with Baker regarding Malibu asset sale status and related issues. | 0.20 | 895.00 | $179.00 |
| 12/02/2015 | JNP | AD | Conference with D. Peress regarding sale of intellectual property and related issues. | 0.30 | 895.00 | $268.50 |
| 12/02/2015 | JNP | AD | Email to and from M. Evans regarding interest in assets. | 0.10 | 895.00 | $89.50 |
| 12/04/2015 | JNP | AD | Conference with M. Fayhee and D. Baker regarding IP sale issues. | 0.50 | 895.00 | $447.50 |
| 12/09/2015 | JMF | AD | Review MLC license agreement. | 0.40 | 750.00 | $300.00 |
| 12/11/2015 | JNP | AD | Conference with M. Warner regarding disposition of Malibu IP. | 0.20 | 895.00 | $179.00 |
| 12/11/2015 | JNP | AD | Conference with D. Peress regarding liquidation of Malibu IP. | 0.30 | 895.00 | $268.50 |
| 12/14/2015 | JMF | AD | Review IP agreement re IP sale issues re JBB. | 0.40 | 750.00 | $300.00 |
| 12/15/2015 | JMF | AD | Review MLC IP agreement. | 0.30 | 750.00 | $225.00 |
| 12/17/2015 | JNP | AD | Conference with J. Sieger regarding sale of Halian goods in possession of Expeditors. | 0.10 | 895.00 | $89.50 |
| 12/17/2015 | JNP | AD | Review and respond to emails regarding sale of Halian goods in possession of Expeditors. | 0.30 | 895.00 | $268.50 |
| 12/17/2015 | JNP | AD | Conference with Joshua M. Fried regarding sale of Halian goods in Expeditors possession. | 0.10 | 895.00 | $89.50 |
| 12/17/2015 | JMF | AD | Telephone calls with J.N. Pomerantz re Hailian issues. | 0.20 | 750.00 | $150.00 |
| 12/17/2015 | JMF | AD | Review correspondences re Hailian merchandise issue. | 0.40 | 750.00 | $300.00 |
| 12/19/2015 | JMF | AD | Review correspondence re Hailian goods. | 0.30 | 750.00 | $225.00 |
|  |  |  |  | 4.50 |  | $3,737.50 |

### Compensation Prof. [B160]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/07/2015 | JMF | CP | Review/edit PSZJ November bill. | 0.50 | 750.00 | $375.00 |
| 12/09/2015 | KFF | CP | Draft certification of no objection for PSZJ's October fees for Debtor Malibu Lighting | 0.20 | 305.00 | $61.00 |
| 12/11/2015 | JMF | CP | Edit MLC monthly statement for November. | 0.40 | 750.00 | $300.00 |
| 12/17/2015 | PJJ | CP | Draft November fee statement. | 1.50 | 305.00 | $457.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00004  
Page:    4  
Invoice 111876  
December 31, 2015

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/18/2015 | MRS | CP | Review cno re: first interim fee application of PSZJ | 0.10 | 675.00 | $67.50 |
| 12/18/2015 | JMF | CP | Prepare MLC November fee statement. | 1.10 | 750.00 | $825.00 |
| 12/23/2015 | KFF | CP | E-file and coordinate service for PSZJ's November fee application for Debtor Malibu Lighting | 0.30 | 305.00 | $91.50 |
| 12/23/2015 | MRS | CP | Review, revise, and finalize PSZJ 2nd interim fee application | 0.50 | 675.00 | $337.50 |
| | | | | **4.60** | | **$2,515.00** |

**Executory Contracts [B185]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/17/2015 | MRS | EC | Emails from and to Jim Fink and to Jim Ebbert re: Toyota forklift leases | 0.10 | 675.00 | $67.50 |
| | | | | **0.10** | | **$67.50** |

**Financing [B230]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2015 | JMF | FN | Review windown budget. | 0.30 | 750.00 | $225.00 |
| 12/16/2015 | JMF | FN | Review windown budget. | 0.40 | 750.00 | $300.00 |
| 12/16/2015 | JNP | FN | Review updated budget from L. Kendal through April 2016 and email regarding same. | 0.20 | 895.00 | $179.00 |
| 12/17/2015 | JNP | FN | Review and revise notes to windown budget. | 0.30 | 895.00 | $268.50 |
| | | | | **1.20** | | **$972.50** |

**Stay Litigation [B140]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2015 | JMF | SL | Review Expeditor's order and revise same (.5); review list of prepetition cargo re Expeditor's motion (.4); telephone calls with E. Chafetz (.2) and L. Kendall (.2) re same internal correspondences re released cargo issues (.3). | 1.60 | 750.00 | $1,200.00 |
| 12/03/2015 | JMF | SL | Analyze issues re EI release of goods. | 0.70 | 750.00 | $525.00 |
| 12/03/2015 | JMF | SL | Internal emails re continued hearing re EI and issues re release of held goods. | 0.30 | 750.00 | $225.00 |
| 12/03/2015 | JMF | SL | Telephone call wtih E. Chafetz re EI order. | 0.20 | 750.00 | $150.00 |
| 12/10/2015 | JMF | SL | Telephone call with E. Chafetz re Expediter's issues. | 0.20 | 750.00 | $150.00 |
| 12/15/2015 | JMF | SL | Review Expeditor's motion and internal emails re inventory list re stay relief. | 0.40 | 750.00 | $300.00 |
| 12/15/2015 | JMF | SL | Review shipment list re released goods. | 0.40 | 750.00 | $300.00 |
| 12/16/2015 | JMF | SL | Telephone call with E. Chafetz re Expeditor's motion. | 0.20 | 750.00 | $150.00 |
| 12/17/2015 | JMF | SL | Telephone call with E. Chafetz re Expeditor's motion. | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00004

Page:    5
Invoice 111876
December 31, 2015

|            |     |    |                                                                                                                                                   | Hours | Rate   | Amount    |
|------------|-----|----|---------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-----------|
| 12/17/2015 | JMF | SL | Review Expeditor's and Canadian goods re stay relief.                                                                                             | 0.40  | 750.00 | $300.00   |
| 12/18/2015 | JMF | SL | Draft response to Expeditor's motion.                                                                                                             | 2.80  | 750.00 | $2,100.00 |
| 12/18/2015 | JMF | SL | Telephone call with L. Kendall re Expeditor's motion.                                                                                             | 0.20  | 750.00 | $150.00   |
| 12/21/2015 | JMF | SL | Analyze issues re EI dispute re Canadian Inventory (1.2); telephone call with L. Kresge re same (.2); internal emails re issues re same (.3).     | 1.70  | 750.00 | $1,275.00 |
| 12/22/2015 | JMF | SL | Telephone call with M. Seidl re EI motion and order.                                                                                              | 0.30  | 750.00 | $225.00   |
| 12/22/2015 | JMF | SL | Telephone call with L. Kresge re EI.                                                                                                              | 0.30  | 750.00 | $225.00   |
| 12/22/2015 | JMF | SL | Review/edit order re EI.                                                                                                                          | 0.40  | 750.00 | $300.00   |
| 12/22/2015 | JMF | SL | Internal emails re EI.                                                                                                                            | 0.30  | 750.00 | $225.00   |
| 12/22/2015 | JMF | SL | Review Certificate of Counsel and final order re EI.                                                                                              | 0.20  | 750.00 | $150.00   |
|            |     |    |                                                                                                                                                   | 10.80 |        | $8,100.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                                          $15,392.50

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/19/2015 | FF | Filing Fee [E112] Texas Secretary of State, L. Forrester | 1.03 |
| 12/01/2015 | BB | 10821.00004 Bloomberg Charges for 12-01-15 | 20.00 |
| 12/01/2015 | BB | 10821.00004 Bloomberg Charges for 12-01-15 | 0.50 |
| 12/01/2015 | BB | 10821.00004 Bloomberg Charges for 12-01-15 | 20.00 |
| 12/01/2015 | BB | 10821.00004 Bloomberg Charges for 12-01-15 | 20.00 |
| 12/01/2015 | BB | 10821.00004 Bloomberg Charges for 12-01-15 | 0.30 |
| 12/02/2015 | BB | 10821.00004 Bloomberg Charges for 12-02-15 | 20.00 |
| 12/02/2015 | BB | 10821.00004 Bloomberg Charges for 12-02-15 | 0.20 |
| 12/02/2015 | BB | 10821.00004 Bloomberg Charges for 12-02-15 | 0.50 |
| 12/02/2015 | BB | 10821.00004 Bloomberg Charges for 12-02-15 | 4.30 |
| 12/02/2015 | BB | 10821.00004 Bloomberg Charges for 12-02-15 | 1.30 |
| 12/02/2015 | BB | 10821.00004 Bloomberg Charges for 12-02-15 | 20.00 |
| 12/02/2015 | BB | 10821.00004 Bloomberg Charges for 12-02-15 | 0.80 |
| 12/02/2015 | BB | 10821.00004 Bloomberg Charges for 12-02-15 | 20.00 |
| 12/03/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/07/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/08/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/11/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/15/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/18/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/21/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/22/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/23/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/28/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 12/28/2015 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 12/28/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |

**Total Expenses for this Matter**                                   $150.73

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00004

Page:    8
Invoice 111876
December 31, 2015

# REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 12/31/2015

| | |
|---|---|
| Total Fees | $15,392.50 |
| Chargeable costs and disbursements | $150.73 |
| Total Due on Current Invoice................... | $0.00 |

Outstanding Balance from prior Invoices as of 12/31/2015    (May not reflect recent payments)

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices**                                                        $0.00