# EXHIBIT C

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

David Baker
Chief Restructuring Officer
The Brinkman Corporation
Dallas Manufacturing Corporation
Malibu Lighting

RE: MLC/ODC Matters

December 31, 2015
Invoice   111878
Client    10821
Matter    00006

JNP

STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2015

| | |
|---|---:|
| FEES | $81,449.50 |
| EXPENSES | $16.90 |
| **TOTAL CURRENT CHARGES** | **$81,466.40** |
| **TOTAL BALANCE DUE** | **$81,466.40** |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
| --- | --- | --- | --- |
| AD | Asset Disposition [B130] | 87.70 | $69,513.50 |
| BL | Bankruptcy Litigation [L430] | 1.70 | $755.50 |
| CA | Case Administration [B110] | 0.20 | $135.00 |
| CO | Claims Admin/Objections[B310] | 0.50 | $367.50 |
| CPO | Comp. of Prof./Others | 0.10 | $89.50 |
| EC | Executory Contracts [B185] | 7.60 | $5,068.50 |
| IC | Insurance Coverage | 3.30 | $2,715.00 |
| RP | Retention of Prof. [B160] | 2.00 | $1,050.00 |
| SL | Stay Litigation [B140] | 2.60 | $1,755.00 |
|  |  | 105.70 | $81,449.50 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| BDD | Dassa, Beth D. | Paralegal | 305.00 | 1.30 | $396.50 |
| CHM | Mackle, Cia H. | Counsel | 525.00 | 4.50 | $2,362.50 |
| DJB | Barton, David J. | Partner | 875.00 | 35.10 | $30,712.50 |
| IAWN | Nasatir, Iain A. W. | Partner | 850.00 | 2.40 | $2,040.00 |
| JJK | Kim, Jonathan J. | Counsel | 695.00 | 16.70 | $11,606.50 |
| JMF | Fried, Joshua M. | Partner | 750.00 | 31.00 | $23,250.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 2.80 | $2,506.00 |
| KFF | Finalyson, Kathe F. | Paralegal | 305.00 | 1.10 | $335.50 |
| MRS | Seidl, Michael R. | Partner | 675.00 | 7.00 | $4,725.00 |
| RJG | Gruber, Richard J. | Counsel | 925.00 | 3.80 | $3,515.00 |
|  |  |  |  | 105.70 | $81,449.50 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Reproduction/ Scan Copy | $16.90 |
| | $16.90 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00006

Page:    4  
Invoice 111878  
December 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Disposition [B130]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/2015 | CHM | AD | Review email from J. Fried re lease rejection motion and reply. | 0.10 | 525.00 | $52.50 |
| 12/10/2015 | JNP | AD | Review emails regarding sale of remaining first quality inventory and send to M. Fayhee and M. Warner. | 0.20 | 895.00 | $179.00 |
| 12/11/2015 | JNP | AD | Conference with D. Baker, M. Warner, M. Fayhee and Joshua M. Fried regarding outstanding issues relating to liquidation of remaining assets. | 0.80 | 895.00 | $716.00 |
| 12/11/2015 | MRS | AD | Review emails re: disposition of remaining assets | 0.20 | 675.00 | $135.00 |
| 12/14/2015 | JNP | AD | Review and respond to emails regarding sale process for new inventory. | 0.10 | 895.00 | $89.50 |
| 12/14/2015 | JNP | AD | All hands call regarding sale of IP. | 1.00 | 895.00 | $895.00 |
| 12/14/2015 | JMF | AD | Telephone call with D. Peress, D. Baker, J.N. Pomerantz, M. Warner re IP sale issues. | 1.00 | 750.00 | $750.00 |
| 12/17/2015 | JMF | AD | Review Hilco teaser re Q-Beam and ODC assets. | 0.30 | 750.00 | $225.00 |
| 12/18/2015 | DJB | AD | Begin drafting Sears PA. | 2.00 | 875.00 | $1,750.00 |
| 12/18/2015 | JJK | AD | Emails Fried, Barton on APA/sale matters (0.2); review background info and start preparing sale templates (1.0). | 1.20 | 695.00 | $834.00 |
| 12/18/2015 | JJK | AD | Emails Fried on Sears sale matters. | 0.20 | 695.00 | $139.00 |
| 12/18/2015 | JNP | AD | Conference with Joshua M. Fried regarding new inventory sale process and related. | 0.20 | 895.00 | $179.00 |
| 12/18/2015 | JNP | AD | Conference with Aurora and Joshua M. Fried regarding new inventory sale process and related. | 0.30 | 895.00 | $268.50 |
| 12/18/2015 | JMF | AD | Telephone call with Matt Joly re Inventory Sale. | 0.30 | 750.00 | $225.00 |
| 12/18/2015 | JMF | AD | Review inventory list re Inventory Sale. | 0.40 | 750.00 | $300.00 |
| 12/18/2015 | JMF | AD | Telephone call with J.N. Pomerantz, D. Baker, R. Kennedy, J. Ebbert re inventory sale issues. | 0.50 | 750.00 | $375.00 |
| 12/18/2015 | JMF | AD | Internal emails re ADA and sale documents. | 0.30 | 750.00 | $225.00 |
| 12/19/2015 | CHM | AD | Prepare for and participate in telephone conference with J. Fried re lease rejection motion. | 0.50 | 525.00 | $262.50 |
| 12/19/2015 | DJB | AD | Draft APA for Sears transaction. | 4.80 | 875.00 | $4,200.00 |
| 12/19/2015 | DJB | AD | Transmit APA for Sears transaction for internal review. | 0.20 | 875.00 | $175.00 |
| 12/19/2015 | DJB | AD | Respond to comments re APA draft. | 1.50 | 875.00 | $1,312.50 |
| 12/19/2015 | JJK | AD | Emails Fried, Barton on inventory sale related matters and consider matters (0.7). | 0.70 | 695.00 | $486.50 |
| 12/19/2015 | JMF | AD | Review/edit APA re remaining inventory. | 1.80 | 750.00 | $1,350.00 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00006

Page:     5  
Invoice 111878  
December 31, 2015

|            |     |    |                                                                                                                                                                                                                                                               | Hours | Rate   | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 12/19/2015 | JMF | AD | Internal emails re remaining inventory.                                                                                                                                                                                                                       | 0.30  | 750.00 | $225.00    |
| 12/20/2015 | DJB | AD | Email to R. Gruber regarding transaction.                                                                                                                                                                                                                     | 0.30  | 875.00 | $262.50    |
| 12/20/2015 | DJB | AD | Revise APA.                                                                                                                                                                                                                                                   | 4.40  | 875.00 | $3,850.00  |
| 12/20/2015 | DJB | AD | Interoffice conference call with J. Fried regarding transaction.                                                                                                                                                                                              | 0.30  | 875.00 | $262.50    |
| 12/20/2015 | DJB | AD | Transmit APA to client.                                                                                                                                                                                                                                       | 0.30  | 875.00 | $262.50    |
| 12/20/2015 | RJG | AD | Exchange messages with D Barton and review draft Sears Asset Purchase Agreement.                                                                                                                                                                              | 0.70  | 925.00 | $647.50    |
| 12/20/2015 | JMF | AD | Telephone call with D. Barton re Sears APA.                                                                                                                                                                                                                   | 0.40  | 750.00 | $300.00    |
| 12/20/2015 | JMF | AD | Review APA re issues re same.                                                                                                                                                                                                                                 | 0.50  | 750.00 | $375.00    |
| 12/21/2015 | DJB | AD | Review emails regarding APA.                                                                                                                                                                                                                                  | 0.40  | 875.00 | $350.00    |
| 12/21/2015 | JJK | AD | Emails Fried and team on sale issues (0.5); review materials and prepare sale procedures motion, order and exhibits (4.0); prepare sale motion (1.3).                                                                                                         | 5.80  | 695.00 | $4,031.00  |
| 12/21/2015 | RJG | AD | Exchange messages with Josh Fried and D Barton and prepare and circulate revised Sears APA.                                                                                                                                                                   | 3.10  | 925.00 | $2,867.50  |
| 12/21/2015 | JMF | AD | Telephone call with J. Ebbert re Sears APA.                                                                                                                                                                                                                   | 0.40  | 750.00 | $300.00    |
| 12/21/2015 | JMF | AD | Telephone call with J. Ebbert and Sears counsel re APA and process.                                                                                                                                                                                           | 0.50  | 750.00 | $375.00    |
| 12/21/2015 | JMF | AD | Review APA re modifications.                                                                                                                                                                                                                                  | 0.80  | 750.00 | $600.00    |
| 12/21/2015 | JJK | AD | Emails Ebbert, team on call matters.                                                                                                                                                                                                                          | 0.20  | 695.00 | $139.00    |
| 12/22/2015 | DJB | AD | Review status of APA draft.                                                                                                                                                                                                                                   | 0.60  | 875.00 | $525.00    |
| 12/22/2015 | DJB | AD | Telephone conference with J. Ebbert regarding APA.                                                                                                                                                                                                            | 0.40  | 875.00 | $350.00    |
| 12/22/2015 | DJB | AD | Telephone conference with J. Ebbert regarding APA.                                                                                                                                                                                                            | 0.10  | 875.00 | $87.50     |
| 12/22/2015 | DJB | AD | Revise APA .                                                                                                                                                                                                                                                  | 0.70  | 875.00 | $612.50    |
| 12/22/2015 | DJB | AD | Transmit APA to Sears.                                                                                                                                                                                                                                        | 0.20  | 875.00 | $175.00    |
| 12/22/2015 | JJK | AD | Emails Ebbert on sale/APA matters (0.2); emails Ebbert on marketing/sale matters (0.5); review APA (0.5); emails Fried and team on sale matters (0.4); emails Ebbert on info for sale pleadings (0.5); prepare/revise sale motion and order and procedures motion, order and exhibits (2.9); review info on prior expressions of interest and review chart (0.6). | 5.60  | 695.00 | $3,892.00  |
| 12/22/2015 | JJK | AD | Emails Fried, Ebbert, Kendall re: sale related matters (0.5); review Fried comments on procedures docs and revise procedures motion, order and exhibits and review procedures issues (1.5); emails Fried on sale matters (0.2). | 2.20  | 695.00 | $1,529.00  |
| 12/22/2015 | JJK | AD | Review APA issues and revise sale motion and                                                                                                                                                                                                                  | 0.80  | 695.00 | $556.00    |

Pachulski Stang Ziehl & Jones LLP
Brinkmann Corporation, The
10821    00006

Page:    6
Invoice 111878
December 31, 2015

|            |     |    |                                                                                                                                                                                                                                                | Hours | Rate   | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
|            |     |    | order.                                                                                                                                                                                                                                         |       |        |            |
| 12/22/2015 | JMF | AD | Telephone call with E. Chafetz re APA, EI issues.                                                                                                                                                                                              | 0.20  | 750.00 | $150.00    |
| 12/22/2015 | JMF | AD | Review sale procedure pleadings.                                                                                                                                                                                                               | 1.10  | 750.00 | $825.00    |
| 12/23/2015 | JMF | AD | Review and edit sale procedures and sale motion and related pleadings.                                                                                                                                                                         | 1.70  | 750.00 | $1,275.00  |
| 12/23/2015 | JMF | AD | Review APA re Sears inventory sale.                                                                                                                                                                                                            | 0.30  | 750.00 | $225.00    |
| 12/24/2015 | JMF | AD | Draft sale and sale procedures motion.                                                                                                                                                                                                         | 1.70  | 750.00 | $1,275.00  |
| 12/24/2015 | JMF | AD | Review real estate proposal re ODC properties.                                                                                                                                                                                                 | 0.70  | 750.00 | $525.00    |
| 12/26/2015 | DJB | AD | Review Sears mark-up (1.1); Prepare issues list (1.1).                                                                                                                                                                                         | 2.20  | 875.00 | $1,925.00  |
| 12/26/2015 | JMF | AD | Review APA changes and draft list of issues re disputed points.                                                                                                                                                                                | 1.00  | 750.00 | $750.00    |
| 12/27/2015 | CHM | AD | Draft lease rejection motion and email same to J. Fried for review.                                                                                                                                                                            | 1.60  | 525.00 | $840.00    |
| 12/27/2015 | MRS | AD | Review emails and auction suggestions re: debtor-owned properties                                                                                                                                                                              | 0.30  | 675.00 | $202.50    |
| 12/28/2015 | DJB | AD | Prepare for conference call with buyer (.3); Interoffice conference call with J. Fried and J. Ebbert re Sears transaction (.3); Conference call with Sears re inventory purchase (.3); Work on revisions to APA (6.8); Transmit APA to working group (.3). | 8.00  | 875.00 | $7,000.00  |
| 12/28/2015 | JMF | AD | Telephone call with J. Ebbert and D. Barton re Sears APA.                                                                                                                                                                                      | 0.30  | 750.00 | $225.00    |
| 12/28/2015 | JMF | AD | Review Sears APA.                                                                                                                                                                                                                              | 0.30  | 750.00 | $225.00    |
| 12/28/2015 | JMF | AD | Telephone call with W. Barrett, D. Barton re Sears APA issues.                                                                                                                                                                                 | 0.50  | 750.00 | $375.00    |
| 12/28/2015 | JMF | AD | Review/edit update sales procedures motion.                                                                                                                                                                                                    | 0.50  | 750.00 | $375.00    |
| 12/28/2015 | JMF | AD | Review open issues re APA.                                                                                                                                                                                                                     | 0.30  | 750.00 | $225.00    |
| 12/29/2015 | MRS | AD | Review inventory sale motion; emails from and to Josh Fried re: same                                                                                                                                                                           | 0.50  | 675.00 | $337.50    |
| 12/29/2015 | MRS | AD | Emails from and to Josh Fried and to Jonathan Kim re: bid procedures motion                                                                                                                                                                    | 0.20  | 675.00 | $135.00    |
| 12/29/2015 | MRS | AD | Review service information re: sale and bid procedures motions; email to KCC re: same                                                                                                                                                          | 0.20  | 675.00 | $135.00    |
| 12/29/2015 | DJB | AD | Re-send APA to Sears.                                                                                                                                                                                                                          | 0.20  | 875.00 | $175.00    |
| 12/29/2015 | DJB | AD | Revise APA; Transmit to client; Prepare for conference call with client.                                                                                                                                                                       | 1.60  | 875.00 | $1,400.00  |
| 12/29/2015 | DJB | AD | Prepare for conference call with client (.5); Conference call with client re Sears APA (.5); Revise APA (.8); Transmit APA to Sears (.2).                                                                                                      | 2.00  | 875.00 | $1,750.00  |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821      00006

Page:   7  
Invoice 111878  
December 31, 2015

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/29/2015 | DJB | AD | Follow up with B. Barrett re further change to APA. | 0.30 | 875.00 | $262.50 |
| 12/29/2015 | JMF | AD | Telephone call with D. Barton, D. Baker, J. Ebbert re APA. | 0.80 | 750.00 | $600.00 |
| 12/29/2015 | JMF | AD | Review and edit sale procedures and sale motion and orders. | 2.10 | 750.00 | $1,575.00 |
| 12/29/2015 | JMF | AD | Telephone calls with J. Ebbert re APA. | 0.30 | 750.00 | $225.00 |
| 12/29/2015 | JMF | AD | Review APA and markup of same. | 0.50 | 750.00 | $375.00 |
| 12/30/2015 | DJB | AD | Revise APA (.3); Transmit execution copy (.2); Telephone call to Sears' counsel re signature page (.1). | 0.60 | 875.00 | $525.00 |
| 12/30/2015 | MRS | AD | Emails from and to Josh Fried re: sale and bid procedure motions | 0.10 | 675.00 | $67.50 |
| 12/30/2015 | MRS | AD | Call with David Barton re: APA | 0.20 | 675.00 | $135.00 |
| 12/30/2015 | MRS | AD | Call from Josh Fried re: bid procedures and sale motion | 0.20 | 675.00 | $135.00 |
| 12/30/2015 | MRS | AD | Draft notice of bid procedures motion | 0.10 | 675.00 | $67.50 |
| 12/30/2015 | MRS | AD | Review and finalize motion for approval of inventory sale bid procedures; coordinate filing and service of same | 0.80 | 675.00 | $540.00 |
| 12/30/2015 | MRS | AD | Draft notice of sale of inventory motion | 0.10 | 675.00 | $67.50 |
| 12/30/2015 | MRS | AD | Review and finalize motion for sale of inventory; coordinate filing and service of same | 0.80 | 675.00 | $540.00 |
| 12/30/2015 | DJB | AD | Work on finalizing and filing APA. | 4.00 | 875.00 | $3,500.00 |
| 12/30/2015 | JMF | AD | Edits and finalize sale and sale procedures motion and multiple telephone calls with BOFA and client re same. | 3.80 | 750.00 | $2,850.00 |
| | | | | **87.70** | | **$69,513.50** |

## Bankruptcy Litigation [L430]

| Date | Tkpr | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/03/2015 | JMF | BL | Review agenda and emails re EI order. | 0.20 | 750.00 | $150.00 |
| 12/09/2015 | KFF | BL | Draft agenda for December 22, 2015 hearing | 0.20 | 305.00 | $61.00 |
| 12/18/2015 | KFF | BL | E-file, coordinate service, review hearing binder and submit to chambers the agenda for the December 22, 2015 hearing | 0.40 | 305.00 | $122.00 |
| 12/18/2015 | KFF | BL | E-file and coordinate service regarding Limited Response of Debtors to Expeditors Int'l Motion for Relief from Stay | 0.30 | 305.00 | $91.50 |
| 12/18/2015 | MRS | BL | Review and execute agenda for 12/22 hearing | 0.10 | 675.00 | $67.50 |
| 12/18/2015 | MRS | BL | Emails from and to Joshua M. Fried regarding 12/22 hearing | 0.10 | 675.00 | $67.50 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00006

Page:    8  
Invoice 111878  
December 31, 2015

|            |     |     |                                                                                                  | Hours | Rate   | Amount   |
|------------|-----|-----|--------------------------------------------------------------------------------------------------|-------|--------|----------|
| 12/21/2015 | KFF | BL  | Draft amended agenda for December 22, 2015 hearing                                               | 0.20  | 305.00 | $61.00   |
| 12/27/2015 | MRS | BL  | Email to Josh Fried and Jeff Pomerantz re: extension issues                                      | 0.20  | 675.00 | $135.00  |
|            |     |     |                                                                                                  | 1.70  |        | $755.50  |

### Case Administration [B110]

|            |     |     |                                                         | Hours | Rate   | Amount   |
|------------|-----|-----|---------------------------------------------------------|-------|--------|----------|
| 12/22/2015 | MRS | CA  | Emails to and from chambers re: 12/22 hearing           | 0.10  | 675.00 | $67.50   |
| 12/22/2015 | MRS | CA  | Review and execute agenda canceling 12/22 hearing       | 0.10  | 675.00 | $67.50   |
|            |     |     |                                                         | 0.20  |        | $135.00  |

### Claims Admin/Objections [B310]

|            |     |     |                                                                                                  | Hours | Rate   | Amount   |
|------------|-----|-----|--------------------------------------------------------------------------------------------------|-------|--------|----------|
| 12/07/2015 | JMF | CO  | Telephone call with A. Caine re mediation issues re claims.                                      | 0.10  | 750.00 | $75.00   |
| 12/14/2015 | JMF | CO  | Review ODC and MLC payables and claims.                                                          | 0.30  | 750.00 | $225.00  |
| 12/15/2015 | MRS | CO  | Emails from and to Elizabeth Crucetts re: warranty claim; emails to and from company re: same    | 0.10  | 675.00 | $67.50   |
|            |     |     |                                                                                                  | 0.50  |        | $367.50  |

### Comp. of Prof./Others

|            |     |     |                                                         | Hours | Rate   | Amount   |
|------------|-----|-----|---------------------------------------------------------|-------|--------|----------|
| 12/14/2015 | JNP | CPO | Email to and from D. Baker regarding Kutten payment.    | 0.10  | 895.00 | $89.50   |
|            |     |     |                                                         | 0.10  |        | $89.50   |

### Executory Contracts [B185]

|            |     |     |                                                                                                  | Hours | Rate   | Amount   |
|------------|-----|-----|--------------------------------------------------------------------------------------------------|-------|--------|----------|
| 12/17/2015 | JNP | EC  | Review and respond to emails regarding sale of first quality inventory status.                   | 0.10  | 895.00 | $89.50   |
| 12/17/2015 | JMF | EC  | Telephone call with L. Kendall and R. Fleissner re MLC and ODC open leases.                      | 0.80  | 750.00 | $600.00  |
| 12/17/2015 | JMF | EC  | Review open personal personal property and real property lease status re disposition.            | 0.60  | 750.00 | $450.00  |
| 12/18/2015 | JMF | EC  | Review spreadsheet re personal property leases.                                                  | 0.30  | 750.00 | $225.00  |
| 12/20/2015 | JMF | EC  | Telephone call with Cia Mackle re lease rejection issues.                                        | 0.20  | 750.00 | $150.00  |
| 12/28/2015 | BDD | EC  | Email to J. Fried re real property leases                                                        | 0.10  | 305.00 | $30.50   |
| 12/28/2015 | BDD | EC  | Research all real property leases per J. Fried request (1.10); email to J. Fried re same (.10)   | 1.20  | 305.00 | $366.00  |
| 12/29/2015 | CHM | EC  | Update lease rejection motion with exhibit per J. Fried request.                                 | 0.30  | 525.00 | $157.50  |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00006

Page:    9  
Invoice 111878  
December 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/29/2015 | JMF | EC | Review personal property lease disposition listing. | 4.00 | 750.00 | $3,000.00 |
|  |  |  |  | **7.60** |  | **$5,068.50** |

### Insurance Coverage

| 12/18/2015 | IAWN | IC | Telephone conferences and emails with Fried re insurance .(.3), exchange emails with young re telephone conference re insurance (.3) | 0.60 | 850.00 | $510.00 |
|---|---|---|---|---|---|---|
| 12/18/2015 | JMF | IC | Internal emails with I. Nasiter re CNA insurance (.1); review policy re same (.2). | 0.30 | 750.00 | $225.00 |
| 12/21/2015 | JMF | IC | Telephone call with J. Young and I. Nasitir re insurance issues, telephone call with I. Nasitir re same. | 0.10 | 750.00 | $75.00 |
| 12/21/2015 | JMF | IC | Review SIR and policy information re insurance. | 0.50 | 750.00 | $375.00 |
| 12/21/2015 | IAWN | IC | Review and analyze policy information in emails and parts of policy (1.2), telephone conferences with Fried re same (.3); telephone conference with Young and Fried (.3) | 1.80 | 850.00 | $1,530.00 |
|  |  |  |  | **3.30** |  | **$2,715.00** |

### Retention of Prof. [B160]

| 12/28/2015 | CHM | RP | Draft application to employ Keen-Summit and email same to J. Fried for review. | 2.00 | 525.00 | $1,050.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | **2.00** |  | **$1,050.00** |

### Stay Litigation [B140]

| 12/18/2015 | MRS | SL | Review and revise response to Expediter's stay relief motion; coordinate filing and service of same; emails from and to Joshua M. Fried re: same | 0.40 | 675.00 | $270.00 |
|---|---|---|---|---|---|---|
| 12/21/2015 | MRS | SL | Emails from and to Joshua M. Fried re: 12/22 hearing and Expediters | 0.20 | 675.00 | $135.00 |
| 12/21/2015 | MRS | SL | Review issues re: Expediters stay hearing | 0.40 | 675.00 | $270.00 |
| 12/22/2015 | MRS | SL | Call with Joshua M. Fried re: Expediters hearing | 0.40 | 675.00 | $270.00 |
| 12/22/2015 | MRS | SL | Review Expediters motion and docs for hearing | 0.40 | 675.00 | $270.00 |
| 12/22/2015 | MRS | SL | Review Expediters order exhibit; emails from and to Joshua M. Fried re: same | 0.20 | 675.00 | $135.00 |
| 12/22/2015 | MRS | SL | Call from Joshua M. Fried re: Expediters issues | 0.10 | 675.00 | $67.50 |
| 12/22/2015 | MRS | SL | Review revised order re: Expediters; emails from and to counsel re: same | 0.30 | 675.00 | $202.50 |
| 12/22/2015 | MRS | SL | Review cert of counsel re: Expediters order; emails from and to Jason Powell re: same | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP  
Brinkmann Corporation, The  
10821    00006

Page:    10  
Invoice 111878  
December 31, 2015

|  | 2.60 | $1,755.00 |

**TOTAL SERVICES FOR THIS MATTER:** $81,449.50

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/11/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/28/2015 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 12/29/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/29/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/30/2015 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 12/30/2015 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/30/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 12/30/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/30/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |

**Total Expenses for this Matter**                                $16.90

# REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 12/31/2015

| | |
|---|---:|
| Total Fees | $81,449.50 |
| Chargeable costs and disbursements | $16.90 |
| Total Due on Current Invoice………………… | $81,466.40 |

Outstanding Balance from prior Invoices as of 12/31/2015     (May not reflect recent payments)

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices**                                $81,466.40